EXHIBIT
1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **VEX ROBOTICS, INC.,**<br><br>**Plaintiff/Counter-Defendant,**<br><br>**v.**<br><br>**ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.,**<br><br>**Defendant/Counter-Plaintiff/Third-Party Plaintiff.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO.** 26-cv-03117 |

**DEFENDANT/COUNTER PLAINTIFF/THIRD PARTY PLAINTIFF ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.**
**INDEX OF EXHIBITS PURSUANT TO L.R. 81.1**

| | |
|---|---|
| **Exhibit 1** | Index of Exhibits |
| **Exhibit 1A** | Civil Cover Sheet |
| **Exhibit 1B** | Supplemental Civil Cover Sheet |
| **Exhibit 1C** | Docket Sheet of State Court Action |
| **Exhibit 1D.01** | Original Petition, April 28, 2026 |
| **Exhibit 1D.02** | Civil Cover Sheet, April 28, 2026 |
| **Exhibit 1D.03** | Citation Letter to Court, May 4, 2026 |
| **Exhibit 1D.04** | Issuance of Citation, May 5, 2026 |
| **Exhibit 1D.05** | Affidavit of Service, May 7, 2026 |
| **Exhibit 1D.06** | Defendant Robotics Education and Competition Foundations, Inc.'s Original Answer, General Denial, Verified Denial and Affirmative Defenses, May 12, 2026 |
| **Exhibit 1D.07** | First Amended Petition and Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction, May 19, 2026 |
| **Exhibit 1D.08** | Plaintiff's Motion for Expedited Discovery, May 19, 2026 |
| **Exhibit 1D.09** | Proposed Order Granting Plaintiff's Motion for Expedited Discovery, May 20, 2026 |
| **Exhibit 1D.10** | Unopposed Motion for Admission Pro Hac Vice of Jared Xu, May 20, 2026 |
| **Exhibit 1D.11** | Unopposed Motion for Admission Pro Hac Vice of Richard Liu, May 20, 2026 |
| **Exhibit 1D.12** | Robotics Education and Competition Foundations, Inc.'s Counterclaims and Third-Party Petition, May 20, 2026 |

| | |
|---|---|
| **Exhibit 1D.13** | Order Vacating Temporary Restraining Order as Erroneously Entered, May 21, 2026 |
| **Exhibit 1D.14** | Notice of Hearing on Plaintiff Vex Robotics, Inc.'s Application for Temporary Restraining Order and Motion for Expedited Discovery, May 22, 2026 |
| **Exhibit 1D.15** | Agreed Temporary Injunction, May 29, 2026 |
| **Exhibit 1D.16** | Notice of Hearing on Defendant Robotics Education and Competition Foundations, Inc.'s Emergency Motion to Enforce the Agreed Temporary Injunction, August 10, 2026 |
| **Exhibit 1D.17** | Motion for Expedited Hearing on Defendant Robotics Education and Competition Foundations, Inc.'s Emergency Motion to Enforce the Agreed Temporary Injunction, August 10, 2026 |
| **Exhibit 1D.18** | Robotics Education and Competition Foundations, Inc.'s Emergency Motion to Enforce the Agreed Temporary Injunction, August 11, 2026 |
| **Exhibit 1D.19** | Proposed Order Granting Robotics Education and Competition Foundations, Inc.'s Emergency Motion to Enforce the Agreed Temporary Injunction, August 11, 2026 |
| **Exhibit 1D.20** | Unopposed Motion for Admission Pro Hac Vice of David Azar, August 11, 2026 |
| **Exhibit 1D.21** | Vex Robotics, Inc.'s (1) Response to Robotics Education and Competition Foundations, Inc.'s Motion to Enforce Agreed Temporary Injunction and (2) Countermotion to Enforce Injunction Against Robotics Education and Competition Foundation, Inc., August 14, 2026 |
| **Exhibit 1D.22** | Defendant Robotics Education and Competition Foundation, Inc.'s Verified Preliminary Response to Vex Robotics, Inc.'s Countermotion to Enforce Injunction, August 17, 2026 |
| **Exhibit 1D.23** | Defendant Robotics Education and Competition Foundation, Inc.'s Reply in Support of Its Emergency Motion to Enforce the Agreed Temporary Injunction, August 17, 2026 |
| **Exhibit 1D.24** | Proposed Order Denying Vex Robotics, Inc.'s Countermotion to Enforce Injunction Against Robotics Education and Competition Foundation, Inc., August 17, 2026 |
| **Exhibit 1D.25** | Proposed Order Granting Verified Motion for Pro Hac Vice Admission of Richard Liu, August 18, 2026 |
| **Exhibit 1D.26** | Proposed Order Granting Verified Motion for Pro Hac Vice Admission of Jared Xu, August 18, 2026 |
| **Exhibit 1D.27** | Order Granting Verified Motion for Pro Hac Vice of David Azar, August 18, 2026 |
| **Exhibit 1D.28** | Order Denying Robotics Education and Competition Foundation, Inc.'s Emergency Motion to Enforce, August 21, 2026 |
| **Exhibit 1D.29** | Notice of Hearing on Plaintiff Vex Robotics, Inc.'s Countermotion to Enforce Injunction against Robotics Education and Competition Foundation, Inc.'s, September 3, 2026 |

| | |
|---|---|
| **Exhibit 1D.30** | Defendant Robotics Education and Competition Foundation, Inc.'s Verified Objections to Vex Robotics, Inc.'s Unilateral Notice of Hearing Despite RECF's Objections to the Hearing Date, September 3, 2026 |
| **Exhibit 1D.31** | Notice to State Court of Removal to Federal Court, September 14, 2026 |