# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Vex Robotics, Inc.
Plaintiff

v.

26-cv-03117
Civil Action No.

Robotics Education and Comp. Foundation
Defendant

**CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant Robotics Education and Competition Foundation, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

Innovation First International, Inc. as parent of VEX Robotics, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

VEX Robotics, Inc., Robotics Education and Competition Foundation, Inc.. Innovation First International, Inc.; Law Firms and Associated Attorneys: Counsel for VEX Robotics, Inc., Waddell Serafino Geary Rechner Jenevein, P.C., Joel E. Geary, Grant B. Stock, James M. Welch, Matthew P. Linder; Curtis & Alexander, PC, George Ivan Alexander; Counsel for Robotics Education and Competition Foundation, Inc., Jackson Walker, LLP, Joseph A. Fischer, III, Justin V. Lee, Maggie I. Burreson; Innovative Legal Services, P.C, Richard Liu, David Azar, and Jared Xu.

| | |
|---|---|
| Date: | 09/14/2026 |
| Signature: | /s/ Joseph A. Fischer, III |
| Print Name: | Joseph A. Fischer, III |
| Bar Number: | 00789292 |
| Address: | 1401 McKinney St. Suite 1900 |
| City, State, Zip: | Houston, TX 77010 |
| Telephone: | (713) 752-4200 |
| Fax: | (713) 752-4221 |
| E-Mail: | tfischer@jw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.