**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **VEX ROBOTICS, INC.,** *Plaintiff/Counter-Defendant,* <br><br> **v.** <br><br> **ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.,** *Defendant/Counter-Plaintiff/Third-Party Plaintiff,* <br><br> **v.** <br><br> **INNOVATION FIRST INTERNATIONAL, INC.,** *Third-Party Defendant.* | § § § § § § § § § § § § § § § § | **CIVIL ACTION NO. 3:26-cv-03117-S** |

**Plaintiff VEX Robotics, Inc.'s and Third-Party Defendant Innovation First International, Inc.'s Appendix in Support of Expedited Motion to Remand and Brief in Support**


| EXHIBIT | DOCUMENT | PAGE |
|---|---|---|
| 1 | Plaintiff VEX Robotics, Inc.'s Original Petition | 1-14 |
| 2 | Plaintiff's First Amended Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction | 15-78 |
| 3 | Defendant RECF's Counterclaims and Third-Party Petition | 79-165 |
| 4 | Agreed Temporary Injunction | 166-191 |
| 5 | VEX's August 5, 2026 Letter | 192-199 |
| 6 | RECF's August 11, 2026 Letter | 200-206 |
| 7 | Defendant's Emergency Motion to Enforce the Agreed Temporary Injunction | 207-317 |

| | | |
|---|---|---|
| 8 | Notice of Hearing on Def's Emergency Motion to Enforce | 318-321 |
| 9 | Plaintiff's Response to RECF's Motion to Enforce | 322-902 |
| 10 | Defendant's Verified Preliminary Response to Plaintiff's Countermotion to Enforce Injunction | 903-924 |
| 11 | Defendant's Proposed Order Denying VEX Robotic's Countermotion to Enforce | 925-928 |
| 12 | Order Denying RECF's Emergency Motion to Enforce | 929-932 |
| 13 | Notice of Hearing on Plaintiff's Countermotion to Enforce | 933-936 |
| 14. | 08-17-2026 Hearing Transcript | 937-1002 |

Respectfully submitted,

*/s/ Joel E. Geary*

Joel E. Geary
State Bar No. 24002129
jgeary@wslawpc.com
James M. Welch
State Bar No. 00785210
jwelch@wslawpc.com
Grant B. Stock
State Bar No. 24033240
gstock@wslawpc.com
WADDELL SERAFINO GEARY
RECHNER JENEVEIN, P.C.
1717 Main Street, Ste 2500
Dallas, Texas 75201
214/979-7400 Telephone
214/979-7402 Facsimile

*Attorneys for Plaintiff/Counter-Defendant VEX Robotics, Inc. and Innovation First International, Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing instrument has been served on all parties via CM/ECF on this the 17th day of September, 2026.

*/s/ Joel E. Geary*
Joel E. Geary

# EXHIBIT 1

Filed 4/28/2026 7:02 PM
Susan Spradling
District Clerk
Hunt County, Texas
SL

96313
**CAUSE NO. ______________**

| | |
|---|---|
| **VEX ROBOTICS, INC.,** | **IN THE DISTRICT COURT** |
| *Plaintiff,* | Hunt County - 354th District Court |
| **vs.** | **____ JUDICIAL DISTRICT** |
| **ROBOTICS EDUCATION & COMPETITION FOUNDATION, INC.,** | |
| *Defendant.* | **HUNT COUNTY, TEXAS** |

# ORIGINAL PETITION

Plaintiff VEX Robotics, Inc. ("Plaintiff" or "VEX") files this Original Petition against Defendant Robotics Education & Competition Foundation, Inc. ("Defendant" or "RECF") and states as follows:

## I.
## Claim for Relief

1. In accordance with TEX. R. CIV. P. 47, Plaintiff seeks monetary relief over $1,000,000.00, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs.

## II.
## Discovery Control Plan

2. Plaintiff intends that discovery be conducted under Level 3 in

accordance with Texas Rule of Civil Procedure 190.4.

**III.**
**Parties**

3. Plaintiff VEX is a Texas corporation with its principal place of business at 6725 W. FM 1570, Greenville, Hunt County, Texas 75402.

4. Defendant RECF is a corporation believed to be organized and existing under the laws of Michigan. RECF's principal place of business and its office is at 1519 I-30, Greenville, Hunt County, Texas 75402. RECF has no registered agent in the state of Texas. RECF may be served by delivering a copy of this petition along with the citation to the Chief Executive Officer, President, Vice President, or any other officer of the corporation at 1519 I-30, Greenville, Hunt County, Texas 75402.

**IV.**
**Jurisdiction and Venue**

5. The Court has subject matter jurisdiction over this action because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

6. The Court has personal jurisdiction over RECF because RECF contracted with VEX in Texas and performed a substantial part of its contractual obligations in Texas, and because RECF's principal office is in Greenville, Hunt County, Texas.

7. Venue in Hunt County is proper under Texas Civil Practice & Remedies Code § 15.002 because all or a substantial part of the events or omissions giving rise to the claims herein occurred in Hunt County, Texas, and because RECF's principal office is in Hunt County, Texas.

8. VEX has fully performed all its duties and obligations under the agreement between the parties. All conditions precedent to the institution of this suit, and Plaintiff's recovery, have been performed, satisfied, or have occurred.

## V.
## Facts

9. VEX is a leading supplier of educational and competition robotics products in the United States and internationally.

10. RECF touts itself as a nonprofit that engages students worldwide in hands-on robotics and STEM programs through competitions and educational initiatives.

11. Over more than a decade VEX and RECF enjoyed a long-standing relationship built on mutual trust and a shared commitment to advancing STEM education through VEX's hands-on robotics competitions. VEX entrusted RECF to act in good faith and in alignment with VEX's mission to inspire and equip students in science, technology, engineering, and mathematics through VEX-branded programs. This relationship was founded on cooperation, transparency,

and the expectation that both organizations would work together to promote student learning and expand access to robotics worldwide. The relationship included managing, operating, and promoting VEX robotic competitions involving VEX products.

12. In addition to managing, operating, and promoting VEX robotic competitions, VEX and RECF contractually agreed that VEX would sell and deliver VEX robotics-related products to RECF or to third parties for the benefit of RECF.

13. RECF agreed and acknowledged that all prices and charges for VEX's goods would be determined in accordance with VEX's standard published pricing, as listed on VEX's website at the time of order, and that RECF would be required to remit payment in full for such amounts.

14. From December 1, 2021, through February 2026, VEX generated well over thirty-five thousand invoices to RECF for payment due. A summary of the systematic, itemized statement of the goods and services sold (through February 2026) is attached hereto as Exhibit "2". It is further supported by the Declaration of David A. "Tony" Norman ("Norman Aff."), attached hereto as Exhibit "1".

15. RECF failed to pay millions of dollars for the goods and services received. By February 28, 2026, RECF's invoices to VEX came to fourteen million three hundred and five thousand three hundred and eighty-one dollars and

ninety-eight cents ($14,305,381.98). Of that amount, RECF has paid three million nine hundred and seventy-one thousand three hundred and fifty-three dollars and fifty-three cents ($3,971,353.53). VEX has demanded payment, but as of April 29, 2026, RECF still owes VEX the remaining ten million three hundred and thirty-four thousand and twenty-eight dollars and forty-five cents ($10,334,028.45). These damages continue to accrue.

## VI.
## Causes of Action

**A. Breach of contract.**

16. VEX and RECF entered into an agreement relating to services and goods to be provided by VEX for the benefit of RECF. Pursuant to such agreement, RECF agreed to pay VEX for the services and goods VEX provided. VEX provided services and goods to RECF, and there are past-due invoices totaling $10,334,028.45 (which amount accounts for payments made by RECF). Despite VEX's requests, RECF has failed to pay the amounts due and outstanding. As this breach is material, VEX is owed $10,334,028.45 in actual damages as of April 29, 2025. This amount continues to increase as of the date of the filing of this action. VEX does hereby, pursuant to this breach of contract, sue and assert its claim against RECF for all such damages, attorney fees, and prejudgment and post-judgment interest allowed by law.

**B. <u>Quantum meruit</u>.**

22. VEX provided valuable services and goods to RECF. Such goods and services were accepted by RECF, knowing that VEX expected to be paid for such services and goods. RECF benefited from such services and the provision of goods, as RECF received payment for such goods from a third party. VEX has made a demand for payment, but RECF has refused to pay.

**C. <u>Sworn Account.</u>**

23. On the dates shown in the systematic, itemized statement of the goods and services sold, and marked as Exhibit "2", VEX sold and delivered to RECF services and goods at the prices therein charged, such being the standard and reasonable market value, as well as the agreed-to price.

24. RECF promised to pay VEX for the same, but, although requested to do so, RECF has failed and refused and still fails and refuses to pay the account, all to VEX's damage in the sum of $10,334,028.45, plus interest, costs, and attorneys' fees as herein requested.

## VII.
## <u>Request for Attorneys' Fees</u>

34. VEX would further show that it has necessarily engaged the undersigned attorneys for collection and employed them to prosecute this case, for which VEX agreed to pay reasonable attorneys' fees. VEX is entitled to

judgment for such fees pursuant to Texas Civil Practice and Remedies Code § 38.001 *et seq.* Additionally, VEX requests that all attorneys' fees incurred as a result of the appellate process, if necessary, be paid.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff VEX Robotics, Inc.,
*/s/ Joel E. Geary*
prays that RECF be cited to appear and answer herein as required by law, and that upon final hearing thereof, judgment be entered for VEX against RECF for damages in an amount within the jurisdictional limits of the Court; specifically, compensatory damages in the amount of $10,334,028.45 (in addition to any amounts that accrued or continue to accrue after April 29, 2026), together with attorneys' fees, pre-judgment interest at the maximum rate allowed by law, post-judgment interest at the legal rate, costs of court, and such other and further relief to which the Plaintiff may be entitled at law or in equity.

*/s/ Grant B. Stock*
Joel E. Geary
State Bar No. 24002129
jgeary@wslawpc.com
Grant B. Stock
State Bar No. 24033240
gstock@wslawpc.com
WADDELL SERAFINO GEARY
RECHNER JENEVEIN, P.C.
1717 Main Street, Suite 2500
Dallas, Texas 75201
214/979-7400 telephone
214/979-7402 facsimile

***Attorneys for Plaintiff***
***Vex Robotics, Inc.***

**EXHIBIT 1**

CAUSE NO. ____________

| | |
|---|---|
| VEX ROBOTICS, INC., | IN THE DISTRICT COURT |
| *Plaintiff,* | |
| vs. | ___ JUDICIAL DISTRICT |
| ROBOTICS EDUCATION & COMPETITION FOUNDATION, INC., | |
| *Defendant.* | HUNT COUNTY, TEXAS |

# DECLARATION OF DAVID A. ("TONY") NORMAN

1. My name is David A. Norman. I reside in Hunt County at 3056 Old Mill Road, Greenville, Texas, and my office is in Hunt County at 6725 West FM 1570, Greenville, Texas.

2. I am the Chief Executive Officer and President for VEX Robotics, Inc. ("VEX"). As such, I am familiar with the books and records of VEX that reflect sales, shipments, and payments. These records are made at or near the time of each transaction by employees or representatives with knowledge, and such records are kept in the regular course of VEX's business.

3. This action includes agreement between VEX and Robotics Education & Competition Foundation, Inc. ("RECF") pursuant to which VEX sold and delivered VEX robotics-related products to RECF or to third parties for the benefit of RECF. Exhibit 2 is a summary of the systematic, itemized statement of the goods and services sold and the sums owed by RECF before payments of three million nine hundred and seventy-one thousand three hundred and fifty-three dollars and fifty-three cents ($3,971,353.53) made by RECF. Exhibit 2 is a true and correct summary of records maintained by VEX in the ordinary course of business.

4. Formal demand for payment was made upon RECF, which has failed and refused to pay the due balance. After allowing all just and lawful offsets, payments, and credits, the principal sum of ten million three hundred and thirty-four thousand and twenty-eight dollars and forty-five cents ($10,334,028.45) is due. This amount consists of fourteen million three hundred and five thousand three hundred and eighty-one dollars and ninety-eight cents ($14,305,381.98) past due, less three million nine hundred and seventy-one thousand three hundred and fifty-three dollars and fifty-three cents ($3,971,353.53) paid by RECF.

## Jurat

My name is David A. ("Tony") Norman. My date of birth is March 27, 1968, and my address is 3056 Old Mill Road, Greenville, Texas. I declare under penalty of perjury that the foregoing is true and correct.

Executed in St. Louis County, Missouri, on the 28th day of April, 2026.

David A. ("Tony") Norman

EXHIBIT 2

| Invoice Year | Amount Due | Qty of Invoices |
|---|---|---|
| Total for 2022 | $ 3,259,568.83 | 8,731 |
| Total for 2023 | $ 4,384,869.73 | 10,356 |
| Total for 2024 | $ 4,210,714.59 | 9,674 |
| Total for 2025 | $ 2,259,986.99 | 7,813 |
| Total thru Feb 2026 | $ 190,241.84 | 255 |
| **Past Due Total** | $ **14,305,381.98** | 36,829 |

| Invoice Month | Year | Qty of Invoices | VEX Invoice to REC |
|---|---|---|---|
| June | 2022 | 422 | $ 425,591.04 |
| July | 2022 | 908 | $ 416,550.42 |
| August | 2022 | 1,188 | $ 395,362.57 |
| September | 2022 | 903 | $ 438,413.91 |
| October | 2022 | 2,238 | $ 483,439.89 |
| November | 2022 | 1,027 | $ 472,572.25 |
| December | 2022 | 2,045 | $ 627,638.75 |
| | | 8,731 | $ **3,259,568.83** |
| January | 2023 | 721 | $ 798,932.79 |
| February | 2023 | 314 | $ 206,230.35 |
| March | 2023 | 42 | $ 54,524.07 |
| April | 2023 | 31 | $ 5,682.18 |
| May | 2023 | 517 | $ 124,285.27 |
| June | 2023 | 405 | $ 178,809.27 |
| July | 2023 | 530 | $ 501,387.99 |
| August | 2023 | 1,340 | $ 591,909.45 |
| September | 2023 | 2,203 | $ 753,322.47 |
| October | 2023 | 2,109 | $ 511,328.74 |
| November | 2023 | 1,431 | $ 416,331.51 |
| December | 2023 | 713 | $ 242,125.64 |
| | | 10,356 | $ **4,384,869.73** |

| Invoice Month | Year | Qty of Invoices | VEX Invoice to REC |
|---|---|---|---|
| January | 2024 | 788 | $ 620,200.25 |
| February | 2024 | 151 | $ 222,549.27 |
| March | 2024 | 34 | $ 67,100.07 |
| April | 2024 | 72 | $ 67,385.27 |
| May | 2024 | 535 | $ 173,521.33 |
| June | 2024 | 407 | $ 250,422.00 |
| July | 2024 | 382 | $ 217,419.30 |
| August | 2024 | 1,078 | $ 333,600.40 |
| September | 2024 | 1,544 | $ 215,007.73 |
| October | 2024 | 1,909 | $ 1,141,074.73 |
| November | 2024 | 2,025 | $ 648,665.29 |
| December | 2024 | 749 | $ 253,768.95 |
| | | 9,674 | $ **4,210,714.59** |
| January | 2025 | 340 | $ 267,260.19 |
| February | 2025 | 127 | $ 91,281.11 |
| March | 2025 | 58 | $ 24,693.27 |
| April | 2025 | 14 | $ 13,687.87 |
| May | 2025 | 458 | $ 103,063.45 |
| June | 2025 | 399 | $ 221,194.72 |
| July | 2025 | 453 | $ 227,314.31 |
| August | 2025 | 1,158 | $ 319,743.05 |
| September | 2025 | 1,926 | $ 284,914.13 |
| October | 2025 | 1,587 | $ 369,654.14 |
| November | 2025 | 794 | $ 198,881.32 |
| December | 2025 | 499 | $ 138,299.43 |
| | | 7,813 | $ **2,259,986.99** |

| Invoice Month | Amount Due | Qty of Invoices |
|---|---|---|
| January 2026 | $ 183,968.80 | 234 |
| February 2026 | $ 6,273.04 | 21 |
| **Current Total** | $ **190,241.84** | 255 |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Penny Rogers on behalf of Grant Stock
Bar No. 24033240
progers@wslawpc.com
Envelope ID: 114231248
Filing Code Description: Petition
Filing Description: Original Petition
Status as of 4/29/2026 6:23 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Penny Rogers | | progers@wslawpc.com | 4/28/2026 7:02:25 PM | SENT |
| Grant B.Stock | | gstock@wslawpc.com | 4/28/2026 7:02:25 PM | SENT |
| Joel E.Geary | | jgeary@wslawpc.com | 4/28/2026 7:02:25 PM | SENT |

# EXHIBIT 2

Filed 5/19/2026 3:14 PM
Susan Spradling
District Clerk
Hunt County, Texas

CF

**CAUSE NO. 96313**

| | |
|---|---|
| **VEX ROBOTICS, INC.,** | **IN THE DISTRICT COURT** |
| *Plaintiff,* | |
| **vs.** | **354TH JUDICIAL DISTRICT** |
| **ROBOTICS EDUCATION & COMPETITION FOUNDATION, INC.,** | **HUNT COUNTY, TEXAS** |
| *Defendant.* | |

**FIRST AMENDED PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION**

Plaintiff VEX Robotics, Inc. ("VEX") files this First Amended Petition and Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction against Defendant Robotics Education & Competition Foundation, Inc. ("RECF") and states as follows:

## I.
## CLAIM FOR RELIEF

1. In accordance with TEX. R. CIV. P. 47, Plaintiff seeks monetary relief over $1,000,000.00, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs.

## II.
## DISCOVERY CONTROL PLAN AND EXPEDITED DISCOVERY

2. VEX intends that discovery be conducted under Level 3 in accordance with Texas Rule of Civil Procedure 190.4.

3. VEX intends to file a Motion for Expedited Discovery that seeks an order from the Court: (1) authorizing VEX to take depositions of relevant witnesses on an expedited basis in anticipation of a hearing on VEX's Application for Temporary Restraining Order and Temporary Injunction; and (2) shortening the time for RECF to respond to certain discovery requests relevant to issues presented at the hearing on VEX's Application for Temporary Restraining Order and Temporary Injunction.

## III.
## PARTIES

4. Plaintiff VEX Robotics is a Texas corporation with its principal place of business at 6725 W. FM 1570, Greenville, Hunt County, Texas 75402, and is a wholly owned subsidiary of Innovation First International, Inc, also with its principal place of business in Greenville, Hunt County, Texas.

5. Defendant RECF is a corporation believed to be organized and existing under the laws of Michigan. RECF's principal place of business and its

office is at 1519 I-30, Greenville, Hunt County, Texas 75402. RECF has already appeared in this action.

## IV.
## JURISDICTION AND VENUE

6. The Court has subject matter jurisdiction over this action because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

7. The Court has personal jurisdiction over RECF because RECF contracted with VEX in Texas and performed a substantial part of its contractual obligations in Texas, and because RECF's principal office is in Greenville, Hunt County, Texas.

8. Venue in Hunt County is proper under Texas Civil Practice & Remedies Code § 15.002 because all or a substantial part of the events or omissions giving rise to the claims herein occurred in Hunt County, Texas, and because RECF's principal office is in Hunt County, Texas.

9. VEX has fully performed all its duties and obligations under the agreement between the parties. All conditions precedent to the institution of this suit, and Plaintiff's recovery, have been performed, satisfied, or have occurred.

## V.
## FACTS

**The Relationship Between VEX and RECF.**

10. VEX is a leading supplier of educational and competition robotics products in the United States and internationally. For almost two decades, VEX has developed, managed, promoted, and held educational robotics competitions for elementary, secondary, and college-age students both in the United States and internationally. These competitions have become known worldwide and are some of the largest and most important robotics competitions in the world. Accordingly, VEX has devoted considerable financial and human capital resources to expanding and managing these competitions.

11. RECF touts itself as a nonprofit that engages students in hands-on robotics and STEM programs through competitions and educational initiatives. RECF was originally established largely by current and former VEX employees to help manage and promote the VEX competitions.

12. Over more than a decade, VEX and RECF enjoyed a long-standing relationship built on mutual trust and a shared commitment to advancing STEM education through VEX's robotics competitions. RECF acted as VEX's agent in managing and promoting VEX's robotics competitions.

13. The relationship between VEX and RECF was governed by conduct, communications, approvals, course of performance, payment practices, agreements, and the exercise of rights and obligations. VEX entrusted RECF to act in good faith and in alignment with VEX's mission to inspire and equip students in science, technology, engineering, and mathematics through VEX-branded programs. The foundations of the relationship lie in cooperation, transparency, and the expectation that both organizations would work together to promote student learning and expand access to robotics worldwide. RECF agreed to manage, operate, and promote VEX robotic competitions involving VEX products.

14. In addition to managing, operating, and promoting VEX robotic competitions, VEX and RECF contractually agreed that VEX would sell and deliver VEX robotics-related products to RECF or to third parties – largely school teams participating in VEX competitions – for the benefit of RECF. Due to its central purpose of promoting VEX competitions and the importance of this role to VEX, RECF also agreed not to host or promote competing robotics competitions without VEX's written approval. As such, RECF acted not only as an agent of VEX, in the form of management and presentation on VEX's behalf, but also as a caretaker of VEX's proprietary information, goodwill, and marketing.

**RECF fails to pay for VEX products in an amount exceeding $10,000,000.**

15. RECF agreed and acknowledged that all prices and charges for VEX's goods would be determined in accordance with VEX's standard published pricing, as listed on VEX's website at the time of order, and that RECF would be required to remit payment in full for such amounts.

16. From December 1, 2021, through February 2026, VEX generated well over thirty-five thousand invoices to RECF for payment due based on educational robotics products that VEX manufactured and shipped to teams or to RECF at RECF's direction. A summary of the systematic, itemized statement of the goods and services sold (through February 2026) is attached hereto as Exhibit "2". It is further supported by the affidavit of David A. Norman attached hereto as Exhibit "1".

17. RECF failed to pay millions of dollars for the goods and services received. By February 28, 2026, RECF's invoices to VEX came to fourteen million three hundred and five thousand three hundred and eighty-one dollars and ninety-eight cents ($14,305,381.98). Of that amount, RECF has paid three million nine hundred and seventy-one thousand three hundred and fifty-three dollars and fifty-three cents ($3,971,353.53). VEX has demanded payment, but as of April 29, 2026, RECF still owes VEX the remaining ten million three hundred and thirty-

four thousand and twenty-eight dollars and forty-five cents ($10,334,028.45). These damages continue to accrue.

**RECF commits fraud and breaches its duties owed to VEX.**

18. Unfortunately, the foundational trust between the parties has been irretrievably broken. Recently discovered, and going back to at least June of 2022, VEX uncovered multiple instances of systematic overbilling, misrepresentation, and self-dealing by RECF in its invoicing and financial dealings with VEX. Specifically, upon information and belief, RECF has repeatedly and falsely overbilled VEX for Event Partner discounts in three principal areas – Competition Field discounts, Competition Game Elements discounts, and Competition Trophy discounts – resulting in overcharges exceeding $647,840.. Analysis of RECF's invoices to VEX reveals suspicious "errors" or "irregularities" that financially benefited RECF.

19. Additionally, RECF was entitled to a thirty percent (30%) discount for products purchased in connection with approved grant-funded programs. RECF disregarded this limitation, however, and improperly claimed and invoiced VEX for over $1,124,400.00 in discounts for products where no grant funding was involved.

20. RECF further represented to Event Partners that it was providing discounts on products such as fifty percent (50%) on Competition Field and Game Element Kits, fifty percent (50%) on Competition Fields, and one hundred percent (100%) on four different Competition Trophy Packs stating in its communications that "we are pleased to provide you with this discount," and directing that if an event was canceled the Partner should not return the product but ship materials to another Partner for use. These representations were misleading because it was VEX, not RECF, that actually bore the financial cost of those discounts. RECF's mischaracterization of who provided the discount created confusion in the marketplace and underscores a pattern of misrepresentation and misuse of its role, which was to manage, operate, and promote VEX's competitions on VEX's behalf. Given these representations, VEX reserves the right to assert that it has no obligation to subsidize discounts that RECF publicly attributes to itself.

21. RECF engaged in additional malfeasance by claiming reimbursement from the Texas government for payments to VEX that RECF never made. RECF consistently submitted VEX invoices to the Texas Workforce Commission as proof of qualified expenditures under a grant program. RECF misrepresented to the State of Texas that it had paid these expenses to obtain government reimbursement. These false claims unjustly enriched RECF. Accordingly, not only

did RECF fail to pay VEX, but to add insult to injury, it was reimbursed by the State of Texas on the false premise that it had paid VEX.

22. In the first quarter of 2025 (and unknown to VEX until recently), RECF's Chief Executive Officer, Dan Mantz, its Senior Director, Andy Schaafs, and other RECF insiders, participated in the formation of a separate non-profit entity, whose purpose was to compete with VEX. The entity, known as TEAM Alliance, identifies Mantz, Schaafs, and other RECF-affiliated individuals as founding directors. Other senior leadership of TEAM Alliance, per state filings, includes executives from Sphero, Inc., a direct competitor of VEX in the robotics education space.

23. Accordingly, while RECF operated in a position of trust with VEX – with access to VEX's proprietary competition ecosystem, its price structures, discount programs, operational know-how, and team and participant data – it actively planned, and put into operation, a competitor. RECF and certain of its lead executives did this without notice to VEX. Outside of these flagrant contractual breaches as well as breaches of trust and duty, these actions deprived VEX of the ability to evaluate RECF's loyalty and motivation and, naturally, divided RECF's allegiance between VEX and its competitors.

24. Upon discovery, VEX notified the RECF Board of Directors, in detail, regarding the existence of Team Alliance and the clear conflicts of interest influencing RECF's duties to VEX. Moreover, Mantz's dual role as Chief Executive Officer of RECF and founding Board Member of a competitor to VEX clearly constituted, and continues to constitute, a conflict of interest. Despite being placed on notice, RECF failed to take appropriate action to cease competitive activity.

25. RECF and its co-conspirators failed to address these clear conflicts of interest. As a result, VEX's relationship with RECF has been altered in a way that naturally disrupts existing programs, causes confusion among participants in those programs, and damages VEX's reputation in the robotics education community. The public promotion of Team Alliance's affiliation with Sphero, combined with RECF's inaction, also creates a false impression that VEX is affiliated with competing platforms, thus diluting VEX's brand and goodwill.

26. In addition, while surreptitiously developing or attempting to aid a competitor to VEX, RECF further damaged VEX's reputation by attempting to unilaterally raise registration fees for student participants in VEX's competitions. RECF was required to obtain VEX's authorization before doing so. VEX would not have provided that authorization, as it seeks to keep registration fees at levels that

are fair and accessible to children worldwide. RECF's acts went against VEX's policies and damaged its brand.

**VEX owns the VEX Competition game manuals, formats, and related program materials**

27. VEX conceived and developed the VEX Robotics competition format, game structure, and competition season framework. The annual game manuals governing VEX competitions, including VEX V5 Competition and VEX IQ Robotics Competition, were produced under VEX's direction, i.e. the Game Design Committee, and reflect VEX's competition design and branding. To the extent RECF personnel participated in the drafting or editing of game manual content, they did so in their capacity as VEX's authorized agent acting within the scope of the agency relationship, and any such contributions inured to the benefit of VEX as principal.

28. RECF's references within the game manuals to RECF's administrative role — such as references to RECF as competition administrator or links to RECF-operated resources such as the Code of Conduct — reflect RECF's functional responsibilities as VEX's agent, not authorship or ownership of the underlying competition format, rules structure, or program materials. The inclusion of RECF's name in a document does not establish RECF's ownership of that document, particularly where the document was produced within a principal-agent

relationship in which VEX directed the creation and retained approval authority over competition rules and formats.

29. VEX has at all times directed, approved, and controlled the competition game design and rules structure that the game manuals reflect. Any claim by RECF of ownership or co-authorship of those materials is inconsistent with the parties' course of dealing over more than a decade, during which RECF administered the competitions as VEX's agent without asserting any independent ownership right in the competition format or game rules.

**VEX terminates its relationship with RECF.**

30. Determining that it could no longer trust RECF to act fairly and honestly in promoting and managing VEX Competitions or in its billings to VEX and that continuing its association with RECF would damage VEX, its brand, and its relationship with customers, including student educational robotics teams, VEX terminated its relationship with RECF on May 10, 2026.

31. In a letter to RECF, VEX terminated all licenses, rights, and authorizations granted to RECF to use VEX Competition materials, VEX trademarks, trade names, branding, related Texas-law property rights, and any software, systems, or platforms provided by or on behalf of VEX, including without limitation, RobotEvents.com. The RobotEvents.com website owned by

VEX had been previously used by RECF to register teams for upcoming VEX robotics competitions and to collect registration fees.

32. VEX made clear in its termination letter, however, that RECF was no longer authorized to promote VEX Competitions and was prohibited from soliciting teams to compete in VEX Competitions. A true and correct copy of the Termination Letter is attached as Exhibit 3.

**RECF immediately attempts to mislead teams and commandeer RobotEvents.com.**

33. Immediately after receiving VEX's termination letter, RECF posted an announcement on its website and issued a press release stating that it would continue to be involved in promoting VEX Competitions and registering teams for VEX Competitions during the upcoming VEX Competition season beginning June 1, 2026. RECF has continued these misrepresentations when contacted by team coaches, parents, and Event Partners who have questions about the upcoming VEX Competition season.

34. Even more surreptitiously, RECF commandeered RobotEvents.com to remove VEX-approved content and otherwise state or imply that RECF was still authorized to promote, manage, and hold VEX Robotics competitions and to mislead teams into registering for RECF events that are not otherwise authorized or sanctioned by VEX.

35. RobotEvents.com is a VEX-owned and VEX-controlled website and online platform used in connection with VEX Competitions, including team registration, event selection, communications with teams and Event Partners, and the collection and processing of team, school, coach, contact, registration, and payment-related information. RobotEvents.com has become *synonymous* with VEX Competitions and VEX's trademarks. Over two decades, the educational robotics community has come to view the website as the principal method for engaging in VEX Competitions. And VEX has zealously guarded RobotEvents.com from any effort to dilute its association with VEX Competitions. For example, when RECF indicated it wanted to start managing non-VEX-associated aerial drone competitions and use RobotEvents.com for event promotion and registration, VEX refused to allow RECF to utilize RobotEvents.com for this type of competition.

36. RobotEvents.com was conceived, designed, built, and deployed by VEX at VEX's sole expense. VEX owns and has at all times paid for the servers, hosting infrastructure, application environment, and underlying technology that comprise the RobotEvents.com platform. Any arrangement under which RECF's name appeared as domain registrant of record was made in RECF's capacity as VEX's authorized agent, not as an independent owner. RECF held registrant credentials as a convenience and in furtherance of its administrative role on VEX's

behalf, subject to VEX's direction and control. RECF has never had independent title to the RobotEvents.com domain, the platform infrastructure, or any component of the system.

37. VEX retained ultimate administrative control over RobotEvents.com, including control over the hosting environment, database, application credentials, and platform architecture. RECF's access to administrative functions of the platform was granted by VEX and was at all times conditional on RECF's continued authorization as VEX's agent. The registrant designation did not convey and was not intended to convey any ownership interest in the platform, domain, or associated infrastructure to RECF.

38. All team registration data, event records, coach and educator contact information, competition results, participant data, and other information collected on or through RobotEvents.com was collected through a VEX-owned platform operating under VEX's terms of service and with VEX as the controlling platform operator. RECF's role in relation to that data was custodial — RECF accessed, processed, and administered the data as VEX's authorized agent, on VEX's behalf, and subject to VEX's direction. RECF had no independent ownership claim to data collected through VEX's platform and had no authority to retain, transfer, copy,

or exploit that data for purposes other than the authorized administration of VEX Competitions.

39. The individuals and institutions whose information is reflected in the RobotEvents.com database — including coaches, schools, teams, and event partners — provided that information to VEX's platform in connection with VEX-branded competitions. Any contention by RECF that it independently owns or controls this data is inconsistent with the nature of the platform through which it was collected, the agency relationship under which RECF administered that platform, and RECF's lack of any independent contractual relationship with those individuals and institutions authorizing RECF to hold or exploit their data.

40. Any access RECF had to RobotEvents.com, VEXForum.com, domain-name registrar accounts, domain-name-system ("DNS") settings, hosting accounts, administrative credentials, application programming interfaces, databases, or related computer systems was limited to RECF's former role as VEX's authorized agent and event partner and was conditioned on RECF using that access solely for VEX's benefit and solely in furtherance of authorized VEX Competitions.

41. After VEX terminated RECF's rights and authorizations, RECF no longer had effective consent to access, use, alter, modify, redirect, administer, or

control RobotEvents.com, any VEX-controlled website, any VEX-controlled DNS or domain-registration settings, any VEX-controlled hosting or administrative account, or any VEX-controlled data or computer system.

42. RECF nevertheless used, attempted to use, or caused others to use former access, credentials, technical knowledge, administrative privileges, registrar/DNS settings, website controls, or other computer-system access to redirect or attempt to commandeer RobotEvents.com. RECF's conduct was intended to divert teams, Event Partners, registration traffic, goodwill, fees, and information away from VEX and toward RECF.

43. RECF's actions are particularly harmful because teams and Event Partners reasonably associate RobotEvents.com with VEX Competitions and would understand the website to be a legitimate VEX-controlled registration and communications platform. Commandeering RobotEvents.com and stating or implying on RobotEvents.com that RECF is authorized to manage, promote, and register teams for VEX Competitions has confused robotics teams, schools, coaches, parents, and Event Partners into believing that RECF remained authorized to promote, manage, register, or collect fees and information for VEX Competitions. For example, attached hereto as Exhibit 4 is a series of communications between and among VEX, RECF, and robotics teams, schools,

coaches, parents, and Event Partners reflecting the confusion in the VEX Robotics competition space generated by RECF's actions beginning on May 10, 2026 and continuing into the present.

44. Unless restrained, RECF is likely to continue using its prior access, knowledge, data, communications channels, and RECF-controlled websites or domain names to represent that it remains authorized to promote or manage VEX Competitions, to solicit teams for VEX Competitions, to collect team information and registration fees, and to divert traffic, goodwill, and customers from VEX.

## VI.
## CAUSES OF ACTION

### A. Breach of contract.

45. VEX and RECF entered into an agreement relating to services and goods to be provided by VEX for the benefit of RECF. Pursuant to such agreement, RECF agreed to pay VEX for the services and goods provided by VEX. VEX provided services and goods to RECF, and there are past-due invoices totaling $10,334,028.45 (which amount accounts for payments made by RECF). Despite VEX's requests, RECF has failed to pay the amounts due and outstanding. As this breach is material, VEX is owed $10,334,028.45 in actual damages as of April 29, 2026. This amount continues to increase as of the date of the filing of this action.

46. VEX does hereby, pursuant to this breach of contract, sue and assert its claim against RECF for all such damages, attorney fees, and prejudgment and post-judgment interest allowed by law.

**B. Quantum meruit.**

47. VEX provided valuable services and goods to RECF. Such goods and services were accepted by the RECF, knowing that VEX expected to be paid for such services and goods. RECF benefited from such services and the provision of goods, as RECF received payment for such goods from a third party. VEX has made a demand for payment, but RECF has refused to pay.

**C. Sworn Account.**

48. On the dates shown in the systematic, itemized statement of the goods and services sold, and marked as Exhibit "2", VEX sold and delivered to RECF services and goods at the prices therein charged, such being the standard and reasonable market value, as well as the agreed-to price.

49. RECF promised to pay VEX for the same, but, although requested to do so, they have failed and refused and still fail and refuse to pay the account, all to VEX's damage in the sum of $10,334,028.45, plus interest, costs, and attorneys' fees as herein requested.

**D. <u>Fraud.</u>**

50. Defendant RECF knowingly, repeatedly, and systematically engaged in a pattern of fraudulent conduct designed to mislead and financially exploit VEX.

51. Over the course of their aligned relationship, RECF submitted false and inflated invoices, misrepresented pricing terms, and manipulated discount structures to create the appearance of legitimate billing. Specifically, from at least June 2022 through December 2024, RECF submitted monthly rebate invoices to VEX under the caption "RECF Rebate (30%)" that systematically and materially overstated the amounts due. These invoices purported to charge VEX a thirty percent rebate on qualifying product purchases. VEX's review determined that RECF consistently and repeatedly included non-discountable items in the rebate base — including shipping, tax, and product categories expressly excluded from the agreed discount structure — thereby inflating every invoice it submitted.

52. RECF's overbilling was not occasional, inadvertent, or the result of isolated miscalculation. Across thirty-one (31) consecutive monthly invoices spanning more than two and a half years, every invoice RECF submitted required correction by VEX. In each instance, VEX was forced to strike the amount RECF billed and substitute a lower, corrected figure. The total overbilling across these

thirty-one invoices exceeded **$1,792,264.29.** The invoice-level detail is set forth in the table below:

| Period | Invoice No. | RECF Billed | VEX Adjusted | Overbilling |
|---|---|---|---|---|
| JUN 2022 | 202020 | $116,267.42 | $33,650.56 | $82,616.86 |
| JUL 2022 | 202192 | $119,220.94 | $36,738.96 | $82,481.98 |
| AUG 2022 | 202193 | $128,144.47 | $58,038.91 | $70,105.56 |
| SEP 2022 | 202194 | $166,829.29 | $78,441.31 | $88,387.98 |
| OCT 2022 | 202196 | $171,445.25 | $80,038.81 | $91,406.44 |
| NOV 2022 | 202195 | $164,547.36* | $97,250.12 | $67,297.24 |
| DEC 2022 | 202197 | $217,652.98 | $149,553.16 | $68,099.82 |
| JAN 2023 | 202208 | $294,592.33 | $76,085,32 | 218,507.01 |
| FEB 2023 | 202209 | $69,670.51 | $29.493.11 | $40,177.40 |
| MAR 2023 | 202210 | $17,509.47 | $5,677.10 | $11,832.37 |
| APR 2023 | 202211 | $1,832.10 | $926.92 | $905.18 |
| MAY 2023 | 202228 | $36,556.79 | $12,093.07 | $24,463.72 |
| JUN 2023 | 202229 | $69,749.94 | $52,456.76 | $17,293.18 |
| JUL 2023 | 202230 | $186,686.20** | $114,002.84 | $72,683.36 |
| AUG 2023 | 202275 | $230,356.11 | $162,088.71 | $68,267.40 |
| SEP 2023 | 202276 | $269,141.61 | $183,108.43 | $86,033.18 |

| | | | | |
|---|---|---|---|---|
| OCT 2023 | 202285 | $206,104.36 | $158,745.85 | $47,358.51 |
| NOV 2023 | 202311 | $164,104.79 | $120,954,.17 | $43,150.62 |
| DEC 2023 | 202319 | $104,725.21 | $69,619.95 | $35,105.26 |
| JAN 2024 | 202389 | $256,190.33 | $67,175.88 | $189,014.45 |
| FEB 2024 | 202390 | $78,152.41 | $57,318.47 | $20,833.94 |
| MAR 2024 | 202391 | $15,194.74 | $4,709.51 | $10,485.23 |
| APR 2024 | 202392 | $20,886.29 | $17,569,09 | $3,317.20 |
| MAY 2024 | 202405 | $57,996.51 | $44,954.22 | $13,042.29 |
| JUN 2024 | 202434 | $89,894.69 | $59,207.57 | $30,687.12 |
| JUL 2024 | 202554 | $76,488.48 | $61,186.96 | $15,301.52 |
| AUG 2024 | 202447 | $106,223.53 | $58,993.65 | $47,229.88 |
| SEP 2024 | 202501 | $64,141.37 | $32,854.41 | $31,286.96 |
| OCT 2024 | 202500 | $439,184.26 | $321,000.69 | $118,183.57 |
| NOV 2024 | 202526 | $231,362.83 | $165,312.10 | $66,050.73 |
| DEC 2024 | 202527 | $97,509.70 | $66,851.37 | $30,658.33 |
| **TOTAL (31 invoices)** | | **$4,268,362.27** | **$2,476,097.98** | **$1,792,264.29** |

** November 2022 (Invoice No. 202195): The amount shown on RECF's invoice differed from the amount reflected in RECF's own supporting spreadsheet summary. Both figures were incorrect. VEX's review determined that neither the invoice amount nor RECF's own internal summary accurately reflected the proper rebate calculation.*

*** July 2023 (Invoice No. 202230): Similarly, RECF's invoice showed $186,686.20 while RECF's own spreadsheet summary reported $172,765.14. VEX's review confirmed that both figures were incorrect. The existence of two conflicting figures — neither of which was accurate — within RECF's own records is consistent with a billing methodology that was manipulated rather than calculated.*

53. The foregoing table reflects that RECF's overbilling was not uniform in magnitude — it varied month to month, ranging from $900 to over $218,000 in a single month — which is inconsistent with a simple clerical error or misconfigured formula. A genuine system error would produce a consistent, traceable discrepancy. The variable and escalating nature of RECF's overbillings, combined with the fact that they consistently operated in RECF's favor across every single billing period, is evidence of intentional manipulation of the invoice calculation methodology.

54. The pattern of overbilling reflected in the table above was not occasional or isolated — it occurred across every single one of thirty-one consecutive monthly invoices, **always in RECF's favor**, and varied in magnitude in a manner inconsistent with any legitimate or consistent billing methodology. To the extent RECF characterizes these discrepancies as a good-faith disagreement, that characterization is belied by the systematic and unidirectional nature of the overbilling itself. A good-faith billing error does not occur in RECF's favor across every invoice for more than two and a half years, does not vary in ways that obscure a traceable formula, and does not produce invoice amounts that conflict with RECF's own internal supporting spreadsheets, as occurred in at least two instances documented above.

55. The two invoices identified with asterisks in the table above — November 2022 (Invoice No. 202195) and July 2023 (Invoice No. 202230) — present a particularly significant indicia of fraud. In both instances, the amount stated on the face of RECF's invoice did not match the amount reflected in RECF's own internal supporting spreadsheet or summary statement. In both instances, VEX's review determined that ***all*** versions of the figures were wrong. That RECF's invoice did not reconcile with its own supporting data — and that both figures were independently inflated — is strong evidence that RECF was not calculating rebates from legitimate underlying data but was instead generating invoice amounts through a process untethered from accurate product-level calculations.

**E. <u>Breach of fiduciary duty</u>.**

56. RECF acted as VEX's agent and event partner in managing, operating, promoting, and administering VEX Competitions and RobotEvents.com on VEX's behalf. As VEX's agent and trusted representative, RECF owed VEX fiduciary duties, including duties of loyalty, candor, good faith, full disclosure, and the duty not to use VEX's property, goodwill, confidential information, access, or business opportunities for RECF's own benefit or for the benefit of a competitor.

57. RECF breached its fiduciary duties by, among other things, secretly participating in the creation and promotion of a competing robotics competition

ecosystem, failing to disclose conflicts of interest, misusing VEX's competition ecosystem and goodwill, unilaterally raising registration fees without authorization, commandeering RobotEvents.com, and attempting to confuse teams and Event Partners into believing RECF remained authorized to manage or promote VEX Competitions after termination.

58. RECF's breaches proximately caused damages to VEX, including loss of goodwill, lost revenue, disruption of VEX Competitions, confusion among teams and Event Partners, and other damages. VEX also seeks disgorgement of all benefits RECF received as a result of its breaches of fiduciary duty, exemplary damages to the extent permitted by law, and all equitable relief necessary to protect VEX's property, goodwill, and competition ecosystem.

**F. <u>Texas Unfair Competition</u>.**

59. VEX incorporates the foregoing allegations. VEX owns valuable common-law and statutory rights in the VEX Robotics name, VEX Competition names, RobotEvents.com, VEX program names, VEX trade names, VEX logos, and related marks and source identifiers. These marks, names, and identifiers distinguish VEX's goods, services, competitions, registration systems, and educational robotics ecosystem.

60. RECF's infringing use of VEX's marks, names, competition identifiers, and RobotEvents.com-related goodwill after termination, including any use to promote RECF-controlled websites, to solicit teams, to collect registration fees or information, or to imply that RECF remains authorized to promote or manage VEX Competitions, is likely to cause confusion or mistake as to source, sponsorship, affiliation, authorization, or approval. RECF's conduct also constitutes passing off, palming off, and common-law unfair competition under Texas law.

61. RECF's infringement is willful. RECF received express written notice of the termination of all licenses and authorizations to use VEX's marks on May 10, 2026, and has continued its infringing conduct notwithstanding that notice.

62. VEX seeks injunctive relief, damages, disgorgement of profits, destruction or return of infringing materials, and attorney's fees to the extent supported by RECF's knowledge or bad faith, and all other relief available at law or in equity.

**G. <u>Texas Trademark Dilution</u>.**

63. VEX incorporates the foregoing allegations. The VEX mark is famous and distinctive within the meaning of Texas Business and Commerce Code § 16.104. VEX's mark is widely recognized among the relevant consuming public,

including students, schools, coaches, event partners, educational institutions, and STEM education organizations throughout Texas, the United States, and internationally. VEX's mark has been in continuous commercial use for more than twenty years and is uniquely associated with VEX's robotics products, competition programs, and educational ecosystem.

64. RECF's post-termination use of VEX's marks and competition identifiers in connection with RECF's unauthorized activities dilutes the distinctive quality of VEX's famous mark by blurring the exclusive association between the VEX mark and VEX's authorized competition ecosystem. RECF's conduct also tarnishes VEX's mark by associating it with unauthorized operations, unreliable registration infrastructure, and a competing ecosystem — including Team Alliance and its affiliation with Sphero, a direct VEX competitor — that VEX has not sanctioned and that is inconsistent with the quality and integrity of VEX's established competition programs.

65. VEX is entitled to injunctive relief under Texas Business and Commerce Code § 16.104 to prevent further dilution of its famous mark. Injunctive relief for dilution does not require proof of actual consumer confusion. VEX also seeks all damages and other relief available under applicable law.

**H. <u>False Designation of Origin (Texas Common Law)</u>.**

66. VEX incorporates the foregoing allegations. RECF's post-termination use of VEX's marks, competition names, and RobotEvents.com-associated goodwill to promote and operate RECF's unauthorized activities constitutes a false designation of origin under Texas common law. Coaches, schools, event partners, and competition participants who encounter RECF's post-termination communications, registration solicitations, and competition announcements reasonably believe they are transacting with or participating in VEX's authorized competition ecosystem. RECF's conduct falsely designates its unauthorized activities as originating from, being sponsored by, or being affiliated with or approved by VEX.

67. RECF's false designation of origin has caused and will continue to cause damage to VEX's goodwill, reputation, and business relationships. VEX is also exposed to potential liability in connection with competitions, registrations, and events that RECF operates under the false appearance of VEX's authorization. VEX seeks injunctive relief, actual damages, and disgorgement of any profits attributable to RECF's false designation of origin.

**I. <u>Tortious interference with existing and prospective relationships</u>.**

68. VEX has existing and prospective relationships with robotics teams,

schools, coaches, Event Partners, sponsors, vendors, customers, and other participants in the VEX Competition ecosystem. RECF knew of these relationships because RECF managed, promoted, and administered VEX Competitions for years as VEX's agent and had direct access to the teams, Event Partners, and registration systems associated with those relationships.

69. RECF intentionally interfered with VEX's existing and prospective relationships by, among other things, commandeering RobotEvents.com, representing that RECF remained authorized to promote or manage VEX Competitions, soliciting teams and Event Partners after termination, and attempting to divert registrations, fees, goodwill, and information from VEX to RECF or to competing programs.

70. RECF's interference was independently tortious and unlawful, including because it involved unauthorized use of VEX's property and systems, misrepresentations, breach of fiduciary duty, unfair competition, and Internet fraud. RECF's interference proximately caused VEX damages, including lost revenue, lost goodwill, loss of business opportunities, disruption of VEX Competitions, and expenses incurred to correct confusion.

**K. <u>Declaratory judgment</u>.**

71. VEX seeks a declaration under the Texas Declaratory Judgments Act

that: (a) VEX owns and controls RobotEvents.com and the VEX Competition materials, marks, trade names, goodwill, registration systems, data, and competition ecosystem; (b) RECF has no post-termination right to use, access, administer, redirect, or control RobotEvents.com or any VEX-controlled website, system, account, data, mark, trade name, or competition material; (c) RECF has no authority to represent that it is authorized to promote, manage, register, or collect fees or information for VEX Competitions; (d) RECF must return or destroy VEX's confidential information, credentials, data, and materials, subject to any litigation-preservation obligations and any Court-approved forensic protocol; (e) VEX owns the VEX Competition game manuals, competition formats, game design, and related program materials, and RECF has no ownership, co-authorship, or independent license rights in those materials that would survive termination of the parties' relationship or authorize RECF to continue administering, publishing, or distributing those materials after termination; and (f) VEX is the sole and exclusive owner of the registered mark "VEX," related registered marks, and all common-law trademark rights associated with the VEX name, VEX Competition program identifiers, and related marks; RECF has no right, license, or authorization — express, implied, or otherwise — to use those marks in connection with any competition, registration, solicitation, website, or communication

following the termination of the parties' relationship on May 10, 2026.

## VII.
## APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION

72. VEX also seeks a temporary restraining order, a temporary injunction, and, at the conclusion of trial, a permanent injunction against RECF.

73. VEX seeks a temporary restraining order under Texas Rule of Civil Procedure 680 to preserve the status quo and prevent immediate and irreparable injury before RECF can further redirect or interfere with RobotEvents.com, alter DNS, registrar, hosting, or administrative controls, solicit teams, collect registration information or fees, delete or alter logs or data, or use VEX's marks and goodwill to cause confusion in the marketplace.

74. The verified facts herein demonstrate that immediate and irreparable injury, loss, and damage will result to VEX absent injunctive relief. RECF has already commandeered RobotEvents.com immediately after termination, the upcoming VEX Competition season involves time-sensitive team registration and communications, and every hour of confusion threatens loss of goodwill, loss of control over VEX's property and systems, diversion of teams and registration traffic, and loss or alteration of electronic evidence that cannot be fully measured or remedied by damages.

75. VEX has taken and continues to take affirmative steps to ensure continuity of VEX Competition registration and participation for the 2026–2027 season. VEX is prepared to administer team registrations, event partner relationships, and competition logistics directly, and as part of that process, VEX quickly restored purchase order payment functionality upon the request by Ken Jones, RECF Chief of Staff — including purchase order processing — for schools and institutions that participate in VEX Competitions. VEX's goal in seeking injunctive relief is not to disrupt student participation in robotics competitions, but to ensure that the competition ecosystem VEX has built and funded is administered by VEX's authorized personnel rather than by an entity whose authority has been terminated for cause. Any disruption to student participation flows directly from RECF's unauthorized conduct following termination, not from VEX's exercise of its lawful rights to control its own platform and competition ecosystem.

76. Independently, and in addition to the foregoing, VEX is entitled to injunctive relief under Texas Business and Commerce Code § 16.104 based on RECF's dilution of VEX's famous mark. A claim for trademark dilution does not require proof of actual consumer confusion. Every day RECF continues to use VEX's famous mark in connection with unauthorized and competing activities

further erodes the exclusive association between the VEX mark and VEX's authorized competition ecosystem. That erosion is irreversible in the sense that dilution of a famous mark's distinctiveness, once established in the public mind, cannot be fully undone by a subsequent damages award. Injunctive relief is the appropriate and statutorily authorized remedy.

77. The last actual, peaceable, non-contested status that preceded the controversy was VEX's ownership and control of RobotEvents.com, VEX-controlled systems, VEX marks and competition materials, and the VEX Competition ecosystem, with RECF acting only as VEX's authorized agent and event partner and only for VEX's benefit. A temporary restraining order is necessary to preserve that status quo until the Court can hear VEX's application for temporary injunction.

78. The verified facts contained herein demonstrate that VEX has a clear probable right to the relief it seeks and a probable, imminent, and irreparable injury absent immediate injunctive relief for breach of contract, fraud, breach of fiduciary duty, Texas statutory and common-law unfair competition, passing off, dilution, tortious interference, and related equitable relief.

79. VEX asks the Court to grant a temporary restraining order, a temporary injunction, and, at the conclusion of trial, a permanent injunction

enjoining RECF and those acting in concert with it:

a. from directly or indirectly seeking to promote, manage, or hold competitions involving VEX Robotics products;

b. from directly or indirectly representing to third parties that it is authorized to promote, manage, or hold competitions involving VEX Robotics products;

c. from directly or indirectly accessing, logging into, using, modifying, altering, disabling, redirecting, administering, or attempting to access or administer RobotEvents.com, VEXForum.com, any VEX-controlled domain name, website, subdomain, registrar account, DNS setting, name server, hosting account, administrative account, database, application, API, credential, token, password, or computer system;

d. from directly or indirectly causing, requesting, assisting, authorizing, or attempting to cause any domain registrar, DNS provider, hosting provider, Internet service provider, employee, contractor, vendor, or third party to change, alter, transfer, disable, redirect, or interfere with RobotEvents.com, VEXForum.com, or any VEX-controlled website, domain name, subdomain, account, data, or computer system;

e. from directly or indirectly redirecting or attempting to manage the content of RobotEvents.com, VEXForum.com, or any other VEX-controlled website or to redirect those domains to www.recfevents.org, any RECF-controlled website, any Team Alliance website, any competing robotics-competition website, or any website not authorized in writing by VEX;

f. from directly or indirectly using any VEX mark, trade name, logo, program name, competition name, RobotEvents.com identifier, VEX Competition materials, or confusingly similar designation to promote RECF, Team Alliance, www.recfevents.org, or any other website, competition, registration platform, event, product, or service not authorized in writing by VEX;

g. from directly or indirectly representing, suggesting, implying, or causing confusion that RECF, www.recfevents.org, Team Alliance, or any RECF-controlled platform is authorized, sponsored, approved, affiliated with, or endorsed by VEX or authorized to promote, manage, hold, register teams for, collect fees for, or collect information for VEX Competitions;

h. from directly or indirectly soliciting, registering, charging, invoicing, or collecting money, identifying information, contact information, school information, team information, credentials, payment information, or registration information from any team, school, coach, parent, Event Partner, sponsor, vendor, or participant in connection with any VEX Competition, except as expressly authorized in writing by VEX;

i. from directly or indirectly using, copying, downloading, exporting, transferring, disclosing, deleting, destroying, altering, or failing to preserve any VEX data, team data, Event Partner data, registration data, customer data, confidential information, credentials, logs, communications, or materials obtained through RECF's former relationship with VEX or through RobotEvents.com;

j. from directly or indirectly sending or publishing any communication to teams, schools, coaches, parents, Event Partners, sponsors, vendors, or the public that states or implies that RECF remains authorized to promote, manage, register teams for, collect fees for, or collect information for VEX Competitions; and

k. from directly or indirectly deleting, modifying, concealing, overwriting, failing to preserve, or causing the deletion, modification, concealment, overwriting, or non-preservation of documents, data, metadata, server logs, DNS logs, registrar records, access logs, audit logs, source files, emails, messages, databases, backups, or other evidence relating to RobotEvents.com, VEXForum.com, www.recfevents.org, RECF's attempted redirects, VEX Competition registrations, VEX data, or RECF's post-termination communications with

teams and Event Partners.

80. VEX further requests that RECF and all persons acting in concert with it be ordered, within twenty-four (24) hours of the Court's order, to remove the current non-VEX-authorized content of RobotEvents.com, cease accessing RobotEvents.com, and to disable and remove any redirect, link, instruction, DNS setting, name-server setting, registrar setting, hosting setting, code, script, configuration, forwarding rule, or other mechanism that redirects or attempts to redirect traffic from RobotEvents.com, VEXForum.com, or any VEX-controlled website or domain to any RECF-controlled website, www.recfevents.org, Team Alliance website, competing robotics-competition website, or other website not authorized by VEX.

81. VEX further requests that RECF be ordered to return, transfer, or provide to VEX all usernames, passwords, credentials, API keys, tokens, authenticator devices, recovery codes, administrator rights, registrar rights, DNS rights, hosting rights, source code, databases, data exports, backups, and other access information or control mechanisms relating to RobotEvents.com, VEXForum.com, VEX-controlled websites or domains, VEX Competition data, VEX team data, or VEX-controlled systems.

82. VEX further requests that RECF be ordered to identify in writing all domains, subdomains, websites, URLs, landing pages, registration pages, databases, communication platforms, email accounts, social-media accounts, servers, vendors, contractors, registrars, DNS providers, hosting providers, and third-party services used or contacted by RECF in connection with any attempted commandeering or redirect of RobotEvents.com, any post-termination promotion of VEX Competitions, or any solicitation or registration of teams for VEX Competitions.

83. VEX further requests that RECF be ordered to preserve and not alter, delete, destroy, overwrite, or conceal all documents, electronically stored information, metadata, logs, backups, communications, and records relating to RobotEvents.com, VEXForum.com, www.recfevents.org, RECF's attempted redirects, RECF's use of VEX marks or competition names, RECF's communications with teams or Event Partners, VEX Competition registrations, and RECF's post-termination access to or use of VEX-controlled systems or data.

84. VEX further requests that RECF be ordered to provide a corrective notice, in a form approved by VEX or the Court, to any team, school, coach, parent, Event Partner, sponsor, vendor, or other participant to whom RECF has represented or implied after termination that RECF remains authorized to

promote, manage, register teams for, collect fees for, or collect information for VEX Competitions.

85. VEX is willing to post a reasonable bond for the temporary restraining order and temporary injunction in accordance with Texas Rule of Civil Procedure 684.

86. VEX requests that the Court grant a temporary restraining order immediately, set its application for temporary injunction for hearing at the earliest possible date, and, after hearing, issue a temporary injunction against RECF and those acting in concert with it based on the foregoing information and any additional evidence as may be properly submitted to the Court for consideration.

87. VEX further asks the Court to set its request for a permanent injunction for a full trial and, after trial, issue a permanent injunction against RECF and those acting in concert with it based on the foregoing information and any additional evidence as may be properly submitted to the Court for consideration.

## VIII.
## REQUEST FOR ATTORNEYS' FEES

88. VEX would further show that it has necessarily engaged the undersigned attorneys for collection and employed them to prosecute this case, for which VEX agreed to pay reasonable attorneys' fees. VEX is entitled to judgment for such fees pursuant to Texas Civil Practice and Remedies Code §

38.001 *et seq.* Additionally, VEX requests that all attorneys' fees incurred because of the appellate process, if necessary, be paid.

89. VEX is also entitled to recover all attorney's fees, court costs, damages, profits, statutory damages, exemplary damages, disgorgement, and equitable relief available under Texas law.

## IX.
## EXEMPLARY DAMAGES

90. VEX seeks exemplary damages under Texas law, including Texas Civil Practice and Remedies Code Chapter 41, because RECF's conduct, as pleaded herein, was committed with fraud, malice, and/or gross negligence. RECF's conduct included intentional deception, self-dealing, breach of fiduciary duties, unauthorized interference with VEX-controlled systems and domains, and conscious disregard for VEX's rights, property, goodwill, and relationships. VEX requests exemplary damages in an amount within the jurisdictional limits of the Court and in accordance with Texas law.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff VEX Robotics, Inc., prays that RECF be cited to appear and answer herein as required by law, and that upon final hearing thereof, judgment be entered for VEX against RECF for damages in an amount within the jurisdictional limits of the Court; specifically, compensatory damages together with exemplary damages, attorneys' fees, pre-

judgment interest at the maximum rate allowed by law, post-judgment interest at the legal rate, costs of court, a temporary restraining order, temporary injunction, permanent injunction, declaratory relief, and such other and further relief to which the Plaintiff may be entitled under Texas law or in equity.

/s/ Joel E. Geary
Joel E. Geary
State Bar No. 24002129
jgeary@wslawpc.com
Grant B. Stock
State Bar No. 24033240
gstock@wslawpc.com
James M. Welch
State Bar No. 00785210
jwelch@wslawpc.com
Matthew P. Lindner
State Bar No. 24098001
mlindner@wslawpc.com
WADDELL SERAFINO GEARY
RECHNER JENEVEIN, P.C.
1717 Main Street, Suite 2500
Dallas, Texas 75201
214/979-7400 telephone
214/979-7402 facsimile

George Ivan Alexander
State Bar No. 00992600
george@curtisalexander.net
CURTIS & ALEXANDER, PC
2708 Washington Street
PO Box 1274
Greenville, Texas 75403
903/455-8113 telephone
903/454-3371 facsimile

***Attorneys for Plaintiff***
***Vex Robotics, Inc.***

**VERIFICATION**

1. My name is David A. Norman. I reside in Hunt County at 3056 Old Mill Road, Greenville, Texas, and my office is in Hunt County at 6725 West FM 1570, Greenville, Texas.

2. I am the Chief Executive Officer and President for VEX Robotics, Inc.

3. I have read the foregoing First Amended Petition and Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction along with exhibits attached and I am familiar with the facts alleged therein and the same are true and correct.

4. I solemnly swear and affirm that the statements contained herein are true and correct to the best of my knowledge, information and belief,

**Jurat**

My name is David A. ("Tony") Norman. My date of birth is March 27, 1968, and my address is 3056 Old Mill Road, Greenville, Texas. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th day of May, 2026.

David A. Norman
David A. Norman (May 11, 2026 20:46:32 CDT)

David A. ("Tony") Norman

EXHIBIT 1

CAUSE NO. ____________

| | |
|---|---|
| VEX ROBOTICS, INC., | IN THE DISTRICT COURT |
| *Plaintiff,* | |
| vs. | ____ JUDICIAL DISTRICT |
| ROBOTICS EDUCATION & COMPETITION FOUNDATION, INC., | |
| *Defendant.* | HUNT COUNTY, TEXAS |

## DECLARATION OF DAVID A. ("TONY") NORMAN

1. My name is David A. Norman. I reside in Hunt County at 3056 Old Mill Road, Greenville, Texas, and my office is in Hunt County at 6725 West FM 1570, Greenville, Texas.

2. I am the Chief Executive Officer and President for VEX Robotics, Inc. ("VEX"). As such, I am familiar with the books and records of VEX that reflect sales, shipments, and payments. These records are made at or near the time of each transaction by employees or representatives with knowledge, and such records are kept in the regular course of VEX's business.

3. This action includes agreement between VEX and Robotics Education & Competition Foundation, Inc. ("RECF") pursuant to which VEX sold and delivered VEX robotics-related products to RECF or to third parties for the benefit of RECF. Exhibit 2 is a summary of the systematic, itemized statement of the goods and services sold and the sums owed by RECF before payments of three million nine hundred and seventy-one thousand three hundred and fifty-three dollars and fifty-three cents ($3,971,353.53) made by RECF. Exhibit 2 is a true and correct summary of records maintained by VEX in the ordinary course of business.

4. Formal demand for payment was made upon RECF, which has failed and refused to pay the due balance. After allowing all just and lawful offsets, payments, and credits, the principal sum of ten million three hundred and thirty-four thousand and twenty-eight dollars and forty-five cents ($10,334,028.45) is due. This amount consists of fourteen million three hundred and five thousand three hundred and eighty-one dollars and ninety-eight cents ($14,305,381.98) past due, less three million nine hundred and seventy-one thousand three hundred and fifty-three dollars and fifty-three cents ($3,971,353.53) paid by RECF.

## Jurat

My name is David A. ("Tony") Norman. My date of birth is March 27, 1968, and my address is 3056 Old Mill Road, Greenville, Texas. I declare under penalty of perjury that the foregoing is true and correct.

Executed in St. Louis County, Missouri, on the 28th day of April, 2026.

David A. ("Tony") Norman

EXHIBIT 2

| Invoice Year | | Amount Due | Qty of Invoices |
|---|---|---|---|
| Total for 2022 | $ | 3,259,568.83 | 8,731 |
| Total for 2023 | $ | 4,384,869.73 | 10,356 |
| Total for 2024 | $ | 4,210,714.59 | 9,674 |
| Total for 2025 | $ | 2,259,986.99 | 7,813 |
| Total thru Feb 2026 | $ | 190,241.84 | 255 |
| **Past Due Total** | $ | **14,305,381.98** | 36,829 |

| Invoice Month | Year | Qty of Invoices | | VEX Invoice to REC |
|---|---|---|---|---|
| June | 2022 | 422 | $ | 425,591.04 |
| July | 2022 | 908 | $ | 416,550.42 |
| August | 2022 | 1,188 | $ | 395,362.57 |
| September | 2022 | 903 | $ | 438,413.91 |
| October | 2022 | 2,238 | $ | 483,439.89 |
| November | 2022 | 1,027 | $ | 472,572.25 |
| December | 2022 | 2,045 | $ | 627,638.75 |
| | | 8,731 | $ | **3,259,568.83** |
| January | 2023 | 721 | $ | 798,932.79 |
| February | 2023 | 314 | $ | 206,230.35 |
| March | 2023 | 42 | $ | 54,524.07 |
| April | 2023 | 31 | $ | 5,682.18 |
| May | 2023 | 517 | $ | 124,285.27 |
| June | 2023 | 405 | $ | 178,809.27 |
| July | 2023 | 530 | $ | 501,387.99 |
| August | 2023 | 1,340 | $ | 591,909.45 |
| September | 2023 | 2,203 | $ | 753,322.47 |
| October | 2023 | 2,109 | $ | 511,328.74 |
| November | 2023 | 1,431 | $ | 416,331.51 |
| December | 2023 | 713 | $ | 242,125.64 |
| | | 10,356 | $ | **4,384,869.73** |

| Invoice Month | Year | Qty of Invoices | | VEX Invoice to REC |
|---|---|---|---|---|
| January | 2024 | 788 | $ | 620,200.25 |
| February | 2024 | 151 | $ | 222,549.27 |
| March | 2024 | 34 | $ | 67,100.07 |
| April | 2024 | 72 | $ | 67,385.27 |
| May | 2024 | 535 | $ | 173,521.33 |
| June | 2024 | 407 | $ | 250,422.00 |
| July | 2024 | 382 | $ | 217,419.30 |
| August | 2024 | 1,078 | $ | 333,600.40 |
| September | 2024 | 1,544 | $ | 215,007.73 |
| October | 2024 | 1,909 | $ | 1,141,074.73 |
| November | 2024 | 2,025 | $ | 648,665.29 |
| December | 2024 | 749 | $ | 253,768.95 |
| | | 9,674 | $ | **4,210,714.59** |
| January | 2025 | 340 | $ | 267,260.19 |
| February | 2025 | 127 | $ | 91,281.11 |
| March | 2025 | 58 | $ | 24,693.27 |
| April | 2025 | 14 | $ | 13,687.87 |
| May | 2025 | 458 | $ | 103,063.45 |
| June | 2025 | 399 | $ | 221,194.72 |
| July | 2025 | 453 | $ | 227,314.31 |
| August | 2025 | 1,158 | $ | 319,743.05 |
| September | 2025 | 1,926 | $ | 284,914.13 |
| October | 2025 | 1,587 | $ | 369,654.14 |
| November | 2025 | 794 | $ | 198,881.32 |
| December | 2025 | 499 | $ | 138,299.43 |
| | | 7,813 | $ | **2,259,986.99** |

| Invoice Month | | Amount Due | Qty of Invoices |
|---|---|---|---|
| January 2026 | $ | 183,968.80 | 234 |
| February 2026 | $ | 6,273.04 | 21 |
| **Current Total** | $ | **190,241.84** | 255 |

May 10, 2026

Robotics Education & Competition Foundation
1519 Interstate 30 West
Greenville, TX 75402
Attn: Dan Mantz

**RE: Termination of Agreements and Notice of Cessation of Relationship**

This letter serves as formal notice from Innovation First International, Inc. and VEX Robotics, Inc. (collectively, "VEX") regarding the termination of all agreements, arrangements, and relationships between VEX and the Robotics Education & Competition Foundation ("RECF"), other than the IT Services Agreement and License Agreement dated October 2, 2017, which is not terminated by this letter and is addressed separately in concurrent notice. The IT Services Agreement remains in effect solely in accordance with its own terms and the separate notice provided today.

VEX hereby terminates all agreements, arrangements, and relationships with RECF, whether written, oral, implied, or arising from any course of dealing, effective immediately.

To the extent any provision of any agreement requires notice or an opportunity to cure, this letter constitutes such notice, and termination shall be effective at the earliest time permitted under the applicable provisions.

This termination is based on RECF's material breaches of the parties' agreements and conduct inconsistent with VEX's contractual rights, ownership of intellectual property, and control over VEX Competitions and related assets. The following grounds are independent, cumulative, and each sufficient to support termination:

**A. Financial Defaults and Resulting Liabilities**

- VEX provided formal notice in 2025 of substantial unpaid invoices. RECF has made only partial payments. Continued non-payment following formal notice constitutes a material default.
- RECF's submission of an invalid tax-exempt certificate has resulted in a California sales tax audit liability of approximately $146,000 assessed against VEX. This liability is a direct consequence of RECF's conduct.
- RECF improperly claimed and invoiced VEX for discounts, including Competition Field, Game Element, and Trophy discounts, as well as discounts associated with grant-funded programs where no such funding existed. These practices reflect a pattern of misrepresentation and improper financial conduct that resulted in substantial overcharges to VEX.

**B. Conflicts of Interest and Adverse Conduct**

- RECF's CEO co-founded a nonprofit organization aligned with Sphero, a direct competitor of VEX. This relationship presents a material conflict of interest and is adverse to RECF's obligations to VEX.

**C. Unauthorized Competitive Activity and Program Expansion**

- RECF's unauthorized expansion into non-VEX robotics competitions, including its ADC-Pro program and related partnership with MINDS-I, demonstrates its departure from the agreed structure and its use of its position to develop competing or parallel programs. This conduct constitutes an independent basis for termination.

Based on the foregoing, VEX hereby terminates the parties' agreements, to the extent any exist, for cause. Each of the foregoing grounds is independent and sufficient to support termination.

RECF shall not be entitled to continued performance, any cure period, or any damages arising from future or unperformed activities, except as expressly required by applicable agreements.

VEX reserves all rights to identify additional grounds for termination and to pursue all available claims and remedies.

For the avoidance of doubt, this letter does not constitute a termination of the IT Services Agreement and License Agreement dated October 2, 2017. Nothing in this letter shall be construed to accelerate, modify, or terminate the IT Agreement, which is governed exclusively by its own terms. IFI's demands regarding cessation of use of RobotEvents.com, return of credentials, and systems access set forth below are made pursuant to IFI's ownership of its intellectual property and VEX Competition assets, and are independent of and not contingent upon any termination of the IT Services Agreement.

**Termination of Licenses and Rights**

Effective immediately upon termination, all licenses, rights, and authorizations granted to RECF, whether express, implied, oral, written, or arising from any course of dealing, are terminated in their entirety.

RECF shall immediately cease all use of VEX Competition intellectual property, VEX Data, VEX trademarks, trade names, branding, and related materials, and any software, systems, or platforms provided by or on behalf of VEX, including without limitation, RobotEvents.com and Tournament Manager.

RECF shall not, directly or indirectly, operate, organize, administer, or promote any VEX Competitions; represent to any third party that it is authorized to act on behalf of VEX in any capacity; or use any VEX-related materials, systems, or data in connection with any competition, program, or activity.

RECF shall not communicate with, solicit, or direct event partners, teams, sponsors, or other participants in the VEX ecosystem in a manner that suggests continued authority to operate or administer VEX Competitions.

Notwithstanding any provision of any agreement that may be construed to grant RECF a continuing right to access or use any VEX-related software or systems, RECF shall have no authority to register teams, create or administer competitions, accept or process payments, or otherwise utilize such systems in connection with any VEX-related activity.

RECF shall not access, modify, interfere with, or attempt to access any VEX-controlled systems, platforms, or infrastructure following receipt of this notice. These restrictions apply immediately upon receipt of this notice and without exception.

**Ownership of Intellectual Property and Work Product**

VEX reiterates that all VEX Competition IP is and remains the sole and exclusive property of VEX; all data associated with VEX Competitions is the sole property of VEX; all software, systems, and work product developed in connection with the parties' agreements are the exclusive property of VEX; and any materials or modifications created in connection with the parties' agreements are owned exclusively by VEX. RECF shall execute any documents necessary to confirm such ownership.

**No Assumption of Obligations**

VEX shall not assume, perform, or be liable for any obligations, commitments, or liabilities of RECF of any kind, whether arising before or after the date of this letter. RECF remains solely responsible for all such obligations.

**Required Compliance — Five (5) Day Deadline**

Within five (5) business days of receipt of this letter, RECF shall complete all of the following:

1. Return to VEX all VEX Data and any copies thereof, in any form or medium, and identify and disclose all locations where VEX Data or systems are stored or maintained;

2. Return all software, systems, documentation, and related materials provided by or developed in connection with VEX;

3. Deliver to VEX all credentials, administrative access, and control over any systems, domains, hosting environments, or infrastructure associated with VEX, including RobotEvents.com and related systems;

4. Immediately cease accepting, processing, collecting, or otherwise handling any registration fees, payments, or other funds relating to any VEX Competitions. All such funds, whether currently held or received in the future, constitute property of VEX and shall be held by RECF solely in trust for the benefit of VEX. RECF shall immediately segregate all such funds from its general accounts, identify and account for all such funds in its possession, custody, or control, and remit such funds to VEX in full without delay. To the extent any such funds have been commingled, transferred, or disbursed, RECF shall provide a complete accounting tracing the disposition of such funds, including all accounts, transactions, and recipients. RECF shall take all actions necessary to preserve such funds and prevent any further transfer, dissipation, or encumbrance. Any acceptance, retention, use, transfer, or failure to timely remit such funds following receipt of this notice will constitute wrongful possession and conversion of VEX property and will result in immediate legal action, including claims for injunctive and equitable relief to recover and preserve such funds.

5. Provide written confirmation of acknowledgment of this termination and a detailed plan for full compliance with the obligations set forth herein; and

6. Provide written certification, signed by an authorized officer of RECF, confirming full compliance with all of the foregoing obligations.

Any continued acceptance, retention, or use of VEX funds following receipt of this notice will be treated as conversion and will result in immediate legal action. Any delay, interference, or failure to comply with any obligation set forth herein shall constitute a further material breach and will result in immediate legal action.

VEX reserves the right to notify third parties that RECF is no longer authorized to collect funds, operate competitions, or act in any capacity on behalf of VEX.

**Reservation of Rights**

All rights, claims, and remedies of VEX, whether known or unknown, are expressly reserved. Nothing in this letter shall be deemed a waiver of any such rights, claims, or remedies.

Regards,

John Harvey

Innovation First International, Inc.
VEX Robotics, Inc.
John Harvey
General Counsel

**From:** Chris Stewart <chris_stewart@recf.org>
**Sent:** Sunday, May 10, 2026 9:24 PM
**To:** [redacted]
**Subject:** RECF is entering an exciting new phase

For nearly twenty years, the Robotics Education & Competition Foundation (RECF) has worked in close partnership with VEX Robotics to build a strong foundation for STEM education and competitive robotics.

We are incredibly proud of what has been accomplished together and the impact this work has had on students, educators, and communities around the world.

As we look ahead, RECF is entering an exciting new phase—one that reflects a broader, more independent, and diversified approach to serving our community.

At our core, we believe that robotics, drones, and workforce development opportunities should be accessible, inclusive, and responsive to a rapidly evolving landscape. As educational technologies continue to expand, we are committed to supporting a wider range of pathways and solutions that best serve learners and educators—including:

- Continued engagement with VEX Robotics products
- 3D printing options for robotics and drones
- Expanded hardware choices for robotics and drones
- School and non-profit focused competitions
- Event Partner grants

To our students, partners, and volunteers: you are the foundation of this work. Your passion, creativity,

and commitment continue to inspire us, and we are excited to build what comes next—together.

The RECF's VEX Robotics competition season will open June 1, 2026. Please stay tuned for updates on RECF.org, the RECF Library, and emails from your RECF Regional Support Manager. Thank you for your ongoing support as we move into this next chapter. We look forward to sharing more soon.

**Chris Stewart**
Senior Regional Support Manager | REC Foundation
ND, SD, MN, WI, MI
& JROTC Team Support
(605) 393-5130

REC Foundation Regional Support Request
Monthly Updates Article
**Check out our upcoming events!**
Check out the RECF Library!
If you'd like to schedule a meeting with me, please feel free to visit my Calendly page

*This message and its attachments may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and destroy copies of this message/attachments.*

--
Unsubscribe

**From:** [redacted]
**Sent:** Monday, May 11, 2026 5:41 AM
**To:** eventpartners@vex.com
**Subject:** FW: RECF is entering an exciting new phase

Morning,

Based on your Event Partner Email this email from the RECF seems to contradict what you have said.

Best regards,

[redacted]

**From:** Chris Stewart <chris_stewart@recf.org>
**Sent:** Sunday, May 10, 2026 9:24 PM
**To:** [redacted]
**Subject:** RECF is entering an exciting new phase

For nearly twenty years, the Robotics Education & Competition Foundation (RECF) has worked in close partnership with VEX Robotics to build a strong foundation for STEM education and competitive robotics.

We are incredibly proud of what has been accomplished together and the impact this work has had on students, educators, and communities around the world.

As we look ahead, RECF is entering an exciting new phase—one that reflects a broader, more independent, and diversified approach to serving our community.

At our core, we believe that robotics, drones, and workforce development opportunities should be accessible, inclusive, and responsive to a rapidly evolving landscape. As educational technologies continue to expand, we are committed to supporting a wider range of pathways and solutions that best serve learners and educators—including:

- Continued engagement with VEX Robotics products
- 3D printing options for robotics and drones
- Expanded hardware choices for robotics and drones
- School and non-profit focused competitions
- Event Partner grants

To our students, partners, and volunteers: you are the foundation of this work. Your passion, creativity,

and commitment continue to inspire us, and we are excited to build what comes next—together.

The RECF's VEX Robotics competition season will open June 1, 2026. Please stay tuned for updates on RECF.org, the RECF Library, and emails from your RECF Regional Support Manager. Thank you for your ongoing support as we move into this next chapter. We look forward to sharing more soon.

**Chris Stewart**
Senior Regional Support Manager | REC Foundation
ND, SD, MN, WI, MI
& JROTC Team Support
(605) 393-5130

REC Foundation Regional Support Request
Monthly Updates Article
**Check out our upcoming events!**
Check out the RECF Library!
If you'd like to schedule a meeting with me, please feel free to visit my Calendly page

*This message and its attachments may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and destroy copies of this message/attachments.*

--
Unsubscribe

**From:** [redacted]
**Sent:** Monday, May 11, 2026 6:09 AM
**To:** eventpartners@vex.com
**Subject:** Fwd: Urgent RECF and VEX Robotics update

This sounds like RECF is still running the VEX competitions. What's going on?

---------- Forwarded message ---------
From: **Alicia Lynn** <alicia_lynn@recf.org>
Date: Sun, May 10, 2026 at 10:46 PM
Subject: Urgent RECF and VEX Robotics update
To: [redacted]

Hello Coaches and Event Partners:

Below please find an important announcement. I know you will have many questions and I do plan to host an online meeting soon to address any of those questions. We are still working out some important details regarding the upcoming season. I would encourage waiting until more details are available before registering any teams for the upcoming season.

For nearly twenty years, the Robotics Education & Competition Foundation (RECF) has worked in close partnership with VEX Robotics to build a strong foundation for STEM education and competitive robotics.

We are incredibly proud of what has been accomplished together and the impact this work has had on students, educators, and communities around the world.

As we look ahead, RECF is entering an exciting new phase—one that reflects a broader, more independent, and diversified approach to serving our community.

At our core, we believe that robotics, drones, and workforce development opportunities should be accessible, inclusive, and responsive to a rapidly evolving landscape. As educational technologies continue to expand, we are committed to supporting a wider range of pathways and solutions that best serve learners and educators—including:

- Continued engagement with VEX Robotics products
- 3D printing options for robotics and drones
- Expanded hardware choices for robotics and drones
- School and non-profit focused competitions
- Event Partner grants

To our students, partners, and volunteers: you are the foundation of this work. Your passion, creativity, and commitment continue to inspire us, and we are excited to build what comes next—together.

The RECF's VEX Robotics competition season will open June 1, 2026. Please stay tuned for updates on RECF.org, the RECF Library, and emails from your RECF Regional Support Manager. Thank you for your ongoing support as we move into this next chapter. We look forward to sharing more soon.

--

**Alicia Lynn**
Regional Support Manager | REC Foundation
430-346-2073

**Check out our upcoming events!**

*This message and its attachments may contain confidential and/or privileged information If you are not the intended recipient please notify the sender immediately and destroy copies of this message/attachments*

*Unsubscribe*

[redacted]

---------- Forwarded message ---------
From: [redacted]
<globalinfodistribution@innovationfirst.com>
Date: Mon, May 11, 2026 at 1:55 PM
Subject: Fwd: Important: RECF Competition Season Pre-Registration Information
To: <info@global-robotics.org>

I am getting confused! Who is in charge?!

[redacted]

---------- Forwarded message ---------
From: <matthew_buckley@recf.org>
Date: Mon, May 11, 2026 at 1:53 PM
Subject: Important: RECF Competition Season Pre-Registration Information
To: [redacted]

Dear Coaches and Teams,

To help teams prepare for the upcoming RECF Robotics Competition season, we are providing access to a temporary pre-registration site. This process is designed to give coaches time to register their teams early and help existing organizations retain the organization numbers they have previously used.

At this stage, payment is not required to complete pre-registration.

Once full functionality of RECF Events is available and an automated verification system for organization numbers is in place, registration activities will transition to the standard RECF Events platform. In the meantime, completing the pre-registration process through this

temporary site will help ensure your account information, organization number, and team details are properly established in RECF Events.

Please review the attached help document for step-by-step instructions on how to complete the pre-registration process.

If you have any questions or need assistance, please reach out to your Regional Support Manager.

Thank you for your patience and continued support as we prepare for the upcoming season.

Best regards,

RECF Events Pre-Registration

**Matt and the SCORE TEAM**

Regional Support Management Team | Alabama, Georgia, and Mississippi
Robotics Education & Competition Foundation (RECF)
score@recf.org
(334) 752-3423

Quick Links & Connect with Us

--
[redacted]
Project Lead the Way

[redacted]
This message, and any files transmitted with it, may contain confidential information and is intended only for the individual addressee(s). If you are not the named addressee or if you have received this email by mistake, you should not disseminate,

print, distribute or copy this e-mail. If you have received this email by mistake, please notify the sender immediately and delete this e-mail from your system. Employees of Shelby County Board of Education are expressly required not to make defamatory statements and not to infringe or authorize any infringement of copyright or any other legal right by email communications. Any such communication is contrary to Board policy and outside the scope of the employment of the individual concerned.

**CAUTION - EXTERNAL SENDER**

1. **DO NOT** click links or open any attachments if sender is unknown or the message seems suspicious in any way.
2. **DO NOT** provide your user ID or password.

[redacted] · 39m

[redacted] After getting both emails, I was thoroughly confused and decided to go ahead and send an email to my RSM with RECF to see if they would be running the Level Up competition...seeing that I just received for filled kits and paid an arm in the leg to have them shipped to me. Here is the response I received.

> For the 2026-2027 season, the RECF Robotics Competition will play the VEX Robotics Competition: Override and VEX IQ Competition: Level Up games. Modified rules may be implemented soon for the RECF Robotics Competition. You should keep the kits you have now as they are able to be used with the RECF Robotics Competition. Additionally, teams are encouraged to continue using their existing VEX Robotics hardware to play the game. Upcoming game modifications/updates may also allow hardware from other sources, and will address concerns such as colored parts, grease, etc.

Reply

[redacted]

**CAUTION - EXTERNAL SENDER**

1. **DO NOT** click links or open any attachments if sender is unknown or the message seems suspicious in any way.
2. **DO NOT** provide your user ID or password.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Penny Rogers on behalf of Joel Geary
Bar No. 24002129
progers@wslawpc.com
Envelope ID: 115100206
Filing Code Description: Amended Filing
Filing Description: First Amended Petition and Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction w/Exhibits
Status as of 5/19/2026 4:10 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Justin Lee | | jlee@jw.com | 5/19/2026 3:14:14 PM | SENT |
| Maggie Burreson | | mburreson@jw.com | 5/19/2026 3:14:14 PM | SENT |
| Cheryl Leger | | cleger@jw.com | 5/19/2026 3:14:14 PM | SENT |
| Joseph Fischer | | tfischer@jw.com | 5/19/2026 3:14:14 PM | SENT |
| Juana Sauceda | | jsauceda@jw.com | 5/19/2026 3:14:14 PM | SENT |
| Richard Liu | | richard.liu@consultils.com | 5/19/2026 3:14:14 PM | SENT |
| Yolanda Lopez | | ylopez@jw.com | 5/19/2026 3:14:14 PM | SENT |
| Joel E.Geary | | jgeary@wslawpc.com | 5/19/2026 3:14:14 PM | SENT |
| Grant B.Stock | | gstock@wslawpc.com | 5/19/2026 3:14:14 PM | SENT |
| Penny Rogers | | progers@wslawpc.com | 5/19/2026 3:14:14 PM | SENT |
| Jared Xu | | jared.xu@consultils.com | 5/19/2026 3:14:14 PM | SENT |
| Matthew PLindner | | mlindner@wslawpc.com | 5/19/2026 3:14:14 PM | SENT |
| James MWelch | | jwelch@wslawpc.com | 5/19/2026 3:14:14 PM | SENT |

# EXHIBIT 3

EXHIBIT 3

Filed 5/20/2026 10:36 PM
Susan Spradling
District Clerk
Hunt County, Texas
SL

**Cause No. 96313**

| | |
|---|---|
| **VEX ROBOTICS, INC.,** | **IN THE DISTRICT COURT** |
| **Plaintiff/Counter-Defendant,** | |
| **v.** | |
| **ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.,** | **354th JUDICIAL DISTRICT** |
| **Defendant/Counter-Plaintiff/Third-Party Plaintiff,** | |
| **v.** | |
| **INNOVATION FIRST INTERNATIONAL, INC.,** | **HUNT COUNTY, TEXAS** |
| **Third-Party Defendant.** | |

**ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.'S**
**COUNTERCLAIMS AND THIRD-PARTY PETITION**

Plaintiff Robotics Education and Competition Foundation, Inc. ("RECF" or "Counter-Plaintiff") files its Counterclaims against Counter-Defendant VEX Robotics, Inc. ("VEX") and its Third-Party Petition against Third-Party Defendant Innovation First International, Inc. ("IFI"), together with the Declaration of Dan Mantz filed contemporaneously herewith. RECF respectfully shows the Court as follows:

## INTRODUCTION

1. The Robotics Education & Competition Foundation is a Michigan 501(c)(3) public charity. Its mission is simple and unwavering: to inspire every student, regardless of background, geography, or family income, to pursue science, technology, engineering, mathematics, and computer-science education through hands-on competitive robotics. RECF's programs reach approximately 200,000 students each year across more than 30,000 teams in over 100 countries.

RECF works with more than 100 universities, colleges, and organizations who offer more than $100M in scholarship opportunities to students who compete in the programs. RECF partners with NASA, the U.S. Department of Defense STEM Initiative, JROTC Army, JROTC Air Force, the Texas Workforce Commission, and federal, state, and local educational agencies to extend competitive STEM education to students who would otherwise have no access to it: students in Title I schools, in rural districts, in JROTC units, in under-resourced communities, and in countries where the cost of premium robotics hardware places competitive STEM out of reach. RECF's mission is the foundation of its identity. This case, at its core, is about RECF's refusal to sacrifice that mission in the face of commercial demands of a single hardware vendor.

2. For sixteen years, RECF worked side by side with VEX Robotics, Inc., a Texas for-profit corporation, and its parent Innovation First International, Inc. RECF built the community: the students, the teachers, the coaches, the JROTC instructors, the volunteers, and the network of more than 3,600 annual competitions. VEX built and sold the hardware many of those students used. RECF's mission gave the partnership its meaning. VEX's products gave it scale. Together, the partnership transformed competitive robotics education in the United States and abroad.

3. That partnership ended not because RECF failed, but because RECF succeeded. RECF's Aerial Drone Competition ("ADC"), launched by RECF in 2019, was hosted on the RobotEvents.com platform from 2020 through May 2025. The ADC was formally embraced by JROTC Army beginning in the 2020–2021 season and by JROTC Air Force beginning in the 2022–2023 season, and supported by federal grants from NASA, the U.S. Department of Defense STEM Initiative, and the Texas Workforce Commission. RECF's ADC grew into one of the most prominent educational drone-competition programs in the United States. RECF built that program

with the knowledge and approval of VEX. VEX's own then-board representative on the RECF board, David A. ("Tony") Norman, was present when the RECF Board approved the program.

4. In or around April 2023, while seeing RECF's drone program flourish on VEX's own platform, VEX began quietly developing a competing drone product. In May 2024, at the VEX Robotics World Championship, VEX unveiled "VEX Air," surprising RECF and the very community RECF had built. VEX then faced an obvious commercial problem: the most established educational drone-competition program in the United States was being run by a nonprofit VEX did not control. From that moment, the parties' commercial interests diverged.

5. Beginning in 2022 and continuing thereafter, VEX stopped paying RECF the 30% and 15% product rebates owed under the parties' longstanding course of dealing. Notwithstanding the missed rebates, the partnership continued for several years. There were practical reasons for that continuity. VEX depended on RECF's RSM network, Event Partner relationships, and community of coaches and teams to continue selling VEX products into the concerns the educational market; VEX needed RECF to move its product. RECF, in turn, was simultaneously owed millions of dollars by VEX in unpaid rebates while itself purchasing VEX products in significant volume. As detailed below, the parties' obligations to one another were of broadly comparable magnitude, and the parties managed the imbalance commercially, effectively offsetting amounts owed in each direction, rather than litigating it. The partnership endured because, despite the unpaid rebates, neither side had yet broken the relationship.

6. That equilibrium ended in 2025. By then, VEX had completed development of VEX Air and was prepared to launch into the drone-competition marketplace. The continued existence of RECF's independent Aerial Drone Competition—a program that permitted teams to use drones from manufacturers other than VEX—was, in VEX's view, an obstacle to its

commercial plans. In the summer of 2025, VEX demanded that RECF wind down the Aerial Drone Competition entirely. RECF refused. RECF could not abandon a program serving JROTC Army, JROTC Air Force, federal STEM grantors, and tens of thousands of students worldwide simply because, six years after RECF had launched the program with VEX's knowledge and approval, VEX had decided it wanted the drone market to itself. From the moment RECF refused, what had been a commercial relationship managed through mutual accommodation became an open campaign to force RECF's submission.

7. VEX's CEO summoned RECF to a series of meetings in the summer of 2025. He demanded that RECF dismantle its Aerial Drone Competition as a condition of resolving the rebate-invoice dispute. He threatened to destroy RECF. He threatened to ruin RECF and bury it in legal actions. He threatened to launch a competing nonprofit that would displace RECF in the educational-robotics community. He followed through on in September 2025, when he founded the Global Robotics & Science Foundation. The threats were not commercial in character. They were existential.

8. RECF refused to surrender its independent program. RECF's Board of Directors—facing Norman's repeated threats to shut RECF down—endorsed prudent business-continuity planning, including outreach to other potential partners. RECF continued to perform. Over the same period, RECF's number of VEX teams grew. RECF's services to VEX never stopped. RECF's allegiance to the students and educators it served never wavered.

9. When coercion did not break RECF, VEX began executing on its threats. In May 2025, VEX unilaterally rebranded RobotEvents.com, a website RECF owns, whose domain RECF has paid to renew every year, whose contents were branded as RECF's for over a decade, and removed references to RECF without disclosing to the community that the platform was now under

VEX's sole control. On April 30, 2026, VEX revoked RECF's administrative credentials to the Team and Event Management software. RECF was, and is, a paying licensee of that software. Under the IT Services Agreement between IFI and RECF dated October 2, 2017, RECF pays IFI $12,000 every month for the licensed use of the software, and that agreement remains in effect, by its own terms, through October 2, 2026. VEX's lockout of a paying licensee, at the height of the 2026–2027 season-planning cycle, was not a contract-enforcement action. It was a calculated effort to curtail RECF's entire operational capacity and to make it impossible for RECF to run its programs at all. On May 10, 2026, VEX issued a termination letter purporting to extinguish every right RECF had built over sixteen years, yet was careful to preserve the IT Services Agreement under which RECF continues, even now, to pay IFI.

10. Eighteen days before that termination letter, on April 28, 2026, VEX had filed this lawsuit. The original complaint was modest in scope: three causes of action for breach of contract, quantum meruit, and sworn account, seeking collection of approximately $10.3 million in disputed invoice amounts. VEX presented the case to the Court as a routine commercial collections matter. But when RECF refused to capitulate and continued to operate its programs, VEX abandoned that posture. On May 20, 2026, less than four weeks after filing the original collections complaint, VEX filed a First Amended Petition adding seven new causes of action: fraud, breach of fiduciary duty, Texas unfair competition, Texas trademark dilution, Texas common-law false designation of origin, tortious interference, and sweeping declaratory relief. VEX also sought a Temporary Restraining Order designed to shut down RECF's 2026–2027 competition season at the height of registration. What began as an invoice dispute has, in less than four weeks, become a scorched-earth litigation campaign. The amended petition is not the natural escalation of a collections action. It is the final instrument in the coercion campaign that began in the summer of 2025.

11. VEX's amended petition is designed to achieve, through the courts, what could not be extracted by threat: RECF's surrender of an independent program, an independent identity, and an independent voice. The story VEX tells in its amended petition is irreconcilable with the facts and contradicts itself: VEX simultaneously claims that RECF was a mere "agent" acting "only for VEX's benefit" and that RECF owes VEX more than $10 million for products RECF allegedly never paid for. Agents do not owe their principals for goods the principal sells to the principal's own customers. VEX cannot have it both ways.

12. This case, at bottom, is about whether a for-profit hardware vendor can use commercial leverage and the courts to convert a nonprofit public charity into its corporate subsidiary in all but name. RECF cannot accept that role. RECF's mission obliges it to serve every student who wants to participate in competitive STEM — including students at schools that cannot afford VEX's hardware, JROTC units operating on federal appropriations, rural school districts that depend on lower-cost drone and parts options, and international participants for whom VEX-only programming is economically out of reach. If RECF accedes to VEX's demands—abandoning the Aerial Drone Competition, ceding control of RobotEvents.com, surrendering its relationships with Event Partners and federal grantors, abandoning its independently developed programs—RECF ceases to be the public charity its donors, its federal grantors, its 200,000 student participants, and the Internal Revenue Service understand it to be. RECF will not become VEX's puppet. RECF answers, instead, to the students it was created to serve.

13. This is RECF's counterclaim. It seeks the money VEX owes RECF for unpaid rebates, commissions, and services in excess of $8 million. It seeks redress for VEX's tortious interference with RECF's contracts with schools, universities, JROTC, NASA, the Department of Defense STEM Initiative, and the Texas Workforce Commission. It seeks redress under Texas

common law for VEX's false designation of RECF's own programs and goodwill as VEX's. It seeks redress under the Texas Harmful Access by Computer Act for VEX's unauthorized lockout of RECF from systems RECF had a contractual right to access and continues to pay for. And it seeks declaratory judgment establishing what sixteen years of conduct, two decades of documented public branding, and the contemporaneous records of registrar, hosting, and renewal payments confirm: RECF, not VEX, owns RobotEvents.com; RECF, not VEX, holds the relationships with the Event Partners, coaches, and teams that constitute the heart of the competitive-robotics community; and RECF, not VEX, has the right to determine RECF's programs.

## CLAIM FOR RELIEF

14. Counter-Plaintiff seeks monetary relief of over $1,000,000, excluding interest, statutory or punitive damages and penalties, and attorneys' fees and costs.

## DISCOVERY CONTROL PLAN

15. Counter-Plaintiff moves this Court to order that discovery in this matter be conducted in accordance with a Level 3 discovery control plan tailored by the Court to the circumstances of the suit. *See* Tex. R. Civ. P. 190.4. Counter-Plaintiff affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169.

## PARTIES

16. Counter-Plaintiff RECF is a nonprofit corporation organized under the laws of the State of Michigan and recognized as a public charity exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code. RECF's principal office is located at 1519 I-30, Greenville, Texas 75402. RECF maintains its own employees, its own payroll, its own benefits programs, its own bank accounts, its own donors, its own audited financial statements, its own tax

filings, and its own independent board of directors. RECF is governed in accordance with Michigan nonprofit law and IRS requirements applicable to public charities.

17. Counter-Defendant VEX is a for-profit corporation organized under the laws of the State of Texas and maintains its principal office at 6725 W. FM 1570, Greenville, Texas 75402. VEX is a wholly-owned subsidiary of Innovation First International, Inc. VEX can be served through counsel that has appeared on its behalf in this case.

18. Third-Party Defendant IFI is a Texas corporation and the parent of VEX. IFI maintains its principal office at 1519 I-30, Greenville, Texas 75402. IFI can be served at its headquarters.

19. As to the conduct giving rise to this dispute, IFI and VEX operated as a single enterprise, with VEX acting at IFI's direction and IFI dictating VEX's commercial conduct toward RECF. IFI and VEX share common officers and directors, share corporate counsel, and have intermingled their conduct in a manner that makes adherence to the fiction of separate existence inequitable as to RECF in the matters at issue here. IFI is, accordingly, jointly responsible for VEX's conduct as alleged in this counterclaim. RECF does not contend, however, that other businesses operated under the IFI umbrella are alter egos of VEX.

## JURISDICTION AND VENUE

20. The Court has subject matter jurisdiction over this action because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

21. This Court has personal jurisdiction over VEX and IFI because VEX and IFI contracted with RECF in Texas, performed a substantial part of their contractual obligations in Texas, performed a substantial part of the wrongful conduct alleged here in Texas, and maintain

their principal offices in Greenville, Hunt County, Texas. VEX has further subjected itself to this Court's personal jurisdiction by filing this action.

22. Venue is proper in Hunt County because Hunt County is where a substantial part of the events or omissions giving rise to the claims occurred, and because VEX and IFI maintain their principal offices within Hunt County. Tex. Civ. Prac. & Rem. Code § 15.002(a)(1), (3).

23. All conditions precedent to RECF's recovery have been performed, satisfied, or waived.

## FACTS

### A. RECF's Mission and Independent Identity.

24. RECF is a longstanding nonprofit organization whose global mission is to provide every educator with competition, education, and workforce-readiness programs that increase student engagement in science, technology, engineering, mathematics, and computer science ("STEM").

25. Dan Mantz has served as RECF's Chief Executive Officer since 2017. Mr. Mantz has more than 25 years of engineering experience and previously spent 19 years in the industrial robotics industry at FANUC Robotics, first as an engineer and later as Director of Product Development.

26. RECF's robotics programs for elementary through college students reach approximately 200,000 students each year, with more than 30,000 teams from over 100 countries competing in over 3,600 competitions annually. RECF's competition is one of the largest and fastest-growing middle-school and high-school robotics programs in the world. RECF works with more than 100 universities, colleges, and other organizations that offer scholarship opportunities

to students who compete in RECF's programs. The RECF Scholarship Program offers access to hundreds of scholarships valued over $100M.

27. RECF's programs are funded by a diverse base of independent sources, including federal grants and contracts from NASA, the U.S. Department of Defense STEM Initiative, JROTC, and the Texas Workforce Commission, philanthropic support, and registration fees paid by participating teams. RECF's independent funding base is the financial foundation of RECF's independent identity.

28. RECF developed and owns the governance documents and educational resources that structure its programs, including without limitation the RECF Code of Conduct, the Student-Centered Policy, the Qualifying Criteria, the Commitment to Event/Coach Excellence, and the Guide to Judging. These documents were independently developed by RECF and have been used by RECF for years to support RECF's programs.

29. RECF partners with organizations across the world to expand access to computer science, STEM education, and robotics for underrepresented and underserved populations, including indigenous persons, girls and women, military-affiliated students, and low-income individuals.

30. As a matter of accounting practice, RECF maintains its books and records on the accrual basis in accordance with generally accepted accounting principles. RECF records expenses when invoiced, and reflects those expenses in its tax filings, annual reports, and audited financials. RECF's accounting practices are consistent with those of other public charities and have never been the subject of any adverse finding by any auditor, tax authority, or grantor.

**B. The RECF—VEX Partnership.**

31. Although RECF's organizational origins are connected to VEX—RECF was incorporated under Michigan nonprofit law in April 2010 by an individual associated with VEX's educational and competition activities—RECF has at all times since incorporation operated as a legally distinct nonprofit entity with its own board, its own employees, its own funding, its own governance, and its own programs. RECF was never VEX's subsidiary, affiliate, or agent. No written or oral agreement establishing RECF as VEX's agent has ever existed. Until VEX filed its First Amended Petition in this litigation, VEX had never, in sixteen years of working with RECF, characterized RECF as VEX's "agent" acting "only for VEX's benefit."

32. RECF and VEX collaborated closely on competitive robotics for over a decade and a half. The partnership divided responsibilities clearly. VEX designed and manufactured robot components such as electronics, hardware, scoring objects, and field elements for each year's game. RECF built and ran the community: the competitions, the events, the World Championships, the judging structure, the awards criteria, the Event Partner network, the Regional Support Manager ("RSM") network, and the direct relationships with students, coaches, teachers, schools, JROTC instructors, and volunteers.

33. Event preparation begins a full year in advance and requires the coordination of more than 100,000 people, more than 1,500 unique referees, and approximately 125,000 total volunteers to organize and host the events. RECF handles that coordination. RECF collects competition entrance fees, identifies and engages local event partners to hold and manage the competitions, develops and publishes the parameters and rules for each annual challenge in coordination with the Game Design Committee, and operates the back-end logistics that make the program possible.

34. RECF also assisted VEX in selling VEX products to coaches, Event Partners, partner organizations, students, and JROTC units who needed those products to compete. Under the parties' longstanding course of dealing, VEX agreed to pay RECF a 30% rebate on all RECF purchases of VEX equipment (other than purchases funded by VEX-funded grants), and a 15% rebate on VEX products purchased directly by JROTC. The terms of the rebate structure were documented in written communications between the parties. The rebate was not limited to grant-funded programs.

35. In addition to the product-rebate arrangement, RECF earned commissions and fees for services it provided to VEX, including international support, state-funding-program administration, the Career and Technical Education and Workforce Development programs, and other services that VEX requested and accepted from RECF over the years.

36. Customer relationships in the competitive-robotics community sit with RECF, not with VEX. RECF's Event Partners, coaches, and teams interact directly with RECF's RSM network, attend events organized and staffed by RECF, and receive RECF's communications. By contrast, VEX's direct engagement with the Event Partner network has been minimal: RECF will demonstrate through discovery that VEX staff attended very few Event Partner events over the past five years.

37. Tony Norman, the CEO of VEX and IFI, previously served on the board of directors of RECF until in or around November 2022. While Norman was on the RECF Board, the RECF Board reviewed and approved the launch and expansion of RECF's Aerial Drone Competition. Norman's vote and contemporaneous participation in those board deliberations refute any later characterization of the ADC as a renegade or unauthorized RECF initiative.

**C. The Aerial Drone Competition.**

38. In or around 2019, under Mr. Mantz's leadership, RECF launched the ADC. The ADC was developed independently by RECF and expanded RECF's platform beyond ground-based robotics into drone education, which is a rapidly growing field of competitive STEM.

39. The ADC was hosted on RobotEvents.com from 2020 through May 2025. For five consecutive years, RECF hosted the drone program on the same platform that VEX now claims it always owned. VEX never asserted that the ADC was unauthorized. VEX never asserted that the ADC was inconsistent with the parties' partnership.

40. In the 2020–2021 season, JROTC Army formally selected RECF's ADC as its drone-competition program. In the 2022–2023 season, JROTC Air Force joined. Together, the JROTC contribution grew to approximately 700 drone teams and made the ADC one of the most significant military-education partnerships in competitive STEM. RECF's ADC also led to RECF's receipt of federal grants from NASA, the U.S. Department of Defense STEM Initiative, and the Texas Workforce Commission—contracts whose performance depended on RECF's continued operation of the ADC.

41. At the time RECF launched the ADC, VEX manifested no interest in drones. VEX did not design, manufacture, or sell drone products. VEX did not propose a competing drone competition. VEX did not invest in drone education. In fact, RECF hosted the Aerial Drones Championship during VEX Worlds in 2022.

**D. VEX Quietly Develops a Competing Drone.**

42. In or around April 2023, while the ADC continued to grow on the RobotEvents.com platform and RECF continued to invest in JROTC partnerships, federal grants, and a national community of drone educators, VEX quietly began developing a competing drone product.

43. In May 2024, at the annual VEX Robotics World Championship, VEX unveiled "VEX Air," its proprietary drone product line. The announcement at the World Championship was a surprise to RECF and to the ADC community RECF had built over the preceding five years. From that moment, VEX held a commercial position adverse to the ADC: VEX's new product line could profit only if drone teams purchased VEX drones. But the largest established educational drone-competition community in the United States was already participating in the ADC, which permitted multiple drone manufacturers, including alternatives to VEX.

**E. VEX's Pressure Campaign.**

44. Beginning in 2022, VEX stopped paying RECF the 30% and 15% product rebates owed to RECF under the parties' longstanding course of dealing. VEX did not provide a contractual basis for ceasing payment. VEX did not provide an accounting. VEX simply stopped paying. As of the date of this counterclaim, VEX has continued to refuse to pay the rebates.

45. Beginning in 2024 and continuing into 2025, VEX began disputing rebate invoices that RECF had submitted. The disputes were managed cooperatively at first: VEX would communicate to RECF that an invoice contained an error or required correction, and RECF would resubmit. That was the normal course of dealing between the parties. It was not fraud. At no point during this period did VEX inform RECF that the disputes reflected anything other than ordinary commercial reconciliation.

46. Despite RECF's repeated requests, VEX has never provided the underlying calculations that VEX claims support its disputes. When RECF has asked VEX how VEX arrived at its adjusted figures, VEX's response has been, in substance, "our numbers are accurate," without supporting work, methodology, or detail. To this day, VEX has not provided RECF with the

underlying calculations that VEX now characterizes, in its First Amended Petition, as the basis for over $1.79 million in alleged overbilling.

47. Around June/July 2025, Mr. Mantz met directly with Mr. Norman. Mr. Norman demanded that RECF abandon the ADC. Mr. Norman conveyed that resolution of the invoice dispute was conditioned on RECF's surrender of the drone program. Mr. Norman did not provide any contractual or commercial basis for the demand.

48. In August 2025, in further meetings, Mr. Norman communicated that the ADC must be wound down as a condition of any settlement of the invoice dispute. Mr. Norman threatened to destroy RECF. Mr. Norman threatened to ruin RECF and bury it in legal actions. Mr. Norman threatened to launch a competing nonprofit if RECF did not comply. Mr. Norman's threats were directed at RECF as an institution and extended to RECF staff and members of the RECF Board of Directors, creating a hostile and intimidating environment surrounding all communications with VEX.

49. Norman followed through on the threat to launch a competing nonprofit. In or around September 2025, Norman founded the Global Robotics & Science Foundation, a nonprofit organization intended to compete with RECF for the very community RECF had built. Norman's establishment of a competing nonprofit, in execution of his prior threat, corroborates that the other threats were credible and that the demands directed at RECF in the June, August, and subsequent meetings were coercive in nature, not commercial.

50. On September 19, 2025, Norman sent a letter to Mr. Mantz demanding payment of invoices for amounts allegedly owed by RECF to VEX. A true and correct copy of the letter is attached as Exhibit A to the Mantz Declaration. The letter contained no calculations supporting

the disputed amounts. The letter alleged, without prior contractual basis, that VEX had only permitted RECF to collect and retain team registration fees and was revoking that permission.

51. On October 8, 2025, Norman issued a written ultimatum confirming what he had been saying verbally for months: any path forward involved a "definitive wind-down of the RECF-managed Aerial Drone Competition."

52. RECF declined to surrender the ADC. The RECF Board of Directors, facing Norman's repeated threats to shut down the organization, endorsed prudent business-continuity planning, including outreach to potential alternative partners and the exploration of backup operational arrangements that would allow RECF to continue serving its students, JROTC partners, and federal grantors if Norman carried out the threats he had been making. The Board's endorsement of business-continuity planning was a fiduciary response to a credible existential threat, not a conflict of interest.

53. Throughout this period, RECF continued to perform under the partnership. RECF continued to manage VEX competitions. RECF continued to support VEX teams. RECF continued to grow the VEX team count. Public records and RECF's own performance metrics show that RECF's allegiance to the community it served, including the VEX-product teams within that community, never wavered. RECF did not divert proprietary VEX information. RECF did not abandon its operational responsibilities to VEX teams. RECF discharged its duties to all participants while resisting Norman's coercion.

**<u>F. VEX Begins Executing on the Threats.</u>**

54. In or around May 2025, VEX unilaterally rebranded RobotEvents.com. RECF owns the RobotEvents.com domain and has paid the annual domain-renewal fees since the domain was registered. Until VEX's rebranding action in May 2025, the RobotEvents.com website was

branded as an RECF site. The website promoted all types of robotics competitions, including RECF's Aerial Drone Competition, which appeared on RobotEvents.com from 2020 through May 2025. Archived captures of the site available through the Internet Archive Wayback Machine confirm its RECF-branded character over the years preceding May 2025.

55. After VEX rebranded the site in May 2025, VEX continued to collect registrations from teams and other community members through the platform without disclosing to those registrants that VEX, not RECF, now intended to operate the competitions for which they were registering. That undisclosed substitution was deceptive. It caused, and continues to cause, confusion among teams, coaches, and Event Partners as to whose program they were registering for and whose competition they were funding.

56. Although VEX has at all times maintained that it ran the underlying "Team and Event Management" software hosted on RobotEvents.com pursuant to the parties' IT Service Agreement (described below), the domain registrar records, the domain-renewal payments, and the public-facing branding of the site are all RECF's. The hosting company that supported RobotEvents.com has recognized RECF's ownership of the domain and assisted RECF in transferring the site to a different server when the question of operational control became a live commercial issue.

57. The team-registration data, event records, coach contact information, and Event Partner relationships reflected in the platform were generated by RECF's operation of its programs, collected by RECF in the course of registering teams for RECF events, and used by RECF to run the events. That data is RECF's. RECF has the contractual and operational relationships with the individuals and institutions whose information is reflected in the database.

58. On April 30, 2026—immediately after the conclusion of the 2025–2026 competition season and at the height of the planning cycle for the 2026–2027 season—VEX and IFI unilaterally revoked the administrative access and login credentials of all RECF staff to the Team and Event Management software on RobotEvents.com. RECF was, and remains, a paying licensee of that software. Under the IT Services Agreement described below, RECF pays IFI $12,000 every month for the licensed use of the software. RECF has continued to pay that monthly license fee even after the lockout. The lockout occurred without notice, without opportunity for RECF to respond, and without termination of the IT Services Agreement. The lockout was not a remedy for breach. It was a calculated attempt to deprive RECF of the operational infrastructure necessary to run its programs at all and to make it impossible for RECF to manage registrations, process payments, support Event Partners, communicate with teams, or operate the 2026–2027 season, and thereby to coerce RECF's surrender by operational paralysis when financial pressure and verbal threats had failed.

59. On October 2, 2017, IFI and RECF entered into an IT Service Agreement and License Agreement (the "IT Agreement"). Both parties have assented to its terms for nine years, with a modification under which RECF agreed to pay IFI $12,000 per month for the licensed services. The IT Agreement licenses to RECF the use of the Team and Event Management software and renews annually on October 2. The most recent renewal is in effect from October 2, 2025, through October 2, 2026. RECF has paid the monthly license fees, including during the period after VEX's April 30 lockout.

60. Ten days after locking RECF out of the software, on May 10, 2026, IFI and VEX's General Counsel, John Harvey, sent a letter purporting to terminate every agreement between RECF and VEX. The May 10 letter specifically excluded the IT Agreement from termination and

confirmed that "the IT Services Agreement remains in effect solely in accordance with its own terms." In other words, IFI has not terminated the agreement under which RECF has a contractual right to access the Team and Event Management software yet IFI has permitted its wholly-owned subsidiary VEX to deny RECF that very access.

61. Concurrent with the April 30 lockout and the May 10 termination letter, VEX intercepted, redirected, modified, or reissued invoices related to a competition known as the RECF Summit. Those invoices originally identified RECF as the payee and listed RECF's address. VEX altered them to identify VEX as the payee and to list VEX's address. RECF clients who attempted to pay RECF for services RECF had delivered were misdirected into paying VEX. One such client, Omaha Public Schools, noticed the discrepancy and asked whether the new payee information was correct. The funds paid on those invoices belong to RECF and are now in VEX's possession.

62. VEX's removal of RECF's RSM contact information from the Team and Event Management software, the substitution of VEX personnel and contact points in their place, and the substitution of payee information on RECF's invoices have caused, and continue to cause, confusion among coaches, educators, teams, and Event Partners as to the source, sponsorship, and origin of the support services through which the educational robotics community operates. Communications received by RECF in the wake of the May 10 termination letter show that members of the community do not understand whether the entity they are dealing with is RECF or VEX, and have been actively confused by VEX's undisclosed substitution.

63. RECF has since recovered control over the RobotEvents.com domain itself but remains frozen out of the Team and Event Management software, the system through which the registration and event-management functions of RECF's programs are administered.

**G. Norman Establishes a Competing Nonprofit and Continues the Pressure.**

64. In or around September 2025, Norman established the Global Robotics & Science Foundation ("Global"). Global is a nonprofit organization Norman established to compete with RECF. Global's public communications have asserted ownership and exclusivity over concepts that were developed, branded, and supported by RECF. For example, Signature Events, a program concept developed, branded, and supported by RECF over many years, are now being claimed by both VEX and Global as proprietary. RECF's ownership of the Signature Event concept is supported by years of RECF-led communications and RECF-led operational management.

**H. RECF's Damages.**

65. VEX failed to pay RECF amounts in excess of $8 million for rebates, commissions, and services VEX received and for which RECF invoiced VEX. These amounts include unpaid 30% rebates on RECF purchases of VEX equipment (other than VEX-funded grants), unpaid 15% rebates on JROTC direct purchases, unpaid commissions and fees for services RECF rendered to VEX (including VEX Worlds expenses and the Workcell hardware used in the classroom Factory Automation Competition), and unpaid invoices for other RECF deliverables.

66. In addition, VEX's actions in (i) terminating the partnership through coercion, (ii) locking RECF out of the Team and Event Management software during the active-planning period for the 2026–2027 season, (iii) diverting payments owed to RECF, (iv) misappropriating RECF's goodwill and customer-facing infrastructure on RobotEvents.com, and (v) initiating litigation designed to disrupt RECF's 2026–2027 season have caused, and continue to cause, substantial additional damages to RECF in amounts to be proved at trial. These damages include lost revenue, lost goodwill, disruption of contracts with financial sponsors, schools, universities, Event Partners,

and vendors, and harm to the participation of the more than 200,000 students annually served by RECF's programs.

**I. The Litigation Pivot: From Collections Action to Scorched-Earth Campaign.**

67. On April 28, 2026, two days before the lockout described above, VEX filed its Original Petition in this action. The Original Petition was structured as a routine commercial-collections matter. It alleged three causes of action: breach of contract, quantum meruit, and sworn account. It sought $10,334,028.45 in invoice amounts. It made no allegation that RECF was VEX's "agent." It made no allegation that RECF had committed fraud. It made no allegation that RECF had breached fiduciary duties. It made no claim to ownership of RobotEvents.com beyond a passing reference. It made no mention of TEAM Alliance. It made no claim that RECF was infringing VEX's trademarks. It sought no injunctive relief. The Original Petition presented this Court with what appeared on its face to be a contained commercial-collections dispute.

68. In the weeks that followed, VEX expected RECF to capitulate. RECF did not. RECF answered, retained counsel, organized its defense, prepared its counterclaim, and continued to operate its programs in the ordinary course, including supporting teams, supporting Event Partners, supporting JROTC, and planning the 2026–2027 season. RECF made clear, through its conduct, that it would not abandon its mission or its independent identity in response to commercial pressure.

69. When that strategy did not produce RECF's submission, VEX abandoned the contained collections posture. Today, May 20, 2026, less than four weeks after the original filing, VEX has filed a First Amended Petition that bears little resemblance to its original pleading. The amended pleading adds seven new causes of action: fraud (with a detailed table alleging $1.79 million in overbilling across 31 monthly invoices), breach of fiduciary duty (built on a new

"agency" theory not present in the original), Texas unfair competition, Texas trademark dilution, Texas common-law false designation of origin, tortious interference, and sweeping declaratory relief over RobotEvents.com, the team and event data, RECF's game manuals, and the entire competition ecosystem. The amended pleading is filed concurrently with an application for a Temporary Restraining Order that would, if granted, prohibit RECF from holding any competition "involving VEX Robotics products," require RECF to surrender all credentials and system access within twenty-four hours, require RECF to send a court-ordered "corrective notice" to every team, school, coach, Event Partner, and vendor it has communicated with since May 10, and effectively shut down the 2026–2027 competition season.

70. The expansion from three causes of action to ten, and from a $10.3 million collections claim to a comprehensive demand for the destruction of RECF's independent identity and programs, in less than four weeks, was not the product of newly discovered facts. The facts on which the amended petition's new theories rely were known to VEX throughout the original pleading period. The rebate invoices were the same. The ADC was the same. RobotEvents.com was the same. TEAM Alliance was the same. What changed was not the underlying facts. What changed was VEX's litigation posture in response to RECF's refusal to capitulate. The amended petition is not the natural progression of a commercial-collections case. It is the litigation embodiment of the threats Mr. Norman made in the summer of 2025: destroy RECF; ruin RECF and bury it in legal actions; replace RECF with a competing nonprofit. VEX is now executing those threats in this Court.

**<u>J. The Real Stakes.</u>**

71. The harm of VEX's conduct extends well beyond RECF as an institution. RECF's mission obliges RECF to serve every student who wishes to participate in competitive STEM,

including students at schools that cannot afford VEX's premium hardware, JROTC units operating on federal appropriations, rural school districts that depend on lower-cost drone and parts options, indigenous communities, girls and women in STEM, students at Title I schools, and international participants for whom VEX-only programming is economically out of reach. To these students, RECF's independence—its freedom to design programs that accommodate diverse equipment and economic realities—is the difference between participation and exclusion.

72. Hundreds of thousands of students, thousands of schools, hundreds of JROTC units, federal grantors, and a community of educators built over sixteen years all depend on the continuity of RECF's programs. The lawsuit VEX has brought, and the Temporary Restraining Order VEX now seeks, would, if granted, deprive students of the 2026–2027 competitive-robotics season with RECF's current programs, deprive JROTC of the educational drone-competition platform it has used for five years, deprive federal grantors of the program performance for which they contracted, and deprive countless underrepresented and under-resourced students of the opportunity to participate in competitive STEM at all. The relief VEX seeks is not commercial. It is punitive. It is the final move in a coercion campaign that began with threats to destroy RECF and that ends, if VEX prevails, with the destruction Mr. Norman promised—destruction inflicted on a public charity for refusing to subordinate its mission to a hardware vendor's commercial demands.

## CAUSES OF ACTION

### Count One: Breach of Contract against VEX.

73. RECF incorporates by reference the allegations of all preceding paragraphs as if fully set forth herein.

74. RECF and VEX entered into an enforceable agreement, formed and confirmed through written communications, course of dealing, and partial performance over more than a

decade. Among other things, the parties agreed that (i) VEX would pay RECF a 30% rebate on all RECF purchases of VEX equipment, other than purchases funded by VEX-funded grants; (ii) VEX would pay RECF a 15% rebate on VEX products purchased directly by JROTC; (iii) RECF would receive commissions and fees for services rendered to VEX, including international support, state-funding-program administration, and Career and Technical Education and Workforce Development programs; and (iv) the parties would manage invoice reconciliations cooperatively, with VEX requesting resubmission when corrections were required.

75. RECF fulfilled its obligations under the agreement. RECF managed VEX competitions, operated the RSM and Event Partner network, hosted the World Championships, judged and awarded competitions, and assisted VEX in selling its products to coaches, partners, and students. RECF continued to perform throughout the pendency of the parties' dispute, including through the 2025–2026 competition season.

76. VEX breached the agreement. Beginning in 2022, VEX stopped paying the 30% and 15% rebates. VEX has continued to refuse to pay. VEX failed to pay commissions and fees for services VEX accepted from RECF. VEX has failed to provide the underlying calculations supporting its disputes despite RECF's repeated requests. On October 21, 2025, Mr. Norman acknowledged that the amount or balance shown in the account submitted by RECF is correct and unpaid, but VEX nonetheless refused to pay.

77. VEX's breach has caused RECF compensatory damages in excess of $8 million, the precise amount to be proved at trial. RECF further sues for attorneys' fees and prejudgment and post-judgment interest as allowed by law.

**Count Two: Breach of the IT Services Agreement against IFI.**

78. RECF incorporates by reference the allegations of all preceding paragraphs as if fully set forth herein.

79. Since October 2, 2017, IFI and RECF have been parties to the IT Service Agreement and License Agreement, which licenses to RECF the use of the Team and Event Management software in return for monthly license-fee payments of $12,000. The IT Agreement renews annually on October 2 and is currently in effect through October 2, 2026.

80. RECF has performed its obligations under the IT Agreement, including by paying the monthly license fees through the present.

81. IFI has breached the IT Agreement by, among other acts, permitting its wholly-owned subsidiary VEX to revoke RECF's administrative access and login credentials to the licensed software on April 30, 2026, and by failing to restore RECF's access notwithstanding the continued operation of the IT Agreement through October 2, 2026.

82. IFI's breach has caused RECF damages in an amount to be proved at trial, including but not limited to damages flowing from RECF's inability to manage registrations, payments, event scheduling, team data, and Event Partner relationships during the active 2026–2027 season-planning cycle.

**Count Three: Promissory Estoppel against VEX.**

83. RECF incorporates by reference the allegations of all preceding paragraphs as if fully set forth herein.

84. VEX made specific promises to RECF, including without limitation: (i) that VEX would pay amounts due and owing to RECF; (ii) that VEX would pay the 30% and 15% rebates on VEX products sold by RECF and JROTC; (iii) that VEX would permit RECF to utilize the

Team and Event Management software on RobotEvents.com; and (iv) that VEX would not withdraw the licenses granted to RECF for the use of VEX's intellectual property in the competitions.

85. RECF reasonably and substantially relied on VEX's promises to its detriment, including by investing in the 2026–2027 competition season, by entering into and performing under federal grants and contracts (including with NASA and JROTC), by entering into vendor and venue contracts in reliance on continued access to the platform, and by communicating to its community of teams, coaches, and Event Partners that the 2026–2027 season would proceed.

86. Injustice can be avoided only by enforcing VEX's promises.

**Count Four: Quantum Meruit and Unjust Enrichment against VEX.**

87. RECF incorporates by reference the allegations of all preceding paragraphs as if fully set forth herein.

88. In the alternative to Count One, RECF provided valuable services and goods to VEX, including by operating the VEX-branded competitions, by managing and administering the World Championships, by overseeing judging and award criteria, by maintaining the RSM and Event Partner networks, by collecting registration fees, by assisting in product sales to coaches and teams, and by administering grant-funded programs.

89. VEX accepted those services and goods, knowing that RECF expected compensation for them based on the parties' history of conduct.

90. It would be unjust to permit VEX to retain the benefits of RECF's services and goods without paying RECF the reasonable value of those services and goods.

**Count Five: Tortious Interference with Existing Contracts against VEX and IFI.**

91. RECF incorporates by reference the allegations of all preceding paragraphs as if fully set forth herein.

92. RECF has existing contracts with third parties whose performance has been disrupted by VEX's and IFI's conduct, including without limitation: (i) federal grants and contracts with NASA, JROTC; (ii) Event Partner agreements with hundreds of school-based, community-based, and military-based event hosts across the United States and internationally; (iii) registration agreements with thousands of teams and schools for the 2026–2027 season; (iv) sponsorship and donor agreements with corporate and philanthropic supporters; (v) vendor contracts with convention-center operators (including for the 2027 World Championship in St. Louis), trade-show and audio-visual support providers, and housing and hotel providers; and (vi) employment and contractor relationships with RECF staff, RSMs, and judges.

93. VEX and IFI knew, or had reason to know, of these contracts. RECF managed the VEX-branded competitions on which many of these contracts depend, and VEX's and IFI's own communications with the relevant counterparties, including communications with JROTC, with Event Partners, and with vendors, reflect VEX's and IFI's knowledge of these relationships.

94. VEX and IFI willfully and intentionally interfered with these contracts by, among other acts, (i) coercing RECF to abandon the ADC as a condition of resolving the invoice dispute, (ii) revoking RECF's access to the Team and Event Management software, (iii) intercepting and rerouting RECF's invoices and payments, (iv) communicating directly with RECF's contractual counterparties in ways designed to displace RECF, and (v) filing and prosecuting this litigation as a coercive instrument.

95. VEX's and IFI's interference was independently tortious and unlawful. Among other things, it involved misuse of VEX's position as the parent's subsidiary to revoke access under a license RECF was paying for; conversion of RECF's funds; misrepresentation regarding the source, sponsorship, and origin of RECF's programs; and coercion accomplished by threats of destruction and personal retaliation.

96. VEX's and IFI's interference proximately caused RECF damages, including lost revenue, lost goodwill, loss of business opportunities, disruption of programs, and expenses incurred to mitigate the harms of VEX's and IFI's conduct.

**Count Six: Tortious Interference with Prospective Business Relations against VEX and IFI.**

97. RECF incorporates by reference the allegations of all preceding paragraphs as if fully set forth herein.

98. RECF had a reasonable probability of entering into prospective business relationships, including but not limited to anticipated 2026–2027 season registrations, anticipated renewals of federal grants and contracts, anticipated sponsorship and donor relationships, and anticipated continued Event Partner engagements.

99. VEX and IFI knew of RECF's prospective business relationships and intentionally interfered with them by the conduct described above, including by the public communications around the May 10 termination letter, by the unilateral rebranding of RobotEvents.com, by the diversion of payments, and by the filing of this litigation.

100. VEX's and IFI's conduct was independently tortious for the reasons stated in Count Five.

101. RECF suffered actual damages because VEX and IFI's conduct has prevented RECF from entering into these relationships.

102. VEX and IFI's interference proximately caused injury to RECF in an amount to be proved at trial.

**<u>Count Seven: Texas Harmful Access by Computer (Tex. Civ. Prac. & Rem. Code Chapter 143) against VEX and IFI.</u>**

103. RECF incorporates by reference the allegations of all preceding paragraphs as if fully set forth herein.

104. Under Tex. Penal Code § 33.02 and Tex. Civ. Prac. & Rem. Code Chapter 143, a person who knowingly accesses a computer, computer network, or computer system without the effective consent of the owner, or who exceeds the scope of permitted access, is liable to the injured party for actual damages and reasonable attorneys' fees.

105. RECF was the licensee, under the IT Services Agreement, of the Team and Event Management software on RobotEvents.com and held administrative credentials in that capacity. On April 30, 2026, while the IT Services Agreement remained in effect and while RECF continued to pay the monthly license fees, VEX and IFI revoked RECF's administrative access and login credentials without RECF's consent. VEX and IFI exceeded the scope of any permitted control they retained over the system.

106. RECF has sustained damages as a result, including but not limited to lost revenue, lost goodwill, the operational disruption of the 2026–2027 season-planning cycle, and damages flowing from VEX's and IFI's subsequent unilateral manipulation of the system in RECF's absence. RECF is entitled to actual damages and reasonable attorneys' fees.

**<u>Count Eight: False Designation of Origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) against VEX.</u>**

107. RECF incorporates by reference the allegations of all preceding paragraphs as if fully set forth herein.

108. RECF has built substantial goodwill, recognition, and trust with coaches, educators, teams, JROTC instructors, parents, Event Partners, schools, universities, federal grantors, and the broader STEM-education community over sixteen years of operation. RECF's identity — its name, its mark, its RSM network, its programs (including the ADC and Signature Events), and its direct relationships with the community — constitutes a protectable commercial interest under Texas common law.

109. VEX's removal of RECF RSM contact information from the Team and Event Management software, VEX's substitution of VEX personnel and contact points in their place, VEX's alteration of payee information on RECF's invoices, VEX's undisclosed rebranding of RobotEvents.com in May 2025 while continuing to collect registrations under the appearance of RECF's programs, and VEX's communications to the community implying that VEX rather than RECF will operate the upcoming season constitute false designations of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

110. These acts are likely to cause — and have in fact caused — confusion, mistake, and deception as to the affiliation, connection, and association between VEX and RECF and as to the origin, sponsorship, and approval of the programs, services, and registrations offered through and around RobotEvents.com.

111. RECF is entitled to actual damages, disgorgement of any benefits VEX obtained from the false designation, injunctive relief, and other available remedies under Texas law.

**Count Nine: Common-Law Unfair Competition against VEX and IFI.**

112. RECF incorporates by reference the allegations of all preceding paragraphs as if fully set forth herein.

113. VEX and IFI have misappropriated RECF's goodwill, recognition, and trust with coaches, educators, teams, JROTC instructors, parents, Event Partners, schools, universities, federal grantors, and the broader STEM-education community for its own benefit.

114. VEX's and IFI's conduct, taken as a whole—coercion under the threat of destruction, exploitation of the parties' longstanding partnership to extract control over RECF's independent programs, undisclosed appropriation of RobotEvents.com, diversion of payments, interference with customer relationships, and manipulation of post-termination communications to displace RECF from the community RECF built—constitutes unfair competition under Texas common law because it is an attempt to gain a competitive advantage in the marketplace .

115. RECF has suffered damages as a proximate result of VEX's and IFI's unfair competition in amounts to be proved at trial.

**<u>Count Ten: Declaratory Judgment.</u>**

116. RECF incorporates by reference the allegations of all preceding paragraphs as if fully set forth herein.

117. Under the Texas Uniform Declaratory Judgments Act, Tex. Civ. Prac. & Rem. Code §§ 37.001 *et seq.*, an actual controversy exists between RECF on the one hand and VEX and IFI on the other concerning the parties' respective rights and obligations.

118. RECF seeks declarations from this Court that:

a. RECF owns the RobotEvents.com domain, having registered the domain, paid the annual renewal fees, branded the site as RECF's for the duration of its public-facing presence prior to VEX's May 2025 rebranding, and operated the site's underlying registration and event activities through RECF's independent operations;

b. RECF owns the team-registration, Event Partner, coach, and competition-result data collected through RECF's programs, having generated and collected that data in the course of operating RECF's programs and having used that data to run those programs;

c. owns and is the developer, brand-holder, and operator of the Signature Events concept, the Code of Conduct, the Student-Centered Policy, the Qualifying Criteria, the Commitment to Event/Coach Excellence, the Guide to Judging, and other RECF-developed program resources used in the competitions;

d. RECF is an independent nonprofit operator and has never been, and is not now, VEX's "agent" as that term is used in VEX's First Amended Petition, and that RECF owes VEX no fiduciary duties arising out of any purported agency relationship;

e. RECF has no contractual or legal obligation to abandon the Aerial Drone Competition, and any attempt by VEX or IFI to condition the resolution of commercial disputes on RECF's surrender of the ADC is unenforceable;

f. The IT Services Agreement between IFI and RECF dated October 2, 2017, as renewed, remains in effect through October 2, 2026, and VEX has no authority to revoke RECF's administrative access to the licensed software during the term of the agreement; and

g. RECF's continued use of RECF's own marks, brand, RSM network, Event Partner relationships, and program identity in the operation of the 2026–2027 competition season is not a violation of any right of VEX or IFI.

## JURY DEMAND

119. RECF demands a jury trial and tenders the appropriate fee with this Counterclaim and Third-Party Petition.

## REQUEST FOR ATTORNEYS' FEES

120. RECF is entitled to recover its attorneys' fees pursuant to Tex. Civ. Prac. & Rem. Code § 38.001 *et seq.*, for its breach-of-contract claims; Tex. Civ. Prac. & Rem. Code § 143.002, for its Harmful Access by Computer claim; Tex. Civ. Prac. & Rem. Code § 37.009, for its declaratory-judgment claim; and any other applicable provision of Texas law.

## PRAYER FOR RELIEF

WHEREFORE, RECF respectfully requests that this Court enter judgment in RECF's favor against VEX and IFI, jointly and severally to the extent permitted by law, awarding RECF: (a) actual damages in excess of $8 million on the contract and quasi-contract claims, plus additional

consequential and special damages on all claims in amounts to be proved at trial; (b) disgorgement of profits and benefits VEX and IFI obtained from their tortious conduct; (c) the declaratory relief set forth in Count Ten; (d) injunctive relief as appropriate to remedy ongoing harms; (e) attorneys' fees, costs of court, and prejudgment and post-judgment interest at the maximum rate allowed by law; and (f) such other and further relief, at law and in equity, to which RECF may show itself justly entitled.

Dated: May 20, 2026

Respectfully submitted,

By: *<u>/s/ Joseph A. Fischer, III</u>*
Joseph A. Fischer, III
State Bar No. 00789292
tfischer@jw.com
Justin V. Lee
State Bar No. 24097982
jlee@jw.com
Maggie I. Burreson
State Bar No. 24116150
mburreson@jw.com

**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 661-6828

– AND –

Richard Liu*
California Bar No. 308050
Jared Xu*
California Bar No. 314646

**INNOVATIVE LEGAL SERVICES, P.C.**
355 S. Grand Ave., 8F
Los Angeles, CA 90071
Telephone: (626) 344-8949

**pro hac vice applications pending*

**ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF/**

**THIRD-PARTY PLAINTIFF ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all parties of record through the EFile Texas electronic filing system on May 20, 2026, in accordance with the Texas Rules of Civil Procedure.

*/s/ Maggie I. Burreson*
Maggie I. Burreson

**CAUSE NO. 96313**

| | | |
|---|---|---|
| **VEX ROBOTICS, INC.,** Plaintiff/Counter-Defendant, | § | **IN THE DISTRICT COURT** |
| | § | |
| v. | § | **354TH JUDICIAL DISTRICT** |
| **ROBOTICS EDUCATION AND** | § | |
| **COMPETITION FOUNDATION, INC.,** | § | |
| Defendant/Counter-Plaintiff/ | § | |
| Third-Party Plaintiff, | § | |
| v. | § | **HUNT COUNTY, TEXAS** |
| **INNOVATION FIRST** | § | |
| **INTERNATIONAL, INC.,** | § | |
| Third-Party Defendant. | § | |

**DECLARATION OF DAN MANTZ**

I, Dan Mantz, declare under penalty of perjury under the laws of the State of Texas that the following is true and correct:

**I. Background and Personal Knowledge.**

1. I am over the age of eighteen, of sound mind, and competent to make this Declaration. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify to them.

2. I am an engineer and the Chief Executive Officer of the Robotics Education & Competition Foundation, Inc. ("RECF"). I have served as RECF's CEO since 2017. I previously spent more than 25 years in engineering and management roles in industry, including 19 years at FANUC Robotics, where I served first as a Controls Engineer and later as Director of Product Development.

3. I make this Declaration in support of RECF's Counterclaims and Third-Party Petition and in opposition to the application of Plaintiff VEX Robotics, Inc. ("VEX") for a Temporary Restraining Order. I am familiar with the books, records, communications, and operations of RECF that are referenced in this Declaration. The records I describe are made and kept in the ordinary course of RECF's operations.

**II. RECF's Mission and Independent Identity.**

4. The mission of RECF is to inspire every student — regardless of background, geography, or family income — to pursue science, technology, engineering, mathematics, and computer-science education through hands-on competitive robotics. RECF's programs reach approximately 200,000 students each year across more than 30,000 teams in over 100 countries. RECF's competition is one of the largest and fastest-growing middle-school and high-school robotics programs in the world. RECF works with more than 100 universities, colleges, and other organizations that offer scholarship opportunities to students who compete in RECF's programs. The RECF Scholarship Program offers access to hundreds of scholarships valued over $100M. RECF partners with NASA, the U.S. Department of Defense STEM Initiative, JROTC Army, JROTC Air Force, the Texas Workforce Commission, and federal, state, and local educational agencies to extend competitive STEM education to students who would otherwise have little access to it — including students at Title I schools, students in rural school districts, JROTC participants, students in indigenous and under-resourced communities, and international participants in countries where premium robotics hardware would otherwise place competitive STEM out of reach. RECF's mission is the foundation of its identity as a public charity and the standard against which I assess all of the conduct described in this Declaration.

5. RECF is a Michigan nonprofit corporation that has been recognized by the Internal Revenue Service as a public charity exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code. RECF's principal office is located at 1519 I-30, Greenville, Texas 75402.

6. RECF has been operated at all times as an independent organization. RECF has its own employees, its own payroll system, its own employee benefits, its own bank accounts, its own donors, its own audited financial statements, its own annual tax filings, and its own independent board of directors. RECF's board governs RECF in accordance with Michigan nonprofit law and IRS requirements applicable to public charities.

7. RECF is financially supported by a diverse range of independent sources. RECF has received and currently performs under federal grants and contracts from NASA, the U.S. Department of Defense STEM Initiative, JROTC, and the Texas Workforce Commission. RECF also receives private philanthropic support and registration fees from participating teams. None of RECF's grants or contracts is contingent on VEX's sponsorship, approval, or participation.

8. RECF developed and owns the operational and governance documents that structure RECF's programs. These include the RECF Code of Conduct, the Student-Centered Policy, the Qualifying Criteria, the Commitment to Event/Coach Excellence, and the Guide to Judging. These documents were independently developed by RECF over the years to support RECF's programs and continue to be used by RECF today.

9. RECF maintains its books and records on the accrual basis of accounting in accordance with generally accepted accounting principles. RECF recognizes expenses when invoiced. Those expenses are reflected in RECF's tax filings, annual reports, and audited financial statements. RECF's accounting practices are consistent with those of other 501(c)(3) public charities. No auditor, tax authority, or grantor has ever raised an objection to RECF's accounting practices.

10. RECF has never been an "agent" of VEX or IFI. No written or oral agency agreement exists between RECF and VEX or IFI. I am not aware of any document or course of dealing in the more than fifteen years since RECF's incorporation in which RECF has characterized itself as VEX's agent or in which VEX has characterized RECF that way. Until VEX filed its First Amended Petition in this case, I had never seen VEX assert that RECF was VEX's "agent" acting "only for VEX's benefit." That characterization is inconsistent with sixteen years of practical operations, financial relationships, and contractual dealings between the two organizations.

## III. The Partnership with VEX.

11. RECF and VEX collaborated closely on competitive robotics for over fifteen years. The partnership divided responsibilities clearly. VEX designed and manufactured the robotic components used in competitions — the electronics, mechanical hardware, field elements, and scoring objects for each year's game. RECF operated everything else: the competitions, the events, the World Championships, the judging structure, the awards criteria, the Regional Support Manager ("RSM") network, the Event Partner network, and the direct relationships with students, coaches, teachers, schools, JROTC instructors, and volunteers.

12. Under the parties' longstanding course of dealing, VEX agreed to pay RECF a 30% rebate on RECF's purchases of VEX equipment, except for purchases funded by VEX-

funded grants. The 30% rebate applied to all RECF purchases, not only to purchases connected to grant-funded programs. The terms of the rebate structure were documented in written communications between the parties over the years.

13. VEX also agreed to pay RECF a 15% rebate on VEX products purchased directly from VEX by JROTC. RECF assisted in administering JROTC's purchases as part of RECF's broader support of the JROTC robotics program.

14. In addition to product rebates, RECF earned commissions and fees from VEX for services that RECF provided to VEX over the years, including international support services, state-funding-program administration, the Career and Technical Education and Workforce Development programs, and other services that VEX requested and accepted.

15. RECF also shipped VEX products on behalf of VEX not only to competition teams but also to Event Partners, partner organizations, schools, and other entities at RECF's direction. The customer-facing relationships in the competitive-robotics community sit with RECF, not VEX. RECF's Event Partners, coaches, and teams interact directly with RECF's RSM network and receive RECF's communications. By contrast, VEX staff have not regularly attended Event Partner events. I believe discovery will confirm that VEX staff attended very few Event Partner events over the past five years.

16. In connection with promotion of Event Partner discounts, RECF always communicated to Event Partners that the discounts were provided as part of the "RECF EP grant." VEX was aware of this longstanding RECF practice and never communicated to RECF that it should be discontinued or altered. VEX permitted this practice over a sustained period and continued to perform under the parties' rebate structure during the years in which RECF's practice was in effect.

17. From time to time, VEX permitted RECF to sell certain VEX products to teams and partners at the previously listed prices even after VEX had published increased prices. That accommodation was an element of the parties' course of dealing reflecting the long-term partnership between the organizations.

18. Tony Norman, the CEO of VEX and IFI, previously served on RECF's board of directors until in or around November 2022. During the period that Mr. Norman served on RECF's board, he participated in RECF's board deliberations — including the deliberations and approval relating to the launch and expansion of RECF's Aerial Drone Competition.

**IV. The Aerial Drone Competition.**

19. In or around 2019, under my leadership, RECF launched the Aerial Drone Competition ("ADC"). The ADC was developed independently by RECF as a way to expand competitive STEM into the rapidly growing field of drone education. The RECF Board reviewed and approved the launch of the ADC. Mr. Norman was a member of the RECF Board at that time.

20. Beginning in 2020, the ADC was hosted on RobotEvents.com. The ADC remained on RobotEvents.com through May 2025. For five consecutive years, the platform hosted the ADC alongside the VEX-branded competitions. VEX never objected to the ADC's presence on RobotEvents.com during those five years. VEX never asserted to RECF that the ADC was inconsistent with the parties' partnership. Historical captures of RobotEvents.com available through the Internet Archive Wayback Machine reflect the presence of the ADC on the platform during those years and reflect the RECF branding of the site.

21. In the 2020–2021 season, JROTC Army formally selected the ADC as its drone-competition platform. In the 2022–2023 season, JROTC Air Force joined the ADC. The JROTC partnerships grew the ADC by approximately 700 drone teams. The ADC also led RECF to grants and contracts with NASA, the U.S. Department of Defense STEM Initiative, and the Texas Workforce Commission. RECF's ability to perform under those grants and contracts depends on RECF's continued operation of the ADC.

22. In 2022, RECF hosted the Aerial Drones competition as part of VEX's own annual World Championship event. VEX promoted, accommodated, and supported RECF's drone program at the VEX-branded World Championship two years before VEX announced VEX Air. VEX's contemporaneous endorsement of the ADC at its own flagship event is inconsistent with VEX's later characterization of the ADC as inconsistent with the parties' partnership. At the time RECF launched the ADC and during the years when the ADC was

growing, VEX did not manufacture, sell, or promote drone products. VEX showed no interest in operating a drone competition. The ADC permitted use of drones from third-party manufacturers, which was appropriate to the educational scope of the program and to the diverse needs of the participating school, JROTC, and partner communities.

**V. VEX's Quiet Development of a Competing Drone.**

23. In or around April 2023 — while the ADC continued to grow on the RobotEvents.com platform and RECF continued to invest in JROTC partnerships and federal grants — VEX quietly began developing a competing drone product.

24. In May 2024, at the annual VEX Robotics World Championship, VEX unveiled "VEX Air," its proprietary drone product line. The announcement at the World Championship was a surprise to RECF and to the broader ADC community RECF had built over the preceding five years. Following the announcement, VEX held a commercial position that was no longer aligned with the ADC: VEX could profit from its new drone product line only if drone teams purchased VEX drones, but the largest established educational drone-competition community in the United States was already participating in the ADC under a program that permitted multiple manufacturers.

**VI. VEX's Pressure Campaign Begins.**

25. Beginning in 2022, VEX stopped paying RECF the 30% and 15% rebates that VEX had been paying RECF under the parties' longstanding course of dealing. VEX did not provide a contractual basis for ceasing payment. VEX did not provide an accounting. VEX simply stopped paying. VEX has continued to refuse to pay the rebates to the present.

26. Notwithstanding the missed rebates, the partnership between RECF and VEX continued for several years. There were practical reasons for that continuity. VEX depended on RECF's RSM network, Event Partner relationships, and community of coaches and teams to continue selling VEX products into the educational market — VEX needed RECF to move its product. RECF, for its part, was simultaneously owed millions of dollars by VEX in unpaid rebates while itself continuing to purchase VEX products in significant volume. The parties' obligations to one another were of broadly comparable magnitude. RECF and VEX managed the imbalance commercially — effectively offsetting amounts owed in each direction — rather than

litigating it. The partnership endured because, despite the unpaid rebates, neither side had yet broken the relationship.

27. That equilibrium ended in 2025. By that time, VEX had completed development of VEX Air and was preparing to launch into the drone-competition marketplace. The continued existence of RECF's independent Aerial Drone Competition — a program permitting teams to use drones from manufacturers other than VEX — became, in VEX's view, an obstacle to its commercial plans. In the summer of 2025, VEX demanded that RECF wind down the Aerial Drone Competition entirely. RECF refused. From that point, what had been a commercial relationship managed through accommodation became an open campaign by VEX to force RECF's submission.

28. Beginning in 2024 and continuing into 2025, VEX began disputing rebate invoices that RECF had submitted. The dispute process worked cooperatively at first. When VEX believed that an invoice contained an error or required correction, VEX would communicate that to RECF, and RECF would review and resubmit. For example, in connection with one invoice in July 2023, VEX communicated to RECF that the invoice was not correct and that RECF would need to resubmit it. RECF did so. That was the normal pattern of cooperative invoice reconciliation between the parties.

29. Despite my repeated requests — and similar requests by RECF's finance staff — VEX has never provided RECF with the underlying calculations that VEX claims support its disputes regarding the rebate invoices. When RECF has asked VEX how VEX arrived at its adjusted figures, VEX's response has been substantively that "our numbers are accurate," without providing supporting work, methodology, or the underlying data. VEX has not, to this day, provided RECF with the calculations that VEX now characterizes in its First Amended Petition as the basis for $1,792,264.29 in alleged overbilling.

**VII. The Coercion Meetings and Mr. Norman's Threats.**

30. On June 18, 2025, RECF representatives attended a meeting at IFI. Mr. Norman did not attend the meeting. In his absence, Larry Harris, IFI's Chief Operating Officer, provided a notebook with adjusted RECF invoice totals owed by VEX.

31. In August 2025, in further meetings, Mr. Norman communicated that the ADC must be wound down as a condition of any settlement of the invoice dispute. Mr. Norman threatened to destroy RECF if RECF did not comply. Mr. Norman threatened to ruin RECF and bury it in legal actions. Mr. Norman threatened to launch a competing nonprofit that would displace RECF in the educational-robotics community.

32. Mr. Norman's threats were directed against RECF as an institution. Throughout this period, Mr. Norman's conduct extended to RECF staff and members of the RECF Board of Directors. Mr. Norman's conduct created a hostile and intimidating environment surrounding all communications between RECF and VEX. RECF staff and board members reported to me that Mr. Norman's behavior was abusive and threatening.

33. On September 19, 2025, Mr. Norman sent me a letter demanding payment of invoices for amounts allegedly owed by RECF to VEX. A true and correct copy of that letter is attached as **Exhibit A**. The letter contained no calculations to support the disputed amounts. The letter alleged, without contractual basis or prior practice, that VEX had merely permitted RECF to collect and retain team-registration fees and was revoking that permission.

34. On October 8, 2025, Mr. Norman sent a letter that made his demand explicit in writing. Mr. Norman stated that any path forward involved a "definitive wind-down of the RECF-managed Aerial Drone Competition."

**<u>VIII. TEAM Alliance and Defensive Business-Continuity Planning.</u>**

35. In response to Mr. Norman's repeated and credible threats to destroy RECF, to ruin RECF and bury it in legal actions, and to launch a competing nonprofit, the RECF Board of Directors endorsed prudent business-continuity planning. That planning included reaching out to other potential partners and exploring backup operational arrangements that would allow RECF to continue serving its students, JROTC partners, and federal grantors if Mr. Norman acted on his threats. The Board's endorsement of this business-continuity planning was a fiduciary response to a credible existential threat. It was not, and was never intended to be, a conflict of interest with VEX.

36. As part of these defensive efforts — and contrary to VEX's characterization in its First Amended Petition — a separate not-for-profit entity called TEAM Alliance was formed by

individuals associated with RECF, including me. The formation of TEAM Alliance was a direct response to the threats Mr. Norman had made to destroy RECF, ruin RECF and bury it in legal actions, and start his own competing nonprofit. I did not, and other RECF personnel involved did not, share any RECF proprietary information with TEAM Alliance. RECF's performance under its existing partnership with VEX continued without disruption during this period — in fact, RECF's VEX-affiliated programs continued to grow. Public records and RECF's own performance metrics for VEX teams during this period bear that out.

37. Mr. Norman acted on the third of the three threats he had made in August 2025. In or around September 2025, Mr. Norman founded a nonprofit called the Global Robotics & Science Foundation. The Global Robotics & Science Foundation was established as a competitor to RECF, in execution of the very threat Mr. Norman had made to me weeks earlier. Mr. Norman's establishment of a competing nonprofit confirms that the other threats — to destroy RECF and to ruin RECF and bury it in legal actions — were credible at the time they were made.

38. I departed from TEAM Alliance in February 2026. I am no longer affiliated with TEAM Alliance in any capacity. To my knowledge, RECF does not share staff, resources, office space, infrastructure, or funding with TEAM Alliance.

39. To my knowledge, RECF is not affiliated with Sphero, Inc., and no member of the educational-robotics community has reasonably understood RECF to be affiliated with Sphero.

**IX. RobotEvents.com Ownership and VEX's Unilateral Rebranding.**

40. RECF owns the RobotEvents.com domain. RECF has paid the annual domain-renewal fees since the domain was registered. Records reflecting domain registration and renewal payments are maintained in RECF's ordinary records.

41. From the inception of the public-facing RobotEvents.com website until approximately May 2025, the website was branded as an RECF site. The site featured RECF's name, marks, contact information, RSM listings, and program identity. The site promoted RECF's programs, including — from 2020 through May 2025 — RECF's Aerial Drone Competition. Historical captures of the RobotEvents.com website available through the Internet Archive Wayback Machine reflect the RECF-branded character of the site over the years preceding May 2025. The Wayback Machine captures are publicly available, contemporaneous,

and consistent with my own knowledge of how the site presented itself to the community throughout that period.

42. In or around May 2025, VEX unilaterally rebranded RobotEvents.com without notice to RECF. VEX removed RECF's name, contact information, and RSM listings from the site. VEX continued to collect registrations from teams and other community members through the platform after rebranding. VEX did not disclose to the registrants that VEX (rather than RECF) now intended to operate the competitions for which they were registering. That undisclosed substitution caused confusion in the community and was, in my view, deceptive.

43. The hosting company responsible for serving the RobotEvents.com website recognized RECF's ownership of the domain. When the operational control of the platform became contested, the hosting company assisted RECF in moving the site to a different server. That assistance was provided based on the hosting company's recognition of RECF's ownership rights, which are reflected in the registrar records.

44. The data reflected in the Team and Event Management database — team registrations, Event Partner records, coach contact information, competition results, and similar information — was generated by RECF in the course of operating RECF's programs. The data was collected by RECF, stored in connection with RECF's use of the licensed software, and used by RECF to run RECF's programs. RECF holds the contractual and operational relationships with the individuals and institutions whose information is reflected in the database.

45. Although RECF licenses the use of the Team and Event Management software from IFI under the IT Services Agreement (described below), the ownership of the domain, the public-facing branding of the site, the data generated through RECF's operations, and the customer-facing relationships of the community on the site are all RECF's.

**<u>X. The IT Services Agreement, the April 30 Lockout, and the May 10 Termination Letter.</u>**

46. On October 2, 2017, IFI and RECF entered into an IT Service Agreement and License Agreement (the "IT Agreement"). The IT Agreement licenses to RECF the use of the Team and Event Management software hosted on RobotEvents.com. Both parties have performed under the IT Agreement for nine years. The license fee was modified during that period from $10,000 per month to $12,000 per month. The IT Agreement renews annually on

October 2. The most recent renewal is in effect from October 2, 2025 through October 2, 2026. RECF has paid the monthly license fee, including for the period after the April 30, 2026 lockout described below. Attached as **Exhibit J** is a true and correct copy of the IT Agreement.

47. On April 30, 2026 — the day after the conclusion of the 2025–2026 competition season and at the height of the planning cycle for the 2026–2027 season — VEX and IFI revoked the administrative access and login credentials of all RECF staff to the Team and Event Management software. RECF received no notice. RECF received no opportunity to respond. RECF received no contemporaneous termination of the IT Agreement under which RECF had a contractual right to access. Throughout the period before and after the lockout, RECF was, and remains, a paying licensee of the software. RECF has continued to pay the monthly $12,000 license fee under the IT Services Agreement, including for the period after the lockout. In my judgment, based on the timing of the lockout (the day after the season ended but at the beginning of the planning cycle for the next), the comprehensive nature of the lockout (every credential, all at once, with no notice), and the surrounding pattern of demands described above, the lockout was a calculated effort to deprive RECF of the operational infrastructure necessary to run its programs at all — and thereby to force RECF's capitulation by operational paralysis when financial pressure and verbal threats had not.

48. On May 10, 2026, IFI's and VEX's General Counsel, John Harvey, sent a letter purporting to terminate every agreement between RECF and VEX. The May 10 letter specifically excluded the IT Services Agreement from termination. The letter stated that "the IT Services Agreement remains in effect solely in accordance with its own terms." In other words, the very agreement under which RECF had a contractual right to access the Team and Event Management software was not terminated — yet VEX had revoked RECF's access ten days earlier. A true and correct copy of the May 10 letter is attached as **Exhibit B**. A true and correct copy of the other May 10 letter dealing with IT Services is attached as **Exhibit K**.

49. In connection with the April 30 lockout and the May 10 termination letter, VEX intercepted and modified outstanding invoices related to a competition known as the RECF Summit. The original invoices identified RECF as the payee and listed RECF's address. VEX changed the invoices to identify VEX as the payee and to list VEX's address. As a result, RECF clients who had received services from RECF were misdirected into paying VEX. One client,

Omaha Public Schools, noticed the discrepancy and asked whether the new payee information was correct. Other clients have similarly been confused by VEX's alteration of the invoices. A true and correct copy of communications reflecting that confusion is attached as **Exhibit H**.

**XI. The Litigation Chronology.**

50. On April 28, 2026, VEX filed its Original Petition in this action. The Original Petition alleged three causes of action: breach of contract, quantum meruit, and sworn account. The Original Petition sought $10,334,028.45 in invoice amounts. The Original Petition made no allegation that RECF was VEX's "agent." It made no allegation of fraud. It made no allegation of breach of fiduciary duty. It made no claim to ownership of RobotEvents.com, the team and event data, or VEX's trademarks. It made no mention of TEAM Alliance. It sought no injunctive relief and no Temporary Restraining Order.

51. Following the filing of the Original Petition, RECF retained counsel, organized its defense, prepared its counterclaim, and continued to operate its programs in the ordinary course — supporting teams, supporting Event Partners, supporting JROTC, and planning the 2026–2027 season. RECF did not, and would not, capitulate to the underlying demands that had given rise to VEX's conduct in 2025 and early 2026.

52. Today, May 20, 2026 — less than four weeks after the Original Petition was filed — VEX has filed a First Amended Petition that bears little resemblance to its original pleading. The Amended Petition adds seven new causes of action: fraud (supported by a detailed table alleging $1,792,264.29 in rebate overbilling), breach of fiduciary duty (built on a new "agency" theory not asserted in the Original Petition), Texas unfair competition, Texas trademark dilution, Texas common-law false designation of origin, tortious interference, and sweeping declaratory relief seeking ownership of RobotEvents.com, the platform infrastructure, the team and event data, VEX's marks, RECF's game manuals, and the entire competition ecosystem. The Amended Petition is filed concurrently with an application for a Temporary Restraining Order that would, if granted, prohibit RECF from holding any competition involving VEX Robotics products, require RECF to surrender all credentials and system access within 24 hours, require RECF to send a court-ordered corrective notice to every team, school, coach, and Event Partner with which RECF has communicated since May 10, and effectively shut down RECF's 2026–2027 competition season.

53. The facts underlying the new claims in the Amended Petition — the 31 monthly rebate invoices, the Aerial Drone Competition, the RobotEvents.com platform, TEAM Alliance, VEX's product sales to RECF, the contracts with NASA, the U.S. Department of Defense STEM Initiative, JROTC, and the Texas Workforce Commission — were known to VEX throughout the period preceding the Original Petition. The facts did not change in the four weeks between the Original Petition and the Amended Petition. What changed was that RECF refused to capitulate.

**XII. Confusion in the Community and Harm to RECF.**

54. VEX's removal of RECF RSM contact information from the Team and Event Management software, VEX's substitution of VEX personnel and contact points in their place, VEX's alteration of payee information on RECF's invoices, and VEX's communications to the community after the May 10 termination letter have caused widespread confusion among coaches, teams, schools, Event Partners, and parents about whether they are dealing with RECF or with VEX, and about whose program will operate the 2026–2027 competition season.

55. In particular, VEX's actions have caused community members to attempt to direct support inquiries to VEX that should have been directed to RECF. VEX has, in turn, directed those inquiries back to RECF — thereby confirming that RECF, not VEX, is the entity equipped to support the community. RECF has received numerous communications from coaches, parents, and Event Partners reflecting their confusion. True and correct copies of representative communications are attached as **Exhibits D, E, F, G, H, and I**.

56. Signature Events have been developed, branded, and supported by RECF over many years. To my knowledge, both VEX and the Global Robotics & Science Foundation are now claiming ownership and exclusivity over the Signature Events concept. RECF's development of Signature Events is reflected in years of RECF-led communications and RECF's operational management of the program.

**XIII. RECF's Continued Performance.**

57. Throughout the period from 2022 through the present, RECF has continued to discharge its responsibilities under the parties' partnership. RECF has continued to manage VEX-branded competitions. RECF has continued to support VEX-product teams. RECF has continued to grow VEX team participation. Public records and RECF's own performance metrics

confirm that growth. I did not share — and to my knowledge other RECF personnel did not share — VEX's proprietary information with any competitor. The suggestion in VEX's First Amended Petition that RECF's allegiance was "divided" between VEX and competing interests does not reflect RECF's actual performance throughout this period.

58. More than 200,000 students participate in RECF's competitions each year. Teams across all 50 states and more than 100 countries depend on the continuity of RECF's programs. School-based teams account for more than 80% of RECF's U.S. participating teams. JROTC units, including JROTC Army (which has participated since the 2020–2021 season) and JROTC Air Force (which has participated since the 2022–2023 season), depend on the ADC as their educational drone-competition platform. RECF's federal grantors — NASA, the U.S. Department of Defense STEM Initiative, and the Texas Workforce Commission — depend on RECF's continued operation of the programs for which RECF was selected. The relief VEX seeks would disrupt the participation of all of those constituents.

**<u>XIV. RECF Cannot Subordinate Its Programs to VEX's Commercial Demands.</u>**

59. RECF cannot accede to the demands VEX has been making since the summer of 2025. RECF cannot abandon the Aerial Drone Competition. RECF cannot cede control of RobotEvents.com. RECF cannot surrender its independently developed governance documents, programs, and Event Partner relationships to VEX's determination. RECF cannot become a subsidiary of VEX in all but name.

60. Compliance with VEX's demands would be inconsistent with RECF's mission to serve every student regardless of background or economic resources, including students whose schools and families cannot afford VEX's premium hardware and who depend on RECF's ability to operate programs that permit lower-cost alternatives. Compliance would breach RECF's grant and contract obligations with NASA, JROTC Army, JROTC Air Force, and the, each of which depends on RECF's continued operation of the programs for which RECF was selected. Compliance would betray RECF's obligations to its donors, who fund RECF as an independent public charity and not as a commercial extension of VEX. Compliance would jeopardize RECF's status as a Section 501(c)(3) public charity, which depends on RECF's programs serving a public-charitable purpose rather than the commercial interests of a private hardware vendor. And compliance would deprive countless students — including students at Title I schools, students in

JROTC units, students in rural districts, students in indigenous and under-resourced communities, and international participants — of programs that RECF has built and operated for sixteen years.

61. RECF's refusal to capitulate is not a strategic posture. It is a fiduciary obligation. RECF answers to the students it was created to serve, to the federal and state grantors that fund its programs, to the donors that support its mission, and to the public-charitable purpose for which RECF exists. RECF cannot answer to a single private hardware vendor in addition to or in place of those obligations.

**<u>XV. Conclusion.</u>**

62. This Declaration accurately reflects the facts within my personal knowledge as of the date below. The records I describe are made and kept in the ordinary course of RECF's operations. The exhibits I have referenced are true and correct copies of the original documents.

My name is Dan Mantz. My date of birth is 01/06/1968. My address is 4102 Blythe Street, Rockwall. TX. 75032.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Executed on 05/20, 2026.

Signed by:
[signature]
75F5AB9ECCC34EC...

Dan Mantz

# EXHIBIT "A"

VEX ROBOTICS

September 19, 2025

Dan Mantz
CEO
Robotics Education & Competition Foundation
1519 E Interstate I-30
Greenville, Texas 75402

Dan,

As you are aware, there are significant outstanding invoices owed by the REC Foundation ("REC") to VEX Robotics ("VEX").

In prior years, the REC was permitted to collect and retain team registration fees. However, unless REC resolves the outstanding invoices ($3,756,069.31) to VEX's satisfaction on or before October 10, 2025, VEX will revoke the REC's authorization to collect or retain team registration monies. Beginning on that date, REC's ability to process, manage, or retain team registrations and related fees will be suspended, and any registration monies collected thereafter will be considered improperly retained and subject to recovery.

Regards,

Tony Norman
CEO, VEX Robotics, Inc

# EXHIBIT “B”

May 10, 2026

Robotics Education & Competition Foundation
1519 Interstate 30 West
Greenville, TX 75402
Attn: Dan Mantz

**RE: Termination of Agreements and Notice of Cessation of Relationship**

This letter serves as formal notice from Innovation First International, Inc. and VEX Robotics, Inc. (collectively, "VEX") regarding the termination of all agreements, arrangements, and relationships between VEX and the Robotics Education & Competition Foundation ("RECF"), other than the IT Services Agreement and License Agreement dated October 2, 2017, which is not terminated by this letter and is addressed separately in concurrent notice. The IT Services Agreement remains in effect solely in accordance with its own terms and the separate notice provided today.

VEX hereby terminates all agreements, arrangements, and relationships with RECF, whether written, oral, implied, or arising from any course of dealing, effective immediately.

To the extent any provision of any agreement requires notice or an opportunity to cure, this letter constitutes such notice, and termination shall be effective at the earliest time permitted under the applicable provisions.

This termination is based on RECF's material breaches of the parties' agreements and conduct inconsistent with VEX's contractual rights, ownership of intellectual property, and control over VEX Competitions and related assets. The following grounds are independent, cumulative, and each sufficient to support termination:

**A. Financial Defaults and Resulting Liabilities**

- VEX provided formal notice in 2025 of substantial unpaid invoices. RECF has made only partial payments. Continued non-payment following formal notice constitutes a material default.
- RECF's submission of an invalid tax-exempt certificate has resulted in a California sales tax audit liability of approximately $146,000 assessed against VEX. This liability is a direct consequence of RECF's conduct.
- RECF improperly claimed and invoiced VEX for discounts, including Competition Field, Game Element, and Trophy discounts, as well as discounts associated with grant-funded programs where no such funding existed. These practices reflect a pattern of misrepresentation and improper financial conduct that resulted in substantial overcharges to VEX.

**B. Conflicts of Interest and Adverse Conduct**

- RECF's CEO co-founded a nonprofit organization aligned with Sphero, a direct competitor of VEX. This relationship presents a material conflict of interest and is adverse to RECF's obligations to VEX.

**C. Unauthorized Competitive Activity and Program Expansion**

- RECF's unauthorized expansion into non-VEX robotics competitions, including its ADC-Pro program and related partnership with MINDS-I, demonstrates its departure from the agreed structure and its use of its position to develop competing or parallel programs. This conduct constitutes an independent basis for termination.

Based on the foregoing, VEX hereby terminates the parties' agreements, to the extent any exist, for cause. Each of the foregoing grounds is independent and sufficient to support termination.

RECF shall not be entitled to continued performance, any cure period, or any damages arising from future or unperformed activities, except as expressly required by applicable agreements.

VEX reserves all rights to identify additional grounds for termination and to pursue all available claims and remedies.

For the avoidance of doubt, this letter does not constitute a termination of the IT Services Agreement and License Agreement dated October 2, 2017. Nothing in this letter shall be construed to accelerate, modify, or terminate the IT Agreement, which is governed exclusively by its own terms. IFI's demands regarding cessation of use of RobotEvents.com, return of credentials, and systems access set forth below are made pursuant to IFI's ownership of its intellectual property and VEX Competition assets, and are independent of and not contingent upon any termination of the IT Services Agreement.

**Termination of Licenses and Rights**

Effective immediately upon termination, all licenses, rights, and authorizations granted to RECF, whether express, implied, oral, written, or arising from any course of dealing, are terminated in their entirety.

RECF shall immediately cease all use of VEX Competition intellectual property, VEX Data, VEX trademarks, trade names, branding, and related materials, and any software, systems, or platforms provided by or on behalf of VEX, including without limitation, RobotEvents.com and Tournament Manager.

RECF shall not, directly or indirectly, operate, organize, administer, or promote any VEX Competitions; represent to any third party that it is authorized to act on behalf of VEX in any capacity; or use any VEX-related materials, systems, or data in connection with any competition, program, or activity.

RECF shall not communicate with, solicit, or direct event partners, teams, sponsors, or other participants in the VEX ecosystem in a manner that suggests continued authority to operate or administer VEX Competitions.

Notwithstanding any provision of any agreement that may be construed to grant RECF a continuing right to access or use any VEX-related software or systems, RECF shall have no authority to register teams, create or administer competitions, accept or process payments, or otherwise utilize such systems in connection with any VEX-related activity.

RECF shall not access, modify, interfere with, or attempt to access any VEX-controlled systems, platforms, or infrastructure following receipt of this notice. These restrictions apply immediately upon receipt of this notice and without exception.

**Ownership of Intellectual Property and Work Product**

VEX reiterates that all VEX Competition IP is and remains the sole and exclusive property of VEX; all data associated with VEX Competitions is the sole property of VEX; all software, systems, and work product developed in connection with the parties' agreements are the exclusive property of VEX; and any materials or modifications created in connection with the parties' agreements are owned exclusively by VEX. RECF shall execute any documents necessary to confirm such ownership.

**No Assumption of Obligations**

VEX shall not assume, perform, or be liable for any obligations, commitments, or liabilities of RECF of any kind, whether arising before or after the date of this letter. RECF remains solely responsible for all such obligations.

**Required Compliance — Five (5) Day Deadline**

Within five (5) business days of receipt of this letter, RECF shall complete all of the following:

1. Return to VEX all VEX Data and any copies thereof, in any form or medium, and identify and disclose all locations where VEX Data or systems are stored or maintained;

2. Return all software, systems, documentation, and related materials provided by or developed in connection with VEX;

3. Deliver to VEX all credentials, administrative access, and control over any systems, domains, hosting environments, or infrastructure associated with VEX, including RobotEvents.com and related systems;

4. Immediately cease accepting, processing, collecting, or otherwise handling any registration fees, payments, or other funds relating to any VEX Competitions. All such funds, whether currently held or received in the future, constitute property of VEX and shall be held by RECF solely in trust for the benefit of VEX. RECF shall immediately segregate all such funds from its general accounts, identify and account for all such funds in its possession, custody, or control, and remit such funds to VEX in full without delay. To the extent any such funds have been commingled, transferred, or disbursed, RECF shall provide a complete accounting tracing the disposition of such funds, including all accounts, transactions, and recipients. RECF shall take all actions necessary to preserve such funds and prevent any further transfer, dissipation, or encumbrance. Any acceptance, retention, use, transfer, or failure to timely remit such funds following receipt of this notice will constitute wrongful possession and conversion of VEX property and will result in immediate legal action, including claims for injunctive and equitable relief to recover and preserve such funds.

5. Provide written confirmation of acknowledgment of this termination and a detailed plan for full compliance with the obligations set forth herein; and

6. Provide written certification, signed by an authorized officer of RECF, confirming full compliance with all of the foregoing obligations.

Any continued acceptance, retention, or use of VEX funds following receipt of this notice will be treated as conversion and will result in immediate legal action. Any delay, interference, or failure to comply with any obligation set forth herein shall constitute a further material breach and will result in immediate legal action.

VEX reserves the right to notify third parties that RECF is no longer authorized to collect funds, operate competitions, or act in any capacity on behalf of VEX.

**Reservation of Rights**

All rights, claims, and remedies of VEX, whether known or unknown, are expressly reserved. Nothing in this letter shall be deemed a waiver of any such rights, claims, or remedies.

Docusign Envelope ID: 36A8E2EA-7B8A-8EFC-81E0-9437133F7EE4


Regards,

John Harvey

Innovation First International, Inc.
VEX Robotics, Inc.
John Harvey
General Counsel

# EXHIBIT "C"

RobotEvents.com

VEX Robotics, Inc.
6725 FM 1570
Greenville, Texas 75402
United States
Phone Number: 903-453-0802
Email: support@vex.com

**Terms:** Net 30

# ORDER

Order #62445159

**Created Date:** 1-May-2026
**Payment Method:** Pay Later / Hold Registration

SOLD TO:

**Billing Address**
Mark Browb
Omaha Public Schools
10394 Redick Ave
Omaha, Nebraska 68122
United States

| Products | SKU | Price | Qty | Subtotal |
|---|---|---|---|---|
| **2026 RECF Summit** Registration for RE-WORKSHOP-26-4077 on 13-Jul-2026 - 15-Jul-2026 by Mark Brown | RE-WORKSHOP-26-4077 | 100.00 | 1 | $100.00 |

Subtotal: $100.00
**Amount Due:** **$100.00**

Event host's contact information for 2026 RECF Summit
Name: Ryan Osweiler
Phone Number: 8288455994
Email: ryan_osweiler@recf.org

It is the responsibility of the registrant to contact the event host to cancel their registration and request a refund. Refunds are at the sole discretion of the event host (in many cases, especially for withdrawals close to an event date where events might have already incurred costs and/or may be unable to find replacements to fill that spot on short notice, refunds might not be possible).

# EXHIBIT "D"

---------- Forwarded message ---------
From: **RECF Support** <support@recf.org>
Date: Fri, May 8, 2026 at 9:13 AM
Subject: Fwd: Tax Exempt Status
To: Dan Mantz <dan_mantz@recf.org>
Cc: Ryan Osweiler <ryan_osweiler@recf.org>

How can we help our customers.

**Sincerely,**
**REC Foundation Support Team**
(903) 401-8088 | Robotics Education & Competition Foundation (RECF)

**Quick Links & Connect with Us**

*This message and its attachments may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and destroy copies of this message/attachments.*

---------- Forwarded message ---------
From: **VEX Robotics** <support@vex.com>
Date: Tue, May 5, 2026 at 8:03 AM
Subject: Fwd: Tax Exempt Status
To: RECF Support <support@recf.org>

support@recf.org

---------- Forwarded message ---------
From: Hudmon JR., Michael D <michael.hudmon@stpsb.org>
Date: 5/5/2026, 7:30:04 AM
I am trying to register our team for the VRC Override Season, but for some reason our tax exempt status is not showing on REC Foundation registration. Our tax exempt status is correct on the vexrobotics.com and does not expire until 2028. Thank you for any assistance in this matter.

Thank you,
Michael Hudmon
CIW/Comptia Educator & Web Designer
Pearl River High School
St. Tammany Parish Public School System
Phone: (985) 863-2591
www.stpsb.org | Facebook | Twitter | Instagram

CONFIDENTIALITY NOTICE: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

STPPS adheres to the equal opportunity provisions of federal and civil rights laws and does not discriminate on the basis of race, color, national origin, religion, age, sex, sexual orientation, marital status, or disability.

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

# EXHIBIT "E"

**Dan Mantz <dan_mantz@recf.org>**

# Fwd: Team Registration Issue

**RECF Accounting** <accounting@recf.org> Mon, May 4, 2026 at 1:54 PM
To: Dan Mantz <dan_mantz@recf.org>, Ryan Osweiler <Ryan_Osweiler@recf.org>
Cc: Melinda Henderson <melinda_henderson@recf.org>, Accounting RECF <accounting@recf.org>

Dan or Ryan,

How would you like us to proceed in these situations, since we can not log in and attach POs for them?

---------- Forwarded message ---------
From: **'Dylan Glover' via Accounting Department** <accounting@recf.org>
Date: Mon, May 4, 2026 at 9:14 AM
Subject: Re: Team Registration Issue
To: RECF Accounting <accounting@recf.org>

Good morning,

I am reaching out about this issue again. Will you be able to help me with this?

Thanks,
Dylan Glover
Cabot High School, T Building Room 02
Engineering Teacher

On Fri, May 1, 2026 at 2:38 PM Dylan Glover <dylan.glover@cps.k12.ar.us> wrote:

> Good afternoon,
>
> I was trying to attach a PO for 2 of my teams, and it currently doesn't have that option. Can you help me with this? My order number is 62445174. I went ahead and attached the PO too.
>
> Thanks,
> Dylan Glover
> Cabot High School, T Building Room 02
> Engineering Teacher

--
**Sincerely,**
**The REC Foundation Accounting Team**

Robotics Education & Competition Foundation (RECF)

(214)771-0975

**Quick Links & Connect with Us**

*This message and its attachments may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and destroy copies of this message/attachments.*

# EXHIBIT "F"

10:10

79

J Jenni Williams

Friday • 2:40 PM

Thanks. I tried to register teams today and it wasn't letting me do purchase order. I'll hold off.

# EXHIBIT “G”

10:17 78

Shane Ware RSS

9:23 AM

What's going on with VEX and REC? Are my robot days over??

# EXHIBIT “H”

address for the outstanding Summit invoices.

Ryan

---

**Ryan Osweiler**
Vice President of Programs | Robotics Education & Competition Foundation (RECF)
(828) 845-5994

**Quick Links & Connect with Us**

*This message and its attachments may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and destroy copies of this message/attachments.*

---------- Forwarded message ---------
From: **Mark Brown** <Mark.Brown1@ops.org>
Date: Fri, May 1, 2026, 2:13 PM
Subject: Re: 2026 RECF Summit Update
To: Ryan Osweiler <ryan_osweiler@recf.org>

**Is this the correct address?**
Robotics Education & Competition Foundation
1519 INTERSTATE HIGHWAY 30 W
Greenville, Texas 75402
United States

**The invoice lists:**
VEX Robotics, Inc.
6725 FM 1570
Greenville, Texas 75402

**Mark Brown**
Robotics Specialist
**Omaha Public Schools**
P: 531-299-9454

OMAHA Public Schools

**Every student. Every day. Prepared for success.**

**Connect with Omaha Public Schools at ops.org**
**Facebook • Instagram • LinkedIn • Youtube**

---

**From:** Ryan Osweiler <ryan_osweiler@recf.org>
**Sent:** Friday, May 1, 2026 11:26 AM
**To:** Ryan Osweiler <ryan_osweiler@recf.org>
**Cc:** Dylon Caudill <dylon_caudill@recf.org>
**Subject:** 2026 RECF Summit Update

You don't often get email from ryan_osweiler@recf.org. Learn why this is important

**[EXTERNAL EMAIL] WARNING:** This message originated from a sender outside of **Omaha Public Schools.**
Do **NOT** click any links or open any attachments unless you recognize the sender and know the email is safe.

Hello Everyone! I hope you are all doing well. I wanted to send an update regarding the 2026 RECF Summit. If you have registered and paid already, that's great! If you have not registered/paid and still intend to attend, please respond to this email and I can send directions on how to pay. There is an issue going on with RobotEvents and VEX right now and I am unable to track attendance and payment in RobotEvents right now.

Looking forward to seeing everyone this summer!

Ryan

---

**Ryan Osweiler**
Vice President of Programs | Robotics Education & Competition Foundation (RECF)
(828) 845-5994

**Quick Links & Connect with Us**

*This message and its attachments may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and destroy copies of this message/attachments.*

Omaha Public Schools does not discriminate. Click here to see our policy.
Las escuelas públicas de Omaha es no discriminar. Haga clic aquí para ver nuestra política.

# EXHIBIT "I"

Dan Mantz <dan_mantz@recf.org>

# Fwd: RECF is charging Sales Tax on Team Registration Fees

1 message

**Tarek Shraibati** <tarek@recf.org> Fri, May 1, 2026 at 6:53 AM
To: Dan Mantz <dan_mantz@recf.org>, Ken Jones <ken_jones@recf.org>, Ryan Osweiler <ryan_osweiler@recf.org>

It has begun.

**Tarek Shraibati**
VP International & Developing Programs
Robotics Education & Competition Foundation (RECF)
+1 (424) 235-2800 Office
+1 (805) 405-7918 Mobile

**Quick Links & Connect with Us**

*This message and its attachments may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and destroy copies of this message/attachments.*

---------- Forwarded message ---------
From: <leroy@larobotics.org>
Date: Thu, Apr 30, 2026 at 11:11 PM
Subject: RECF is charging Sales Tax on Team Registration Fees
To: Tarek A. Shraibati <Tarek@recf.org>
Cc: Stephen Stein <sstein5@yahoo.com>

Tarek,

I was shocked when I tried to register my training team today. I would have been the first to register a team in California, but I decided to question this change instead.

RobotEvents.com now appears to be controlled by VEX Robotics.

RECF.org was unreachable earlier today, but now it forwards to a blank webpage at recfoundation.net.




In California, sales tax generally does **not** apply to team registration fees if they are for the right to participate in a league or event. Sales tax applies to tangible personal property, whereas registration fees are typically for services. [1, 2, 3]

Key points regarding California sales tax on registration fees:

- **Non-Taxable:** Registration fees, entry fees, or membership dues for activities, sports teams, or conferences are usually not taxable, as they do not constitute a sale of physical goods.
- **Exceptions (Taxable Items):** If the registration fee includes taxable merchandise (e.g., a mandatory uniform, jersey, or equipment) that is not merely incidental, the portion representing the taxable goods may be subject to sales tax.
- **Service vs. Product:** If the fee is purely for access to a service (playing in the league), it is not taxable. If it is for buying goods, it is taxable. [1, 2, 3, 4, 5]

If you need to charge California sales tax for the Team Welcome Kit, it should be optional. You only provide it for the first team registered by an organization, so it is obviously not mandatory.

In California, sales tax exemptions generally apply to specific items rather than to individuals or organizations.

LeRoy

LeRoy Nelson
Los Angeles Robotics

larobotics.org/NelsonTeamGrants.html
310-529-4637 (iPhone)

---

Virus-free.www.avast.com

# EXHIBIT "J"

# IT Service Agreement and License Agreement

This IT Services Agreement and License Agreement is made effective as of October 02, 2017, by and between Robotics Education & Competition Foundation ("RECF") of 1519 I-30 West, Greenville, Texas 75042, and Innovation First International, Inc. ("IFI") of 6725 W. FM 1570, Greenville, Texas 75402.

Whereas RECF requires certain services relating to the operation and management of their business for which IFI has agreed to provide pursuant to the terms of this Agreement.

Now, therefore, in consideration of the mutual promises set forth herein, the parties agree as follows:

1. **DEFINITIONS.** For purposes of this Agreement, the following definitions shall apply:

(a) "Computer System" shall mean the computer hardware identified by model and serial numbers, and the computer software listed on Exhibit One, attached hereto and made a part hereof.

(b) "Services" shall mean the Operation, Maintenance and Management of the RECF's phone systems, internet connectivity, computer data storage, networking capability, training services, maintenance for the Software, and general IT support for all systems ("Systems").

(c) "Operation" shall mean the operation of the aforementioned systems, including, but not limited to manipulation and computation of data by the relating to the systems, the outputting of such manipulated and computed data by the systems, and communication between elements of the systems.

(d) "Maintenance" shall mean remedial maintenance and preventive maintenance of the Systems, including updates from time to time, in the sole discretion of IFI.

(e) "Management" shall mean the scheduling of the use of the Systems, procurement of supplies and spare parts therefor, and recommendation of changes and additions thereto.

(f) "Software" shall mean that certain software created by IFI known as "Robot Events".

2. **DESCRIPTION OF SERVICES.** Beginning on October 02, 2017, IFI will provide to RECF the following services (collectively, the "Services"):

(a) The preventive maintenance and, whenever possible, the remedial maintenance portions of the Maintenance shall be performed during a time mutually convenient for each party to this Agreement.

(b) During the term hereof RECF shall provide IFI with sufficient access to the Systems, and RECF's employees as well as sufficient work space to perform any Services.

3. **LICENSE GRANT.** During the term of this Agreement, Licensor herby grants to Licensee a nonexclusive license to install and use the Software on the Local Area Network currently operating at the following site: 1519 W I-30, Greenville, Texas 75402. The term of this license grant shall be governed by the term of this Agreement.

4. **RETURN OR DESTRUCTION OF SOFTWARE UPON TERMINATION.** Upon termination of this License, RECF shall return to IFI or destroy the original and all copies of the Software including partial copies and modifications. IFI shall have a reasonable opportunity to conduct an inspection of RECF's Systems place to ensure compliance with this provision.

5. **TITLE TO SOFTWARE.** IFI retains title to and ownership of the Software and all enhancements, modifications and updates of the Software.

6. **MODIFICATIONS AND ENHANCEMENTS.** RECF will make no efforts to reverse engineer the Software, or make any modifications or enhancements without IFI's express written consent. If such consent is provided to RECF, any such modifications or enhancements to the Software remain the intellectual property of IFI.

7. **WARRANTY LIMITATIONS.** The software is provided "as is." IFI disclaims all warranties, including but not limited to, all express or implied warranties of merchantability and fitness for a particular purpose.

8. **ASSIGNMENT.** The rights conferred by this License shall not be assignable by RECF without IFI's prior written consent. IFI may impose a reasonable license fee on any such assignment.

9. **FEES.** For the initial term, RECF shall pay to IFI the amount of $10,000 per month. After the initial term, if IFI determines that the fees need to be increased, IFI will provide RECF thirty (30) days advance notice.

   In addition to any other right or remedy provided by law, if RECF fails to pay for the Services when due, IFI has the option to treat such failure to pay as a material breach of this Agreement, and may cancel this Agreement and/or seek legal remedies.

10. **TERM.** This initial term of this Agreement shall be for twelve (12) months, and shall automatically renew year to year, unless either party provides thirty (30) days advance written notice to the other party of its intention of not renewing such Agreement.

    In the event of any termination/cancellation of this Agreement, IFI may:

    (1) Declare all amounts owed to it hereunder to be immediately due and payable;

    (2) Enter RECF's premises and repossess all supplies, spare parts and other items supplied by IFI hereunder for which payment has not been received by IFI; and

    (3) Cease performance of all Services hereunder without liability to RECF.

11. **WORK PRODUCT OWNERSHIP.** Any copyrightable works, ideas, discoveries, inventions, patents, products, or other information (collectively the "Work Product") developed in whole or in part by IFI in connection with the Services will be the exclusive property of IFI. Upon request, RECF will execute all documents necessary to confirm or perfect the exclusive ownership of IFI to the Work Product.

12. **CONFIDENTIALITY.** Both parties to this Agreement, including each other's' employees, agents, or representatives, will not at any time or in any manner, either directly or indirectly, divulge, disclose, or communicate in any manner, any information that is proprietary to the other. RECF and IFI, and its employees, agents, and representatives will protect each other's information and treat

same as strictly confidential. This provision will continue to be effective after the termination of this Agreement.

Upon termination of this Agreement, any confidential information will be returned to the other party disclosing same.

13. **DEFAULT.** The occurrence of any of the following shall constitute a material default under this Agreement:

   a. The failure to make a required payment when due.

   b. The insolvency or bankruptcy of either party.

   c. The subjection of any of either party's property to any levy, seizure, general assignment for the benefit of creditors, application or sale for or by any creditor or government agency.

14. **REMEDIES.** In addition to any and all other rights a party may have available according to law, if a party defaults by failing to substantially perform any provision, term or condition of this Agreement (including without limitation the failure to make a monetary payment when due), the other party may terminate the Agreement by providing written notice to the defaulting party. This notice shall describe with sufficient detail the nature of the default. The party receiving such notice shall have 20 days from the effective date of such notice to cure the default(s). Unless waived by a party providing notice, the failure to cure the default(s) within such time period shall result in the automatic termination of this Agreement.

15. **LIQUIDATED DAMAGES**. IFI and RECF agree that it may be difficult, if not impossible, to accurately determine the amount of damages that RECF may incur, if IFI fails to maintain the Up-Time required hereunder. Accordingly, it is agreed that $0.00 for each percentage point that the Up-Time of the Computer System is below the Up-Time of 0 percent as stated in the above Description of Service Section shall be deemed to be the weekly liquidated damages for such failures and shall be payable to RECF in the form of a credit at the end of the month in which such failure(s) occurred.

16. **FORCE MAJEURE.** If performance of this Agreement or any obligation under this Agreement is prevented, restricted, or interfered with by causes beyond either party's reasonable control ("Force Majeure"), and if the party unable to carry out its obligations gives the other party prompt written notice of such event, then the obligations of the party invoking this provision shall be suspended to the extent necessary by such event. The term Force Majeure shall include, without limitation, acts of God, fire, explosion, vandalism, storm or other similar occurrence, orders or acts of military or civil authority, or by national emergencies, insurrections, riots, or wars, or strikes, lock-outs, work stoppages. The excused party shall use reasonable efforts under the circumstances to avoid or remove such causes of non-performance and shall proceed to perform with reasonable dispatch whenever such causes are removed or ceased. An act or omission shall be deemed within the reasonable control of a party if committed, omitted, or caused by such party, or its employees, officers, agents, or affiliates.

17. **ARBITRATION.** Any controversies or disputes arising out of or relating to this Agreement shall be resolved by binding arbitration in accordance with the then-current Commercial Arbitration Rules of the American Arbitration Association. The parties shall select a mutually acceptable arbitrator knowledgeable about issues relating to the subject matter of this Agreement. In the event the parties are unable to agree to such a selection, each party will select an arbitrator and the two arbitrators in turn shall select a third arbitrator, all three of whom shall preside jointly over the matter. The

arbitration shall take place at a location that is reasonably centrally located between the parties, or otherwise mutually agreed upon by the parties. All documents, materials, and information in the possession of each party that are in any way relevant to the dispute shall be made available to the other party for review and copying no later than 30 days after the notice of arbitration is served. The arbitrator(s) shall not have the authority to modify any provision of this Agreement or to award punitive damages. The arbitrator(s) shall have the power to issue mandatory orders and restraint orders in connection with the arbitration. The decision rendered by the arbitrator(s) shall be final and binding on the parties, and judgment may be entered in conformity with the decision in any court having jurisdiction. The agreement to arbitration shall be specifically enforceable under the prevailing arbitration law. During the continuance of any arbitration proceeding, the parties shall continue to perform their respective obligations under this Agreement.

18. **ENTIRE AGREEMENT.** This Agreement contains the entire agreement of the parties, and there are no other promises or conditions in any other agreement whether oral or written concerning the subject matter of this Agreement. This Agreement supersedes any prior written or oral agreements between the parties.

19. **SEVERABILITY.** If any provision of this Agreement will be held to be invalid or unenforceable for any reason, the remaining provisions will continue to be valid and enforceable. If a court finds that any provision of this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision will be deemed to be written, construed, and enforced as so limited.

20. **AMENDMENT.** This Agreement may be modified or amended in writing, if the writing is signed by the party obligated under the amendment.

21. **GOVERNING LAW.** This Agreement shall be construed in accordance with the laws of the State of Texas, and venue for any action brought to enforce this Agreement or bring claims related to this Agreement shall soley be brought in Hunt County, Texas.

22. **NOTICE.** Any notice or communication required or permitted under this Agreement shall be sufficiently given if delivered in person or by certified mail, return receipt requested, to the address set forth in the opening paragraph or to such other address as one party may have furnished to the other in writing.

23. **WAIVER OF CONTRACTUAL RIGHT.** The failure of either party to enforce any provision of this Agreement shall not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of this Agreement.

# EXHIBIT "K"

INNOVATION FIRST INTERNATIONAL

May 10, 2026

Robotics Education & Competition Foundation
1519 Interstate 30 West
Greenville, TX 75402
Sent via Email to Dan Mantz and Richard Liu
And by Certified Mail to Dan Mantz c/o RECF

RE: Notice of Non-Renewal — IT Services Agreement and License Agreement

This letter serves as formal notice from Innovation First International, Inc. ("IFI") regarding the IT Services Agreement and License Agreement dated October 2, 2017 (the "Agreement") between IFI and the Robotics Education & Competition Foundation ("RECF").

IFI is today separately delivering a notice terminating all other agreements, arrangements, and relationships between IFI and RECF. That notice does not affect the IT Agreement, which is governed exclusively by this letter and the IT Agreement's own terms.

Pursuant to Section 10 of the Agreement, IFI hereby provides notice of its intent not to renew the Agreement upon expiration of its current term on October 2, 2026. This notice is being provided well in advance of the thirty (30) day minimum required under the Agreement.

IFI will comply with its obligations under the Agreement through October 2, 2026. At the same time, IFI expressly reserves the right to manage, modify, or restrict access to and functionality of its systems, platforms, and services, including RobotEvents.com, to the extent necessary to protect its intellectual property, data, and contractual rights during the remaining term.

**Early Termination Option**

IFI is willing to consider a mutual early termination of the Agreement prior to October 2, 2026. In the event RECF elects to pursue early termination, IFI is prepared to release RECF from any further payment obligations related to the IT Services Agreement from the mutually agreed termination date forward, provided that:

1. RECF provides written notice of its election to pursue early termination within ten (10) days of receipt of this letter;
2. The parties execute a written mutual termination agreement acceptable to both parties; and

3. RECF complies fully with all return-of-property, data, credentials, and systems access obligations set forth in the Agreement upon the agreed termination date.

Failure to respond within ten (10) days shall be deemed an election by RECF to allow the Agreement to expire in the ordinary course on October 2, 2026, and no further offer of fee-free early termination will be extended.

Reservation of Default Rights. Nothing in this notice of non-renewal constitutes a waiver of IFI's right to terminate the IT Agreement prior to October 2, 2026 for cause pursuant to Section 14 of the Agreement. In the event RECF fails to make required monthly payments when due, or commits any other material default under the IT Agreement, IFI reserves the right to issue a separate default notice under Section 14 and to terminate the IT Agreement prior to its scheduled expiration date upon the terms set forth therein. The pendency of the non-renewal period shall not limit or delay IFI's exercise of its default remedies.

**Ownership and Reserved Rights**

For clarity, nothing in this notice alters or limits IFI's ownership of any intellectual property, software, systems, data, or work product associated with the Agreement, all of which remain the sole and exclusive property of IFI. All rights with respect to such materials are expressly reserved.

Nothing in this letter shall be deemed a waiver of any rights, claims, or remedies of IFI, whether known or unknown, all of which are expressly reserved.

We appreciate you confirming receipt of this notice.

Regards,

John Harvey

Innovation First International, Inc.
John Harvey
General Counsel

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pam Collins on behalf of Maggie Burreson
Bar No. 24116150
pcollins@jw.com
Envelope ID: 115176139
Filing Code Description: Counter Claim/Cross Action/Interpleader/Intervention/Third Party
Filing Description: Robotics Education and Competition Foundation, Inc. Counterclaims and Third-Party Petition
Status as of 5/21/2026 6:16 AM CST

Associated Case Party: Robotics Education & Competition Foundation, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Justin Lee | | jlee@jw.com | 5/20/2026 10:36:47 PM | SENT |
| Maggie Burreson | | mburreson@jw.com | 5/20/2026 10:36:47 PM | SENT |
| Joseph Fischer | | tfischer@jw.com | 5/20/2026 10:36:47 PM | SENT |
| Richard Liu | | richard.liu@consultils.com | 5/20/2026 10:36:47 PM | SENT |
| Jared Xu | | jared.xu@consultils.com | 5/20/2026 10:36:47 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cheryl Leger | | cleger@jw.com | 5/20/2026 10:36:47 PM | SENT |
| Juana Sauceda | | jsauceda@jw.com | 5/20/2026 10:36:47 PM | SENT |
| Yolanda Lopez | | ylopez@jw.com | 5/20/2026 10:36:47 PM | SENT |

Associated Case Party: VEX Robotics, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joel E.Geary | | jgeary@wslawpc.com | 5/20/2026 10:36:47 PM | SENT |
| Grant B.Stock | | gstock@wslawpc.com | 5/20/2026 10:36:47 PM | SENT |
| James MWelch | | jwelch@wslawpc.com | 5/20/2026 10:36:47 PM | SENT |
| Matthew PLindner | | mlindner@wslawpc.com | 5/20/2026 10:36:47 PM | SENT |
| George Alexander | | george@curtisalexander.net | 5/20/2026 10:36:47 PM | SENT |
| Belinda Chambers | | belinda@curtisalexander.net | 5/20/2026 10:36:47 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pam Collins on behalf of Maggie Burreson
Bar No. 24116150
pcollins@jw.com
Envelope ID: 115176139
Filing Code Description: Counter Claim/Cross Action/Interpleader/Intervention/Third Party
Filing Description: Robotics Education and Competition Foundation, Inc. Counterclaims and Third-Party Petition
Status as of 5/21/2026 6:16 AM CST

Associated Case Party: VEX Robotics, Inc.

| | | | | |
|---|---|---|---|---|
| Belinda Chambers | | belinda@curtisalexander.net | 5/20/2026 10:36:47 PM | SENT |
| Penny Rogers | | progers@wslawpc.com | 5/20/2026 10:36:47 PM | SENT |

# EXHIBIT 4

FILED
AT 2:35 P.M.
MAY 29 2026
CLERK, DISTRICT COURT, HUNT CO., TX

CAUSE NO. 96313

| | |
|---|---|
| VEX ROBOTICS, INC., *Plaintiff/Counter-Defendant,* | IN THE DISTRICT COURT |
| VS. | |
| ROBOTICS EDUCATION & COMPETITION FOUNDATION, INC., *Defendant/Counter-Plaintiff/Third-Party Plaintiff* | 354TH JUDICIAL DISTRICT |
| VS. | |
| INNOVATION FIRST INTERNATIONAL, INC., *Third-Party Defendant* | HUNT COUNTY, TEXAS |

## AGREED TEMPORARY INJUNCTION

Plaintiff/Counter-Defendant VEX Robotics, Inc. ("VEX") and Defendant/Counter-Plaintiff Defendant Robotics Education & Competition Foundation, Inc. ("RECF" and, collectively with VEX, the "Parties") have agreed to the entry of this Temporary Injunction (this "Injunction"). Based on the Parties' agreements and stipulations, the Court orders as follows:

### I. DEFINITIONS AND PERSONS BOUND

1. For purposes of this Injunction, "VEX Competitions" means those identified in Schedule 1.

2. For purposes of this Injunction, "VEX Marks and Competition Identifiers" means the VEX logos, VEX Competition names (as identified in Schedule 2), and VEX program names (as identified in Schedule 3).

3. For purposes of this Injunction, "VEX Competition Materials" means those documents, manuals, instructions, or any other written work product associated with the VEX Competitions and prepared by the VEX Competitions Game Design Committee, whether such written work product was prepared in the past or may be prepared in the future. This definition includes any such materials VEX has made or may make publicly available through the VEX-Controlled Systems (as defined herein) to teams that have competed, or intend to compete, in the VEX Competitions, but does not include general game elements.

4. For purposes of this Injunction, "RECF Competitions" means those identified in Schedule 5.

5. For purposes of this Injunction , "RECF Marks and Competition Identifiers" means the RECF logos, RECF Competition names, and RECF program names (as identified in Schedule 6).

6. For purposes of this Injunction, "VEX-Controlled Systems" means any VEX-controlled domain name, website, subdomain, registrar account, DNS setting, name server, hosting account, administrative account, software (including, but not limited to, Tournament Manager), database, application, API, credential, token, password, backup, communication platform, or computer system associated with VEX, VEX products, or VEX Competitions, including but not limited to, the website domains identified in Schedule 4.

7. For purposes of this Injunction, "RECF-Controlled Systems" means any RECF-controlled domain name, website, subdomain, registrar account, DNS setting, name server, hosting account, administrative account, software, database, application, API, credential, token, password, backup, communication platform, or computer system associated with RECF or RECF Competitions.

8. For purposes of this Injunction, "WWW.ROBOTEVENTS.COM" means the uniform resource locator known as www.robotevents.com and any iteration of this URL, including but not limited to, www.robotevents.org and www.robotevents.net. The Parties dispute ownership and control of www.robotevents.com. Accordingly, www.robotevents.com is addressed separately in this Injunction and the Parties agree that it does not fall within the definition of VEX-Controlled Systems or RECF-Controlled Systems for purposes of this Injunction.

9. This Injunction binds VEX and RECF, including their officers, agents, servants, employees, and attorneys and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise. IFI consents and agrees to be bound to the same extent as VEX.

## II. BACKGROUND AND ALLEGATIONS

10. VEX has filed its First Amended Petition and Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction ("VEX's Petition").

11. RECF has filed its Counterclaims and Third-Party Petition against VEX and Innovation First International, Inc. ("IFI").

12. The Court is entering this Injunction at the request of the Parties in order to preserve the status quo, prevent confusion, attempt to minimize the continued accrual of alleged damages and reduce the risk of irreparable harm, and allow for the orderly and regular conduct of discovery and litigation of the Parties' disputes.

13. This Injunction is not a final adjudication of the merits, either in whole or in part.

## III. TEMPORARY RESTRAINTS

14. RECF. RECF is enjoined from engaging in the following conduct:

   a. VEX Competitions. Using VEX Marks and Competition Identifiers, or representing or implying to any third party, either orally or in writing (electronic or otherwise), that RECF is authorized by VEX to promote, manage, operate, or hold VEX Competitions;

   b. VEX Competition Materials. Using VEX Competition Materials in promoting, managing, operating, or holding any RECF Competitions or otherwise copying, using, referencing, or linking to such materials, except as allowed and in the manner provided by this Injunction;

   c. VEX-Controlled Systems. Accessing, using, downloading, logging into, modifying, redirecting, or otherwise interfering with any VEX-Controlled System, or causing or directing any third party (including any domain registrar, DNS provider, or hosting provider) to do so;

   d. Redirects. Redirecting or attempting to redirect traffic from any VEX-Controlled System to www.recfevents.org, any RECF-controlled website, or any other website or platform not authorized in writing by VEX;

   e. VEX Programs and Communications. Representing or implying to any third party that RECF operates, sponsors, or controls any VEX Competition or program. Nothing in this provision shall restrict RECF from communicating with any event partner, venue vendor, federal grantor, or other third party regarding RECF's own independently developed competitions, competition seasons, programs, operations, scheduling, registration, sanctioning, or qualification pathways, including communications that may result in such parties choosing to work with

RECF rather than VEX, provided that RECF's competitions and programs are based on RECF's own independently developed manuals, rules, software, and materials and do not incorporate, reference, or copy VEX Competition Materials;

f. Disputed Assets. Selling, transferring, encumbering, materially altering the architecture or data of, or destroying any asset whose ownership is in dispute in this action – including the RobotEvents.com domain, the team-registration and event partner data, and the competition-result data residing on any RECF-Controlled System – except as allowed or required by this Injunction and except for routine maintenance necessary to keep RECF-Controlled Systems operational, provided that RECF preserves such data in its current state;

g. Existing Commercial Arrangements. Intercepting, redirecting, modifying, or reissuing any invoice or payment instruction so as to divert to RECF funds owed to VEX for services VEX performed. In addition, during the term of this Injunction, RECF shall promptly remit to VEX any funds received by RECF that constitute payments for services VEX performed, or, if RECF disputes any such payment in good faith, place such funds in escrow with a mutually agreed escrow agent pending resolution of the Parties' disputes; and

h. Preservation of Evidence. Deleting, modifying, concealing, overwriting, or failing to preserve documents, electronically stored information, or other evidence in the possession, custody, or control of RECF that relates to the claims, counterclaims, or third-party claims in this action, subject to RECF's right to use and access its own records in the ordinary course of its operations.

15. VEX. VEX is enjoined from engaging in the following conduct:

a. RECF Competitions. Using RECF Marks and Competition Identifiers or representing or implying to any third party that VEX is authorized by RECF to promote, manage, operate, or hold RECF Competitions.

b. RECF-Controlled Systems. Accessing, logging into, modifying, redirecting, or otherwise interfering with any RECF-Controlled System, or causing or directing any third party (including any domain registrar, DNS provider, or hosting provider) to do so;

c. Redirects. Redirecting or attempting to redirect traffic from any RECF-Controlled System, any RECF-controlled website, or any other website or platform not authorized in writing by RECF;

d. RECF Programs and Communications. Representing or implying to any third party that VEX operates, sponsors, or controls RECF's independent

programs (including the Aerial Drone Competition). Nothing in this provision shall restrict VEX from communicating with any event partner, venue vendor, federal grantor, or other third party regarding VEX's own competition season, programs, operations, scheduling, registration, sanctioning, or qualification pathways, including communications that may result in such parties choosing to work with VEX rather than RECF;

e. Disputed Assets. Selling, transferring, encumbering, materially altering the architecture or data of, or destroying any asset whose ownership is in dispute in this action – including the RobotEvents.com domain, the team-registration and event partner data, and the competition-result data residing on any VEX-Controlled System – other than routine maintenance necessary to keep VEX-Controlled Systems operational, provided that VEX shall preserve such data in its current state;

f. Existing Commercial Arrangements. Intercepting, redirecting, modifying, or reissuing any invoice or payment instruction so as to divert to VEX funds owed to RECF for services RECF performed, or further restricting, degrading, or terminating RECF's access to the Team and Event Management software licensed under the IT Services Agreement dated October 2, 2017 (as renewed) beyond the restrictions already in place as of the effective date of this Injunction, unless otherwise ordered by the Court or agreed to in writing by the Parties. In addition, during the term of this Injunction, VEX shall promptly remit to RECF any funds received by VEX or IFI that constitute payments for services RECF performed or for registrations administered by RECF, or, if VEX disputes any such payment in good faith, place such funds in escrow with a mutually agreed escrow agent pending resolution of the Parties' disputes; and

g. Preservation of Evidence. Deleting, modifying, concealing, overwriting, or failing to preserve documents, electronically stored information, or other evidence in the possession, custody, or control of VEX or IFI that relates to the claims, counterclaims, or third-party claims in this action, subject to VEX's right to use and access its own records in the ordinary course of its operations.

## IV. ROBOTEVENTS.COM

16. The Parties dispute the ownership and control of www.robotevents.com. To preserve the status quo pending resolution of this action, the Court orders RECF to, within twenty-four (24) hours of the entry of this Order, remove all content contained on www.robotevents.com and replace it with the following statement, centered on the landing page, in large prominent font:

*If you would like to visit VEX's website, please click here: www.vexrobotics.com*

*If you would like to visit RECF's website, please click here: www.recf.org*

*RECF is not authorized to organize, promote, approve, or manage VEX Robotics competitions. Any competition organized, promoted, or managed by RECF that involves VEX products is not sanctioned by VEX Robotics, Inc. and will not qualify teams for the 2026-2027 VEX Robotics World Championship.*

The remainder of the website landing page will be devoid of any other content, including any links to any portion of any other VEX-Controlled Systems or RECF-Controlled Systems.

**V. AFFIRMATIVE TEMPORARY RELIEF**

17. Within twenty-four (24) hours of the entry of this Order, RECF shall prominently post on any competition registration website, website page, or other mechanism where RECF has invited the public to register to compete in any RECF Competition that does involve, or likely will involve, VEX products, the following statement:

*Robotics Education and Competition Foundation, Inc. ("RECF") is not authorized to organize, promote, approve, or manage VEX Robotics competitions. Any competition organized, promoted, or managed by RECF that involves VEX products is not sanctioned by VEX Robotics, Inc. and will not qualify teams for the 2026-2027 VEX Robotics World Championship.*

18. Within twenty-four (24) hours of the entry of this Order, RECF will transfer the registrar domain account for the following websites ("Additional Websites") to VEX and agrees to cease exercising or attempting to exercise control over the following Additional Websites (including redirecting to any RECF-Controlled System or to www.robotevents.com):

- www.vexworlds.tv
- www.globalrobotics.org
- www.globalroboticsorganization.org
- www.globalroboticsorganization.com
- www.globalroboticsorganization.net
- www.globalroboticsfoundation.net
- www.globalroboticsfoundation.org
- www.globalroboticsfoundation.com

The transfer of the Additional Websites shall not be construed as evidence regarding ownership or control of www.robotevents.com.

## VI. RESERVATIONS

19. For the avoidance of doubt, nothing in this Agreed Temporary Injunction shall be construed to:

a. Constitute an admission by either Party of any allegation made by the other Party, including any allegation regarding ownership of RobotEvents.com, the competition data, or any other asset whose ownership is in dispute;

b. Prevent VEX from operating, promoting, and administering VEX Competitions using VEX's own personnel, systems, and resources;

c. Prevent RECF from operating its own independent programs, including the Aerial Drone Competition and any RECF-branded competition, program, or event that do not use VEX Marks and Competition Identifiers, VEX Competition Materials, or VEX-Controlled Systems, with the understanding that nothing in this Injunction shall prohibit RECF from independently and in good faith developing its own competition operational infrastructure, including robotics competitions and related materials, judging frameworks, referee and event partner certification programs, code of conduct policies and enforcement processes, qualifying criteria, coach and event partner training materials, community outreach programs, or any other materials necessary to operate, promote, and administer RECF Competitions, provided that RECF does not copy, reproduce, substantially imitate, or intentionally replicate unique VEX Competition Materials;

d. Prevent RECF from operating its own independent programs, including the Aerial Drone Competition and any RECF-branded competition, program, or event that incorporates VEX-branded hardware sold through ordinary commercial channels as a component, provided that: (i) such competition or program is operated using RECF's own independently and in good faith developed manuals, rules, and operational software and does not copy, reproduce, substantially imitate, or intentionally replicate unique VEX Competition Materials; (ii) such competition or program does not use VEX Marks and Competition Identifiers, VEX Competition Materials, or VEX-Controlled Systems; and (iii) RECF includes the disclaimer identified in Paragraph 17 of this Injunction in all promotional and registration materials;

e. Prevent RECF from accessing, the same as any member of the public, VEX Competition Materials, VEX-Controlled Systems, or other VEX information, websites, or products, provided, however, that nothing in this subparagraph permits RECF to incorporate, reference, or copy VEX Competition Materials in operating, managing, or promoting any RECF

Competition, and nothing in this subparagraph permits RECF to use Tournament Manager or any other VEX proprietary software in connection with any RECF Competition;

f. Prevent either Party from communicating with its own customers, employees, counsel, teams, event partners, sponsors, vendors, federal grantors, or other stakeholders regarding such Party's own programs and operations, provided such communications comply with the obligations set forth herein;

g. Require VEX to restore any access, license, credential, or authorization that was terminated or revoked prior to the effective date of this Injunction; (h) prejudice any Party's claims, defenses, or positions in this action, including precluding or restricting any access to information necessary for the prosecution or defense of this action; or

h. Prevent VEX or IFI from independently and in good faith developing their own competition operational infrastructure, including judging frameworks, referee and event partner certification programs, code of conduct policies and enforcement processes, qualifying criteria, coach and event partner training materials, community outreach programs, or any other materials necessary to operate, promote, and administer VEX Competitions, provided that VEX does not copy, reproduce, substantially imitate, or intentionally replicate unique RECF Marks and Competition Identifiers as identified in Schedule 6.

i. For the avoidance of doubt, (i) the mere resemblance of independently developed RECF materials to items listed in Schedules 1-4 shall not, standing alone, constitute copying, reproduction, substantial imitation, or intentional replication and (ii) the mere resemblance of independently developed VEX or IFI materials to items listed in Schedules 5-6 shall not, standing alone, constitute copying, reproduction, substantial imitation, or intentional replication.

## VII. SAVINGS CLAUSE

20. Nothing in this Injunction prohibits either Party from: (a) communicating with its attorneys concerning this litigation; (b) preserving documents, data, metadata, logs, backups, communications, and evidence; (c) complying with a subpoena, court order, legal hold, or other legal obligation; (d) making truthful, non-confusing statements required by law; (e) using the other Party's name solely as necessary to identify this lawsuit, comply with this Injunction, or comply with an order of the Court; or (f) stating truthfully the status of the Parties' relationship, provided that any such statement does not state, imply, or cause confusion that RECF is authorized, sponsored, approved, affiliated with, or endorsed by VEX, or that VEX operates, sponsors, or controls RECF's independent programs.

21. Nothing in this Injunction requires disclosure of attorney-client privileged communications or attorney work product. A claim of privilege does not excuse either Party from preserving documents, data, metadata, logs, backups, communications, and evidence.

## VIII. ENFORCEMENT

22. The Court may enforce this Injunction by contempt or such other relief as the Court deems appropriate. In the event of an alleged violation of this Injunction, the Party complaining of the violation shall provide written notice to the other Party specifying the nature of the alleged violation. The Party receiving notice shall have five (5) business days from receipt of such notice to cure the alleged violation. If the violation is not cured within such period, the complaining Party may apply to the Court for enforcement, and, in addition to any remedies authorized by the Texas Rules of Civil Procedure, the Court may award reasonable and necessary attorneys' fees incurred in connection with any successful enforcement proceeding.

**IT IS SO ORDERED.**

**SIGNED AND ISSUED on** May 29, **2026, at** 2:35 pm

Duncan Thomas

**JUDGE PRESIDING**

**HON. F. DUNCAN THOMAS**
**RETIRED JUDGE**
**ASSIGNED TO THIS COURT**

**AGREED TO BY:**

**VEX Robotics, Inc.**

By: */s/ Joel E. Geary*
Joel E. Geary
State Bar No. 24002129
*jgeary@wslawpc.com*
James M. Welch
State Bar No. 00785210
*jwelch@wslawpc.com*
Grant B. Stock
State Bar No. 24033240
*gstock@wslawpc.com*
Matthew P. Lindner
State Bar No. 24098001
*mlindner@wslawpc.com*
WADDELL SERAFINO GEARY
RECHNER JENEVEIN, P.C.
1717 Main Street, Suite 2500
Dallas, Texas 75201
214/979-7400 telephone
214/979-7402 facsimile

***Attorneys for Plaintiff/Counter-Defendant VEX Robotics, Inc. and Third-Party Defendant Innovation First International, Inc.***

**Robotics Education & Competition Foundation, Inc.**

By: */s/ Joseph A. Fischer, III*
Joseph A. Fischer, III
State Bar No. 00789292
*tfischer@jw.com*
Justin V. Lee
State Bar No. 24097982
*jlee@jw.com*
Maggie I. Burreson
State Bar No. 24116150
*mburreson@jw.com*
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 661-6828

– AND –

Richard Liu*
California Bar No. 308050
Jared Xu*
California Bar No. 314646
**INNOVATIVE LEGAL SERVICES, P.C.**
355 S. Grand Ave., 8F
Los Angeles, CA 90071
Telephone: (626) 344-8949
**pro hac vice applications pending*

***Attorneys for Defendant/Counter-Plaintiff Robotics Education & Competition Foundation, Inc.***

## SCHEDULE 1 – VEX COMPETITIONS

1. VEX IQ Robotics Competition
2. VEX V5 Robotics Competition
3. VEX U Robotics Competition
4. VEX AI Robotics Competition
5. VEX AIR Drone Competition
6. VEX CTE
7. VEX AIM
8. VEX GO
9. VEX Override
10. VEX Level Up
11. VEX Pick and Drop
12. VEX Online Challenges
13. VEX Skills Challenges
14. Live Remote Tournament (LRT)
15. Live Remote Skills
16. VEX Factory Automation Competition (FAC)

Any reasonably similar iteration of these names, including any acronyms associated with the names, are considered VEX Competitions. This includes, by way of example, the acronyms VIQRC, V5RC, VURC, VGORC, VAIRC, and VADC.

## SCHEDULE 2 – VEX MARKS AND COMPETITION IDENTIFIERS

1. VEXPRO
2. VEX
3. VEXCODE
4. VEX PILOT
5. VEXCODE VR
6. VEX123
7. VEX GO
8. INNOVATION FIRST INTERNATIONAL
9. IFI
10. VEX IQ
11. INNOVATION FIRST
12. RACKSOLUTIONS
13. QUEY
14. V5
15. BEYOND THE BELL
16. VEX NATION
17. VEXNET
18. VEX ROBOTICS WORLD CHAMPIONSHIP
19. VEX V5 ROBOTICS COMPETITION
20. VEX IQ ROBOTICS COMPETITION
21. GAME POSITIONING SYSTEM
22. VEX AIR
23. VEX ROBOTICS SIGNATURE EVENTS
24. VEX SIGNATURE EVENTS
25. V5 SIGNATURE EVENTS
26. VEX V5 SIGNATURE EVENTS
27. VEX IQ SIGNATURE EVENTS
28. IQ SIGNATURE EVENTS
29. VEX V5 ROBOTICS COMPETITION SIGNATURE EVENTS
30. VEX IQ ROBOTICS COMPETITION SIGNATURE EVENTS
31. VEX ROBOTICS
32. GIRLPOWERED
33. LIVE REMOTE TOURNAMENT (LRT)
34. LIVE REMOTE SKILLS

These marks and competition identifiers include any graphic depictions of them, including but not limited to (by way of example):

Girl Powered®

INNOVATION FIRST INTERNATIONAL

## SCHEDULE 3 – VEX PROGRAMS

1. VEX 123/GO/AIM/IQ/EXP/V5/CTE/AIR
2. PD+
3. VEXcode/VEXcode VR
4. Educators Conference
5. VEX Online Challenges
6. VEX Skills Challenges

## SCHEDULE 4 – VEX-CONTROLLED SYSTEMS

VEX-Controlled Systems include, but are not limited to, the following:

1. 2026vexpartnerforum.org
2. Vexpartnerforum.com
3. Vexpartnerforum.net
4. Vexpartnerforum.org
5. Globalroboticsandscience.com
6. Globalroboticsandscience.co.uk
7. Globalroboticsandsciencefoundation.com
8. Globalroboticsandsciencefoundation.co.uk
9. Globalroboticsandsciencefoundation.org
10. Globalroboticsandsciencefoundation.uk
11. Globalroboticsandscience.org
12. Globalroboticsandscience.com
13. Globalroboticsandscience.co.uk
14. Globalroboticsandsciences.org
15. Globalroboticsandsciences.uk
16. Globalroboticsandscience.uk
17. Global-robotics.org
18. Grsf.co.uk
19. Grs.foundation
20. Grsf.uk
21. Robotics.global
22. Aicompetition.net
23. Airevents.net
24. Airevents.org
25. Buildblitz.com
26. Codevex.net
27. Codevex.org
28. Cteevents.com
29. Cteevents.net
30. Cteevents.org
31. Edurobotics.com
32. Eventsvex.com
33. Findsammy.com
34. Girlpowered.com
35. Globalepsummit.com
36. Globalepsummit.net
37. Globalepsummit.org
38. Ifirobotics.com
39. Ifirobotics.net
40. Myvexrobot.com

41. Myvexrobot.com
42. Roadtovexworlds.com
43. Robomatter.com
44. Robotc.net
45. Robot-educators.com
46. Roboteducators.com
47. Robot-educators.org
48. Roboteducators.org
49. Robotevents.cn
50. Roboticscompetition.net
51. Roboticscompetitions.net
52. Roboticsevents.org
53. Robotleague.net
54. Robotleagues.net
55. Robotleagues.org
56. Robotmatch.net
57. Robotmatch.org
58. Robotseason.net
59. Robotseason.org
60. Robotshields.com
61. Robottournament.net
62. Robottournament.org
63. Robotvitualworlds.com
64. Robotvirtualworlds.org
65. Sackattack.com
66. Snap-cad.com
67. Stemlabs.cloud
68. Stemseason.com
69. Stemseason.net
70. Stemseason.org
71. Studentrobotics.net
72. Teamvex.org
73. Theroadtovexworlds.com
74. Theroboticsleague.com
75. V5events.com
76. V5events.net
77. V5events.org
78. V5rcevents.com
79. V5rcevents.net
80. V5rcevents.org
81. Vaircevents.com
82. Vaircevents.net
83. Vaircevents.org

84. Vcs.app
85. Vex123.com
86. Vex-academy.cn
87. Vex-academy.com
88. Vexacademy.com
89. Vex.ae
90. Vexai.com
91. Vexair.net
92. Vexair.org
93. Vex-assembler.com
94. Vexassembler.net
95. Vexassembler.org
96. Vexaustralia.com
97. Vexaustralia.com.au
98. Vex-blog.com
99. Vexblog.com
100. Vex-blogs.com
101. Vexblogs.com
102. Vex.br.com
103. Vex-cad.com
104. Vexcad.com
105. Vexcare.com
106. Vexcellent.com
107. Vexchina.com
108. Vexcliqs.com
109. Vexcode.cloud
110. Vexcode.cn
111. Vexcode.co
112. Vexcodeevents.com
113. Vexcodeevents.net
114. Vexcodeevents.org
115. Vexcode.info
116. Vexcode.net
117. Vexcode.org
118. Vex.codes
119. Vexcode-vr.cn
120. Vexcodevr.com
121. Vexcodevr.org
122. Vexcoding.studio
123. Vex.com
124. Vex.com.cn
125. Vex.com.mx
126. Vexcompetition.br.com

127. Vexcompetition.ca
128. Vex-competition.com
129. Vexcompetition.com
130. Vex-competition.net
131. Vexcompetition.net
132. Vex-competition.org
133. Vexcompetitions.net
134. Vexcomps.com
135. Vex.com.tw
136. Vexcreate.com
137. Vexcreation.com
138. Vexcreative.com
139. Vexcs.org
140. Vexdiscover.com
141. Vexdrive.com
142. Vexdrive.net
143. Vexdrive.org
144. Vexedr.com
145. Vexedr.de
146. Vex.education
147. Vexeducation.com
148. Vexeducation.net
149. Vexeducation.org
150. Vexedu.com
151. Vexedu.net
152. Vexedu.org
153. Vexepsummit.com
154. Vexevent.com
155. Vexeventpartners.com
156. Vexforum.cn
157. Vex-forum.com
158. Vexforum.com
159. Vexforums.com
160. Vex-forums.com
161. Vexgateway.com
162. Vexgo.com
163. Vexgrandchallenges.com
164. Vexiq.br.com
165. Vexiq.ca
166. Vexiqchallenge.com
167. Vexiqchallenge.net
168. Vexiqchallenge.org
169. Vex-iq.com

170. Vexiq.com
171. Vexiq.co.uk
172. Vexiq.de
173. Vexiq.eu
174. Vexiqevents.com
175. Vexiqevents.net
176. Vexiqevents.org
177. Vexiqforum.com
178. Vexiqforum.net
179. Vexiqforum.org
180. Vex-iq.net
181. Vexiq.net
182. Vex-iq-org
183. Vexiqrobotics.com
184. Vexiqrobotics.net
185. Vexiqrobotics.org
186. Vexiqsnapcad.com
187. Vexiq.uk
188. Vexisawesome.com
189. Vexjudges.com
190. Vexjudges.net
191. Vexjudges.org
192. Vex-lab.com
193. Vex-labs.com
194. Vexlabs.com
195. Vexlabs.net
196. Vexlabs.org
197. Vex.lu
198. Vex.lv
199. Vex.mx
200. Vexnation.com
201. Vexnation.net
202. Vexnation.org
203. Vexnet.com
204. Vexnet.net
205. Vexonline.net
206. Vexonline.org
207. Vex-part.com
208. Vex-parts.com
209. Vexparts.com
210. Vex-parts.co.uk
211. Vexparts.co.uk
212. Vex.ph

213. Vexpro.br.com
214. Vexpro.ca
215. Vexpro.com
216. Vexpro.com.mx
217. Vex.pt
218. Vexrobot.com
219. Vexrobotevents.com
220. Vexrobotic.biz
221. Vexrobotic.net
222. Vexrobotic.org
223. Vexrobotics.au
224. Vexrobotics.be
225. Vex-robotics.biz
226. Vexrobotics.biz
227. Vexrobotics.blog
228. Vexrobotics.br.com
229. Vexrobotics.ca
230. Vexrobotics.ch
231. Vex-robotics.com
232. Vexrobotics.com
233. Vexrobotics.com.au
234. Vexrobotics.com.mt
235. Vexroboticscompetition.com
236. Vexroboticscompetition.net
237. Vexroboticscompetition.org
238. Vexrobotics.com.tw
239. Vexrobotics.com.uy
240. Vexrobotics.com.uk
241. Vexrobotics.de
242. Vexrobotics.es
243. Vexrobotics.eu
244. Vexrobotics.fr
245. Vexrobotics.hk
246. Vexrobotics.ie
247. Vexrobotics.in
248. Vexroboticsiq.com
249. Vexroboticsiq.net
250. Vexroboticsiq.org
251. Vexrobotics.it
252. Vexrobotics.jp
253. Vexrobotics.live
254. Vexrobotics.lu
255. Vexrobotics.mx

256. Vexrobotics.my
257. Vex-robotics.net
258. Vexrobotics.net
259. Vexrobotics.nl
260. Vexrobotics.org
261. Vex-robotics.org
262. Vexrobotics.ru
263. Vexrobotics.uk
264. Vex-robotics.us
265. Vexrobotics.us
266. Vexrobotics.uy
267. Vexrobotic.us
268. Vexrobotic.com
269. Vex-robot-part.com
270. Vexrobotpart.com
271. Vex-robot-parts.com
272. Vexrobotparts.com
273. Vex-robot-parts.co.uk
274. Vexrobotparts.co.uk
275. Vexrobots.com
276. Vex.sg
277. Vexsnapcad.com
278. Vexstore.cn
279. Vex.tech
280. Vextm.com
281. Vextm.net
282. Vextm.org
283. Vextournamentmanager.com
284. Vextournamentmanager.net
285. Vextournamentmanager.org
286. Vextournaments.com
287. Vextourney.com
288. Vexuevents.com
289. Vexuevents.net
290. Vexuevents.org
291. Vexunlimited.com
292. Vexv5.com
293. Vexvia.com
294. Vexvia.net
295. Vexvia.org
296. Vexvideos.com
297. Vexvirtual.com
298. Vexvirtual.net

299. Vexvirtual.org
300. Vexwebcasts.com
301. Vexworlds.com
302. Viqrcevents.com
303. Viqrcevents.net
304. Viqrcevents.org
305. Virtaualvex.com
306. Virtualvex.net
307. Virtualvex.org
308. Vrevents.net
309. Vr.vex.com

Any subdomain of the above-listed domains shall also be considered a VEX-Controlled System.

## SCHEDULE 5 - RECF COMPETITIONS

1. Aerial Drones Competition
2. Aerial Drones Competition Pro
3. RECF Online Challenges
4. RECF Live Remote Skills-
5. RECF Workforce Development Competition (to be named)
6. RECF Robotics Competition (to be named )

## SCHEDULE 6 - RECF MARKS AND COMPETITION IDENTIFIERS

1. Aerial Drones Competition
2. Aerial Drones Competition Pro
3. RECF Signature Events
4. Showcase Events
5. RoboMentors
6. Referee FYI
7. STEM Hall of Fame / Inspiration All Star
8. International Robotics Honor Society
9. Coach Academy
10. RECF Industry Certifications
11. RECF Guide to Judging
12. RECF Code of Conduct Policy Student Centered Policy
13. RECF Commitment to Event Excellence
14. RECF Commitment to Coach Excellence
15. RECF Certifications for drones and robotics
16. RECF Google Data Center Workshops
17. RECF Regional Support Specialist Program

**Trademarked/Registered Marks & Logos**

1. RECF logo
2. REC Foundation
3. RECF
4. International Robotics Honor Society
5. Inspiring Students, One Robot at a Time

# EXHIBIT 5

August 5, 2026

Richard Liu
Innovative Legal Services, P.C.
355 S. Grand Ave., 8F
Los Angeles, CA 90071
Sent via email: richard.liu@consultils.com

Joseph A. Fischer, III
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Sent via email: tfischer@jw.com

**RE: *VEX Robotics, Inc. v. Robotics Education and Competition Foundation, Inc.*, Cause No. 96313-Response to RECF's July 30, 2026 Notice of Alleged Violation of Agreed Temporary Injunction and VEX Robotics' Cross-Notice of RECF's Violation of the May 29, 2026 Agreed Temporary Injunction and Demand to Cure Pursuant to Paragraph 22**

Counsel,

This letter responds, within the period provided by Paragraph 22 of the Agreed Temporary Injunction entered May 29, 2026 (the "Injunction"), to your July 30, 2026 letter on behalf of Robotics Education and Competition Foundation, Inc. ("RECF"). VEX Robotics, Inc. ("VEX") has reviewed the letter carefully. For purposes of this response, VEX does not admit any factual allegation in your letter, including its characterizations of VEX's inventory status, sales practices, customer communications, order handling, or administration of credentials. The conduct described in your letter is not prohibited by any operative provision of the Injunction, and your letter identifies no provision that requires VEX to sell, supply, stock, price, or maintain any particular sales channel for any product. There is accordingly nothing to cure. VEX nonetheless responds below to each contention so that the record is complete.

Relatedly, RECF's asserted need for VEX-specific competition products appears to be a foreseeable consequence of its own decision to design Tier Takeover and Pinnacle around gameplay, field elements and game objects, robot dimensional and expansion specifications, and competition structures that closely track VEX Level Up and VEX Override. Had RECF independently developed materially distinct games, it would not predictably require products designed specifically for the VEX games and competition ecosystem; those products are crucial to VEX's ability, and the ability of its valued Event Partners, to run VEX competitions. Paragraph 14(b) of the Injunction prohibits RECF from using VEX Competition Materials in promoting, managing, operating, or holding any RECF Competition, and from otherwise copying, using, referencing, or linking to those materials, except as allowed and in the manner provided

by the Injunction. Paragraphs 19(c) and 19(d) preserve RECF's ability to operate independent programs only through, among other conditions, RECF's own independently and in good faith developed manuals and rules that do not copy, reproduce, substantially imitate, or intentionally replicate unique VEX Competition Materials. VEX's comparative analysis demonstrates that RECF's published Tier Takeover and Pinnacle manuals, including their current revisions, retain substantial similarities to the VEX Level Up and VEX Override game manuals in gameplay architecture, scoring frameworks, match formats, robot dimensional and expansion specifications, and competition-administration structures. Those similarities inhere in the manuals themselves, the written work product the Injunction protects, and are not attributable to the general game elements excluded from the definition of VEX Competition Materials.

The revision history reinforces that conclusion. After publication of the initial manuals, and with notice of VEX's copying position, RECF revised Tier Takeover to adopt the same 11-inch-by-24-inch horizontal expansion envelope used in VEX Level Up, eliminating one of the few points of distinction present in RECF's initial publication. RECF likewise revised Pinnacle's neutral-goal rules to sharply restrict de-scoring, to prohibit it entirely during the final 30 seconds of each match, and to enforce those restrictions with red-card penalties, moving a previously distinct and strategy-defining gameplay rule substantially toward VEX Override's protected-goal framework. Although the manuals contain certain genuine differences, those differences do not cure the concentrated similarities, and the most material post-publication changes moved the games closer to VEX rather than further away. This is not the mere resemblance addressed by Paragraph 19(i), which by its terms shields only independently developed RECF materials, and only mere resemblance standing alone. RECF's apparent dependence on VEX-specific fields, game objects, robot dimensions, and other competition products further corroborates its continued reliance on the VEX competition framework. VEX has completed a detailed comparative analysis of the games, including their revision histories, and is prepared to present that evidence to the Court should RECF elect to seek judicial intervention concerning the matters raised in your letter.

### I. The Injunction Imposes No Supply or Sales Obligation on VEX

The operative restraints relevant to the conduct alleged in your letter are set out in Paragraph 15(a) through (g). Each operates as a restraint. None obligates VEX to manufacture, sell, supply, stock, price, fulfill orders for, or maintain any sales channel for any product, to any customer, on any terms. Paragraph 15 nowhere addresses product supply, pricing, or availability: its only reference to selling is the Paragraph 15(e) prohibition against selling disputed assets, and its only affirmative component is the Paragraph 15(f) obligation to remit or escrow funds constituting payments for services RECF performed or registrations RECF administered, neither of which concerns the merchandising conduct described in your letter. The affirmative obligations in Paragraphs 16 through 18 run against RECF. This was a heavily negotiated agreed order prepared by able counsel for both Parties. Had the Parties intended to impose a continuing product-availability covenant on VEX, they would have written one. They did not. A court is without authority to enforce by contempt an obligation that a decree does not clearly and unambiguously impose. See Tex. R. Civ. P. 683; Ex parte Slavin, 412 S.W.2d 43, 44 (Tex. 1967) (orig. proceeding). Construed as a contract, the result is the same: Texas courts do not imply covenants that sophisticated parties omitted from an integrated agreement.

Your letter does not quote any operative restraint that the challenged merchandising decisions violate. It argues instead from a pleading, an obligation imposed on RECF, reservations clauses, a recital, and communications savings provisions. None creates the supply, pricing, fulfillment, or channel obligations RECF now seeks.

## II. The Letter's Sections A Through E Identify No Operative Restraint

Section A relies on an allegation in VEX's First Amended Petition. A pleading is not the Injunction, and Paragraph 22 authorizes enforcement of the Injunction, not alleged inconsistencies with a party's litigation positions. The cited allegation describes the parties' historical commercial arrangement and the obligations underlying VEX's claims. It does not allege that VEX assumed an indefinite obligation to continue supplying RECF or its participants after termination of the relationship. Whether any historical supply arrangement survived termination is a merits question, and Paragraph 13 expressly provides that the Injunction "is not a final adjudication of the merits, either in whole or in part." RECF may press its contract theories in the ordinary course of the litigation. It may not litigate them through a Paragraph 22 cure notice.

Section B inverts Paragraph 17. That paragraph imposes a conditional obligation on RECF to post a disclaimer on registration mechanisms for any RECF Competition that "does involve, or likely will involve, VEX products." Its conditional structure contemplates that RECF competitions may or may not involve VEX products. It presupposes nothing about VEX's merchandising and imposes nothing on VEX. If a competition does not involve VEX products, the obligation simply does not trigger.

Section C rests on Paragraph 19, which by its terms is a reservations section: "nothing in this Agreed Temporary Injunction shall be construed to" have the enumerated effects. A provision defining what the Injunction does not do cannot create restraints the Injunction does not contain. Paragraph 19(d) identifies the circumstances under which RECF may incorporate lawfully acquired VEX-branded hardware into an independent program. It does not require VEX to manufacture, stock, sell, or distribute any particular product, or to preserve any particular commercial channel. Paragraph 19(e) protects RECF's own ability to access VEX products on the same basis as a member of the public. It does not guarantee that any product will remain available to the public, and it does not confer on every team, coach, event partner, or other third party affiliated with an RECF program an independently enforceable right to compel a sale by VEX.

Section D invokes Paragraph 12, which states the purposes underlying the negotiated order. It does not independently prohibit conduct. A general statement of purpose cannot enlarge the specific restraints the Parties negotiated and the Court entered or create a product-supply mandate that appears nowhere in the operative provisions. If the recital preserving the status quo were itself an operative restraint reaching every post-entry business decision, Paragraph 15 would be largely surplusage.

Section E commits a category error. Paragraphs 19(f) and 20(d) are savings provisions describing communications the Injunction does not prohibit. A communication falling outside a savings provision is not thereby a violation; it is a violation only if it transgresses an operative restraint, and Section E identifies none. VEX does not accept RECF's selective and incomplete characterization of the customer communications at issue. VEX reserves all positions concerning the actual language used, its context, the customer's requested transaction, applicable inventory-allocation requirements, and the accuracy of each communication as a whole.

## III. Paragraph 15(f) Protects Robot Events Software, Not events.vex.com

Section F fails because it misidentifies the software protected by Paragraph 15(f). That provision addresses RECF's access to the Team and Event Management software licensed under the IT Services Agreement dated October 2, 2017, as renewed. Section 1(f) of that agreement defines the licensed "Software" as "that certain software created by IFI known as 'Robot Events.'" The agreement does not identify events.vex.com as licensed Software or grant RECF any license, credential, or contractual right of access to that platform.

Your letter does not identify any change in RECF's access to the licensed Robot Events software since entry of the Injunction. Upon entry of the Injunction, and as the Parties agreed, www.robotevents.com was reduced pursuant to Paragraph 16 to a neutral landing page. That condition is mandated by the Injunction itself and is the operative baseline: Paragraph 15(f) reaches only conduct that restricts RECF's access "beyond the restrictions already in place as of the effective date of this Injunction," and it cannot be read to condemn a condition the Injunction mandates. Nothing described in your letter alters it.

Instead, your letter states that RECF "understands" events.vex.com to be the platform through which the protected Team and Event Management software is administered. That understanding is incorrect. Events.vex.com is a website and platform controlled and administered by VEX and therefore falls within Paragraph 6's definition of a VEX-Controlled System. It is not the Software defined and licensed under the IT Services Agreement. The placement of products for sale on events.vex.com is therefore a merchandising decision involving a VEX-Controlled System, not a restriction, degradation, or termination of RECF's access to licensed Robot Events software.

Read as a whole, Paragraph 15(f) protects identified payment arrangements and RECF's access to the software licensed under the IT Services Agreement. It does not convert prior product availability, retail placement, or discretionary platform credentials into continuing commercial obligations.

**IV. Individual Event-Partner Credentials Are Not RECF's Licensed Access**

Your letter's reference to an individual event partner's administrator credentials on events.vex.com does not implicate Paragraph 15(f). An individual credential on events.vex.com is not RECF's access to the Robot Events software licensed under the IT Services Agreement. Such credentials are provided for the administration of VEX programs on a VEX-controlled platform and do not become an RECF contractual right merely because the credential holder later elects to support an RECF competition. Paragraph 19(b) also confirms that the Injunction does not prevent VEX from operating and administering VEX Competitions using its own personnel, systems, and resources. The Injunction contemplates competition for event partners; it does not require VEX to provide an RECF-aligned third party continuing administrative visibility into VEX registration and financial information on VEX's platform.

**V. Response to RECF's Demands**

Because no provision of the Injunction has been violated, there is nothing to cure. VEX declines demands (1) through (6), each of which seeks relief the Injunction does not provide and obligations the Parties did not agree to. Demand (7) is satisfied by this letter. VEX's merchandising decisions and administration of its own systems are consistent with the Injunction. VEX does not admit RECF's factual characterizations of any particular customer communication or transaction.

Should RECF nonetheless apply to the Court under Paragraph 22, VEX will oppose the application and will seek its reasonable and necessary attorneys' fees and all other available relief to the extent authorized by applicable law. In connection with VEX's own enforcement application described in Part VI below, VEX will seek the attorneys' fees Paragraph 22 authorizes in connection with a successful enforcement proceeding. An application asking the Court to impose supply, pricing, fulfillment, and channel obligations appearing nowhere in the agreed order is not an application to enforce the Injunction; it is an application to rewrite it.

## VI. Independent Notice of RECF's Violations; Demand to Cure Under Paragraph 22

Independently of the foregoing response, and regardless of whether RECF pursues the allegations in its July 30 letter, this letter also provides VEX's written notice to RECF under Paragraph 22 of the Injunction. VEX has identified the following violations, each of which RECF must cure within five (5) business days after receipt of this letter.

**A. RECF's published game manuals copy and substantially imitate VEX Competition Materials.** Paragraph 14(b) enjoins RECF from using VEX Competition Materials in promoting, managing, operating, or holding any RECF Competition, and from otherwise copying, using, referencing, or linking to those materials, except as allowed and in the manner provided by the Injunction. Paragraphs 19(c) and 19(d) preserve RECF's ability to operate independent programs only through, among other conditions, RECF's own independently and in good faith developed manuals and rules that do not copy, reproduce, substantially imitate, or intentionally replicate unique VEX Competition Materials. RECF's published Tier Takeover and Pinnacle manuals copy and substantially imitate unique VEX Competition Materials from VEX Level Up and VEX Override, including distinctive rule organization and formulations, scoring descriptions, and the selection and arrangement of competition-administration content. This is not the mere resemblance addressed by Paragraph 19(i), which by its terms shields only independently developed RECF materials, and only mere resemblance standing alone. During a June 19, 2026 call between VEX's counsel and RECF's counsel, in which RECF raised concerns about product availability, VEX's counsel raised VEX's concerns regarding the similarity of RECF's published game manuals to VEX Competition Materials. RECF's counsel accordingly had actual notice of VEX's copying concerns before RECF's subsequent manual revisions were published. Notwithstanding that notice, RECF's subsequent v1.1 revision of Tier Takeover adopted a game-play element, the 24-inch horizontal expansion allowance, that RECF had omitted in its initial publication, causing the revised manual to more closely replicate VEX Level Up than it did in its original form. RECF's subsequent revision of Pinnacle likewise restricted its previously open de-scoring of neutral goals by limiting removal to a single game object from the top of a stack, confining removal to the first 90 seconds of the match, prohibiting removal entirely during the final 30 seconds, and enforcing the restriction with red-card penalties, moving a previously distinct and strategy-defining gameplay rule substantially toward VEX Override's protected-goal framework. RECF's post-notice revisions are not a cure; they are confirmation. VEX has conducted a comparative analysis of the manuals, and the similarities to VEX's game manuals are extensive and well-documented. VEX reserves all rights to present that record to the Court should RECF fail to cure.

**B. RECF's Paragraph 17 disclaimer is not prominently posted.** Paragraph 17 requires RECF to prominently post the prescribed disclaimer on every covered competition-registration mechanism. On RECF's event-registration website, the disclaimer appears in type materially smaller and less conspicuous than the surrounding principal content, comparable to a copyright legend at the foot of the page. That presentation is not prominent and defeats the disclaimer's agreed purpose of preventing confusion regarding RECF's lack of authorization to organize, promote, approve, or manage VEX competitions.

**C. RECF continues to use a recruiting video that displays VEX Marks and Competition Identifiers and implies current VEX authorization.** RECF continues to display and use a volunteer-recruiting video that prominently and repeatedly displays VEX Marks and Competition Identifiers and VEX-branded competition materials and is narrated by a current VEX employee whose voice is widely recognized within the competition community. RECF's current use of that video to recruit volunteers for RECF competitions uses VEX Marks and Competition Identifiers and presents current VEX personnel in a manner that implies that RECF is authorized by VEX to promote, manage, operate, or hold VEX Competitions, in violation of Paragraph 14(a).

**D. RECF continues to host VEX-branded promotional content in a forum it administers.** A private social-media group operated in connection with RECF events and administered by RECF personnel currently hosts promotional content displaying VEX Marks and Competition Identifiers and directing members to VEX-branded instructional materials. The content was posted by an individual who publicly identifies as an RECF-aligned event partner. RECF's administrators control the forum and can review and remove content posted within it. Paragraph 9 of the Injunction binds RECF's officers, agents, servants, employees, and attorneys, as well as those persons in active concert or participation with RECF who receive actual notice of the Injunction. This letter provides express notice of that content. Now that RECF has express notice and retains control, RECF's continued knowing maintenance and approval of the content in a forum RECF administers and uses to promote RECF events is RECF's own use of VEX Marks and Competition Identifiers and of VEX Competition Materials in violation of Paragraphs 14(a) and 14(b).

**E. RECF lists "VEX Robotics" as a specialty on its own LinkedIn profile, causing RECF to appear in search results for VEX-branded terms.** RECF's LinkedIn page currently lists "VEX Robotics" under the "Specialties" field on its About page. As a result, RECF appears among the top search results when users search for "VEX Robotics" and related terms on LinkedIn, including in geographic markets such as Australia where VEX and Global Robotics are actively growing their competition programs. RECF is not authorized to organize, promote, approve, or manage VEX competitions and has not been since IFI's termination of RECF for cause. "VEX Robotics" is among the VEX Marks and Competition Identifiers enumerated in Schedule 2 to the Injunction. RECF's affirmative listing of "VEX Robotics" as a current specialty on its own profile page uses VEX Marks and Competition Identifiers in a manner that implies that RECF is authorized by VEX to promote, manage, operate, or hold VEX Competitions when no such authorization exists, in violation of Paragraph 14(a) of the Injunction.

Within five (5) business days after receipt of this letter, VEX demands that RECF: (1) cease publishing, distributing, and using the identified game manuals and any other manual that copies or substantially imitates unique VEX Competition Materials, and remove those manuals from public availability pending revision; (2) display the Paragraph 17 disclaimer in a location, type size, contrast, and format that makes it readily noticeable and satisfies the requirement that it be prominently posted; (3) remove the volunteer-recruiting video or revise it to eliminate unauthorized VEX Marks and Competition Identifiers, VEX-branded competition materials, and any presentation of current VEX personnel that implies VEX endorsement, sponsorship, or authorization of RECF's current programs; (4) remove the identified VEX-branded promotional content from the RECF-administered forum; (5) remove "VEX Robotics" and any other VEX Mark or Competition Identifier from RECF's LinkedIn profile and any other social-media profile on which RECF has listed VEX Marks and Competition Identifiers as a specialty, area of focus, or similar descriptor; and (6) confirm RECF's compliance in writing on or before expiration of the cure period. If RECF does not cure within five (5) business days after receipt, VEX will apply to the Court under Paragraph 22 for enforcement, including an order declaring RECF in violation, enjoining the continuing conduct, and awarding VEX its reasonable and necessary attorneys' fees, together with such other relief as the Court deems appropriate.

Nothing in this letter waives, and VEX expressly reserves, all of VEX's and Innovation First International, Inc.'s rights, claims, defenses, and remedies. That reservation includes all positions concerning the accuracy of the factual assertions in RECF's July 30 letter, none of which is admitted, and all rights and remedies concerning RECF violations of the Injunction, whether or not identified above. VEX remains willing to confer with counsel regarding the Parties' respective compliance concerns, but the cure period stated in Part VI will run in the meantime.

Respectfully,

John Harvey

cc: Joel Geary and Grant Stock
Waddell Serafino Geary Rechner Jenevein, P.C.
1717 Main Street, Suite 2500, Dallas, Texas 75201
Via email: jgeary@wslawpc.com; gstock@wslawpc.com

# EXHIBIT 6

EXHIBIT 6

ILS LLP
We Speak Business

+1 626-344-8949
www.consultils.com
contact@consultils.com
Los Angeles | Silicon Valley | Shanghai

**Richard Liu, Esq.**
**Managing Partner**
Richard.liu@consultils.com
**ILS, LLP**
355 S. Grand Ave, Suite 850
Los Angeles, CA 90071
(626) 344-8949

**August 11, 2026**

**VIA EMAIL**

**John Harvey**
General Counsel
Innovation First International / VEX Robotics, Inc.
6725 W. FM 1570
Greenville, Texas 75402
john_harvey@innovationfirst.com
**Joel E. Geary**
**Grant B. Stock**
Waddell Serafino Geary Rechner Jenevein, P.C.
1717 Main Street, Suite 2500
Dallas, Texas 75201
jgeary@wslawpc.com; gstock@wslawpc.com

**Re: Response to VEX's August 5, 2026 Cross-Notice of Alleged Violations (Part VI) and Confirmation of Cure Pursuant to Paragraph 22 — VEX Robotics, Inc. v. Robotics Education & Competition Foundation, Inc., Cause No. 96313, in the 354th Judicial District Court, Hunt County, Texas**

Dear Counsel,

This letter responds, within the period provided by Paragraph 22 of the Agreed Temporary Injunction entered by the Court on May 29, 2026 (the "Injunction"), to Part VI of VEX's August 5, 2026 letter — VEX's cross-notice of five alleged violations by RECF, designated Items A through E. RECF's response to Parts I through V of that letter is set out in RECF's Motion to Enforce, filed with the Court on August 10, 2026; nothing in this letter alters, concedes, or waives any position stated in those Parts.

The substance of this response, as RECF stated to the Court in its Motion to Enforce (filed August 10, 2026), is that most of VEX's allegations were minor, transitional matters that were corrected within hours of VEX's letter. See Motion at 6 n.5. The remainder, concerning RECF's game manuals, are disputed. Id. As the evidence will show at the appropriate time, RECF did indeed independently develop its game manuals in good faith. And none of VEX's allegations bear on VEX's obligation to sell products to the public; they do not excuse or justify either VEX's destruction of the status quo or its refusal to restore the status quo the Injunction preserves.

As detailed below, in terms of VEX's six demands: demands B through E have been addressed in the interest of avoiding further disputes over minor issues, and expressly without admission that any violation occurred. RECF declines demand A, for the reasons set out in Section I. This letter satisfies Demand F.

## I. <u>Item A:</u> RECF Independently Developed Its Game Manuals in Good Faith.

### A. The Injunction's text forecloses most of Item A.

The cross-notice claims that RECF's Tier Takeover and Pinnacle manuals "copy and substantially imitate unique VEX Competition Materials," alleging "distinctive rule organization and formulations, scoring descriptions, and the selection and arrangement of competition-administration content." Three provisions of the Injunction answer most of that claim.

First, Paragraph 3 defines "VEX Competition Materials" to exclude "general game elements." Robot size and expansion limits, goals and scoring objects, scoring criteria, penalty structures, match formats, and tournament brackets are the general vocabulary of competitive robotics, used across the programs of VEX, RECF, FIRST, and others. VEX's letter asserts that the similarities it found "inhere in the manuals themselves" rather than in general game elements. However, the only specific examples VEX identifies — an expansion envelope and a de-scoring rule — are game mechanics, which fall squarely within the "general game elements" Paragraph 3 excludes. VEX has not identified any actual written expression that RECF copied, and as Sections I.B and I.C below demonstrate, the written expression in the two sets of manuals is dramatically different.

Second, Paragraphs 19(c) and 19(d) confirm that nothing in the Injunction prohibits RECF from "independently and in good faith developing" its own competitions and materials, provided RECF "does not copy, reproduce, substantially imitate, or intentionally replicate unique VEX Competition Materials." (Emphasis added.) The operative word is "unique." A rule concept that appears in FIRST manuals two decades old, or across multiple competitions today, is not unique to VEX.

Third, Paragraph 19(i) provides, "[f]or the avoidance of doubt," that "the mere resemblance of independently developed RECF materials to items listed in Schedules 1-4 shall not, standing alone, constitute copying, reproduction, substantial imitation, or intentional replication." When two games use the same hardware, the same fields, and the same community – all of which is permitted by the Injunction – some resemblance is inevitable — and that is all VEX's letter describes.

### B. RECF independently developed its manuals in good faith; there was no copying.

RECF's game manuals were started from blank, newly created documents. RECF's game design committee ensured from the outset that: (i) nothing was copied or pasted from any VEX game manual; (ii) the committee developed its own format and organizational plan; (iii) information was presented differently; and (iv) wherever possible, terms even potentially unique to VEX were replaced with different language. Throughout development, that discipline was maintained. The graphics in RECF's manuals were independently developed based on the needs of RECF's independently developed documents.

The finished manuals show that discipline on their face. VEX's Override manual runs 134 pages organized around bracketed rule codes — <G1>, <GG1>, <RSC1>, <R1>, <T1> — with a glossary at the back. RECF's Pinnacle manual runs 54 pages of plain-language, decimal-numbered sections written for educators, with definitions at the front and no bracketed rule codes at all. The section structures differ; the rule numbering differs; content sits in different places under different headings. A coach who knows VEX's "Rule G1" cannot navigate RECF's manuals by it, because no Rule G1 exists there.

Nor is the allegedly "distinctive rule organization" VEX references actually VEX's own work product. The 2006 FIRST Vex Challenge manual — published when VEX hardware was fielded through FIRST — uses the same angle-bracket rule-code family (<G1>, <T1>, <R1>) that VEX's current manuals use today. VEX has kept FIRST-era conventions for twenty years. That may be VEX's prerogative, but it may not recast industry-standard organization as "unique VEX Competition Materials."

The "formulations" claim has a further problem. Until April 30, 2026, the Parties shared a joint game design committee. The chair of RECF's current game design committee, Michelle Lonsinger, served on that joint committee for four seasons and as its acting co-chair for the prior two seasons (starting early 2024). Ms. Lonsinger was the primary author of the VEX Level Up and Override manuals the cross-notice invokes, writing or modifying half or more of the content of the manuals released at the April 2026 World Championship. Although ultimate IP ownership rights remain reserved for final resolution in this case, the point here is narrower: drafting conventions travel with authors. When two organizations that shared authors for four seasons publish manuals in the same field, resemblance in formulation is exactly the "mere resemblance" Paragraph 19(i) addresses.

**C. The revisions VEX cites were community-driven and the games remain categorically different.**

The centerpiece of Item A is the argument that RECF's in-season updates "are not a cure; they are confirmation." The premise fails at every step.

In-season updates are the norm. Reviewing community feedback and updating game manuals during a season is part of RECF's established process, as it was during Ms. Lonsinger's service on the joint committee. The committee reviews community reports, decides what needs updating, and publishes revisions in its own words. That is how game design committees work — including the one that, until April 30, VEX and RECF ran together.

Tier Takeover. RECF's initial manual set a starting robot size but omitted any expansion allowance — omitted entirely, not restricted. Nearly every game at this level allows in-match expansion because mechanisms like catapults and rotating arms sweep through arcs that exceed starting dimensions. The community reported that teams had already designed robots with expansions and wanted to use them. The committee fixed the omission by working from the starting size and robot mechanics; it did not consult VEX's manual. The dimension VEX highlights is a longstanding norm — expanded sizes across games and seasons have commonly topped out around 24 inches, driven by field geometry, robot mechanics, and the practical need to transport robots. Two committees arriving at the same number within a limited historical range reflects engineering convergence, not copying.

Pinnacle. Start with what VEX's own letter concedes: the neutral-goal rule in RECF's initial publication was "previously distinct and strategy-defining." Pinnacle's initial rule designated three neutral goals from which either alliance could remove anything at any time. After release, community feedback — including at sessions RECF hosted in St. Louis — identified a flaw: it was far easier to knock a stack down than to fill it, so teams avoided that part of the field. The committee's fix addressed RECF's problem: (i) during the first 90 seconds, removal remains legal, one object from the top of a stack at a time; (ii) during the final 30 seconds, objects may be added but not removed; and (iii) by published Q&A ruling, de-scoring from a team's own alliance goal is legal. In VEX's game, by contrast, removal in any form — one object or many, early or late, from a neutral goal or a team's own — remains impossible under any circumstances. The protection windows RECF created add strategy — timing decisions, orientation plays — that VEX's game does not offer. And the "red-card penalties" VEX cites were not added with the revision: Pinnacle's penalty ladder (Official Warning, Yellow Card, Red Card) appears in the manual from initial publication. Enforcing an updated rule through a pre-existing penalty structure confirms nothing.

**D. The June 19 "actual notice" theory adds nothing.**

VEX says its counsel mentioned manual-similarity concerns to RECF's counsel on a June 19 call – a call in which VEX's counsel argued RECF had simply had an AI model change the specific wording of VEX's manual – and infers that RECF's designers thereafter steered the games toward VEX's. The inference is self-defeating: if the people who designed RECF's games had known about a VEX complaint of similarity and acted on it, they would have moved away from VEX's framework, not toward it. Regardless, the fact is the updates were driven by community questions and feedback, through the same process that has produced in-season updates in every season.

**E. VEX's revision-history logic condemns VEX's own conduct.**

If post-release revisions that narrow differences were "confirmation" of copying, VEX should explain its own. Since RECF's manuals were released, VEX's own second-publication revisions have moved VEX's rules toward RECF's: (i) VEX's revised Override manual newly allows painted or colored metal pieces; (ii) it newly allows non-VEX-branded pneumatic components; and (iii) VEX has committed to allowing two Drive Team Members in Level Up. RECF does not contend that those changes prove VEX copied RECF. Games in the same field, played with the same parts by the same community, converge. That is RECF's point, and VEX's own revision history illustrates it. VEX cannot press an inference against RECF that its own conduct refutes.

**F. Produce the comparative analysis.**

VEX writes that it "has completed a detailed comparative analysis of the games, including their revision histories, and is prepared to present that evidence to the Court." Then it should produce that analysis to RECF now, together with the manual versions it compared. RECF can then respond as appropriate, including by reference to the public record of manuals from VEX, RECF, and FIRST — current and historical — that situates every feature VEX cites within decades of industry practice.

For all of the above reasons, RECF declines demand A. RECF will not withdraw the operating rules of a season on which schools and students competing today rely.

## II. <u>Items B Through E:</u> Were Addressed Within Hours, Without Admission.

RECF disputes that any of Items B through E states a violation of the Injunction. Rather than litigate nits, RECF addressed them. Each item below was corrected within hours of VEX's letter, each correction is documented with dated captures preserved in RECF's files, and each was made expressly without admission that any violation occurred.

- **Item B — Paragraph 17 disclaimer.** Paragraph 17 requires RECF to "prominently post" the prescribed statement on covered registration mechanisms, and RECF has done so since the Injunction's first days. VEX's notice concerned alleged presentation, not existence or accuracy. Nonetheless, as an accommodation, RECF enlarged the disclaimer on RECF's event-registration page and placed it in a highlighted notice box. Demand B is addressed.

- **Item C — volunteer video**. The video VEX appears to describe concerns a RECF project. It has nonetheless been removed from RECF's channels. One copy remains public, and it is instructive where: on the personal YouTube channel of a current IFI employee who worked on the project. That employee's public posting describes the video as an "Example of a project I worked on for the Robotics Education & Competition Foundation" and states, "All rights belong to the Robotics Education & Competition Foundation." RECF does not control that channel. Paragraph 9 of the Injunction binds VEX's and IFI's "officers, agents, servants, employees, and attorneys." If VEX believes continued display of this video violates the Injunction, its remedy lies with its own personnel. Demand C is addressed as to everything within RECF's control.

- **Item D — social-media group.** The group VEX appears to describe is a Facebook group administered by RECF personnel. VEX's letter did not identify the post it complains of. Upon review, RECF located and removed VEX-related instructional content that a third party had posted, and the group's administrators have implemented post-approval moderation so that future submissions are screened before publication. RECF notes that VEX had the same visibility into this group that RECF had — an IFI employee is a member — yet VEX's August 5 letter was the first time VEX raised the issue. Demand D is addressed.

- **Item E — LinkedIn Specialties field.** The entry VEX cites was a legacy artifact of the Parties' sixteen-year relationship, predating this dispute by years. It has been removed, and RECF's marketing team has swept RECF's other social-media profiles for similar legacy descriptors. Paragraph 20(f) protects "stating truthfully the status of the Parties' relationship," and truthful historical references remain what they are; but the field VEX identified has been updated as demand E requested. Demand E is addressed.

## III. The Cross-Notice Does Not Offset or Excuse VEX's Violations.

First, the contrast between the Parties' responses to Paragraph 22 notices is now a matter of record. RECF responded to VEX's notice the way the Injunction contemplates: it corrected the transitional items within hours — without admission — and it is answering the disputed item on the merits. VEX responded to RECF's notice by refusing every demand and declaring there was "nothing to cure," while never denying the conduct itself. The Court will have both letters.

Second, none of the five items in VEX's cross-notice bears on VEX's obligation to sell products to the public, and they do not excuse or justify VEX's destruction of the status quo

or its refusal to restore it. RECF's Motion to Enforce addresses that conduct, and this letter does not repeat it.

**IV. Confirmation and Reservation of Rights.**

This letter constitutes RECF's written confirmation under item (F) of VEX's cross-notice, expressly without admission that any violation occurred, and none shall be construed as such. Nothing in this letter is, or shall be construed as, a waiver or election of any of RECF's rights, claims, counterclaims, or third-party claims, or of any remedy, all of which are expressly reserved.

We remain available to discuss compliance — including VEX's — and we reiterate the request in Section I.F. that VEX produce its comparative analysis.

Very truly yours,

**Richard Liu**

Managing Partner

**ILS, LLP**

cc: Joseph A. Fischer III, Jackson Walker L.L.P.

# EXHIBIT 7

**EXHIBIT 7**

**CAUSE NO. 96313**

| | |
|---|---|
| **VEX ROBOTICS, INC.,** | **IN THE DISTRICT COURT** |
| **Plaintiff/Counter-Defendant** | |
| **v.** | |
| **ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.,** | |
| **Defendant/Counter-Plaintiff/Third-Party Plaintiff** | **354TH JUDICIAL DISTRICT** |
| **v.** | |
| **INNOVATION FIRST INTERNATIONAL, INC.,** | |
| **Third-Party Defendant** | **HUNT COUNTY, TEXAS** |

**DEFENDANT ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.'S**
**<u>EMERGENCY MOTION TO ENFORCE THE AGREED TEMPORARY INJUNCTION</u>**

Robotics Education and Competition Foundation, Inc. ("RECF"), Defendant/Counter-Plaintiff/Third-Party Plaintiff in the above-entitled and numbered cause, files this Emergency Motion to Enforce the Agreed Temporary Injunction and respectfully shows the Court the following:

> 12. The Court is entering this Injunction at the request of the Parties in order to preserve the status quo, prevent confusion, attempt to minimize the continued accrual of alleged damages and reduce the risk of irreparable harm, and allow for the orderly and regular conduct of discovery and litigation of the Parties' disputes.

## I. RELIEF REQUESTED

RECF requests the Court to enforce the injunction by ordering VEX to restore the status quo and resume selling to everyone without conditions.

***The Court's Order.*** This Court signed an Agreed Temporary Injunction on May 29, 2026 (the "Order") that maintained the status quo.[1] Order ¶ 12. VEX, a for-profit company, manufactures robotics competition products; RECF, a non-profit, administers competition programs in which thousands of schools and students use those products for educational purposes. VEX and RECF are in a dispute over the end of their longstanding collaboration. After the Order, the intent was for VEX and RECF to run their own, separate competitions—VEX through its newly announced affiliate, Global Robotics & Science Foundation ("Global"), and RECF through its own independent programs—with RECF being allowed to use VEX-branded hardware sold through ordinary commercial channels. Order ¶ 19(d) (permitting RECF to operate programs incorporating "VEX-branded hardware sold through ordinary commercial channels as a component"); *id.* ¶ 19(e) (preserving RECF's right to access VEX "products" "the same as any member of the public").

***The Status Quo.*** At the time of the Order, the status quo was that VEX sold its competition game elements and field kits to the general public—to any school, coach, or parent—without requiring registration in any VEX competition program. Order ¶ 19(e) (preserving RECF's right to access VEX "products" "the same as any member of the public"); First Am. Pet. ¶ 14 (VEX admitting it agreed to "sell and deliver VEX robotics-related products to RECF or to third parties

[1] The Injunction is both a contract between the Parties and a judicial decree, and the Court may enforce it in either capacity. *See Ex parte Gorena*, 595 S.W.2d 841, 844 (Tex. 1979); *Gulf Ins. Co. v. Burns Motors, Inc.*, 22 S.W.3d 417, 422 (Tex. 2000); *see also Evans v. City of Cedar Hill*, 355 S.W.2d 551, 554 (Tex. App.—Dallas 1962, no writ) (interpreting the scope of an agreed injunction to determine its implications and enforce accordingly); Order ¶ 22 ("The Court may enforce this Injunction by contempt or such other relief as the Court deems appropriate.").

for the benefit of RECF"). But then VEX changed the status quo—it stopped selling this year's game elements to anyone not registered and paying with VEX—circumventing the Court's Order, causing harm to RECF, and creating chaos and harm to the students, teams, and school districts that decided to continue competing through RECF, because they cannot get this year's game elements. VEX does not deny this conduct. There is no real factual dispute. RECF requests that the Court enforce the Order and direct VEX to restore the status quo by resuming sales to everyone without conditions, on a first-come, first-served basis.

***Why This Motion Is Necessary.*** The Court entered the Order "in order to preserve the status quo, prevent confusion, attempt to minimize the continued accrual of alleged damages and reduce the risk of irreparable harm . . . ." Order ¶ 12. When the Court signed the Order, VEX sold its competition products to everyone. Twelve days later—within approximately fifteen minutes of RECF releasing its 2026–27 competition game—VEX marked its game elements "out of stock" and locked them behind a new registration gate. Ex. A (Osweiler Decl.) ¶¶ 7, 11. VEX's co-founder has since admitted: "We did put a paywall up, and we did that on purpose." Ex. C (Richardson Decl.) ¶ 15. RECF gave VEX notice of its violations and an opportunity to cure, but VEX refused. *See* Exhibit G, RECF July 30 Notice Letter; Exhibit H, VEX August 5 Response.

***VEX's Conduct Violates the Order.*** Preserving the status quo means maintaining "the last actual peaceable non-contested status of the parties to the controversy which preceded the pending suit." *Cornett v. Reynolds*, 289 S.W.2d 660, 662–663 (Tex. Civ. App.—Amarillo 1956, no writ). Here, that status is measured on April 28, 2026—the day VEX filed this suit—and it included the contractual obligation VEX admitted in its pleading: that VEX "would sell and deliver VEX robotics-related products to RECF or to third parties for the benefit of RECF." (First Am. Pet. ¶ 14.) RECF's counterclaims contest VEX's purported termination of those contractual obligations;

VEX therefore cannot change the status quo by post-filing conduct. *See Fuel 2 Go, LLC v. Mesa Fortune, Inc.*, No. 01-21-00546-CV, 2023 WL 7029564, at *9 (Tex. App.—Houston [1st Dist.] Oct. 26, 2023, no pet.) (mem. op.). The status quo means the status quo—in all aspects, stated and unstated. For example, the Order specifically permits RECF to run its competitions using "VEX-branded hardware sold through ordinary commercial channels." Order ¶ 19(d). VEX's restrictions contradict every purpose stated in Paragraph 12: they do not preserve the status quo but radically change it; they do not prevent confusion but cause more of it; and they increase—rather than minimize—the accrual of RECF's damages and the risk of irreparable harm. Order ¶ 12; *see* Exs. B, C, D, E (supporting declarations).

***Why VEX's Likely Defenses Fail.*** VEX likely will continue to argue that the Order contains no express "supply obligation." Ex. H (VEX August 5 Response) at 1-2. But that obligation is inherent in the status quo the Order preserves. VEX may argue that game elements are not "VEX Competition Materials" under the Order; but that is exactly RECF's point: because game elements fall outside that defined term, they are general commercial products that anyone—including RECF and its community—is entitled to buy through ordinary channels, and VEX has no basis in the Order to restrict their sale.[2] VEX also may characterize the restriction as a routine "merchandising decision" within its discretion. But a unilateral post-Order decision that eliminates public access to the very products the Order contemplates RECF using is not routine—it is a change to the status quo this Court ordered preserved. Finally, VEX may contend RECF teams can simply register with VEX to buy.[3] Forcing RECF-affiliated schools and students to register and

[2] RECF specifically negotiated to exclude game elements in the Order's definition of "VEX Competition Materials" because it was a separate commercial product, and VEX agreed to those terms. *See* Order ¶ I.3 ("does not include general game elements."); *id.* ¶ 19(d).

[3] This is known as "tying" in antitrust law, which occurs when a seller conditions the sale of one product (the "tying" product) on the buyer's agreement to purchase a separate product (the "tied" product) from the seller and is illegal. *See Jefferson Parish Hosp. Dist. No. 2 v. Hyde*, 466 U.S. 2 (1984); *see also* Tex. Bus. & Com. Code §§ 15.04, 15.05(a), (c); 15 U.S.C. § 1 (Sherman Act § 1, prohibiting contracts, combinations, or conspiracies in restraint of trade); 15

pay VEX—solely to obtain products that were freely available when the Order was entered—is the very coercion the status-quo requirement exists to prevent. The declarations attached to and submitted in support of this Motion confirm that registration costs are prohibitive for Title I schools, that dual registration is not economically feasible on public-school budgets, and that the registration requirement is being used to funnel teams away from RECF. Ex. D (Harden Decl.) ¶¶ 12–13, 22; Ex. B (Bennett Decl.) ¶ 8.

***Why the Court Must Act Now.*** The new school year, and competition season, has started, and thousands of students and schools competing through RECF need their game elements to avoid falling behind, comply with federal CTE grant requirements, and preserve their robotics programs. RECF submits declarations from educators in multiple states—Arizona, California, South Carolina, and Mississippi—who highlight the need for immediate action and describe the immediate, concrete harm. There is no legitimate supply problem—the joint design committee planned production for at least as many teams as last season's 30,965. *See* Exhibit F, Lonsinger Decl., ¶¶ 2, 10. VEX offers only a pretext—cast as "a merchandising decision"—to circumvent this Court's Order, harming RECF at the expense of numerous schools, educators, and students across the country.

Indeed, on the day RECF files this Motion, a large, prominent Midwestern school district that conducts the substantial majority of RECF's competitions in that region has reported that it cannot obtain the game elements it needs for its upcoming season without registering and paying VEX directly. The Midwestern district has separately asked whether it is being singled out because it is named elsewhere in the pleadings in this dispute. *See* Ex. A ¶ 41. This is precisely the type of

U.S.C. § 14 (Clayton Act § 3, prohibiting the sale of goods on the condition that the purchaser shall not deal in the goods of a competitor, where the effect may be to substantially lessen competition). RECF does not now assert these claims but simply seeks enforcement of the Order to preserve the status quo and prevent VEX's behavior from continuing.

immediate harm and concern about retaliation RECF seeks to prevent. The Court should not accept this behavior and should preserve the status quo protected by the Order.

***The Court's Authority Mandates Action.*** Paragraph 22 of the Order provides: "The Court may enforce this Injunction by contempt or such other relief as the Court deems appropriate."[4] Order ¶ 22. RECF does not seek contempt, and it does not ask the Court to add a single term to the Order. RECF served formal Paragraph 22 notice on July 30, 2026 and received VEX's categorical refusal on August 5, asserting, "[t]here is accordingly nothing to cure." *See* Ex. H (VEX August 5 Response) at 1.[5] The Paragraph 22 cure process is exhausted, and RECF now invokes the Court's authority to enforce the Order and the Parties' agreement. Order ¶ 22 (authorizing award of "reasonable and necessary attorneys' fees incurred in connection with any successful enforcement proceeding").

***RECF's Relief Requested.*** RECF respectfully requests that the Court:

1. **Enforce the Order as written** and direct VEX to restore the status quo it agreed to preserve—sales of Competition Field Products to everyone, first come first served, without any VEX or Global registration requirement;

[4] Courts have inherent authority to enforce their orders. *See* Tex. Gov't Code § 21.001(a) ("A court has all powers necessary for the exercise of its jurisdiction and the enforcement of its lawful orders.*"); see also Eichelberger v. Eichelberger*, 582 S.W.2d 395, 398 (Tex. 1979) ("The inherent powers of a court are those which it may call upon to aid . . . in the administration of justice"); *NRG & Associates, LLC v. Serv. Transfer, Inc.*, No. 05-16-01375-CV, 2017 WL 6523396, at *3 (Tex. App.—Dallas Dec. 21, 2017, no pet.) ("a trial court possesses all inherent powers necessary for the enforcement of its lawful orders."). Interpretation is part of the court's inherent authority to enforce its own orders. *See State v. Crecy*, No. 05-11-01003-CR, 2012 WL 2106534, at *2 (Tex. App.—Dallas June 12, 2012, pet. ref'd) ("a trial court has broad discretion in carrying out its duty to interpret and enforce its judgments."). The Court's inherent authority applies to agreed injunctions as well. *E.g.*, *Evans*, 355 S.W.2d at 554; *Ex parte Gorena*, 595 S.W.2d at 844; *Gulf Ins. Co.*, 22 S.W.3d at 422.

[5] VEX's August 5th letter also asserts various alleged violations of the Order by RECF concerning game-manual content, a disclaimer's font size, a recruiting video, a social-media post, and a LinkedIn listing. Ex. H at 5-7. Mostly, those were minor, transitional nits that were corrected within hours of VEX's letter. The remainder, concerning RECF's game manuals, are disputed; as the evidence will show at the appropriate time, RECF did indeed independently develop its game manuals in good faith. Regardless, none of those allegations bear on VEX's obligation to sell products to the public and they do not excuse or justify either VEX's destruction of the status quo or its refusal to restore the status quo the Order preserves.

2. **Order that no person or organization may be retaliated against**—including by refusal or restriction of purchases—for providing evidence in this matter or for its choice of competition program; and

3. **Award RECF its reasonable and necessary attorneys' fees.**

## II. FACTUAL BACKGROUND

### A. The RECF-VEX Ecosystem

RECF administers the largest middle school and high school robotics competition program in the world. Last school year, it served approximately 200,000 students in over 100 countries, with more than 30,000 teams competing across more than 3,600 events. Exhibit A, Osweiler Decl., ¶ 3. Those teams compete using products VEX manufactures and sells.

Every season turns on two purchases. First, registration: historically, teams register for the season to participate in RECF-organized competitions that use VEX products. Ex. A ¶ 10. Second, and separately, every season brings a new game. To keep the challenge fresh, the competition changes each year through new physical "game elements" for the robots to manipulate; RECF and VEX jointly conceived this season's components last year, in 2025, and each designed its respective competitions around them. *Id.* ¶ 11. Every team needs this year's pieces—last year's cannot be reused. *Id.* A season is cumulative. Teams need the game elements in hand early to design, build, and practice for competitions that begin in the fall; a team that cannot obtain game elements at the start of the season cannot make up the lost time later in it. *Id.*

That is the ecosystem VEX disrupted when, just as the new season began, it locked this season's game elements behind VEX registration—at the start of the very season RECF and VEX had jointly designed. *Id.* ¶ 15.

### B. VEX Sold Game Elements to Everyone—Until Twelve Days After the Order

The Order preserved a long-settled state of affairs. Game elements had been publicly available for purchase by anyone since at least 2009. Ex. A (Osweiler Decl.) ¶ 13. When VEX

filed its original petition on April 28, 2026, that was still true: VEX had imposed no purchase restriction on its game elements at all. *Id.* ¶ 20. Indeed, at the 2026 VEX Robotics World Championship at the end of that April, VEX sold new-season game elements—in some cases full sets—to everyone on site, with pre-orders available beforehand. *Id.* ¶ 14.

Public sales continued through May. VEX announced the end of the parties' relationship on May 10, 2026. Yet for the entire month that followed, VEX kept selling game elements, full game and field element kits, field perimeters, and field tiles (the "Competition Field Products") to the general public through its ordinary online storefront, without any registration requirement. *Id.* ¶¶ 12, 23. That included May 29, 2026—the day the Court, at the Parties' joint request, signed the Order to preserve the status quo. Order ¶ 12; Ex. A ¶ 12. RECF agreed to the Order on that state of affairs. Ex. A ¶ 20.

VEX's live pleading confirms the obligation the Order preserved. VEX alleges: "VEX and RECF contractually agreed that VEX would sell and deliver VEX robotics-related products to RECF or to third parties—largely school teams participating in VEX competitions—for the benefit of RECF." First Am. Pet. ¶ 14 (verified). RECF disputes VEX's account of that relationship and of VEX's right to end it—RECF alleges that VEX, not RECF, breached their agreement and that VEX's stated grounds for termination were pretextual, Countercl. ¶¶ 44–63—and RECF contested that termination without delay, filing its Counterclaim and Third-Party Petition the day after VEX's First Amended Petition.

Twelve days after the Order, VEX changed the status quo. On June 10, 2026, VEX restricted game-element sales to teams registered with VEX and its newly announced affiliated entity, Global Robotics & Science Foundation ("Global")—announced May 18, 2026, "as the

officially authorized nonprofit partner for VEX Robotics." Ex. A ¶¶ 7, 13. RECF's declarants describe what happened next.

## III. THE DECLARANTS AND THEIR TESTIMONY – MATERIAL CHANGES TO THE STATUS QUO BY VEX AND MATERIAL HARM CAUSED BY VEX

On Tuesday, August 11, students "show up at our doors" at David Bennett's engineering classes in Greenville, South Carolina, where one of the first projects of the year is built on this season's VEX field elements which they will not have. He cannot buy the game elements those students need, because VEX now sells them only to buyers who register and pay for VEX's competition program. Exhibit B, Bennett Decl., ¶¶ 3, 7, 16.

He is not alone. Educators from around the country tell the Court the same story:

- **Mississippi.** Teacher Bill Richardson wrote VEX: "How am I going to purchase the game elements for my field so that I can teach class?" VEX's written answer: these products are "now available exclusively for registered VEX Teams and Event Partners." He paid VEX approximately $175–$200 to register a team he did not want, solely to be allowed to buy approximately $750 of game elements for his students. Exhibit C, Richardson Decl., ¶¶ 7, 9.

- **Arizona.** The Arizona interscholastic association has chosen RECF. Teacher Wendi Harden called VEX's sales line to buy field elements for her classroom and was refused unless she was a "Global team." Asked directly at a community meeting whether teams that go with RECF will be able to purchase field elements, the representative of VEX's affiliate said: "the answer is no." Exhibit D, Harden Decl., ¶¶ 12–13, 15, 18.

- **California.** LeRoy Nelson has sponsored more than 500 teams at over 300 schools in one of the country's lowest-income districts. Logged in with his VEX/Global event-partner credentials, he can buy; logged in as an ordinary member of the public, he could not even view the products. Over 300 teams are waiting on him; equipment must be in hand by the end of August to prepare for leagues that begin October 1. Exhibit E, Nelson Decl., ¶¶ 3, 6–7, 14.

- **More than 30 states** build federally funded classroom curricula on the RECF-designed SkillsUSA Mobile Robotics Challenge—a program built on the very VEX elements those schools now cannot buy. Ex. A (Osweiler Decl.) ¶¶ 26–29, 33.

RECF's witnesses confirm what the educators report. Ryan Osweiler, RECF's Vice President of Programs—a coach and event partner in this ecosystem from 2009 to 2019—attests:

"In my years in this ecosystem, there has never been a case where accessing parts was dependent on obtaining registration with VEX until now." By mid-to-late July, "the restrictions became categorical," with orders unfilled even for buyers with a registered and paid VEX team or an approved event. Ex. A (Osweiler Decl.) ¶¶ 2, 4, 15, 46. And Michelle Lonsinger, the acting co-chair of the parties' joint game design committee until this dispute arose in April, confirms there is no supply-side explanation: the committee forecasted game elements and supplies for at least as many teams as the prior season's 30,965 worldwide, and "[t]here was no discussion of limiting purchase of robot parts, field perimeters, or game kits to registered teams." Exhibit F, Lonsinger Decl., ¶¶ 2–3, 10–11.

VEX's restrictions also undermine RECF's grant programs. RECF's grant terms require recipient teams to "register, pay for, and compete in one of more official REC Foundation competition events for two (2) consecutive seasons." Ex. A (Osweiler Decl.) ¶ 37. Schools and teams that received grants during the 2025–2026 season are obligated to compete through RECF in the current 2026–2027 season—and they need this season's game elements from VEX to do so. VEX's registration requirement forces grant recipients to choose between violating their RECF grant obligations (by registering as VEX teams) and being unable to compete at all. At least one team has already registered with VEX in violation of its grant terms solely to obtain game elements. *Id.* ¶ 37.

Beyond product sales, VEX has weaponized platform access itself. RECF has been informed that VEX removed the event-partner administrator access of at least one district coordinator shortly after she confirmed her programs would compete with RECF—cutting off access to financial records showing amounts VEX owes her and to historical event data she needs to operate. Ex. A (Osweiler Decl.) ¶ 21. RECF's July 30 notice to VEX identified this conduct as

a potential violation of Paragraph 15(f), which enjoins VEX from "further restricting, degrading, or terminating RECF's access to the Team and Event Management software . . . beyond the restrictions already in place as of the effective date of this Injunction." Order ¶ 15(f); Exhibit G, RECF Notice Letter, at 4.

## IV. VEX'S CONDUCT VIOLATES THE ORDER, AND VEX REFUSED TO CURE

### A. The Specific Text of the Order Supports a Finding That the Injunction Envisioned the Status Quo Including Sales to RECF participants.

The Order preserves RECF's access to VEX products "the same as any member of the public." Order ¶ 19(e). The Order's stated object is to preserve the status quo—a world in which any member of the public could buy those products. Order ¶12, 16. It follows that the Order does not permit VEX to stop selling those products to the public and to RECF's community. The specific provisions confirm it.

Paragraph 16 is a command, not a preamble: "To preserve the status quo pending resolution of this action. . . ." Preserving the status quo is the stated ground on which this Court ordered a party to act—and it is a core element of temporary injunctive relief under Texas law. *See Transport Co. of Tex. v. Robertson Transps., Inc.*, 261 S.W.2d 549, 552 (Tex. 1953). Paragraph 19 then directs that "nothing in this Agreed Temporary Injunction shall be construed to" prevent the things it lists. Paragraph 19(d) protects RECF's right to operate competitions incorporating "VEX-branded hardware sold through ordinary commercial channels as a component." That condition is objective: it presupposes that ordinary commercial channels exist and carry these products. A gate that opens only for buyers who register and pay VEX is not an ordinary commercial channel. Paragraph 19(e) preserves RECF's access to VEX "products" "the same as any member of the public"—and since June 10, no member of the public can buy the Competition Field Products at all. Parity with the public is worth nothing when the public gets nothing.

The rest of the Order presumes the same world. Paragraph 17 obligates RECF to disclaim, on its registration pages, any competition that "does involve, or likely will involve, VEX products"—an obligation that assumes those products can be bought. Paragraph 15(f), which concerns the licensed Team and Event Management software (RECF does not stretch it further), shows the line the Parties drew: restrictions frozen as of "the effective date of this Injunction," "further restricting, degrading, or terminating" forbidden beyond it—and, in the same paragraph, "VEX shall promptly remit to RECF" funds belonging to RECF, so this decree already tells VEX to act. And ¶ 19(g) reserves from the Order only access "terminated or revoked prior to the effective date of this Injunction." The Parties addressed terminations expressly and reserved only those that came first. If VEX had meant to keep a right to close the public channel after signing, that reservation is where the Parties would have said so. It says the opposite.

### B. Texas Law Measures the Status Quo From Before VEX's Change—and RECF Contested the Change Promptly.

On a temporary injunction, "the only question before the court is the right of the applicant to a preservation of the status quo of the subject matter of the suit pending a final trial of the case on its merits." *Transport Co. of Tex. v. Robertson Transps., Inc.*, 261 S.W.2d 549, 552 (Tex. 1953). And a party cannot manufacture a different status quo by its own contested act: "If an act of one party alters the relationship between that party and another, and the latter contests the action, the status quo cannot be the relationship as it exists *after* the action." *Benavides Indep. Sch. Dist. v. Guerra*, 681 S.W.2d 246, 249 (Tex. App.—San Antonio 1984) (emphasis in original).

VEX imposed the registration gate on June 10, 2026. Ex. A (Osweiler Decl.) ¶¶ 7–8. RECF's counsel raised it with VEX's counsel on June 19—a call VEX's letter describes as one "in which RECF raised concerns about product availability." Exhibit H, VEX Response Letter, at 5. RECF documented the restrictions as they hardened through July, served written notice under

Paragraph 22 on July 30, and received VEX's written refusal on August 5. Ex. A ¶ 48; Exs. G, H. The June 10 restriction on sales is the contested act. The status quo is the open public sales it displaced, and it is the legal status quo as applied to injunctions whether measured from April 28, 2026, the day VEX filed this suit, or from May 29, 2026, the day the Court signed the Order.

Texas courts treat a refusal to continue one's own practice as the altering act. In *Khaledi v. H.K. Global Trading, Ltd.*, a lienholder who had been subordinating his liens refused to continue: "It was Shaun's refusal to continue to subordinate his liens that altered the parties' relationship," and an injunction requiring the practice to continue "preserves the status quo." 126 S.W.3d 273, 284 (Tex. App.—San Antonio 2003). And where the evidence showed a party "routinely" provided the information at issue, an order that it keep doing so "properly preserves the status quo pending resolution of the suit and does not award Appellees the ultimate relief they seek in the suit." *Lifeguard Benefit Servs., Inc. v. Direct Med. Network Sols., Inc.*, 308 S.W.3d 102, 115 (Tex. App.—Fort Worth 2010).

In both cases the refusal came before any suit or order existed; the refusal is what set off the litigation. That timing makes RECF's case stronger. Even though no controversy was yet pending when those parties refused, the courts still reached back to the practice before the refusal as the last peaceable, noncontested status. VEX cannot say even that much. When VEX filed this suit on April 28, 2026, open public sales were the undisputed practice, and they continued for six more weeks; VEX's June 10 change came in the midst of a pending suit and twelve days after VEX agreed to an order entered to preserve the status quo. A change made during the controversy cannot be part of the status that "preceded the pending controversy." *Transport Co.*, 261 S.W.2d at 553–54. Indeed, in *Khaledi* the injunction issued ten months into the lawsuit—the only harm evidence being "that he refused to subordinate because his brothers sued him"—and it did no more

than put the refusing party back where he stood before the litigation began. 126 S.W.3d at 284–85.

In sum, if a contested refusal to continue to do something cannot define the status quo *before* any order exists, VEX's refusal twelve days *after* agreeing to an order entered to preserve the status quo cannot define it either.

**C. RECF Satisfied Paragraph 22's Condition Precedent; VEX Refused to Cure.**

Paragraph 22 is a condition precedent, and RECF satisfied it. The complaining Party must give "written notice to the other Party specifying the nature of the alleged violation"; the receiving Party has "five (5) business days from receipt of such notice to cure the alleged violation"; only then may it "apply to the Court for enforcement." Order ¶ 22. RECF's July 30 notice identified the June 10 change, the provisions it violates, and the cure demanded. Ex. G. It took time for RECF to understand that VEX had engaged in a wholesale change in supply practice, and only in mid-to-late July did RECF understand the extent of the sales restrictions as applied to RECF customers, with orders unfilled even for buyers with registered and paid VEX teams. Only in late July did RECF learn that a VEX co-founder had confirmed at VEX's summit that the paywall was deliberate. Ex. A, ¶¶ 45–47. VEX's response to RECF's notice of violation, dated August 5, 2026, is categorical: VEX calls the restriction "a merchandising decision involving a VEX-Controlled System," "declines demands (1) through (6)," and concludes, "There is accordingly nothing to cure." Ex. H at 1, 5; Ex. A ¶ 48. VEX's categorical refusal on August 5—within the five-business-day cure period—mooted the remaining time to cure, and RECF's need for enforcement is now ripe. *See* Ex. G at 4; Ex. A ¶ 48.

Note what the response does not say. VEX does not deny the conduct; it defends it, as a "merchandising decision." The dispute VEX frames is legal—what the Order's text requires.

### D. The Court Should Act Now.

The calendar runs against students, not companies. VEX imposed the restriction at the start of the 2026–27 season, and a season is cumulative; Section III's declarants describe classrooms already in session and equipment deadlines measured in weeks. Ex. A ¶ 15; *supra* § III. Normally, when the only issue between the parties is money, the parties can wait and take the normal course. That is not this case. A lost season is not given back to a student, and when programs miss a season, teams fold, volunteer coaches leave, and rebuilding takes years. Ex. A ¶ 44; Ex. E (Nelson Decl.) ¶ 17. There is a second reason not to wait: fear is shrinking the available evidentiary record and risks irreparably altering the robotics community. RECF's Vice President of Programs recounts—not for the truth of what was reported, but so the Court knows these witnesses exist—reports from individuals whose orders were changed, reduced, or canceled after their connection to RECF became known and who will not go public out of fear, and a June 2 report from a signature-event host whose university directed him to stay with VEX's affiliate because of what he called the "threatening and fearful tone" of VEX's communications. Ex. A (Osweiler Decl.) ¶¶ 38–39.

The pattern extends to event partners. RECF's Vice President of Programs has been informed that, shortly after one district coordinator confirmed to a VEX representative that her programs would compete with RECF this season, all of her event-partner access to VEX's platform was removed the next day—cutting off her ability to view her financial records and historical event data. Ex. A ¶ 21. That coordinator had pre-ordered approximately $25,000 in game elements from VEX earlier in the spring, without any restriction, and her district accounts for approximately 40% of the robotics teams in her state. *Id.* The timing—access revoked the day after confirming RECF affiliation—is the clearest evidence in this record of VEX using platform access as a retaliatory tool against those who choose RECF.

Wendi Harden describes colleagues who fear being cut off from the products their programs depend on, the open hostility she met after speaking at a community meeting, and her belief that additional witnesses with direct knowledge would come forward under an order preventing retaliation. Ex. D (Harden Decl.) ¶¶ 24–26. LeRoy Nelson has deliberately refrained from placing orders and registering teams because disclosing his programs' choice could cost him the event-partner access he still holds. Ex. E (Nelson Decl.) ¶ 14. And the Midwestern school district's unprompted question—whether it is being singled out because it is named elsewhere in this suit—shows the same fear operating in real time. *Supra* § I. That is the predicate for RECF's second request: an order that no one may be retaliated against for providing evidence in this matter or for its choice of competition program. Such an order costs VEX nothing if VEX intends no reprisal, and it lets the Court receive the full record.

Finally, and most important, the declarations establish that students and robotics teams need continuity and need their yearly game elements in time to prepare to be competitive. That is at risk, creating the concern that students and their parents will move to other activities, costing them valuable experience, and potentially imperiling the jobs of robotics coaches and educators who are hired to run these programs. They all relied, in planning for this season, on the status quo that anyone could order field (game) elements from VEX without needing pay to be a new VEX team. The Court should order VEX to restore that status quo as it is defined by the law of injunctions.

## V. CONCLUSION AND PRAYER

VEX agreed to an Order that preserved the status quo, changed that status quo twelve days later, and, in response to RECF's Paragraph 22 notice, answered: "There is accordingly nothing to cure." Ex. H at 1. The Paragraph 22 process is exhausted; what remains is enforcement. RECF therefore respectfully requests that the Court:

1. **Enforce the Order as written** and direct VEX to restore the status quo it agreed to preserve—sales of Competition Field Products to everyone, first come first served, without any VEX or Global registration requirement;

2. **Order that no person or organization may be retaliated against —** including by refusal or restriction of purchases—for providing evidence in this matter or for its choice of competition program; and

3. **Award RECF its reasonable and necessary attorneys' fees.**

RECF further requests all other relief, at law or in equity, to which it may be justly entitled.

Respectfully submitted,

*/s/ Joseph A. Fischer, III*

Joseph A. Fischer, III
State Bar No. 00789292
tfischer@jw.com
Justin V. Lee
State Bar No. 24097982
jlee@jw.com
Maggie I. Burreson
State Bar No. 24116150
mburreson@jw.com
D. Robert DeLoit Jr.
State Bar No. 24149185
rdeloit@jw.com

Jackson Walker LLP
2323 Ross Avenue
Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 661-6828

- AND -

Richard Liu*
California Bar No. 308050
David Azar*
California Bar No. 218319
Jared Xu*
California Bar No. 314646

Innovative Legal Services, P.C.
355 S. Grand Ave. 8F
Los Angeles, CA 90071
Telephone: (626) 344-8949

**pro hac vice application forthcoming*

**ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant Robotics Education and Competition Foundation, Inc. conferred with counsel for Plaintiff VEX Robotics, Inc. concerning the relief sought herein via letter correspondence dated July 30, 2026 and August 5, 2026, copies of which are attached hereto as Exhibits G and H. VEX opposed the relief sought by RECF.

*/s/ Joseph A. Fischer, III*
Joseph A. Fischer, III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all parties of record through the EFile Texas electronic filing system on August 10, 2026, in accordance with the Texas Rules of Civil Procedure

*/s/ Joseph A. Fischer, III*
Joseph A. Fischer, III

# EXHIBIT A

Docusign Envelope ID: BA63AF77-9E1A-8AEA-8101-0B4E0AB162F3



**CAUSE NO. 96313**

| | |
|---|---|
| **VEX ROBOTICS, INC.,** | **IN THE DISTRICT COURT** |
| **Plaintiff/Counter-Defendant** | |
| **v.** | |
| **ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.,** | **354TH JUDICIAL DISTRICT** |
| **Defendant/Counter-Plaintiff/Third-Party Plaintiff** | |
| **v.** | |
| **INNOVATION FIRST INTERNATIONAL, INC.,** | |
| **Third-Party Defendant** | **HUNT COUNTY, TEXAS** |

**DECLARATION OF RYAN OSWEILER IN SUPPORT OF RECF'S EMERGENCY MOTION TO ENFORCE THE AGREED TEMPORARY INJUNCTION**

I, **RYAN OSWEILER**, hereby declare and state as follows.

1. My name is Ryan Osweiler. I am over the age of 21, of sound mind and body, and capable of making this Declaration. My date of birth is November 28, 1980, and my address is 1805 Homewood Drive, Lincoln County, Missouri. I make this Declaration individually and as an authorized representative of RECF, and I am authorized to make it on RECF's behalf based upon my personal knowledge, including knowledge acquired in the course of my duties described below. The statements contained herein are true and correct.

2. I am the Vice President of Programs at the Robotics Education and Competition Foundation ("RECF"). I have been with RECF for seven years and in my current role for the past three months. I oversee all RECF robotics, drones, and workforce development programs. In that role I communicate regularly with coaches, educators, and event partners across the country about RECF's programs, registration, events, and the

availability of the VEX products those programs use, and reports from the community about product availability come to me in the ordinary course of my duties.

3. Last school year, RECF served approximately 200,000 students in over 100 countries and administered the largest middle school and high school robotics competition program globally, with more than 30,000 teams competing across more than 3,600 events.

4. Before I became a RECF staff member in 2019, I was a coach and event partner in this ecosystem from 2009 to 2019. I am familiar with the manner in which RECF makes and keeps its business records concerning program operations, registrations, events, and community reports: such records are made by RECF staff with knowledge, at or near the time of the events they record, and are kept in the ordinary course of RECF's business, and I make and keep records of that kind myself in the course of my duties.

5. The factual statements in this Declaration are based upon my personal knowledge or upon information available to me as Vice President of Programs in the course and scope of my duties, and where a statement rests on RECF records or reports received by RECF, I say so.

6. I have read RECF's Emergency Motion to Enforce the Agreed Temporary Injunction (the "Motion"). All of the facts in that Motion are consistent with my personal knowledge or with information available to me as Vice President of Programs in the course and scope of my duties.

7. On June 10, 2026, RECF released its initial game manuals for the 2026–2027 season, and within about 15 minutes, VEX's game elements were shown as "out of stock" on VEX's public storefront. The RECF game manual was released early in the 2:00 p.m. central

time hour that day. I know the timing because of messages sent to me and self-observed discussion, which are among the screenshots attached as **Exhibit A**.

8. Shortly thereafter, game elements were restricted to those who had a registered and paid team or an approved event with VEX. The restrictions were first reported to me over text and forum posts, and then I observed the restrictions myself when I visited VEX's website. Reports on these restrictions have continued to reach me in the ordinary course of my duties through the date of this Declaration.

9. I obtained text messages from various community members who observed VEX's behavior and screenshots from community forums of others who also observed VEX's sudden part shortage and website restrictions. I received these directly from the community members, RECF staff, and self-observation. True and correct copies of these screenshots are attached as part of **Exhibit B.**

10. Each year, there are two main new "products" for participants in the robotics community. First, there is the cost of registering a team to be able to participate in competitions. Historically, teams register for the season to participate in RECF-organized competitions that use VEX products. Then, teams register for individual competitions they wish to participate in that have additional registration fees. This is similar to student gymnasts being required to register and pay for an active USA Gymnastics (USAG) Athlete Membership to compete in any USAG-sanctioned event.

11. The second new product each year is the "game elements." To keep robotics challenges fresh each year for students, the competition changes each year by creating new components (pieces) that students have the robots manipulate. For example, the game elements could be to take various pieces of different sizes and shapes to create a bridge for

a robot to cross. This year's game is a stacking game played with cup-and-pin pieces. RECF and VEX jointly conceived the 2026-2027 components for this year's competitions last year (in 2025), and RECF and VEX each designed their respective competitions around those components. All robotics teams therefore need to order those new components each year; they cannot use last year's components. A season is cumulative: teams need the season's game elements in hand early to design, build, and practice for competitions that begin in the fall, and event partners need competition fields in hand to prepare to host events. From my years as a coach and event partner, a team that cannot obtain game elements at the start of the season cannot make up the lost build and practice time later in the season.

12. On May 29, 2026, at the Parties' joint request, the Court entered the Agreed Temporary Injunction (the "Injunction"). When the Injunction was entered, VEX sold its full game and field element kits, field perimeters, and field tiles (the "Competition Field Products") to the general public through its ordinary online storefront at vexrobotics.com. Anyone—including a school, teacher, parent, or RECF itself—could purchase those products without registering a team with VEX, paying VEX a registration fee, or holding VEX event-partner status.

13. Game elements have been publicly available for purchase by anyone from at least 2009 until June 10, 2026, when VEX restricted sales of game elements to teams that registered with VEX and its affiliated entity, Global Robotics & Science Foundation ("Global"). Global was first publicly announced on May 18, 2026, "as the officially authorized nonprofit partner for VEX Robotics," according to Global's own public webpage (globalrobotics.org/faq).

14. While I was at the 2026 VEX Robotics World Championship at the end of April, VEX sold new-season game elements—and in some cases full game element sets—to everyone on site. Pre-orders were available on the VEX site before that event as well.

15. In my years in this ecosystem, there has never been a case where accessing parts was dependent on obtaining registration with VEX until now. Further, VEX made this change after the 2026-2027 season had already begun.

16. Despite the recent restrictions, VEX's public website, vexrobotics.com, carries a statement under the heading "Why VEX Educational Robotics?" that states: "VEX Robotics is educational robotics for everyone. VEX solutions span all levels of both formal and informal education with accessible, scalable, and affordable solutions. Beyond science and engineering principles, VEX encourages creativity, teamwork, leadership, and problem solving among groups. It allows educators of all types to engage and inspire the STEM problem solvers of tomorrow!" I viewed that statement on VEX's website on August 10, 2026, and I captured the copy attached as **Exhibit C**, which is a true and correct copy of the statement as it appeared on that date.

17. Schools, event partners, and teams had already spent money, designed robots, started booking venues, or otherwise become committed to the existing season before the restriction appeared.

18. My own son had already started building for the new game when the split between RECF and VEX was announced, forcing him to stop and ask what had happened.

19. VEX initiated the split after many of our customers had already spent thousands of dollars on this year's game elements. Coaches and event partners told RECF to

use VEX's 2026 game elements in our competitions this year since they had already spent thousands of dollars on those game elements.

20. That is one reason RECF negotiated the agreed injunction to permit RECF to use VEX 2026 game elements in its competitions. VEX had no purchase restrictions on its game elements or before April 28, 2026, the day VEX filed its original petition, and had no such purchase restrictions in May 2026. RECF agreed to the agreed temporary restraining order based on that state of affairs. We wanted to preserve the status quo for community participants and allow RECF to access the VEX game elements and related VEX products "the same as any member of the public." Until June 2026, that meant that everyone was free to purchase game elements without any registration requirement.

21. RECF has received a report, in the ordinary course, from a district representative who pre-ordered approximately $25,000 of new-season game elements through VEX's ordinary channels at the end of March or beginning of April 2026—before learning of any dispute between VEX and RECF—without any restriction. VEX processed the order and shipped those products after they were released at the World Championship during the last week of April, accepting the order at the very end of April or early May 2026. According to that report, after the agreed temporary injunction was entered in May 2026, the individual understood that game elements could still be used and purchased for both RECF- and VEX-sponsored events, and planned the district's season accordingly. Because the district representative understood that VEX parts were available to everyone, they decided to compete in the RECF competition season under the belief that the prior $25,000 investment in VEX's 2026 elements would not go to waste. After announcing intent to

compete in the RECF season in late-June, the district representative's VEX event-partner access was removed.

22. I have read VEX's public storefront announcement attributing the new June purchase restrictions—which require registration as a VEX-affiliated team—to a need to prioritize inventory for its own registered teams and events. The storefront states: "Full Game & Field Element Kits and Competition Field Perimeters are now available exclusively through events.vex.com," and that "[o]nline purchasing is available for registered Global Robotics and Science Foundation teams and registered JROTC teams." The events.vex.com notice further states: "[o]nly US event partners or users with a paid team in the current season may view program products." On August 10, 2026, I observed the VEX storefront message had been changed to: "[o]nly accounts with a paid team registration or those belonging to authorized event partners will be able to complete purchases." I viewed these announcements on the referenced VEX websites in the course of my duties, and RECF captured the copies attached as **Exhibit D**, which are true and correct copies of the announcements as they appeared.

23. VEX's storefront announcement attributed the new purchase restrictions to a need to prioritize inventory for its own registered teams and events. By its terms, the announced restriction was not a per-customer quantity limit; it turned on whether the buyer had a registered and paid VEX team or an approved VEX event.

24. Further, VEX announced the end of the partnership on May 10, 2026—a month before the restrictions appeared on June 10. During that month, VEX continued to sell game elements and the Competition Field Products to the general public through its ordinary online storefront, without any registration requirement. I observed VEX's storefront during

that period in the course of my duties. The restrictions added in days following the May 29, 2026 agreed temporary injunction.

25. Michelle Lonsigner explains in her declaration that the joint development committee forecasted a slight growth in the total number of teams competing. Based on my experience in this industry, if the teams that make up the robotics universe are now split in some way between RECF and the VEX-affiliated Global competitions, there still should be enough game elements for all teams with projections for growth. VEX supplied parts to all teams competing in RECF and VEX competitions in prior years.

26. Additionally, VEX's new restrictions are causing significant harm to schools and students by disrupting the environment, which will inevitably lead schools to struggle with funding, retaining grants, and adapting their programs.

27. Turning to the specifics supporting my statements above, SkillsUSA is a national Career and Technical Student Organization ("CTSO") serving students to help them develop interest in and/or prepare them for technical and skilled careers.

28. Career and Technical Education ("CTE") in the public schools is supported by federal funding under the Carl D. Perkins Act ("Perkins V"). Perkins V money goes to the states, and schools apply to their states for those funds based on what the state requires; each state can put on requirements above and beyond what Perkins V itself says. Most states require schools to maintain CTE pathways aligned to workforce-development needs in their region. Schools receiving federal Perkins V funds are required to offer a CTSO that is aligned with their CTE pathway. Belonging to the CTSO itself is part of the obligation: schools pay dues and maintain membership whether or not their students ultimately travel to a competition. And it is more than the federal Perkins V funds: state funds are tied to these

requirements as well, so schools receiving funding for these programs must fulfill the requirements that come with it.

29. For engineering and robotics pathways, SkillsUSA is the aligned CTSO in many states—in some states it is the only option. In Arizona, SkillsUSA is currently the only CTSO option for schools that offer an engineering-type pathway. Over 30 states have chosen the SkillsUSA Mobile Robotics Challenge as the competition they offer for those pathways. RECF designs and runs that competition: RECF is the technical chair committee for the Mobile Robotics Challenge for SkillsUSA and organizes and runs the National Competition each year in June.

30. SkillsUSA, through RECF's committee, outlines the requirements of the competition, and each school designs its own curriculum to prepare its students to be successful completing course pathways outlined by the state department of education.

31. There is no time to design and manufacture different components, and then change the game materials given the start of school and upcoming competitions. Some schools have already started, with the rest starting soon. Schools do not have the budget to shift immediately to a different robotics manufacturer given their multi-year investment in VEX.

32. Schools that use the Mobile Robotics Challenge are not required by RECF to be a registered team in RECF's competition seasons, and they are not required to compete as a VEX team for Global Robotics and Science Foundation. Membership in SkillsUSA—which is a requirement for Perkins V funding—does not require registration with either RECF or VEX competitions.

33. Requiring these schools to register and pay for VEX competition teams as a condition of purchasing classroom supplies would impose costs and obligations beyond what their CTE pathway and funding structure contemplate. It also would require schools to affiliate with VEX's competition ecosystem solely to maintain an existing, state-approved curriculum that predates the current dispute between VEX and RECF.

34. Based on my observation of VEX's current purchase criteria, schools that use the Mobile Robotics Challenge to obtain Perkins V federal funding do not qualify to purchase VEX game and field elements that their courses are built around because it is an RECF-affiliated competition. Schools name their approved CTE pathway in the Perkins funding plan they submit to their state for approval. Educators rely on the products their approved pathway is built around to keep their curriculum aligned with the state-approved plan. A school that cannot obtain the products for its approved robotics pathway would have to amend its plan — changing to drones or some other pathway that the school had not planned or sought approval for — with school starting now.

35. A school that cannot purchase VEX game and field elements has no good option. Rewriting its curriculum is not realistic with school starting this month. Choosing a different CTSO—where another option exists at all—means different equipment and different preparation for the classroom teacher. No longer offering the pathway is not an option when students are already enrolled and the pathway has been approved by the state department of education.

36. Additionally, RECF administers equipment and registration grant programs for schools and teams, funded in part by third-party sponsors. RECF's grant records are made

by RECF staff with knowledge of the grants, at or near the time of each application and award, and are kept in the ordinary course of RECF's business.

37. RECF's grant terms and conditions require, among other things: "Grant recipient/organization agrees that grant teams must register, pay for, and compete in one of [sic] more official REC Foundation competition events for two (2) consecutive seasons, meaning the current season and the following season. Failure to meet this requirement without a written approved extension will result in all grant supplies/equipment being returned to the REC Foundation at the [sic] grant recipients/organizations own expense." **Exhibit E**, RECF Grant Terms and Conditions, at 3 (all errors, including the missing possessive apostrophes, in original.) Because grant teams commit to compete in official REC Foundation competition events for two consecutive seasons, schools and teams that received grants during the 2025-2026 season are obligated to compete in the current 2026-2027 season, and they need this season's game elements from VEX to do so. VEX's new restrictions prevent schools and teams from meeting the grant criteria. I also know of at least one example where a team desperate to obtain VEX game elements has registered as a VEX team and is thus going to compete with VEX in violation of its RECF grant from last year.

38. Some individuals have told me that they are scared to come forward for fear of retaliation from VEX. Some of these individuals have noted to me that their orders have been modified, reduced, or canceled by VEX based on social media posts or discussions they had with someone related to their participation in RECF competitions but are unwilling to go public out of fear. I do not offer those reports for the truth of what was reported; I recount them so the Court is aware these witnesses exist and can provide testimony and records, particularly under an order protecting them from retaliation.

39. On June 2, 2026, I reported feedback from an event partner for a signature event to RECF leadership. As I wrote at the time: "He really wanted to stay with us but as he stated: because of the threatening and fearful tone VEX used in their communications, their university forced him to stay with Global. He is hoping to still work with us in other ways during the year…" I recount this report not for the truth of the matters the event partner related, but so the Court is aware that this witness exists and that his testimony can be obtained, particularly under an order protecting him from retaliation.

40. On June 22, 2026, RECF received, in the ordinary course of its business, a report concerning a school's unsuccessful attempt to purchase a competition field. Thomas Bowman of RECF forwarded to me an email that RECF received on June 22, 2026 from Harry Wood, stating: "One school just tried to do so and they were not successful. They were told they would need to have a VEX team registration first." Mr. Bowman's forwarding note stated: "We advised this coach to reach out to vex sales to order a field. The coach was told they would need to register a team first." Attached as **Exhibit F** is a true and correct copy of that email thread as received and kept by RECF. It was RECF's regular practice at that time to collect and keep reports of this kind concerning members of the robotics community who could not purchase Competition Field Products, and this thread was made and kept in the ordinary course of RECF's business at or near the time of the events it records. I offer this exhibit to show the reports RECF received and their timing; the underlying purchase attempt is a matter for the school's own witnesses. Mr. Wood's email address is at aidb.org, the domain associated with the Alabama Institute for Deaf and Blind.

41. On the day that RECF filed this Motion, RECF received a report, in the ordinary course, from a large, prominent Midwestern school district that conducts the substantial

majority of RECF's competitions in that region. The district reported that it cannot obtain the game elements it needs for its upcoming season without registering and paying VEX directly. The Midwestern district has separately asked whether it is being singled out because it is named elsewhere in the pleadings of this dispute.

42. RECF has also received reports, in the ordinary course, from event partners and educators stating that orders for Competition Field Products were cancelled or refused after the customer's association with RECF became known. One of those reports, received by text message, described VEX cancelling an educator's substantial multi-set order and declining to reinstate it except on cost-prohibitive terms. That educator has asked not to be identified at this time for fear of retaliation. I do not offer these reports for the truth of the matters reported; I recount them so the Court is aware that these witnesses exist and can provide testimony and records, particularly under an order protecting them from retaliation.

43. In my years in this ecosystem, VEX has sold game elements and parts to buyers regardless of the competition program in which they participated—including buyers who competed with other robotics organizations like FIRST Robotics programs—without requiring registration in any VEX competition.

44. From my experience as a coach for approximately ten years, my experience at RECF for more than seven years, and as the father of a current student competitor, VEX's sudden restrictions on the sales of game elements injure students, teams, and schools affiliated with RECF in ways that cannot be rectified by money or by a future decision on the claims in this case, because students cannot get back the lost time and opportunities. Students get one season a year. A team that cannot build at the start of the season cannot simply join mid-season, because the season is cumulative. In my experience, which includes

RECF's COVID shutdown year and the following years, when robotics programs miss a season, teams fold, volunteer coaches leave, and programs take years to rebuild.

45. In the past two to three weeks leading up to this declaration, I have heard directly from teachers and coaches who are trying to get ready for the school year and who reached out to me because they cannot purchase the game elements they need for their classrooms and programs. These educators are trying to plan their fall curricula and set up their teams. Some of them are classroom teachers whose schools depend on these materials for their CTE pathways. I have learned they cannot get the parts or the supplies they need for their classes and students, with school starting later this month, unless they register a VEX team. Seeing their experiences alongside the other community statements during that same period has only deepened my concern about the impact of these sales restrictions on the community and these educators.

46. VEX's restrictions did not arrive all at once. Through late June, reports reached me of inconsistent order fulfillment—some filled, some not, with no discernible pattern. Based on my years in this ecosystem, new-season demand can produce temporary shortages, and at first these reports were consistent with a short-term inventory problem. The reports that reached me in mid-to-late July were different: the restrictions became categorical, and individuals with known connections to RECF reported that their orders were not being filled even when they had a registered and paid VEX team or an approved event. At the RECF Summit in St. Louis in mid-July, coaches and event partners told me the inability to buy game elements with school starting soon was a deal-breaker. They would need to become VEX affiliated.

47. In late July, reports reached RECF that a VEX co-founder had confirmed at VEX's own event-partner summit that the paywall was put up on purpose. That is when RECF realized VEX was not experiencing a temporary inventory problem.

48. On July 30, 2026, RECF, through its counsel, served VEX with a written notice under Paragraph 22 of the Injunction concerning this conduct. I reviewed that notice at or about the time it was sent. The five-business-day cure period passed without cure. VEX's August 5, 2026 response states: "The conduct described in your letter is not prohibited by any operative provision of the Injunction . . . . There is accordingly nothing to cure." VEX describes the restriction as "a merchandising decision involving a VEX-Controlled System." A true and correct copy of VEX's response is attached as **Exhibit G**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Lincoln County, State of Missouri, on August 10, 2026.

Signed by:
[signature]
99E755777A694CE...

Ryan Osweiler

# EXHIBIT A


Anonymous participant
June 10 ·
Sooo... RECF releases their game manual and as expected, the RECF game uses V5RC Override game field elements. Within minutes, those elements are no longer available on the VEX website. Coincidence? Or has this dispute reached epic new levels of pettiness?
2


4:55 PM
Did you hear that vex took the elements down so you can get a quote but not purchase
Ugh...I don't envy you


6:44
48
D
[redacted]...
Yesterday • 5:58 PM
So...the field element kit is out of stock all of a sudden...

# EXHIBIT B

June 10 and 11, 2026







123
GO
AIM
IQ
EXP
VS
CTE
AIR
Get Started
STEM Labs
PD+
Forum
Online Help
All
Contact Us
Account
$USD
Quick Order
Cart / Quote
Products
Education
Competition
Downloads
News
Sales/Help
Camps Catalog
New! Contact our Education Experts
Full Game & Field Element Kits and Competition Field Perimeters are now available exclusively through events.vex.com
Demand for the new season is strong, and our first priority is making sure registered teams and Event Partners have what they need to compete.
These Competition Game Elements are now available exclusively through events.vex.com, where we can prioritize inventory for the teams and events that make the VEX community what it is. Nothing about pricing or products has changed.
This simply helps ensure that when you order a field for your event or team, it's available.
Online purchasing is available for registered Global Robotics and Science Foundation teams and registered JROTC teams.
For all other organizations, or for any questions or assistance, please contact sales@vex.com.


vexrobotics.com/228-9258.html?queryID=a415b3040baf2e8273edd8185b0d6f58&objectID=4893&indexName=vex_m2_vexrobotics...
Metrics
QC
Summit
Director
RECF
Personal
REC Foundation —...
RECFEvents
NEW
2026-27 VEX IQ Robotics Competition "Level Up" Full Game & Field Element Kit
$179.99


vexrobotics.com/276-9250.html?srsltid=AfmBOorQuScGmBibeu0jzKks71IAM2gjM9LkSJ93AwgrgZlwfLhj7EJP
HR
Metrics
QC
Summit
Director
RECF
Personal
REC Foundation
RECFEvents
123
GO
AIM
IQ
EXP
V5
CTE
AIR
NEW
2026-27 VEX V5 Competition "Override" Full Game & Field Element Kit
$599.99

[redacted]

VEX IQ World wide Coaches Association
Kevin Hulsman · All-star contributor · 10h

Ugh. Out of stock.




**2026-27 VEX IQ Robotics Competition "Level Up" Full Game & Field Element Kit**

$179.99

Out Of Stock

3 · 9

Most relevant

**BJ Witte**
Just a tactic to scare teams away from RECF
9h Like Reply 1

**Michael Schlagenhauf**
Just seemed to happen at the same time for both IQ and V5 as soon as RECF releases their manuals for their game system, using the VEX field kits? No, not suspicious at all...
9h Like Reply 1

[redacted]

Reply to Randall Short...

[redacted]
Agreed that this is crappy and petty. We haven't decided yet which way to go, but this is a strike against VEX. I don't think this is going to play out the way they want.
16h Like Reply 18

[redacted]
Interesting. Considering that VEX already produced a quantity of element kits based on the number of existing V5 teams, the idea of a "shortage" doesnt seem likely. The true personality of that organization is showing, and appears quite ugly.
16h Like Reply 16

[redacted]
Seems pretty petty...
17h Like Reply 15

[redacted]
Dirty dealing. Plain and simple.
16h Like Reply 12

[redacted]
Gross, just gross behavior from vex
16h Like Reply 10

[redacted]
As we suspected, VEX making it impossible for RECF to compete
17h Like Reply 11

[redacted]mpossible, it cost an extra $200 to register
16h Like Reply 1

[redacted]p those teams or EPs that want to compete with RECF will be charged a penalty fee basically, that is a lot of money for some. I guess this is ALL a money grab.
16h Like Reply 7

Reply to Jacob Kendrick...

Reply t[redacted]

[redacted]

This is disheartening. Our first year of exploring VEX we bought a game kit to use in my STEM classes. We never formally competed that year, but we fell in love with the process of designing, building, and strategizing and built a district-wide robotics program as a result. We would've never invested in VEX if we hadn't had that year to explore. What current schools are now going to be shut out of what has been a nice, accessible robotics education program? This move is very non-student centered on VEX's part.

16h Like Reply Edited 9

[redacted]

This was the exact crap I was worried about in the split. VEX has been more and more in power and money grabs over time. Never have stock in core items, shipping is robbery and they keep finding reasons to remove third party options. I recall when I started I had third party options for both core vex parts and regular parts. Each phase has left them less desirable to work with.

16h Like Reply 9

[redacted]

Sad and if they push the recf out the prices will go through the roof. You think shipping is bad just watch

16h Like Reply 9

[redacted] Now teams get to pay a membership fee to access materials on top of the sky high shipping!

16h Like Reply 1

[redacted] 100% even if my decides to do vex events and this being my sons last year I will register and support RECF because if vex doesn't have competition they will gouge everyone out of robotics.

16h Like Reply 2

Reply to [redacted]

Reply to [redacted]

[redacted]

[redacted]

So when do we start the class action lawsuit? They sold a game knowing these changes were going to happen and now it seems if you don't go with them then you are out of luck. I mean they are having a lot of court dates already.

16h Like Reply 8

[redacted]

I have not even decided yet and this just is pretty crappy of them. Even if I'm just a classroom teacher I can't get the stuff

17h Like Reply 8

[redacted]

I'm worried that as long as the student population values being able to compete (and be competitive) over the abysmal character of the side they are competing on, it will play out EXACTLY how they want. Most students view VEX Robotics as just a competition and forget that it is first and foremost meant to be an educational platform to get students interested in robotics. The more I'm reading from students in Discord channels, including my own college students, it's saddening and maddening what actions (past, present, and sure to be future) they are willing to brush off just so that they can compete.

16h Like Reply Edited 4

[redacted]

[redacted] This is why I do not participate in discord channels. They can, and have, come to me with questions, misconceptions, etc. Transparency is important for students, so as coaches, be sure to have face to face conversations during these challenging times - focus on what important values to your organization and work from there.

3h Like Reply 2

Reply t[redacted]

[redacted]

Oh wait I'm so stressed out right now- I thought JROTC was with RECF?!

16h Like Reply

[redacted]

This is so needlessly cruel and it reflects very badly on VEX and Global. I understand that a lot of us just have to go with Global out of necessity and I probably have to register anyway but I hate that I have to. My values and ethos aligns with RECF and I am so thankful that I have only one season left before being able to just not deal with Global/VEX at all. This is so petty and I'm so aggravated when early season is usually such a fun and enjoyable time for our teams. I'm pretty sure their enthusiasm, momentum, and joy is just gone now and I'm so sad for them.

16h Like Reply 12

Reply to [redacted]

[redacted]

Most relevant

[redacted]

This happens every season, it will come in stock again soon and then just as the school year starts it will go out of stock again when a lot of schools place their orders.

No conspiracy

1d Like Reply 4

[redacted] both at the same time though?

1d Like Reply 2

[redacted] when have they ever went out at the exact same time and in June come on

1d Like Reply 2

[redacted]

Yes both at the same time and both in June, again in Sept and again in November when competitions ramp up. Every year.
Been doing vex since 2018.

1d Like Reply 2

[redacted] funny I can buy off the vex event web site so now what do you have to say

21h Like Reply

[redacted] maybe they got new stock in. Why are you so aggressive?

20h Like Reply

[redacted] just trying to show you don't buy into everything they promised you in your meeting there here to make money and that's all and seem to like to play dirty.

20h Like Reply

[redacted] ...



21h Like Reply

[redacted] what were you saying about being out of stock again? VEX put up a pay wall that you have to be registered with them for a team or EP first. They closed off sales to the "general public" basically

18h Like Reply Edited 2

[redacted]
You must really lik[redacted] Even VEX admits they are only selling to team that have registered with global.

17h Like Reply

[redacted] ...



16h Like Reply

[redacted] | WCP Enthusiast | 1 1 [redacted] Jun 11

Something teams noticed yesterday was at some point in the past few days or even yesterday, all of the game elements for Override/Pinnacle went out of stock.

As of today, the field perimeter, game elements, and field tiles can now only be ordered through events.vex.com 11 . This seems to be in reaction to the release of RECF Pinnacle

VEX Portable Competition Field Perimeter 8
2026-27 VEX V5 Competition "Override" Full Game & Field Element Kit 7
VEX V5 Competition Anti-Static Field Tiles 6




[redacted] Volunteer WPILib Developer, CSA 1 [redacted] Jun 11

I'm sure we will see VEX continue to make these kinds of moves as long as they have their own competition offering, regardless of pain to teams or even their own lost profit. Similarly, I would expect their rules relaxations regarding things like painted parts to only last as long as RECF is an option. Teams should take note of these behaviors when deciding who they want to register with considering the long term implications…

I think this move has increased their risk re: the earlier discussion regarding 501(c)(3) rules, however. This very clearly shows a 1:1 relationship between items required for competitions being run by their closely related non-profit and the for-profit entity. The line seems nearly erased between the non-profit and for-profit entities…

For the field perimeter and tiles, I would think the FTC one tha[redacted]ells would be a near drop-in? FIRST® Tech Challenge Perimeter & Accessories — [redacted] 2

# EXHIBIT C

Home - VEX Robotics

vexrobotics.com

## Why VEX Educational Robotics?

VEX Robotics is educational robotics for everyone. VEX solutions span all levels of both formal and informal education with accessible, scalable, and affordable solutions. Beyond science and engineering principles, VEX encourages creativity, teamwork, leadership, and problem solving among groups. It allows educators of all types to engage and inspire the STEM problem solvers of tomorrow!

## STEM Spotlight: Real Projects, Real Teams, Real Impact

Drive Forward News: June 2026



Drive Forward News: March 2026



Drive Forward News: February 2026



Contact Us
VEXcare
VEXcode Download
VEXos Firmware (IQ / V5)
STEM Labs Curriculum
PD+/Certifications
VEX IQ Robotics Competition
VEX V5 Robotics Competition
Camps Catalog
Sales Forms
Orders and Returns
Online Help

Sign Up for Our Monthly Newsletter: Enter your email address Subscribe

INNOVATION FIRST

VEX and VEX Robotics are trademarks or service marks of Innovation First, Inc.
Copyright ©2026. All Rights Reserved. VEX Robotics, Inc. is a subsidiary of Innovation First International, Inc.
All other product names / marks of others are the property of their respective owners.

VEX ROBOTICS

**Sign up for our Monthly Newsletter!**

Get the latest VEX Robotics news, product information and more!

Email Address (Must be 18 or older)

Search

6:37 AM
8/10/2026

# EXHIBIT D



2026-27 VEX V5 Competition Override

These plates are found in many game kits from past years, including Push Back (2025-26), and can be re-used if you already have them.

Be sure to order (2x) Field Element Plate Kits (4-packs) (276-9091) for every (1x) Full Game & Field Element Kit you purchase, unless you already own enough spare Field Element Plates.

**2026-27 VEX V5 Robotics Competition Full Game & Field Element Kit** *

2026-27 VEX V5 Robotics Competition Full Game & Field Element Kit + $599.99
(Paid VEX team registration required)
SKU#: 276-9250

Qty: 1

**Do you require Field Element Plates?** *

Yes No

Qty:
1

Total Price of Items Selected Above:
$599.99

Click here to view our shipping policies and timelines.

**Note:** For Saturday Delivery, please call 903-453-0802 to place your order.

**A paid VEX team registration or authorized Event Partner access is required for purchase.**

**Please sign in to events.vex.com using the button below.**

**Otherwise, you may reserve this cart by generating a quote.**

VEX events Sign-in

**Order Total** **$242.39**

1 Item in Cart

2026-27 VEX IQ Robotics Competition "Level Up" Full Game & Field Element Kit

228-9258

Qty: 1

Excl. Tax: $179.99


VEX Events
m/products
events
Competitions | Resources | Products | Grants | Map
Competition Products
Competition products are now available for purchase at vexrobotics.com.
During checkout, you will need to authenticate using your VEX Events account.
Please note that only accounts with a paid team registration or those belonging to authorized event partners will be able to complete purchases. If you have any questions, please contact us at sales@vex.com.

# EXHIBIT E

# REC Foundation Terms and Conditions

On behalf of the Robotics Education & Competition (REC) Foundation, we are pleased to inform you that your grant request has been approved.

To complete the final steps in the process, please review and agree to the REC Foundation terms and conditions by signing below.

## This grant is being sponsored by:

**Request Fund***

2024-2026 Google.org

## Team Information:

1. By signing below, I certify that I understand this assistance is for competition teams and that event attendence is expected this season.
2. The grant recipient/organization must ensure that all required team information is properly documented in RobotEvents.
3. A change of Primary Coach must be reported when the organization or primary coach relocates.
4. Each team roster member will be required to complete a Participant Release Form (Media/Photo Release) prior to attending their first event.
5. Any team receiving granted registrations must have an **unpaid** registration invoice in RobotEvents.com.
    - Granted registrations can not be used to reimburse registrations already paid and can not be applied to any teams in PO processing status.

**Registration Qty***

6

## Equipment Awards:

1. Equipment is awarded through grant discounts, which must be redeemed through RobotEvents.com after the grant recipient formally accepts these terms and conditions.
2. By signing below, I certify that the correct shipping address is listed in the "Address Book" section of your RobotEvents.com account.
    - I understand that shipping addresses **CAN NOT** be a PO box.
3. Granted equipment **CAN NOT** be reimbursed if they have already been purchased or are in PO processing status. By signing below, I understand that discounts cannot be applied to:
    - Previous purchases (supplies/equipment)
    - Orders that have already been placed or in PO received (processing) status.

4. Equipment is awarded to organizations and must remain with the organization in the event the Primary Contact is no longer on staff.

5. Grant recipient/organization agrees that grant teams must register, pay for, and compete in one of more official REC Foundation competition events for two (2) consecutive seasons, meaning the current season and the following season. **Failure to meet this requirement without a written approved extension will result in all grant supplies/equipment being returned to the REC Foundation a the grant recipients/organizations own expense. Any unused grant awards will be voided.**

**Competition Robot Kit***

6

**Fields Qty***

2

**Game Elements***

2

**Extra Equipment Bundle***

0

## Cash Award:

### Travel Payments

1. Travel payments are issued after the grant recipient provides proof of event registration.
2. Travel payments will be issued to the organization associated with the granted teams and is for the purpose of offsetting expenses associated with the granted team attending an event.
   - Examples include, but are not limited to, transportation fees and meals/snacks for the students.

**Team Travel Payment***

6

### Event Reimbursement

1. Will be processed after the granted teams attended the registered event associated with the invoice used to satisfy grant requirements in the Grantmaking system.
2. Event Reimbursements checks will be made payable to the organization associated with the grant agreement..

**VIQRC Event Reimbursement***

6

### Coach Stipend:

1. Coach stipends are awarded after:
   - Granted teams are registered in RobotEvents.com for the season.
   - Primary Coach has registered in the Coach Academy.
   - Primary Coach has submitted all requirements to our Grantmaking system regarding grants. This includes by not limited to:
     - Pictures of granted teams participating in an event.
     - Upload a paid event registration invoice.
   - W-9 has been received. (Checks will be made payable to the person or organization listed on the W-9. Stipends will be mailed to the address on the W-9).
     - If W-9 is completed with the Primary Coach's information, the coach is responsible for any tax liability associated with the award.

**Coach Stipend***

6

**Additional terms and conditions**

1. Grant awards are not transferrable.
2. Grant awards are subject to a period of validity (30 days from approval) and required the recipient to accept these terms and conditions. Any grant award not utilized during the period of valididity (30 days from approval) will be voided/canceled at the end of the validity period.
3. Grant registration and equipment awards may not under any circumstances be converted into a sum of money to be reimbursed or payable to the grant recipient.
4. Grant recipient agrees to pay any team expenses not associated with the grant award to ensure granted team sustainability.

[redacted]

Signed by [redacted] on Sep 3, 2025

## Before You Begin

According to the REC Foundation's Youth Protection Policy requirements, it is required that the Primary Coach be the Primary Contact in respect to this grant request.

This grant requires and applicant authorized to enter into contractual agreements with the REC Foundation. If the Primary Coach is not authorized to enter into contractual agreements, you must use the "Manage Applicants" option to add an authorized individual as a co-applicant. Organization or District Managers applying on behalf of your school must ensure that a Primary Coach is identified before submitting this application.

If you have any questions, please email grants@recf.org and a Grant Manager will be able to assist you.

To best ensure communications are received, add **mail@grantapplication.com** and **noreply@yourcause.com** to your email's safe sender list. If you have not received a confirmation email, be sure to check your spam folder.

**RobotEvents.com Requirements:**

Prior to application approval, you must:

1. Have a verified account on www.RobotEvents.com.

The Primary Coach must also:

1. Have a **Completed Background Check**
    a. Log into your account at www.RobotEvents.com.
    b. Click "My Account" in the top-right corner.
    c. In the left-hand navigation menu, check your Background Check status:
        i. Green check mark – Your background check is approved.
        ii. Red icon – Click the button to begin the background check process and follow the instructions provided.
            i. An approved background check is required before your application can be approved.
2. Have **teams set up in RobotEvents**.
    a. In "My Account" either click the "Add new teams" or "Renew teams" button.
    b. If you need to purchase products during the grants review process:
        i. Contact your Grant Support Manager (GSM) for guidance—especially if you're unsure how to proceed.
        ii. Your teams must be placed on an **UNPAID** invoice in order to be covered by grant funds.

i. Go through the check out process as you normally would. When you get to the Payment Screen, choose **Pay Later**, and complete check out. This will generate an **unpaid** invoice for the Grant Support Manager to pay with grants funds.

ii. Do not pay or put in PO status. Paying or putting the invoice in PO status will void any grants with team registrations. We are unable to reimburse team registrations.

For grant purposes, the **Primary Coach** must be the **Primary Contact** on the grant application.

If you are an Organizational Contact ( i.e. Principal, CTE Coordinator, Non-Profit Manager, etc.) and have not identified a Primary Coach, please wait to submit this application until that person can be added as a co-applicant.

The Primary Coach must:

1. Be 18 years of age or older.
2. Have a valid RobotEvents.com account.
   a. Email address must be verified.
   b. Complete and pass a background check.
   c. Set up teams for the current season and maintain an unpaid status during the grant request process.
3. Confirm the Robotevents.com account shipping address **MATCHES** the school/organization address on the grant application.

The Authorized Individual must:

1. Have the authority to sign all terms and conditons.
2. Ensure that all terms and conditions are met in a timely manner throughout the season.
3. Provide any additional documentation required for grant approval and reporting.
4. If the Authorized Individual is different from the Primary Coach, the Organizational Contact must also:
   a. Have a valid RobotEvents.com account.
   b. Complete the required background check in RobotEvents.com.
   c. Confirm that the Primary Coach has entered the correct shipping address in their RobotEvents.com account.
   d. Provide the Primary Coach with a list of grant-related requirements to be completed by the teams(s) to satisfy the terms of the grants provided.

**This is the "Primary Coach" of the team, and is responsible for maintaining the accuracy of all contacts and account attributes.**

Please provide a mobile number that we can reach you during non-contract hours. Due to a high volume of request, If we are unable to establish communications within 5 business days, the grant request will be removed from the queue.

Records: 1

| | |
|---|---|
| **First name:** | [redacted] |
| **Last name:** | |
| **Business Email:( Must be the same email address used to register for RobotEvents.com:** | |
| **Office telephone:** | |
| **Office extension:** | |
| **Mobile telephone:** | |

## Referral Questions

**Have you already spoken to a Grant Support Manager?***

Yes

**If so, who?***

6. Diana Fultz

**How did you hear about our Grants?***

Found on REC Website

## Team Information

### School/Organization Information

**Full Name of the Organization or Campus.***

Please enter the complete official name of your organization or campus.Example: Instead of "Carver Magnet," enter "George Washington Carver Magnet School".

[redacted]

**Which best describes the type of organization for which you are requesting assistance?***

Public School

**Organization's physical street address***

[redacted]

*The Team's [Organizational/Administrative/District Contact](#) is added when there is a centralized person who helps manage multiple teams or schools/organizations. This person does not serve as Primary Coach but is used as a secondary contact. This person should be the Campus Administrator, districts STEM Coordinator, or non-profit manager. If you, the Primary Coach, are not authorized to sign terms in conditions, this should be the person with authority and should be added as a co-applicant to this request.*

**Primary Coach is Authorized to sign***

Choose yes, if the Primary Coach is authorized to complete all grant paperwork on behalf of the school. The Primary Coach must be the applicant or Co-applicant if they are to sign the grant paperwork.

yes

**Student Enrollment***

Please provide total student enrollment for your school or organization.

[redacted]

**How many students do you anticipate participating in your competitive program?***

[redacted]

**What age group do your anticipated students fall in?***

Choose a range that represents your oldest possible participant. If unsure, choose the range that fits your student population.

High School ( 19 years or younger at VEX Worlds)

## Competition History

The following questions are to help us determine the experience the Primary Coach and the organization have with VEX Robotics.

**Is this the first year your school/organization has registered V5 teams in RobotEvents.com?***

No

**Please list your organization's team base number.***

This is the number shared by all teams within your organization (e.g., 123A, 123B, 123C = base number 123).

[redacted]

**How many years of experience does the Primary Coach have with VEX Robotics? ****

[redacted]

**How many years of experience does the Primary Coach have with other competitive robotics programs? *** *

[redacted]

Request

**REC Foundation Annual Team Registration Request**

The following questions do not guarantee that season team registrations will be granted by the REC Foundation. However, registrations may be offered if available and if your school or organization meets the sponsor's eligibility criteria.

**How many NEW teams are you requesting season registration assistance for through the REC Foundation?***

If you are a returning organization requesting assistance to add new teams, please be aware that all existing (returning) teams must be registered and paid for the current season, with the intent to participate in at least one official tournament listed on RobotEvents.com. Returning team registrations may be covered by a grant (if awarded) or paid for by the organization, but tournament participation is required for all registered teams during the season.

[redacted]

**How many RETURNING teams are you requesting season registration assistance for through the REC Foundation?** *

Returning teams are defined as those who have participated in a VEX Robotics Competition within the past three years. If you are not requesting assistance for any returning teams, please enter 0. Please note: Any team receiving REC Foundation annual assistance must participate in at least one official tournament listed on RobotEvents.com during the current season.

[redacted]

**New Teams Without Equipment Requests:** If you are requesting registration assistance for new teams but not requesting equipment, you must verify that each team has access to dedicated competition equipment.

**Equipment Request**

Robot kits are granted, when available, only to new teams without any prior competition history. If you are a returning organization looking to start new teams, all existing (returning) teams must be registered and paid for the current season before new teams can be considered for robot kit awards.

The REC Foundation has previously received funding to offer replacement equipment options for returning teams.

If funding becomes available and your organization qualifies, your Grant Support Manager will contact you with details regarding eligibility and next steps.

The following questions are designed to help us better understand your program's needs so we can provide support where possible. These questions do not guarantee grant availability for the items listed. However, your responses will be recorded by our Grant Support Managers, and if additional funding becomes available, we may contact you to confirm whether these items are still needed.

**I understand that accepting a REC Foundation equipment grant requires participation in two consecutive seasons.** *

By selecting "Yes," you acknowledge that if awarded a REC Foundation equipment grant, you are committing to registering the granted team(s) for two consecutive seasons.For example, a team awarded for the 2025-2026 season must compete in at least one official event listed on RobotEvents.com during that season. The same team number must also be registered for the 2026-2027 season and participate in at least one tournament during that season as well.

Yes

**How many new teams are you requesting robot kit assistance for?***

By answering this question, you certify that the requested teams do not have robot kits available to them. If you are not starting new teams, please answer 0.

[redacted]

**Game Elements Needed***

By selecting "Yes," you certify that your organization does not currently have access to this season’s game elements, and that the requested items will be used by your team(s) during the current season.This application is intended for teams only. If you are an Event Partner needing assistance, please complete the Event Partner application, if available.

Yes

**Competition Full Field and Tiles Needed***

By selecting "Yes," you certify that your organization does not currently have access to an official competition field and tiles. This request is for the competition field only and does not include the current season's game elements.This application is intended for teams only. If you are an Event Partner seeking assistance, please complete the Event Partner grant request, if available.

Yes

**Specific Grants you wish to apply for.**

If you would like to be considered for all available VRC grants, please leave this field blank. If you prefer to be reviewed for specific grants only, list them below. You can find available grants at www.RobotEvents.com/grants by clicking on the “Details” link under each VRC grant listing.Note: Unless otherwise specified, the Grant Team will automatically evaluate your application for all VRC grants for which you may qualify.

No answer

## Expectations

**Grant packages and requirements vary by funder and are subject to change. Because of this, it is important that organizations plan ahead and develop long-term sustainability strategies to support their teams beyond the current grant cycle.**

**Do you agree to have the Primary Contact enroll in the REC Foundation Coach Academy?***

The REC Foundation Coach Academy is a free resource designed to support new coaches by providing essential tools, guidance, and best practices to help teams succeed throughout the season.While experienced coaches starting new teams are not expected to complete all modules, there are a few mandatory assignments required for grant recipients. These include:
1. Submitting a photo of your REC Foundation Coach Certificate.
2. Submitting photos of your teams at an event.
3. Completing a thank-you product for your funders, such as a Google Slide deck with team photos and a season overview.

Yes

**Organization agrees to share organization and contact information with the sponsor if required.***

We have a few funders that have requested that we share organization and primary contact information with them. If you do not agree to these terms, then you understand that you will not be reviewed for grants from those sponsors, but still be reviewed for grants that contact information is not a requirement. If you are unsure, choose yes to be reviewed for all grants. You are always free to decline the grant once you get the full terms and conditions.

Yes

**Request Funder Acknowledgement***

Some funders would appreciate acknowledgment of their company's support through various media and marketing outlets (labeling pictures in social media with approved hashtags, naming funders in interviews). Media kits will be provided to the teams that are granted awards from those specific funders.

My organization has no problems allowing us to acknowledge funders through various media outlets

**How do you plan to fund your team for the 2025/2026 season if REC Foundation grant assistance is not available?***

In 300 words or less, please describe the steps your organization will take this year to prepare for covering your team’s expenses without grant support. Examples include REC Foundation team registration, event registrations, and additional parts or supplies you anticipate needing.

Host events

[redacted]

Signed by [redacted] Aug 18, 2025

# EXHIBIT F

---------- Forwarded message ---------
From: **Thomas Bowman** <thomas_bowman@recf.org>
Date: Mon, Jun 22, 2026 at 12:53 PM
Subject: Fwd: Introducing Your RECF Regional Support Manager!
To: Ryan Osweiler <ryan_osweiler@recf.org>

We advised this coach to reach out to vex sales to order a field. The coach was told they would need to register a team first. I'm not sure if you're still collecting that information but I figured I'd pass it along.

---------- Forwarded message ---------
From: **Harry Wood** <wood.harry@aidb.org>
Date: Mon, Jun 22, 2026 at 12:36 PM
Subject: Re: Introducing Your RECF Regional Support Manager!
To: Tarek Shraibati <tarek@recf.org>
CC: Thomas Bowman <thomas_bowman@recf.org>

One school just tried to do so and they were not successful. They were told they would need to have a VEX team registration first.

# EXHIBIT G

August 5, 2026

Richard Liu
Innovative Legal Services, P.C.
355 S. Grand Ave., 8F
Los Angeles, CA 90071
Sent via email: richard.liu@consultils.com

Joseph A. Fischer, III
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Sent via email: tfischer@jw.com

**RE: *VEX Robotics, Inc. v. Robotics Education and Competition Foundation, Inc.*, Cause No. 96313-Response to RECF's July 30, 2026 Notice of Alleged Violation of Agreed Temporary Injunction and VEX Robotics' Cross-Notice of RECF's Violation of the May 29, 2026 Agreed Temporary Injunction and Demand to Cure Pursuant to Paragraph 22**

Counsel,

This letter responds, within the period provided by Paragraph 22 of the Agreed Temporary Injunction entered May 29, 2026 (the "Injunction"), to your July 30, 2026 letter on behalf of Robotics Education and Competition Foundation, Inc. ("RECF"). VEX Robotics, Inc. ("VEX") has reviewed the letter carefully. For purposes of this response, VEX does not admit any factual allegation in your letter, including its characterizations of VEX's inventory status, sales practices, customer communications, order handling, or administration of credentials. The conduct described in your letter is not prohibited by any operative provision of the Injunction, and your letter identifies no provision that requires VEX to sell, supply, stock, price, or maintain any particular sales channel for any product. There is accordingly nothing to cure. VEX nonetheless responds below to each contention so that the record is complete.

Relatedly, RECF's asserted need for VEX-specific competition products appears to be a foreseeable consequence of its own decision to design Tier Takeover and Pinnacle around gameplay, field elements and game objects, robot dimensional and expansion specifications, and competition structures that closely track VEX Level Up and VEX Override. Had RECF independently developed materially distinct games, it would not predictably require products designed specifically for the VEX games and competition ecosystem; those products are crucial to VEX's ability, and the ability of its valued Event Partners, to run VEX competitions. Paragraph 14(b) of the Injunction prohibits RECF from using VEX Competition Materials in promoting, managing, operating, or holding any RECF Competition, and from otherwise copying, using, referencing, or linking to those materials, except as allowed and in the manner provided

by the Injunction. Paragraphs 19(c) and 19(d) preserve RECF's ability to operate independent programs only through, among other conditions, RECF's own independently and in good faith developed manuals and rules that do not copy, reproduce, substantially imitate, or intentionally replicate unique VEX Competition Materials. VEX's comparative analysis demonstrates that RECF's published Tier Takeover and Pinnacle manuals, including their current revisions, retain substantial similarities to the VEX Level Up and VEX Override game manuals in gameplay architecture, scoring frameworks, match formats, robot dimensional and expansion specifications, and competition-administration structures. Those similarities inhere in the manuals themselves, the written work product the Injunction protects, and are not attributable to the general game elements excluded from the definition of VEX Competition Materials.

The revision history reinforces that conclusion. After publication of the initial manuals, and with notice of VEX's copying position, RECF revised Tier Takeover to adopt the same 11-inch-by-24-inch horizontal expansion envelope used in VEX Level Up, eliminating one of the few points of distinction present in RECF's initial publication. RECF likewise revised Pinnacle's neutral-goal rules to sharply restrict de-scoring, to prohibit it entirely during the final 30 seconds of each match, and to enforce those restrictions with red-card penalties, moving a previously distinct and strategy-defining gameplay rule substantially toward VEX Override's protected-goal framework. Although the manuals contain certain genuine differences, those differences do not cure the concentrated similarities, and the most material post-publication changes moved the games closer to VEX rather than further away. This is not the mere resemblance addressed by Paragraph 19(i), which by its terms shields only independently developed RECF materials, and only mere resemblance standing alone. RECF's apparent dependence on VEX-specific fields, game objects, robot dimensions, and other competition products further corroborates its continued reliance on the VEX competition framework. VEX has completed a detailed comparative analysis of the games, including their revision histories, and is prepared to present that evidence to the Court should RECF elect to seek judicial intervention concerning the matters raised in your letter.

**I. The Injunction Imposes No Supply or Sales Obligation on VEX**

The operative restraints relevant to the conduct alleged in your letter are set out in Paragraph 15(a) through (g). Each operates as a restraint. None obligates VEX to manufacture, sell, supply, stock, price, fulfill orders for, or maintain any sales channel for any product, to any customer, on any terms. Paragraph 15 nowhere addresses product supply, pricing, or availability: its only reference to selling is the Paragraph 15(e) prohibition against selling disputed assets, and its only affirmative component is the Paragraph 15(f) obligation to remit or escrow funds constituting payments for services RECF performed or registrations RECF administered, neither of which concerns the merchandising conduct described in your letter. The affirmative obligations in Paragraphs 16 through 18 run against RECF. This was a heavily negotiated agreed order prepared by able counsel for both Parties. Had the Parties intended to impose a continuing product-availability covenant on VEX, they would have written one. They did not. A court is without authority to enforce by contempt an obligation that a decree does not clearly and unambiguously impose. See Tex. R. Civ. P. 683; Ex parte Slavin, 412 S.W.2d 43, 44 (Tex. 1967) (orig. proceeding). Construed as a contract, the result is the same: Texas courts do not imply covenants that sophisticated parties omitted from an integrated agreement.

Your letter does not quote any operative restraint that the challenged merchandising decisions violate. It argues instead from a pleading, an obligation imposed on RECF, reservations clauses, a recital, and communications savings provisions. None creates the supply, pricing, fulfillment, or channel obligations RECF now seeks.

## II. The Letter's Sections A Through E Identify No Operative Restraint

Section A relies on an allegation in VEX's First Amended Petition. A pleading is not the Injunction, and Paragraph 22 authorizes enforcement of the Injunction, not alleged inconsistencies with a party's litigation positions. The cited allegation describes the parties' historical commercial arrangement and the obligations underlying VEX's claims. It does not allege that VEX assumed an indefinite obligation to continue supplying RECF or its participants after termination of the relationship. Whether any historical supply arrangement survived termination is a merits question, and Paragraph 13 expressly provides that the Injunction "is not a final adjudication of the merits, either in whole or in part." RECF may press its contract theories in the ordinary course of the litigation. It may not litigate them through a Paragraph 22 cure notice.

Section B inverts Paragraph 17. That paragraph imposes a conditional obligation on RECF to post a disclaimer on registration mechanisms for any RECF Competition that "does involve, or likely will involve, VEX products." Its conditional structure contemplates that RECF competitions may or may not involve VEX products. It presupposes nothing about VEX's merchandising and imposes nothing on VEX. If a competition does not involve VEX products, the obligation simply does not trigger.

Section C rests on Paragraph 19, which by its terms is a reservations section: "nothing in this Agreed Temporary Injunction shall be construed to" have the enumerated effects. A provision defining what the Injunction does not do cannot create restraints the Injunction does not contain. Paragraph 19(d) identifies the circumstances under which RECF may incorporate lawfully acquired VEX-branded hardware into an independent program. It does not require VEX to manufacture, stock, sell, or distribute any particular product, or to preserve any particular commercial channel. Paragraph 19(e) protects RECF's own ability to access VEX products on the same basis as a member of the public. It does not guarantee that any product will remain available to the public, and it does not confer on every team, coach, event partner, or other third party affiliated with an RECF program an independently enforceable right to compel a sale by VEX.

Section D invokes Paragraph 12, which states the purposes underlying the negotiated order. It does not independently prohibit conduct. A general statement of purpose cannot enlarge the specific restraints the Parties negotiated and the Court entered or create a product-supply mandate that appears nowhere in the operative provisions. If the recital preserving the status quo were itself an operative restraint reaching every post-entry business decision, Paragraph 15 would be largely surplusage.

Section E commits a category error. Paragraphs 19(f) and 20(d) are savings provisions describing communications the Injunction does not prohibit. A communication falling outside a savings provision is not thereby a violation; it is a violation only if it transgresses an operative restraint, and Section E identifies none. VEX does not accept RECF's selective and incomplete characterization of the customer communications at issue. VEX reserves all positions concerning the actual language used, its context, the customer's requested transaction, applicable inventory-allocation requirements, and the accuracy of each communication as a whole.

## III. Paragraph 15(f) Protects Robot Events Software, Not events.vex.com

Section F fails because it misidentifies the software protected by Paragraph 15(f). That provision addresses RECF's access to the Team and Event Management software licensed under the IT Services Agreement dated October 2, 2017, as renewed. Section 1(f) of that agreement defines the licensed "Software" as "that certain software created by IFI known as 'Robot Events.'" The agreement does not identify events.vex.com as licensed Software or grant RECF any license, credential, or contractual right of access to that platform.

Your letter does not identify any change in RECF's access to the licensed Robot Events software since entry of the Injunction. Upon entry of the Injunction, and as the Parties agreed, www.robotevents.com was reduced pursuant to Paragraph 16 to a neutral landing page. That condition is mandated by the Injunction itself and is the operative baseline: Paragraph 15(f) reaches only conduct that restricts RECF's access "beyond the restrictions already in place as of the effective date of this Injunction," and it cannot be read to condemn a condition the Injunction mandates. Nothing described in your letter alters it.

Instead, your letter states that RECF "understands" events.vex.com to be the platform through which the protected Team and Event Management software is administered. That understanding is incorrect. Events.vex.com is a website and platform controlled and administered by VEX and therefore falls within Paragraph 6's definition of a VEX-Controlled System. It is not the Software defined and licensed under the IT Services Agreement. The placement of products for sale on events.vex.com is therefore a merchandising decision involving a VEX-Controlled System, not a restriction, degradation, or termination of RECF's access to licensed Robot Events software.

Read as a whole, Paragraph 15(f) protects identified payment arrangements and RECF's access to the software licensed under the IT Services Agreement. It does not convert prior product availability, retail placement, or discretionary platform credentials into continuing commercial obligations.

## IV. Individual Event-Partner Credentials Are Not RECF's Licensed Access

Your letter's reference to an individual event partner's administrator credentials on events.vex.com does not implicate Paragraph 15(f). An individual credential on events.vex.com is not RECF's access to the Robot Events software licensed under the IT Services Agreement. Such credentials are provided for the administration of VEX programs on a VEX-controlled platform and do not become an RECF contractual right merely because the credential holder later elects to support an RECF competition. Paragraph 19(b) also confirms that the Injunction does not prevent VEX from operating and administering VEX Competitions using its own personnel, systems, and resources. The Injunction contemplates competition for event partners; it does not require VEX to provide an RECF-aligned third party continuing administrative visibility into VEX registration and financial information on VEX's platform.

## V. Response to RECF's Demands

Because no provision of the Injunction has been violated, there is nothing to cure. VEX declines demands (1) through (6), each of which seeks relief the Injunction does not provide and obligations the Parties did not agree to. Demand (7) is satisfied by this letter. VEX's merchandising decisions and administration of its own systems are consistent with the Injunction. VEX does not admit RECF's factual characterizations of any particular customer communication or transaction.

Should RECF nonetheless apply to the Court under Paragraph 22, VEX will oppose the application and will seek its reasonable and necessary attorneys' fees and all other available relief to the extent authorized by applicable law. In connection with VEX's own enforcement application described in Part VI below, VEX will seek the attorneys' fees Paragraph 22 authorizes in connection with a successful enforcement proceeding. An application asking the Court to impose supply, pricing, fulfillment, and channel obligations appearing nowhere in the agreed order is not an application to enforce the Injunction; it is an application to rewrite it.

### VI. Independent Notice of RECF's Violations; Demand to Cure Under Paragraph 22

Independently of the foregoing response, and regardless of whether RECF pursues the allegations in its July 30 letter, this letter also provides VEX's written notice to RECF under Paragraph 22 of the Injunction. VEX has identified the following violations, each of which RECF must cure within five (5) business days after receipt of this letter.

**A. RECF's published game manuals copy and substantially imitate VEX Competition Materials.** Paragraph 14(b) enjoins RECF from using VEX Competition Materials in promoting, managing, operating, or holding any RECF Competition, and from otherwise copying, using, referencing, or linking to those materials, except as allowed and in the manner provided by the Injunction. Paragraphs 19(c) and 19(d) preserve RECF's ability to operate independent programs only through, among other conditions, RECF's own independently and in good faith developed manuals and rules that do not copy, reproduce, substantially imitate, or intentionally replicate unique VEX Competition Materials. RECF's published Tier Takeover and Pinnacle manuals copy and substantially imitate unique VEX Competition Materials from VEX Level Up and VEX Override, including distinctive rule organization and formulations, scoring descriptions, and the selection and arrangement of competition-administration content. This is not the mere resemblance addressed by Paragraph 19(i), which by its terms shields only independently developed RECF materials, and only mere resemblance standing alone. During a June 19, 2026 call between VEX's counsel and RECF's counsel, in which RECF raised concerns about product availability, VEX's counsel raised VEX's concerns regarding the similarity of RECF's published game manuals to VEX Competition Materials. RECF's counsel accordingly had actual notice of VEX's copying concerns before RECF's subsequent manual revisions were published. Notwithstanding that notice, RECF's subsequent v1.1 revision of Tier Takeover adopted a game-play element, the 24-inch horizontal expansion allowance, that RECF had omitted in its initial publication, causing the revised manual to more closely replicate VEX Level Up than it did in its original form. RECF's subsequent revision of Pinnacle likewise restricted its previously open de-scoring of neutral goals by limiting removal to a single game object from the top of a stack, confining removal to the first 90 seconds of the match, prohibiting removal entirely during the final 30 seconds, and enforcing the restriction with red-card penalties, moving a previously distinct and strategy-defining gameplay rule substantially toward VEX Override's protected-goal framework. RECF's post-notice revisions are not a cure; they are confirmation. VEX has conducted a comparative analysis of the manuals, and the similarities to VEX's game manuals are extensive and well-documented. VEX reserves all rights to present that record to the Court should RECF fail to cure.

**B. RECF's Paragraph 17 disclaimer is not prominently posted.** Paragraph 17 requires RECF to prominently post the prescribed disclaimer on every covered competition-registration mechanism. On RECF's event-registration website, the disclaimer appears in type materially smaller and less conspicuous than the surrounding principal content, comparable to a copyright legend at the foot of the page. That presentation is not prominent and defeats the disclaimer's agreed purpose of preventing confusion regarding RECF's lack of authorization to organize, promote, approve, or manage VEX competitions.

**C. RECF continues to use a recruiting video that displays VEX Marks and Competition Identifiers and implies current VEX authorization.** RECF continues to display and use a volunteer-recruiting video that prominently and repeatedly displays VEX Marks and Competition Identifiers and VEX-branded competition materials and is narrated by a current VEX employee whose voice is widely recognized within the competition community. RECF's current use of that video to recruit volunteers for RECF competitions uses VEX Marks and Competition Identifiers and presents current VEX personnel in a manner that implies that RECF is authorized by VEX to promote, manage, operate, or hold VEX Competitions, in violation of Paragraph 14(a).

**D. RECF continues to host VEX-branded promotional content in a forum it administers.** A private social-media group operated in connection with RECF events and administered by RECF personnel currently hosts promotional content displaying VEX Marks and Competition Identifiers and directing members to VEX-branded instructional materials. The content was posted by an individual who publicly identifies as an RECF-aligned event partner. RECF's administrators control the forum and can review and remove content posted within it. Paragraph 9 of the Injunction binds RECF's officers, agents, servants, employees, and attorneys, as well as those persons in active concert or participation with RECF who receive actual notice of the Injunction. This letter provides express notice of that content. Now that RECF has express notice and retains control, RECF's continued knowing maintenance and approval of the content in a forum RECF administers and uses to promote RECF events is RECF's own use of VEX Marks and Competition Identifiers and of VEX Competition Materials in violation of Paragraphs 14(a) and 14(b).

**E. RECF lists "VEX Robotics" as a specialty on its own LinkedIn profile, causing RECF to appear in search results for VEX-branded terms.** RECF's LinkedIn page currently lists "VEX Robotics" under the "Specialties" field on its About page. As a result, RECF appears among the top search results when users search for "VEX Robotics" and related terms on LinkedIn, including in geographic markets such as Australia where VEX and Global Robotics are actively growing their competition programs. RECF is not authorized to organize, promote, approve, or manage VEX competitions and has not been since IFI's termination of RECF for cause. "VEX Robotics" is among the VEX Marks and Competition Identifiers enumerated in Schedule 2 to the Injunction. RECF's affirmative listing of "VEX Robotics" as a current specialty on its own profile page uses VEX Marks and Competition Identifiers in a manner that implies that RECF is authorized by VEX to promote, manage, operate, or hold VEX Competitions when no such authorization exists, in violation of Paragraph 14(a) of the Injunction.

Within five (5) business days after receipt of this letter, VEX demands that RECF: (1) cease publishing, distributing, and using the identified game manuals and any other manual that copies or substantially imitates unique VEX Competition Materials, and remove those manuals from public availability pending revision; (2) display the Paragraph 17 disclaimer in a location, type size, contrast, and format that makes it readily noticeable and satisfies the requirement that it be prominently posted; (3) remove the volunteer-recruiting video or revise it to eliminate unauthorized VEX Marks and Competition Identifiers, VEX-branded competition materials, and any presentation of current VEX personnel that implies VEX endorsement, sponsorship, or authorization of RECF's current programs; (4) remove the identified VEX-branded promotional content from the RECF-administered forum; (5) remove "VEX Robotics" and any other VEX Mark or Competition Identifier from RECF's LinkedIn profile and any other social-media profile on which RECF has listed VEX Marks and Competition Identifiers as a specialty, area of focus, or similar descriptor; and (6) confirm RECF's compliance in writing on or before expiration of the cure period. If RECF does not cure within five (5) business days after receipt, VEX will apply to the Court under Paragraph 22 for enforcement, including an order declaring RECF in violation, enjoining the continuing conduct, and awarding VEX its reasonable and necessary attorneys' fees, together with such other relief as the Court deems appropriate.

Nothing in this letter waives, and VEX expressly reserves, all of VEX's and Innovation First International, Inc.'s rights, claims, defenses, and remedies. That reservation includes all positions concerning the accuracy of the factual assertions in RECF's July 30 letter, none of which is admitted, and all rights and remedies concerning RECF violations of the Injunction, whether or not identified above. VEX remains willing to confer with counsel regarding the Parties' respective compliance concerns, but the cure period stated in Part VI will run in the meantime.

Respectfully,

John Harvey

cc: Joel Geary and Grant Stock
Waddell Serafino Geary Rechner Jenevein, P.C.
1717 Main Street, Suite 2500, Dallas, Texas 75201
Via email: jgeary@wslawpc.com; gstock@wslawpc.com

# EXHIBIT B

**CAUSE NO. 96313**

| | |
|---|---|
| **VEX ROBOTICS, INC.,** | **IN THE DISTRICT COURT** |
| **Plaintiff/Counter-Defendant** | |
| **v.** | |
| **ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.,** | **354TH JUDICIAL DISTRICT** |
| **Defendant/Counter-Plaintiff/Third-Party Plaintiff** | |
| **v.** | |
| **INNOVATION FIRST INTERNATIONAL, INC.,** | **HUNT COUNTY, TEXAS** |
| **Third-Party Defendant** | |

**DECLARATION OF DAVID BENNETT IN SUPPORT OF RECF'S EMERGENCY MOTION TO ENFORCE THE AGREED TEMPORARY INJUNCTION**

I, **DAVID BENNETT**, hereby declare and state as follows.

1. My name is David Bennett. I am over the age of 21, of sound mind and body, and capable of making this Declaration. My date of birth is March 21, 1985, and my address is 8 Evonvale Ct, Greenville, SC 29605. I make this Declaration based upon my personal knowledge. The statements contained herein are true and correct.

2. I submit this Declaration solely in my personal capacity, based on my own experiences and observations. I do not speak for, and nothing in this Declaration is submitted on behalf of, my school, my school district, or any other organization. I am submitting this Declaration under my own name.

3. As a summary with more detail below, because our state is remaining with RECF for robotics competitions, I cannot obtain the VEX field elements needed for my

school's engineering classes, our competition robotics teams, the brand-new teams I help start in my region, or the robotics competition event I host. Students will show up at our doors on Tuesday, August 11, 2026. One of the first projects in our engineering classes is supposed to use the current VEX field. Without field (game) elements, I cannot implement that project, the new teams cannot get started, and I have no avenue to host my event.

4. I have worked at a public high school in Greenville, South Carolina for eight years. I am the Career and Technical Education ("CTE") department chair at my school, and I sit on the CTE advisory board for Greenville County Schools.

5. I am also the lead event partner for the Carolina Countdown, a signature RECF event and one of the largest robotics competition events in the Southeast United States.

6. South Carolina voted as a whole to remain with RECF. Teams in our state would have the option to participate in both programs if they chose. But as a practical matter there are no real options in the state to compete in the VEX program, and our teams have certainly not opted to do that. We do not intend to.

7. The teams I describe in this Declaration — our school's ten teams and the brand-new teams described above — are not registered VEX or Global teams. I know from my own experience and those of my coaches that VEX is currently only selling this season's field elements to buyers registered with VEX's affiliated competition program. That is why the teams I describe cannot get field elements: they are not registered with VEX.

8. Registering our teams with the VEX program in addition to RECF, just to buy products, would cost thousands of dollars for our ten teams. That is just not possible. We have a public school budget.

9. The availability of VEX field (game) elements has been a major concern for us.

10. Our school runs one of the largest Project Lead The Way engineering curriculums, with over 200 students at our school. We run ten competition robotics teams.

11. As noted above, one of the first projects in those engineering classes, in the first couple of weeks of the school year, uses the current VEX field. We are not able to implement that project until we have the current field (game) elements.

12. My classroom also has a project that I have run for the past six years. I was able to run that project in each of those years, including the school year that ended this spring, because we had the necessary VEX materials. If I cannot buy field elements now, that project will have to be changed.

13. For years, I have worked with a middle school teacher in this region to support brand-new robotics teams. Those new teams have been able to get grants from a local nonprofit, and they have always been able to work through RECF to make sure they could get all of the equipment needed for those new teams. The teacher and I supplement that support with professional development about how to start teams and how to run them.

14. Now those brand-new teams are unable to get field elements, so we cannot get them started. There are a few teams out there that would like to start, but they are in a holding pattern.

15. As a local RECF event partner, I have no avenue to host my event without game elements. We are also trying to review what our budget for the signature event would look like.

16. Students will show up at our doors on Tuesday, August 11, 2026 and we will not have the VEX game components we planned for and relied upon because VEX changed its sales practices and will only sell them to VEX registered teams. We have students in

automation and robotics classes and in computer integrated manufacturing classes, all of which are intended to use these products, not to mention the after-schools we use to promote students in STEM.

17. Based on my conversations with students and coaches in our program, there is widespread confusion about what is going to happen this year. In my experience, that risks students leaving robotics.

18. When students step away from robotics, we see them move on to sports, band, athletics, and various other clubs and areas of interest. South Carolina already struggles because we cannot graduate enough STEM professionals. These programs are an enormous pipeline for us to work with our local industry and to make sure we are growing that area of our state.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Greenville County, State of SC, on August 10, 2026.

Signed by:
David Bennett
DBFBAD86D2B248B...
David Bennett

# EXHIBIT C

**CAUSE NO. 96313**

| | |
|---|---|
| **VEX ROBOTICS, INC.,** | **IN THE DISTRICT COURT** |
| **Plaintiff/Counter-Defendant** | |
| **v.** | |
| **ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.,** | |
| **Defendant/Counter-Plaintiff/Third-Party Plaintiff** | **354TH JUDICIAL DISTRICT** |
| **v.** | |
| **INNOVATION FIRST INTERNATIONAL, INC.,** | |
| **Third-Party Defendant** | **HUNT COUNTY, TEXAS** |

**DECLARATION OF BILL RICHARDSON IN SUPPORT OF RECF'S EMERGENCY MOTION TO ENFORCE THE AGREED TEMPORARY INJUNCTION**

I, **BILL RICHARDSON**, hereby declare and state as follows.

1. My name is Bill Richardson. I am over the age of 21, of sound mind and body, and capable of making this Declaration. My date of birth is October 26, 1969, and my address is 121 Greenbriar Drive, Madison, in Madison County, Mississippi, 39110, United States. I make this Declaration based upon my personal knowledge, in my personal capacity and not on behalf of my school. The statements contained herein are true and correct.

2. I have been involved in robotics through what had been the collaboration between RECF and VEX for approximately 14 to 15 years. I co-founded the high school robotics program in Madison County, Mississippi; taught in the Madison County Schools until my retirement from public education approximately four years ago; and coached teams that were among the winningest in the Southeastern United States. I now teach middle school

and high school at a private school that hired me specifically to build its robotics and technology program. I oversee robotics school-wide, have taken teams from the school to the World Championship, and serve as a head referee at competitions throughout our region.

3. I order the game elements and robot parts for my school, including for a colleague who teaches robotics in the lower grades.

4. Before this season, VEX Robotics, Inc. never conditioned availability of its products on which competitions we attended. This season is different.

5. Shortly after the World Championship, in late April or early May 2026, and before I learned about the Agreed Temporary Injunction in the case between RECF and VEX and before the VEX purchasing restrictions began, I ordered two sets of middle school game elements through ordinary channels and received them.

6. After RECF released its own competition game in early June 2026, I looked at VEX's public store myself. I saw that the same kinds of game elements I had been able to order weeks earlier were now shown as out of stock.

7. I then wrote VEX emails on June 11, 2026 and July 6, 2026, in which I wrote that I needed to buy game elements to teach my robotics class and for competitions, and asked in the June 11 email, "How am I going to purchase the game elements for my field so that I can teach class?" In response, VEX both times said I would need to register for VEX competitions, stating on July 6: "As published on our website, Full Game and Field Element Kits, Competition Field Perimeters, and related items are now available exclusively for registered VEX Teams and Event Partners."

8. In late June 2026, I tried again to order the new season's game elements for my high school and could not. I was given contradictory requirements: Leslie Cruz of

Innovation First (VEX's parent company) told me I had to be an approved event partner; Keith Northcutt, a regional sales representative, told me by phone that I had to have a registered team. I was then told I needed an approved event. I had an event already created, but it had disappeared from my account, and my event-partner status had been pulled. When I asked Ms. Cruz about it, my status and event reappeared.

9. Unable to purchase any other way, I registered my high school team in VEX's system — at a cost of approximately $175–$200 — solely so that I would be permitted to buy approximately $750 of game elements. When I had first attempted that purchase, the site let me load my cart but blocked the order with a message that, in substance, required event-partner access or a registered team; once my team registration was in the system, the order went through. I deliberately completed that purchase before attending the VEX summit in July 2026 because I was concerned that, once my RECF affiliation was known, I would be cut off.

10. The unwanted VEX registration and related fees together consumed roughly $300 of my budget for robotics parts. In concrete terms, that translates to a set of wheels and a set of metal my students will not have.

11. My school's needs for this year have since grown. My colleague, for whom I make these purchases of robotics equipment, told me that her middle school robotics classes have doubled or tripled in enrollment and that she needs an additional field and more game elements. Because VEX event partners are permitted to order those game elements and items, I have created and maintained an approved event in VEX's system that I am undecided about whether I will run, since I created it in order to be permitted to make that purchase.

12. In my interactions with VEX during this period (June - July 2026), I was asked by VEX representatives whether I was going to host a VEX sponsored event and I was told I had to have a registered team. I understood that unless the answers were yes, I could not buy the products I need to teach — not only to compete — and I felt intimidated.

13. One of my students has since confronted me about my team appearing in VEX's system as a registered VEX team, which creates the false impression that my program has chosen VEX. It has not; I registered because it was the only way to obtain game elements.

14. On August 2, 2026, during a conversation with RECF's counsel, I tested VEX's public online store at the same time, each placing the same game element products in our carts. On my account, now associated with a registered VEX team and an approved event, I was able to proceed to the payment screen; I photographed it.

15. I attended VEX's event-partner summit in Texas on July 21–22, 2026 and was present in the sessions I describe below. At a first-day session, VEX's co-founders took questions submitted by attendees through a QR code. One submitted question, as read aloud, was: "If Vex is willing to paywall some of their products now, what assurances do we have that they won't do it again in the future?" Co-founder Tony Norman answered. I heard him say: "Yes. We did put a paywall up, and we did that on purpose not to be vindictive or anything against anybody else, any of the groups. It's merely for the fact that we have to forecast our product." He went on to say: "we're trying to be very careful to make sure that all of our customers have what they need"; "it's literally just a protection of the customer base"; "we don't know how to forecast for other groups, and we didn't know this was coming. So so, yes, in the future, we may have to do something like that"; and "So that's the reason that was done, and I'll take responsibility for doing it."

16. Based on my 14–15 years as a coach and event organizer in this community, and my knowledge of typical purchasing timelines, every established coach who intended to compete in VEX's new competition would have ordered game elements over the summer, as soon as fiscal-year budgets passed, to have equipment in place by August. The only significant group still needing to order now is the group of teams waiting to compete with RECF. My own school year has begun, and from my role in this community I know that the season's first events have already been held. Based on my personal experience, whatever time VEX needed to take care of the teams in its own system has now come and gone: everyone who was going to order from VEX or Global has had the whole summer to do it, and the buyers who are left are, in the main, the teams waiting to see whether they will be allowed to buy game elements so they can compete with RECF. Any teams that chose to register for VEX events have had the whole summer to order, so there is no reason left for the purchasing gate to be closed to the rest of us.

17. At the summit, other coaches confronted me about my school's choice — asking how I dared choose RECF because my students would not be able to buy VEX equipment. Other event partners I spoke with at VEX's summit and at RECF's summit (I attended both) said they had been told the same purchasing requirements I was told; two of them are event partners from Maryland and Virginia. One of those event partners told me he is considering taking "an off year" since if he cannot get game elements, he cannot run the robotics program that is his job. Like me, they kept quiet publicly to avoid being cut off. Public posts in the "VEX World Coaches" Facebook group, of which I am a member, describe the same requirements repeatedly. I do not recount what these event partners told me, or the content of the posts, for the truth of the matters stated, but so the Court is aware that

these witnesses and materials exist and that their testimony and copies can be obtained, particularly under an order protecting them from retaliation.

18. If I am cut off from VEX products, my program is stranded: my school already has a very significant investment in VEX equipment and the parts are consumable — metal gets cut, parts are lost, motors burn out — with VEX the sole source of compatible replacements. RECF's decision this season to permit alternative suppliers and limited 3D printing is genuine relief, but transitioning systems would take a substantial new investment. I fear being cut off because of this Declaration; I am submitting it anyway because of the urgent situation I describe in this declaration.

19. The urgency is now. In a normal year my teams begin building the day they return from the World Championship because game pieces are available. This summer, my teams have been reduced to sharing sketches and ideas by group text because we could not get parts in time. Students build their season through early events, then qualifying, through the state championship. A team that cannot build until October cannot simply join in and catch up. My school hired me specifically to build and run this program; if my students cannot compete this season, my own position could be at risk as well. Nearly all of my graduating robotics students have gone on to engineering programs; the competition season is where they learn to lead, plan, and work as a team, and they get that nowhere else. A lost season cannot be paid back to them afterward.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Madison County, State of Mississippi, on August 10, 2026.

DocuSigned by:
12B07317FDA0443...
Bill Richardson

# EXHIBIT D

**CAUSE NO. 96313**

| | |
|---|---|
| **VEX ROBOTICS, INC.,** | **IN THE DISTRICT COURT** |
| **Plaintiff/Counter-Defendant** | |
| **v.** | |
| **ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.,** | **354TH JUDICIAL DISTRICT** |
| **Defendant/Counter-Plaintiff/Third-Party Plaintiff** | |
| **v.** | |
| **INNOVATION FIRST INTERNATIONAL, INC.,** | **HUNT COUNTY, TEXAS** |
| **Third-Party Defendant** | |

**DECLARATION OF WENDI HARDEN IN SUPPORT OF RECF'S EMERGENCY MOTION TO ENFORCE THE AGREED TEMPORARY INJUNCTION**

I, **WENDI HARDEN**, hereby declare and state as follows.

1. My name is Wendi Harden. I am over the age of 21, of sound mind and body, and capable of making this Declaration. My date of birth is January 7, 1973, and my address is 3265 E Wildhorse Drive, Gilbert, Maricopa County, Arizona. I make this Declaration based upon my personal knowledge. The statements contained herein are true and correct.

2. I submit this Declaration solely in my personal capacity, based on my own experiences and observations. I do not speak for, and nothing in this Declaration is submitted on behalf of, any school district, school, or the Arizona Interscholastic Association ("AIA").

3. As a summary with more detail below, I am unable to purchase the VEX field elements necessary to carry out my professional responsibilities. I require multiple field sets to support my engineering and robotics classes, fulfill my commitment as a coach for the AIA

RECF season, and continue implementing the SkillsUSA Mobile Robotics program that has been part of my engineering standards for several years. Because school has started, the standards have already been shared with parents. The standards center on the engineering design process, and align with the SkillsUSA state competition rubric, which uses RECF competition materials that require VEX Field Elements. Without access to these field elements, I cannot fully implement my approved Career and Technical Student Organization ("CTSO") meeting the requirements of my federally funded Career and Technical Education ("CTE") engineering program, fulfill my coaching responsibilities, or provide students with the hands-on experiences they need to be successful.

4. I personally contacted VEX and was informed that I could not purchase the field elements needed for my classrooms and after-school program because I did not have a registered team or host events within the VEX-affiliated Global competition system. As many Arizona schools and the Arizona Interscholastic Association ("AIA") have chosen to continue competing through RECF for our state AIA STEM-sanctioned activity, this restriction negatively impacts not only my students but many others across Arizona who rely on these materials for classroom instruction, CTSO participation, and competition preparation.

5. Additionally, many members of the robotics community, including myself, are concerned that speaking publicly about these issues could result in retaliation or exclusion from future opportunities, making it important that the Court has access to evidence from those directly affected.

6. I have been involved in youth robotics for approximately 15 years. I have taught math and/or engineering at an Arizona public high school for seventeen years. I also teach robotics at a public Arizona junior high school. My high school engineering classes are

CTE classes. I organize local robotics tournament events and statewide robotics events sanctioned by the AIA, and I hold the role of AZ Robotics Director with the AIA.

7. I personally coach approximately eight competition teams at the junior high and high school levels, typically four to six students each. There are approximately 120 students in my classroom program, and between 50 and 100 students in my robotics program at the start of each year. Last year, the robotics community I worked within included approximately 204 teams, and I helped organize and run a signature RECF event that involved approximately 200 additional teams that came from around the world.

8. Prior to the end of the 2025-26 school year, I purchased one of the four field elements needed for my class from VEX. On March 27, 2026, I submitted a purchase order to VEX for products and field elements for one of my classes. For years, I have purchased VEX equipment for both school orders (such as for teaching in the classroom) and personal orders (for my team). The order, which included a kit and additional parts, was made and then delivered on May 6, 2026, without any restrictions.

9. CTE programs like mine are required to maintain a CTSO. My CTSO is SkillsUSA, and SkillsUSA partners with RECF for the mobile robotics competition on which my program and standards are built. My students must learn and be evaluated under RECF's rubric and interview format for the CTSO competition. RECF's Mobile Robotics competition serves as the foundation for the SkillsUSA Mobile Robotics event and uses VEX field elements. As a result, my school has purchased VEX field elements for classroom instruction, and I have trained my students using that equipment in preparation for both classroom learning and SkillsUSA competition. Because the SkillsUSA mobile robotics competition is built around

VEX field elements, my high school engineering standards depend on access to VEX Robotics Field kits—equipment I have taught and coached with for years.

10. In early July 2026, I attended an education conference in Tucson, Arizona. Colleagues from member schools told me at that conference that VEX had stopped their purchase orders—one told me VEX had stopped all of the school's purchase orders such that the school could not buy VEX products even for classroom standards; another told me the school could not buy VEX products for its SkillsUSA CTSO. I was warned to call VEX before submitting a purchase order because "even as a SkillsUSA member, we couldn't buy the product." I was also told that certain school districts had purchase orders stopped even though those districts had not declared for either program. I recount what my colleagues told me not for the truth of those statements, but to explain why I took the step of calling VEX directly rather than submitting a purchase order. I am not identifying those schools and districts in this Declaration because they fear being cut off by VEX.

11. Because of what I was told in Tucson, I called VEX directly to place an order instead of simply obtaining a written purchase order from my district and submitting it to VEX like I did in March 2026. In my district's process, a submitted purchase order ties up the encumbered funds for approximately 30 days whether or not the vendor honors it. I have limited funds and cannot afford to tie them up on products I may not be able to buy.

12. So instead of submitting a purchase order, on July 20, 2026, I called VEX's 1-800 sales number and asked whether I could buy field elements. The VEX representative told me no—not unless I was a "Global team." I said that I needed the field elements for my class and for SkillsUSA. The representative told me that I could not buy those elements. During the

call, the representative asked whether I was registered with Global and for my team number. I told them I was not, so they refused to sell to me. I am still not registered with Global.

13. As of today, I urgently need to purchase (i) four VEX field elements for AIA sanctioned events (which use the RECF competition program) and (ii) three VEX field elements for my classroom program (which uses the RECF program created for SkillsUSA). In other words, RECF provides the program materials for both the Arizona sanctioned competition events and my classroom program. Neither are Global events. Regardless, VEX will not sell to me.

14. On August 1, 2026, I participated in a community Zoom meeting of the Arizona robotics community that I understood to include approximately 56 participants, with representatives of both RECF and the VEX-affiliated Global Robotics and Science Foundation ("Global") present. The virtual session was recorded by the meeting organizer, Landon Huber and the organizer stated during the session that the recording would be made available to the participants; an automated transcript was generated, and the recording was released.

15. I have reviewed the recording, and my recollection of what was said matches the quotations below. During the question period, the host, Landon Huber, read aloud a submitted question: "if teams decide to go RECF, will they be able to purchase field elements from, I'm assuming that is VEX?" Global's representative answer was: "Not at this point," and then: "Not at this point. That is in… that was in the, agreement between Global and VEX. I can't speak on that. I don't know about it. All I know is that the answer is no." I then heard her say that "[p]eople are trying to register for events in Global so that they can order a mass amount of kits, and then turn around and use them for, other type things," that they "are

appearing quite regularly on eBay," and: "So, that is why the purchasing, excuse me, restrictions are happening as they are right now." I subsequently verified the above quotations from the recording. The representative from Global separately said that a purchaser must "get prior approval for multiple kits" because "people are reselling," and that "[i]t is possible" to obtain more with pre-approval—she described one Global-affiliated organization approved for 21 units—and that "special" "[v]ariations, variances can be had, depending on what your event looks like."

16. In my years in this community, VEX products have regularly been resold on eBay, and to my knowledge VEX never restricted public sale of competition products on that basis before this season.

17. My schools are already in session. Arizona districts in my area run nearly year-round calendars for classrooms and robotics programs. My first day back was July 21, 2026, and a neighboring district returned the week of July 13. My junior high robotics course is an 18-week course, of which about two weeks have already run.

18. As to the competition teams, on or about July 27, 2026, the AIA announced its decision that it would affiliate with the RECF competition program for this 2026-2027 school year. The competition season begins in September and October; competition fields do not arrive pre-built, and in my experience require approximately a month to acquire and build before teams can practice on them. My inability to purchase VEX field elements is harming my students involved in competition teams, and that harm is being suffered by other teams in Arizona who compete in official Arizona Interscholastic Association sponsored events.

19. Also, my classroom needs to comply with the SkillsUSA standards. If I cannot purchase VEX competition products, I will have to decide within approximately two weeks

of the date of this Declaration to rewrite my classroom standards away from the mobile-robotics course of study that my classes are built on, and for which I have training and my district has invested substantial resources. Rewriting the standards means moving to a subject matter for which I have no training, no knowledge base, and no equipment— and my students would lose the robotics program they signed up for.

20. The classroom loss does not stay in the classroom: part of what makes the course matter to my students and their families is that the students are preparing to compete in the RECF SkillsUSA events (which are different than the RECF/AIA competitions) and to have a real chance to succeed when they get there. Sometimes this is the first time a student ever builds a robot and finds passion for developing further skills.

21. Although most of our teams have already begun some design work, they cannot finish to design, build, test, and iterate without the field components in hand—students cannot prepare that way. I also believe that rewriting my standards would mean moving my students out of mobile robotics into a different SkillsUSA competition category. In my experience, students and families do not regard a substituted non-robotics program as equivalent, and a competition season, once lost, is not recovered by those students. Most students only get one year at each grade level.

22. Many of the schools I work with are Title I schools that cannot afford to register teams in both the RECF and Global competition programs. Some of the grants supporting robotics purchases in my community have been written through RECF. I understand the language of those RECF-written grants ties the purchases to participation in RECF competition, so those funds cannot simply be redirected.

23. I was also told by an individual coordinating with RECF on parts availability that a corporate-sponsored robotics program serving mostly inner-city schools and Title I schools canceled its robotics event this season after VEX would not sell it parts. I recount that report not for its truth, but so the Court is aware that this evidence exists and can be obtained.

24. I have spoken with schools, coaches, and colleagues who have relevant information about VEX's refusals to sell but who have told me they do not want to come forward or be identified, because they fear VEX will cut them off from purchasing the products their programs depend on or otherwise penalize them.

25. After I spoke at the August 1 zoom community meeting recounted in the recording described above, Global's representative was openly hostile to me in front of the community. I have personally experienced being cut off by organizations in professional settings after speaking against an organization's interests. I understand the risk I am taking by submitting this Declaration under my own name.

26. If the Court orders that no person or organization may be retaliated against — including by refusal or restriction of purchases—for providing evidence in this matter, based on my communications with other people in the robotics community, I believe additional witnesses with direct knowledge of VEX's refusals would be willing to come forward if the Court issues protective measures preventing retaliation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in maricopa County, State of Arizona, on 8/10/2026 | 11:53 AM PDT.

DocuSigned by:
Wendi Harden
DD6A2D5CA495466...
Wendi Harden

# EXHIBIT E

**CAUSE NO. 96313**

| | |
|---|---|
| **VEX ROBOTICS, INC.,** | **IN THE DISTRICT COURT** |
| **Plaintiff/Counter-Defendant** | |
| **v.** | |
| **ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.,** | **354TH JUDICIAL DISTRICT** |
| **Defendant/Counter-Plaintiff/Third -Party Plaintiff** | |
| **v.** | |
| **INNOVATION FIRST INTERNATIONAL, INC.,** | **HUNT COUNTY, TEXAS** |
| **Third-Party Defendant** | |

**DECLARATION OF LeROY NELSON IN SUPPORT OF RECF'S EMERGENCY MOTION TO ENFORCE THE AGREED TEMPORARY INJUNCTION**

I, **LeROY NELSON**, hereby declare and state as follows.

1. My name is LeRoy Nelson. I am over the age of 21, of sound mind and body, and capable of making this Declaration. My date of birth is December 14, 1947, and my address is 1457 3rd Street, Manhattan Beach, Los Angeles County, California. I make this Declaration based upon my personal knowledge, including knowledge gained through my role as founder and director of the nonprofit Los Angeles Robotics, which is commonly called LA Robotics. The statements contained herein are true and correct.

2. I have been involved in youth robotics programs since 2001, when my sons joined a high school *FIRST* Robotics Competition (FRC) team. From 2001 to 2011, I mentored four high school FRC teams that also competed in the VEX Robotics Competition. From 2003 to 2007, I coached several *FIRST* LEGO League (FLL) teams and ran FLL robotics

competitions for elementary and middle school students. From 2007 to 2014, I ran the Los Angeles Region FLL tournaments and championships as Operational Partner. From 2014 to 2017, I was employed part-time as a Regional Support Manager by the Robotics Education and Competition Foundation ("RECF"). During that employment, I worked extensively on the team and event registration platform at robotevents.com, including approximately six months spent testing and troubleshooting the then-new version of that platform so that it would work well for coaches, event partners, and RECF's regional support managers. I am personally familiar with how robotevents.com functions, how coaches and event partners use it for teams and events, and how purchases relating to competition programs have historically been made.

3. Since 2015, I have used LA Robotics to sponsor youth robotics teams in the Los Angeles Unified School District ("LAUSD"), one of the lowest-income districts in the country. I have sponsored over 500 VEX IQ teams at over 300 LAUSD elementary and middle schools. I process team grant applications to provide equipment and support for teams. The equipment that I provide teams includes competition kits, practice fields, and game and field element kits (game kits) for the first year. I also provide virtual and hands-on coach training. In 2018, I was named the VEX IQ Volunteer of the Year and was inducted into the RECF STEM Hall of Fame at the VEX World Championships in Louisville, Kentucky after starting my first 200 teams.

4. Last season, I coordinated 14 leagues and 2 conference championships for 366 teams at 156 schools. Prior to last season, I also coordinated region VEX IQ championships for Southern California. I plan to have 15 or 16 leagues this season. The leagues are hosted by schools. I and/or my colleague attend each league session. We train

the host schools' event volunteers. Through LA Robotics, I provide any extra equipment that hosts need, including competition and practice fields, game kits for the first year, inspection stations, and routers and tablets for remote scoring. League host schools use league registration fees to purchase game kits after the first year. I am a registered event partner.

5. Since 2015, in connection with my sponsorship grants, I have purchased substantial quantities of VEX products and had them shipped directly to schools. I personally register one team and order one game kit at the beginning of each season, which I use for coach training. Before June of this year (2026), my ability — and, to my knowledge, anyone's ability — to purchase VEX competition products through ordinary public channels was never restricted based on program affiliation or team registration.

6. Based on my regular use of the platform, robotevents.com stopped working on or about May 28, 2026. VEX thereafter directed users to its own new platform, events.vex.com.

7. In mid-June 2026, after seeing reports on social media that people were having problems purchasing VEX game kits, I tested VEX's events.vex.com platform myself, using two different sets of credentials, to determine what my teams and event partners would experience:

a. Logging in with my LA Robotics credentials — which carry over my event-partner and coach status from robotevents.com — I successfully accessed events.vex.com/products and placed an order for a game kit. The total cost of home delivery of a game kit, with shipping and tax, was $262.58. I placed orders to verify availability, but I did not complete purchases.

b. Logging in with my personal Gmail credentials — an account registered on RobotEvents but not an Event Partner and not connected to a paid team — I could not view the products at all. Instead, the site displayed a message stating, "Only accounts with a verified email that are event partners or have a paid team in the current season may view program products." I transcribed that message from my screen at the time I viewed it, and I reported this problem to my RECF Regional Support Manager.

8. VEX also has a public store at a different web address (vexrobotics.com), which uses different login credentials, but the results are substantially the same. Based on my testing, using my own accounts, a coach must have a paid team registration in VEX's event system in order to purchase game kits on vexrobotics.com; a paid RECF team registration is not recognized for this purpose. However, registered event partners can access the site and place orders for this year's game kits.

9. In the regular course of operating LA Robotics and my leagues, I retain and archive the emails that I receive from VEX and from RECF, as well as emails that my teams send me. I searched my archive of VEX and Global Robotics and Science Foundation (GRSF) announcements through the end of June 2026, and I found no email announcing that the game kits had been moved exclusively behind events.vex.com (even though that is what was happening starting in mid-June when I went to VEX websites I just mentioned).

10. I receive emails almost daily, some days more than one, from LAUSD principals and coaches asking whether our program has decided to go with VEX or with RECF so that they can purchase game and field element kits for the coming season. Principals and coaches are confused about what to do and how to plan for the season

because of VEX's new game kit sales restriction to only paid teams registered on events.vex.com..

11. For example, on June 12, 2026, I received an email from one coach, Leilani O'Dell, who replied to all in a chain of approximately 25 coaches in her league, stating in part: "Looks like the field kit can only be purchased through VEX events after a team registers" and stating that she is going to hold off until LAUSD decides what it is going to do this season given the confusion about obtaining game elements. I recognize Ms. O'Dell's email address from my regular dealings with her as a coach in my leagues.

12. Also in mid-June 2026, I received an email from a coach stating: "We are trying to order field element kit and are being told that we can't unless our teams are registered with VEX. Can you please clarify what is happening between VEX and RACF? I'm so confused."

13. Communications like those I describe above and the online discussions in forums that I read, are what prompted me to test the events.vex.com platform myself, to report my findings to RECF, and to advise teams and event partners to wait until August for the issues to be resolved.

14. I still hold event-partner administrator access to events.vex.com, through which I can view registered teams and events for Southern California. I have deliberately refrained from placing product orders, registering teams, and registering events for the 2026–2027 season, because I am concerned that if VEX learns that my programs decide to go with RECF, I could lose that access. My concern is based on my understanding of how the platform's restrictions currently operate, as described above.

15. The timing pressures on my programs are as follows, based on my administration of the leagues and grants:

a. Over 300 teams are waiting for me to tell them which program we will use this season, and 15 league hosts have already confirmed their dates.

b. Classes start on August 12, 2026. Teams will begin meeting shortly thereafter.

c. The first league competition of the season is scheduled for October 1, 2026. Teams typically meet only 2-3 hours per week, so teams need their equipment by the end of August 2026 in order to be ready. In my experience, it usually takes 4 work days between placing an order and delivery.

d. My grant applications are due the last Friday in September; as a practical matter, that is the deadline to order equipment so that new teams can join a league by the second league session.

16. Most of my school teams cannot afford to register in both programs. Team registration costs approximately $200 for VEX/GRSF and $175 for RECF. I provide grants for all new teams and many returning teams to support their registration fees; without that support, they would not be able to participate. LAUSD has about 600 elementary and middle schools; I have supported teams in over 300 of them, of which about half are still active. In my experience, the limiting factor is finding coaches because every school has many kids who would love to participate.

17. I have lived through the loss of a season before. In the COVID year, all of the LAUSD teams shut down, and I had to rebuild teams and leagues the following year. Based on that experience, if teams cannot obtain competition equipment in time for this season, I expect the same result: teams will fold, coaches and league hosts will be lost, and it will take

2-3 years to rebuild the program. The students in these programs learn to solve hard real-world problems and to work together as a team in ways that their curriculum does not otherwise provide; a season lost to them is not recovered.

18. Based on my daily communications with teams, I am aware of other coaches and school administrators who have been unable to purchase VEX competition products this season or who are waiting for this dispute to resolve before committing. With their permission, I can identify additional witnesses with direct knowledge if the Court would like.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles County, State of California, on August 9, 2026.

LeRoy E. Nelson

LeRoy E. Nelson

# EXHIBIT F

**CAUSE NO. 96313**

| | |
|---|---|
| **VEX ROBOTICS, INC.,** | **IN THE DISTRICT COURT** |
| **Plaintiff/Counter-Defendant** | |
| **v.** | |
| **ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.,** | **354TH JUDICIAL DISTRICT** |
| **Defendant/Counter-Plaintiff/Third-Party Plaintiff** | |
| **v.** | |
| **INNOVATION FIRST INTERNATIONAL, INC.,** | |
| **Third-Party Defendant** | **HUNT COUNTY, TEXAS** |

**DECLARATION OF MICHELLE LONSINGER IN SUPPORT OF RECF'S EMERGENCY MOTION TO ENFORCE THE AGREED TEMPORARY INJUNCTION**

I, **MICHELLE LONSINGER**, hereby declare and state as follows.

1. My name is Michelle Lonsinger. I am over the age of 21, of sound mind and body, and capable of making this Declaration. My full legal name is Anne Michelle Lonsinger, my date of birth is July 8, 1970, and my address is 15368 Singletree Drive, Mead, in Weld County, CO 80542, United States. I am employed by the Robotics Education and Competition Foundation, Inc. ("RECF") as a Senior Program Manager. I began working for RECF as a part-time contractor in September 2021 and have been a full-time staff member since July 16, 2023. From June 15, 2022, to July 15, 2023, I was employed by VEX Robotics as a Senior Technical Editor. I make this Declaration based upon my personal knowledge, including knowledge acquired in the course of my committee service described below. The statements contained herein are true and correct.

2. As further detailed below, I was a co-leader of the VEX/RECF game design committee since early 2024. Our committee began to design this season's games in July 2025 so that enough supplies would be ready for purchase when this year's competition was expected to be announced in April 2026. Further, the VEX/RECF committee forecasted the need to prepare game elements and supplies for at least as many teams as the prior season. Therefore, the business dispute between RECF and VEX and their competition arm, Global, should not result in any inability to supply teams and schools that participate in RECF events because the parties are still splitting approximately the same anticipated number of teams that both parties forecasted.

3. Turning to the specifics supporting my statements above, I served as a member of the combined VEX/RECF game design committee (GDC) from spring 2022 through spring 2026. My role on that GDC increased in early 2024 when Grant Cox, then the chairperson for the committee, terminated his contract with VEX and left that committee. Following Grant Cox's departure from the committee, VEX Robotics did not appoint a new chairperson for the committee. Bailey Kahl, from VEX, and I, while at RECF, moved into co-leadership roles, each representing our own company on the committee. We publicly acknowledged each other as "acting co-chairs" of the committee for the remainder of my time on the committee.

4. Additional RECF staff members who served as members of that GDC during my tenure (2022-2026) included Jim Crane, Lisa Schultz, Ryan Osweiler, Dan Troy, and Brandi Bolinger. Each of these individuals participated in the game design process and creation of game manuals during their time on the committee. For the 2026-27 game designs,

Dan Troy and I were the RECF representatives on the committee; our membership was terminated by VEX on April 30, 2026, with no discussion or notice.

5. Prior to Grant Cox's departure from the committee, my role focused on editing game manuals, authoring game manual revisions, and creating referee training materials. After Grant Cox departed and I assumed a larger role, my responsibilities included acting as co-chair of the committee and authoring game manuals while also continuing to help develop game designs.

6. For the game designs released this year, I wrote or modified 50% or more of the content in the game manuals that we released at the robotics World Championship—the season-ending, highest-level competition where teams that qualify through local, regional, and national events compete against top teams from around the world. This year, the World Championship took place on April 21–30, 2026, in St. Louis, Missouri.

7. The GDC, while still a collaborative effort between VEX and RECF, traditionally operated on a two-year design cycle. In some recent cases the game designs slipped from two years to one year or less due to competing priorities and projects in VEX engineering.

8. For the 2026-27 game designs, the committee first met for design sessions from July 7-11, 2025, with the goal of rapidly developing and producing games on a tight schedule. By August 27, 2025, neither game had been presented to VEX or RECF executives for review. VEX engineers were preparing prototypes for executive review in late September 2025. In early October 2025, VEX engineers presented entirely revised game objects to the committee. On October 29, 2025, the VEX engineers announced that they had arrived at "final-ish prototypes of cups, hubs, and goals" and tentative plans for the VEX IQ game.

9. When I visited Greenville in mid-December 2025, the games had largely been defined and I was able to provide RECF leadership with overviews of both games but not prototypes. I began the first drafts of the game manuals on January 7, 2026, significantly later than in a typical season. I do not know when the element designs were finalized and handed to manufacturers, or when production actually began.

10. All planning for the current games estimated a team load at or slightly higher than that in prior seasons. Team growth from 2021 to 2026 ranged from 31.1% in the first post-Covid season to 2.3% for the 2025-26 season. In the 2025-26 competition season, 16,406 teams were registered with the RECF for the VEX IQ Robotics Competition; 14,190 teams were registered with the RECF for the VEX V5 Robotics Competition; and 369 teams were registered with the RECF for the VEX U Robotics Competition; for a total of 30,965 paid teams worldwide across the three robotics competitions. Other than the now-standard delays due to Covid and changing tariffs, no significant changes to order fulfillment were discussed or projected in GDC meetings.

11. Prior to VEX's sudden removal of me from the committee on April 30, 2026, the GDC did not discuss any changes to standard operations and/or part availability for the 2026-27 season. There was no discussion of limiting purchase of robot parts, field perimeters, or game kits to registered teams.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Weld County, State of Colorado, on August 10, 2026.

Signed by:
Anne Michelle Lonsinger
FF0F2FCBF399417...

Michelle Lonsinger

# EXHIBIT 8

**EXHIBIT 8**

**CAUSE NO. 96313**

| | |
|---|---|
| **VEX ROBOTICS, INC.,**<br><br>**Plaintiff/Counter-Defendant**<br><br>**v.**<br><br>**ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.,**<br><br>**Defendant/Counter-Plaintiff/Third-Party Plaintiff**<br><br>**v.**<br><br>**INNOVATION FIRST INTERNATIONAL, INC.,**<br><br>**Third-Party Defendant** | **IN THE DISTRICT COURT**<br><br>**354TH JUDICIAL DISTRICT**<br><br>**HUNT COUNTY, TEXAS** |

**NOTICE OF HEARING ON DEFENDANT ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.'S EMERGENCY MOTION TO ENFORCE THE AGREED TEMPORARY INJUNCTION**

PLEASE TAKE NOTICE that Defendant Robotics Education and Competition Foundation, Inc.'s Emergency Motion to Enforce the Agreed Temporary Injunction, filed with the court on August 10, 2026, has been set for an in-person hearing on Monday, August 17, 2026, at 2:30 p.m., in the 354th Judicial District Court of Hunt County, Texas.

Respectfully submitted,

*/s/ Joseph A. Fischer, III*

Joseph A. Fischer, III
State Bar No. 00789292
tfischer@jw.com
Justin V. Lee
State Bar No. 24097982
jlee@jw.com
Maggie I. Burreson
State Bar No. 24116150
mburreson@jw.com
D. Robert DeLoit Jr.
State Bar No. 24149185
rdeloit@jw.com

**JACKSON WALKER LLP**
2323 Ross Avenue
Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 661-6828

- AND -

Richard Liu*
California Bar No. 308050
David Azar*
California Bar No. 218319
Jared Xu*
California Bar No. 314646

**INNOVATIVE LEGAL SERVICES, P.C.**
355 S. Grand Ave. 8F
Los Angeles, CA 90071
Telephone: (626) 344-8949

**pro hac vice application forthcoming*

**ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all parties of record through the EFile Texas electronic filing system on August 10, 2026, in accordance with the Texas Rules of Civil Procedure

*/s/ Joseph A. Fischer, III__*
Joseph A. Fischer, III

# EXHIBIT 9

EXHIBIT 9

Filed 8/14/2026 7:31 PM
Susan Spradling,
District Clerk
Hunt County, Texas
KK

**CAUSE NO. 96313**

| | |
|---|---|
| **VEX ROBOTICS, INC.,** | **IN THE DISTRICT COURT** |
| *Plaintiff/Counter-Defendant,* | |
| **vs.** | |
| **ROBOTICS EDUCATION & COMPETITION FOUNDATION, INC.,** | **354TH JUDICIAL DISTRICT** |
| *Defendant/Counter-Plaintiff/Third-Party Plaintiff,* | |
| **vs.** | |
| **INNOVATION FIRST INTERNATIONAL, INC.** | |
| *Third-Party Defendant* | **HUNT COUNTY, TEXAS** |

# VEX Robotics, Inc.'s (1) Response to Robotics Education and Competition Foundation, Inc.'s Motion to Enforce Agreed Temporary Injunction and (2) Countermotion to Enforce Injunction Against Robotics Education and Competition Foundation, Inc.

## I.
## SUMMARY

VEX Robotics, Inc. ("VEX") makes educational robotic hardware kits that can be assembled and used in competitions where robotic teams compete to achieve an objective. These games often take place in a miniature "arena" where

objects are placed and must be moved by the robots in certain ways within the rules of the game to win:




Over decades, VEX (which was founded and continues to be managed by Greenville High School graduates Tony Norman and Bob Mimlitch) has spent tens of millions of dollars to design, engineer, and manufacture the robot hardware kits and, for each competition season, accompanying game materials. The games are played by over 30,000 school teams around the globe and have become the preeminent robotics competitions, culminating in the annual VEX World Championship.

VEX originally ran these games itself. As the competitions grew, VEX enlisted RECF—an organization founded by then-VEX employees—to manage

and promote them as VEX's agent, while VEX continued to design, engineer, and manufacture the robots, game materials, and annual games and to provide financial and operational support for the competition season and World Championship.

That relationship broke down over several years and ruptured in spring 2026. RECF failed to pay substantial sums it owed, improperly billed or claimed discounts from VEX, and—most important here—while still acting as VEX's competition partner, RECF executives helped form TEAM Alliance, a competing nonprofit whose leadership included executives from Sphero, a direct VEX competitor. VEX concluded it could no longer trust RECF to administer its competitions and terminated the relationship on May 10, 2026.

Following the split, the parties negotiated the Agreed Temporary Injunction ("Injunction") to govern their conduct while this suit proceeds. The premise was straightforward: each could develop and operate its own independent games, but neither could copy the other's. That division allowed the parties to compete while reducing the risk that RECF programs would be mistaken for VEX-authorized competitions.

The Court entered the Injunction on May 29, 2026. Twelve days later, RECF released manuals for its own 2026–2027 games. VEX contends those manuals substantially imitate the VEX Competitions Game Design Committee's manuals

for VEX's own season.[1] The result is practical as well as legal: VEX fields and game objects designed for VEX's games are central to RECF's games too. To ensure availability of a limited supply of game fields and objects to teams competing in its competitions, VEX decided to prioritize those current-season items for registered VEX teams. Every other product VEX makes remains available to every buyer without registration or any other condition: the robot brains, motors, structural components, sensors, kits, and classroom products from which teams build their machines. The restriction RECF complains of covers only a handful of season-specific products embodying VEX's annual game designs, the category RECF's own lead declarant defines as the "Competition Field Products." And RECF's own declarations show those products being purchased: one declarant registered and bought approximately $750 of game elements, another placed a successful order, and a third describes an exception process that approved a single organization for 21 units. In any event, RECF responded with its Motion, asking the Court to force VEX to sell the items for use in RECF competitions.[2] Stripped to its essentials, RECF seeks:

> *a mandatory order requiring VEX to sell its own current-season game fields and game objects for use in RECF's competing games – even though RECF created*

---

1 *See* Declaration of Bailey Kahl ("Kahl Decl.") ¶¶ 35–38, Exhibit A.

2 Robotics Education & Competition Foundation, Inc.'s Emergency Motion to Enforce the Agreed Temporary Injunction ("RECF Mot.") at 3, 7–9.

*the asserted need for those exact products by substantially imitating VEX's game structure.*

But RECF asks the Court to enforce words that are not in the Injunction. The Motion requests an order compelling VEX to sell a newly coined category of "Competition Field Products" to "everyone, first come first served," even if that person does not manage a registered VEX team.[3] The Injunction itself does not use the term "Competition Field Products"; does not say "first come first served"; does not identify any person or class entitled to buy anything; and does not purport to regulate VEX's manufacturing, inventory, merchandising, pricing, quantity, order priority, sales channels, customer eligibility, or fulfillment decisions. Most importantly, it nowhere says that VEX "shall sell" any product to RECF, RECF-affiliated teams, or the public.

That omission is dispositive. The Injunction is a detailed, ten-page heavily negotiated injunction with definitions, separately enumerated restraints against each party, specific affirmative obligations, reservations, a savings clause, and an enforcement provision. Paragraph 15 is the operative provision listing VEX-enjoined conduct. None concern product sales. RECF effectively concedes the missing text. It says the supposed supply obligation is "inherent" in the Injunction,

---

[3] RECF Mot. at 16–17.

and that "status quo" means the status quo "in all respects, stated and unstated."[4] But Texas law permits neither argument. An injunction must state, in clear command language and reasonable detail, the precise acts required or restrained.[5] Rights and burdens under an injunction cannot rest on implication, conjecture, or disputed inferences.[6] And an agreed order, construed as a contract, cannot be rewritten to insert a provision the parties did not include or a restraint they did not bargain for.[7] This heavily negotiated agreed injunction nowhere contains any language requiring VEX to manufacture and sell products for the benefit of its competitor. That is the end of the matter, and RECF's motion must be denied. The Injunction does, however, contain express language prohibiting RECF's copying of VEX's games. Specifically, Paragraph 14(b) prohibits RECF from "[u]sing VEX Competition Materials in promoting, managing, operating, or holding any RECF Competitions or otherwise copying, using, referencing, or linking to such materials, except as allowed and in the manner provided by this Injunction." The Injunction contains no exception that would allow RECF to do what it did: substantially imitate VEX's game-design manuals and rules so that it could run

---

4 *See* RECF Mot. at 4 (emphasis added).

5 TEX. R. CIV. P. 683; *In re Luther*, 620 S.W.3d 715, 721–23 (Tex. 2021) (orig. proceeding).

6 *Id.*; *Ex parte Slavin*, 412 S.W.2d 43, 44–45 (Tex. 1967) (orig. proceeding).

7 *Equinor Energy LP v. Lindale Pipeline, LLC*, 731 S.W.3d 324, 327–33 (Tex. 2026); *American Midstream (Alabama Intrastate), LLC v. Rainbow Energy Mktg. Corp.*, 714 S.W.3d 572, 574 (Tex. 2025).

games closely resembling VEX games—and using VEX-compatible robot specifications, VEX game fields, and VEX game objects—to attract robotics teams to RECF.

The two enforcement requests before the Court, therefore, present a simple contrast:

> RECF asks the Court to enforce a sales obligation that does not exist.
>
> VEX asks the Court to enforce Paragraph 14(b), which expressly prohibits RECF from using or copying VEX Competition Materials in RECF competitions.

As shown by Bailey Kahl, a VEX Competitions Game Design Committee member who directly developed the VEX Level Up and VEX Override games, the game manuals associated with RECF's Tier Takeover and Pinnacle games retain a concentrated pattern of discretionary VEX scoring systems, match mechanics, robot specifications, and tournament structures—and RECF's later revisions moved those games even closer to the VEX baseline, not farther away.[8] RECF's Motion should be denied, and VEX's Countermotion granted.

## II.
## RELEVANT TERMS OF THE AGREED INJUNCTION

The structure and terms of the Injunction resolve the dispute in VEX's favor. Section III is titled "Temporary Restraints." It separately identifies the conduct

8 Kahl Decl. ¶¶ 2, 9–30.

enjoined as to RECF in Paragraph 14 and as to VEX in Paragraph 15. Paragraph 14(b) expressly enjoins RECF from "[u]sing VEX Competition Materials in promoting, managing, operating, or holding any RECF Competitions or otherwise copying, using, referencing, or linking to such materials, except as allowed and in the manner provided by this Injunction." Paragraph 14(e) protects RECF's freedom to communicate about and compete through its own programs only "provided that RECF's competitions and programs are based on RECF's own independently developed manuals, rules, software, and materials and do not incorporate, reference, or copy VEX Competition Materials."

As to VEX, Paragraph 15 addresses seven subjects:

a. use of RECF marks and competition identifiers;

b. access to or interference with RECF-controlled systems;

c. redirects from RECF systems or websites;

d. representations about RECF programs and communications regarding the parties' competing programs;

e. disposition or alteration of assets whose ownership is disputed;

f. diversion of funds owed to RECF, specifically identified software access, and remittance or escrow of funds; and

g. preservation of evidence.

Product sales are completely *absent* from the restraints imposed on VEX. Paragraph 15 does not require VEX to manufacture, stock, offer, sell, allocate,

price, or deliver any product to anybody. It does not preserve any particular sales channel or customer eligibility rule. It does not mention game objects, field kits, field perimeters, field tiles, or the Motion's newly defined "Competition Field Products."

The parties expressly froze an aspect of their relationship when they intended to do so. Paragraph 15(f) prohibits VEX from "further restricting, degrading, or terminating RECF's access to the Team and Event Management software licensed under the IT Services Agreement dated October 2, 2017 (as renewed) beyond the restrictions already in place as of the effective date of this Injunction." The provision identifies the protected party, the exact software, the baseline date, the prohibited changes, and the exceptions. No equivalent language governs product sales. The contrast is important—the parties knew how to freeze a condition in place. They chose *not* to when it concerned VEX's manufacture and sale of its *own* products.

Finally, Section IV is titled "Reservations." It deserves scrutiny because RECF relies heavily upon it. Its opening words in Paragraph 19 are crucial: "For the avoidance of doubt, nothing in this Agreed Temporary Injunction shall be construed to" cause the listed effects. For example, Paragraph 19(d), read correctly states: "For the avoidance of doubt, nothing in this Agreed Temporary Injunction shall be construed to [p]revent RECF from operating its own independent

programs, including the Aerial Drone Competition and any RECF-branded competition, program, or event that incorporates VEX-branded hardware sold through ordinary commercial channels as a component[.]" The subsections thus prevent <u>*overreading*</u> the Injunction's <u>*actual restraints*</u>. They are not an additional list of unstated injunctions.

## III.
## ARGUMENT AND AUTHORITIES

### A. Enforcement must begin and end with the commands in the Agreed Injunction itself, and a court cannot craft and insert commands into the Injunction that do not exist.

An agreed injunction occupies a unique legal position in Texas: it is simultaneously a contract between the parties and a court judgment. It is effectively a judgment by consent. In a judgment by consent, "the court has no power to supply terms, provisions, or essential details not previously agreed to by the parties."[9] And once the parties enter an agreed injunction, the injunction is enforceable according to what it commands, not according to an unstated purpose a party later asks the Court to infer. Texas Rule of Civil Procedure 683 requires every injunction to "be specific in terms" and "describe in reasonable detail" the

[9] *Matthews v. Looney*, 123 S.W.2d 871, 873 (Tex. 1939); *see also SISU Energy, LLC v. Hartman*, No. 02-19-00436-CV, 2020 WL 4006725, at *7 (Tex. App.—Fort Worth July 16, 2020, no pet.) (mem. op.) (applying this rule to an Agreed Temporary Injunction).

acts restrained.[10] Those requirements are mandatory and strictly enforced.[11] The order must take the form of a command and may not require "inferences or conclusions about which reasonable persons might differ."[12]

**B. The Injunction's operative provisions contain no sales or supply mandate.**

The simplest way to test RECF's theory is to look for the command it says VEX violated. There is none.

Paragraph 15 is the provision titled "VEX" within the section titled "Temporary Restraints." It is the natural and negotiated location for restraints on VEX. It enumerates seven. Not one addresses VEX's sale of its own products. The Injunction nowhere tells VEX:

a. what products it must make or keep in stock;

b. to whom it must offer those products;

c. whether registration or program participation may be a condition of purchase;

d. the quantities it must make available;

e. the prices or other terms on which it must sell;

f. how it must allocate limited inventory or prioritize orders;

---

10 TEX. R. CIV. P. 683.

11 *In re Luther*, 620 S.W.3d at 722–23.

12 *Id.* at 722 (quoting *Ex parte Chambers*, 898 S.W.2d 257, 260 (Tex. 1995) (orig. proceeding)).

g. what sales channel it must maintain; or

h. when it must accept or fulfill an order .

Not only are these issues absent from the Injunction, the Proposed Order RECF submitted with its Motion would have to answer all those questions—or leave VEX to guess. The request that VEX sell "Competition Field Products" to "everyone, first come first served" answers some questions with language invented in the Motion, not language found in the Injunction. "Competition Field Products" is not a defined term in the Injunction. "First come first served" is not an allocation method in the Injunction. And the proposed ban on "any VEX or Global registration requirement" is not a restriction in the Injunction. Granting that relief would add multiple substantive terms to the Injunction while declaring that none had been added.

The specificity of Paragraph 15(f) confirms the omission. There, the parties *did* address one "Existing Commercial Arrangement." They prohibited diversion of identified funds, froze RECF's access to specifically licensed software at the restrictions existing on the effective date, and required remittance or escrow of identified payments. If the parties had agreed to freeze the public-sale status of seasonal game objects, they could have used the same formulation: "VEX shall not further restrict or terminate public access to identified products beyond the restrictions in place on May 29, 2026." They did not.

Texas law gives effect to that drafting choice. Courts "will not rewrite agreements to insert provisions parties could have included or to imply restraints for which they have not bargained."[13] The Supreme Court reversed in *American Midstream* because the lower courts added words to the parties' text and materially expanded an obligation.[14] RECF asks for substantially more here: a new sales regimen assembled from words the Injunction never uses.

**C. Paragraph 19's reservations do not create an affirmative duty to sell.**

RECF next tries to assemble a sales obligation from Paragraphs 19(d) and 19(e). Their text does not support it.

**1. Paragraph 19 is a limitation on construction, not a source of additional restraints.**

Paragraph 19 begins: "For the avoidance of doubt, nothing in this Agreed Temporary Injunction shall be construed to" produce the listed results. That opening controls each subsection. The provisions preserve spheres of activity that the operative restraints might otherwise be read to reach. For example, Paragraph 19(b) confirms that the Injunction does not prevent VEX from operating its own competitions; Paragraph 19(c) confirms that it does not prevent RECF from operating compliant independent programs; and Paragraph 19(f) confirms that it

13 *American Midstream*, 714 S.W.3d at 574 (quoting *Tenneco Inc. v. Enterprise Products Co.*, 925 S.W.2d 640, 646 (Tex. 1996)).

14 See id.

does not prevent either party from communicating with its own stakeholders, subject to the Injunction's obligations.

These are reservations from restraints, not affirmative-performance clauses. They tell the reader not to construe the Injunction to prohibit specified conduct. They do not say that either party must furnish the resources that would make the conduct possible. A provision preserving VEX's freedom to operate its competitions, for example, does not compel RECF to supply VEX with venues, staff, data, or event partners. The parallel provisions preserving RECF's freedom to operate independent programs likewise do not compel VEX to supply RECF with products.

**2. Paragraph 19(d) permits use of qualifying hardware; it does not command its sale.**

Paragraph 19(d) says the Injunction shall not be construed to prevent RECF from operating an independent program that "incorporates VEX-branded hardware sold through ordinary commercial channels as a component," so long as RECF satisfies three stated conditions. The operative subject is RECF's independent program. The clause answers whether incorporation of qualifying VEX hardware, standing alone, violates the restraints on RECF's use of VEX intellectual property and systems. It does not regulate VEX's product distribution decisions.

The grammar is straightforward. "Sold through ordinary commercial channels" is a participial phrase modifying "VEX-branded hardware." It describes hardware that RECF may incorporate. It is not a verb directing VEX to sell. The parties could have written "VEX shall sell VEX-branded hardware through ordinary commercial channels to RECF and the public." They did not. Nor does the phrase define "ordinary commercial channels," identify any particular product, or establish a historical baseline. A manufacturer's direct sale to eligible program participants may itself be a commercial channel. But the Court need not resolve that question because Paragraph 19(d) does not require VEX to maintain *any* channel. If RECF possesses hardware previously sold through a qualifying channel, Paragraph 19(d) permits its compliant use. It says nothing about future sales. Permission to use qualifying VEX hardware is not a command that VEX supply RECF's competing program with game fields or game objects.

**3. Paragraph 19(e) guarantees parity for RECF, not product availability for the world.**

Paragraph 19(e) says the Injunction shall not be construed to prevent "RECF from accessing, the same as any member of the public, VEX Competition Materials, VEX-Controlled Systems, or other VEX information, websites, or products," subject to restrictions on copying materials and using proprietary software in RECF competitions.

The provision addresses RECF's access on a public basis. That was necessary because Paragraph 14(c), read in isolation, broadly enjoins RECF from accessing any "VEX-Controlled System." Paragraph 19(e) confirms that the restraint does not bar RECF from viewing public webpages, public information, or other publicly accessible materials and products merely because RECF is a competitor. It does not guarantee that every VEX product will be offered to every member of the public.

"The same as any member of the public" is a comparator. It places RECF on the same footing as the public; it does not give RECF or the public the right to force VEX to offer a particular item for sale. A generally applicable purchasing policy applies equally to RECF and the public. RECF's rejoinder—that parity is "worth nothing when the public gets nothing"[15]—may express dissatisfaction with the bargain, but it does not change its text. RECF's own design choices made VEX-specific fields and game objects important to its games; the Injunction does not convert that dependence into a supply obligation.

Moreover, Paragraph 19(e) also speaks only of RECF. The relief sought by RECF would compel sales to "everyone," including schools, coaches, parents, and

[15] RECF Mot. at 11.

other nonparties that do not compete in VEX competitions. Nothing in Paragraph 19(e) creates enforceable purchasing rights for those people.[16]

In summary, the Injunction simply does not contain any provision that commands VEX to sell its game fields and game objects to RECF, any person participating in a RECF competition, or any other person. RECF's Motion should be denied.

### D. In substance, RECF seeks a new mandatory injunction, without the required pleading, proof, or bond, and its own declarations defeat irreparable harm.

Because no existing command supports RECF's request, the relief it seeks is not enforcement at all. It is new, affirmative, mandatory injunctive relief: compelled sales, court-supervised fulfillment, and a standing prohibition on commercial changes without prior court approval. Mandatory temporary injunctions are disfavored in Texas and issue only on a showing of extreme necessity or hardship. They require sworn proof of a probable right to relief and probable, imminent, irreparable injury, established through evidence received at an evidentiary hearing, and they require a bond under Rule 684, without which injunctive relief is void. RECF has noticed a motion hearing, not an evidentiary hearing; it has proposed no bond; and to the extent the Court entertains any relief

16 *See Tex. Dep't of State Health Servs. v. Sky Mktg. Corp.*, 733 S.W.3d 689, 707 (Tex. 2026) (cautioning that injunctive relief should be no broader than necessary to protect the rights of the parties before the court).

beyond the four corners of the Injunction, VEX objects to the receipt of affidavit evidence in support of new injunctive relief and requests live testimony and a bond determination.

RECF's own declarations defeat irreparable harm in any event. One declarant registered for approximately $200 and purchased approximately $750 of game elements. On August 2, that declarant conducted a live test with RECF's own counsel and proceeded to the payment screen. Another declarant placed a successful order. A third describes a pre-approval process for purchasers requiring multiple kits, through which one organization was approved for 21 units, and reports being told that "variations, variances can be had." The products RECF tells the Court are unobtainable were being obtained, by RECF's own witnesses, on the record RECF filed. The alleged injury reduces to a registration fee of roughly $200 per organization, a quantifiable sum compensable in money, which is the opposite of irreparable harm and the definition of an adequate remedy at law.

The Motion's centerpiece quotation confirms the point rather than refuting it. The Motion refers to a meeting where VEX co-founder and CEO Tony Norman responded to questions about VEX's decision to limit the sale of game fields and game objects to VEX-registered teams. The Motion stops the quotation at "we did that on purpose."[17] The declaration it cites, however, continues: "not to be

[17] RECF Mot. at 3.

vindictive or anything against anybody else, any of the groups. It's merely for the fact that we have to forecast our product," together with statements that the policy protects inventory for existing customers and responds to reseller activity.[18] RECF's own exhibit supplies the legitimate forecasting rationale the Motion omits. In any event, VEX has attached the Declaration of Stuart James.[19] James explains how the forecasting process works and the difficulties of predicting supply needs when unanticipated customers join the mix and the consequent limitations imposed by the manufacturing process. Indeed, RECF has opened its competitions to teams that do not even use VEX robots and it is impossible to determine how many completely new teams will register for RECF Competitions thereby placing supply pressure on VEX to sell VEX game fields and VEX objects to these new teams. Nor is the practice of requiring VEX registration to purchase VEX game objects unusual: tying competition materials to team registration is the ordinary practice of this industry. FIRST Robotics, the organization RECF itself holds out as the model nonprofit program, distributes its kit of parts only to registered teams, at registration fees several times higher than any in the VEX ecosystem.

Finally, RECF's own conduct refutes its claim of emergency. The storefront change RECF challenges occurred on or about June 10, 2026. On June 19, 2026,

---

[18] *See* Declaration of Bill Richardson at ¶ 15, attached to RECF Motion as Exhibit C.

[19] Declaration of Stuart James, Exhibit B.

RECF's counsel raised the issue directly with VEX and was told how the availability policy works. RECF then did nothing for six weeks. It sent a notice letter on July 30, waited out the cure period, and filed an "emergency" motion on August 10, two months after the change it now asks the Court to treat as an urgent crisis. Parties facing genuine, imminent, irreparable harm do not watch it accrue for two months. RECF's Motion is without merit and must be denied.

**E. RECF is violating Paragraph 14's express no-copy command, and the Court should prohibit RECF from operating Tier Takeover and Pinnacle under their current manuals.**

**1. VEX seeks enforcement of an actual command.**

Unlike RECF's Motion, VEX can point to the words it seeks to enforce. Paragraph 14(b) enjoins RECF from "[u]sing VEX Competition Materials in promoting, managing, operating, or holding any RECF Competitions or otherwise copying, using, referencing, or linking to such materials." Paragraph 3 defines those materials to include the manuals and other written work product prepared by the VEX Competitions Game Design Committee. The RECF Level Up and RECF Override manuals therefore fall squarely within the protected category. Paragraph 14(e) and the reservations in Paragraphs 19(c) and 19(d) reinforce the same boundary: RECF's programs must rest on manuals independently developed in good faith that do not copy, reproduce, substantially imitate, or intentionally replicate unique VEX Competition Materials. Consistent with VEX's construction

above, those reservations are not freestanding injunctions; they identify the conditions of the permission RECF may invoke. Paragraph 19(i), moreover, protects only "mere resemblance" of independently developed materials "standing alone."

**2. Kahl's comparison shows copied architecture, not generic resemblance.**

Bailey Kahl, a VEX engineer, served on the VEX Competitions Game Design Committee and directly participated in developing the VEX games Level Up and Override. He compared each RECF manual and revision for RECF's competing Pinnacle and Tier Takeover games and was expressly instructed to separate generic similarities from evidence of copying and to identify genuine divergence where it existed.[20] His opinion does not depend on obvious game elements such as a 60-second match or generic referee rules. It rests on a concentration of discretionary choices for which many alternatives existed.

RECF Tier Takeover repeats, among other things, VEX Level Up's exact 10-second controller-handoff window—from 0:35 to 0:25 remaining; the same progressive dropped-score schedule; the same six-match and eight-match event minimums; the same stop-time finals tiebreaker; and the same combination of alliance, solo-driving, and solo-coding play with three attempts per solo format.

[20] Kahl Decl. ¶¶ 2–8, 31–34.

RECF Pinnacle likewise preserves VEX Override's three-state field device controlling ownership of yellow scoring objects, the nested visibility-and-color scoring framework, and the collegiate one-team-versus-one-team format with two robots per team, a 30-second autonomous period, and two-robot skills play.[21] Names and point values changed. The underlying systems repeatedly did not.

**3. RECF's revisions strengthen the inference, and its product dependency corroborates it.**

The revision history makes coincidence still harder to accept. Kahl initially identified RECF Tier Takeover's lack of horizontal expansion as a material difference. Version 1.1 eliminated that distinction by adopting the same 11-by-24-inch expansion envelope used by VEX Level Up. Kahl also credited RECF Pinnacle's launch-day neutral-goal de-scoring rule as a genuine strategy-defining difference. The RECF Pinnacle manual version 1.2 moved that rule toward VEX's Override by limiting removal to one top object during the first 90 seconds, prohibiting removal during the final 30 seconds, and attaching a red-card penalty.[22] The highly similar features Kahl identified remained intact; the substantive revisions moved toward VEX, not away from it.

The calendar independently forecloses any account of independent development. RECF's own declarant, Michelle Lonsinger, describes under oath

---

21 Kahl Decl. ¶¶ 9–24.

22 Kahl Decl. ¶¶ 25–30.

how long this work takes: design sessions for the current VEX games began in July 2025, prototypes were near final by late October 2025, the games were largely defined by mid-December 2025, manual drafting began in January 2026, and the manuals released at the World Championship in late April 2026. Nine to ten months of work, by a full committee, on a mature process.[23] Schedule 5 to the Injunction, signed May 29, 2026, lists RECF's replacement competitions as "(to be named)." Twelve days later, RECF published two complete games with full manuals. On RECF's own sworn timeline, twelve days from unnamed to published is not independent development. And if RECF answers that its development began before May 29, the answer is worse: it would mean the games were developed while the manuals' principal author was still writing VEX's manuals, and while RECF signed a schedule representing its competitions to this Court as "unnamed."

RECF's dependence on current season VEX products corroborates the manual evidence. Kahl explains that RECF's games are built around VEX fields, VEX game objects, and VEX robot specifications, with VEX-built robots able to compete in the corresponding RECF games without significant rebuilding or learning a materially different game. RECF's own Motion makes the same practical

[23] Declaration of Michelle Lonsinger at ¶¶ 8-10, Exhibit F to RECF Mot.

point when it insists its teams need the current season VEX pieces.[24] That dependence is strong corroboration of the copied framework; it is not the legal basis of the violation.

**4. The requested relief tracks the Injunction.**

On August 5, 2026, VEX gave RECF notice of the manual violations. RECF's Motion confirms that the dispute remains live: RECF disputes the manual allegations and continues to use the challenged manuals.[25] VEX therefore asks the Court to enforce the command already entered: declare that RECF's continued use of the current RECF Tier Takeover and RECF Pinnacle manuals violates Paragraph 14(b) and falls outside the independent-development permissions in Paragraphs 19(c), 19(d), and 19(i); order RECF to cease publishing, distributing, and using those manuals to promote, manage, operate, or hold those competitions until the copying and substantial imitation is removed; require written certification of compliance; and award VEX its reasonable and necessary attorneys' fees under Paragraph 22. That is enforcement of the Injunction as written—the relief sought by RECF's Motion is not.

---

24 Kahl Decl. ¶¶ 35–38; RECF Mot. at 7–9.

25 *See* RECF Mot. at 6 n.5 (acknowledging VEX's August 5 notice concerning the game manuals, disputing the allegations, and asserting independent development).

Respectfully submitted,

*/s/ Joel E. Geary*

Joel E. Geary
State Bar No. 24002129
*jgeary@wslawpc.com*
James M. Welch
State Bar No. 00785210
*jwelch@wslawpc.com*
Grant B. Stock
State Bar No. 24033240
*gstock@wslawpc.com*
Matthew P. Lindner
State Bar No. 24098001
*mlindner@wslawpc.com*
WADDELL SERAFINO GEARY
RECHNER JENEVEIN, P.C.
1717 Main Street, Suite 2500
Dallas, Texas 75201
214/979-7400 telephone
214/979-7402 facsimile

George Ivan Alexander
State Bar No. 00992600
*george@curtisalexander.net*
CURTIS & ALEXANDER, PC
2708 Washington Street
PO Box 1274
Greenville, Texas 75403
903/455-8113 telephone
903/454-3371 facsimile

***Attorneys for Plaintiff/Counter-Defendant***
***VEX Robotics, Inc.***

**CERTIFICATE OF CONFERENCE**

I certify that attorneys for VEX Robotics, Inc. conferred with attorneys for Robotics Education and Competition Foundation, Inc. concerning the relief requested by this motion via letter correspondence dated August 5, 2026. RECF opposed the relief sought by VEX.

*/s/ Joel E. Geary*
Joel E. Geary

**CERTIFICATE OF SERVICE**

On this the 14th day of August, 2026, a true and correct copy of this document was filed electronically. Notice of the filing was served on counsel of record by operation of the Court's electronic filing system.

*/s/ Joel E. Geary*
Joel E. Geary

**CAUSE NO. 96313**

| | | |
|---|---|---|
| **VEX ROBOTICS, INC.,** | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | |
| **ROBOTICS EDUCATION AND** | § | |
| **COMPETITION FOUNDATION, INC.,** | § | 354TH JUDICIAL DISTRICT |
| | § | |
| Defendant/Counter-Plaintiff/ | § | |
| Third-Party Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **INNOVATION FIRST** | § | |
| **INTERNATIONAL, INC.,** | § | HUNT COUNTY, TEXAS |
| | § | |
| Third-Party Defendant. | § | |

**DECLARATION OF BAILEY KAHL IN SUPPORT OF VEX ROBOTICS, INC.'S RESPONSE TO RECF'S EMERGENCY MOTION TO ENFORCE THE AGREED TEMPORARY INJUNCTION AND IN SUPPORT OF VEX ROBOTICS, INC.'S MOTION TO ENFORCE THE AGREED TEMPORARY INJUNCTION**

I, Bailey Kahl, hereby declare and state as follows.

## I. BACKGROUND AND QUALIFICATIONS

1. My name is Bailey Kahl. I am over the age of 21, of sound mind and body, and capable of making this Declaration. My date of birth is May 11, 1997, and my address is 148 Baldwin Drive, Fate, Rockwall County, Texas, 75189, United States of America. The statements contained in this Declaration are true and correct and are based on my personal knowledge, including knowledge acquired in the course of my duties described below.

2. I am employed by VEX Robotics, Inc. ("VEX"), a subsidiary of Innovation First International, Inc., in the role of Mechanical Designer. I have held that role for 4 years. Prior to my role as a Mechanical Designer, I was also a seasonal Mechanical Engineering Intern at VEX from the years 2017-2020. One of my specific roles as a Mechanical Designer is being a part of the VEX Robotics Game Design Committee. In that role, my responsibilities include brainstorming game ideas, designing field and game elements, drafting the Game Manual, and supporting and revising games as they are played over the course of a season. Through that work I have detailed working knowledge of the VEX IQ Robotics Competition game manual for Level Up ("Level Up") and the VEX V5 Robotics Competition game manual for Override ("Override"), including their game design, scoring systems, match structures, skills formats, tournament structures, and manual organization, as I was directly involved in the development of these items.

3. Before joining VEX professionally, I competed and coached in various competitive robotics programs since the age of 15. I competed in VEX Robotics Competitions as a high school student, competed in the FIRST Robotics Competition as a High School Student, coached VEX IQ teams while in High School and College, coached FIRST Robotics Teams, and have volunteered my time at both VEX and FIRST Robotics competitions prior to and during my professional experience at VEX Robotics. In my professional experience at VEX Robotics, I regularly research other robotics competitions, their games and rules, and the differences and similarities to VEX Robotics Competitions. As such, I am familiar with competitive robotics programs generally, including programs administered by organizations other than VEX and the Robotics Education and Competition Foundation, Inc. ("RECF"), such as FIRST and BEST, and with the range of game design, scoring, and tournament structures those programs use.

## II. SCOPE OF REVIEW AND MATERIALS CONSIDERED

4. In June 2026, I was asked to compare the game manuals published by RECF for its 2026-2027 season against the corresponding VEX game manuals, and to reach my own conclusions about the nature and extent of the similarities between them. I was expressly instructed to apply my own judgment to identify similarities I felt were examples of copying or imitation of VEX competition materials, similarities that were, in my view, the natural consequence of designing a robotics competition rather than evidence of copying, and areas of clear divergence and independent development. The conclusions in this Declaration are my own. I was told that if my honest view was that the RECF manuals did not substantially imitate the VEX manuals, that conclusion was equally important to report.

5. I personally reviewed and compared the following materials: VEX's Level Up game manual; VEX's Override game manual, including its VEX U collegiate provisions; the RECF Engage program game manual for the game Tier Takeover, versions 1.0 and 1.1; the RECF Achieve program game manual for the game Pinnacle, versions 1.0, 1.1, and 1.2; and the RECF Inspire program game manual for the game Pinnacle, versions 1.0, 1.1, and 1.2. The RECF manuals were published at games.recf.org. All three RECF programs launched at version 1.0 on June 10, 2026. The Engage manual version 1.1 is dated July 10, 2026. The Achieve and Inspire manual versions 1.2 are dated July 28, 2026. I most recently captured and reviewed the current RECF manuals on August 5, 2026. Each RECF manual carries an embedded revision history that itemizes changes by rule number, and I cross-checked those change logs against the current rule text. True and correct copies of the VEX Level Up and Override game manuals, of the current versions of the three RECF manuals, and of the initial version 1.0 RECF manuals are attached to this Declaration as Exhibits A through G. I captured the current Achieve Pinnacle

manual, version 1.2, from games.recf.org on August 13, 2026, and I captured the current Engage Tier Takeover manual, version 1.1, from games.recf.org on August 14, 2026. I also reviewed the Declaration of Michelle Lonsinger filed by RECF as Exhibit F to its Emergency Motion to Enforce. My review of that declaration informs the observations in Section VIII-A below.

6. My initial comparison, completed on June 17, 2026, addressed the version 1.0 RECF manuals. I subsequently evaluated each later revision against my initial conclusions to determine whether any revision weakened an existing assessment, strengthened one, or introduced material my initial comparison did not cover.

6A. **Historical compendium.** Attached as Exhibit H is a compendium, prepared by me, presenting each VEX Robotics Competition game from the 2007-2008 season through Override and each VEX IQ game from the 2013-2014 season through Level Up, thirty-four games in total, using images drawn from the official game manuals identified in that document. Each season's game uses a new field layout and a new set of scoring objects, goals, and field structures designed for that season's game. Based on my work on the VEX Robotics Game Design Committee and my review of the historical manuals, no season's game elements have been completely reused as a later season's game. Individual elements have been reused in different capacities across multiple seasons, sometimes reconfigured or repurposed, and in some cases similar game mechanics have reappeared in later games, but no season has ever 'replayed' a prior game with entirely the same rules and elements.

## III. METHODOLOGY

7. I understand that the Agreed Temporary Injunction entered by the Court on May 29, 2026 requires RECF to develop its competition materials independently and prohibits copying, reproducing, substantially imitating, or intentionally replicating unique VEX

Competition Materials, and that mere resemblance, standing alone, is not copying or substantial imitation. I therefore did not treat every similarity as equally significant. Throughout my analysis, I distinguished between generic similarities that may naturally arise in any robotics competition and specific similarities involving discretionary design choices, rule structures, terminology, scoring logic, and tournament mechanics.

8. Where I identify a similarity as significant, I do so because I believe the corresponding feature was not merely a necessary or obvious result of designing a robotics competition, but instead reflects a retained structure, copied implementation, or materially similar design choice where reasonable alternatives were available. For each material similarity discussed below, I asked whether the feature is better explained by independent development or by starting from the VEX manuals and modifying them. Where I concluded a similarity is the natural consequence of designing a robotics game, I say so, and I identify genuine points of divergence in Section VII below. My conclusions also do not depend on verbatim text or on any copying and pasting of language. A manual drafted in a newly created document, with a new format, a new organizational plan, new rule numbering, and new terminology, can still retain the structure, the schedules, the arbitrary values, and the functional systems of another manual. It is those retained elements, and not shared phrasing, on which my analysis rests.

## IV. VEX's LEVEL UP COMPARED TO RECF's TIER TAKEOVER

9. **Scoring hierarchy.** Both games use the same four-level L1, L2, L3, and L4 goal scoring structure, with point values increasing as objects are scored higher. Both games use the same color-matching scoring rules: red bean bags score only in red goals, blue bean bags score only in blue goals, and yellow bean bags can score in any goal. Both games preserve the more specific rule that only yellow bean bags can score in L4. The general concept that scoring higher

on a pyramid-style goal is worth more points could reasonably be reached independently. The combination of the L1 through L4 terminology, the color-matched scoring rules, yellow bags scoring broadly, and the yellow-only L4 mechanic is much more specific. RECF could have made all colors score in all levels, made L4 available to all colors, removed the yellow-specific L4 rule, or created a different relationship between bag color and goal color. Instead, RECF's Tier Takeover retained the same fundamental scoring-color relationship used in VEX's Level Up. RECF changed the discrete point values and made minor scoring treatment changes, but the underlying scoring framework remains materially the same. In my opinion, this is a strong example of retained game design structure rather than mere resemblance.

10. **Controller handoff.** This is one of the clearest examples in my analysis. Both games require a controller handoff during the match, both divide the driving role into a first driver and a second driver, and both use the exact same 10-second handoff window, from 0:35 to 0:25 remaining, in a 60-second match. This timing is not required by the game design. If RECF had independently decided that two students should share driving time, obvious alternatives were available: a switch exactly at 0:30, a different time window, two back-to-back 30-second matches with different drivers, or a requirement that drivers rotate from match to match. Instead, RECF's Tier Takeover adopted the same specific structure, with the same timing, the same function, and the same first-driver and second-driver control structure. In the version 1.1 revision of the RECF's Engage manual, the new foul examples added to the manual use a late controller switch as the canonical example, reinforcing the rule. In my opinion, this is a strong example of copying a detailed and arbitrary competition rule.

11. **Dropped score methodology.** Both games rank teams by average score and both drop a team's lowest scores from the ranking average on the same progressive schedule: as teams

play more matches, additional low scores are removed. RECF's Tier Takeover uses the same progressive approach as VEX's Level Up, including the same examples of teams playing 4 to 7 matches dropping one score and teams playing 8 to 11 matches dropping two scores. Dropping scores is not a necessary component of calculating an average. It is an additional policy choice, and a distinctive and desirable feature of VEX competitions. There were many reasonable alternatives: counting every match equally, dropping a fixed number of scores regardless of match count, using median score, or a different ranking system altogether. In my opinion, this is one of the stronger examples of copying a detailed and desirable feature of the VEX tournament structure.

12. **Minimum match counts.** RECF's Tier Takeover adopted the same minimum match-count requirements as VEX's Level Up, requiring at least six matches at qualifying events and at least eight matches at championship-level events. These thresholds are not dictated by the game, the field, or the scoring system, and many reasonable alternatives were available.

13. **Stop-time tiebreakers. VEX's** Level Up uses match stop time in first-place finals tiebreakers, a specific tournament mechanism that rewards an alliance for achieving the same score more quickly. RECF's Tier Takeover retains the same concept, recording match stop time for first-place finals tiebreaker scenarios. RECF could have resolved tied finals scores in many other ways: replaying until scores differ, awarding the higher-seeded alliance, using qualification rank, using total object count, or declaring co-champions. In my opinion, this is a highly specific copied detail.

14. **Multiple ways to play and Skills formats.** Both manuals structure the competition around the same set of official play modes: a cooperative alliance match format plus separate solo driver-controlled and solo autonomous coding formats, with three attempts per solo

type. The solo matches in the VEX Robotics competition are called Skills matches, either Driver Controlled or Autonomous. In these matches, teams work alone, against the clock, to score as many points as they can in one minute. Providing teams the opportunity to compete in teamwork matches and also to play the game alone on a Skills field, in both driving and programming formats, was a recognizable VEX competition attribute compared to other competitive robotics programs, including FIRST and BEST, until RECF released its games.

15. **Finals structure.** Both games pair teams for finals matches directly from the qualification rankings, beginning with the number 1 and number 2 ranked teams, and both run finals matches one at a time beginning with the lowest-ranked alliance, with the highest finals score determining the champion. Adjacent-ranked finals pairing and bottom-up finals run order are specific tournament-presentation choices. RECF could have used random pairings, alliance selection, serpentine pairings, a true elimination bracket, or other formats.

16. **Manual architecture.** Both manuals use the same underlying instructional architecture: one match format serves as the foundational rule set, other match formats inherit those rules, and differences are communicated through exceptions rather than fully independent rule sets. VEX's Level Up presents the Teamwork Challenge as the foundation and introduces the Skills Challenges through modifications and exceptions. RECF's Tier Takeover uses the same approach while reversing the presentation order, presenting Solo Driving as the foundation and describing Solo Coding and Alliance Matches through modifications and exceptions. In my opinion, reversing the order of presentation does not constitute a material difference. The changes that were made appear largely superficial: names were changed, presentation order was altered, and terminology was modified, while the underlying logic, dependencies, and instructional structure remain substantially the same. Differences in page count, rule-code

conventions, and numbering style are presentation-level differences of the same kind. Whether a manual uses bracketed rule codes or plain decimal-numbered sections, and whether definitions appear at the front or the back, does not change the underlying instructional architecture of a base rule set from which the other match formats inherit by exception. My analysis does not rest on rule-code formatting conventions.

17. **Renamed but functionally equivalent concepts.** Throughout the manuals, RECF changed the names of concepts while preserving their underlying function, purpose, and relationship to the rest of the competition. Examples include Teamwork Matches becoming Alliance Matches, Driving Skills Matches becoming Solo Driving Matches, Autonomous Coding Skills Matches becoming Solo Coding Matches, and Match Loads becoming Supply Objects. When two competitions are independently developed, it is common to see either the same terminology used for the same concept or entirely different concepts developed to solve the same problem. What repeatedly appears in the RECF manuals is a third scenario: the same concept remains in place while the terminology is modified. In my opinion, this pattern is more consistent with adapting an existing framework than independently developing a new one. I understand RECF has described its development process as one in which, wherever possible, terms even potentially unique to VEX were replaced with different language. That described process is consistent with the pattern documented in this paragraph: the concept is retained while the label is changed. Replacing terminology is renaming. It is not independent development of a different competition. The pattern extends to the games' titles: VEX's 2019-2020 VEX Robotics Competition game was named Tower Takeover, and RECF named its Engage game Tier Takeover, a title one word removed from a game in VEX's own published catalog.

18. **Robot starting size and expansion.** Both games use the same robot starting size of 11 inches wide by 20 inches long by 15 inches tall, and both allow unlimited vertical expansion during the match. These dimensions are not dictated by the field, the scoring objects, or the basic structure of the game. As published at version 1.0, RECF's Tier Takeover did not allow horizontal expansion comparable to VEX Level Up's allowance of expansion to 11 inches by 24 inches, and my initial analysis identified that omission as one of the few points of arguable differentiation. As discussed in Section VI below, RECF eliminated that difference in version 1.1. Following that revision, the starting envelope, the horizontal expansion envelope, and the unlimited vertical expansion allowance are identical between the two games.

19. **Robot reset and handling.** Both games use the same structure for teams to retrieve and reset a robot during a match: limited retrieval and reset authority in team-based matches for malfunctioning robots, and broader reset authority in solo coding matches, where resets can serve as a strategic tool. A competition could have prohibited robot retrieval entirely, required referee approval, required the robot to remain disabled after being touched, imposed a time penalty, or treated all robot handling the same across match types. The specific distinction between match types and the associated reset procedure reflects a particular design philosophy that RECF's Tier Takeover retained.

## V. VEX's OVERRIDE COMPARED TO RECF's PINNACLE

20. **Goal ownership framework and color-state device.** In VEX's Override, a robot-manipulated, three-state field element called the Toggle determines whether yellow Pins are owned and therefore whether they score. In RECF's Pinnacle, the Toggle becomes a Roller: a field-mounted, three-state element that can display red, blue, or yellow, whose state determines whether yellow half pins score and for which alliance. In alliance match scoring in both games,

yellow objects on a neutral goal score for the alliance whose color matches the state of the device, and when the device is set to yellow, neither alliance earns those points. Nothing about the use of pins, cups, goals, or nesting mechanics necessitates a robot-manipulated three-state field element at all, and even after deciding to include one, RECF had many alternatives for what it could do: direct points, an autonomous bonus, an endgame bonus, ranking-point benefits, goal multipliers, or field access control. Instead, RECF's Pinnacle retained both the scoring consequence and the field element that produces that consequence, while primarily changing terminology and point values. The scoring examples in the two manuals teach the same concept: the same stack produces different yellow scoring outcomes depending on the state of the device. In my opinion, these are strong, complementary examples of retaining the same underlying game design concept.

21. **Nested scoring framework.** Both games build their scoring systems around nested object states, visible and hidden pin segments, color-dependent scoring, and conditional scoring based on a separate field-state variable. In both games, nesting is a prerequisite to scoring, and the scoring of visible colored portions depends on the nesting relationship. I recognize that pins and cups designed to nest together will produce some similar physical interactions. RECF, however, was not required to use these game pieces, and having chosen the same scoring elements, it was not required to build the same scoring framework around nesting, visibility, color-state scoring, and conditional ownership. It could have scored only complete stacks, only the top object of each stack, total stack height, total object count, orientation, or fixed values per object regardless of visibility. Instead, RECF's Pinnacle retained the same core approach used in VEX's Override.

22. **Collegiate format.** VEX's Override includes a VEX U collegiate format in which head-to-head matches are played by two teams with two robots per team, using a 30-second autonomous period, and in which the two-robot structure extends into driving skills and autonomous coding skills. The RECF Inspire manual preserves the same collegiate structure under different branding: a one-team-versus-one-team alliance match format, two robots per team across alliance matches, solo driving, and solo coding, a 30-second autonomous period at the start of a 120-second match, and definitions that define a team around building two or more robots. Those are specific structural choices, not unavoidable consequences of operating a university-level robotics program. A collegiate program could reasonably use one robot per team, three robots per team, or limit additional robots to certain match formats. To my knowledge, the two-robot, one-team-versus-one-team collegiate format was unique to VEX U among competitive robotics programs before RECF published Inspire.

23. **Loading mechanism.** In VEX's Override, Match Loads begin in the alliance station and are introduced into the field through Loaders by drive team members. RECF's Pinnacle retains the same general architecture under revised terminology: Supply and team-loaded objects begin in the Driver Box and are introduced into the field through Loaders by drive team members. It's also important to note that there is no requirement for a field element to exist for match loading to exist. Loaders could have been allowed to place objects onto the field, or onto or into robots themselves. Standing alone, I do not view this as particularly strong evidence of copying when compared to other areas, but it is consistent with the broader pattern of retained gameplay concepts under modified terminology.

24. **Skills Challenge structure.** RECF retained the combination of alliance competition, driver-operated individual competition, and autonomous coding individual

competition in both its middle and high school program (Achieve) and its collegiate program (Inspire), with a three-attempt cap per solo type. While robotics competitions commonly include qualification matches and elimination tournaments, separate driver-controlled and autonomous individual challenge formats are not universal, and the combination is particularly associated with the VEX competition model.

## VI. THE REVISION RECORD MOVED THE RECF GAMES CLOSER TO THE VEX GAMES

25. I evaluated every enumerated change in the RECF revision histories, comprising roughly thirty substantive changelog entries across the version 1.1 and 1.2 revisions, against my initial assessments. Not one revision removed, renamed, or restructured any element I had assessed as a very high similarity to a VEX counterpart. The controller handoff window, the progressive dropped-score schedule, the stop-time tiebreaker, the roller-gated ownership scoring, the nested scoring framework, the collegiate two-robot format, the three-attempt solo structure, and the six and eight match minimums all survive, verbatim or functionally intact, in the current manuals.

26. **The RECF's Tier Takeover expansion change.** My initial analysis identified exactly one material difference in the robot starting size and expansion category: VEX's Level Up allows horizontal expansion to 11 inches by 24 inches, and RECF's Tier Takeover version 1.0 did not allow comparable horizontal expansion. In version 1.1, RECF changed rule 2.2.1 to allow horizontal expansion up to 24 inches long, and the current rule text caps the robot at 11 inches wide by 24 inches long during the match. The single distinguishing feature identified in my original analysis was eliminated by RECF itself, thirty days after its own initial release. The chosen expansion dimension is now identical to the current VEX IQ game and to historical VEX

IQ games. A team choosing dimensions independently has many options; a rule set that corrects toward a competitor's exact envelope has chosen a reference point. I anticipate RECF may argue the change accommodates an existing robot ecosystem built to VEX IQ specifications. In my view, that defense concedes that the competition is designed around, and dependent on, the VEX hardware and design ecosystem, and it does not explain why RECF's version 1.0 chose a different specification first, published it, and then abandoned it in the direction of the VEX specification once the season began. I further understand RECF has attributed the change to community reports that teams had already designed robots with expansions and wanted to use them. Robots designed with expansions before the first RECF event was played were robots designed to the VEX IQ specification. That explanation confirms, rather than rebuts, that the competition is built on or around the VEX Robotics Competition ecosystem. I also understand RECF has asserted that expanded robot sizes across games and seasons have commonly topped out around 24 inches. A general tendency toward 24-inch expanded lengths would not produce the match that exists here: the same 11 by 20 by 15 inch starting envelope, the same 11 inch width limit during expansion, the same 24 inch expanded length, and the same unlimited vertical expansion allowance. The convergence is on the complete dimensional envelope, not on a single customary number. Finally, I understand RECF characterizes the version 1.0 treatment as an omission rather than a restriction. Under the version 1.0 rules as published, a robot could not expand beyond its starting size, and teams designing to the published manual would build to that constraint. However, the omission is characterized, version 1.0 published a materially different specification, and version 1.1 replaced it with the exact VEX specification.

27. **The RECF's Pinnacle neutral goal change.** At launch, open de-scoring of neutral stacks was the defining gameplay difference between RECF's Pinnacle and VEX's

Override, and my initial analysis credited it as a genuine, strategy-defining difference. VEX's Override treats placed scoring objects as protected: they cannot be removed from neutral or opposing alliance goals, and the interaction is strictly penalized. RECF Pinnacle version 1.0 took the opposite position, allowing neutral stacks to be freely disassembled by either alliance for the entire match. Version 1.2, published July 28, 2026, closes most of that distance. Under revised rule 5.3.4 in both RECF's Pinnacle manuals, removal from neutral goals is now limited to a single pin, cup, or "pinnacle" taken from the top of a stack; it is permitted only during the first 90 seconds of the match; it is prohibited entirely during the final 30 seconds; and violations draw a red card unless the robot was forced into the penalty. Version 1.1 had already made a collateral knockdown of a protected stack during neutral-goal removal a red card offense under rule 5.3.7. The convergence runs on three axes at once: scope, from unrestricted disassembly to a single object from the top of a stack; time, from the whole match to the first 90 seconds only; and enforcement, from ordinary fouls to red cards, matching the strict-penalty posture of the VEX's Override rule. For the final 30 seconds of every alliance match, one quarter of the match, RECF Pinnacle's neutral goals are now, in effect, under the VEX's Override rule: nothing may be removed, on pain of a red card. The implementation is still not identical to VEX Override's, and I say so plainly: a narrow top-of-stack allowance survives for the first 90 seconds. But on the one interaction where RECF's Pinnacle launched with a genuinely different design philosophy, RECF's revision moved toward VEX's Override. I understand RECF has noted that its penalty ladder, including red cards, appeared in the RECF's Pinnacle manual from initial publication. That is correct, and it does not address my point. The version 1.2 revision assigned this specific interaction to the red card tier, the most severe penalty available in RECF's system. The pre-existence of the ladder does not explain the choice to place neutral-goal removal at its top, and

that choice is what matches the strict-penalty posture of VEX's Override rule. I also understand RECF describes its protection windows as adding strategy that VEX's Override does not offer. The question my analysis addresses is not whether the implementations are identical. I have stated they are not. The question is which direction RECF moved on the one interaction where its game launched with a genuinely different design philosophy.

28. The two revisions that altered gameplay substance or physical specifications moved the RECF games toward the VEX baseline. The remaining changes are mostly operational clarifications and robot-construction liberalizations. In my opinion, the revision record is evidence in its own right. If the launch-day similarities were coincidental products of independent design, I would expect independent evolution. What the record shows instead is a rule set that, under the pressure of real events, corrects toward the VEX framework. I agree that in-season manual updates are a normal part of operating a robotics competition, and my analysis draws no inference from the fact that RECF updated its manuals. The inference arises from the direction of the updates. I understand RECF has cited revisions to VEX's own manuals published since RECF's manuals were released, specifically an allowance for painted or colored metal pieces, an allowance for non-VEX-branded pneumatic components, and a planned allowance for two drive team members in Level Up. Those changes are robot-construction parts allowances and drive team staffing. Robot construction is the category my analysis treats as having low standalone evidentiary value, and it is also the category in which I have recognized RECF's own genuine divergence. Those changes do not alter scoring systems, match structures, skills formats, or tournament administration mechanisms, which is where the concentrated similarities between the RECF and VEX games reside.

29. In my analysis, these updates generally strengthen the conclusion that the RECF games too closely mimic the VEX games. The largest changes in these updates made the RECF games more similar to the VEX games than they previously were.

## VII. GENUINE POINTS OF DIVERGENCE

30. Consistent with the approach described in Section III, I have identified the following genuine points of divergence, and I record them here for completeness.

31. **Qualification ranking tiebreaker.** The qualification ranking tiebreaker added in RECF's Engage version 1.1, rule 7.4.4, breaks ties in average alliance match score by comparing each tied team's second highest match score, then third highest, then fourth highest, and finally a random electronic draw. VEX's Level Up instead breaks qualification ranking ties under rule T11 by progressively removing each tied team's lowest scores and recalculating until the averages differ. Both approaches consult the score distribution beyond the average, but they work from opposite ends of it. This is a mechanically distinct solution to the same problem, and I record it plainly as a genuine divergence. The finals side of the RECF tiebreaker system, however, retains the VEX structure, including the stop-time mechanism discussed above.

32. **Robot construction.** RECF's robot construction rules are its most significant genuine differentiation: a multi-vendor structure policy and 3D printing allowances in Achieve, an open structural system in Inspire, and a LEGO ecosystem option in Engage, which version 1.1 extended by adding LEGO SPIKE Essential structural parts and LEGO Mindstorms motors to the legal parts lists. These are real differences in what parts are allowed. They do not, in my opinion, alter the game and tournament architecture similarities described above.

33. **Other divergences.** RECF's progressive per-rule penalty ladder, consisting of an official warning, then a yellow card, then a red card with a zero score, with three red cards

removing elimination eligibility, together with its grounding mechanism, is RECF's most distinctive original system on the match administration side. Additional divergences include age-based team categories rather than grade-based categories, and RECF Achieve's allowance of up to two controllers per robot. Certain individual similarities, standing alone, I do not regard as strong evidence of copying, including the 60-second match duration, the one-object possession limit, the prohibition on video review, and generic referee, definitions, and event-operations structures, each of which an independent organizer could reasonably adopt. My conclusions do not rest on those items.

34. **RECF assertions on divergence.** I understand RECF's counsel asserted in an August 11, 2026 letter that de-scoring differentiates the two games because in VEX's game, removal in any form, from a neutral goal or a team's own, "remains impossible under any circumstances." That assertion is incorrect, and the governing materials predate the letter. Official Q&A 3153 for Override, posted May 22, 2026 and answered July 2, 2026, states expressly that it is legal to remove Placed Scoring Objects from a team's own Alliance-colored Goals, whether accidentally or intentionally. Override's protections are scoped to Placed Scoring Objects on neutral and opposing alliance goals, which is how I have described them throughout this Declaration. RECF's own published Q&A reflects the same position for its game: Achieve Q&A #25, answered August 6, 2026, states that no rule prevents teams from removing cups or pins from their own alliance goals. On this interaction, the two games match. The difference RECF's counsel described does not exist, and the Q&A ruling RECF cited as a differentiator in fact aligns Pinnacle's goal-interaction structure with Override's rather than distinguishing it. A true and correct copy of Achieve Q&A #25 as published is attached as Exhibit I. A true and correct copy of Q&A 3153 as published is attached as Exhibit J.

## VIII. THE RECF GAMES ARE DESIGNED AROUND VEX PRODUCTS AND VEX ROBOT DESIGNS

35. The RECF games as published are built on VEX fields, VEX game objects, and VEX-compatible robot specifications. In RECF's Tier Takeover, the L1 through L4 goal terminology corresponds to markings printed on the plastic elements of the VEX goal, and RECF retained that terminology to match the VEX field elements it chose to utilize in its games. RECF's Pinnacle is built around the same pins, cups, goals, and roller-style field elements as VEX's Override. The robot dimensional and expansion specifications discussed in paragraphs 18 and 26 above now match the VEX specifications exactly, dimension for dimension.

35A. **Field equipment and part number inventory.** I prepared a document inventorying every reference in the current Pinnacle and Tier Takeover manuals to competition field equipment and game elements, and a true and correct copy of that inventory is attached as Exhibit K. It documents the following. The Pinnacle manual contains seven part numbers in its entire text, all on page 50, and six of the seven are VEX part numbers. Every field control device the manual specifies by part number is a VEX product, and two of the three approved field perimeters are VEX products; the only non-VEX field control option listed carries no part number and is annotated "more details coming soon." The manual assigns no manufacturer, source, or part number to the game elements themselves: the pins, cups, goals, rollers, and loaders. The Tier Takeover manual contains no part numbers of any kind, yet its own page 11 definitions state that the floor goals and load zones are bordered by "the adjacent VEX IQ® parts." Neither manual mentions part number 276-9250 or 228-9258, the VEX full game and field element kits. The Pinnacle manual defines its Cup as a plastic, two-segment object roughly

6.48 by 3.16 inches with a transparent half and an opaque half; VEX's Override manual defines the Cup as approximately 3.15 inches in diameter and 6.5 inches tall, consisting of one transparent half and one opaque half. It is my opinion that these measurements were simply rounded slightly differently, but represent the same exact elements. In my opinion, the game objects the Pinnacle manual defines are the VEX Override game objects.

36. Based on my game design experience, the practical effect of these choices, especially the rules regarding robot construction, robot dimensions, and allowed actions, is that a robot built for the VEX competitions can compete in the corresponding RECF competitions without significant rebuilding, and without requiring the teams to learn and understand a significantly different game. If the RECF games diverged materially from the VEX games in these respects, teams would need to build a robot specifically for the RECF competitions and learn and understand significant changes to competition structure. In my opinion, the pattern of design choices and revisions described in this Declaration is consistent with a design objective of keeping the RECF games closely aligned with the VEX games so that teams can register and compete in both without building a separate robot, rather than with independent development of distinct games.

## VIII-A. THE VEX COMPETITIONS GAME DESIGN COMMITTEE

36A. I have served as a member of the VEX Competitions Game Design Committee since March 2023. RECF personnel also participated in that committee at various times. Demand forecasting, production planning, and inventory decisions for game elements and other competition products were not functions of that committee during my service. The committee designed games; it did not decide production quantities. Forecasting and production planning for game elements were performed outside the committee by VEX's operations organization, and I

did not participate in, and did not receive, production forecasts through the committee. I have read paragraph 2 of the Declaration of Michelle Lonsinger, in which she attributes to the committee a forecast that game elements and supplies be prepared for at least as many teams as the prior season. That attribution is not consistent with the committee's function as I know it from my participation as a member of that committee. Michelle Lonsinger's declaration states that she served as co-chair of the committee. To my knowledge, no one held the title of co-chair of the VEX Competitions Game Design Committee during my service on it.

## IX. CONCLUSIONS

37. Although RECF changed certain names, ordering, presentation, rule logic, and point values, the details viewed collectively show material similarity and, in several areas, substantially identical implementation of core VEX game and competition functions, including, but not limited to, distinctive scoring systems, match structures, skills formats, and tournament administration mechanisms.

38. In my opinion, the similarities described in this Declaration are not mere resemblance and are not the natural consequence of designing a robotics competition. They reflect arbitrary, detailed design choices, made where many reasonable alternatives were available, that repeatedly match the choices in the VEX manuals. That pattern, together with a revision record whose only substantive gameplay changes moved the RECF games closer to the VEX games, is in my opinion more consistent with RECF having started from the VEX manuals and modified them than with independent development. The revisions RECF published after the initial manuals did not cure the similarities my analysis identified; in the two most significant instances, they deepened them.

My name is Bailey Kahl, my date of birth is May 11, 1997, and my address is 6725 W. FM 1570, Greenville, Texas, 75402, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Hunt County, State of Texas, on the 14th day of August, 2026.

Bailey Kahl

# DECLARATION OF STUART JAMES

My name is Stuart James. I am over the age of eighteen, of sound mind, and fully competent to make this declaration. The facts stated in this declaration are within my personal knowledge or are based on business records of VEX Robotics, Inc. ("VEX") that are made and kept in the ordinary course of VEX's business and that I rely on in performing my job, and they are true and correct.

1. I am employed by VEX as Director of Supply Chain. My responsibilities include demand forecasting, production planning, and supply chain management for VEX's products, including the season-specific competition field and game element products at issue in this proceeding. I have held these responsibilities since 2023.

2. Each competition season, VEX designs a new game for each of its competition programs. Each new game requires its own field and game element products: full game and field element kits, scoring elements, and related field products. These products are custom designed, engineered, tooled, and manufactured for that single season's game. They are one-year products. When the season ends, they cannot be used to play the following season's games, there is minimal aftermarket value for them, and unsold units have minimal revenue potential.

3. Forecasting and production planning for these products are performed exclusively by VEX's operations organization. The VEX Competitions Game Design Committee designs games. It has no role in demand forecasting, production planning, production quantities, or ordering, and it receives no forecasting responsibility of any kind. No forecasting function has ever resided with that committee during my tenure.

4. VEX does not forecast these products on the basis of team counts, because team counts do not translate into unit demand. A school or organization fielding one team and a school fielding twenty teams each typically purchase a single game element set. The demand model is built on historical data and adjusted throughout the season, as necessary. Based on VEX's records, more than 2,400 event partners host competition events, and an event partner typically requires between two and ten element sets depending on the size of its events. A forecast premised on the number of registered teams would misunderstand how this product is purchased and used.

5. VEX committed its field and game element forecast for the 2026-2027 season in December 2025. That forecast was built on the prior season's participation levels, planning for the same or similar numbers of purchasing organizations and events as the year before. The forecast performed in December 2025 has not materially changed or been adjusted.

6. The December 2025 forecast did not and could not account for demand from participants in programs built on other component ecosystems, including Lego-based programs, or from any expansion of any other organization's programs, because no such demand had been disclosed to VEX and none was known to me or, to my knowledge, to anyone involved in VEX's forecasting at the time the production quantities were committed. No organization provided VEX with any forecast, team estimate, event estimate, or demand signal of any kind for the 2026-2027 season beyond VEX's own program data.

7. These products are manufactured overseas and are subject to minimum order quantities of 1,000 units per product. Production cannot be run incrementally in small quantities to meet marginal demand.

8. Under normal manufacturing and shipping conditions, the lead time from receipt of a purchase order at the factory to delivery at VEX's warehouse in Greenville, Texas is approximately 85 days for the VEX IQ Competition Scoring Element Kit, approximately 95 days for the VEX V5 Competition Scoring Element Kit, approximately 120 days for the VEX IQ Competition Full Field and Game Element Kit, and approximately 145 days for the VEX V5 Competition Full Field and Game Element Kit. The VEX V5 Competition Full Field and Game Element Kit consists of two separate part numbers that must be delivered to the customer together. The shipping estimates referenced in my declaration do not consider delays as a result of holidays or world events.

9. As a result, if VEX issued a purchase order for additional production on August 17, 2026, the earliest scoring element kits would arrive in Greenville in approximately mid-November 2026, IQ full kits in approximately mid-December 2026, and V5 full kits in approximately early January 2027, with customer deliveries following warehouse processing in each case. The competition season will be substantially complete before any such production could reach

customers, and the season ends entirely in the spring, after which this season's elements have no use and no market.

10. Once the forecast is committed and production is run, the inventory available for a season is, as a practical matter, fixed. Additional court-ordered sales obligations cannot increase the quantity of game elements that exist for this season. They can only change who receives units from the existing pool.

11. VEX's forecasting goal, in this season and in every season during my tenure, has been to sell through its game element inventory by approximately March, near the close of the season. This is the only rational way to manufacture a product with a hard expiration date. Deliberately overproducing season-specific goods would leave unsold inventory to incur carrying costs and be written off with no ability to sell it. VEX has managed to this same sell-through target for years, including throughout the years the Robotics Education and Competition Foundation, Inc. was VEX's competition partner and benefited from the identical practice. The methodology predates this litigation and has not changed because of it.

Pursuant to Section 132.001 of the Texas Civil Practice and Remedies Code, I declare under penalty of perjury that the foregoing is true and correct.

My name is Stuart James. My date of birth is September 07, 1993, and my address is 6725 W. FM 1570, Greenville, Texas, United States of America. Executed in Hunt County, State of Texas, on the 14th day of August, 2026.

Stuart James

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Penny Rogers on behalf of Joel Geary
Bar No. 24002129
progers@wslawpc.com
Envelope ID: 118672955
Filing Code Description: Answer/Response
Filing Description: VEX Robotics, Inc,'s (1) Response to Robotics Education and Competition Foundation, Inc,'s Motion to Enforce Agreed Temporary Injunction and (2) Countermotion to Enforce Injunction Against Robotics Education and Competition Foundation, Inc.
Status as of 8/17/2026 2:20 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Justin Lee | | jlee@jw.com | 8/14/2026 7:31:24 PM | SENT |
| Dalia Vicencio | | dvicencio@jw.com | 8/14/2026 7:31:24 PM | SENT |
| Maggie Burreson | | mburreson@jw.com | 8/14/2026 7:31:24 PM | SENT |
| Cheryl Leger | | cleger@jw.com | 8/14/2026 7:31:24 PM | SENT |
| Joseph Fischer | | tfischer@jw.com | 8/14/2026 7:31:24 PM | SENT |
| Theron Bentz | | tbentz@jw.com | 8/14/2026 7:31:24 PM | SENT |
| Juana Sauceda | | jsauceda@jw.com | 8/14/2026 7:31:24 PM | SENT |
| Richard Liu | | richard.liu@consultils.com | 8/14/2026 7:31:24 PM | SENT |
| Yolanda Lopez | | ylopez@jw.com | 8/14/2026 7:31:24 PM | SENT |
| D. Robert DeLoit, Jr. | | rdeloit@jw.com | 8/14/2026 7:31:24 PM | SENT |
| Joel E.Geary | | jgeary@wslawpc.com | 8/14/2026 7:31:24 PM | SENT |
| Grant B.Stock | | gstock@wslawpc.com | 8/14/2026 7:31:24 PM | SENT |
| Penny Rogers | | progers@wslawpc.com | 8/14/2026 7:31:24 PM | SENT |
| Jared Xu | | jared.xu@consultils.com | 8/14/2026 7:31:24 PM | SENT |
| James MWelch | | jwelch@wslawpc.com | 8/14/2026 7:31:24 PM | SENT |
| Matthew PLindner | | mlindner@wslawpc.com | 8/14/2026 7:31:24 PM | SENT |
| George Alexander | | george@curtisalexander.net | 8/14/2026 7:31:24 PM | SENT |
| Belinda Chambers | | belinda@curtisalexander.net | 8/14/2026 7:31:24 PM | SENT |
| Darline Zenteno | | darline.zenteno@mccalla.com | 8/14/2026 7:31:24 PM | SENT |
| Matthew Lindner | | mlindner@wslawpc.com | 8/14/2026 7:31:24 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Penny Rogers on behalf of Joel Geary
Bar No. 24002129
progers@wslawpc.com
Envelope ID: 118672955
Filing Code Description: Answer/Response
Filing Description: VEX Robotics, Inc,'s (1) Response to Robotics Education and Competition Foundation, Inc,'s Motion to Enforce Agreed Temporary Injunction and (2) Countermotion to Enforce Injunction Against Robotics Education and Competition Foundation, Inc.
Status as of 8/17/2026 2:20 PM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Matthew Lindner | | mlindner@wslawpc.com | 8/14/2026 7:31:24 PM | SENT |
| Penny Rogers | | progers@wslawpc.com | 8/14/2026 7:31:24 PM | SENT |

EXHIBIT A

VEX IQ ROBOTICS COMPETITION

LEVEL UP

2026 - 2027
Game Manual
Version 1.1

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 380 of 1005 PageID 1009


## © 2026 Innovation First, Inc. / VEX Robotics, Inc. All rights reserved.

This Game Manual — including all game rules, game design concepts, scoring systems, field specifications, field element designs, robot construction parameters, tournament structures, game design philosophy, and all other content contained herein including all related intellectual property rights and registrations are the exclusive proprietary property of Innovation First, Inc. used under license by VEX Robotics, Inc. This document and all contents are subject to and protected under United States and International Copyright and Trademark Laws.

No portion of this document may be copied, reproduced, distributed, published, displayed, transmitted, adapted, translated, incorporated into any other work, or used as the basis for any modified or derivative version or work, - in whole or in part, in any form or by any medium, electronic or otherwise without the prior express written permission of Innovation First, Inc. / VEX Robotics, Inc.

This Game Manual is published solely for use in connection with authorized VEX Robotics Competitions and events. It may not be used, in whole or in part, for or in relation to any non-authorized Robotics event, competing competition program, alternative event format, independent game design, or related activity without the express prior written authorization of Innovation First, Inc. / VEX Robotics, Inc. Any and all unauthorized use of this material or any portion thereof — including adaptation for use in connection with any competing or successor robotics events, or competition program constitutes unauthorized and illegal misappropriation of Innovation First, Inc. / VEX Robotics, Inc.'s intellectual property and will be prosecuted to the fullest extent permitted by law.

VEX, VEX ROBOTICS, V5, VEX V5 ROBOTICS COMPETITION, VEX IQ, VEX IQ ROBOTICS COMPETITION, VEX ROBOTICS WORLD CHAMPIONSHIP, VEXPRO, VEXCODE, VEX 123, VEX GO, VEX AIR, and associated game names and logos (collectively VEX Trademarks) are registered trademarks and/or trademarks owned by Innovation First, Inc. Unauthorized use of the VEX Trademarks is strictly prohibited.

Violations of this notice and Innovation First, Inc.'s rights are subject to and/or will subject the responsible person(s) to civil and/or criminal liabilities and prosecution.

# Table of Contents

## Prefix
Changelog ....................................................................v
Quick Reference Guide ....................................................vi

## Section 1 - Introduction
Game Manual Updates .................................................... 3
The Q&A System .......................................................... 4

## Section 2 - The Game
VIQRC Level Up - A Primer ............................................. 7
Field Overview ............................................................. 8
Game Design Philosophy - A Letter from the GDC. 12
Scoring ....................................................................... 13
Specific Game Rules ..................................................... 15
Safety Rules ................................................................ 18
General Rules .............................................................. 19
General Game Rules ...................................................... 21

## Section 3 - Robot Skills Matches
Robot Skills Match Rules ............................................... 28

## Section 4 - The Robot
Robot Summary ............................................................ 33
Robot Rules ................................................................. 34

## Section 5 - The Event

Tournament Rules ........ 42

## Appendix A - Field Overview

## Appendix B - Simplified Edition

Using this Appendix ........ B2
Important Rules ........ B3
How do you play Level Up? ........ B3
How to Earn Points ........ B4
Robot Rules ........ B5
Drive Team ........ B5
Matches and Referees ........ B5

## Appendix C - Glossary of Terms

## Appendix D - Rule Violations

## Appendix E - Team Classifications and Student Roles

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# Prefix

# Changelog

**Version 1.1 - August 6, 2026**
- Updated Figures SG-1 and R3-1 to better indicate which *Robot* should be in which starting position
- Updated <SC3> for clarity
- Revised <SG1b> for clarity
- Updated the blue-border box of <SG6> to provide clarity
- Revised <SG7b> to provide clarity
- Revised <GG11> to allow *Drivers* to serve as *Loaders* under certain conditions during a *Match*
- Revised the wording of rules <G1>, <G2> and <G4> for simplicity
- Deleted rule <G5> (the pre-existing rule <G6> is now <G5>)
- Updated the definition of *Drive Team Member* to match <GG11>
- Updated the definition of *Student* for simplicity
- Moved *Violation* Notes from Appendix D to their corresponding rules
- Minor typo / formatting fixes

**Version 1.0 - July 2, 2026**
- Updated <SC4> for clarity. *Bean Bags* scored on multiple levels now receive points for the higher level
- Revised <SC5> for clarity
- Revised <SG2> to clarify that the rule only applies during the *Match*
- Added a bullet to <SG4> to clarify that a *Bean Bag* that ends up inside the *Pyramid Goal* is considered "out of the *Field*"
- Revised bullets B and F of <SG7> for clarity
- Added bullet points to <T6> allowing 0x2 or 0x3 pins to mark *Bean Bag* locations, and repairing of damaged *Bean Bags* and *Pyramid Goal* or *L4 Goal* plastic sheets as permissible *Field* modifications
- Revised the definitions of *Pyramid Goal*, and L1, L2, L3 & *L4 Goal* for clarity
- Minor typo / formatting fixes

**Version 0.2 - June 4, 2026**
- Updated Figure SG-1 to correctly show the approximate *Robot* starting position
- Updated <SG6> and its blue-border box to provide clarity regarding *Plowing*
- Updated Figure RSC3-1 to include a *Robot* in the correct starting position
- Updated the Robot Summary in section 4 to provide clarity
- Revised the definition of *Plowing* to include another *Scoring Object*
- Minor typo / formatting fixes

**Version 0.1 - April 30, 2026**
- Initial Release

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# Quick Reference Guide

| Scoring Rules | |
|---|---|
| <SC1> | All scoring statuses are evaluated after the *Match* ends |
| <SC2> | All scoring statuses are evaluated visually by a *Head Referee* |
| <SC3> | Scored *Bean Bag* in a *Floor Goal* criteria |
| <SC4> | Scored *Bean Bag* in a L1, L2, or *L3 Goal* criteria |
| <SC5> | Scored *Bean Bag* on a *L4 Goal* criteria |

| Specific Game Rules | |
|---|---|
| <SG1> | Starting a *Match* |
| <SG2> | Horizontal expansion is limited |
| <SG3> | Vertical expansion is unlimited |
| <SG4> | Keep *Scoring Objects* in the *Field* |
| <SG5> | Each *Robot* gets one yellow *Bean Bag* as a *Preload* |
| <SG6> | *Possession* is limited to one (1) *Bean Bag* |
| <SG7> | Using the *Load Zone* |

| Safety Rules | |
|---|---|
| <S1> | Stay safe, don't damage the *Field* |
| <S2> | *Students* must be accompanied by an *Adult* |
| <S3> | Each *Student Team* member must have a completed participant release form on file |

| General Rules | |
|---|---|
| <G1> | Participants must follow the Code of Conduct |
| <G2> | Participants must follow the Student Centered Policy |
| <G3> | Use common sense |
| <G4> | *Students* must meet the Student Eligibility Policy requirements |
| <G5> | There is a difference between accidentally and willfully violating a *Robot* rule |

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

| General Game Rules | |
|---|---|
| <GG1> | *Drivers* drive your *Robot*, and stay in the *Driver Station* |
| <GG2> | A *Team's Robot* should attend every *Match* |
| <GG3> | *Robots* on the *Field* must be ready to play |
| <GG4> | Hands out of the *Field* |
| <GG5> | *Match* Replays are allowed, but rare |
| <GG6> | *Disqualifications* |
| <GG7> | Time-outs |
| <GG8> | Keep your *Robot* together |
| <GG9> | Don't damage the *Field* |
| <GG10> | Handling the *Robot* mid-*Match* is allowed under certain circumstances |
| <GG11> | A *Team's* two *Drivers* switch controllers midway through the *Match* |
| <GG12> | Don't start before the timer, and stop moving at the end of the *Match* |
| <GG13> | Ending a *Match* early |
| <GG14> | *Drive Team Members* are permitted to appeal the *Head Referee's* ruling |

| Robot Skills Challenge Rules | |
|---|---|
| <RSC1> | Standard rules apply in most cases |
| <RSC2> | Scoring *Robot Skills Matches* |
| <RSC3> | *Robot* and *Field* setup for *Robot Skills Matches* |
| <RSC4> | *Loading* and *Driver* differences |
| <RSC5> | Handling *Robots* during an *Autonomous Coding Skills Match* |
| <RSC6> | Starting an *Autonomous Coding Skills Match* |
| <RSC7> | Autonomous means "no humans" |
| <RSC8> | *Skills Stop Time* |

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

| Robot Rules | |
|---|---|
| **<R1>** | One *Robot* per *Team* |
| **<R2>** | *Robots* must pass inspection |
| **<R3>** | *Robots* must fit within an 11" x 20" x 15" (279.4mm x 508mm x 381.0mm) volume |
| **<R4>** | *License Plates* |
| **<R5>** | Let it go after the *Match* is over |
| **<R6>** | *Robots* have one Brain |
| **<R7>** | Keep the power button accessible |
| **<R8>** | Firmware |
| **<R9>** | Motors |
| **<R10>** | Batteries |
| **<R11>** | One controller per *Robot* |
| **<R12>** | *Robots* are built from the VEX IQ product line |
| **<R13>** | Prohibited items |
| **<R14>** | Legal Non-VEX IQ components |
| **<R15>** | Decorations are allowed |
| **<R16>** | Pneumatics |
| **<R17>** | Modifications of parts |

| Tournament Rules | |
|---|---|
| **<T1>** | *Head Referees* have ultimate and final authority on all gameplay and *Robot* ruling decisions |
| **<T2>** | *Head Referees* must be qualified |
| **<T3>** | The *Drive Team Members* are permitted to immediately appeal the *Head Referee's* ruling |
| **<T4>** | The *Event Partner* has ultimate authority regarding all non-gameplay decisions |
| **<T5>** | Be prepared for minor *Field* variance |
| **<T6>** | *Fields* and *Field Elements* may be repaired at the *Event Partner's* discretion |
| **<T7>** | *Fields* at an event must be consistent with each other |
| **<T8>** | *Qualification Matches* will occur according to the official *Match Schedule* |
| **<T9>** | Each *Team* will be scheduled *Qualification Matches* as follows |
| **<T10>** | *Teams* are ranked by their average *Qualification Match* scores |
| **<T11>** | *Qualification Match* tiebreakers |
| **<T12>** | How *Alliances* are formed for *Teamwork Matches* |
| **<T13>** | *Teams* playing in *Finals Matches.* |
| **<T14>** | Finals *Match Schedule* |
| **<T15>** | Skills *Match Schedule* |
| **<T16>** | No requirement that Skills *Fields* have the same modifications as the Teamwork *Fields* |
| **<T17>** | Skills Rankings at events |
| **<T18>** | Skills Rankings globally |
| **<T19>** | Robot Skills at League Events |

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

VEX IQ ROBOTICS COMPETITION
LEVEL UP

# 2026 - 2027
# Section 1 - Introduction

# Section 1 - Introduction

## About the Game Manual

The VEX IQ Robotics Competition Game Manual is the most authoritative source of information for the VEX IQ Robotics Competition. Contained within this document are all of the rules, boundaries, constraints, and other relevant information you will need to properly understand and play this year's game.

This manual is:

- A technical reference document for gameplay, *Robot* construction, and event operation
- A binding set of rules for *Teams*, coaches, referees, *Event Partners*, and all other volunteers and participants to adhere to
- The primary source of truth for all things related to the VEX IQ Robotics Competition

This manual is not:

- A strategy guide to score the most points
- An instruction set to build the best *Robot*
- A replacement for referee training, *Event Partner* training, or other Event Procedure

## How to Read the Game Manual

The rules in this game manual are intended to work together to create a system of constraints. These rules are not intended to be understood independently of one another or in isolation from other information contained in this document. Many situations may require *Teams*, referees, or other volunteers to use logic from multiple places in the manual to properly form an interpretation. It is critical that the entire manual is read and understood, not just parts.

Information in the game manual is presented in the following ways:

**Definitions** in Appendix C establish the meaning of a term with regards to this document. Sometimes, these definitions may not perfectly match a more commonly accepted dictionary definition. In that case, the VEX definition takes precedence. If there is no VEX definition for a term, it can be reasonably assumed that a dictionary definition can be used.

**General Rules** establish the baseline rules for competition that *Teams* must adhere to at all times. These include, but are not limited to, conduct at an event, roster eligibility, competition integrity, and authority and enforcement.

**General Game Rules** begin to outline the rules that *Teams* must follow in every VEX game, not just the rules specific to this season's game. Many of these rules do not change from year to year, and help prevent the game from devolving into immediate chaos.

**Scoring Rules** define how points are earned and evaluated.

**Specific Game Rules** describe what *Robots* and *Drive Team Members* may and may not do during a *Match*, specifically for this season's game. These rules are subject to change from year to year, depending on how the game is designed and meant to be played.

**Robot Rules** define how *Robots* may be built and configured.

**Tournament Rules** describe how competitions are run, and how *Teams* are ranked at events.

Some rules also reference **Violation Notes** that are located in Appendix D. These notes provide additional guidance on enforcement, escalation, or special circumstances. If a rule doesn't include a cross-reference to *Violation* Notes, standard *Violation* definitions apply. See Appendix D for information about rule *Violations* and penalties.

> There are also blue-border boxes of text placed in some areas of the game manual. These are intended to provide further clarification and guidance in places that the *Game Design Committee* has deemed may benefit from things being said a different way, or presented slightly differently. Blue-border Boxes are meant to be supplements to, not replace, rules or definitions.

# Game Manual Updates

This manual will have a series of "major" and "minor" updates over the course of the season. Each version is official and must be used in official VIQRC events until the release of the next version, upon which the previous version becomes void.

The latest version of the Game Manual can always be found at: https://link.vex.com/docs/26-27/viqrc/game-manual.

Known major release dates are as follows:

| Release Date | Effective Date | Version # | Details |
|---|---|---|---|
| **April 30, 2026** | **April 30, 2026** | **Version 0.1** | Initial game release |
| May 14, 2026 | May 14, 2026 | N/A | Official Q&A system opens |
| June 4, 2026 | June 11, 2026 | Version 0.2 | Minor typographical errors or formatting issues found in the initial release, with very few rule changes expected |
| **July 2, 2026** | **July 9, 2026** | **Version 1.0** | May include gameplay or rule changes inspired by input from the official Q&A system and the VEX community |
| August 6, 2026 | August 13, 2026 | Version 1.1 | Clarification / minor update |
| **September 3, 2026** | **September 10, 2026** | **Version 2.0** | May include gameplay or rule changes inspired by early-season events |
| October 8, 2026 | October 15, 2026 | Version 2.1 | Clarification / minor update |
| December 3, 2026 | December 10, 2026 | Version 2.2 | Clarification / minor update |
| **January 28, 2027** | **February 4, 2027** | **Version 3.0** | May include gameplay or rule changes inspired by early-season events |
| **March 25, 2027** | **April 1, 2027** | **Version 4.0** | May include gameplay or rule changes pertaining specifically to the VEX Robotics World Championship |

In addition to these known major updates, there may also be unscheduled updates released throughout the season if deemed critical by the *Game Design Committee*.

**Any scheduled or unscheduled updates will always be released on a Thursday, no later than 5:00 PM CST (11:00 PM GMT).** These updates will be announced via the VEX Forum, automatically pushed to the VEX IQ Hub app, and shared via VEX Robotics social media & email marketing channels. Once announced, the new version of the Game Manual will be immediately available at the link above.

Generally, Level Up Game Manual updates, scheduled or unscheduled, will include a **grace period** before the updated rules go into effect for competitions. See the release table above for specific dates. This grace period does not apply to the **Version 0.1 Release**, which serves as the initial rule set for the season.

Any events that begin **before** the 7-day grace period has ended must **continue using the rules from the previous Game Manual release**. This policy ensures fairness and consistency, allowing Teams to adapt their strategies and gameplay accordingly before the changes are enforced in official competitions.

Once a manual update occurs, the previous version will be re-uploaded with an "Obsolete" watermark. Those will be found at https://link.vex.com/docs/26-27/viqrc/game-manual-obsolete and will be available to reference through the rest of the season.

The *Game Design Committee* reserves the right to enforce critical updates to the Game Manual as effective immediately upon release, if we feel that the changes are critical for competitive integrity, safety, and/or other extenuating circumstances.

Multi-week league events (or similar) that cross over a grace period should use the version of the Game Manual that is in effect at the beginning of each league session. Leagues should update to new versions of the Game Manual between sessions as appropriate.

# The Q&A System

When first reviewing a new robotics game, it is natural to have questions about situations which may not be immediately clear. Navigating the Game Manual and seeking out answers to these questions is an important part of learning a new game. In many cases, the answer may just be in a different place than you first thought—or, if there is no rule explicitly prohibiting a gameplay strategy, then that usually means it is legal!

However, if a *Team* is still unable to find an answer to their question after closely reviewing the relevant rules, then every *Team* has the opportunity to ask for official rules interpretations in the VEX Robotics Question & Answer System. These questions may be posted by an *Adult* via the events.vex.com account that is associated with that *Team*.

All responses in this Q&A system should be treated as official rulings from the VEX Robotics *Game Design Committee*, and they represent the correct and official interpretation of the VEX Robotics Competition Rules. The Q&A system is the only source besides the Game Manual for official rulings and clarifications, and is functionally an extension of the Game Manual. Q&A rulings are effective immediately upon release.

The VEX IQ Robotics Competition Question & Answer System will open on May 14th, 2026. Before posting on the Q&A system, be sure to review the Q&A Usage Guidelines:

1. The Q&A system is for rules clarifications only.
2. Only registered *Teams*, certified *Event Partners*, and certified VIQRC *Head Referees* can post questions.
3. Read and search this Game Manual before posting.
4. Read and search existing Q&As before posting.
5. Quote the applicable rule from the latest version of this Game Manual in your question.
6. Make a separate post for each question.
7. Use specific and appropriate question titles.
8. Questions will (mostly) be answered in the order they were received.
9. This system is the only source for official rules clarifications.
10. The *Game Design Committee* cannot and will not overrule a *Head Referee's* decision.

If there are any conflicts between the English-language PDF of the Game Manual and other supplemental or translated materials (e.g., referee training materials, the VIQRC Hub app, the game reveal video, a translated game manual, etc.), the most current version of the English-language PDF of the Game Manual takes precedence.

Similarly, it can never be assumed that definitions, rules, or other materials from previous seasons apply to the current game. Q&A responses from previous seasons are not considered official rulings for the current game. Any relevant clarifications that are needed should always be re-asked in the current season's Q&A.

# Hierarchy of Information

This Game Manual is the authoritative source for all gameplay, Robot, and event rules. For these matters, official information ranks as follows:

The following hierarchy applies when determining official rulings while using information from beyond the Game Manual:

1. The current version of this Game Manual, including all published updates
2. The official Q&A system
3. Other VEX Robotics or Global Robotics and Science Foundation supplementary documents and training materials

Q&A answers are official rulings, effective when posted. An answer that conflicts with this Manual takes precedence until a Manual update addresses it. Answers not addressed by an update remain in effect.

The following companion documents are authoritative within their own scopes and take precedence over any summary or restatement of their content in this Manual:

- Code of Conduct
- Student-Centered Policy

No other source of information is official.

# VEX IQ Robotics Competition

## LEVEL UP

## 2026 - 2027
## Section 2 - The Game

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 393 of 1005 PageID 1022

# Section 2 - The Game

## VIQRC Level Up - A Primer

VEX IQ Robotics Competition Level Up is played on a 6'x8' rectangular *Field*, set up as illustrated in the figures throughout this game manual.

The primary objective of the game is to score *Bean Bags* into *Goals*. Higher *Goals* earn more points. A *Robot* can only carry one *Bean Bag* at a time, and most *Bean Bags* have to travel across the entire *Field* to reach their *Goals*. *Teams* have to decide whether to drive a long path or design their *Robot* to fit through the narrow shortcuts on the *Field*.

In *Teamwork Matches*, an *Alliance* composed of two *Robots* works together to score as many points as possible in a 60-second *Match*.

*Teams* may also compete in *Robot Skills Matches*, where one *Robot* tries to score as many points as possible with a slightly different set of rules. See Section 3 for more information.



Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 394 of 1005 PageID 1023

# Field Overview

The VEX IQ Robotics Competition Level Up *Field* consists of the following:

- 38 *Bean Bags*
  - 16 blue *Bean Bags*
    - 8 that start in the *Field*
    - 8 that can be introduced through the blue *Load Zone*
  - 16 red *Bean Bags*
    - 8 that start in the *Field*
    - 8 that can be introduced through the red *Load Zone*
  - 6 yellow *Bean Bags*
    - 2 *Preloads*, one for each *Team*
    - 4 that start in the *Field*
- Two *Pyramid Goals*, one red and one blue
- Two *L4 Goals*
- Two *Floor Goals*, one red and one blue
- Two *Load Zones*, one red and one blue
- Two wall structures
- Two *Floor* barriers

*Note: The illustrations in this section of the Game Manual are intended to provide a general visual understanding of the game.* ***Some figures may highlight or change the appearance of certain Field Elements and Scoring Objects to emphasize or clarify intent.***

*Teams should refer to official Field specifications, found in Appendix A, for exact Field dimensions, a full Field bill of materials, and exact details of Field construction.*

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 395 of 1005 PageID 1024




***Figure FO-1:*** *Starting configuration of a VIQRC Level Up Field Teamwork Match with Bean Bags highlighted (Red, Blue, Yellow).*




***Figure FO-2:*** *A VIQRC Level Up Field, with Pyramid Goals (green), L4 Goals (purple), Floor Goals (blue) and Load Zones (orange) highlighted.*

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 397 of 1005 PageID 1026




***Figure FO-3:*** *The recommended locations for Drive Team Members and Head Referees during Teamwork Matches.*

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# Game Design Philosophy - A Letter from the GDC

We as the *Game Design Committee* want to explain how this game was designed and how we expect it to be played. We will also point out parts of the game we will watch during the season in case changes are needed.

***This section is not a list of rules.*** It is here to help you understand what the game is about and what we as designers had in mind.

Level Up is a game where *Robots* move around the *Field* again and again to score. You can only move one *Bean Bag* at a time. Because of this, *Teams* will need to score often and move quickly. The game rewards *Robots* that can repeat actions and follow a plan.

**Navigation and Route Choice**

The *Field* is designed to give *Teams* choices about how their *Robot* moves.

Some paths are longer but more open and easier to use. Other paths are shorter but tighter and harder to move through. *Teams* will need to decide which path works best for their *Robot*.

**Robot Design Tradeoffs**

The way your *Robot* is built will affect how it moves on the *Field*.

Smaller *Robots* may be able to use shortcuts. Larger *Robots* may be more stable or easier to control. *Teams* will need to make choices about what is most important for their design.

There is no one “best” design. Different *Robots* can succeed in different ways.

**Scoring Strategy**

There are *Goals* with different heights and point values on the Level Up *Field*. This gives *Teams* choices about how they want to work with their partner and score.

Some *Teams* may try to score higher points each time. Others may focus on scoring faster. The best strategies will balance how many points you score, how quickly you score, and how often your *Robot* can repeat the action.

**Commitment to Teams**

The *Game Design Committee* will watch how *Matches* are played during the season. We want to make sure the game stays fun, fair, and interesting!

If needed, we may make updates to keep the focus on movement, scoring, and teamwork.

Have a great season!
 - The VEX IQ Robotics Competition *Game Design Committee*

# Scoring

| | |
|---|---|
| Each *Bean Bag* scored in a *Floor Goal* | 1 Point |
| Each *Bean Bag* scored on an *L1 Goal* | 3 Points |
| Each *Bean Bag* scored on an *L2 Goal* | 6 Points |
| Each *Bean Bag* scored on an *L3 Goal* | 12 Points |
| Each *Bean Bag* scored on an *L4 Goal* | 16 Points |

**<SC1> All scoring statuses are evaluated after the Match ends**, once all *Scoring Objects*, *Field Elements*, and *Robots* on the *Field* come to rest. See rule <GG12> for more information and *Violation* details.

a. Referees should avoid contacting or moving *Robots* and/or *Scoring Objects* as much as possible while evaluating scoring statuses. If an object must be moved to evaluate the status of another object, its status must be agreed upon by all *Teams* and the *Head Referee*, and noted or recorded, before it is moved.

**<SC2> All scoring statuses are evaluated visually by a Head Referee**, to the best of their ability within the context of a given *Match*/event.

a. Referees and other event staff are not allowed to review any videos or pictures from the *Match*. See <T3>.

b. If there is a concern regarding the score of a *Match*, only the *Drive Team Members* from that *Match*, not an *Adult*, may share their questions with the *Head Referee*. See <T3>.

**<SC3>** A *Bean Bag* is **scored in a Floor Goal** if it meets all of the following criteria.

a. No part of the *Bean Bag* is contacting a *Robot*.

b. The *Bean Bag* is entirely within the *Floor Goal* (e.g., no part of the *Bean Bag* is on top of the *Field Perimeter* or the VEX IQ parts that form the border of the *Floor Goal*).

c. The *Bean Bag* is yellow, or matches the color of the *Floor Goal*.

***Figure SC3-1:*** *Bean Bags in the Floor Goal.*

- *The red Bean Bag would not be considered scored, as it is resting on top of the VEX IQ parts that make up the Floor Goal, and not entirely within the defined area.*
- *The blue Bean Bag would not be considered scored, as it does not match the color of the Floor Goal.*
- *The yellow Bean Bag would be considered as scored, as it can be scored in either color Floor Goal, and is entirely within the defined area.*



**<SC4>** A *Bean Bag* is **scored on an L1, L2, or L3 Goal** if it meets all of the following criteria:

a. No part of the *Bean Bag* is contacting a *Robot*.

b. The *Bean Bag* is in contact with the horizontal surface that defines the L1, L2, or *L3 Goal*, or is directly or indirectly supported by another *Bean Bag* that is in contact with that horizontal surface.

c. The *Bean Bag* is not in contact with anything outside the *Field*.

d. The *Bean Bag* matches the color of the L1, L2, or *L3 Goal*, or the *Bean Bag* is yellow.

If a *Bean Bag* counts as scored on multiple levels (e.g., in contact with L3 while also supported by a stack of *Bean Bags* on L2), it should only receive points for the higher level.

**


***Figure SC4-1:*** *Bean Bags on the Pyramid Goal.*

- *The blue Bean Bag would not be considered scored, as it does not match the color of the L1 Goal it is resting on.*
- *The three (3) red Bean Bags would all be considered as scored on the L2 Goal, as they match the color of the Goal, and are all either in contact with the L2 Goal or supported by another Bean Bag in contact with the L2 Goal.*
- *The yellow Bean Bag is contacting the L3 Goal and is also supported by a stack of Bean Bags on the L2 Goal. This means the yellow Bean Bag is considered scored on multiple levels (L2 and L3), in which case it should only receive points for the higher level (L3).*

**<SC5>** A *Bean Bag* is **scored on an L4 Goal** if it meets all of the following criteria.

a. No part of the *Bean Bag* is contacting a *Robot*.

b. The *Bean Bag* is in contact with the horizontal surface that defines the *L4 Goal*, or is directly or indirectly supported by another *Bean Bag* that is in contact with that horizontal surface.

c. The *Bean Bag* is yellow.




***Figure SC5-1:*** *Bean Bags on the L4 Goal.*

- *Both yellow Bean Bags are scored on the L4 Goal, as both are either in contact with the L4 Goal or supported by another Bean Bag in contact with the L4 Goal.*
- *The red Bean Bag is not scored on the L4 Goal, since only yellow Bean Bags can be scored on the L4 Goal.*

# Specific Game Rules

**<SG1> Starting a Match.** At the beginning of a *Match*, the *Robot* must be placed such that it meets all of the following criteria:

a. Fit within an 11" wide x 20" long x 15" high (279mm x 508mm x 381mm) volume, as checked during inspection per <R3>.

b. Positioned within one of the starting positions shown in Figure SG-1. *Robots* may not begin the *Match* in contact with any *Field Elements* other than the *Floor* inside these starting positions and the *Field Perimeter*, and may not be contacting any *Scoring Objects* other than the *Preload*.

    i. For *Teamwork Challenge Matches*, the *Team* listed as *Team* 1 (printed *Match* list), listed as red *Team* (events.vex.com), or listed first (VEXvia) must place their *Robot* in the starting position that shares a wall with the blue *Pyramid Goal*.

    ii. For *Teamwork Challenge Matches*, the *Team* listed as *Team* 2 (printed *Match* list), listed as blue *Team* (events.vex.com), or listed second (VEXvia) must place their *Robot* in the starting position that shares a wall with the red *Pyramid Goal*.

c. Completely stationary (i.e., no motors or other mechanisms in motion) until the *Match* timer starts. Pre-charging a pneumatic system (e.g., having the Pneumatic Pump running prior to the *Match*) is the only permitted exception to this rule.

d. The starting configuration of the *Robot* at the beginning of a *Match* must be the same as a *Robot* configuration that was checked during *Robot* inspection.

**Violation Notes:**

1. The *Match* will not begin with any conditions in this rule unmet. If a *Robot* cannot meet these conditions in a timely manner, the *Robot* will be removed from the *Field* and rules <R2d> and <GG3> will apply until the situation is corrected. In most cases, they will not receive a *Disqualification*, but should receive a *Minor Violation* and will not be permitted to play in the *Match*.




***Figure SG-1:*** *Robots in legal pre-Match starting positions (highlighted in red / blue).*

**<SG2> Horizontal expansion is limited.** Once the *Match* begins, *Robots* may expand horizontally up to a length of 24". The *Robot* can never be larger than 11" x 24" at any point during the Match (must fit within an 11" x 24" rectangular horizontal footprint).

> *Teams* should be aware that *Robots* may incidentally expand horizontally while extending vertically (e.g., mechanisms that arc, swing, or deploy upward). *Teams* must be prepared to demonstrate that their *Robot* does not exceed the maximum size constraint of 11" x 24" at any point during a *Match* due to either physical or programmed limitations,, including while any vertical expansion mechanisms are in use.




***Figure SG2-1:*** *A demonstration of how the size of the Robot may change horizontally through the course of a vertical expansion. The Robot on the far left is extended beyond 24", and would be in Violation of <SG2>.*

**<SG3> Vertical expansion is unlimited.** Once the *Match* begins, *Robots* may expand vertically beyond the 15" starting size limit with no limits.

**<SG4> Keep Scoring Objects in the Field.** *Scoring Objects* that leave the *Field* during a *Match* will not be returned to the *Field*, and cannot be reintroduced by the *Loaders*.

a. "Leaving the *Field*" means that a *Scoring Object* is outside of the *Field Perimeter*, no longer in contact with the *Floor* or *Field Elements*, and not supported by *Robots* or *Scoring Objects* that are still inside the *Field*.

b. If a *Scoring Object* is removed from a *Robot* during a <GG10> interaction, it is considered "out of the *Field*" as soon as it is no longer in contact with any *Robots*.

c. If a *Scoring Object* is on its way out of the *Field* (as determined by the *Head Referee*), but is deflected back into the *Field* by a *Drive Team Member*, field monitor, ceiling/wall, or other external factor, <SG4> would still apply. This *Scoring Object* should be considered "out of the *Field*" and removed by a *Head Referee*.

d. A *Scoring Object* that comes to rest on top of the *Field Perimeter* is still considered to be inside the *Field* unless it contacts something outside of the *Field* (e.g., volunteer, *Drive Team Member*, field monitor, etc.), and cannot be retrieved by a *Drive Team Member* or volunteer.

e. A *Bean Bag* that ends up inside the *Pyramid Goal* structure should be considered "out of the *Field*."

**<SG5> Each Robot gets one yellow Bean Bag as a Preload.** Prior to the start of each *Match*, each *Preload* must be placed such that it meets all of the following criteria:

a. Contacting exactly one *Robot*.

b. Not contacting any *Field Elements* (excluding the *Floor*), *Goals*, or other *Scoring Objects*.

If a *Robot* is not present for a *Teamwork Match*, its *Preload* should be placed in that *Team's Load Zone*.

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<SG6> Possession is limited to one (1) Bean Bag.** *Possession* and *Plowing* are limited to one (1) *Bean Bag*. A *Robot* cannot have greater-than-momentary *Possession* of and/or *Plow* more than one *Bean Bag* at once. *Robots* that are interacting with multiple *Bean Bags* must immediately stop all *Robot* actions except for attempting to remove the excess *Bean Bag*(s).

> The intent of this rule is that each *Robot* should only interact with one *Bean Bag* at a time. *Robots* should not drive through *Bean Bags* on the *Field* while *Possessing* a *Bean Bag*, and cannot "*Plow*" one or more *Bean Bags* while already in *Possession* of a *Bean Bag*.
>
> Momentary, incidental contact with a *Bean Bag* that results in minimal movement of the *Bean Bag* would not be considered *Plowing*. Greater than momentary contact with a *Bean Bag* that results in more significant movement of the *Bean Bag* (e.g., pushing a *Bean Bag* across a distance of more than 1 tile length) would generally be considered *Plowing*. The final determination of whether a *Bean Bag* has been *Plowed* will require some level of judgment from the *Head Referee*.

**<SG7> Using the Load Zone.** *Bean Bags* may be *Loaded* one at a time through the *Load Zone* during the *Match*, and must meet all of the following criteria.

a. Red and blue *Bean Bags* may only be *Loaded* into the *Load Zone* that matches the color of that *Bean Bag*.
b. The *Bean Bag* must be placed in contact with the *Floor* and entirely within the *Load Zone* (i.e., no part of the *Bean Bag* is on top of the *Field Perimeter* or the VEX IQ parts that form the border of the *Load Zone*).
c. The *Loader* may only put a *Bean Bag* into a *Load Zone* if no other *Bean Bags* are in contact with that *Load Zone*.
d. A *Robot* may not contact a *Bean Bag* in the *Load Zone* if that *Bean Bag* is being contacted by a human.
e. Once a *Bean Bag* is placed into a *Load Zone* and released, it may no longer be contacted by a *Loader* unless the *Head Referee* determines it was misloaded and must be retrieved as described in clause F.
f. If a *Bean Bag* is *Loaded* improperly (e.g., while another *Bean Bag* is in contact with the *Load Zone*), it must be retrieved by the *Loader* and reintroduced if the *Head Referee* instructs the *Loader* to do so.
g. A *Loaded Bean Bag* must be placed in a stationary position, and must remain in contact with the *Floor* after it is released by the *Loader* until it is contacted by a *Robot*.
h. *Bean Bags* that begin the *Match* outside the *Field* cannot break the plane of the *Field Perimeter* until the *Match* begins.

*Note: Although it is not required, Robots are highly recommended to remain some distance away from the Bean Bag until the Loader's hand has clearly been removed. This will make clauses D & E abundantly clear to Head Referees.*

**Violation Notes:**

1. *Teams* are responsible for their own actions. *Violations* that involve a *Loader* and Robot from opposite *Teams* will be given to both *Teams*.
2. It is expected that most *Violations* of this rule will be accidental. In accidental cases that end up being *Score Affecting* (e.g., an illegally-Loaded *Scoring Object* is scored on a *Goal*), the first occurrence during a *Qualification Match* may be treated as a *Minor Violation* and a "final notice" that any future *Violation* will result in *Disqualification* for the *Match*.
3. Any *Score Affecting Violation* during a *Finals Match* (accidental and intentional) must be treated as a *Major Violation*.
4. Repeated, intentional, or egregious *Violations* may escalate to a *Major Violation* at the *Head Referee's* discretion. One example of an egregious *Violation* would be placing a *Scoring Object* directly onto a *Robot* without ever contacting the *Load Zone*.

# Safety Rules

**<S1> Stay safe, don't damage the Field.** If, at any time, the *Robot* operation or *Team* actions are deemed unsafe or have damaged any *Field Elements* or *Scoring Objects*, the offending *Team* may be *Disabled* and/or *Disqualified* at the *Head Referee's* discretion. The *Robot* will require re-inspection before it may again take the *Field*.

*Drive Team Members* may not step onto the *Field* at any time, including pre-*Match* setup.

**<S2> Students must be accompanied by an Adult.** Every *Student* at a VEX IQ Robotics Competition event must be supervised by a responsible *Adult*. The *Adult* must obey all rules and be careful to not violate *Student*-centered policies, but must be present for the full duration of the event in the case of an emergency. *Violations* of this rule may result in removal from the event and additional penalties.

**<S3> Each Student Team member must have a completed participant release form on file for the event and season.** A *Student Team* member cannot participate in an event without a completed release form on file.

# General Rules

**<G1> Participants must follow the Code of Conduct.** All event attendees must abide by the guidelines set forth in the Code of Conduct.

**Violation Notes:**

1. Any *Violation* of <G1> may be considered a *Major Violation* and should be addressed on a case-by-case basis. *Teams* at risk of a <G1> *Major Violation* due to multiple disrespectful or uncivil behaviors will usually receive a "final warning", although the *Head Referee* is not required to provide one).

**<G2> Participants must follow the Student Centered Policy.** All event attendees must abide by the guidelines set forth in the Student Centered Policy.

**Violation Notes:**

1. Potential *Violations* of this rule will be reviewed on a case-by-case basis. By definition, all *Violations* of this rule become *Score Affecting* as soon as a *Robot* which was built or programmed by an *Adult* scores points in a *Match*.

**<G3> Use common sense.** When reading and applying the various rules in this document, please remember that common sense always applies in the VEX IQ Robotics Competition.

Some examples include:

- If there is an obvious typographical error (such as "per <T5>" instead of "per <GG5>"), this does not mean that the error should be taken literally until corrected in a future update.
- Understand the realities of the VEX IQ *Robot* construction system. For example, if a *Robot* could hover above the *Field* for a whole *Match*, that would create loopholes in many of the rules. But… they can't. So… don't worry about it.
- When in doubt, if there is no rule prohibiting an action, it is generally legal. However, if you have to ask whether a given action would violate <S1>, <G1>, or <T1> then that's probably a good indication that it is outside the spirit of the competition. On the other hand, if there's not a rule that makes a *Robot* part legal, it's not allowed.
- In general, *Teams* will be given the "benefit of the doubt" in the case of accidental or edge-case rules infractions. However, there is a limit to this allowance, and repeated or strategic infractions will still be penalized.

**<G4> Students must meet the Student Eligibility Policy requirements.** All *Student* participants must fall within the eligibility requirements set forth in the Student Eligibility Policy for their respective program.

**Violation Notes:**

1. *Teams* believed to be in *Violation* of this rule should be reported to the Judge Advisor, *Head Referee*, or *Event Partner* for further investigation in coordination with VEX Robotics. Based on the investigation the *Team* may be removed from further *Matches*, have their *Robot Skills Match* scores removed, and/or be removed from consideration from judged awards.
2. *Violations* of this rule will be evaluated on a case-by-case basis, as noted in <G1> and <G2>.

**<G5> There is a difference between accidentally and willfully violating a Robot rule.** Any *Violation* of *Robot* rules, accidental or intentional, will result in a *Team* being unable to play until they pass inspection (per <R2d>).

However, *Teams* who intentionally and/or knowingly circumvent or violate rules to gain an advantage over their fellow competitors are in *Violation* of the spirit and ethos of the competition.

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# General Game Rules

**<GG1> Drivers drive your Robot, and stay in the Driver Station.** During a *Match*, *Robots* may only be operated by that *Team's Drivers* and/or software running on the *Robot's* control system. Each *Team* may send up to three (3) *Drive Team Members* to their *Driver Station* for a *Match*: two (2) *Drivers*, and one (1) *Loader*. Those *Drive Team Members* must remain in their *Driver Station*, except when legally interacting with their *Robot* per <GG10>.

*Drive Team Members* are the only *Team* members that are allowed to be in the *Driver Station* during a *Match*. *Adults* (other than event staff) are not permitted to be in the *Driver Station* during a *Match*.

a. *Drive Team Members* are prohibited from any of the following actions during a *Match*:
   i. Using any sort of communication device in the *Driver Station*. Non-headphone devices with communication features turned off (e.g., a phone in airplane mode, a walkie talkie turned off, smart glasses with communication features disabled) are allowed. Communication features can be enabled for translation apps during post-*Match* discussions.
   ii. Standing or sitting on any sort of object during a *Match*, regardless of whether the *Field* is on the *Floor* or elevated, except as required by an officially approved accommodation request.
   iii. Bringing/using additional materials to simplify the game challenge during a *Match* (e.g., device to align or add *Scoring Objects* to the *Loader*).
   iv. To ensure that *Drive Team Members* are aware of verbal calls during a *Match* (as an application of rules <T1>, <G1>, <S1>, and <G3>), powered headphones, earbuds, passive earpieces connected to electronic devices, or other personal accessories/devices that transmit audio cannot be worn/used in the *Driver Station* except as required by an officially approved accommodation request.

b. In *Teamwork Matches*, one *Team* in an *Alliance* is assigned to the red *Driver Station* and the other *Team* is assigned to the blue *Driver Station*, as follows:
   i. The *Team* listed as *Team* 1 on a printed *Match* list, listed as red *Team* on events.vex.com, or listed first in VEXvia will use the red *Driver Station* and participate as the red *Team* in that *Match*.
   ii. The *Team* listed as *Team* 2 on a printed *Match* list, listed as blue *Team* on events.vex.com, or listed second in VEXvia will use the blue *Driver Station* and participate as the blue *Team* in that *Match*.

c. Individuals who are not *Drive Team Members* for a *Match* cannot provide directions, commands, or advice to the *Drive Team Members* during that *Match*. They're welcome to provide cheerful, positive encouragement, but should not affect *Match* play or strategy.

> Point iii is intended to refer to non-*Robot*-related items that directly influence gameplay. Provided no other rules are violated, and the items do not pose any safety or *Field* damage risks, the following examples are not considered *Violations* of <GG1>:
> - Materials used before or after a *Match*, such as a pre-*Match* alignment aid
> - Strategic aids, such as a whiteboard or clipboard
> - Earplugs, gloves, or other personal accessories

**Violation Notes:**

1. *Major Violations* of this rule are not required to be *Score Affecting*, and could invoke *Violations* of other rules, such as <G1>, <G2>, or <G4>.

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<GG2> A Team's Robot should attend every Match.** The *Team's Robot* must be in the *Driver Station* or on the *Field* for the *Team's* assigned *Match*, even if the *Robot* is not functional. If the *Robot* is not at the *Field* for the entire duration of the *Match*, that *Team* will be considered a "no show" and will receive zero (0) points. The other *Team* in the *Alliance* will still play and receive points for the *Match*.

a. *Teams* are expected to participate in all scheduled *Qualification Matches* and, if they're ranked high enough to be included in a finals *Alliance*, *Finals Matches*. Failure to attend scheduled *Matches* may be considered a *Violation* of <G1>. *Teams* that participate in zero *Qualification Matches* cannot be considered for judged awards.

**<GG3> Robots on the field must be ready to play.** When a *Team* puts their *Robot* on the *Field*, it must be prepared to play (i.e., battery charged, sized within the starting size constraint, etc.).

a. *Robots* must be placed on the *Field* promptly. Repeated failure to do so could result in a *Violation* of <G1> and/or removal of the *Robot* from the current *Match* at the *Head Referee's* discretion.

b. If a *Robot* is delaying the scheduled start of a *Match*, it may be removed from the *Field* at the discretion of the *Head Referee* and *Event Partner*. The *Robot* may remain at the *Field* so that the *Team* does not get assessed a "no-show" (per <GG2>).

c. If a *Robot* is not placed on the *Field* prior to the start of a *Match*, it cannot be placed on the *Field* during that *Match*.

> The definition of the word "promptly" as used in clause A is at the discretion of the *Event Partner* and *Head Referee*, who will consider event schedule, previous *Violations* or delays, etc. As a general guideline, five seconds to check *Robot* alignment would be acceptable, but five minutes to assemble multiple parts together would not.

**<GG4> Hands out of the Field.** During a *Match*, *Drive Team Members* are prohibited from making intentional contact with any *Field Element*, *Robot*, or *Scoring Object* that has been introduced to the *Field*, except for the allowances in <GG10>, <RSC5>, and <SG7>.

a. *Drive Team Members* are not permitted to reach into the 3-dimensional volume of the *Field Perimeter* at any time during the *Match*, apart from the actions described above. Rule <S1> applies.

b. Any concerns regarding *Field Element* or *Scoring Object* starting positions should be raised with the *Head Referee prio*r to the *Match*. *Team* members may never adjust *Scoring Objects* or *Field Elements* themselves.

c. Transitive contact, such as contact with the *Field Perimeter* that causes the *Field Perimeter* to contact *Field Elements* or objects inside of the *Field*, could be considered a *Violation* of this rule.

> If a *Drive Team Member's* hands extend over the *Field* and/or *Field Perimeter* in a way that is safe and doesn't contact anything in the *Field*, it's unlikely to be a *Violation*. However, *Head Referees* may still ask *Drive Team Members* to step back and remain completely outside the *Field* when necessary (e.g., for safety reasons or to reduce the chances of gameplay interference).

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<GG5> Match Replays are allowed, but rare.** *Match* replays (i.e., playing a *Match* over again from its start) must be agreed upon by both the *Event Partner* and *Head Referee*, and will only be issued in the most extreme circumstances. Some examples that may warrant a *Match* replay are as follows (note that this is not an exhaustive list):

a. *Score Affecting* "*Field* fault" issues.
   i. *Scoring Objects* not being reset before the *Match* starts.
   ii. *Field Elements* detaching or moving beyond normal tolerances, not a result of *Robot* interactions.
b. *Score Affecting* game rule issues.
c. A *Field* is reset before the score is determined.
d. A *Match* is run before its scheduled time without a *Team*.

**<GG6> Disqualifications.** A *Team* that is issued a *Disqualification* in a *Qualification Match* receives zero points for the *Match*. The other *Team* on their *Alliance* will still receive points for the *Match*.

a. In *Finals Matches*, *Disqualifications* apply to the whole *Alliance*, not just one *Team*. An *Alliance* that receives a *Disqualification* in a *Finals Match* will receive zero points.
b. A *Team* that receives a *Disqualification* in a *Robot Skills Match* will receive a score of zero.

**<GG7> Time-outs.** There are no time-outs in VIQRC *Tournaments*.

**<GG8> Keep your Robot together.** *Robots* may not intentionally detach parts or leave mechanisms on the *Field* during any *Match*.

a. Parts that become unintentionally detached from the *Robot* are no longer considered to be part of the *Robot* and can be either left on the *Field* or collected by a *Drive Team Member* during a *Robot* reset using <GG10>.

**<GG9> Don't damage the Field.** *Robot* interactions which damage the *Field* or any *Field Elements* are prohibited. For the purpose of this rule, "damage" is defined as anything which requires repair in order to begin the next *Match*, such as causing part of a *Goal* to detach from the *Field*.

> *Teams* are responsible for the actions of their *Robots* at all times, especially when interacting with the *Goals*. If a *Team* chooses to repeatedly ram full-speed into a *Field Element*, it will be hard to convince a *Head Referee* that any damage caused was "accidental.

**Violation Notes:**

1. In most cases, accidental *Field* damage should only be considered a *Minor Violation*.
2. Egregious, intentional, or repeated accidental/*Minor Violations* may escalate to a *Major Violation* at the *Head Referee's* discretion.

**<GG10> Handling the Robot mid-Match is allowed under certain circumstances.** If a *Robot* goes completely outside the playing *Field*, gets stuck, tips over, or otherwise requires assistance, the *Drive Team Members* may retrieve & reset their *Robot* with the *Head Referee's* permission. To do so, the *Team* must do the following:

a. Signal the Referee by placing their VEX IQ Controller on the ground. The *Head Referee* may ask the *Driver* to demonstrate the problem using the *Robot* controller before approving the *Robot* reset (e.g., confirming that the *Robot* is broken, undriveable, or stuck on an obstacle) if the issue with the *Robot* isn't obvious.

b. Any *Scoring Objects* being controlled by the *Robot* while being handled must be removed from the *Field*, will not be returned to the *Field*, and cannot be reintroduced by the *Loaders*. No other *Scoring Objects* should be adjusted.

   i. In the context of this rule, "controlled" implies that the *Robot* was manipulating the *Scoring Object*, and not simply touching it. For example, if the *Scoring Object* would move with the *Robot* either vertically or while turning, then the *Robot* is "controlling" that *Scoring Object*.

c. The *Robot* must be placed back into a legal position that meets the criteria listed in clauses a,b, c, & d of <SG1>. If any *Scoring Objects* are preventing the *Robot* from being legally placed, they should be removed from the *Field*, will not be returned to the *Field*, and cannot be reintroduced by the *Loaders*. The *Robot* does not get a new *Preload* during this reset.

d. Swapping one set of parts for another, or adding new pieces to a *Robot* mid-*Match* during a <GG10> or <RSC5> interaction is considered a *Violation* of the intent and spirit of this rule. Repairing a *Robot*, or reattaching parts of the *Robot* that unintentionally break off during a *Match*, is allowed.

e. As described in rule <S1>, *Students* cannot step into the *Field* at any time during a *Match*. If the *Drive Team Members* cannot reach the *Robot* due to the *Robot* being in the center of the *Field*, they may ask the *Head Referee* to pick up the *Robot* and hand it to the *Drive Team Members* for placement according to the conditions above.

**Violation Notes:**

1. This rule is intended to allow *Teams* to fix damaged *Robots* or help get their *Robots* "out of trouble." Strategically exploiting this rule may be considered a *Minor Violation* or *Major Violation* at the *Head Referee's* discretion.

**<GG11> A Team's two Drivers switch Controllers midway through the Match.** In a given *Match*, up to two (2) *Drivers* may be in the *Driver Station* per *Team*. The two *Drivers* must switch their controller between thirty-five seconds (0:35 on the *Match* timer) and twenty-five seconds (0:25 on the *Match* timer) remaining in the *Match*.

a. No *Driver* shall operate a *Robot* for more than thirty-five (35) seconds.

b. The second *Driver* may not touch their *Team's* controls until the controller is passed to them.

c. Once the controller is passed, the first *Driver* may no longer touch their *Team's* controls.

d. *Drivers* may also serve as *Loaders* under certain conditions during a *Match*:

   i. For drive teams consisting of two or three members, any *Drive Team Member* who is not actively operating the *Robot* may serve as a *Loader*.

   ii. For drive teams consisting of only one member, the *Driver* may simultaneously operate the *Robot* and serve as the *Loader* for the first thirty-five (35) seconds of the *Match*, at which point the *Robot's* operation (even prewritten commands) must cease for the remainder of the *Match*.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 411 of 1005 PageID 1040

**Violation Notes:**

1. At a minimum, any *Violation* of this rule is considered a *Minor Violation*. Whether it escalates to a *Major Violation* or not is dependent upon the *Head Referee's* judgment regarding prior *Violations* and any *Score Affecting* actions that were a direct result of the *Violation*, such as the first *Driver* scoring additional points after 35 seconds of driving.

**<GG12> Don't start before the timer, and stop moving at the end of the Match.** *Driver* inputs and *Robot* may not begin before the *Match* timer starts, and must cease at the end of the *Match*, when the timer reaches 0:00.

a. Any scoring that takes place after a *Match* due to *Robots* continuing to move will not count toward the score.
b. A pre-programmed routine which causes *Robot* motion to start before the *Match* or continue after the end of the *Match* would violate this rule.
c. Any scoring that takes place after the end of a *Teamwork Match* is a *Violation*. Scoring that occurs after the end of a *Robot Skills Match* is not a *Violation*.

It is expected that many Level Up *Matches* will have last-second "buzzer-beater" moments. The key moment occurs when the timer display shows 0:00. At many events, a buzzer sound will also play at T=0:00; however, the *Field* timer display takes precedence in the event of any audio discrepancies.

If a *Scoring Object* is released from a *Robot* before this moment, it will be allowed to finish its path and the score will be calculated once it comes to rest. However, if it is released after this moment (i.e., the *Robot* was still moving past T=0:00) it will not count and the *Team* will receive a *Violation* as described below.

In cases where a last-second scoring attempt is "too close to call," *Teams* will generally be given the "benefit of the doubt" and the score will be counted. *Teams* are advised to place and release *Scoring Objects* a second or two before the timer reaches zero to avoid the need for referee judgment calls.

**Violation Notes:**

1. Because scoring that happens after the *Match* is not counted, all *Violations* of <GG12> should be recorded as *Minor Violations*.

**<GG13> Ending a Match early.** If an *Alliance* wants to end a *Qualification Match* or a *Finals Match* early, both *Teams* must signal the referee by ceasing all *Robot* motion and placing their controllers on the ground. The referee will then signal to the *Teams* that the *Match* is over and will begin to tally the score. If the *Match* is a tiebreaker *Finals Match* for first place, then the *Match Stop Time* will also be recorded (see <T14b>).

**<GG14> Drive Team Members are permitted to appeal the Head Referee's ruling immediately after a Match.** If *Drive Team Members* wish to dispute a score or ruling, they must stay in the *Driver Station* until the *Head Referee* talks with them. The *Head Referee* may then choose to meet with the *Drive Team Members* at another location and/or at a later time so that the *Head Referee* has time to reference materials or resources to help with the decision. Once the *Head Referee* announces that their decision has been made final, the issue is over and no more appeals may be made (see rule <T1>); failure to accept this final decision may be considered a <G1> *Violation*.

a. Referees are not permitted to review any photo or video *Match* recordings when determining a score or ruling. Some events may also prohibit *Drive Team Members* from reviewing photo or video *Match* recordings while in the *Driver Station*; this should be announced to all *Teams* before *Matches* start.

b. *Head Referees* are the only individuals permitted to explain a rule, *Disqualification*, or *Violation* to the *Teams* in a *Teamwork Match*. *Teams* should never consult other field personnel, including *Scorekeeper Referees*, regarding a ruling clarification.

Communication and conflict resolution skills are an important life skill for *Students* to practice and learn. In VEX IQ Robotics Competitions, we expect *Students* to practice proper conflict resolution using the proper chain of command. *Violations* of this rule may be considered a *Violation* of <G1>.

> Some events may choose to utilize a "question box" or other designated location for discussions with *Head Referees*. Offering a "question box" is within the discretion of the *Event Partner* and/or *Head Referee*, and may act as an alternate option for asking *Drive Team Members* to remain in the *Driver Station* (although all other aspects of this rule apply).
>
> However, by using this alternate location, *Drive Team Members* acknowledge that they are forfeiting the opportunity to use any contextual information involving the specific state of the *Field* at the end of the *Match*. For example, it is impossible to appeal whether a game element was scored or not if the *Field* has already been reset. If this information is pertinent to the appeal, *Drive Team Members* should still remain in the *Driver Station*, and only relocate to the "question box" once the *Head Referee* has been made aware of the concern and/or any relevant context.

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

VEX IQ ROBOTICS COMPETITION LEVEL UP

# 2026 - 2027
# Section 3 - Robot Skills Matches

# Section 3 - Robot Skills Matches

## Overview

In *Robot Skills Matches*, *Teams* have one minute to score as many points as possible. There are two types of *Robot Skills Matches*: *Driving Skills Matches*, which are entirely *Driver* controlled, and *Autonomous Coding Skills Matches*, which are autonomous with limited human interaction. *Teams* are ranked based on their combined score in the two types of *Robot Skills Matches*.

*Robot Skills Matches* are optional for all *Teams*. *Teams* who do not compete in *Robot Skills Matches* will not be penalized in *Teamwork Matches*. However, participation in *Robot Skills Matches* may impact eligibility for judged awards at the event.

At events that include *Teamwork Matches*, *Teams* may only participate in *Robot Skills Matches* if they also participate in the *Qualification Matches*. See rule <T15>.

# Robot Skills Match Rules

**<RSC1> Standard rules apply in most cases.** All rules from previous sections apply to the *Robot Skills Matches*, unless otherwise specified in this section.

*Violations* of <GG>, <SG>, and <RSC> rules that occur during a *Robot Skills Match* should only affect the outcome of that *Match* and should not be considered when determining whether a *Violation* has been repeated during the event.

**<RSC2> Scoring Robot Skills Matches.** For each *Robot Skills Match*, *Teams* are awarded a score based on the standard scoring rules.

**<RSC3> Robot and Field setup for Robot Skills Matches.** The *Robot* and *Field* are set up the same as for *Teamwork Matches*, with the following modifications:

a. The layout of *Scoring Objects* for a Level Up *Robot Skills Match* differs from the layout for *Teamwork Matches*, as shown in Figure RSC3-1.
   i. Eight (8) *Bean Bags* (four red and four blue) begin the *Match* in the red *Driver Station* for *Loading*.
b. The blue *Driver Station* and *Load Zone* are not used in *Robot Skills Matches*.
c. The *Robot* must be placed in the starting position that shares a wall with the red *Pyramid Goal* at the beginning of the *Match* and after the *Robot* is reset under rule <GG10> or <RSC5>.




***Figure RSC3-1:*** *The field layout for a VIQRC Level Up Robot Skills Match.*

**<RSC4> Loader and Driver differences.** All criteria listed in <SG7> apply as written (e.g., a *Loader* cannot put a *Scoring Object* into a *Load Zone* if there's already a *Scoring Object* there). *Loading* is modified as follows:

a. In *Driving Skills Matches* and *Autonomous Coding Skills Matches*, any *Driver* who is not currently driving the *Robot* may also serve as a *Loader* (i.e., a *Team* may have one, two, or three *Loaders* at any given time).

b. The blue *Load Zone* is not used in *Robot Skills Matches*. All *Match Loads* are *Loaded* through the red *Load Zone* in *Robot Skills Matches*.

c. *Drive Team Members* must remain in the red *Driver Station* during *Driving Skills Matches*, except when legally interacting with their *Robot* per rule <GG10>.

d. During an *Autonomous Coding Skills Match*, *Drivers* may move freely around the *Field*, and are not restricted to the *Driver Station* when not handling their *Robot* under rule <RSC5>. This exception permits *Drivers* who wish to "stage" *Robot* handling during an *Autonomous Coding Skills Match* to do so without excessive running back and forth to the *Driver Station*.

**<RSC5> Handling Robots during an Autonomous Coding Skills Match.** A *Team* may handle their *Robot* as many times as desired during an *Autonomous Coding Skills Match*.

a. Upon handling the *Robot*, it must be immediately brought back to a legal starting position. The *Robot* does not get a new *Preload Scoring Object* during this reset.

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

i. *Drive Team Members* may reset or adjust the *Robot* as desired from this position, including pressing buttons on the *Robot* brain or activating sensors.

ii. Any *Scoring Objects* that are *Possessed* by the Robot while being handled must be removed from the *Field*, will not be returned to the *Field*, and cannot be reintroduced by the *Loaders*. No other *Scoring Objects* should be moved or adjusted.

iii. As described in rule <S1>, *Students* cannot step into the *Field* at any time during a *Match*. If the *Drive Team Members* cannot reach the *Robot* due to the *Robot* being in the center of the *Field*, they may ask the *Head Referee* to pick up the *Robot* and hand it to the *Drive Team Members* for placement according to the conditions above.

> This rule is an explicit exception to rule <GG4> and the *Violation* Note for <GG10>, and may be used as part of a *Team's* strategy for *Autonomous Coding Skills Matches*. *Driving Skills Matches* are still governed by <GG4> & the *Violation* Note for <GG10>, especially for strategic *Violations*.

**<RSC6> Starting an Autonomous Coding Skills Match.** *Drivers* must start a *Robot's Autonomous Coding Skills Match* routine by pressing a button on the *Robot* brain or manually activating a sensor. Because there is no VEX IQ Controller hand-off, only one *Driver* is required for an *Autonomous Coding Skills Match* (though *Teams* may still have two if desired).

a. Pre-*Match* sensor calibration is considered part of the standard pre-*Match* setup time (i.e., the time when the *Team* would typically be turning on the *Robot*, moving any mechanisms to their desired legal start position, etc.).

b. Pressing a button on the VEX IQ Controller to begin the routine is not permitted. To avoid any confusion, *Teams* are advised not to bring controllers to *Autonomous Coding Skills Matches*.

> In accordance with <GG3>, *Teams* should be mindful of event schedules and set their *Robot* up as promptly as possible. The definition of "prompt" is at the discretion of the *Event Partner* and *Head Referee*, and could depend on things like how much time is left for the Skills Challenge Field(s) to be open, how many *Teams* are waiting in line, etc. As a general guideline, three seconds to calibrate a Gyro Sensor would be acceptable, but three minutes to debug a program would not.

**<RSC7> Autonomous means "no humans."** During an *Autonomous Coding Skills Match*, *Drive Team Members* are not permitted to activate any controls on their VEX IQ Controller, and cannot manually trigger sensors (including the Vision Sensor) in any way, even without touching them.

a. *Teams* cannot use VEX IQ Controllers for any purpose in *Autonomous Coding Skills Matches*, and are advised not to bring controllers to the *Field*. If there is a controller at the *Field* during an *Autonomous Coding Skills Match*, it should be placed on the *Floor* outside the *Field* and remain untouched until after the *Match*.

**<RSC8> Skills Stop Time.** If a *Team* wishes to end their *Robot Skills Match* early, they may elect to record a *Skills Stop Time*. This is used as a tiebreaker for Robot Skills rankings. A *Skills Stop Time* does not affect a *Team's* score for a given *Robot Skills Match*. *Drivers* and field staff must agree prior to the *Match* on the signal that will be used to end the *Match* early.

a. *Teams* who intend to attempt a *Skills Stop Time* must "opt-in" by verbally confirming with the *Scorekeeper Referee* prior to the *Robot Skills Match*. If no notification is given prior to the start of the *Match*, then the *Team* forfeits their option to record a *Skills Stop Time* for that *Match* and they will receive a default *Skills Stop Time* of 0.
   i. This conversation should include informing the *Scorekeeper Referee* which *Driver* will signal the stop. The *Match* may only be ended early by a *Driver* for that *Match*.
   ii. The agreed-upon signal to stop the *Match* must be both verbal and visual, such as *Drivers* crossing their arms in an "X" while saying "Stop!" or placing their VEX IQ Controller on the ground while saying "Done!"
   iii. It is recommended that the *Driver* provides the *Scorekeeper Referee* with a verbal notice that the *Team* is approaching their intended *Skills Stop Time*, such as counting out "3-2-1-stop."

b. The moment when the *Match* ends early is defined as the moment when the *Robot* and *Scoring Objects* have come to a rest and the *Driver* provides the agreed upon visual and audio signal to the *Scorekeeper Referee*.
   i. If a Tournament Manager display is being used for field timing, then the *Skills Stop Time* is the time shown on the display when the *Match* is ended early (i.e., in 1-second increments).
   ii. If a manual timer is being used that counts down to 0 with greater accuracy than 1-second increments, then the time shown on the timer should be rounded up to the nearest second. For example, if the *Robot* is *Disabled* and the timer shows 25.2 seconds, then the *Skills Stop Time* should be recorded as 26.

c. If a *Team* runs multiple *Robot Skills Matches* in a row, they must reconfirm their *Skills Stop Time* choice with the *Scorekeeper Referee* prior to each *Match*.

d. Any questions regarding a *Skills Stop Time* should be reviewed and settled immediately following the *Match*. <T1> and <T3> apply to *Robot Skills Matches*.

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

VEX IQ ROBOTICS COMPETITION
LEVEL UP

# 2026 - 2027
# Section 4 - The Robot

# Section 4 - The Robot

## Overview

Every *Robot* must pass a full inspection before being cleared to participate in the VEX IQ Robotics Competition. This inspection ensures that all *Robot* rules and regulations are met. Initial inspections will typically take place during *Team* check-in / practice time. Every *Team* should use the rules below as a guide to pre-inspect their *Robot* and ensure that it meets all requirements.

Most of these rules are “hard limits,” such as the maximum number of motors permitted. However, some are “at inspector discretion,” such as determining a mechanism’s potential safety risk. At many events, the lead inspector and the *Head Referee* are the same person; if they are not, then the volunteer inspector should work with the *Head Referee* to make any judgment calls. The *Head Referee* has final authority regarding all *Robot* rules, since it is ultimately their decision whether a *Robot* takes the *Field* for a *Match* after inspection has concluded (per <R2d> and <R2e>).

Comprehensive lists of legal and illegal VEX IQ Robotics Competition parts can be found in the VEX IQ Robotics Competition Legal & Illegal Parts List. This documen is updated as needed if/when new VEX IQ parts are released, and may not coincide with scheduled Game Manual updates.

# Robot Summary

This summary checklist is not a replacement for the full *Robot* rules. *Teams* must still understand the rules in this section.

General requirements:

- ◻ Each *Team* can only bring one *Robot* to a competition <R1>
- ◻ The *Robot* must be designed, built, and coded by that *Team’s Student* members <G2>
- ◻ *Robots* can’t compete until they’ve passed inspection at the event <R2>
- ◻ The *Robot* has to fit within an 11” x 20” x 15” volume at the start of the *Match* <R3>

Required parts:

- ◻ One VEX IQ Robot Brain with current VEX IQ firmware <R8>
- ◻ Up to six (6) VEX IQ Robot Motors <R9>
- ◻ One VEX IQ Robot Battery <R10>
- ◻ One VEX IQ Robot Controller <R11>
- ◻ VEX IQ *Robot* components <R12>
- ◻ Two License Plates <R4>

Optional parts:

- ◻ Non-VEX rubber bands no larger than 7.5” long and 0.25” wide <R14a>
- ◻ HEXBUG mechanical and structural parts <R14d>
- ◻ VEX GO mechanical and structural parts <R14e>
- ◻ Food-safe lubricants used in moderation <R14i>
- ◻ Non-functional decorations that aren’t 3D printed <R15>
- ◻ VEX IQ pneumatics <R16>

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Illegal parts:

- Modified parts (with 4 specific exceptions) <R17>
- Anything that could damage a person, Robot, *Field*, or game part <R13>
- Tape, stickers, etc. that aren't a non-functional decoration
- Any part that isn't specifically made legal by another rule
- Electronics from other VEX product lines
- 3D printed parts or decorations
- Everything listed in the illegal parts list

# Robot Rules

**<R1> One Robot per Team.** Each *Team* can only bring one *Robot* to a given event. Though it is expected that *Teams* will make changes to their *Robots* at the event, a *Team* is limited to only one *Robot*, and a given *Robot* may only be used by one *Team*. The VEX IQ system is intended to be a mobile robotics design platform. As such, a VEX IQ Robotics Competition *Robot*, for the purposes of the VEX IQ Robotics Competition, has the following subsystems:

- Subsystem 1: Mobile robotic base including wheels, tracks, or any other mechanism that allows the *Robot* to navigate the majority of the flat playing *Field* surface. For a stationary *Robot*, the robotic base without wheels would be considered Subsystem 1.
- Subsystem 2: Power and control system that includes a VEX IQ legal battery, a VEX IQ control system, and associated Smart Motors for the mobile robotic base. Also includes the VEX IQ pneumatic air pump and solenoids if used on the *Robot*.
- Subsyst*em 3:* Additional mechanisms (and associated Smart Motors) that allow manipulation of *Scoring Objects* or navigation/manipulation of *Field Elements*.

Given the above definitions, a minimum *Robot* for use in any VEX IQ Robotics Competition event (including *Robot Skills Matches*) must consist of subsystems 1 and 2 above. Thus, if you swap out an entire subsystem 1 or 2, you have now created a second *Robot* and are no longer legal.

a. *Teams* may not compete with one *Robot* while a second is being modified or assembled at a competition.

b. *Teams* may not have an assembled second *Robot* on hand at a competition that is used to repair or swap parts with the first *Robot*.

c. *Teams* may not switch back and forth between multiple *Robots* during a competition. This includes using different *Robots* for *Robot Skills Matches*, *Qualification Matches*, and/or *Finals Matches*.

d. Multiple *Teams* may not use the same *Robot*. Once a *Robot* has competed under a given *Team* number at an event, it is "their" *Robot*; no other *Teams* may EVER compete with it.

> The intent of <R1a>, <R1b>, and <R1c> is to ensure an unambiguous level playing field for all *Teams*. *Teams* are welcome (and encouraged) to improve or modify their *Robots* between events, or to collaborate with other *Teams* to develop the best possible game solution.
>
> However, a *Team* who brings and/or competes with two separate *Robots* at the same *Tournament* has diminished the efforts of a *Team* who spent extra design time making sure that their one *Robot* can accomplish all of the game's tasks. A multi-*Team* organization that shares a single *Robot* has diminished the efforts of a multi-*Team* organization that puts in the time, effort, and resources to undergo separate individual design processes and develop their own *Robots*.

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

To help determine whether a *Robot* is a "separate *Robot*" or not, use the subsystem definitions found in <R1>. Above that, use common sense as referenced in <G3>. If you can place two complete and legal *Robots* on a table next to each other, then they are two separate *Robots*. Trying to decide if changing a pin, a wheel, or a motor constitutes a separate *Robot* is missing the intent and spirit of this rule. Rules <G4> and <R2> still apply to both *Robots*.

**<R2> Robots must pass inspection.** The *Team's Robot* must pass inspection before being allowed to participate in any *Matches*. Noncompliance with any *Robot* design or construction rule will result in removal from *Matches* or *Disqualification* of the *Robot* at an event until the *Robot* is brought back into compliance, as described in the following subclauses.

a. Significant changes to a *Robot*, such as a partial or full swap of Subsystem 3, must be re-inspected before the *Robot* may compete again.

b. All possible functional *Robot* configurations must be inspected before being used in competition. This especially pertains to modular or swappable mechanisms (per <R1>) and *Match* starting configurations/ sizes (per <R3>).

c. *Teams* may be asked to submit to spot inspections by *Head Referees*. Refusal to submit will result in *Disqualification*.

d. If a *Robot* is determined to not be legal before a *Match* begins and cannot be brought into compliance before the scheduled *Match* start time, the *Robot* will be removed from the *Field*. The *Robot* may remain at the *Field* so that the *Team* does not get assessed a "no-show" (per <GG2>).

e. *Robots* which have not passed inspection (i.e., that are in *Violation* of one or more *Robot* rules) will not be permitted to play in any *Matches* until they have done so. <GG2> will apply to any *Matches* that occur until the *Robot* has passed inspection.

f. If a *Robot* has passed inspection, but is later found to be in *Violation* of a *Robot* rule during or immediately following a *Match*, then they will be *Disqualified* from that *Match* and <R2d>/<GG3> will apply until the *Violation* is remedied and the *Team* is re-inspected. This is the only *Match* that will be affected; any prior *Matches* that have already been completed will not be revisited. <R2d> will apply until the *Violation* is remedied and the *Team* is re-inspected.

g. All inspection rules are to be enforced at the discretion of the *Head Referee* within a given event. *Robot* legality at one event does not automatically imply legality at future events. *Robots* which rely on "edge-case" interpretations of subjective rules, such as whether a decoration is "non-functional" or not, should expect additional scrutiny during inspection.

h. Event staff and volunteers are allowed to contact and/or photograph *Robots* during inspection and/or at other times as needed.

**<R3> Robots must fit within an 11" x 20" x 15" (279.4mm x 508mm x 381.0mm) volume** during inspection and at the start of each *Match*.

a. *Teams* using more than one possible *Robot* configuration must tell the inspector(s) and have the *Robot* inspected in all configurations. Rule <R2c> will apply if a *Robot* is placed in an uninspected configuration (i.e., will not be permitted to play until re-inspected, but will not be considered a "no-show").

A *Team* may NOT have its *Robot* inspected in one configuration and then place it in an uninspected configuration at the start of a *Match*.



***Figure R3-1:*** *The approximate size limit for a Robot at the start of a Match (highlighted in yellow).*

**<R4> License Plates.** Officially registered *Team* numbers must be legibly displayed on exactly two *Robot License Plates* that are mounted on opposing sides of the *Robot*. *Teams* may use the official VEX IQ Robotics Competition *License Plate* (VEX Part Number 228-7401) or a plain paper version of matching size (3.5" x 1.5" / 88.9mm x 38.1mm).

a. *License Plates* are considered functional components, and must meet the requirements of all other *Robot* rules.

b. *License Plates* must be clearly visible at all times. For example, *License Plates* must not be in a position that would be easily obstructed by a *Robot* mechanism during standard *Match* play.

c. Additional *License Plates* cannot be used on the *Robot* for any purpose.

**Violation Notes:**

1. A *Team* that circumvents a *Robot* rule for a competitive advantage should receive an immediate *Disqualification* for the current *Match*.

***Figure R4-1:*** *A VEX IQ Robotics Competition License Plate with a VEX IQ Robotics Competition Team number written upon it.*




Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<R5> Let it go after the Match is over.** *Robots* must be designed to permit easy removal of *Scoring Objects* from their *Robot* without requiring that the *Robot* have power or remote control after the *Match* is over.

**<R6> Robots have one Brain.** *Robots* are limited to one VEX IQ Robot Brain. Any other microcontrollers or processing devices are not allowed, even as non-functional decorations.

This includes microcontrollers that are part of other VEX product lines, such as VEX Cortex, VEX EXP, VEXpro, VEX CTE, VEX RCR, VEX V5, VEX GO, or VEX Robotics by HEXBUG*. This also includes devices that are unrelated to VEX, such as Raspberry Pi or Arduino devices.

a. If using a first generation VEX IQ Brain, *Robots* must use one VEX IQ 900 MHz radio, VEX IQ 2.4 GHz radio, or VEX IQ Smart Radio in conjunction with their VEX IQ Robot Brain. The VEX IQ Brain and VEX IQ Controller may not be physically connected during a *Match*, and may only communicate through the radio.
b. Additional Robot Brains cannot be used on the *Robot* (even Robot Brains that are not connected).

**<R7> Keep the power button accessible.** The on/off button on the VEX IQ Robot Brain must be accessible without moving or lifting the *Robot*. All screens and/or lights must also be easily visible by competition personnel to assist in diagnosing *Robot* problems.

> This rule is in place to ensure the safety of both competitors and *Field* staff. In the event that a *Robot* needs to be quickly powered off—whether due to a malfunction, entanglement, or other safety concern—it is crucial that the power button remains easily accessible. This allows competitors and/or *Field* personnel to safely *Disable* the *Robot* without putting their hands near moving parts or other hazards inside the *Robot*. Additionally, keeping screens and indicator lights visible helps officials diagnose issues efficiently, minimizing downtime and ensuring a smooth competition experience.

**<R8> Firmware.** *Teams* must use VEXos version 2.2.1 or newer on Gen1 Brains, or VEXos version 1.0.8 or newer on Gen2 Brains. The latest firmware can be found at https://link.vex.com/firmware. Custom firmware modifications are not permitted.

a. The minimum version requirement is subject to change over the course of the season.
b. When the minimum version is updated, *Teams* have a two week (14 calendar day) grace period from the time the minimum version is changed to update their firmware to the latest minimum version.
c. VEX Robotics reserves the right to deem any firmware update critical, and remove the allowable grace period.

**<R9> Motors.** *Robots* may use up to six VEX IQ Smart Motors.

a. Additional motors cannot be used on the *Robot* (even motors that aren't connected).

**<R10> Batteries.** The only allowable sources of electrical power for a VEX IQ Robotics Competition Robot are one VEX IQ Robot Battery (first or second generation) or six AA batteries via the Robot AA Battery Holder (228-3493).

a. Additional batteries cannot be used on the *Robot* (even batteries that aren't connected).

b. *Teams* are permitted to have an external power source (such as a rechargeable battery pack) plugged into their VEX IQ Controller during a *Match*, provided that this power source is connected safely and does not violate any other rules (such as <GG1>).

*Note: Although it is legal, the Robot AA Battery Holder (228-3493) is not recommended for use in the VEX IQ Robotics Competition.*

**<R11> One Controller per Robot.** No more than one VEX IQ Controller may control a single *Robot*.

a. No physical or electrical modification of the Controller is allowed under any circumstances.
    i. Attachments which assist the *Drivers* in holding or manipulating buttons/joysticks on the IQ Controller (including 3D-printed controller attachments) are permitted, provided that they do not involve direct physical or electrical modification of the Controller itself.
b. No other methods of controlling the *Robot* (light, sound, etc.) are permissible.
    i. Using sensor feedback to augment *Driver* control (such as motor encoders or the Vision Sensor) is permitted.
    ii. See <RSC5>, <RSC6>, and <RSC7> for more information about operating the *Robot* during *Autonomous Coding Skills Matches*.

**<R12> Robots are built from the VEX IQ product line.** *Robots* may be built ONLY from official *Robot* components from the VEX IQ product line, unless otherwise specifically noted within these rules.

a. Official VEX IQ products are ONLY available from VEX Robotics. To determine whether or not a product is "official" and legal for competition use, consult the following sources:
    i. VEX IQ Robotics Competition Legal & Illegal Parts List
    ii. www.vexiq.com
b. If an inspector or *Head Referee* questions whether something is an official VEX IQ component, the *Team* will be required to provide documentation that proves the component's source. Such documentation may include receipts, part numbers, or other printed documentation.
c. Only VEX IQ components specifically designed for use in *Robot* construction are allowed. Using additional components outside their typical purpose is against the intent of the rule (i.e., please don't try using VEX IQ apparel, *Team* or event support materials, packaging, *Field Elements*, or other non-*Robot* products on a VEX IQ Robotics Competition *Robot*).
d. Official robotics components from the VEX IQ product line that have been discontinued are still legal for *Robot* use. However, *Teams* must be aware of <R12b>.
e. Additional VEX IQ products that are released during the season are legal for use, unless otherwise noted on their product pages.
f. VEX IQ Smart Cables may only be used for connecting legal electronic devices to the VEX IQ Robot Brain.

*Note: A comprehensive list of legal VEX IQ parts can be found in the VEX IQ Robotics Competition Legal Parts List, here. This Appendix is updated as needed if/when new VEX IQ parts are released, and may not coincide with scheduled Game Manual updates.*

**<R13> Prohibited items.** The following types of mechanisms and components are NOT allowed:

a. Those that could potentially damage *Field Elements* or *Scoring Objects*.

b. Those that could potentially damage or entangle other *Robots*.

c. Tape and/or any other material that adheres to or changes a legal part, other than for labeling hardware as permitted by <R14h> or non-functional decorations as permitted by <R15>.

d. Products from the VEX 123, VEX V5, VEX CTE, VEX EXP, Cortex, or VEXpro product lines, unless specifically allowed by a clause of <R14>.

e. Electrical components from the VEX Robotics by HEXBUG* product line.

f. Electrical components from the VEX GO product line.

g. 3D printed parts for any purpose, including *License Plates*, License Plate holders, and non-functional decorations.

h. Additional illegal parts are listed in the VEX IQ Robotics Competition Illegal Parts Appendix, at https://link.vex.com/docs/viqrc/illegal-parts. This Appendix is updated as needed, and may not coincide with scheduled Game Manual updates.

**<R14> Legal Non-VEX IQ components.** *Robots* are allowed to use the following additional components from sources other than VEX Robotics:

a. Rubber bands no larger than 7.5" long and 0.25" wide.

b. ⅛" metal shafts from the VEX V5 product line.

c. Other products from the VEX V5 product line that are also cross-listed as part of the VEX IQ product line are legal. A "cross-listed" product is one which can be found in both the VEX IQ and VEX V5 sections of the VEX Robotics website.

d. Mechanical/structural components from the VEX Robotics by HEXBUG* product line are legal for *Robot* construction.

e. Mechanical/structural components from the VEX GO product line are legal for *Robot* construction.

f. Aerosol-based cooling/freeze spray may be used to assist in cooling motors. *Teams* using freeze spray or similar products in ways that may reasonably be deemed unsafe could be subject to <S1> *Violations*.

g. Cleaners, disinfectants, and/or sanitizers may be used to assist in cleaning *Robots*, parts, components, etc. VEX Robotics recommends these procedures for cleaning/disinfecting/sanitizing *Robot* parts.

h. A limited amount of tape is allowed for the sole purpose of labeling motors, Robot Brains, and/or controllers.

i. Food-safe lubricants (grease, oils, or other lubricants) may be used on *Robots*, provided they are used in moderation and cannot contaminate the *Field*, other *Robots*, *Field Elements*, and/or *Scoring Objects*.

*** The HEXBUG brand is a registered trademark belonging to Spin Master Corp**

**<R15> Decorations are allowed.** *Teams* may add non-functional decorations, provided that they do not affect *Robot* performance in any significant way or affect the outcome of the *Match*. These decorations must be in the spirit of the competition. Inspectors and *Head Referees* will have final say in what is considered "non-functional." Unless otherwise specified below, non-functional decorations are governed by all standard *Robot* rules.

a. Decorations must be in the spirit of an educational competition.

b. To be considered "non-functional," any decorations must be backed by legal materials that provide the same functionality. For example, a giant decal cannot be used to prevent *Scoring Objects* from falling out of the *Robot* unless it is backed by VEX IQ material. A simple way to check this is to determine if removing the decoration would impact the performance of the *Robot* in any way.

c. The use of non-toxic paint is considered a legal non-functional decoration. However, any paint used as an adhesive or to impact how tightly parts fit together would be classified as functional.

> *Teams* should be mindful of any non-functional decorations which could risk "distracting" an *Alliance* partner *Robot's* Vision Sensor or other sensors.

**<R16> Pneumatics.** *Robots* using parts from the VEX IQ Pneumatics Kit (228-8795) must satisfy all of the following criteria:

a. No more than two Air Tanks, including any that aren't connected.

b. No more than one Air Pump, including any that aren't connected.

c. No additional parts that are not included in the VEX IQ Pneumatics Kit (e.g., unofficial tubing or fittings).

d. *Teams* may not use other elements for the purposes of storing or generating air pressure, and cannot use Pneumatic Cylinders or additional tubing solely for additional air storage. *Robots* are limited to the air pressure stored in two Air Tanks, as well as the normal working air pressure contained in any Pneumatic Cylinders and tubing on the *Robot*.

e. *Teams* can only use Pneumatic Cylinders and/or tubing as part of an actual pneumatic system (e.g., Air Tanks and/or an Air Pump).

There is no limit on the number of Pneumatic Cylinders or Pneumatic Solenoids that may be used, provided that no other rules are violated. There are no restrictions on running the Air Pump prior to (or during) *Matches*.

**<R17> Modifications of parts.** Parts may NOT be modified unless specifically listed as an exception in this rule. Examples of illegal modifications include, but are not limited to, bending, cutting, sanding, gluing, lubricating, taping, and melting. The following exceptions are the only legal modifications of parts:

a. Cutting metal VEX IQ or VEX V5 shafts to custom lengths.

b. Bending parts which are intended to be flexible, such as string, rubber bands, or thin plastic sheets.

c. Cutting VEX IQ pneumatic tubing to custom lengths.

d. Tying knots to shorten or connect string or rubber bands.

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# VEX IQ Robotics Competition Level Up

## 2026 - 2027
## Section 5 - The Event

# Section 5 - The Event

## Overview

The VEX IQ Robotics Competition consists of *Teamwork Matches*, *Robot Skills Matches*, and optional judging. This section describes how *Teamwork Matches* and *Robot Skills Matches* are to be played at a given event.

Awards may be given to top *Teams* in each format, as applicable. Awards may also be given for overall performance in the judged criteria.

# Tournament Rules

**<T1> Head Referees have ultimate and final authority on all gameplay and Robot ruling decisions during the competition.** *Head Referees* are the only individuals permitted to explain a rule, *Disqualification*, or *Violation* to the *Teams* in a *Teamwork Match*.

a. *Scorekeeper Referees* score the *Match*, and may serve as observers or advisers for the *Head Referees*, but may not determine any *Violations* directly.

b. When issuing a *Disqualification* or *Violation* to a *Team*, the *Head Referee* should attempt to notify the *Team* as the *Violation* occurs, and after the *Match* must provide the rule number of the specific rule that has been *Violated* and record the *Violation* in the *Match* Anomaly Log.

c. *Event Partners* may not overrule a *Head Referee's* gameplay or *Robot* decisions.

d. Every *Qualification Match* and *Finals Match* must be watched by a certified *Head Referee*. A *Head Referee* may only watch one *Match* at a time; if multiple *Matches* are happening simultaneously on separate *Fields*, each *Field* must have its own *Head Referee*.

e. At a minimum, every *Robot Skills Match* must be watched by a trained *Scorekeeper Referee*, who may only watch one *Match* at a time. If multiple *Robot Skills Matches* are happening simultaneously on separate *Fields*, each *Field* must have its own *Scorekeeper Referee*. A certified *Head Referee* must be available at the event to explain a rule, *Disqualification*, *Violation*, or other penalty to *Teams* in *Robot Skills Matches* as needed in support of the *Scorekeeper Referees* at skills *Fields*.

f. *Head Referees* must follow the rules in this game manual and the Q&A, and must make rulings consistent with the intent of the game manual and Q&A.

g. Referees are not permitted to review any photo or video *Match* recordings when determining a score or ruling.

> Note from the VEX *Game Design Committee*: The rules contained in this Game Manual are written to be enforced by human *Head Referees*. Many rules have clear "black-and-white" criteria that can be easily checked. However, some rulings will rely on a judgment call from this human *Head Referee*. In these cases, *Head Referees* will make their calls based on what they and the *Scorekeeper Referees* saw, what guidance is provided by their official support materials (this Game Manual and the Q&A), and most crucially, the context of the *Match* in question.
>
> The VEX IQ Robotics Competition does not have video replay, our *Fields* do not have absolute sensors to count scores, and events do not have time for extensive review conferences between each *Match*.

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

> When an ambiguous rule results in a controversial call, there is a natural instinct to wonder what the "right" ruling "should have been," or what the *Game Design Committee* "would have ruled." This is ultimately an irrelevant question; our answer is that when a rule specifies "*Head Referee's* discretion" (or similar) the correct call is the one that was made by the *Head Referee* in the moment. The VEX *Game Design Committee* designs games, and writes rules, with this expectation (constraint) in mind.

**<T2> Head Referees must be qualified.** VEX IQ *Head Referees* must have all of the following qualifications:

a. Be at least 16 years of age.

b. Be approved by the *Event Partner*.

c. Be a certified VIQRC *Head Referee* for the current season.

d. Cannot be the *Event Partner* or a Judge Advisor for the event.

*Note: Scorekeeper Referees must be at least 15 years of age, and must be approved by the Event Partner.*

**<T3> The Drive Team Members are permitted to immediately appeal the Head Referee's ruling.** If *Drive Team Members* wish to dispute a score or ruling, they must stay in the *Driver Station* until the *Head Referee* talks with them. The *Head Referee* may then choose to meet with the *Drive Team Members* at another location and/or at a later time so that the *Head Referee* has time to reference materials or resources to help with the decision.

Once the *Head Referee* announces that their decision has been made final, the issue is over and no more appeals may be made (see rule <T1>); failure to accept this final decision may be considered a <G1> *Violation*. There is no system or opportunity for an appeal of the *Head Referee's* final decision, either at or after the event.

a. Referees are not permitted to review any photo or video *Match* recordings when determining a score or ruling. Some events may also prohibit *Drive Team Members* from reviewing photo or video *Match* recordings while in the *Driver Station*; this should be announced to all *Teams* before *Matches* start.

b. *Head Referees* are the only individuals permitted to explain a rule, *Disqualification*, or *Violation* to the *Teams* in a *Teamwork Match*. *Teams* should never consult other field personnel, including *Scorekeeper Referees*, regarding a ruling clarification.

Communication and conflict resolution skills are an important life skill for *Students* to practice and learn. In the VEX IQ Robotics Competition, we expect *Students* to practice proper conflict resolution using the proper chain of command. *Violations* of this rule may be considered a *Violation* of <G1>

> Some events may choose to utilize a "question box" or other designated location for discussions with *Head Referees*. Offering a "question box" is within the discretion of the *Event Partner* and/or *Head Referee*, and may act as an alternate option for asking *Drive Team Members* to remain in the *Driver Station* (although all other aspects of this rule apply).
>
> However, by using this alternate location, *Drive Team Members* acknowledge that they are forfeiting the opportunity to use any contextual information involving the specific state of the *Field* at the end of the *Match*. For example, it is impossible to appeal whether a game element was scored or not if the *Field* has already been reset. If this information is pertinent to the appeal, *Drive Team Members* should still remain in the *Driver Station*, and only relocate to

> the "question box" once the *Head Referee* has been made aware of the concern and/or any relevant context.

**<T4> The Event Partner has ultimate authority regarding all non-gameplay decisions during an event.** The Game Manual is intended to provide a set of rules for successfully playing VIQRC Level Up; it is not intended to be an exhaustive compilation of guidelines for running a VEX IQ Robotics Competition event. Rules such as, but not limited to, the following examples are at the discretion of the *Event Partner* and should be treated with the same respect as this Game Manual:

- Venue access
- Pit spaces and access
- Health and safety
- *Team* registration and/or competition eligibility
- *Team* conduct away from competition *Fields*

> This rule exists alongside <G1>, <S1>, and <G3>. Even though there isn't a rule that says "do not steal from the concession stand," it would still be within an *Event Partner's* authority to remove a thief from the competition.

**<T5> Be prepared for minor field variance.** *Field Element* tolerances and *Scoring Object* positions may vary from nominal by up to ±0.5" [12.7mm], unless otherwise specified. *Teams* are encouraged to design their *Robots* accordingly. Please make sure to check Appendix A for more specific nominal dimensions and tolerances.

> The *Field* and *Field Elements* are designed to be assembled and disassembled multiple times each year. *Event Partners* store and transport *Fields* between events, and the individuals setting up the *Field* at one event may differ from those at the next. While every effort will be made to ensure minimal variance, *Teams* should expect that any *Field* may be slightly different than another, and prepare accordingly. Just because something works on one *Field* does not fully guarantee it will work on the next, and is not enough evidence alone to determine if a *Field* is out of tolerance.

**<T6> Fields and Field Elements may be repaired at the Event Partner's discretion.** All competition *Fields* and other *Field Elements* at an event must be set up in accordance with the specifications in Appendix A and/or other applicable support materials. Minor aesthetic customizations or repairs are permitted, provided that they do not impact gameplay (see <T4>).

Examples of permissible modifications include, but are not limited to:

- Replacing a damaged or missing VEX IQ component with an identical part of any color
- Elevating the playing *Field* off of the floor (common heights are 10" to 24" [254mm to 609.6mm])
- Using off-the-shelf PVC to replace a damaged or missing pipe
- Small markings on *Field Elements* and *Scoring Objects* to identify ownership
- Placing *Field* display monitors outside of the *Field* walls
- Adding decorations to the outside of the *Field* walls or risers (e.g., LED lights, sponsor banners)


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

- Using 0x2 or 0x3 pins fully inserted into tiles to mark *Bean Bag* starting locations for *Field* reset. Using colored pins that match the corresponding *Bean Bags* is recommended but not required.
- Repairing a *Bean Bag* that has been ripped open by sewing it back together.
- Using clear packing tape to repair damaged *Pyramid Goal* or *L4 Goal* plastic sheets

Modifications that may impact *Robot* functionality and/or how the game is played are generally not allowed. Examples of prohibited modifications include, but are not limited to:

- Unofficial *Field Floor* and/or walls, additional structural elements inside of the *Field*, or unofficial/replica *Field Elements*
- Significant/large markings on *Scoring Objects* that could positively or negatively affect *Robot* sensors

Any specific repairs and/or modifications which pertain to the current season's game will be documented in this rule and Appendix A, as needed.

**<T7> Fields at an event must be consistent with each other.** There are many types of permissible aesthetic and/or logistical modifications that may be made to competition *Fields* at the *Event Partner's* discretion (see <T6>). If an event has multiple *Teamwork Match Fields*, they must all incorporate the same permissible modifications. If an event has multiple *Robot Skills Match Fields*, they must all incorporate the same permissible/applicable modifications. For example, if one *Teamwork Match Field* is elevated, then all *Teamwork Match Fields* must be elevated to the same height.

> *Note: If an event has dedicated Fields for Robot Skills Matches, there is no requirement for them to have the same consistent modifications as the Teamwork Match Fields. See <T16> for more details.*

**<T8> Qualification Matches will occur according to the official Match schedule.** This schedule will indicate *Alliance* partners, *Qualification Match* times, and, if the event has multiple *Fields*, which *Field* each *Qualification Match* will be played on.

a. *Practice Matches* may be included in the *Match Schedule* at some events, but are not required. If *Practice Matches* are run, every effort must be made to equalize practice time for all *Teams*.

b. A *Qualification Match* can only start before its scheduled time if all *Teams*, *Robots*, and assigned volunteers are at the *Field* and ready to play.

c. Any multi-division event must be approved by VEX Robotics prior to the event, and divisions must be assigned in sequential order by *Team* number.

d. The official *Match Schedule* is subject to changes at the *Event Partner's* discretion. Events should generally wait to generate the *Match Schedule* until all *Teams* have checked in and passed *Robot* inspection, or when it has been confirmed that *Teams* will not be participating.

e. If a *Team* must be removed from the *Finals Match* schedule after Finals *Alliances* have been formed (see <T12b>), the *Event Partner* can use the full-event *Disqualification* feature in TM to remove that *Team* from their scheduled *Finals Match*. Their spot in the Finals *Alliance* will be filled manually by the *Event Partner* by the next-highest-ranked *Team* that is not already in a Finals *Alliance*. If that *Team* is unavailable or unwilling to participate, the *Event Partner* can manually select the next-highest-ranked and available *Team*. If no replacement *Team* is available, the remaining half of that *Alliance* will play alone.

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<T9> Each Team will be scheduled Qualification Matches as follows.**

a. A *Tournament* must include a minimum of six *Qualification Matches* per *Team* at local qualifying events or eight *Qualification Matches* per *Team* at a Championship event.

b. A league must include at least three league ranking sessions, with at least one week between sessions. Each session must include a minimum of two *Qualification Matches* per *Team* at that session. The suggested number of *Qualification Matches* per *Team* for a standard league ranking session is four. *Event Partners* may also choose to have *Qualification Matches* as part of their league finals session.

**<T10> Teams are ranked by their average Qualification Match scores.**

a. When in a *Tournament*, every *Team* will be ranked based on the same number of *Qualification Matches*.

b. For *Tournaments* that have more than one division, *Teams* will be ranked among all *Teams* in their specific division.

c. When in a league, every *Team* will be ranked based on the number of *Matches* played. *Teams* that participate in less than 60% of the total *Matches* available will be ranked below *Teams* that participate in at least 60% of the total *Matches* available (e.g., if the league offers 3 ranking sessions with 4 *Qualification Matches* per *Team*, *Teams* that participate in 8 or more *Matches* will be ranked higher than *Teams* who participate in 7 or fewer *Matches*). Being a no-show to a *Match* that a *Team* is scheduled in still constitutes participation for these calculations.

d. A certain number of a *Team's* lowest *Qualification Match* scores will be excluded from the rankings based on the quantity of *Qualification Matches* each *Team* plays. Excluded scores do not affect participation for leagues. "No show" *Matches*, as described in <GG2>, are not considered lowest scores for the purposes of calculating a *Team's Qualification Match* ranking and will never be excluded from the calculation.

e. In some cases, a *Team* will be asked to play an additional *Qualification Match*. The extra *Match* will be identified on the *Match Schedule* with an asterisk and will not impact the *Team's* ranking (or participation for leagues). *Teams* are reminded that <G1> is always in effect and *Teams* are expected to behave as if the additional *Qualification Match* counted.

| Number of Qualification Matches per Team | Number of excluded Match scores |
|---|---|
| 4-7 | 1 |
| 8-11 | 2 |
| 12-15 | 3 |
| 16+ | 4 |

**<T11> Qualification Match tiebreakers.** In the case of tied scores, *Team* rankings are determined throughout *Qualification Matches* by:

a. Removing the *Team's* lowest score and comparing the new average score.

b. Removing the *Team's* next lowest score and comparing the new average score (on through all scores).

c. If the *Teams* are still tied, the *Teams* will be sorted by random electronic draw.

**<T12> How Alliances are formed for Teamwork Matches.** During each *Teamwork Match*, two (2) *Teams* form an *Alliance* that will play on the *Field*.

a. *Qualification Match Alliances* are randomly assigned by the tournament software.

b. *Finals Match Alliances* are assigned as follows based on *Teams'* rankings after all *Qualification Matches* have concluded (see <T10>):

    i. The first- and second-ranked *Teams* form an *Alliance*.

    ii. The third- and fourth-ranked *Teams* form an *Alliance*.

    iii. And so on, until all *Teams* participating in *Finals Matches* (see <T13>) have formed an *Alliance*.

c. If a *Team* must be removed from the *Finals Match* schedule after Finals *Alliances* have been formed (see <T12b>), the *Event Partner* can use the full-event *Disqualification* feature in TM to remove that *Team* from their scheduled *Finals Match*. Their spot in the Finals *Alliance* will be filled manually by the *Event Partner* by the next-highest-ranked *Team* that is not already in a Finals *Alliance*. If that *Team* is unavailable or unwilling to participate, the *Event Partner* can manually select the next-highest-ranked and available *Team*. If no replacement *Team* is available, the remaining half of that *Alliance* will play alone.

**<T13> Teams playing in Finals Matches.** The number of *Finals Matches*, and therefore the number of *Teams* who will participate in *Finals Matches*, is determined by the *Event Partner*. Events that qualify *Teams* directly to the VEX Robotics World Championship must have a minimum of five *Finals Matches* per division if there are ten or more *Teams* in attendance.

**<T14> Finals Match Schedule.** *Finals Matches* are played sequentially, starting with the lowest-ranked *Alliance*. Each *Alliance* will participate in one *Finals Match*. The *Alliance* with the highest *Finals Match* score is the *Teamwork Champions*.

a. *Alliances* are ranked by their *Finals Match* score. The highest-scoring *Alliance* is in first place, the second-highest-scoring *Alliance* is in second place, etc.

b. Ties for first place will result in a series of tiebreaker *Finals Matches*, starting with the lower-seeded *Alliance*. The *Alliance* with the highest tiebreaker *Finals Match* score will be declared the *Teamwork Champions*.

    i. If the tiebreaker *Finals Match* scores are tied, the *Alliance* with the higher *Match Stop Time* will be declared the winner.

    ii. If the *Match Stop Time* is also tied, a second series of tiebreaker *Finals Matches* will be played. If this second series of tiebreaker *Finals Match* is also tied, then the higher-seeded *Alliance* will be declared the winner.

c. If there is a tie for a place other than first, the higher-seeded *Alliance* will receive the higher rank.

d. For *Tournaments* that have more than one division, each division will have its own set of *Finals Matches*. The winners of each division will then have an overall event Finals.

> Example 1: *Alliance* 6 and *Alliance* 3 are tied for first place. During the tiebreaker *Finals Match*, *Alliance* 6 scores 13 points and has a *Match Stop Time* of 12 seconds. *Alliance* 3 scores 13 points and has a *Match Stop Time* of 10 seconds. *Alliance* 6 is the Teamwork Challenge winner.
>
> Example 2: *Alliance* 4 and *Alliance* 5 are tied for third place. *Alliance* 4 is the third place winner and *Alliance* 5 is the fourth place winner. In this way, the lower ranked *Alliance* must "overcome" the higher ranked *Alliance* in order to become the Teamwork Challenge champion.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 434 of 1005 PageID 1063

**<T15> Skills Match Schedule.** *Teams* play *Robot Skills Matches* on a first-come, first-served basis. Each *Team* will get the opportunity to play exactly three *Driving Skills Matches* and three *Autonomous Coding Skills Matches* at each *Tournament* and/or League Session.

*Teams* should review the event agenda and their *Match Schedule* to determine when the best possible time is to complete their *Robot Skills Matches*. If the *Robot Skills Match* area closes before a *Team* has completed all six *Robot Skills Matches*, but it is determined that there was adequate time given, then the *Team* will automatically forfeit those unused *Matches*.

a. *Robot Skills Matches* are only available to *Teams* who participate in *Qualification Matches*, unless the event is an approved Skills-Only Event. *Teams* who participate in *Qualification Matches* during a specific League Ranking Session are the only *Teams* who can participate in *Robot Skills Matches* at that session.
b. Skills scores recorded by ineligible *Teams* will be deleted from Tournament Manager before the event is finalized on events.vex.com.

**<T16> There is no requirement that Robot Skills Match fields have the same consistent modifications as the Teamwork fields.** For example, there is no requirement that *Robot Skills Match Fields* are elevated to the same height as *Teamwork Match Fields*.

In order to use non-conforming *Teamwork Match Fields* for *Robot Skills Matches* (e.g. during lunch), the following steps should be taken:

- *Teams* must be informed that the *Teamwork Match Fields* may have some differences from the *Robot Skills Match Fields* (e.g., they might be elevated).
- *Teams* must be given an opportunity to select which type of *Field* they want to use, i.e. they cannot be required to use a Teamwork *Field* for any *Robot Skills Match*.

**<T17> Skills Rankings at events.** *Teams* will be ranked at an event based on the following scores and tiebreakers:

1. Sum of highest *Autonomous Coding Skills Match* score and highest *Driving Skills Match* Score.
2. Highest *Autonomous Coding Skills Match* score.
3. Second-highest *Autonomous Coding Skills Match* score.
4. Second-highest *Driving Skills Match* score.
5. Highest sum of *Skills Stop Times* from a *Team's* highest *Autonomous Coding Skills Match* and highest *Driving Skills Match* (i.e., the *Matches* in point 1).
6. Highest *Skills Stop Time* from a *Team's* highest *Autonomous Coding Skills Match* (i.e., the *Match* in point 2).
7. Third-highest *Autonomous Coding Skills Match* score.
8. Third-highest *Driving Skills Match* score.
9. If the tie cannot be broken after all above criteria (i.e., both *Teams* have the exact same scores and *Skills Stop Times* for each *Autonomous Coding Skills Match* and *Driving Skills Match*), then the following ordered criteria will be used to determine which *Team* had the "best" *Autonomous Coding Skills Match*:
   i. Points for *Bean Bags* on the *L4 Goal*.
   ii. Points for *Bean Bags* on the *L3 Goal*.

iii. Points for *Bean Bags* on the *L2 Goal*.

10. If the tie still cannot be broken, the same process in the step above will be applied to the *Teams'* highest *Driving Skills Matches*.
11. If the tie still isn't broken, the *Event Partner* may choose to allow *Teams* to have one more deciding *Match*, or both *Teams* may be declared the winner.

**<T18> Skills Rankings globally.** *Teams* are ranked based on their Robot Skills scores from *Tournaments* and Leagues that upload results to events.vex.com, according to the following tiebreakers.

1. Highest Robot Skills score (combined *Autonomous Coding Skills Match* and *Driving Skills Match* Score from a single event).
2. Highest *Autonomous Coding Skills Match* score (from any event).
3. Highest sum of *Skills Stop Times* from the *Robot Skills Matches* used for point 1.
4. Highest *Skills Stop Time* from the *Autonomous Coding Skills Match* used for point 2.
5. Highest *Driving Skills Match* score (from any event).
6. Highest *Skills Stop Time* from the *Driving Skills Match* score used in point 5.
7. Earliest posting of the highest *Autonomous Coding Skills Match* score. The first *Team* to post a score ranks ahead of other *Teams* that post the same score at a later time, all else being equal.
8. Earliest posting of the highest *Driving Skills Match* score. The first *Team* to post a score ranks ahead of other *Teams* that post the same score at a later time, all else being equal.

**<T19> Robot Skills at League Events.** At league events in which *Teams* may submit Robot Skills Challenge scores across multiple sessions, the Robot Skills scores (combined highest *Autonomous Coding Skills Match* and *Driving Skills Match* scores) used for rankings will be calculated from *Matches* within the same session. For example, consider the following scores for a hypothetical *Team* across two league event sessions:

| | Autonomous Coding Skills Match | Driving Skills Match | Robot Skills Score |
|---|---|---|---|
| Session 1 | 25 | 45 | 70 |
| Session 2 | 30 | 42 | 72 |

This *Team* would have a Robot Skills score of 72 for this event's rankings, and their scores from Session 2 would be used for the event and global tiebreakers listed in <T17> and <T18>.

# VEX IQ Robotics Competition Level Up

## 2026 - 2027
## Appendix A - Field Overview

# Appendix A - Field Overview






| | | |
|---|---|---|
| Description | Bean Bag Locations | |
| Dwg No | Appendix A | |
| Competition | VEX IQ Robotics Competition | |
| Release | 4/7/2026 | ALL DIMENSIONS ARE IN INCHES(mm) |

www.VEXROBOTICS.com




| | |
|---|---|
| Description | Wall Structure and Floor Barrier |
| Dwg No | Appendix A |
| Competition | VEX IQ Robotics Competition |
| Release | 4/7/2026 — ALL DIMENSIONS ARE IN INCHES(mm) |

www.VEXROBOTICS.com




| | |
|---|---|
| Description | Pyramid Goal |
| Dwg No | Appendix A |
| Competition | VEX IQ Robotics Competition |
| Release | 4/7/2026 — ALL DIMENSIONS ARE IN INCHES(mm) |

www.VEXROBOTICS.com




| | | |
|---|---|---|
| Description | L4 Goal | |
| Dwg No | Appendix A | |
| Competition | VEX IQ Robotics Competition | |
| Release | 4/7/2026 | ALL DIMENSIONS ARE IN INCHES(mm) |

VEX IQ ROBOTICS COMPETITION

WWW.VEXROBOTICS.COM




| | |
|---|---|
| Description | Goal Locations |
| Dwg No | Appendix A |
| Competition | VEX IQ Robotics Competition |
| Release | 4/7/2026 — ALL DIMENSIONS ARE IN INCHES(mm) |

www.VEXROBOTICS.com

# VEX IQ Robotics Competition
## LEVEL UP

2026 - 2027

Appendix B - Simplified Edition

# Appendix B - Simplified Edition

## Using this Appendix

Hey, *Students*!

Welcome to the VEX IQ Robotics Competition. We're excited to see you play Level Up! We know that learning new things can be hard, and that the game manual can feel like a lot. That's why we're here to help.

You and your teammates can start here and work together to learn about the *Field*, how to earn points, the basic rules, and different ways to play the game.

This section does not include all of the rules. You will still need to learn them all! After you understand everything here, and before your first event, go to the official game manual to make sure you know all the rules.

We hope you have fun, make new friends, and work together to build your best *Robot*. Have an awesome season!

---

Hi, Adults!

This unofficial version of the VEX IQ Robotics Competition manual is a print-friendly resource for you and your *Teams* to help introduce *Students* to this season's game, Level Up.

It's very important to note that this is NOT a replacement for reading the official manual in its entirety. We encourage you to use this Appendix to support *Team* members who may be overwhelmed by the full game manual, and use it to aid in building a basic understanding of the game. Once *Students* are comfortable with this appendix and the rules outlined here, you should transition them to reading and using the full game manual, where they will gain a full-depth comprehension of the VEX IQ Robotics Competition.

We hope that you'll find this guide helpful and that more *Students* feel welcomed, supported, and empowered to join your *Teams*.

Your Robotics friends,
The VEX Robotics Competition Game Design Committee

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# Important Rules

It is important to follow all of the rules in Level Up. This applies to both *Students* and *Adults*. The choices that *Students* and *Adults* make work together, so everyone should follow the rules.

**Treat everyone with respect. <G1>**

- Be kind and do your best. This is one of the most important parts of VEX IQ.
- Be respectful. It's okay for *Students* and *Adults* to disagree, but it's never okay to be disrespectful.
- Be a good sport. Think about how your actions affect others.
- Include everyone. *Alliances* should always work together to make a plan. You cannot tell another *Team* how they must play.

**VIQRC is a Student-centered program. <G2>**

- The *Student*-Centered Policy is very important because VEX IQ is a competition for *Students*.
- This means that the *Students* come up with the ideas, build the *Robots*, write the code, fix problems, and compete.
- *Adults* can teach, but cannot do the work on the *Robots*, code, engineering notebook, or strategies. They can give tips, but not answers.
- *Students* should speak up in a respectful way if an *Adult* is doing too much. Give a reminder that *Student* Centered is a rule all the time and everywhere with VEX IQ Robotics Competitions.

# How do you play Level Up?

Level Up is a game where two *Robots* work together to place *Bean Bags* on *Goals* to score points. During a *Match*, both *Robots* earn points. These points are added together to get a Teamwork Challenge score. *Teams* are ranked based on their scores in *Teamwork Matches*. The top *Teams* compete in *Finals Matches* to find a *Teamwork Champion*.

*Teams* can also play in *Robot Skills Matches* to see how well their *Robot* works on its own. There are two types: *Driving Skills Matches* (you control the *Robot*) and *Autonomous Coding Skills Matches* (the *Robot* runs using code written by *Students*).

## Game Pieces and Goals

**Bean Bags**

- There are 38 *Bean Bags* in each *Match*. *Bean Bags* can be red, blue, or yellow.
- Some *Bean Bags* start on the *Field*, some are put into the *Field* by *Loaders*, and each *Robot* can start with a *Preload* <SG5>.



*The three types of Bean Bags.*

**Goals**

- There are three (3) types of *Goals*: *Floor Goal*, *Pyramid Goal* and *L4 Goal*.



*A Floor Goal*



*A Pyramid Goal*



*An L4 Goal*

# How to Earn Points

**Robots score Bean Bags in the Floor Goal <SC3>**

- *Bean Bags* must be fully inside the *Floor Goal* and not touching any VEX IQ parts on the *Floor*.
- *Bean Bags* must match the color of the *Floor Goal*, or be yellow to score points

**Robots score Bean Bags on the Pyramid Goal <SC4>**

- *Bean Bags* must be resting on the *Pyramid Goal* or another *Bean Bag*. They cannot touch *Robots*, or anything outside of the *Field*.
- *Bean Bags* must match the color of the *Pyramid Goal*, or be yellow to score points

**Robots score Bean Bags on the L4 Goal <SC5>**

- *Bean Bags* must be resting on the *L4 Goal* or another *Bean Bag*, and not touching any *Robots*
- *Bean Bags* must be yellow to score points

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# Robot Rules

Before the Match starts, *Robots* cannot be bigger than 11" by 20" and cannot be taller than 15". After the *Match* starts, *Robots* may grow bigger and taller by following rules **<SG2>** and **<SG3>**.

Your *Robot* has to be designed, built, and coded by the *Students* on your *Team*, not by *Adults* **<R2>**, using only VEX IQ parts **<R12>**.

# Drive Team

The Drive Team for each *Match* is composed of up to three *Students*:

- Driver 1 - Drives the *Robot* for the first 30 seconds **<GG11>**
- Driver 2 - Drives the *Robot* for the last 30 seconds
- Loader - Places *Bean Bags* into the *Field* during the *Match* **<SG7>**

Your *Team* can use different people in these roles each *Match*, but all must be members of your *Team*. **<G5>** and **<GG11>**

# Matches and Referees

- *Drive Team Members* should know who the *Head Referee* is each *Match*. **<T1>**
- *Robots* must stop moving at the end of the *Match* **<GG12>** and can end the *Match* early. **<GG13>**
- Scores are added at the end of the *Match*. The *Head Referee* or *Scorekeeper Referee* will share them with the *Drive Team Members*. **<SC1>**
- Only *Drive Team Members* can talk to the *Head Referee* about a *Match*. They must do this right after the *Match* without *Team Adults*. **<SC2>**
- The *Head Referee* makes the final decision. *Students* may respectfully ask questions, but may not argue after the decision is made. **<T3>**

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

VEX IQ ROBOTICS COMPETITION
LEVEL UP

# 2026 - 2027
# Appendix C - Glossary of Terms

# Appendix C - Glossary of Terms

**Adult** - Anyone who is not a *Student* or another defined term (e.g., *Head Referee*).

**Alliance** - A pre-assigned grouping of two *Teams* that are paired together during a given *Teamwork Match*.

**Alliance Score** - Points scored in a *Teamwork Match* that are awarded to both *Teams*.

**Autonomous Coding Skills Match** - see *Match*.

**Autonomous Period** - A time period during which *Robots* operate and react only to sensor inputs and/or commands pre-programmed by the *Students* into the *Robot* control system.

**Bean Bag** - see *Scoring Object*.

**Builder** - Any *Student Team* member who helps build the *Robot*. *Adults* are permitted to teach *Builders* associated concepts, but should never work on the *Robot*.

**Coder** - Any *Student Team* member who contributes to the code that is downloaded onto the *Robot*. *Adults* are permitted to teach *Coders* associated concepts, but should never work on the code that goes on the *Robot*.

**Designer** - Any *Student Team* member who helps design the *Robot* to be built for competition. *Adults* are permitted to teach *Designers* associated concepts, but should never work on the design of the *Robot*.

**Disablement** - A penalty applied to a *Team* for a safety *Violation*. During a *Disablement*, a *Team* is no longer allowed to operate their *Robot*, and the *Drivers* will be asked to place their controller down. A *Disablement* is not the same as a *Disqualification*.

**Disqualification** - A penalty applied to a *Team* for a Major *Violation* (see <GG6> for more details). If a *Team* receives a *Disqualification* in a *Match*, the *Head Referee* will notify the *Team* of their *Violation* at the end of the *Match*. At the *Head Referee's* discretion, repeated *Violations* and/or *Disqualifications* for a single *Team* may lead to its *Disqualification* for the entire event.

**Driver** - A *Student Team* member who stands in the *Driver Station* and is responsible for operating and controlling that *Team's Robot* during defined segments of a *Match*. Up to two *Team* members may fulfill this role in a given *Match* (see <GG1>), and there is no requirement that the same *Students* serve as *Drivers* in multiple *Matches*.

**Driver Controlled Period** - A time period during which *Drivers* operate their *Robot* using a VEX IQ controller.

**Driver Station** - A region beside the *Field* where the Drivers must remain during their *Match* unless legally interacting with their *Robot*. The *Driver Stations* are represented by the red and blue lines in Figure FO-3.

**Drive Team Members** - The *Students* who serve as *Drivers* and/or *Loaders* for their *Team* in a given *Match*.

- *Driver* 1 - Drives the *Robot* until the mid-*Match Driver* switch (see <GG11>)
- *Driver* 2 - Drives the *Robot* after the mid-*Match Driver* switch (see <GG11>)
- *Loader* - Introduces *Scoring Objects* into the *Field*

**Driving Skills Match** - see *Match*.

**Event Partner** - The volunteer VEX IQ Robotics Competition *Tournament* coordinator who serves as an overall manager for the volunteers, venue, event materials, and all other event considerations.

**Field** - The entire playing *Field*, being six (6) *Field* tiles wide by eight (8) *Field* tiles long (totaling forty-eight (48) *Field* tiles), including the *Field Perimeter*.

**Field Element** - The *Field Perimeter*, *Floor*, PVC pipes, and VEX IQ pieces which comprise and/or are attached to the *Field*.

**Field Perimeter** - The outer part of the *Field*, made up of four (4) outside corners and twenty-four (24) straight sections.

**Finals Match** - see *Match*.

**Floor** - The interior flat part of the playing *Field*, made up of the forty-eight (48) *Field* tiles that are within the *Field Perimeter*.

**Game Design Committee (GDC)** - The creators of VIQRC Level Up, and authors of this Game Manual. The *Game Design Committee* is the only official source for rules clarifications and Q&A responses; see Section 1.

**Goal** - A location inside the *Field* where *Scoring Objects* can be placed to earn points. There are multiple types of *Goal* in VIQRC Level Up:

- **Floor Goal** - A segment of the *Floor* on the short end of the *Field*. Each *Floor Goal* is bordered by the inside of the *Field Perimeter* and the inside edges of the VEX IQ pieces connected to the *Floor*. Each *Floor Goal* has a color, red or blue, determined by its VEX IQ pieces.

- **Pyramid Goal** - A three-level structure in a corner of the *Field*. Each *Pyramid Goal* consists of three *Goals* of graduating size, designated by horizontal gray surfaces marked as L1, L2, or L3. Each *Pyramid Goal* has a color, red or blue, determined by the color of its vertical surfaces.
  - **L1 Goal** - The lowest *Goal* in a *Pyramid Goal*, labeled as L1 on its surface.
  - **L2 Goal** - The middle *Goal* in a *Pyramid Goal*, labeled as L2 on its surface.
  - **L3 Goal** - The upper *Goal* in a *Pyramid Goal*, labeled as L3 on its surface; includes a backstop aligned with the long side of the *Field*.
- **L4 Goal** - The horizontal gray surface labeled as L4, located at the top of a vertical structure built from PVC pipe and VEX IQ pieces. *L4 Goals* do not have a defined color.



***Figure G-1:*** *The blue Floor Goal (highlighted in green).*



***Figure G-2:*** *The red Pyramid Goal, including a red L1 Goal, red L2 Goal, and red L3 Goal.*



***Figure G-3:*** *An L4 Goal.*

**Head Referee** - A certified impartial volunteer responsible for enforcing the rules in this manual as written. *Head Referees* are the only people who may discuss ruling interpretations or scoring questions with *Teams* at an event. Large events (e.g., Signature Events, World Championships, etc.) might include multiple *Head Referees* at the *Event Partner's* discretion.

**License Plate** - A physical component on the *Robot* that displays the *Team's* VEX IQ Robotics Competition number. Each *License Plate* must have a length and height of 3.5" x 1.5" (88.9mm x 38.1mm) and must not exceed a width of 0.25" (6.35mm) per <R4>.

**Load** - The act of legally introducing a *Scoring Object* into the *Field*. See <SG7>.

**Load Zone** - A segment of the *Floor* on a short end of the *Field*. Each *Load Zone* is bordered by the inside of the *Field Perimeter* and the inside edges of the VEX IQ pieces connected to the *Floor*. Each *Floor Goal* has a color, red or blue, determined by its VEX IQ pieces. The *Load Zone* is intended to receive *Scoring Objects* from a human *Loader*.



***Figure LZ-1:*** *The red Load Zone (highlighted in green).*

**Match** - A set time period, consisting of *Autonomous Periods* and/or *Driver Controlled Periods*, during which *Teams* play a defined version of Level Up to earn points. See Sections 2 & 3.

*Match* types:

- *Autonomous Coding Skills Match* - A *Robot Skills Match* in which a single *Robot* operates during a one minute *Autonomous Period*. There is no *Driver Controlled Period*. *Teams* can elect to end an *Autonomous Coding Skills Match* early if they wish to record a *Skills Stop Time*.
- *Driving Skills Match* - A *Robot Skills Match* in which one *Team* operates their *Robot* during a one minute *Driver Controlled Period*. There is no *Autonomous Period*. *Teams* can elect to end a *Driving Skills Match* early as described in rule <RSC8> if they wish to record a *Skills Stop Time*.
- *Finals Match* - A *Teamwork Match* used to determine the *Teamwork Champions*. See rule <T14>.
- *Practice Match* - A non-scored *Match* used to provide time for *Teams* to get acquainted with the official playing *Field* and procedures. *Head Referees* should not record or track standard gameplay *Violations* that occur during *Practice Matches*. Egregious *Violations* may be recorded and tracked at the discretion of the *Head Referee*.
- *Qualification Match* - A *Teamwork Match* that is used to determine *Teams'* rankings for *Finals Matches*.
- *Robot Skills Match* - A *Driving Skills Match* or *Autonomous Coding Skills Match*.
- *Teamwork Match* - A *Match* that consists of a two-*Team Alliance* that works together to score points in a one-minute *Match*. *Qualification Matches, Finals Matches*, and optional *Practice Matches* are *Teamwork Matches*.

| Match Type | Participants | Autonomous Period (m:ss) | Driver Controlled Period (m:ss) |
|---|---|---|---|
| *Teamwork Match* | One *Alliance*, on one *Field*, made up of two *Teams*, each with one *Robot* | None | 1:00 |
| *Driving Skills Match* | One *Team*, with one *Robot* | None | 1:00 |
| *Autonomous Coding Skills Match* | One *Team*, with one *Robot* | 1:00 | None |

**Match Load** - A *Scoring Object* that begins the *Match* in a *Driver Station* and which may be introduced by a *Loader* during the *Match*. See <SG7> for more information.

**Match Schedule** - A list of *Matches* that is generated at the start of an event. The *Match Schedule* includes the predetermined, randomly-paired *Alliances* that will be competing in each *Qualification Match*, and the expected start times for these *Matches*. The *Match Schedule* may be subject to change at the *Event Partner's* discretion.
**Match Stop Time** - The time remaining (i.e., displayed on the timer or audience display) in a tiebreaker *Finals*

**Qualification Match List**
*2026 Texas Region 5 VIQRC Elementary State Championship*

| Match | Field | Time | Team 1 | Team 2 |
|---|---|---|---|---|
| Q1 | Main Field | Sat 10:00 AM | 1216C | 74866B |
| Q2 | Main Field | Sat 10:06 AM | 74866C | 46389A |
| Q3 | Main Field | Sat 10:12 AM | 74866A | 1040A |
| Q4 | Main Field | Sat 10:18 AM | 97401B | 75007B |
| Q5 | Main Field | Sat 10:24 AM | 68898A | 75007C |
| Q6 | Main Field | Sat 10:30 AM | 3173B | 1059B |
| Q7 | Main Field | Sat 10:36 AM | 10723B | 97401D |
| Q8 | Main Field | Sat 10:42 AM | 1216E | 1059A |
| Q9 | Main Field | Sat 10:48 AM | 1216B | 75035A |

***Figure MS-1:*** *An example of a Qualification Match Schedule.*

*Match* (which only occurs for 1st place) when an *Alliance* ends the *Match* early by placing their controllers on the ground. The *Match Stop Time* is rounded down to the nearest even number. For example, if controllers are set down when the displayed time is 13 seconds, the *Match Stop Time* is recorded as 12 seconds. If an *Alliance* does not finish the *Match* early, they receive a default *Match Stop Time* of 0 seconds.

**Notebooker** - Any *Student Team* member who contributes to the *Team's* engineering notebook or associated documentation. *Adults* are permitted to teach *Notebookers* associated concepts, but should never work on the engineering notebook or other documentation.

**Plowing** - A *Robot* / *Scoring Object* status. A *Robot* is considered to be *Plowing* a *Scoring Object* if the *Robot* is intentionally moving it in a preferred direction with a flat or convex face of the *Robot* or with another *Scoring Object*.

**Possession** - A *Robot* / *Bean Bag* status. A *Robot* is considered to be *Possessing* a *Bean Bag* if a change in the *Robot's* direction would result in controlled movement of the *Bean Bag*. This typically requires at least one of the following to be true:

1. The *Bean Bag* is fully supported by the *Robot*.
2. The *Robot* is moving the *Bean Bag* in a preferred direction with a concave face of the *Robot* (or inside of a concave angle formed by multiple mechanisms/faces of the *Robot*).

**Practice Match** - see *Match*.

**Preload** - A *Scoring Object* that begins the *Match* in contact with a *Robot*. See <SG5>.

**Qualification Match** - see *Match*.

**Robot** - A machine that has passed inspection, designed by *Student Team* members to execute one or more tasks autonomously and/or by remote control from *Drivers*.

**Robot Skills Match** - see *Match*.

**Scorekeeper Referee** - An impartial volunteer responsible for tallying scores at the end of a *Match*. *Scorekeeper Referees* do not make ruling interpretations, and should redirect any *Team* questions regarding rules or scores to the *Head Referee*.

**Scoring Object** - An object that can be placed in a *Goal* during a *Match*. There is one type of *Scoring Object* in VIQRC Level Up:

- Bean Bag - A blue, red, or yellow rectangular, pellet filled fabric pouch, measuring approximately 3 inches by 4 inches, and weighing approximately 40 grams.
  - Blue *Bean Bags* can be scored in the blue *Floor Goal* or the blue *Pyramid Goal*.
  - Red *Bean Bags* can be scored in the red *Floor Goal* or the red *Pyramid Goal*.
  - Yellow *Bean Bags* can be scored on any *Goal*.




***Figure SO-1:*** *Blue, red, and yellow Bean Bags*

**Skills Stop Time** - The time remaining in a *Robot Skills Match* when a *Team* ends the *Match* early. See <RSC8> for more details.

**Strategist** - Any *Student Team* member who contributes to the *Match* strategies used to score points during a *Teamwork Match* or *Robot Skills Match*, including assessing the impact of other *Teams'* performance and strategies on the *Team's* strategy (e.g., scouting). *Adults* are permitted to teach *Strategists* associated concepts, but should never create or dictate a *Team's Match* strategy.

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**Student** - A person that meets the Student Eligibility Policy requirements for their respective competition program and level.

**Team** - Three or more *Students* make up a *Team*. In the context of this game manual, *Student Team* members fill multiple roles related to *Robot* design, build, coding, strategy, and documentation. See <G2>, <G4>, <G5> for more information. *Adults* may not fulfill any of these roles. See Appendix E for more information about *Team* classifications and *Student* roles.

**Teamwork Champions** - The two *Teams* in the *Alliance* with the highest *Finals Match* score. See rule <T14>.

**Teamwork Match** - see *Match*.

**Tournament** - A competition event that includes scored *Matches*, and which is run by an *Event Partner*.

**Violation** - The act of breaking a rule in the game manual. See Appendix D for additional information on *Violations* and penalties.

- *Minor Violation* - A *Violation* which does not result in a *Disqualification*.
- *Major Violation* - A *Violation* which results in a *Disqualification*.
- *Score Affecting* - A *Violation* which improves an *Alliance's* score at the end of a *Match*.

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

VEX IQ ROBOTICS COMPETITION
LEVEL UP

# 2026 - 2027
# Appendix D - Rule Violations

# Appendix D - Rule Violations

This appendix is intended to provide additional guidance regarding rule *Violations* within the VEX IQ Robotics Competition, and offer further explanation on how *Violations* may be interpreted and enforced during *Matches*. It is designed to promote consistency in officiating and to help *Teams* better understand how actions on the *Field* may impact scoring, *Match* outcomes, and referee decisions.

All *Violation* notes to denote special circumstances or provide additional clarifications have been consolidated into this section such that they may be easily referenced. If no *Violation* notes are found in a given rule, then it should be assumed that the below "default" definitions apply.

This appendix does not supersede any existing rule, but instead serves as a secondary resource to aid in their application.

**Violation** - The act of breaking a rule in the Game Manual.

- Minor Violation - A *Violation* which does not result in a *Disqualification*.
    - Accidental, momentary, or otherwise non-*Score Affecting Violations* are usually *Minor Violations*.
    - *Minor Violations* usually result in a verbal notification from the *Head Referee* during the *Match*, which should serve to inform the *Team* that a rule is being Violated before it escalates to a *Major Violation*.
- Major Violation - A *Violation* which results in a *Disqualification*.
    - Unless otherwise noted in a rule, all *Score Affecting Violations* are *Major Violations*.
    - If noted in the rule, egregious or strategic *Violations* or intentional actions that result in *Violations* may also be *Major Violations*.
    - Multiple *Minor Violations* within a *Match* or *Tournament* may escalate to a *Major Violation* at the *Head Referee's* discretion or as specified in a rule. *Minor Violations* carry over into *Finals Matches* unless otherwise specified within a rule.
- Score Affecting - A *Violation* which improves an *Alliance's* score at the end of a *Match*.
    - Multiple *Violations* within a *Match* can cumulatively become *Score Affecting*.
    - When evaluating whether a *Violation* was *Score Affecting*, *Head Referees* will focus primarily on any *Robot* actions that were directly related to the *Violation*.
    - Determining whether a *Violation* was *Score Affecting* can only be done once the *Match* is complete and the scores have been calculated.
    - To determine whether a *Violation* may have been *Score Affecting*, check whether the *Violation* directly contributed to increasing the score of the *Match*. If it did not increase the *Alliance's* score, then the *Violation* was not *Score Affecting*, and it was very likely a *Minor Violation*.

*Violations* of <GG>, <SG>, and <RSC> rules that occur during a *Robot Skills Match* should only affect the outcome of that *Match* and should not be considered when determining whether a *Violation* has been repeated during the event.

VEX IQ ROBOTICS COMPETITION LEVEL UP

# 2026 - 2027
# Appendix E - Team Classifications and Student Roles

# Appendix E - Team Classifications and Student Roles

Three or more *Students* make up a *Team*. To participate in an official VEX IQ Robotics Competition event, a *Team* must first register on events.vex.com and receive a VEX IQ Robotics Competition *Team* number. A *Team's* unique number identifies their organization and their *Team* within that organization. Each *Team* must design and build their own *Robot*, create their own code, develop their own strategies to play the game, and maintain their own engineering notebook if they choose to use one.

- A *Team* is classified as an Elementary School *Team* if all members are Elementary School *Students*.
- A *Team* is classified as a Middle School *Team* if any member is a Middle School *Student*, or if the *Team* is made up of Elementary School *Students* who declare themselves as "playing up" as Middle School *Students* by registering their *Team* as a Middle School *Team*.
- Once a *Team* has competed in an event as a Middle School *Team*, that *Team* may not change to an Elementary School *Team* for the remainder of the season. If a *Team* mistakenly registers as an Elementary School *Team* but is ineligible for that age group, their registration may be revised mid-season with the assistance of VEX Robotics; all prior qualifications for the season will be lost.
- *Teams* may be associated with schools, community/youth organizations, or a group of neighborhood *Students*.

In the context of this Game Manual, *Student Team* members fill multiple roles related to *Robot* design, build, coding, strategy, and documentation. See <G2>, <G4>, <G5> for more information. *Adults* may not fulfill any of these roles.

- **Designer** - Any *Student Team* member who helps design the *Robot* to be built for competition. *Adults* are permitted to teach *Designers* associated concepts, but should never work on the design of the *Robot*.
- **Builder** - Any *Student Team* member who helps build the *Robot*. *Adults* are permitted to teach *Builders* associated concepts, but should never work on the *Robot*.
- **Coder** - Any *Student Team* member who contributes to the computer code that is downloaded onto the *Robot*. *Adults* are permitted to teach *Coders* associated concepts, but should never work on the code that goes on the *Robot*.
- **Strategist** - Any *Student Team* member who contributes to the *Match* strategies used to score points during a *Teamwork Match* or *Robot Skills Match*, including assessing the impact of other *Teams'* performance and strategies on the *Team's* strategy (e.g., scouting). *Adults* are permitted to teach *Strategists* associated concepts, but should never create or dictate a *Team's Match* strategy.
- **Notebooker** - Any *Student Team* member who contributes to the *Team's* engineering notebook or associated documentation. *Adults* are permitted to teach *Notebookers* associated concepts, but should never work on the engineering notebook or other documentation.

Copyright 2026, VEX Robotics, Inc.




EXHIBIT B

# VEX V5 Robotics Competition Override

## 2026 - 2027 Game Manual Version 1.1



Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 461 of 1005 PageID 1090


# © 2026 Innovation First, Inc. / VEX Robotics, Inc. All rights reserved.

This Game Manual — including all game rules, game design concepts, scoring systems, field specifications, field element designs, robot construction parameters, tournament structures, game design philosophy, and all other content contained herein including all related intellectual property rights and registrations are the exclusive proprietary property of Innovation First, Inc. used under license by VEX Robotics, Inc. This document and all contents are subject to and protected under United States and International Copyright and Trademark Laws.

No portion of this document may be copied, reproduced, distributed, published, displayed, transmitted, adapted, translated, incorporated into any other work, or used as the basis for any modified or derivative version or work, - in whole or in part, in any form or by any medium, electronic or otherwise without the prior express written permission of Innovation First, Inc. / VEX Robotics, Inc.

This Game Manual is published solely for use in connection with authorized VEX Robotics Competitions and events. It may not be used, in whole or in part, for or in relation to any non-authorized Robotics event, competing competition program, alternative event format, independent game design, or related activity without the express prior written authorization of Innovation First, Inc. / VEX Robotics, Inc. Any and all unauthorized use of this material or any portion thereof — including adaptation for use in connection with any competing or successor robotics events, or competition program constitutes unauthorized and illegal misappropriation of Innovation First, Inc. / VEX Robotics, Inc.'s intellectual property and will be prosecuted to the fullest extent permitted by law.

VEX, VEX ROBOTICS, V5, VEX V5 ROBOTICS COMPETITION, VEX IQ, VEX IQ ROBOTICS COMPETITION, VEX ROBOTICS WORLD CHAMPIONSHIP, VEXPRO, VEXCODE, VEX 123, VEX GO, VEX AIR, and associated game names and logos (collectively VEX Trademarks) are registered trademarks and/or trademarks owned by Innovation First, Inc. Unauthorized use of the VEX Trademarks is strictly prohibited.

Violations of this notice and Innovation First, Inc.'s rights are subject to and/or will subject the responsible person(s) to civil and/or criminal liabilities and prosecution.

# Table of Contents

## Prefix

Changelog ........ v
Quick Reference Guide ........ vii

## Section 1 - Introduction

## Section 2 - The Game

VEX V5 Robotics Competition Override: A Primer.... 7
Game Design Philosophy - A Letter from the GDC. 12
Scoring ........ 14
Specific Game Rules ........ 19
Safety Rules ........ 27
General Rules ........ 28
General Game Rules ........ 30

## Section 3 - Robot Skills

Robot Skills Challenge Rules ........ 39

## Section 4 - The Robot

Robot Rules ........ 44

## Section 5 - The Tournament

Tournament Rules ........ 58


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

## Section 6 - VEX U

Game, Robot, and Tournament Rules.......................... 71
VURC Definitions.......................................................... 71
Rule Modifications: Field Setup .................................... 72
Rule Modifications: Game .............................................. 75
Rule Modifications: Robot Skills Challenge................ 76
Rule Modifications: Tournament .................................. 78
Rule Modifications: Robot............................................. 79
Team Composition .........................................................85

## Appendix A - Field Overview

Game Field Introduction................................................ A2
Field Overview.................................................................. A2
Game Objects & Field Bill of Materials ...................... A3
Field Specifications Introduction................................ A4

## Appendix B - Glossary of Terms

## Appendix C - Rule Violations

## Appendix D - Team Classifications and Student Roles

# Prefix

## Changelog

**Version 1.1 - August 6, 2026**

- Revised <SC6> to provide clarity
- Updated <SC7> to clarify that ending the *Autonomous Period* in the *Midfield* is not included in scoring calculations
- Updated <SG7> and Figure SG-7 to fix a typo and provide clarity
- Revised the list of example interactions in <SG9> to provide clarity
- Added a list of example interactions to <SG10> to provide clarity
- Updated <SG12> to clarify that *Robots* at least partially within the *Midfield* during the *Endgame* must make an effort to limit vertical expansion
- Revised the wording of rules <G1>, <G2> and <G4> for simplicity
- Removed rule <G5>. (Pre-existing rule <G6> is now <G5>)
- Updated <GG16> for clarity
- Updated <RSC2> to clarify that *Match Load Scoring Objects* can be introduced at any time, but only through red *Alliance Loaders*
- Updated <RSC3b> for clarity
- Added a bullet to <R28> to clarify intent
- Revised <VUG5> to clarify intent
- Removed rule <VUT6>. (Pre-existing rule <VUT7> is now <VUT6>)
- Updated the definition of *Midfield* to clarify intent, and correct “outer edges” to “inner edges”
- Updated figure Q-1 to make Tournament Manager scorekeeping consistent
- Updated the definition of *Student* for simplicity
- Revised <SG9> and <SG10> *Violation* Notes to clarify intent
- Moved *Violation* Notes from Appendix C to their corresponding rules
- Other minor typo / formatting fixes

**Version 1.0 - July 2, 2026**

- Revised <SC4> to provide clarity
- Updated <SG2a> and its red box to clarify that the rule only applies during the *Match*
- Updated <SG3> to clarify *Endgame* expansion limits
- Updated <SG4> to penalize only intentional remove of *Scoring Objects*, and to consider *Scoring Objects* resting on top of the *Field Perimeter* as being out of the *Field*
- Revised the wording of <SG9> to provide better interaction examples
- Updated <SG10> to clarify intent
- Rewrote <SG12> to change the hard limit on vertical expansion during the *Endgame*, to a soft limit with verbal warnings
- Added rule <SG13> to introduce *Load Zone* protections
- Revised <R24f> to add structurally non-homogeneous plastics to list of prohibited materials
- Added bullet points to <T6> regarding custom solutions for mounting *Toggles* on metal *Field Perimeters* and *Alliance Station* dimensions / positioning as permissable *Field* modifications
- Removed existing rule <VUG7> and rewrote it for VEX U *Load Zone* protections
- Added a new definition for *Load Zone*



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

- Updated Figure T-1 to properly display the parts considered to be part of the *Toggle*
- Added a new drawing to Appendix A to show an example of a custom *Toggle* mount for metal *Field Perimeters*
- Updated *Violation* Notes for rules <SG4>, <SG9>, <SG10>, <SG12> and <SG13>
- Other minor typo / formatting fixes

**Version 0.2 - June 4, 2026**

- Updated a typo in the Game Design Philosophy to clarify that the *Endgame* is 10 seconds long
- Revised <SC2>, <SC3>, <SC4>, <SC5>, <SC8>, <SG9>, <SG10>, <RSC3>, <VUG6> and their corresponding figures for clarity, in regards to Pins that are Placed / Scored
- Updated <R11> to clarify intent
- Updated <R23a> to allow anodizing, painting, dyeing, or otherwise changing the color of any legal VEX parts (other than for official events held in mainland China)
- Updated <T6> to add white tape in place of blue/red tape for Load Zones as a permissible Field modification
- Revised tiebreakers in <T22>
- Added figures to Section 6 to show the starting configuration of a VEX U Head-to-Head Match
- Updated <VUG4> to clarify that both Cups and Pins may be introduced into the Loaders in VEX U Matches
- Added a note to <R11> and <VUR11> to clarify that the 55W drivetrain motor restriction does not apply to VEX U
- Added new drawings to Appendix A for Toggle starting orientation, and AprilTag numbering locations
- Added new definitions for Plowing, Possession and Scored to Appendix B
- Other minor typo / formatting fixes

**Version 0.1 - April 27, 2026**

- Initial release


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 466 of 1005 PageID 1095

# Quick Reference Guide

| Scoring Rules | |
|---|---|
| <SC1> | All scoring statuses are evaluated after the *Match* ends |
| <SC2> | *Placed Scoring Object* criteria |
| <SC3> | Each *Placed Pin* can have zero, one, or two *Scored* halves |
| <SC4> | A *Toggle* is considered set to a color when it meets all of the following criteria |
| <SC5> | Yellow *Pin* Ownership |
| <SC6> | *Robot Midfield* criteria |
| <SC7> | *Autonomous Bonus* criteria |
| <SC8> | *Autonomous Win Point* criteria |

| Specific Game Rules | |
|---|---|
| <SG1> | Starting a *Match* |
| <SG2> | Horizontal expansion is limited |
| <SG3> | Vertical expansion is limited |
| <SG4> | Keep *Scoring Objects* in the *Field* |
| <SG5> | Each *Robot* gets one *Pin* as a *Preload* |
| <SG6> | *Possession* is limited to a maximum of one *Pin* and one *Cup* |
| <SG7> | Don't cross the *Autonomous Line*, and don't interfere with your opponents' actions |
| <SG8> | Engage with the *Midfield* and *Autonomous Line* during the *Autonomous Period* at your own risk |
| <SG9> | *Alliance Goals* are protected |
| <SG10> | *Scoring Objects* can't be removed from neutral or opponent-*Alliance Goals* |
| <SG11> | *Match Loads* may be introduced during the *Match* under certain conditions |
| <SG12> | Some rules change during the *Endgame* period |
| <SG13> | *Load Zones* are protected during the *Driver Controlled Period* of the *Match* |

| Safety Rules | |
|---|---|
| <S1> | Be safe out there |
| <S2> | *Students* must be accompanied by an *Adult* |
| <S3> | Each *Student Team* member must have a completed participant release form on file |
| <S4> | Stay inside the *Field* |
| <S5> | Wear safety glasses |

| General Rules | |
|---|---|
| <G1> | Participants must follow the Code of Conduct |
| <G2> | Participants must follow the Student Centered Policy |
| <G3> | Use common sense |
| <G4> | *Students* must meet the Student Eligibility Policy requirements |
| <G5> | There is a difference between accidentally and willfully violating a *Robot* rule |


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

| General Game Rules | |
|---|---|
| **<GG1>** | Only *Drive Team Members*, and only in the *Alliance Station* |
| **<GG2>** | A *Team's Robot* should attend every *Match* |
| **<GG3>** | *Robots* on the *Field* must be ready to play |
| **<GG4>** | Hands out of the *Field* |
| **<GG5>** | *Match* replays are allowed, but rare |
| **<GG6>** | *Disqualifications* |
| **<GG7>** | *Time-outs* |
| **<GG8>** | Keep your *Robots* together |
| **<GG9>** | Don't hook your *Robot* to the *Field*, and don't get *Entangled* |
| **<GG10>** | The red *Alliance* may choose to place last |
| **<GG11>** | Controllers must stay connected to the *Field* |
| **<GG12>** | Autonomous means "no humans" |
| **<GG13>** | All rules still apply in the *Autonomous Period* |
| **<GG14>** | Don't destroy other *Robots*. But, be prepared to encounter defense |
| **<GG15>** | *Offensive Robots* get the "benefit of the doubt" when judgment calls are required |
| **<GG16>** | You can't force an opponent into a penalty |
| **<GG17>** | No *Holding* for more than a 3-count |
| **<GG18>** | Use *Scoring Objects* to play the game |

| Robot Skills Challenge Rules | |
|---|---|
| **<RSC1>** | Standard rules apply in most cases |
| **<RSC2>** | *Match* play is different in *Robot Skills Matches* |
| **<RSC3>** | Scoring *Robot Skills Matches* |
| **<RSC4>** | *Field* setup for *Robot Skills Matches* |
| **<RSC5>** | *Skills Stop Time* |

| Robot Rules | |
|---|---|
| **<R1>** | One *Robot* per *Team* |
| **<R2>** | *Robots* must pass inspection |
| **<R3>** | *Robots* must fit within an 18" x 18" x 18" volume |
| **<R4>** | Officially registered *Team* numbers must be displayed on *Robot License Plates* |
| **<R5>** | Let go of *Scoring Objects* after the *Match* |
| **<R6>** | *Robots* have one Brain |
| **<R7>** | Keep the power button or battery connection accessible |
| **<R8>** | Firmware up to date |
| **<R9>** | Use a "Competition Template" for programming |
| **<R10>** | Motors are limited |
| **<R11>** | Subsystems 1 & 2 have a combined motor limit |
| **<R12>** | Electrical power comes from VEX batteries only |
| **<R13>** | *Robots* use VEXnet |
| **<R14>** | Give the radio some space |



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

| | |
|---|---|
| **<R15>** | One or two Controllers per *Robot* |
| **<R16>** | *Robots* are built from the VEX V5 system |
| **<R17>** | New VEX parts are legal |
| **<R18>** | Prohibited Items |
| **<R19>** | Certain non-VEX components are allowed |
| **<R20>** | Custom V5 Smart Cables are allowed |
| **<R21>** | A limited amount of tape is allowed |
| **<R22>** | Certain non-VEX fasteners are allowed |
| **<R23>** | Visual decorations are allowed |
| **<R24>** | A limited amount of custom plastic is allowed |
| **<R25>** | Pneumatics are limited |
| **<R26>** | The VEX Pressure Gauge is a required part if a *Robot* includes pneumatics |
| **<R27>** | Most modifications to non-electrical components are allowed |
| **<R28>** | No modifications to electronic or pneumatic components are allowed |

| **Tournament Rules** | |
|---|---|
| **<T1>** | *Head Referees* have ultimate and final authority on all gameplay and *Robot* ruling decisions |
| **<T2>** | *Head Referees* must be qualified |
| **<T3>** | *Drive Team Members* are permitted to immediately appeal a *Head Referee's* ruling |
| **<T4>** | The *Event Partner* has ultimate authority regarding all non-gameplay decisions |
| **<T5>** | Be prepared for minor *Field* variance |
| **<T6>** | *Fields* may be repaired at the *Event Partner's* discretion |
| **<T7>** | *Fields* at an event must be consistent with each other |
| **<T8>** | There are three types of *Field* control that may be used |
| **<T9>** | There are two types of *Field Perimeter* that may be used |
| **<T10>** | *Qualification Matches* follow the *Match Schedule* |
| **<T11>** | Each *Team* will have at least six *Qualification Matches* |
| **<T12>** | *Qualification Matches* contribute to a *Team's* ranking for *Alliance Selection* |
| **<T13>** | *Qualification Matches* tiebreakers |
| **<T14>** | Small *Tournaments* have fewer *Alliances* |
| **<T15>** | Send a *Student* representative to *Alliance Selection* |
| **<T16>** | Each *Team* may only be invited once to join one *Alliance* |
| **<T17>** | *Elimination Matches* follow the *Elimination Bracket* |
| **<T18>** | *Elimination Matches* are a blend of "Best of 1" and "Best of 3" |
| **<T19>** | Ties in *Elimination Matches* lead to limited rematches |
| **<T20>** | Skills *Match Schedule* |
| **<T21>** | Skills Challenge *Fields* do not require the same modifications as the Head-to-Head *Fields* |
| **<T22>** | Skills Rankings at events |
| **<T23>** | Skills Rankings globally |
| **<T24>** | Robot Skills at League Events |


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

| VEX U Game Rules | |
|---|---|
| **<VUG1>** | Different *Robot* starting sizes |
| **<VUG2>** | Different *Robot* placement than rule <GG10> |
| **<VUG3>** | Some electronic devices may be in motion or moving at the beginning of the *Match* |
| **<VUG4>** | Different availability of *Loaders* |
| **<VUG5>** | Different scoring during the *Autonomous Period* |
| **<VUG6>** | Different *Autonomous Win Point* criteria |
| **<VUG7>** | Different *Load Zone* protection. |

| VEX U Robot Skills Challenge Rules | |
|---|---|
| **<VURS1>** | VEX U *Robot Skills Matches* are set up differently than V5RC *Robot Skills Matches* |
| **<VURS2>** | *Teams* are permitted to use both *Robots* in their VEX U *Robot Skills Matches* |
| **<VURS3>** | Both *Robots* must start the *Robot Skills Match* in legal starting positions for the red *Alliance* |

| VEX U Tournament Rules | |
|---|---|
| **<VUT1>** | VURC *Head-to-Head Matches* will be played 1-*Team* vs. 1-*Team* |
| **<VUT2>** | *Qualification Matches* will be conducted in the same manner as in a V5RC *Tournament* |
| **<VUT3>** | *Elimination Matches* will be conducted in the same manner, but without an *Alliance Selection* |
| **<VUT4>** | The *Autonomous Period* at the beginning of each *Head-to-Head Match* will be 30 seconds |
| **<VUT5>** | The *Driver Controlled Period* is shortened to 90 seconds |
| **<VUT6>** | VURC *Tournaments* have fewer *Teams* in *Elimination Matches* |

| VEX U Robot Rules | |
|---|---|
| **<VUR1>** | *Teams* may use two (2) *Robots* in each *Match* |
| **<VUR2>** | *Teams* may use any official VEX Robotics products, other than the exceptions listed below |
| **<VUR3>** | *Fabricated Parts* may be made by applying the following processes to *Raw Stock* |
| **<VUR4>** | *Fabricated Parts* must be made from legal *Raw Stock* |
| **<VUR5>** | The following material types are not considered *Raw Stock* |
| **<VUR6>** | *Fabricated Parts* cannot be made from *Raw Stock* which poses a safety or damage risk |
| **<VUR7>** | *Fabricated Parts* must be made by *Team* members |
| **<VUR8>** | *Teams* may use commercially-available springs on their *Robots* |
| **<VUR9>** | *Teams* may use commercially available fastener hardware on their *Robot* |
| **<VUR10>** | Each *Robot* must utilize exactly one (1) V5 Robot Brain and at least one (1) V5 Robot Radio |
| **<VUR11>** | There is no restriction on the number of V5 Smart Motors |
| **<VUR12>** | There is no restriction on *Sensors*, *External Processors*, or *Additional Electronics* |
| **<VUR13>** | Commercially available *Electromechanical Assemblies* are not legal |
| **<VUR14>** | *Teams* may utilize an unlimited amount of the following pneumatic components |
| **<VUR15>** | *Teams* may use commercially available bearings on their *Robot* |



x

Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 470 of 1005 PageID 1099

# VEX V5 Robotics Competition Override

## Section 1
## Introduction

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 471 of 1005 PageID 1100

# Section 1 - Introduction

## About the Game Manual

The VEX V5 Robotics Competition Game Manual is the most authoritative source of information for the VEX V5 Robotics Competition. Contained within this document are all of the rules, boundaries, constraints, and other relevant information you will need to properly understand and play this year's game.

This manual is:

- A technical reference document for gameplay, *Robot* construction, and event operation
- A binding set of rules for *Teams*, coaches, referees, *Event Partners*, and all other volunteers and participants to adhere to
- The primary source of truth for all things related to the VEX V5 Robotics Competition

This manual is not:

- A strategy guide to score the most points
- An instruction set to build the best *Robot*
- A replacement for referee training, *Event Partner* training, or other event procedure

## How to Read the Game Manual

The rules in this game manual are intended to work together to create a system of constraints. These rules are not intended to be understood independently of one another or in isolation from other information contained in this document. Many situations may require *Teams*, referees, or other volunteers to use logic from multiple places in the manual to properly form an interpretation. It is critical that the entire manual is read and understood, not just parts.

Information in the game manual is presented in the following ways:

**Definitions** in Appendix B establish the meaning of a term with regards to this document. Sometimes, these definitions may not perfectly match a more commonly accepted dictionary definition. In that case, the VEX definition takes precedence. If there is no VEX definition for a term, it can be reasonably assumed that a dictionary definition can be used.

**General Rules** establish the baseline rules for competition that *Teams* must adhere to at *all times*. These include, but are not limited to, conduct at an event, roster eligibility, competition integrity, and authority and enforcement.

**General Game Rules** begin to outline the rules that *Teams* must follow in every VEX game, not just the rules specific to this season's game. Many of these rules do not change from year to year, and help prevent the game from devolving into immediate chaos.

**Scoring Rules** define how points are earned and evaluated.

**Specific Game Rules** describe what *Robots* and *Drive Team Members* may and may not do during a *Match*, specifically for this season's game. These rules are subject to change from year to year, depending on how the game is designed and meant to be played.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 472 of 1005 PageID 1101

**Robot Rules** define how *Robots* may be built and configured.

**Tournament Rules** describe how competitions are run, and how *Teams* are ranked at events.

Some rules also reference **Violation Notes** that are located in Appendix C. These notes provide additional guidance on enforcement, escalation, or special circumstances. If a rule doesn't include a cross-reference to *Violation* Notes, standard *Violation* definitions apply. See Appendix C for information about rule *Violations* and penalties.

> There are also red-bordered boxes of text placed in some areas of the game manual. These are intended to provide further clarification and guidance in places that the *Game Design Committee* has deemed may benefit from things being said a different way, or presented slightly differently. Red-border boxes are meant to be supplements to, not replace, rules or definitions.

# Game Manual Updates

This manual will have a series of "major" and "minor" updates over the course of the season. Each version is official and must be used in official V5RC events until the release of the next version, upon which the previous version becomes void.

The latest version of the Game Manual can always be found at https://link.vex.com/docs/26-27/v5rc/game-manual.

Known major release dates are as follows:

| | | | |
|---|---|---|---|
| **April 27, 2026** | **April 27, 2026** | **Version 0.1** | Initial game release |
| May 14, 2026 | May 14, 2026 | N/A | Official Q&A system opens |
| June 4, 2026 | June 11, 2026 | Version 0.2 | Minor typographical errors or formatting issues found in the initial release, with very few rule changes expected |
| **July 2, 2026** | **July 9, 2026** | **Version 1.0** | May include gameplay or rule changes inspired by input from the official Q&A system and the VEX community |
| August 6, 2026 | August 13, 2026 | Version 1.1 | Clarification / minor update |
| **September 3, 2026** | **September 10, 2026** | **Version 2.0** | May include gameplay or rule changes inspired by early-season events |
| October 8, 2026 | October 15, 2026 | Version 2.1 | Clarification / minor update |
| December 3, 2026 | December 10, 2026 | Version 2.2 | Clarification / minor update |
| **January 28, 2027** | **February 4, 2027** | **Version 3.0** | May include gameplay or rule changes inspired by mid-season events |
| **March 25, 2027** | **April 1, 2027** | **Version 4.0** | May include gameplay or rule changes pertaining specifically to the VEX Robotics World Championship |



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

In addition to these known major updates, there may also be unscheduled updates released throughout the season if deemed critical by the *Game Design Committee*.

**Any scheduled or unscheduled updates will always be released on a Thursday, no later than 5:00 PM CST (11:00 PM GMT).** These updates will be announced via the VEX Forum, automatically pushed to the VEX V5 Hub app, and shared via VEX Robotics social media & email marketing channels. Once announced, the new version of the Game Manual will be immediately available at the link above.

Generally, Game Manual updates, scheduled or unscheduled, will include a **grace period** before the updated rules go into effect for competitions. See the release table above for specific dates. This grace period does not apply to the **Version 0.1 Release**, which serves as the initial rule set for the season.

Any events that begin **before** the 7-day grace period has ended must **continue using the rules from the previous Game Manual Release**. This policy ensures fairness and consistency, allowing *Teams* to adapt their strategies and gameplay accordingly before the changes are enforced in official competitions.

Once a manual update occurs, the previous version will be re-uploaded with an "Obsolete" watermark. Those will be found at https://link.vex.com/docs/26-27/v5rc/game-manual-obsolete and will be available to reference through the rest of the season.

The *Game Design Committee* reserves the right to enforce critical updates to the Game Manual as effective immediately upon release, if we feel that the changes are critical for competitive integrity, safety, and/or other extenuating circumstances.

Multi-week league events (or similar) that cross over a grace period should use the version of the Game Manual that is in effect at the beginning of each league session. Leagues should update to new versions of the Game Manual between sessions as appropriate.

# The Q&A System

When first reviewing a new robotics game, it is natural to have questions about situations which may not be immediately clear. Navigating the Game Manual and seeking out answers to these questions is an important part of learning a new game. In many cases, the answer may just be in a different place than you first thought - or, if there is no rule explicitly prohibiting a gameplay strategy, then that usually means it is legal!

However, if a *Team* is still unable to find an answer to their question after closely reviewing the relevant rules, then every *Team* has the opportunity to ask for official rules interpretations and clarifications in the VEX Robotics Question & Answer System. These questions may be posted by a *Team's Adult* representative via the events.vex.com account that is associated with that *Team*.

All responses in this Q&A system should be treated as official rulings from the VEX Robotics *Game Design Committee*, and they represent the correct and official interpretation of the VEX V5 Robotics Competition rules. The Q&A system is the only source besides the Game Manual for official rulings and clarifications, and is functionally an extension of the Game Manual. Unlike Game Manual updates, Q&A rulings are effective immediately upon release.

The VEX V5 Robotics Competition Question & Answer System will open May 14th, 2026.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Before posting on the Q&A system, be sure to review the Q&A Usage Guidelines:

1. The Q&A system is for rules clarifications only.
2. Only registered *Teams*, certified *Event Partners*, and certified V5RC *Head Referees* can post questions.
3. Read and search this Game Manual before posting.
4. Read and search existing Q&As before posting.
5. Quote the applicable rule from the latest version of this Game Manual in your question.
6. Make a separate post for each question.
7. Use specific and appropriate question titles.
8. Questions will (mostly) be answered in the order they were received.
9. This system is the only source for official rules clarifications.
10. The *Game Design Committee* cannot and will not overrule a *Head Referee's* decision.

If there are any conflicts between the English-language PDF of the Game Manual and other supplemental or translated materials (e.g., referee training materials, the V5RC Hub app, the game reveal video, a translated game manual, etc.), the most current version of the English-language PDF of the Game Manual takes precedence.

Similarly, it can never be assumed that definitions, rules, or other materials from previous seasons apply to the current game. Q&A responses from previous seasons are not considered official rulings for the current game. Any relevant clarifications that are needed should always be re-asked in the current season's Q&A.

# Hierarchy of Information

This Game Manual is the authoritative source for all gameplay, Robot, and event rules. For these matters, official information ranks as follows:

1. The current version of this Game Manual, including all published updates
2. The official Q&A system
3. Other VEX Robotics or Global Robotics and Science Foundation supplementary documents and training materials

Q&A answers are official rulings, effective when posted. An answer that conflicts with this Manual takes precedence until a Manual update addresses it. Answers not addressed by an update remain in effect.

The following companion documents are authoritative within their own scopes and take precedence over any summary or restatement of their content in this Manual:

- Code of Conduct
- Student-Centered Policy

No other source of information is official.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Copyright 2026, VEX Robotics, Inc.




VEX V5 ROBOTICS COMPETITION OVERRIDE

# Section 2
# The Game



# Section 2 - The Game

## VEX V5 Robotics Competition Override: A Primer

VEX V5 Robotics Competition Override is played on a 12' x 12' square *Field*, set up as illustrated in the figures throughout this manual.

In *Head-to-Head Matches*, two (2) *Alliances* — one (1) "red" and one (1) "blue" — composed of two (2) *Teams* each, compete in *Matches* consisting of a fifteen (0:15) second *Autonomous Period* followed by a one minute and forty-five second (1:45) *Driver Controlled Period*.

The object of the game is to attain a higher score than the opposing *Alliance* by stacking *Pins* and *Cups* on *Goals*, setting *Toggles* to your *Alliance* color, and ending the *Match* with your *Robot* in the contested *Midfield*.

An *Autonomous Win Point* is awarded to any *Alliance* that completes a set of assigned tasks by the end of the *Autonomous Period*.

An *Autonomous Bonus* is awarded to the *Alliance* that has the most points at the end of the *Autonomous Period*.

*Teams* may also compete in *Robot Skills Matches*, where one (1) *Robot* tries to score as many points as possible. See Section 3 for more information.

At the VEX U Collegiate level, *Teams* play in a modified *Tournament* with a 30-second *Autonomous Period* and additional *Robot* build challenges. See Section 6.




Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# Field Overview

The V5RC Override *Field* consists of the following:

- 56 *Cups*
  - 20 *Match Loads*
    - 10 for red *Alliance*
    - 10 for blue *Alliance*
  - 24 that start the *Match* in predetermined locations on the *Field* (gray side up)
  - 12 that start the *Match* in predetermined locations on the *Field* (clear side up)

- 63 *Pins*
  - 4 red/blue that start the *Match* in predetermined locations
  - 20 red/yellow
    - 2 *Preloads*
    - 10 *Match Loads*
    - 8 that start the *Match* in predetermined locations
  - 20 blue/yellow
    - 2 *Preloads*
    - 10 *Match Loads*
    - 8 that start the *Match* in predetermined locations
  - 19 yellow/yellow
    - 2 *Match Loads*
    - 17 that start the *Match* in predetermined locations

- 9 *Goals*
  - 4 *Alliance* colored
    - 2 red
    - 2 blue
  - 5 neutral colored
    - 4 short
    - 1 tall

- 4 *Toggles*

- 4 *Loaders*, two adjacent to each *Alliance Station*

*Note: The illustrations in this section of the Game Manual are intended to provide a general visual understanding of the game.* ***Some figures may highlight or change the appearance of certain Field Elements and Scoring Objects to emphasize or clarify intent.***

*Teams should refer to official Field specifications, found in Appendix A, for exact Field dimensions, a full Field bill of materials, and exact details of Field construction.*


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.



***Figure FO-1:*** *An overhead view of the V5RC Override Field, with Alliance Stations (orange), Loaders (white), Toggles (pink), and Goals (green) highlighted.*



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 479 of 1005 PageID 1108




***Figure FO-2:*** *An overhead view of the V5RC Override Field in its starting configuration, with icons representing orientation of Scoring Objects*


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.




*Figure FO-3: The recommended locations of the Head Referee (black & white stripes), and Scorekeeper Referees (black & white checkerboard).*


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 481 of 1005 PageID 1110

# Game Design Philosophy - A Letter from the GDC

We want to take the opportunity to explain how this game was designed and what kind of gameplay we expect to see during the season. This section also points out parts of the game that we will watch closely in case updates are needed.

**This is not a rules section.** It does not add any new rules. Instead, it helps you understand the purpose of the game and what we as designers had in mind.

**What This Game is About & Scoring**

Override is a game that focuses on stacking and teamwork. We intend for *Teams* to work together with their *Alliance* partners to assemble stacks, gain points using *Scoring Objects*, and control *Toggles* to outscore their opponents.

Because of this, success in the game is not just about building a good *Robot*. It also depends on how well you:

- Communicate with your partner
- Plan your strategy
- Time your actions during a *Match*

*Teams* that coordinate well and make smart decisions will have an advantage.

The game is designed so that most points come from constructive actions, such as:

- Building stacks
- Flipping *Toggles*
- Positioning your *Robot* effectively

Interaction with the opposing *Alliance* is still an important part of the game. However, *Matches* cannot be dominated by tearing down what the other *Alliance* has built. Some defense and disruption is expected, but the main focus should stay on building and scoring.

If strategies that focus mostly on preventing stacks become too common, the *Game Design Committee* may consider making changes to ensure the game remains interesting with many strategy choices. We will look at how often these strategies are used and how they affect gameplay compared to our intentions.

**Large Point Swings with Toggles and Yellow Pins**

The scoring values in Override are designed to encourage dynamic strategy and decision making. Because of this, it is possible for actions like controlling *Toggles* or scoring yellow *Pins* to create large point swings during a *Match*.

These moments can be exciting, but they should not become the only way to win. *Teams* should still have multiple viable strategies, including building stacks and competing in the *Endgame*.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 482 of 1005 PageID 1111

We will monitor how these point swings impact *Matches* throughout the season. If they begin to outweigh other scoring opportunities or reduce strategic variety, the *Game Design Committee* may adjust point values to maintain a balanced and engaging game.

**The Endgame: Final 10 Seconds**

The last 10 seconds of the *Match* are designed to feel more intense and competitive. During this time, the game shifts to a "king of the hill" style challenge in the *Midfield*. This section of the *Match* will likely include increased *Robot* interaction. As such:

- Positioning and timing become critical
- *Robot* durability matters more

*Teams* should expect more crowded and contested conditions than earlier in the *Match*.

At the same time, there are still rules in place (like limits on how *Robots* can expand) to help prevent issues such as tipping over or getting tangled with other *Robots*. If the *Endgame* consistently leads to problems like *Robots* getting stuck, tipping too often, or not being able to recover, the *Game Design Committee* may adjust rules to keep *Matches* fair and playable.

**Using Sensors in the Game**

Override is a game where sensors can be very helpful. Tools like AI Vision Sensors and Optical Sensors can help your *Robot*:

- Identify objects
- Interact with *Toggles*
- Navigate the *Field*

The *Game Design Committee* will work to support sensor use through *Field* and game design. However, real-world conditions are not always perfect. Lighting and object placement may vary. Because of this, *Teams* should design and code their *Robots* so their sensors can handle small changes and still work reliably during a *Match*.

In addition, *Robot* rules will continue to be reviewed to make sure the game stays fair throughout the season. One important focus is preventing *Teams* from building *Robots* that could interfere with sensors in unfair ways like intentionally trying to confuse sensors or adding parts that look like *Field Elements*.

Making sure all *Teams* can rely on their sensors to work as expected is an important part of fair competition.

Have a great season!
- The VEX V5 Robotics Competition Game Design Committee

# Scoring

| | |
|---|---|
| *Autonomous Bonus* | 12 Points |
| Each *Scored Alliance*-colored *Pin* | 5 Points |
| Each *Scored* yellow *Pin* | 10 Points |
| Each *Robot* ending in the *Midfield* | 8 Points |

**<SC1> All scoring statuses are evaluated after the Match ends.** Scores are calculated five seconds after the *Match* ends, or once all *Scoring Objects*, *Field Elements*, and *Robots* on the *Field* come to rest, whichever comes first.

a. This 5-second delay is intended to be the only permitted "benefit of the doubt" for last-second scoring actions. If an object or *Robot* is still in motion and "too close to call" between two states at the 5-second mark, then the less advantageous of the two states should be awarded to the *Robot*(s) in question. A *Robot* which is breaking the plane of the *Midfield* but slowly droops down and away from the *Midfield* at five (5) seconds would not be considered in the *Midfield*.

b. At the end of the *Match*, the on-screen timer displayed by Tournament Manager will hold the current *Match* information and "0:00" for five (5) seconds before moving to queue the next Match. This should be the primary 5-second visual cue used by *Teams* and *Head Referees*.

c. This 5-second delay is only intended to be a "benefit of the doubt" grace period, not an extra five seconds of *Match* time. *Robots* which are designed to strategically exploit this grace period will receive a *Minor Violation*, and any post-*Match* movement will not be included in score calculation (i.e., the *Match* will be scored as it was at 0:00).

d. Referees should avoid contacting or moving *Robots* and/or *Scoring Objects* as much as possible while evaluating scoring statuses. If an object must be moved to evaluate the status of another object, its status must be agreed upon by all *Teams* and the *Head Referee*, and noted or recorded, before it is moved.

e. Referees must record counts based on verified scoring statuses evaluated after the *Match*, using final positions of *Scoring Objects*, *Field Elements*, and *Robots*. Point considerations used to determine whether a *Violation* is *Match Affecting* (e.g., specified in *Violation* Notes) should NOT be added to or deducted from the actual score, and points scored during a *Violation* should not be deducted from a score.

**<SC2> Placed Scoring Object criteria.**

a. A *Pin* is considered *Placed* if it meets all of the following criteria:

   i. The *Pin* is partially or entirely nested with a *Goal*, or with a *Cup* that is partially or entirely nested with another *Placed Pin*.

   ii. Each *Goal* and/or each half of a *Cup* nested with that *Pin* contains a maximum of one Pin half. (See Figure SC2-2.)

b. A *Cup* is considered *Placed* if it meets the following criteria:

   i. The *Cup* is partially or entirely nested with a *Placed Pin*.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

In the context of <SC2>, nested means that one half of a *Pin* is partially or completely contained within the inner volume of the *Cup*. In other words, the *Pin* is breaking an imaginary plane at the opening of a *Cup*, in any way. *Robot* contact does not matter for the purposes of <SC2>, and a *Robot* that is contacting or *Possessing* a *Pin* that still meets the criteria presented in <SC2> does not negate the *Placed* status, provided no other rules are broken (particularly <SG6>).



***Figure SC2-1:*** *The Scoring Objects stacked in the Goal all count as Placed, as they are all at least partially nested with the Goal and/or other Placed Scoring Objects.*



***Figure SC2-2:*** *The Pin resting on top is partially nested with the Cup, but the Pin is not considered Placed since that half of the Cup contains more than one Pin half.*

**<SC3>** Each *Pin* consists of two halves. **Each Placed Pin can have zero, one or two Scored halves.** To count as *Scored* for the corresponding *Alliance*, the half of the *Placed Pin* must remain fully visible (i.e, cannot be partially or fully nested inside the opaque half of a *Cup*).

a. Each visible red half of a *Placed Pin* counts as a *Scored* red *Pin*, earning points for the red *Alliance*.

b. Each visible blue half of a *Placed Pin* counts as a *Scored* blue *Pin*, earning points for the blue *Alliance*.

c. Each visible yellow half of a *Placed* and *Owned Pin* counts as a *Scored* yellow *Pin*, earning points for the *Alliance* that *Owns* the *Pin*. (See <SC5>.)

**<SC4> A Toggle is considered set to a color** when it meets all of the following criteria:

a. The *Toggle* must be fully seated, such that there is a face of the *Toggle* in contact and parallel with its mounts on the *Field Perimeter* at rest. (see Figure SC5-1)

b. The *Toggle* is not in contact with a *Robot* from either *Alliance*.

If a *Toggle* is not considered set to a color, it is considered a neutral (yellow) *Toggle* by default, and neither *Alliance* receives *Ownership* of the yellow *Pins Placed* in that *Quadrant*. While the *Toggle* has infinite potential orientations, only three discrete orientations are considered “set” states.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 485 of 1005 PageID 1114

**<SC5> Yellow Pin Ownership.** Each *Placed Pin* with one or more yellow halves can be *Owned* by an *Alliance*.

a. A yellow *Pin Placed* in a *Quadrant* is *Owned* by an *Alliance* if the *Toggle* in that *Quadrant* is set to the *Alliance's* color. If the *Toggle* is set to yellow, *Placed* yellow *Pins* in that *Quadrant* are not *Owned* and do not score points. (See <SC3>.)

b. A yellow *Pin Placed* in the *Midfield* is *Owned* by the *Alliance* that ends the *Match* with a greater number of *Robots* in the *Midfield*. (See <SC6>.)

   i. If both *Alliances* end the *Match* with an equal number of *Robots* in the *Midfield*, yellow *Pins Placed* in the *Midfield* are not *Owned* and do not score points.



***Figure SC5-1:*** *This Quadrant's Toggle is set to red, so yellow Pins Placed in this Quadrant's Goals are Owned by the red Alliance.*




***Figure SC5-2:*** *The blue Alliance has more Robots in the Midfield at the end of the Match, so yellow Pins Placed in the Midfield Goal are Owned by the blue Alliance.*



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 486 of 1005 PageID 1115




| | | |
|---|---|---|
| *Toggle*: **Yellow** | *Toggle*: **Blue** | *Toggle*: **Red** |
| **Red** *Pins*: 15 points | **Red** *Pins*: 15 Points | **Red** *Pins*: 15 Points |
| **Blue** *Pins*: 5 Points | **Blue** *Pins*: 5 Points | **Blue** *Pins*: 5 Points |
| **Yellow** *Pins*: 0 Points | **Yellow** *Pins*: 30 Points<br>(*Scored* for Blue) | **Yellow** *Pins*: 30 Points<br>(*Scored* for Red) |
| **Total**<br>**Red**: 15 Points / **Blue**: 5 Points | **Total**<br>**Red**: 15 Points / **Blue**: 35 Points | **Total**<br>**Red**: 45 Points / **Blue**: 5 Points |



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 487 of 1005 PageID 1116

**<SC6>** A *Robot* counts as **ending in the Midfield** if the *Robot* is at least partially within the *Midfield* at the end of the *Match*.

**<SC7>** Scoring of the **Autonomous Bonus** is evaluated immediately after the *Autonomous Period* ends.

a. Scoring methods that rely on *Robots'* end-of-*Match* positioning in the *Midfield* (e.g., *Robots* ending in the *Midfield* and *Ownership* of yellow *Pins* in the *Midfield*) are not included in *Autonomous Period* scoring calculations.

b. If the *Autonomous Period* ends in a tie, including a zero-to-zero tie, each *Alliance* will receive an *Autonomous Bonus* of six (6) points.

c. Any *Violations*, Major or Minor, committed during the *Autonomous Period* will result in the *Autonomous Bonus* being automatically awarded to the opposing *Alliance*. See <GG13>.

d. Per rule <GG13>, if both *Alliances* commit *Violations* during the *Autonomous Period*, then no *Autonomous Bonus* will be awarded.

**This rule is applied differently for VEX U. See Rule <VUG5>.**

**<SC8>** An **Autonomous Win Point** is awarded to any *Alliance* that ends the *Autonomous Period* with all of the following tasks completed, and that has committed no *Violations* during the *Autonomous Period*:

1. At least seven (7) *Pins Scored* for your *Alliance*. (Does not include *Pins Scored* in *Quadrants* on the opposing side of the *Autonomous Line*.)
2. At least three (3) *Goals* each contain at least two (2) *Pins Scored* for your *Alliance*. (Does not include *Goals* in *Quadrants* on the opposing side of the *Autonomous Line*.)
3. Neither *Robot* is contacting the *Field Perimeter*

*Autonomous Win Point* criteria will be slightly modified for events which qualify directly to the World Championship (e.g., Event Region Championships and Signature Events) and may be further modified for the World Championship.

The modified criteria for events which qualify directly to the World Championship will be released in the September 3, 2026, Game Manual update. Any Championship-qualifying events held prior to September 10, 2026, will use the standard criteria listed in this rule.

The modification(s) will be minor, and will be intended to provide an increased challenge over the criteria listed above. For example, one possibility could be "At least eight (8) *Pins Scored*" instead of seven (7) and/or "At least four (4) *Goals*" instead of three (3). The standard criteria for all other events will not change.

**This rule is applied differently for VEX U. See Rule <VUG6>.**


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# Specific Game Rules

**<SG1> Starting a Match.** Prior to the start of each *Match*, each *Robot* must be placed such that it meets all of the following criteria:

a. No larger than 18" (457.2 mm) long by 18" (457.2 mm) wide by 18" (457.2 mm) tall.

b. Not contacting any *Scoring Objects* other than a maximum of one (1) *Preload*. See rule <SG5>.

c. Not contacting *Goals*, *Loaders*, *Load Zones*, or *Toggles*.

d. Not contacting any other *Robots*, and not sharing a *Quadrant* with another *Robot*.

e. Completely stationary (i.e., no motors or other mechanisms in motion).

f. Contacting the *Field* tiles and *Field Perimeter* on their *Alliance's* side of the *Autonomous Line*.

*Note: Using external influences, such as Preloads or the Field Perimeter, to maintain a Robot's starting size is only acceptable if the Robot would still satisfy the constraints of <R3> and pass inspection without these influences.*

**Violation Notes:**

1. The *Match* will not begin with any conditions in this rule unmet. If a *Robot* cannot meet these conditions in a timely manner, the *Robot* will be removed from the *Field* and rules <R2d> and <GG2> will apply until the situation is corrected. They will not receive a *Disqualification*, but should receive a *Minor Violation* and will not be permitted to play in the *Match*.

**Clause A of this rule is applied differently for VEX U. See Rule <VUG1> and <VUG3>.**



***Figure SG-1:*** *An overhead view of the Field, with four Robots in legal starting positions.*



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<SG2> Horizontal expansion is limited.** Once the *Match* begins, *Robots* may expand horizontally beyond the starting size limit within the following criteria:

a. The *Robot* can never be larger than 24" wide or 24" long at any point during the *Match* (must fit within a 24" x 24" square horizontal footprint).

*Teams* should be aware that *Robots* may incidentally expand horizontally while extending vertically (e.g., mechanisms that arc, swing, or deploy upward). *Teams* must be prepared to demonstrate that their *Robot* does not exceed the maximum size constraint of 24" x 24" at any point during a Match due to either physical or programmed limitations, including while any vertical expansion mechanisms are in use.

**Violation Notes:**

Incidental/insignificant infractions that occur during a *Match* are only considered *Minor Violations*. Repeated *Minor Violations* should only escalate to a *Major Violation* in extreme circumstances. Examples of *Minor Violations* include, but are not limited to:

- Loose wires
- Broken zip ties / rubber bands
- Bent or broken mechanical components that are not used for strategic gain




***Figure SG2:*** *A demonstration of how the size of the Robot may change horizontally through the course of a vertical expansion.*

**<SG3> Vertical expansion is limited.** Once the *Match* begins, *Robots* may expand vertically beyond the starting size limit, but no part of the *Robot* may exceed an overall height of 50" at any point during the *Match* (must always be able to fit within a hypothetical 50" vertical sizing box). For exceptions to this rule involving *Robots* in the *Midfield* during the *Endgame* period, see <SG12>.

**<SG4> Keep Scoring Objects in the Field.** *Teams* may not intentionally remove *Scoring Objects* from the *Field*. A *Scoring Object* that leaves the *Field* during *Match* play will be returned to the *Field* in a location near where it left, in contact with the *Field* tiles and the *Field Perimeter* but no other *Field Elements* or *Scoring Objects* and no *Robots*. Volunteers should return *Scoring Objects* to the *Field* as quickly as possible, and any delay in returning a *Scoring Object* should not be considered *Match Affecting* or cause for a replay.

a. A *Scoring Object* that comes to rest on top of the *Field Perimeter* is considered to have left the *Field*.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**Violation Notes:**

1. Due to the difficulty of determining *Match Affecting* implications of this rule, most *Violations* should be considered Minor. However, blatantly intentional and/or *Match Affecting Violations* (especially during *Elimination Matches*) may still immediately escalate to a *Major Violation* at the *Head Referee's* discretion.

**<SG5> Each Robot gets one Pin as a Preload.** Red *Alliance Preloads* are red/yellow *Pins*; blue *Alliance Preloads* are blue/yellow *Pins*. Prior to the start of each *Match*, each *Preload* must be placed such that it meets all of the following criteria:

a. Contacting one *Robot* of the same *Alliance* color as the *Preload*.

b. Not contacting the same *Preload* as another *Robot*.

c. Not contacting other *Scoring Objects*.

d. Not contacting any other *Goals*, *Loaders*, *Load Zones*, or *Toggles*.
*Note: If a Robot is not present for their Match, then that Robot's Preload may be used as a Match Load in accordance with <SG11>.*

**Violation Notes:**

1. See <SG1>.

**<SG6> Possession is limited to a maximum of one Pin and one Cup.** *Robots* may not have *Possession* of more than one (1) *Pin* at once. *Robots* may not have *Possession* of more than (1) *Cup* at once. *Robots* in *Violation* of this rule must immediately stop all actions except for attempting to remove the excess *Scoring Objects*.

If they are unable to remove the excess *Scoring Objects*, then they must return to a legal starting position (as described by <SG1>). They will not be eligible to receive points for ending the *Match* in the *Midfield*, and cannot interact with *Toggles*, *Goals*, or other *Scoring Objects* while in *Possession* of excess *Scoring Objects*.

a. *Plowing* multiple *Scoring Objects* is permitted. *Teams* which employ *Plowing* strategies are encouraged to clearly demonstrate that none of the *Scoring Objects* are being *Possessed*, e.g., by using a flat face of the *Robot* with no active mechanisms.

**<SG7> Don't cross the Autonomous Line, and don't interfere with your opponents' actions.** During the *Autonomous Period*, *Robots* may not contact foam tiles, *Scoring Objects*, or *Field Elements* which are on the opposing *Alliance's* side of the *Autonomous Line*.

a. The *Autonomous Period* should be primarily *Offensive*, with *Teams* focusing on scoring and executing strategic maneuvers rather than *Defensive* disruption. *Teams* should avoid actions that are primarily *Defensive* in nature, including but not limited to:

   i. Intentionally disrupting *Scoring Objects* or *Field Elements* on the opponent's side of the *Autonomous Line*.

   ii. Deliberately contacting an opponent's *Robot* to interfere with their autonomous path.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.



***Figure SG-7:*** *These Scoring Objects (circled in green) would be considered to be on the Autonomous Line.*

b. *Scoring Objects* that begin the *Match* on the *Autonomous Line* are not considered to be on either side, and may be utilized by either *Alliance* during the *Autonomous Period*.

*Note: All 28 Scoring Objects that begin the Match above or in contact with the Autonomous Line are considered to be on the Autonomous Line. See Figure SG-7.*

c. While incidental contact or unintentional interactions may occur with *Robots* on the other side of the *Autonomous Line*, *Teams* that employ deliberate *Defensive* autonomous strategies that impact their opponents' autonomous routines may be subject to Minor or *Major Violations* at the discretion of the *Head Referee*.

d. *Teams* cannot intentionally move *Scoring Objects* to the opposing *Alliance's* side of the *Autonomous Line*.

e. Contact with either of the following during the *Autonomous Period* will result in the *Autonomous Bonus* and an *Autonomous Win Point* being awarded to the opposing *Alliance*, unless the opposing *Alliance* also breaks rules in the *Autonomous Period*:

   i. An opposing *Robot* that isn't interacting with (1)the *Autonomous Line*, (2) objects that begin the *Match* on the *Autonomous Line*, or (3) the *Midfield* (see <SG8>).

   ii. *Scoring Objects* on the other side of the *Autonomous Line*.

**Violation Notes:**

1. All *Violations* of this rule (Major or Minor) will result in the *Autonomous Bonus* being awarded to the opposing *Alliance*. See <SG8b> for a potential exception caused by *Autonomous Line* interactions.
2. Intentional, strategic, or egregious *Violations*, such as intentional contact with an opposing *Robot* while contacting the foam tiles on the opposing side of the *Autonomous Line*, or the interactions described in <SG7e> will be considered *Major Violations* and should result in a *Disqualification* for the *Match*.
3. Deliberate *Defensive* Autonomous strategies, as described in <SG7a>, may also be recorded as <G1> *Violations* at the *Head Referee's* discretion.



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 492 of 1005 PageID 1121

**<SG8> Engage with the Midfield and/or Autonomous Line during the Autonomous Period at your own risk.** Any *Robot* that engages with the *Midfield* and/or *Scoring Objects* that begin the *Match* on the *Autonomous Line* should be aware that opponent *Robots* may also choose to do the same. Per <GG12> and <GG13>, *Teams* are responsible for the actions of their *Robots* at all times.

a. For the purposes of this rule, "engages with" means any combination of:
   i. Contacting foam tiles within the *Midfield*
   ii. Contacting the *Goal* in the *Midfield*
   iii. Contacting *Scoring Objects* that begin the *Match* on the *Autonomous Line*
b. If opposing *Robots* contact one another while both engaging with the *Midfield* or the *Autonomous Line*, and a possible <GG14> *Violation* occurs (e.g., damage, *Entanglement*, or tipping over), a judgment call will be made by the *Head Referee* within the context of <GG14> and <GG15> (just as it would if the interaction had occurred during the *Driver Controlled Period*).
c. Intentional, strategic, repeated, or egregious offenses, such as negatively impacting *Robots* that are not engaging with the *Midfield* or the *Autonomous Line*, may still be deemed a *Violation* of <GG13>, <GG14>, <GG15>, <SG7>, <G1>, and/or <S1> at the *Head Referee's* discretion.

> The *Midfield* and the *Scoring Objects* that begin on the *Autonomous Line* are intended to be utilized by both *Alliances* during the *Autonomous Period*. This will inevitably result in *Robot*-on-*Robot* interactions, both incidental and intentional. The overarching intent of <SG8> is for the vast majority of these interactions to result in no rule *Violations* and / or penalties for either *Alliance*, just as no rules *Violations* occur in 99% of Driver Controlled interactions. *Teams* are responsible for the actions of their *Robots* at all times. A *Robot* with a small wheel base, which tips over every time they enter the *Midfield* and contacts an opponent, should not attempt to claim a <GG14> *Violation* on their opponent.
>
> With that being said, the *Midfield* is a neutral zone, not a "free-for-all" zone. The intent of clause D is to provide *Head Referees* with the leeway to still make a judgment call, if needed, when a *Team* has chosen to exploit this rule beyond its intent. Reckless or unsafe strategies aimed solely at the destruction, damage, tipping over, *Entanglement*, *Trapping*, or forcing of an opponent into a penalty are still prohibited in the VEX Robotics Competition.

**<SG9> Alliance Goals are protected.** *Robots* may not directly or indirectly interact with opposing *Alliance*-colored *Goals*. Examples of interactions include, but are not limited to:

- Making contact with the *Goal* or with *Scoring Objects* stacked on the *Goal*. (Direct)
- Adding or removing *Placed Scoring Objects*. (Direct)
- Strategically covering the *Goal* in a manner that prevents additional *Scoring Objects* from being *Placed*. (Indirect)
- Pushing an opposing *Robot* into *Scoring Objects* stacked in their own *Alliance*-colored *Goal*, knocking some or all of them out of the *Goal*. (Indirect)


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**Violation Notes:**

1. Incidental interactions, such as unintentional / inconsequential contact with the *Goal* and/or *Scoring Objects* stacked on the *Goal*, should typically be considered *Minor Violations*.
2. Intentional, strategic, or egregious interactions, including any interactions involving the addition or removal of *Placed Scoring Objects* on the *Goal*, will be considered *Major Violations*.
3. Repeated *Minor Violations* can escalate to a *Major Violation* at the *Head Referee's* discretion, especially in cases where *Violations* occur after multiple prior warnings.

**<SG10> Placed Scoring Objects may not be removed from neutral Goals via direct or indirect interactions.** Examples of interactions include, but are not limited to:

- Grabbing and lifting a *Scoring Object* out of the *Goal*. (Direct)
- Contacting *Scoring Objects* stacked in the *Goal*, knocking some or all of them out of the *Goal*. (Direct)
- Pushing an opposing *Robot* into *Scoring Objects* stacked in the *Goal*, knocking some or all of them out of the *Goal*. (Indirect)

**Violation Notes:**

1. *Violations* should be considered *Match Affecting* if the offending *Team's Alliance* ties or wins the *Match* by 15 points or less, unless the *Head Referee* can indisputably determine that the *Violation* did not affect the outcome of the *Match*. (Note: *Teams* should not expect a *Head Referee* to be capable of indisputably determining whether a *Violation* affected the outcome of a *Match* in most instances.)
2. Intentional, strategic, or egregious *Violations* will be considered *Major Violations*.
3. Repeated *Minor Violations* can escalate to a *Major Violation* at the *Head Referee's* discretion, especially in cases where *Violations* occur after multiple prior warnings.

**<SG11> Match Loads may be introduced during the Match under certain conditions.** For the purpose of this rule, "introduce" refers to the moment when a *Drive Team Member* has released a *Scoring Object* into a *Loader*.

During this action, a *Drive Team Member's* hands may temporarily break the plane of the *Field Perimeter*. This momentary interaction is an exception to rule <GG4>. Excessive, unnecessary, or unsafe actions while introducing a *Match Load* may be considered a *Violation* of <S1> and/or <G1> at the *Head Referee's* discretion. *Drive Team Members* may introduce *Match Load Scoring Objects* by placing a single *Pin*, a single *Cup*, or a nested *Cup* and *Pin* into either of their *Alliance*-colored *Loaders*. *Scoring Objects* can be introduced through the top of the *Loader* when the *Loader* is not lifted, or through the back of the *Loader* when the *Loader* is raised by a *Drive Team Member*.

a. *Scoring Objects* may only be introduced into *Loaders* during the *Driver Controlled Period* of the *Match*.

b. A *Match Load Scoring Object* may not be contacted by a *Robot* prior to being introduced into a *Loader*.

c. *Match Load Scoring Objects* may only be removed through the bottom opening of the *Loader*, by a *Robot* whose *Alliance* color matches the *Loader*.

**This rule is applied differently for VEX U. See Rule <VUG4>.**


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**Violation Notes:**

1. For the purposes of *Match Affecting* calculations, each illegal *Match Load* should be considered worth a value of 3 points. These values are not added to the actual score. If subtracting 3 points per illegal *Match Load* from the offending *Alliance's* final score would change the outcome of the *Match*, then the <SG11> *Violation* should be considered *Match Affecting*.
2. For the purposes of this rule, the following guidelines should be used for escalating repeated *Minor Violations* to a *Major Violation* during *Qualification Matches*:
    a. Six or more illegal *Match Loads* in a single *Qualification Match*.
    b. Three or more *Qualification Matches* with at least one illegal *Match Load* (i.e., the third *Match* and all subsequent *Matches* with a *Violation*).For the purposes of this rule, only *Match Affecting Violations* should be considered during *Elimination Matches* (i.e., repeated *Minor Violations* in *Elimination Matches* do not compound to *Major Violations*).
    c. Point 2a does not explicitly apply during *Elimination Matches*, although the risk of illegal *Match Load* becoming *Match Affecting* still inherently increases as the quantity of *Match Loads* increases.
    d. Point 2b does not apply during *Elimination Matches*.



***Figure SG11-1:*** *Scoring Objects can be introduced through the top opening of the Loader.*



***Figure SG11-2:*** *Scoring Objects may also be introduced through the back of the Loader while it is raised.*

**<SG12> Some rules change during the Endgame period.**

1. *Robots* that are at least partially within the *Midfield* during the *Endgame* period must make an effort to limit vertical expansion to the approximate starting height of the *Robot*. If a *Head Referee* sees a *Robot* within the *Midfield* that is clearly expanded past its approximate starting height, that *Robot* should receive a verbal warning and must either return to approximate starting height or exit the *Midfield*.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

a. A *Robot* should receive a *Violation* if it takes no action to either return to approximate starting height or exit the *Midfield* after a brief period of time. The length of this period of time is subject to *Head Referee* judgement within the context of the *Match* and the warned *Robot's* actions (or lack thereof).

2. *Robots* that attempt to end the *Match* in the *Midfield* should expect vigorous interactions from opposing *Robots*. When a *Robot* is contacting or engaging with the *Midfield*, or is in proximity to the *Midfield*, incidental damage that is caused by opposing *Robots* pushing, tipping, or becoming *Entangled* with them would not be considered a *Violation* of <GG14>. Intentional damage or dangerous mechanisms may still be considered a *Violation* of <S1> or <G1> at the *Head Referee's* discretion.

> The intent behind the *Endgame* vertical expansion limit is to reduce the likelihood of tipped *Robots* due to expected *Endgame* interactions. Vigorous interactions involving taller *Robots* are much more likely to result in tipping compared to those involving shorter *Robots*.
>
> Enforcement of this rule should focus on vertically expanded *Robot* lifts, rather than small pop-up mechanisms that are typically set to expand at the start of the *Match*.

**Violation Notes:**

1. Most *Violations* of this rule should be considered *Minor Violations*. However, repeated *Minor Violations* can escalate to a *Major Violation* at the Head Referee's discretion, especially in cases where *Violations* occur after multiple prior warnings.
2. *Violations* involving *Pins Placed* on the *Midfield Goal* that change the outcome of the *Match* in favor of the offending *Robot's Alliance* will be considered *Match Affecting Violations*.

**<SG13> Load Zones are protected during the Driver Controlled Period of the Match.**

a. A *Robot* is protected while it is at least partially within one of its *Alliance Load Zones*. *Robots* may not directly or indirectly contact a protected opposing *Alliance Robot*.

b. *Robots* may only enter an opposing *Alliance Load Zone* momentarily (e.g., while passing through or to retrieve a *Scoring Object*); *Robots* may not remain within an opposing *Alliance Load Zone*.

c. *Robots* may not cause *Scoring Objects* to accumulate within an opposing *Alliance Load Zone*.

> The intent of this rule is to protect *Load Zones* from intentional interference by the opposing *Alliance* (i.e., obstructing the *Load Zone* in an effort to inhibit *Loader* access).
>
> This rule does not apply during the *Autonomous Period*.

**Violation Notes:**

1. Egregious *Violations* will be considered *Major Violations*.
2. Repeated *Minor Violations* can escalate to a *Major Violation* at the *Head Referee's* discretion, especially in cases where *Violations* occur after multiple prior warnings.

**This rule is applied differently for VEXU. See Rule <VUG7>.**



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# Safety Rules

**<S1> Be safe out there.** If at any time the *Robot* operation or *Team* actions are deemed unsafe or have damaged a *Field Element*, *Scoring Object*, or the *Field*, the offending *Team* may receive a *Disablement* and/or *Disqualification* at the discretion of the *Head Referee*. The *Robot* will require re-inspection as described in rule <R2> before it may take the *Field* again.

**<S2> Students must be accompanied by an Adult.** Every *Student* at a VEX Robotics Competition event must be supervised by a responsible *Adult*. The *Adult* must obey all rules and be careful to not violate *Student*-centered policies, but must be present for the full duration of the event in the case of an emergency. *Violations* of this rule may result in removal from the event and additional penalties.

**<S3> Each Student Team member must have a completed participant release form on file for the event and season.** A *Student Team* member cannot participate in an event without a completed release form on file.

**<S4> Stay inside the Field.** If a *Robot* is completely outside of the *Field* during a *Match*, it will receive a *Disablement* for the remainder of the *Match*.

> *Note: The intent of this rule is not to penalize Robots for having mechanisms that inadvertently cross the Field Perimeter during normal game play.*

**<S5> Wear safety glasses.** *Drive Team Members* must wear eye protection. All *Drive Team Members* must wear some form of eye protection while at the *Field* for *Matches*. Safety glasses or other eye wear with side shields and non-shattering lenses are recommended. While in the pit and queuing areas, it is highly recommended that all *Team* members wear eye protection.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# General Rules

**<G1> Participants must follow the Code of Conduct.** All event attendees must abide by the guidelines set forth in the Code of Conduct.

**Violation Notes:**

1. Any *Violation* of <G1> may be considered a *Major Violation* and should be addressed on a case-by-case basis. *Teams* at risk of a <G1> *Major Violation* due to multiple disrespectful or uncivil behaviors will usually receive a "final warning", although the *Head Referee* is not required to provide one.

**<G2> Participants must follow the Student Centered Policy.** All event attendees must abide by the guidelines set forth in the Student Centered Policy.

**Violation Notes:**

1. Potential *Violations* of this rule will be reviewed on a case-by-case basis. By definition, all *Violations* of this rule become *Match Affecting* as soon as a *Robot* which was built or programmed by an *Adult* scores points in a *Match*.

**<G3> Use common sense.** When reading and applying the various rules in this document, please remember that common sense always applies in the VEX V5 Robotics Competition.

Some examples include:

- If there is an obvious typographical error (such as "per <T5>" instead of "per <GG5>"), this does not mean that the error should be taken literally until corrected in a future update.
- Understand the realities of the VEX V5 Robot construction system. For example, if a *Robot* could hover above the *Field* for a whole *Match*, that would create loopholes in many of the rules. But… they can't. So… don't worry about it.
- When in doubt, if there is no rule prohibiting an action, it is generally legal. However, if you have to ask whether a given action would violate <S1>, <G1>, or <T1> then that's probably a good indication that it is outside the spirit of the competition. On the other hand, if there's not a rule that makes a *Robot* part legal, it's not allowed.
- In general, *Teams* will be given the "benefit of the doubt" in the case of accidental or edge-case rules infractions. However, there is a limit to this allowance, and repeated or strategic infractions will still be penalized.
- This rule also applies to *Robot* rules. If a component's legality cannot be easily/intuitively discerned by the *Robot* rules as written, then *Teams* should expect additional scrutiny during inspection. This especially applies to those rules which govern non-VEX components (e.g. <R18>, <R19>, <R22>, etc). There is a difference between "creativity" and "lawyering." Basically, if there's not a rule that makes a *Robot* part legal, it's not allowed.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<G4> Students must meet the Student Eligibility Policy requirements.** All *Student* participants must fall within the eligibility requirements set forth in the Student Eligibility Policy for their respective program.

**Violation Notes:**

1. *Teams* believed to be in *Violation* of this rule should be reported to the Judge Advisor, *Head Referee*, or *Event Partner* for further investigation in coordination with VEX Robotics. Based on the investigation the *Team* may be removed from further *Matches*, have their *Robot Skills Match* scores removed, and/or be removed from consideration from judged awards.
2. *Violations* of this rule will be evaluated on a case-by-case basis, in tandem with VEX Robotics as noted in <G1> and <G2>.

**<G5> There is a difference between accidentally and willfully violating a Robot rule.** Any *Violation* of *Robot* rules, accidental or intentional, will result in a *Team* being unable to play until they pass inspection (per <R2d>).

However, *Teams* who intentionally and/or knowingly circumvent or violate rules to gain an advantage over their fellow competitors are in *Violation* of the spirit and ethos of the competition.

**Violation Notes:**

1. A *Team* that circumvents a *Robot* rule for a competitive advantage should receive an immediate *Disqualification* for the current *Match*.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# General Game Rules

**<GG1> Only Drive Team Members, and only in the Alliance Station.** During a *Match*, *Robots* may be operated only by that *Team's Drive Team Members* and/or by software running on the *Robot's* control system in accordance with <R9> and <GG11>. A *Team* may send up to (3) *Drive Team Members* to their *Alliance Station* for each *Robot*, and those *Drive Team Members* must remain in their *Alliance Station* for the duration of the *Match*.

*Drive Team Members* are the only *Team* members that are allowed to be in the *Alliance Station* during a *Match*. *Adults* (other than event staff) are not permitted to be in the *Alliance Station* during a *Match*.

a. *Drive Team Members* are prohibited from any of the following actions during a *Match*:

   i. Using any sort of communication device in the *Alliance Station*. Non-headphone devices with communication features turned off (e.g., a phone in airplane mode, a walkie talkie turned off, smart glasses with communication features disabled) are allowed. Communication features can be enabled for translation apps during post-*Match* discussions.

   ii. Standing or sitting on any sort of object during a *Match*, regardless of whether the *Field* is on the floor or elevated, except as required by an officially approved accommodation request.

   iii. Bringing/using additional materials to simplify the game challenge during a *Match* (e.g., device to align or add *Scoring Objects* to a *Loader*.

   iv. To ensure that *Drive Team Members* are aware of verbal calls during a *Match* (as an application of rules <T1>, <G1>, <S1>, and <G3>), powered headphones, earbuds, passive earpieces connected to electronic devices, or other personal accessories/devices that transmit audio cannot be worn/used in the *Alliance Station* except as required by an officially approved accommodation request.

b. Individuals who are not *Drive Team Members* for a *Match* cannot provide directions, commands, or advice to the *Drive Team Members* during that *Match*. They're welcome to provide cheerful, positive encouragement, but should not affect *Match* play or strategy.

> Point iii is intended to refer to non-*Robot*-related items that directly influence gameplay, such as a speaker that plays a buzzer sound to distract your opponent. Provided no other rules are violated, and the items do not pose any safety or *Field* damage risks, the following examples are not considered *Violations* of <GG1>:
>
> - Materials used before or after a *Match*, such as a pre-*Match* alignment aid
> - Strategic aids, such as a whiteboard or clipboard
> - Earplugs, gloves, or other personal accessories

**Violation Notes:**

1. *Major Violations* of this rule are not required to be *Match Affecting*, and could invoke *Violations* of other rules, such as <G1>, <G2>, or <G4>.

**<GG2> A Team's Robot should attend every Match.** The *Team's Robot* must be in the *Alliance Station* or on the *Field* for the *Team's* assigned *Match*, even if the *Robot* is not functional. If the *Robot* is not at the *Field* for the entire duration of the *Match*, the *Team* will be considered a "no-show" and receive zero (0) *Win Points*, *Autonomous Win Points*, *Autonomous Points*, and *Strength of Schedule Points*.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

a. *Teams* are expected to participate in all scheduled *Qualification Matches*, *Alliance Selection*, and *Elimination Matches* (if they're an *Alliance Captain* or were selected to join an *Alliance* for *Elimination Matches*). Failure to attend scheduled *Matches* or *Alliance Selection* may be considered a *Violation* of <G1>. *Teams* that participate in zero *Qualification Matches* cannot be considered for judged awards.

**<GG3> Robots on the Field must be ready to play.** When a *Team* puts their *Robot* on the *Field*, it must be prepared to play (e.g., battery charged, sized within the starting size constraint, includes only the correct *Alliance*-color license plates, etc.).

a. *Robots* must be placed on the *Field* promptly. Repeated failure to do so could result in a *Violation* of <G1> and/or removal of the *Robot* from the current *Match* at the *Head Referee's* discretion.

b. If a *Robot* is delaying the scheduled start of a *Match*, it may be removed from the *Field* at the discretion of the *Head Referee* and *Event Partner*. The *Robot* may remain at the *Field* so that the *Team* does not get assessed a "no-show" (per <GG2>).

c. If a *Robot* is not placed on the *Field* prior to the start of a *Match*, it cannot be placed on the *Field* during that *Match*.

d. *Teams* who use VEX pneumatics must have their systems charged before they place the *Robot* on the *Field*.

e. If an event is using Smart Field Control and a *Robot* is unable to successfully connect to Smart Field Control prior to the scheduled start of a *Match*, the *Head Referee* may ask the *Team* to remove their *Robot* from the *Field* in accordance with clause B.

    i. A *Robot* that connects to Smart Field Control but displays a 'Legacy Field Control' error on the field monitor is NOT considered successfully connected to Smart Field Control, and may be removed from the *Field* if it is delaying the scheduled start of a *Match*.

> The definition of the word "promptly" as used in clause A is at the discretion of the *Event Partner* and *Head Referee*, who will consider event schedule, previous *Violations* or delays, etc. As a general guideline, five seconds to check *Robot* alignment would be acceptable, but five minutes to assemble multiple parts together would not.

**<GG4> Hands out of the Field.** During a *Match*, *Drive Team Members* are prohibited from making intentional contact with any *Field Element, Robot*, or *Scoring Object* that has been introduced to the *Field*, except for the contact specified in <GG4a> or while introducing *Match Loads* as described in rule <SG11>.

a. *Drive Team Members* are not permitted to reach into the 3-dimensional volume of the *Field Perimeter* at any time during the *Match*, apart from the actions described above. Rule <S1> applies.

b. Any concerns regarding *Field Element* or *Scoring Object* starting positions should be raised with the *Head Referee* prior to the *Match*. *Team* members may never adjust *Scoring Objects* or *Field Elements* themselves.

c. Transitive contact, such as contact with the *Field Perimeter* that causes the *Field Perimeter* to contact *Field Elements* or objects inside of the *Field*, could be considered a *Violation* of this rule.

d. During the *Driver Controlled Period*, *Drive Team Members* may only touch their own *Robot* if the *Robot* has not moved at all during the *Match*. Movement caused by an external force, such as another *Robot*, should not prevent a *Drive Team Member* from interacting with their *Robot* under this rule. Touching the *Robot* in this case is permitted only for the following reasons:



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

i. Turning the *Robot* on or off.

ii. Plugging in a battery.

iii. Plugging in a V5 Robot Radio.

iv. Touching the V5 Robot Brain screen, such as to start a program.

> If a *Drive Team Member's* hands extend over the *Field* and/or *Field Perimeter* in a way that is safe and doesn't contact anything in the *Field*, it's unlikely to be a *Violation*. However, *Head Referees* may still ask *Drive Team Members* to step back and remain completely outside the *Field* when necessary (e.g., for safety reasons or to reduce the chances of gameplay interference).

**<GG5> Match replays are allowed, but rare.** *Match* replays (i.e., playing a *Match* over again from its start) must be agreed upon by both the *Event Partner* and *Head Referee*, and will only be issued in the most extreme circumstances. Some example situations that may warrant a *Match* replay are as follows (note that this is not an exhaustive list):

a. *Match Affecting* "Field fault" issues.

i. One or more *Field Elements* and/or *Scoring Objects* starting in incorrect positions, and out of the allowed tolerances (see <T5>).

ii. Tape lines lifting.

iii. *Field Elements* detaching or moving beyond normal tolerances (not as a result of *Robot* interactions).

iv. The *Autonomous Period* or *Driver Controlled Period* ending early.

v. *Field* control disconnecting or *Disabling* multiple *Robots*. Note, this is sometimes confused with a *Robot* whose motors have overheated, or bent pins on a controller's competition port causing intermittent drop-outs. In general, any true *Field* fault will impact both *Alliances* simultaneously, not one *Robot* at a time.

b. *Match Affecting* game rule issues.

i. *Head Referee Disables* a *Robot* for a misinterpretation of a rule *Violation*.

ii. *Head Referee* starts the *Driver Controlled Period* of the *Match* without determining the outcome of the *Autonomous Period* winner.

c. The *Field* is reset before a score is determined.

d. A *Match* is run before its scheduled time without a *Team*.

> Note: Communication or control issues affecting a single *Robot* are not considered eligible grounds for a replay.

**<GG6> Disqualifications.** When a *Team* receives a *Disqualification* in a *Qualification Match*, they receive a score of zero (0) for the *Match*, as well as zero (0) *Win Points*, *Autonomous Win Points*, *Autonomous Points*, and *Strength of Schedule Points*.

a. If the *Team* receiving the *Disqualification* is on the winning *Alliance*, then *Teams* on the opposing *Alliance* who are not also *Disqualified* will receive the win for the *Match* and two (2) *Win Points*.

i. The *Team's* non-*Disqualified Alliance* Partner is unaffected, i.e., they will also receive the win for the


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 502 of 1005 PageID 1131

*Match* and two (2) *Win Points*.

b. If the *Match* was a tie, then each *Team* on the opposing *Alliance* (the *Alliance* that did not receive the *Disqualification*) will receive the win for the *Match* and two (2) *Win Points*. If both *Alliances* have a *Team* receiving a *Disqualification*, then all non-*Disqualified Teams* will receive a tie for the *Match* and one (1) *Win Point*.

c. *Autonomous Win Points* are not given to *Teams* that receive a *Disqualification*, and are not automatically awarded to the opposing *Alliance*.

When a *Team* is *Disqualified* in an *Elimination Match*, the entire *Alliance* is *Disqualified*; they receive a loss for the *Match*, and the opposing *Alliance* is awarded the win. If both *Alliances* receive a *Disqualification* in an *Elimination Match*, both *Alliances* receive a loss and will play another *Match* to determine a winner.

*Note: If a Team is Disqualified in a Robot Skills Match, a score of zero (0) will be recorded for that Match.*

**<GG7> Time-outs.** Each Elimination *Alliance* gets one three-minute *Time-out*, which they may request during the *Elimination Bracket*. The *Time-out* will be served at the time of the *Alliance's* next upcoming *Match*. *Alliances* must request their *Time-out* between *Elimination Matches*; they may not use their *Time-out* during a *Match*, for another *Alliance's Match*, or after they have been eliminated. There are no *Time-outs* during the *Qualification Match* schedule.

a. A *Time-out* can be ended early, but only if agreed to by both *Alliances* and the *Head Referee*.

b. An *Alliance's Time-out* request should never be denied if the *Alliance* legitimately needs extra time.

**<GG8> Keep your Robots together.** *Robots* may not intentionally detach parts during the *Match* or leave mechanisms on the *Field*.

*Note: Parts which become detached unintentionally are a Minor Violation, are no longer considered "part of a Robot," and should be ignored for the purpose of any rules which involve Robot contact or location (e.g., scoring) or Robot size.*

**Violation Notes:**

1. *Major Violations* of this rule should be rare, as *Robots* should never be designed to intentionally violate it. *Minor Violations* are usually due to *Robots* being damaged during gameplay, such as a wheel falling off.

**<GG9> Don't hook your Robot to the Field, and don't get Entangled.** *Robots* may not intentionally grasp, grapple, hook, attach to or otherwise *Entangled* with any *Field Elements*. Strategies with mechanisms that react against multiple sides of a *Field Element* in an effort to latch or hook onto said *Field Element* are prohibited. The intent of this rule is to prevent *Teams* from unintentionally damaging the *Field* and/or from anchoring to or otherwise *Entangling* themselves with the *Field*.

Whenever possible, *Head Referees* should alert *Teams* to potential *Violations* before they happen to prevent actual *Violations*. If a *Robot* takes immediate action to avoid or resolve the issue, and if the *Head Referee* determines that the issue had no effect on the *Match*, no *Violation* should be recorded.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 503 of 1005 PageID 1132

**<GG10> The red Alliance may choose to place last.** The red *Alliance* has the right to place its *Robots* on the *Field* last in *Qualification Matches* and *Elimination Matches*. Once a *Team* has placed its *Robot* on the *Field*, in order to avoid schedule delays its position should not be adjusted prior to the *Match*. <GG3> applies. If a *Team* chooses to reposition their *Robot* after it has already been placed, the opposing *Alliance* will also be given the opportunity to reposition their *Robots* promptly.

**This rule is applied differently for VEX U. See Rule <VUG2>**

**<GG11> Controllers must stay connected to the Field.** Prior to the beginning of each *Match*, *Drive Team Members* must plug their V5 Controller into the *Field's* control system. This cable must remain plugged in for the duration of the *Match*, and may not be removed until the "all-clear" has been given for *Drive Team Members* to retrieve their *Robots*. See <T8> for more information regarding *Field* control system options.

**Violation Notes:**

1. The intent of this rule is to ensure that *Robots* abide by commands sent by the tournament software. Temporarily removing the cable to assist with mid-*Match* troubleshooting, with an *Event Partner* or other event technical staff present and assisting, would not be considered a *Violation*.

**<GG12> Autonomous means "no humans."** During the *Autonomous Period*, *Drive Team Members* are not permitted to interact with the *Robots* in any way, directly or indirectly. This could include, but is not limited to:

- Activating any controls on their V5 Controllers
- Unplugging or otherwise manually interfering with the *Field* connection in any way
- Manually triggering sensors (including the Vision Sensor) in any way, even without touching them

*Note: In extreme cases, with permission from the Head Referee, Teams may Disable their Robot during the Autonomous Period by holding the power button on their V5 Controller. This exception is only intended for egregious safety- or damage-related circumstances; Disabling an autonomous routine for strategic purposes would still be considered a Violation of <GG12>.*

**Violation Notes:**

1. See <GG13>.

**<GG13> All rules still apply in the Autonomous Period.** *Teams* are responsible for the actions of their *Robots* at all times, including during the *Autonomous Period*. Any *Violations*, Major or Minor, committed during the *Autonomous Period* will result in the *Autonomous Bonus* being automatically awarded to the opposing *Alliance* and make the violating *Team's Alliance* ineligible for the *Autonomous Win Point*.

If both *Alliances* commit *Violations* during the *Autonomous Period*, then no *Autonomous Bonus* will be awarded.



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 504 of 1005 PageID 1133

**Violation Notes:**

1. In general, *Minor Violations* of SG rules that occur during the *Autonomous Period* should only affect the outcome of the *Autonomous Period* (i.e., the *Alliance* can't win the *Autonomous Bonus* or earn an *Autonomous Win Point*) and should not be considered when determining whether a *Violation* has been repeated during the event.
2. If a *Head Referee* determines that a *Violation* of an SG or GG rule during the *Autonomous Period* was intentional/strategic rather than accidental/situational, it should be recorded as a *Minor Violation* or *Major Violation* and considered when determining whether a *Violation* has been repeated during the event.

**<GG14> Don't destroy other Robots. But, be prepared to encounter defense.** Strategies aimed solely at the destruction, damage, tipping over, or *Entanglement* of opposing *Robots* are not part of the ethos of the VEX V5 Robotics Competition and are not allowed.

a. V5RC Override is intended to be an *Offensive* game. *Teams* that partake in solely *Defensive* or destructive strategies will not have the protections implied by this rule (see <GG15>). However, *Defensive* play which does not involve destructive or illegal strategies is still within the spirit of this rule.

b. V5RC Override is also intended to be an interactive game. Some incidental tipping, *Entanglement*, and damage may occur as a part of normal gameplay without *Violation*. It will be up to the *Head Referee's* discretion whether the interaction was incidental or intentional.

c. A *Team* is responsible for the actions of its *Robot* at all times, including the *Autonomous Period*. This applies both to *Teams* that are driving recklessly or potentially causing damage, and to *Teams* whose *Robots* have small and/or unstable wheel bases. A *Team* should design its *Robot* such that it is not easily tipped over or damaged by minor contact.

d. <GG14> may be applied differently in the *Midfield* during the *Endgame*. See <SG12>.

**Violation Notes:**

1. *Major Violations* of this rule are not required to be *Match Affecting*. Intentional and/or egregious tipping, *Entanglement*, or damage may be considered a *Major Violation* at the *Head Referee's* discretion.
2. Repeated *Violations* within a *Match* or *Tournament* could be considered a *Violation* of <G1> and/or <S1> at the *Head Referee's* discretion.

**<GG15> Offensive Robots get the "benefit of the doubt" when judgment calls are required.** In a case where a *Head Referee* is forced to make a judgment call regarding a destructive interaction between a *Defensive* and *Offensive Robot*, or an interaction which results in a questionable *Violation*, referees will decide in favor of the *Offensive Robot*. This also applies during the *Autonomous Period* (see <SG7a>).

This rule is intended to be a "logical tiebreaker" for use only when referees cannot make a clear and definitive ruling without it. It should not be used or applied in every situation. Most *Violations* should be resolved without considering this rule.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

*Head Referees* must apply judgment when determining whether each *Robot* in a <GG15> interaction was *Defensive* or *Offensive*, and in some cases may need to consider which *Robot* was more *Defensive* or *Offensive* than another within the larger context of the *Match*. In these cases, the *Head Referee* should decide in favor of the less *Defensive* and/or more *Offensive* *Robot* based on the definitions and guidance in this game manual.

**<GG16> You can't force an opponent into a penalty.** Actions that cause an opposing *Robot* to break a rule are not permitted, and will not result in a *Violation* for the opposing *Robot*.

**Violation Notes:**

1. In most cases, if a *Team* causes their opponent to break a rule, the *Head Referee* will simply not enforce the penalty on that opponent, and it will be considered a *Minor Violation* for the *Team* that forced a *Violation*. However, if the forced situation becomes *Match Affecting* in favor of the *Team* that forced the *Violation*, it will be considered a *Major Violation* for the *Team* that forced the *Violation*.

**<GG17> No Holding for more than a 3-count.** A *Robot* may not *Hold* an opposing *Robot* for more than a 3-count during the *Driver Controlled Period*.

For the purposes of this rule, a "count" is defined as an interval of time that is approximately one second in duration, and "counted out" by *Head Referees* verbally. A *Holding* count should begin immediately once the *Head Referee* observes a suspected *Holding* interaction.
The *Holding* count should pause when at least one of the following conditions is met:

a. The two *Robots* are separated by at least two (2) feet (approximately one foam tile).
b. Either *Robot* has moved at least two (2) feet away (approximately one tile) from the location where the Trapping or Pinning count began.
    i. In the case of Lifting, this location is measured from where the Lifted *Robot* is released, not from where the Lifting began.
c. The *Holding Robot* becomes Trapped or Pinned by a different *Robot*.
    i. In this case, the original count would end, and a new count would begin for the newly Trapped or Pinned *Robot*.
d. In the case of Trapping, if an avenue of escape becomes available due to changing circumstances in the *Match*.

After a *Holding* count ends, a *Robot* may not resume *Holding* the same *Robot* again for a 5-count. If a *Team* resumes *Holding* the same *Robot* within that 5-count, the original *Holding* count will resume from where it ended. A *Head Referee* should use fingers to display the 5-count that occurs after the end of a *Holding* count, and "wave it off" after the *Holding* interaction has been cleared.

If two *Robots* are working together to Trap an opponent simultaneously, the *Holding* count can be applied to both *Robots*; it's possible for them to legally take turns Trapping, but it's risky.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

If the *Head Referee* determines that a *Robot* is not attempting to escape, then it is not considered Pinned or Trapped. This commonly occurs when the *Robot* has malfunctioned and lost the ability to move, or when the *Robot* is defending a *Field Element*.

This criteria is not required for Lifting; the *Holding* status begins as soon as the opponent becomes Lifted.

*Holding* is a standard and legal part of Head-to-Head game play, and only becomes a *Violation* if it exceeds the guidelines in this rule. By beginning a *Holding* count immediately after noticing a *Holding* interaction, and providing a visual signal when a *Holding* interaction has been cleared, *Head Referees* can help *Teams* avoid penalties.

Starting a *Holding* count is not, in and of itself, a declaration that *Holding* is occurring. Ending a *Holding* count early and waving it off is also not, in and of itself, an indication that *Holding* has occurred. There is no harm in a *Head Referee* reacting quickly with a *Holding* count, realizing that no *Holding* is occurring, and then ending and waving off the count.

During a *Holding* count, the *Head Referee* should continually verify that the interaction meets the definition of *Holding*. If it becomes clear that the interaction doesn't meet the definition of *Holding*, the *Head Referee* should end the count early and wave off the *Holding* count. *Holding* only becomes a *Violation* if a referee exceeds a three-count before the *Robots* separate as described in rule <GG17>.

**Violation Notes:**

1. When determining whether a *Holding Violation* was *Match Affecting*, they should consider the full context of the *Match* and both *Robots'* actions, including the following. Because the first three seconds of a *Hold* are legal game play and not a *Violation*, only the extended portion of a *Hold* should be considered. *Holding* is an inherently *Defensive* action, so rule <GG15> may also be considered if a judgment call is required.
   - How much extra time was included in the *Holding* interaction
   - How long the *Robots* were separated if the *Holding Robot* backs away and returns too early
   - What both *Robots* were doing within the larger context of the *Match*

**<GG18> Use Scoring Objects to play the game.** *Scoring Objects* may not be used to accomplish actions that would be otherwise illegal if they were attempted by *Robot* mechanisms. If a rule is Violated through the use of a *Scoring Objects* instead of a *Robot* mechanism, it should be evaluated as though the rule in question had been Violated by a *Robot* mechanism. Examples include, but are not limited to:

- Interfering with an opponent's Autonomous routine per <SG7>
- Using a *Scoring Objects* to intentionally tip or *Entangle* an opponent *Robot*

The intent of this rule is to prohibit *Teams* from using *Scoring Objects* as "gloves" to loophole any rule that states "a *Robot* may not [do some action]." This rule is not intended to be taken in its most extreme literal interpretation, where any interaction between a *Scoring Object* and a *Robot* needs to be scrutinized with the same intensity as if it were a *Robot*.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.



VEX V5 ROBOTICS COMPETITION
OVERRIDE

# Section 3
# Robot Skills



# Section 3 - Robot Skills

## Overview

In *Robot Skills Matches*, *Teams* have one minute to score as many points as possible. There are two types of *Robot Skills Matches*: *Driving Skills Matches*, which are entirely Driver controlled, and *Autonomous Coding Skills Matches*, which are autonomous with limited human interaction. *Teams* are ranked based on their combined score in the two types of *Robot Skills Matches*.

*Robot Skills Matches* are optional for all *Teams*. *Teams* who do not compete in *Robot Skills Matches* will not be penalized in *Teamwork Matches*. However, participation in *Robot Skills Matches* may impact eligibility for judged awards at the event.

At events that include *Teamwork Matches*, *Teams* may only participate in *Robot Skills Matches* if they also participate in the *Qualification Matches*. See rule <T20>.

# Robot Skills Challenge Rules

**<RSC1> Standard rules apply in most cases.** All rules from previous sections apply to *Robot Skills Matches*, unless otherwise specified in this section.

a. Removing *Scoring Objects* from the *Field* in a *Robot Skills Match* is not a *Violation*. *Scoring Objects* that leave the *Field* cannot be returned.

b. In the Robot Skills Challenge, the standard definition of *Match Affecting* does not apply, because there is no winner or loser. When evaluating whether a rule *Violation* should be classified as a *Major Violation* or *Minor Violation* in the context of this criteria, the term "score affecting" can be substituted for "*Match Affecting*." A *Violation* is considered "score affecting" if it results in a net increase of that *Team's* score at the end of the *Match*.

c. *Violations* of <GG>, <SG>, and <RSC> rules that occur during a *Robot Skills Match* should only affect the outcome of that *Match* and should not be considered when determining whether a *Violation* has been repeated during the event.

**<RSC2> Match play is different in Robot Skills Matches.**

a. The *Robot* must start the *Robot Skills Match* in a legal starting position in the *Quadrant* adjacent to the red *Alliance Station*.

b. All *Drive Team Members* must remain in the red *Alliance Station* for the duration of the *Match*.

c. One red/yellow *Pin* must be used as a *Preload* in accordance with <SG5>.

d. *Teams* may introduce *Match Load Scoring Objects* at any time during a *Robot Skills Match*, but only through red *Alliance Loaders*.

e. *Robots* can add or remove *Pins* or *Cups* on all *Goals*.

f. *Robots* may move freely about the *Field* after the start of the *Match*.

**This rule is applied differently for VEX U. See Rule <VURS3>.**

**<RSC3> Scoring Robot Skills Matches.** For each *Robot Skills Match*, *Teams* are awarded a score based on the following rules and scoring table:


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

a. *Teams* can earn points for *Pins* of any color.

i. Red *Pins* can only be *Scored* if they are *Placed* in a red *Quadrant* or in the *Midfield*.

ii. Blue *Pins* can only be *Scored* if they are *Placed* in a blue *Quadrant* or in the *Midfield*.

iii. Yellow *Pins* can only be *Scored* if they are *Owned*.

1. *Toggles* only confer *Ownership* of *Pins* when the *Toggle* matches the color of its *Quadrant* (i.e., yellow *Pins Placed* in a red *Quadrant* with a *Toggle* that is set to blue are not *Owned* and will not earn any points.

2. Yellow *Pins Placed* in the *Midfield* are *Owned* if a *Robot* ends the *Match* in the *Midfield*. (See <SC6>).

iv. A *Pin* in contact with a *Robot* at the end of the *Match* does not score points.

b. The *Team* will earn points for a *Robot* ending in the *Midfield*. (See <SC6>.)

| | |
|---|---|
| Each *Scored* red or blue *Pin* | 5 points |
| Each *Scored* yellow *Pin* | 10 points |
| Each *Robot* ending in the *Midfield* | 8 points |

**<RSC4> Field setup for Skills Matches.** The *Field* is set up differently than a *Head-to-Head Match*, with the following modifications:

a. In *Autonomous Coding Skills Matches*, the VEX GPS code strip must be installed on the *Field*.

b. Revised *Match Loads*. Three (3) red/yellow *Pins*, four (4) blue/yellow *Pins*, and seven (7) *Cups* begin off the *Field* as *Match Loads.*

c. All *Goals* start the *Match* empty with no *Placed Pins*.

**This rule is applied differently for VEX U. See Rule <VURS1>.**



***Figure RSC4-1:*** *An overhead view of a V5RC Override Robot Skills Match.*

**<RSC5> Skills Stop Time.** If a *Team* wishes to end their *Robot Skills Match* early, they may elect to record a *Skills Stop Time*. This is used as a tiebreaker for Robot Skills Challenge rankings. A *Skills Stop Time* does not affect a *Team's* score for a given *Robot Skills Match*. *Drive Team Members* and field staff must agree prior to the *Match* on the signal that will be used to end the *Match* early.

a. *Teams* who intend to attempt a *Skills Stop Time* must "opt-in" by verbally confirming with the *Scorekeeper Referee* prior to the *Robot Skills Match*. If no notification is given prior to the start of the *Match*, then the *Team* forfeits their option to record a *Skills Stop Time* for that *Match* and they will receive a default *Skills Stop Time* of 0.

   i. This conversation should include informing the *Scorekeeper Referee* which *Drive Team Member* will signal the stop. The *Match* may only be ended early by a *Drive Team Member* for that *Match*.

   ii. If a *Team* runs multiple *Robot Skills Matches* in a row, they must reconfirm their *Skills Stop Time* choice with the *Scorekeeper Referee* prior to each *Match*.

   iii. Any questions regarding a *Skills Stop Time* should be reviewed and settled immediately following the Match. <T1> and <T3> apply to *Robot Skills Matches*.

b. If the event is utilizing a V5 Robot Brain or the TM Mobile app for Robot Skills Challenge field control, a *Drive Team Member* may elect to start and stop their own *Robot Skills Matches*.

   i. This V5 Robot Brain or other device running the TM Mobile app will be used to start the *Robot Skills Matches* (i.e., "enable" the *Robot*), end the *Robot Skills Match* (i.e., "*Disable*" the *Robot*), and display the official *Skills Stop Time* to be recorded.

   ii. This V5 Robot Brain must be running the official field control user program.

   iii. For more information regarding the use of a V5 Robot Brain for Robot Skills Challenge field control, and to download the official field control user program, visit this VEX Knowledge Base article.

   iv. For more information regarding the use of TM Mobile for field control, see the Tournament Manager documentation.

c. At events which do not have a V5 Robot Brain or the TM Mobile App available for Robot Skills Challenge field control, *Drive Team Members* and field staff must agree prior to the *Match* on the signal that will be used to end the *Match* early. A manual timer must be used in conjunction with a VEXnet Competition Switch.

   i. The moment when the *Match* ends early is defined as the moment when the *Robot* is "*Disabled*" by the field control system. The time shown on the timer should be rounded up to the nearest second. For example, if the *Robot* is *Disabled* and the timer shows 25.2 seconds, then the *Skills Stop Time* should be recorded as 26.

   ii. The agreed-upon signal must be both verbal and visual, such as *Drive Team Members* crossing their arms in an "X" or placing their V5 Controller(s) on the ground.

   iii. The signal must be given by a *Drive Team Member* who is standing in the *Alliance Station*.

   iv. It is recommended that *Drive Team Members* also provide verbal notice that they are approaching their *Skills Stop Time*, such as by counting out "3-2-1-stop."

d. It is at the *Event Partner's* discretion which method will be used to record *Skills Stop Times* at a given event. The chosen method must be communicated prior to the start of *Matches* (such as during an event meeting), and made equally available to all *Teams*.

   i. If an event intends to use a manual timekeeping method, a *Team* cannot bring their own V5 Robot Brain just for use during their own *Robot Skills Match*.

   ii. If an event intends to utilize a V5 Robot Brain, all *Teams* must use the same V5 Robot Brain for all *Robot Skills Matches* on a given *Field*.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

iii. If an event is using multiple *Fields* for *Robot Skills Matches*, the same method must be used at all *Fields*, as described in rule <T21>. Multiple V5 Robot Brains may be used as needed (e.g., a "Field 1 Brain" and a "Field 2 Brain").

iv. The default timed "Drive" program accessed from a V5 Controller is intended for practice only, and cannot be used for an official *Robot Skills Match*.

e. If a *Team* chooses to utilize/record a *Skills Stop Time*, the 5-second grace period described in rule <SC1> does not apply.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.



VEX V5 ROBOTICS COMPETITION
OVERRIDE

# Section 4
# The Robot



Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 513 of 1005 PageID 1142

# Section 4 - The Robot

## Overview

All *Robots* must pass inspection before competing in the VEX V5 Robotics Competition to ensure compliance with all *Robot* rules. Inspections typically occur during *Team* check-in or practice time. *Teams* should use the rules below to pre-inspect their *Robot* and confirm it meets all requirements.

Most rules are hard limits (e.g., motor quantity), while others are subject to inspector discretion (e.g., safety concerns). At many events, the lead inspector and *Head Referee* are the same person; if not, inspectors should consult the *Head Referee* for judgment calls. Per <R2d> and <R2e>, the *Head Referee* has final authority on all *Robot* rules and whether a *Robot* may compete.

# Robot Rules

**<R1> One Robot per Team.** Each *Team* can only bring one *Robot* to a given event in the VEX V5 Robotics Competition. Though it is expected that *Teams* will make changes to their *Robot* at the competition, a *Team* is limited to only one *Robot* at a given event, and a given *Robot* may only be used by one *Team*. A VEX *Robot*, for the purposes of the VEX V5 Robotics Competition, has the following subsystems:

- Subsystem 1: Mobile robotic base including wheels, tracks, legs, or any other mechanism that allows the *Robot* to navigate the majority of the flat playing *Field* surface. For a stationary *Robot*, the robotic base without wheels would be considered Subsystem 1.
- Subsystem 2: Power and control system that includes a legal VEX battery, a legal VEX control system, and associated motors for the mobile robotic base.
- Subsystem 3: Additional mechanisms (and associated motors) that allow manipulation of *Scoring Objects* and interactions with *Field Elements* and other *Robots*.

Given the above definitions, a minimum *Robot* for use in any VEX V5 Robotics Competition event (including *Robot Skills Matches*) must consist of subsystems 1 and 2 above. Thus, if you swap out an entire subsystem 1 or 2, you have created a second *Robot* and are in *Violation* this rule.

a. *Teams* may not compete with one *Robot* while a second is being modified or assembled at a competition.

b. *Teams* may not have an assembled second *Robot* on hand at a competition that is used to repair or swap parts with the first *Robot*.

c. *Teams* may not switch back and forth between multiple *Robots* during a competition. This includes using different *Robots* for *Robot Skills Matches*, *Qualification Matches*, and/or *Elimination Matches*.

d. Multiple *Teams* may not use the same *Robot*. Once a *Robot* has competed under a given *Team* number at an event, it is “their” *Robot*; no other *Team* may EVER compete with it.

> The intent of <R1a>, <R1b>, and <R1c> is to ensure an unambiguous level playing field for all *Teams*. *Teams* are welcome (and encouraged) to improve or modify their *Robots* between events, or to collaborate with other *Teams* to develop the best possible game solution.
>
> However, a *Team* who brings and/or competes with two separate *Robots* at the same *Tournament* has diminished the efforts of a *Team* who spent extra design time making sure that their one *Robot* can accomplish all of the game’s tasks. A multi-*Team* organization that shares a single *Robot* has diminished the efforts of a multi-*Team* organization who puts in the time,


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

effort, and resources to undergo separate individual design processes and develop their own *Robots*.

To help determine if a *Robot* is a "separate *Robot*" or not, use the subsystem definitions found in <R1>. Above that, use common sense as referenced in <G3>. If you can place two *Robots* on a table next to each other, and they look like two separate legal/complete *Robots* (i.e., each has the 3 subsystems defined by <R1>), then they are two *Robots*. Trying to decide if changing a screw, a wheel, or a microcontroller constitutes a separate *Robot* is missing the intent and spirit of this rule. Rules <G4> and <R2> still apply to both *Robots*.

**This rule is applied differently for VEX U. See Rule <VUR1>.**

**<R2> Robots must pass inspection.** Every *Robot* will be required to pass a full inspection before being cleared to compete. This inspection will ensure that all *Robot* rules and regulations are met. Noncompliance with any *Robot* design or construction rule will result in removal from *Matches* or *Disqualification* of the *Robot* at an event until the *Robot* is brought back into compliance, as described in the following subclauses.

a. Significant changes to a *Robot*, such as a partial or full swap of Subsystem 3, must be re-inspected before the *Robot* may compete again.

b. All possible functional *Robot* configurations must be inspected before being used in competition. This especially pertains to modular or swappable mechanisms (per <R1>) and *Match* starting configurations/ sizes (per <R3>).

c. *Teams* may be requested to submit to spot inspections by *Head Referees*. Refusal to submit will result in *Disqualification*.

    i. If a *Robot* is determined to be in *Violation* of a *Robot* rule before a *Match* begins, the *Robot* will be removed from the *Field*. The *Robot* may remain at the *Field* so that the *Team* does not get assessed a "no-show" (per <GG2>).

d. *Robots* which have not passed inspection (i.e., that are in *Violation* of one or more *Robot* rules) will not be permitted to play in any *Matches* until they have passed inspection. <GG2> will apply to any *Matches* that occur until the *Robot* has passed inspection.

e. If a *Robot* has passed inspection, but is later confirmed to be in *Violation* of a *Robot* rule during or immediately following a *Match* by a *Head Referee*, they will be *Disqualified* from that *Match*. This is the only *Match* that will be affected; any prior *Matches* that have already been completed will not be revisited. <R3d> will apply until the *Violation* is remedied and the *Team* is re-inspected.

f. All robot rules are to be enforced within the discretion of the *Head Referee* within a given event. *Robot* legality at one event does not automatically imply legality at future events. *Robots* which rely on "edge-case" interpretations of subjective rules, such as whether a decoration is "non-functional" or not, should expect additional scrutiny during inspection.

g. Events may wish to use "inspection markers" (e.g., zip tie or sticker) to identify *Robots* that have passed inspection at that event. Inspection markers are functional components and are subject to all *Robot* rules, including legal materials and *Robot* size/expansion limits.

Event staff and volunteers are allowed to contact and/or photograph *Robots* during inspection and/or at other times as needed.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<R3> Robots must fit within an 18" x 18" x 18" volume.**

a. Compliance with this rule may be checked using the official VEX Robotics On-Field *Robot* Expansion Sizing Tool.

b. *Event Partners* may construct and/or provide any sizing tool that measures the correct dimensions.

c. Any restraints used to maintain starting size (i.e., zip ties, rubber bands, etc.) must remain attached to the *Robot* for the duration of the *Match*, per <GG8>.

d. For the purposes of this rule, it can be assumed that *Robots* will be inspected and begin each *Match* on a flat standard foam field tile.

> The official sizing tool is intentionally manufactured with a slightly oversized tolerance. Therefore, any contact with the sizing tool (i.e., a "paper test") while being measured should be considered a clear indication that a *Robot* is outside of the permitted size. This tolerance also provides a slight "leeway" for minor protrusions, such as screw heads or zip ties.

**This rule is applied differently for VEX U. See Rule <VUR1>.**

**<R4> Officially registered Team numbers must be displayed on Robot license plates.** To participate in an official VEX V5 Robotics Competition event, a *Team* must first register on events.vex.com and receive a V5RC *Team* number. This *Team* number must be displayed on the *Robot* using license plates. *Teams* may choose to use the official V5RC License Plate Kit, or may create their own using legal materials.

a. License plates must be placed in fixed locations on exactly two (2) horizontally opposing sides of the *Robot* and must remain visible, legible, and attached for the entirety of the *Match*. The top of a *Robot* is not considered a "side" for these two license plates.

   i. License plates should be mounted in locations that remain stationary on the *Robot* during a *Match* (e.g., not on a rotating intake or flipping manipulator). The function of license plates is to identify *Robots* for referees, spectators, and other *Teams*. Identification is harder when a license plate on a *Robot* moves during a *Match*.

b. License plates must be securely attached to the *Robot* using materials that are legal for *Robot* construction. VEX IQ pins are not legal for mounting license plates on *Robots*.

c. *Robots* may only include license plates that match their *Alliance* color for the current *Match* (i.e., red *Alliance Robots* must have only red plates installed for the *Match*).

d. License plates are considered functional components, and must meet the requirements of all *Robot* rules.

e. Additional license plates cannot be used on the *Robot* for any purpose.

f. *Team* numbers must be in white font, and clearly legible. Number/letter stickers are legal for use on license plates instead of or in addition to those in the V5RC License Plate Kit.

g. Custom license plates used to meet the requirements of <R4a> and <R4f> must be within the following size limits:

   i. Height: between 2.0 (50.8mm) and 2.5 inches (63.5mm)

   ii. Width: between 4.0 (101.6mm) and 4.5 inches (114.3mm)

   iii. Thickness: up to 0.25" (6.35mm)


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Imagine the *Robot* as a cube that's sitting flat on a flat surface. License plates should be placed onto two (2) opposing faces of that cube (excluding the top and bottom).

When a license plate is mounted to the *Robot*, only human influence should be able to remove the plate. The mounting should be secure enough to withstand any and all interactions between the *Robot* and other things on the *Field*. Using rubber bands or other flexible mounting methods to mount license plates should not be considered secure, and should not pass inspection. Using screws and nuts/standoffs to mount plates is the best way to meet the requirements for securely mounted license plates.

The intent of this rule is to make it immediately apparent to *Head Referees* and other event personnel which *Alliance* and which *Team* each *Robot* belongs to, at all times. It will be at the full discretion of the *Head Referee* and inspector at a given event to determine whether a given license plate satisfies the criteria listed in <R4>.

*Teams* who use custom plates should be especially prepared for the possibility of this judgment, and ensure that they are prepared to replace any custom parts with official VEX license plates if requested. Not bringing official replacement plates to an event will not be an acceptable reason for overlooking a *Violation* of one or more points in <R4>. *Teams* are encouraged to use an easily-read, sans-serif font (e.g., Arial).

If a *Robot* must be removed from the *Field* based on this rule, <R2ci> applies and the *Team* should not be issued a "no-show."




***Figure R4-1:*** *An example of a license plate made from the V5RC License Plate Kit.*




***Figure R4-2:*** *An example of a legal custom license plate*

**<R5> Let go of Scoring Objects after the Match.** *Robots* must be designed to permit easy removal of *Scoring Objects* from any mechanism without requiring the *Robot* to have power after a *Match*.

**<R6> Robots have one Brain.** *Robots* must ONLY use one (1) VEX V5 Robot Brain (276-4810). Any other microcontrollers or processing devices are not allowed, even as non-functional decorations.

a. This includes microcontrollers that are part of other VEX product lines, such as VEX Cortex, VEX EXP, VEXpro, VEX CTE, VEX RCR, VEX IQ, VEX GO, VEX AIR, or VEX Robotics by HEXBUG. This also includes devices that are unrelated to VEX, such as Raspberry Pi or Arduino devices.

b. V5 Robot Brain accessories (short flanges, long flanges, and the magnetic screen protector) are part of the V5 Robot Brain and are only legal for use on *Robots* as part of the V5 Robot Brain.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

c. At events using a V5 Smart Field Control System, the "Team Number" field in the Robot Brain must be set as the *Team's* registered number and letter (with no spaces).

**This rule is applied differently for VEX U. See Rules <VUR10> and <VUR12>.**

**<R7> Keep the power button or battery connection accessible.** The on/off button on the V5 Robot Brain and/or the Battery Cable connection on either the V5 Robot Brain or V5 Robot Battery must be accessible without moving or lifting the *Robot*. The V5 Brain screen should be easily visible during *Robot* inspection. Keeping the V5 Brain screen visible throughout a *Match* is recommended but not required.

> This rule is in place to ensure the safety of both competitors and field staff. In the event that a *Robot* needs to be quickly powered off—whether due to a malfunction, *Entanglement*, or other safety concern—it is crucial that the power button and/or Robot Battery remains easily accessible. This allows competitors and/or field personnel to safely *Disable* the *Robot* without putting their hands near moving parts or other hazards inside the *Robot*.
>
> Additionally, keeping screens and indicator lights visible helps officials diagnose issues efficiently, minimizing downtime and ensuring a smooth competition experience. If the V5 Brain is accessible, *Field* volunteers can help *Teams* troubleshoot time-sensitive issues prior to a *Match*, including switching between Bluetooth and VEXnet radio modes as needed, selecting programs on the V5 Brain in instances that prevent selection via the V5 Controller, etc. *Teams* will also have easier access during any needed <GG4a> interactions.

**<R8> Firmware.** *Teams* must use VEXos version 1.1.5 or newer, found at https://link.vex.com/firmware. Custom firmware modifications are not permitted.

a. The minimum version requirement is subject to change over the course of the season.

b. When the minimum version is updated, *Teams* have a one week (7 calendar day) grace period from the time the minimum version is changed to update their firmware to the latest minimum version.

c. VEX reserves the right to deem any firmware update critical, and remove the allowable grace period.

d. Beta firmware, which includes any firmware version that ends with the letter 'b', is not legal for use in competition.

**<R9> Use a "Competition Template" for programming.** The *Robot* must be programmed to follow control directions provided by the VEXnet Field Controllers or Smart Field Control system.
During the *Autonomous Period*, *Drive Team Members* will not be allowed to use their V5 Controllers. As such, *Teams* are responsible for programming their *Robot* with custom software if they want to perform in the *Autonomous Period*.

This may be tested in inspection, where *Robots* may be required to pass a functional "enable/disable" test. For more information on this, *Teams* should consult the help guides produced by the developers of their chosen programming software.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<R10> Motors are limited.** *Robots* may use any combination of V5 Smart Motors, 11W (276-4840) and/or 5.5W (276-4842), within the following criteria:

a. The combined power of all motors (11W & 5.5W) must not exceed 88W. This limit applies to all motors on the *Robot*, even those which are not plugged in.

b. V5 Smart Motors connected to Smart Ports are the only motors that may be used with a V5 Robot Brain. The 3-wire ports may not be used to control motors of any kind.

| Example | A | B | C | D | E |
|---|---|---|---|---|---|
| Qty of 11W motors | 8 | 7 | 6 | 5 | 0 |
| Qty of 5.5W motors | 0 | 2 | 4 | 6 | 16 |

**This rule is applied differently for VEX U. See Rule <VUR11>.**

**<R11> Motors are limited for Subsystem 2 (see <R1>).** *Robots* may use any combination of V5 Smart Motors, 11W (276-4840) and/or 5.5W (276-4842), in Subsystem 2 within the following criteria:

a. The combined power of all motors in Subsystem 2 must not exceed 55W.

b. Motors used in Subsystem 2 cannot provide power to any mechanism that is not a part of Subsystem 1.

   i. Motors in Subsystem 2 cannot be toggled, engaged, or configured such that they are capable of providing power to any part of the *Robot* that is not a part of Subsystem 1.

c. *Teams* may be required to demonstrate what each motor is capable of powering on their *Robot* during inspection in order to satisfy this requirement.

**This rule does not apply to VEX U. See <VUR11>.**

**<R12> Electrical power comes from VEX batteries only.** *Robots* may use one (1) V5 Robot Battery (276-4811) to power the V5 Robot Brain.

a. No other sources of electrical power are permitted, unless used as part of a non-functional decoration per <R23e>.

b. There are no legal power expanders for the V5 Robot Battery.

c. V5 Robot Batteries may only be charged by a V5 Robot Battery Charger (276-4812 or 276-4841).

d. V5 Controllers (276-4820) may only be powered by their internal rechargeable battery.

   i. *Teams* are permitted to have an external power source (such as a rechargeable battery pack) plugged into their V5 Controller during a *Match*, provided that this power source is connected safely and does not violate any other rules, such as <R28>.

   ii. Some events may choose to provide *Field* power for V5 Controllers. If this is provided for all *Teams* at the event, then this is a legal power source for the V5 Controllers.

**This rule is applied differently for VEX U. See Rule <VUR12>.**


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<R13> Robots use VEXnet.** *Robots* must ONLY utilize VEXnet for all wireless *Robot* communication.

a. Electronics from the Cortex, VEX EXP, VEX CTE. VEXpro, VEX RCR, VEXplorer, VEX IQ, VEX GO, or VEX Robotics by HEXBUG product line are prohibited unless otherwise noted in <R16>.

b. *Teams* are permitted to use the Bluetooth® capabilities of the V5 Robot Brain and/or V5 Controller in *Team* pits, practice *Fields*, and *Robot Skills Matches*. However, VEXnet must be used for wireless communication during *Head-to-Head Matches*.

c. *Teams* are permitted to use the Wi-Fi capabilities of the Vision Sensor in *Team* pits or outside of *Matches*. However, the Vision Sensor must have its wireless transmitting functionality disabled during *Matches*.

**This rule is applied differently for VEX U. See Rules <VUR2>, <VUR10> and <VUR12>.**

**<R14> Give the radio some space.** The V5 Radio should be mounted such that no metal surrounds the radio symbol on the V5 Radio. While failure to do so will affect *Robot* performance, it will not prevent the *Robot* from passing inspection.

It is fine to loosely encapsulate the V5 Radio within *Robot* structure. The intent of this rule is to minimize radio connection issues by minimizing obstructions between VEXnet devices. Burying a radio deep within a *Robot* may result in *Robot* communication issues. It is also recommended that the LEDs on the radio be visible to aid in troubleshooting.

**<R15> One or two Controllers per Robot.** No more than two (2) VEX V5 Controllers may control a single *Robot*.

a. No physical or electrical modification of these Controllers is allowed under any circumstances.

   i. Attachments which assist the *Drive Team Member* in holding or manipulating buttons/joysticks on the V5 Controller are permitted, provided that they do not involve direct physical or electrical modification of the Controller itself.

b. No other methods of controlling the *Robot* (light, sound, etc.) are permissible.

   i. Using sensor feedback to augment driver control (such as motor encoders or the Vision Sensor) is permitted.

**<R16> Robots are built from the VEX V5 system.** *Robots* may be built ONLY using official VEX V5 components, unless otherwise specifically noted within these rules.

a. All legal parts for the V5 system are listed in the V5 Competition Legal Parts List.

b. Any questions or concerns about legal parts should be directed to the official Q&A System on events.vex.com.

**This rule is applied differently for VEX U. See Rule <VUR2>.**

**<R17> New VEX parts are legal.** Additional VEX components released during the competition season on www.vexrobotics.com are considered legal for use unless otherwise noted.

Some "new" components may have certain restrictions placed on them upon their release. These restrictions will be documented in the official Q&A, in a Game Manual update, or in the VEX V5 Legal Parts List.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<R18> Prohibited Items.** The following types of mechanisms and components are NOT allowed.

a. Those that could potentially damage *Field Elements* or *Scoring Objects*.

b. Those that could potentially damage other competing *Robots*.

c. Those that pose an unnecessary risk of *Entanglement* with other *Robots* or *Field Elements*.

d. Those that could pose a potential safety hazard to *Drive Team Members*, event staff, or other humans.

e. Products from the VEXpro, VEX EXP, VEX IQ, VEX GO, VEX 123, VEX CTE, VEX AIM, VEX AIR, VEX Robotics by HEXBUG*, or any other VEX product lines, unless specifically allowed by a clause of <R16> or listed in the VEX V5 Legal Parts List (See <R16>).

f. Components obtained from the V5 beta program. All V5 beta hardware can be identified by its lighter gray pre-production color. Robot Brains, Robot Batteries, Controllers, and Vision Sensors from the V5 beta have a "BETA TEST" stamp on them. Smart Motors and Radios do not have this stamp, but can still be identified by color.

g. Standalone VEX Smart Field Controller Brains (SKU 276-7577).

h. VEX apparel, competition support materials, packaging, or other non-*Robot* products.

i. *Field Elements* or components of *Field Elements* that are not otherwise explicitly legal materials (e.g., screws, standoffs, nuts, or non-shattering plastic within the limitations of <R24>).

j. 3D printed *Robot* parts for any purpose, including non-functional decorations and license plates.

k. Speakers and other audio devices that create sound.

3D printed Controller attachments, 3D printed *Robot* alignment tools, and/or other custom 3D printed tools that do not go onto the *Robot* or into the *Field* during a *Match* are not considered *Robot* parts, and may be legal for use if they meet the requirements of other pertinent rules.

**This rule is applied differently for VEX U. See Rules <VUR2>, <VUR5>, <VUR6>, & <VUR13>.**

*** The HEXBUG brand is a registered trademark belonging to Spin Master Corp**

**<R19> Certain non-VEX components are allowed.** *Robots* are allowed the following additional components from sources other than VEX Robotics:

a. Any non-aerosol-based grease or lubricating compound, when used in extreme moderation on surfaces and locations that do NOT contact the playing *Field* walls, foam *Field* tiles, *Scoring Objects*, or other *Robots*. Grease or lubricant applied directly to V5 Smart Motors or Smart Motor cartridges is prohibited.

b. Anti-static compound, when used in extreme moderation (i.e., such that it does not leave residue on *Field Elements*, *Scoring Objects*, or other *Robots*).

c. Hot glue when used to secure cable connections.

d. An unlimited amount of non-elastic rope/string, no thicker than 1/4" (6.35mm).

e. Commercially available items used solely for bundling or wrapping of 2-wire, 3-wire, 4-wire, or V5 Smart Cables, and/or pneumatic tubing are allowed. These items must solely be used for the purposes of cable/tubing protection, organization, or management. This includes but is not limited to electrical tape, cable carrier, cable track, etc. It is up to inspectors to determine whether a component is serving a function beyond protecting and managing cables and tubing.

f. Rubber bands no larger than 7.5" long and 0.25" wide.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

g. Anti-slip drawer liner with similar nominal dimensions to VEX Anti-Slip Mat (275-0120 or 275-0121). The pattern of the matting should be similar to VEX Anti-Slip Mat, and there should be no additional performance gained by using non-VEX anti-slip drawer liner (i.e., no additional elasticity, adhesive backing, etc.). No piece of anti-slip drawer liner can be larger than 12” x 15” and all anti-slip drawer liner must be black in color.

h. Plastic zip ties no larger than 12” long and 0.25” wide.

i. A Micro SD card installed in the V5 Robot Brain.

j. Aerosol-based cooling/freeze spray may be used to assist in cooling motors. *Teams* using freeze spray or similar products in ways that may reasonably be deemed unsafe could be subject to <S1> *Violations*.

k. Cleaners, disinfectants, and/or sanitizers may be used to assist in cleaning *Robots*, parts, components, etc.

l. See rules <R21> through <R25> for additional legal non-VEX components.

**This rule is applied differently for VEX U. See Rules <VUR3>, <VUR4>, <VUR7>, <VUR8>, <VUR9>, <VUR12>, <VUR14> & <VUR15>.**

**<R20> Custom V5 Smart Cables are allowed.** *Teams* who create custom cables acknowledge that incorrect wiring may have undesired results.

a. Official V5 Smart Cable Stock must be used.

b. Use of non-VEX 4P4C connectors and 4P4C crimping tools is permissible.

c. V5 Smart Cables may only be used for connecting legal electronic devices to the V5 Robot Brain.

**<R21> A limited amount of tape is allowed.** *Robots* may use a small amount of tape for the following purposes:

a. To secure any connection between the ends of two (2) VEX cables.

b. To label wires, motors, Robot Brains, and/or controllers.

c. To prevent leaks on the threaded portions of pneumatic fittings. This is the only acceptable use of Teflon tape.

d. In any other application that would be considered a “decoration” per <R23>.

e. As an aglet at the end of rope/string to prevent fraying.

**<R22> Certain non-VEX fasteners are allowed.** *Robots* may use the following commercially available hardware:

a. #4, #6, #8, M3, M3.5, or M4 screws up to 2.5” (63.5 mm) long, and M2.5 x 8mm screws.

b. Shoulder screws with a shoulder length no longer than 0.20” and a diameter no larger than 0.176”.

c. Any commercially available nut, washer, threaded standoff up to 6” (152.4mm) long, and/or non-threaded spacer up to 2.5” (63.5mm) long which fits these screws.

The intent of the rule is to allow *Teams* to purchase their own commodity hardware without introducing additional functionality not found in standard VEX equipment. It is up to inspectors to determine whether the non-VEX hardware has introduced additional functionality or not.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

For the purposes of this rule, weight savings is not considered additional functionality.

If a key component of a *Robot's* design relies upon convincing an inspector that a specialized component is "technically a screw," it is probably outside of the spirit and intent of this rule.

All specific dimensions listed in this rule are intended to be 'nominal' references to hardware sizes found within the VEX V5 product line and/or their metric equivalents.

**This rule is applied differently for VEX U. See Rule <VUR9>.**

**<R23> Visual decorations are allowed.** *Teams* may add non-functional decorations, provided that they do not affect *Robot* performance in any significant way or affect the outcome of the *Match*. These decorations must be in the spirit of the competition. Inspectors and *Head Referees* will have final say in what is considered "non-functional." Unless otherwise specified below, non-functional decorations are governed by all standard *Robot* rules.

To be considered "non-functional," decorations must be backed by legal materials that provide the same functionality. For example, if a *Robot* has a giant decal that prevents *Scoring Objects* from falling out of the *Robot*, the decal must be backed by VEX material that would also prevent the *Scoring Objects* from falling out. A simple way to check this is to determine if removing the decoration would impact the performance of the *Robot* in any way.

a. Anodizing, painting, dyeing, or otherwise changing the color of any legal VEX part is considered a legal nonfunctional decoration.

   *Note: For official events held in mainland China, anodizing, painting, dyeing, or otherwise changing the color of any legal VEX part is prohibited.*

b. Small cameras are permitted as non-functional decorations, provided that any transmitting functions or wireless communications are disabled. Unusually large cameras used as ballast are not permitted.

c. VEX electronics may not be used as non-functional decorations.

d. Decorations that visually mimic *Field Elements* or *Scoring Objects* are not permitted. The inspector and *Head Referee* will make the final decision on whether a given decoration or mechanism violates this rule.

   i. Decorations cannot be designed to intentionally interfere with opponent Vision or Color Sensors. *Teams* will be asked to remove these decorations if the inspector or *Head Referee* determines that it interferes with opponent systems.

e. Decorations which provide feedback to a *Robot* (e.g., by influencing legal sensors) would be considered "functional," and are not permitted.

f. Decorations that cover or obscure identifying features of electronics and/or pneumatics parts are not legal.

   i. *Teams* will be asked to either replace the electronics and/or pneumatics part entirely, or remove the decoration if possible.

   ii. Identifying features include, but are not limited to, VEX logos, part numbers, and other distinctive colors or features of the part that allow an inspector to easily confirm it is a legal part.

**<R24> A limited amount of custom plastic is allowed.** *Robots* may use custom-made pieces cut from certain types of non-shattering plastic, up to 0.070" (1.78mm) thick.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

a. Each *Robot* is limited to a maximum of 12 individual pieces cut from non-shattering plastic. This includes non-shattering plastic used in non-functional decorations.

b. Each individual piece of non-shattering plastic cannot be larger than 4" x 8" x 0.070".

c. *Teams* must present and display ALL non-shattering plastic parts during inspection.

   i. Inspectors will verify the total number of plastic pieces. They may use dry-erase markers or other forms of temporary marking to aid in counting.

   ii. Inspectors will verify that no non-shattering piece exceeds the size limitation.

d. Plastic may be mechanically altered by cutting, drilling, bending, etc. It cannot be chemically treated, melted, cast, or bonded to another part. Heating non-shattering plastic to aid in bending is acceptable.

e. Legal plastic types are polycarbonate (Lexan), acetal monopolymer (Delrin), acetal copolymer (Acetron GP), POM (acetal), ABS, PEEK, PET, HDPE, LDPE, nylon (all grades), polypropylene, PTFE, and FEP.

f. Shattering plastics, such as PMMA (also called plexiglass, acrylic, or perspex), and structurally non-homogeneous plastics, such as woven (e.g., SRPP) and/or fiber-reinforced sheets, are prohibited.

g. Plastic sheets sold by VEX (such as the 276-8340 PET Sheets) are considered custom plastic in the context of this rule, and are subject to the same limitations as other plastic parts.

h. This rule does not apply to 3D printed plastic parts. 3D printed *Robot* parts are not permitted in the VEX V5 Robotics Competition for any purpose, including non-functional decorations.

*Note: Teams are strongly encouraged to provide inspectors with 1:1 scale drawings, identical spares, or 1:1 scale tracings of their non-shattering plastic pieces to aid in inspection. Drawings and tracings should accurately reflect ALL shapes and dimensions of each piece. Complex bent/cut parts, and parts that are cut diagonally across a 4"x8" sheet to gain length may require more evidence.*

**This rule is applied differently for VEX U. See Rules <VUR3> & <VUR4>.**

**Violation Notes:**

1. *Teams* must replace broken plastic pieces that result in temporary, unintentional <R24> *Violations*.

**<R25> Pneumatics are limited.** A *Robot's* pneumatic subsystem must satisfy all of the following criteria:

a. *Teams* may use a maximum of two (2) VEX Air Tanks (276-8749) on a *Robot*.

b. Pneumatic devices may be charged to a maximum of 100 psi.

c. The compressed air contained inside a pneumatic subsystem can only be used to actuate legal pneumatic devices (e.g., cylinders).

The intent of <R25a> and <R25b> is to limit *Robots* to the air pressure stored in two reservoir tanks, as well as the normal working air pressure contained in their pneumatic cylinders and tubing on the *Robot*. *Teams* may not use other elements for the purposes of storing or generating air pressure.

Using cylinders or additional pneumatic tubing solely for additional storage is a *Violation* of the spirit of this rule. Similarly, using pneumatic cylinders and/or tubing without any air reservoirs is also a *Violation* of the spirit of this rule.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

The intent of <R25c> is to ensure that pneumatics are being used safely. Pressurized systems, such as a *Robot's* pneumatic subsystem, have the potential to be dangerous if used incorrectly. This rule ensures the safety of participants, and prevents potentially unsafe uses in the future.

Another way of thinking of <R25c> is that "pneumatics should only be used with pneumatics." *Teams* should not use compressed air as a means of actuating non-pneumatic devices such as screws, nuts, etc. For example, pulling a pin with a pneumatic cylinder is okay, but using air to actuate the pin itself is not.

**This rule is applied differently for VEX U. See Rule <VUR14>.**

**<R26> The VEX Pressure Gauge (276-8748) is a required part if a Robot includes pneumatics.**

a. The gauge must be plumbed to the high pressure side of the system if the *Team* is using a regulator.

b. The pressure gauge must be visible and readable by referees and inspectors without moving or removing other *Robot* components or mechanisms.

c. The pressure gauge will be used to verify that the pneumatics system is charged to no more than 100psi, per <R25>.

   i. The VEX Pressure Gauge on the *Robot* will take precedence over any off-board measurement.

**<R27> Most modifications to non-electrical components are allowed.** Physical modifications, such as bending or cutting, of legal metal structure or plastic components are permitted.

a. Modifying the arm of limit switches (by bending or trimming) or removing the rubber cap of bumper switches is permitted.

b. Metallurgical modifications that change fundamental material properties, such as heat treating or melting, are not permitted.

c. Pneumatic tubing may be cut to desired lengths.

d. Fusing/melting the end of legal nylon rope/string (see <R19d>) to prevent fraying is permitted.

e. Welding, soldering, brazing, gluing, or attaching parts to each other in any way that is not provided within the VEX platform is not permitted. Rule <R19c> is an exception to this rule.

f. Mechanical fasteners may be secured using Loctite or a similar thread-locking product. This may ONLY be used for securing hardware, such as screws and nuts.

**This rule is applied differently for VEX U. See Rules <VUR3>, <VUR12> & <VUR13>.**

**<R28> No modifications to electronic or pneumatic components are allowed.** Motors (including the V5 Smart Motor firmware), microcontrollers (including V5 Robot Brain firmware), cables, sensors, controllers, battery packs, reservoirs, solenoids, pneumatic cylinders, and any other electrical or pneumatics component of the VEX platform may NOT be altered from their original state in ANY way.

a. *Teams* may make the following modifications to the V5 Smart Motor (11W)'s user-serviceable features. This list is all-inclusive; no other modifications are permitted. Where applicable, the components listed below (in the specific applications listed below) are permissible exceptions to <R19>.

   i. Replacing the gear cartridge with other official cartridges.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

ii. Removing or replacing the screws from the V5 Smart Motor Cap (276-6780).

iii. Removing or replacing the threaded mounting inserts (276-6781).

iv. Aesthetic/non-functional labeling (e.g., markers, stickers, paint, etc.).

b. V5 Smart Motors (11W) must use an official VEX V5 gear cartridge. For the purposes of this rule, the gear cartridges found within the V5 Smart Motor are considered "part of the motor." Therefore, any physical or functional modifications to official gear cartridges is not permitted. V5 Smart Motors (11W) may only use official VEX motor cartridges

c. For the purposes of this rule, the V5 Smart Motor Cap is not considered "part of the motor." Therefore, <R27> applies.

d. External wires on VEX 2-wire or 3-wire electrical components may be repaired by soldering or using twist/ crimp connectors, electrical tape, or shrink tubing such that the original functionality and length are not modified in any way.

i. Wire used in repairs must be identical to VEX wire.

ii. *Teams* make these repairs at their own risk; incorrect wiring may have undesired results.

e. V5 Robot Brain accessories (short flanges, long flanges, and the magnetic screen protector) are considered "part of the V5 Robot Brain" and cannot be modified.

f. The modifications listed in clause A also apply to equivalent parts for the 276-4842 V5 Smart Motor (5.5W), with the exception of gear cartridges which only apply to the V5 Smart Motor (11W). For the purposes of this rule, the motor cap for the V5 Smart Motor (5.5W) is not considered "part of the motor," and therefore <R27> applies.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

VEX V5 ROBOTICS COMPETITION OVERRIDE

# Section 5
# The Tournament

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 527 of 1005 PageID 1156

# Section 5 - The Tournament

## Overview

The VEX V5 Robotics Competition consists of *Head-to-Head Matches*, *Robot Skills Matches*, and optional judging. This section describes how *Head-to-Head Matches* and *Robot Skills Matches* are to be played at a given event.

Awards may be given to top *Teams* in each format, as applicable. Awards may also be given for overall performance in the judged criteria.

# Tournament Rules

**<T1> Head Referees have ultimate and final authority on all gameplay and Robot ruling decisions during the competition.**

a. *Scorekeeper Referees* score the *Match*, and may serve as observers or advisers for *Head Referees*, but may not determine any *Violations* directly.

b. When issuing a *Major Violation* or *Minor Violation* to a *Team*, *Head Referees* must provide the rule number of the specific rule that has been Violated, and must record the *Violation* on the Match Anomaly Log.

c. *Event Partners* may not overrule a *Head Referee's* gameplay or *Robot* decisions.

d. Every *Qualification Match* and *Elimination Match* must be watched by a certified *Head Referee*. A *Head Referee* may only watch one *Match* at a time; if multiple *Matches* are happening simultaneously on separate *Fields*, each *Field* must have its own *Head Referee*. *Head Referees* must follow the rules in this game manual and the Q&A, and must make rulings consistent with the intent of the game manual and Q&A.

e. At a minimum, every *Robot Skills Match* must be watched by a trained *Scorekeeper Referee*, who may only watch one *Match* at a time. If multiple *Robot Skills Matches* are happening simultaneously on separate *Fields*, each *Field* must have its own *Scorekeeper Referee*. A certified *Head Referee* must be available at the event to explain a rule, *Disqualification*, *Violation*, or other penalty to *Teams* in *Robot Skills Matches* as needed in support of the *Scorekeeper Referees* at skills *Fields*.

> Note from the VEX GDC: The rules contained in this Game Manual are written to be enforced by human *Head Referees*. Many rules have "black-and-white" criteria that can be easily checked. However, some rulings will rely on a judgment call from this human *Head Referee*. In these cases, *Head Referees* will make their calls based on what they and the *Scorekeeper Referees* saw, what guidance is provided by their official support materials (the Game Manual and the Q&A), and most crucially, the context of the *Match* in question.
>
> The VEX V5 Robotics Competition does not have video replay, our *Fields* do not have absolute sensors to count scores, and most events do not have the resources for an extensive review conference between each *Match*.
>
> When an ambiguous rule results in a controversial call, there is a natural instinct to wonder what the "right" ruling "should have been," or what the *Game Design Committee* "would have ruled." This is ultimately an irrelevant question; our answer is that when a rule specifies "*Head Referee's* discretion" (or similar), then the "right" call is the one made by a *Head Referee* in the moment. The VEX GDC designs games, and writes rules, with this expectation (constraint) in mind.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<T2> Head Referees must be qualified.** V5RC *Head Referees* must have all of the following qualifications:

a. Be at least 20 years of age.

b. Be approved by the *Event Partner*.

c. Be a certified V5RC *Head Referee* for the current season.

d. Cannot be the *Event Partner* or a Judge Advisor for the event.

*Note: Scorekeeper Referees must be at least 15 years of age, and must be approved by the Event Partner.*

> *Head Referees* should demonstrate the following attributes:
>
> - Thorough knowledge of the current game and rules of play
> - Effective decision-making skills
> - Attention to detail
> - Ability to work effectively as a member of a team
> - Ability to be confident and assertive when necessary
> - Strong communication and diplomacy skills

**<T3> Drive Team Members are permitted to immediately appeal a Head Referee's ruling.** If *Drive Team Members* wish to dispute a score or ruling, they must stay in the *Alliance Station* until the *Head Referee* from the *Match* talks with them. The *Head Referee* may then choose to meet with the *Drive Team Members* at another location and/or at a later time so that the *Head Referee* has time to reference materials or resources to help with the decision. Once the *Head Referee* announces that their decision has been made final, the issue is over and no more appeals may be made (See rule <T1>); failure to accept this final decision may be considered a <G1> *Violation*. There is no system or opportunity for an appeal of the *Head Referee's* final decision, either at or after the event.

a. Referees are not permitted to review any photo or video *Match* recordings when determining a score or ruling. Some events may also prohibit *Drive Team Members* from reviewing photo or video *Match* recordings while in the *Alliance Station*; this should be announced to all *Teams* before *Matches* start.

b. *Head Referees* are the only individuals permitted to explain a rule, *Disqualification*, *Violation*, or other penalty to the *Teams* in a *Head-to-Head Match*. *Teams* should never consult other field personnel, including *Scorekeeper Referees*, regarding a ruling clarification.

Communication and conflict resolution skills are an important life skill for *Students* to practice and learn. In the VEX V5 Robotics Competition, we expect *Students* to practice proper conflict resolution using the proper chain of command. *Violations* of this rule may be considered a *Violation* of <G1>.

> Some events may choose to utilize a "question box" or other designated location for discussions with *Head Referees*. Offering a "question box" is within the discretion of the *Event Partner* and/or *Head Referee*, and may act as an alternate option for asking *Drive Team Members* to remain in the *Alliance Station* (although all other aspects of this rule apply).
>
> However, by using this alternate location, *Drive Team Members* acknowledge that they are forfeiting the opportunity to use any contextual information involving the specific state of the *Field* at the end of the *Match*. For example, it is impossible to appeal whether a *Scoring Object* was *Scored* or not if the *Field* has already been reset. If this information is pertinent to the


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

appeal, *Drive Team Members* should still remain in the *Alliance Station*, and only relocate to the "question box" once the *Head Referee* has been made aware of the concern and/or any relevant context.

**<T4> The Event Partner has ultimate authority regarding all non-gameplay decisions during an event.** The Game Manual is intended to provide a set of rules for successfully playing V5RC Override; it is not intended to be an exhaustive compilation of guidelines for running a VEX V5 Robotics Competition event. Rules such as, but not limited to, the following examples are at the discretion of the *Event Partner* and should be treated with the same respect as the Game Manual.

- Venue access
- Pit spaces
- Health and safety
- *Team* registration and/or competition eligibility
- *Team* conduct away from competition *Fields*

This rule exists alongside <G1>, <S1>, and <G3>. Even though there isn't a rule that says "do not steal from the concession stand," it would still be within an *Event Partner's* authority to remove a thief from the competition.

**<T5> Be prepared for minor Field variance.** *Field Element* tolerances and *Scoring Objects* may vary from specified locations/dimensions; *Teams* are encouraged to design their *Robots* accordingly. Please make sure to check Appendix A for more specific nominal dimensions and tolerances.

a. *Field Element* tolerances may vary from nominal by up to ±1.0".

b. *Scoring Object* placement at the beginning of the *Match* may vary from nominal by up to ±1" (25.4mm). If a *Scoring Object* is within tolerance, it should not be adjusted before the *Match*.

c. The rotation of *Scoring Objects* is not specified. If a *Scoring Object* is within tolerance, either on the *Field* or within a *Loader*, it should not be adjusted before the *Match*.

The *Field Perimeter* and *Field Elements* are designed to be assembled and disassembled multiple times each year. *Event Partners* store and transport *Fields* between events, and the individuals setting up the *Field* at one event may differ from those at the next. While every effort will be made to ensure minimal variance, *Teams* should expect that any *Field* may be slightly different than another, and prepare accordingly. Just because something works on one *Field* does not fully guarantee it will work on the next, and is not enough evidence alone to determine if a *Field* is out of tolerance.

**<T6> Fields may be repaired at the Event Partner's discretion.** All competition *Fields* at an event must be set up in accordance with the specifications in Appendix A and/or other applicable Sections. Minor aesthetic customizations or repairs are permitted, provided that they do not impact gameplay (see <T4>).

Examples of permissible modifications include, but are not limited to:

- Applying threadlocker to *Field Element* mounting hardware
- Using non-VEX electrical tape to add required lines to the *Field*
- Anchoring *Field Elements* directly to *Field* risers instead of the metal plates


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

- Anchoring the metal plates to the underlying surface with hardware or tape
- Utilizing a non-VEX Strap under the *Field* to tie walls together
- Parts added to the exterior of the Portable *Field Perimeter* to assist in assembly, transportation, and rigidity during *Matches*
- Custom solutions for mounting *Toggle* brackets to metal *Field Perimeters*. See Appendix A drawing titled "Toggle Mounting - Metal Field Perimeter" for examples.
- Adjust the size/position of the *Alliance Station* tape lines.

  *Note: Exact dimensions/positioning of the Alliance Stations are subject to Event Partner discretion. Alliance Station tape lines should always be placed such that Drive Team Members can reasonably view and interact with the Field from within the Alliance Station during a Match (e.g., Drive Team Members can easily reach Loaders from within the Alliance Station).*

Modifications that may impact *Robot* functionality and/or how the game is played are generally not allowed. Examples of prohibited modifications include, but are not limited to:

- Unofficial *Field Perimeter* walls, additional structural elements inside of the *Field Perimeter*, or unofficial/replica *Field Elements*
- Additional VEX structural parts attached to a *Field Element*
- Replacing the opaque *Field* walls on the VEX Portable Competition *Field Perimeter* with transparent panels
- Assembling a VEX Portable Competition *Field Perimeter* without including the securing straps
- Affixing stickers to the foam *Field* Tiles or otherwise marking object placements for *Field* reset

Any specific repairs and/or modifications which pertain to the current season's game will be documented in this rule and Appendix A, as needed.

**<T7> Fields at an event must be consistent with each other.** There are many types of permissible aesthetic and/or logistical modifications that may be made to competition *Fields* at the *Event Partner's* discretion (see <T6>). If an event has multiple Head-to-Head competition *Fields*, they must all incorporate the same permissible/applicable modifications. If an event has multiple Robot Skills Challenge *Fields*, they must all incorporate the same permissible modifications. For example, if one Head-to-Head competition *Field* is elevated, then all Head-to-Head competition *Fields* must be elevated to the same height.
Examples of these modifications may include, but are not limited to:

- Elevating the playing *Field* off of the floor (common heights are 12" to 24" [30.5cm to 61cm])
- Field control systems (see <T8>)
- Field display monitors
- *Field Perimeter* decorations (e.g., LED lights, sponsor decals on polycarbonate panels)
- *Field Perimeter* type (see <T9>)
- Utilizing the VEX GPS Field Code Strips
- Utilizing non-VEX Straps to hold the *Field* walls together

  *Note: If an event has dedicated Fields for Robot Skills Matches, there is no requirement for them to have the same consistent modifications as the Head-to-Head Fields. See <T21> for more details.*


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<T8> There are three types of Field control that may be used.**

1. A VEXnet Field Controller controlled by Tournament Manager, which connects to a Controller's competition port via ethernet cable.
2. A V5 Event Brain controlled by Tournament Manager, which connects to a Controller via Smart Cable.
3. A VEXnet Competition Switch, which connects to a Controller's competition port via Cat-5 cable, may only be used in *Practice Matches*, *Robot Skills Matches*, and Leagues, and only under extreme circumstances.

If an event has multiple *Fields*, then all *Fields* of the same game type must use the same control system, in accordance with <T7> and <T21>. For example, it would be permissible for Head-to-Head competition *Fields* to use V5 Event Brains, and for Skills Challenge *Fields* to use VEXnet Field Controllers. However, it would not be permissible for one Head-to-Head *Field* to use a V5 Event Brain while another Head-to-Head *Field* uses a VEXnet Field Controller.

*Note: Official Qualifying Events may only use the official, unmodified version of Tournament Manager for field control, along with approved hardware and networking solutions. Add-ons that abide by the TM Public API guidelines are permitted. Once add-ons are enabled, the software is no longer supported by VEX Robotics, or DWAB Technologies; any necessary troubleshooting will be done at the user's own risk.*

**<T9> There are two types of Field Perimeter that may be used.**

1. VEX Metal Competition *Field Perimeter* (SKU 278-1501).
2. VEX Portable Competition *Field Perimeter* (SKU 276-8242).

See Appendix A for more details.

If an event has multiple *Fields*, then all *Fields* of the same game type must use the same *Field Perimeter* type, in accordance with <T7> and <T21>. For example, it would be permissible for Head-to-Head competition *Fields* to use metal *Field Perimeters*, and for Skills Challenge *Fields* to use Portable *Field Perimeters*.

However, it would not be permissible for one Head-to-Head *Field* to use a metal *Field Perimeter,* while other Head-to-Head *Fields* use Portable *Field Perimeters*.

**<T10> Qualification Matches follow the Match Schedule.** A Qualification *Match Schedule* will be available on the day of competition. The *Match Schedule* will indicate *Alliance* partners, *Match* pairings, and *Alliance* colors for each *Match*. For *Tournaments* with multiple *Fields*, the schedule will indicate which *Field* each *Match* will take place on.

a. *Practice Matches* may be included in the *Match Schedule* at some events, but are not required. If *Practice Matches* are run, every effort will be made to equalize practice time for all *Teams*.

b. A *Qualification Match* can only start before its scheduled time if all *Teams*, *Robots*, and assigned volunteers are at the *Field* and ready to play.

c. Any multi-division event must be approved by VEX Robotics prior to the event, and divisions must be assigned in sequential order by *Team* number.

d. The *Match Schedule* is subject to change at the *Event Partner's* discretion. Events should generally wait to generate the *Match Schedule* until all *Teams* have checked in and passed *Robot* Inspection, or when it has been confirmed that *Teams* will not be participating.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

e. If it is determined by both the *Event Partner* and VEX Robotics that a *Team* should be removed from further *Matches* at the event based on the outcome of a serious *Violation*, the *Event Partner* can use the full-event *Disqualification* feature in TM to remove that Team from all further *Matches* at the event. Their spots in later *Qualification Matches* will be replaced automatically by *Teams* from the end of the *Match Schedule*, and *Matches* will be removed from the end of the schedule as appropriate. The *Event Partner* cannot do this without permission from VEX Robotics.

**<T11> Each Team will have at least six Qualification Matches.**

a. A *Tournament* must include a minimum of six *Qualification Matches* per *Team* at local qualifying events or eight *Qualification Matches* per *Team* at a Championship event. The recommended number of *Qualification Matches* per *Team* is eight for a standard *Tournament*, and up to ten for a championship event.

b. A league must include at least three league ranking sessions, with at least one week between sessions. Each session must include a minimum of two *Qualification Matches* per *Team* at that session. The suggested number of *Qualification Matches* per *Team* for a standard league ranking session is four. Leagues will have a championship session where elimination rounds will be played. *Event Partners* may also choose to have *Qualification Matches* as part of their championship session.

**<T12> Qualification Matches contribute to a Team's ranking for Alliance Selection.**

a. When in a *Tournament*, every *Team* will be ranked based on the same number of *Qualification Matches*.

b. For *Tournaments* that have more than one division, *Teams* will be ranked among all *Teams* in their specific division.

c. When in a league, every *Team* will be ranked based on the number of *Matches* played. *Teams* that participate in at least 60% of the total *Matches* available will be ranked above *Teams* that participate in less than 60% of the total *Matches* available; e.g., if the league offers 3 ranking sessions with 4 *Qualification Matches* per *Team*, *Teams* that participate in 8 or more *Matches* will be ranked higher than *Teams* who participate in 7 or fewer *Matches*. Being a no-show to a *Match* that a *Team* is scheduled in still constitutes participation for these calculations.

d. In some cases, a *Team* will be asked to play an additional *Qualification Match*. The extra *Match* will be identified on the *Match Schedule* with an asterisk; *Win Points*, *Autonomous Points*, and *Strength of Schedule Points* for that *Qualification Match* will not impact a *Team's* ranking, and will not affect participation percentage for leagues.

   i. *Teams* are reminded that <G1> is always in effect and *Teams* are expected to behave as if the additional *Qualification Match* counted.

   ii. In leagues, *Teams* may have a different number of *Qualification Matches*. Rankings are determined by the *Win Percentage*, which is the number of wins divided by the number of *Qualification Matches* that *Teams* have played.

**<T13> Qualification Match tiebreakers.** *Team* rankings are determined throughout *Qualification Matches* as follows:

1. Average *Win Points* (*Win Points* / number of *Matches* played)
2. Average *Autonomous Points* (*Autonomous Points* / number of *Matches* played)


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

3. Average *Strength of Schedule Points* (*Strength of Schedule Points* / number of *Matches* played)
4. Highest *Match* score
5. Second-highest *Match* score
6. Random electronic draw

**<T14> Small Tournaments have fewer Alliances.** The number of *Alliances* for a given event is determined as follows, except in extraordinary circumstances with the permission of VEX Robotics:

| # of Teams | # of Elimination Alliances |
|---|---|
| 32+ | 16 |
| 24-31 | 12 |
| 16-23 | 8 |
| <16 | # of *Teams* divided by 2, less any remainder |

**This rule is applied differently for VEX U. See rule <VUT6>.**

**<T15> Send a Student representative to Alliance Selection.** Each *Team* must send one *Student* representative to the playing *Field* (or other designated area) to participate in *Alliance Selection*. If the *Team* representative fails to report in for *Alliance Selection*, their *Team* will be ineligible for participation in the *Alliance Selection* process.

Once the *Alliance Selection* begins, *Student* representatives cannot use electronic devices unless they have been demonstrated to be in airplane mode. No electronic communication by or with *Student* representatives is allowed during the *Alliance Selection* process.
*Teams* are advised to complete their scouting prior to the beginning of *Alliance Selection*, and to come to *Alliance Selection* prepared with a written list of potential *Alliance* Partners. Non-electronic methods of communication are allowed. Rule <G2> and the *Student*-Centered Policy still apply during *Alliance Selection*. Any communication about *Alliance Selection* and specific *Teams* should be limited to *Student Team* Members.

**<T16> Each Team may only be invited once to join one Alliance.** If a *Team* representative declines an *Alliance Captain's* invitation during *Alliance Selection*, that *Team* is no longer eligible to be selected by another *Alliance Captain*. However, they are still eligible to play *Elimination Matches* as an *Alliance Captain*. This video includes a full explanation of the *Alliance Selection* process.

For example:

- *Alliance Captain* 1 invites Team 000A to join their *Alliance*.
- Team 000A declines the invitation.
- No other *Alliance Captains* may invite Team 000A to join their *Alliance*.
- However, *Team* 000A may still form their own *Alliance* if *Team* 000A is ranked high enough after *Qualification Matches* to become an *Alliance Captain*.

*Note: Alliances must have two Teams, and there are no "do-overs" during Alliance Selection. If enough Teams decline their invitations such that the full number of Alliances cannot be filled, the event will proceed with a reduced number of Alliances.*


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<T17> Elimination Matches follow the Elimination Bracket.** A sixteen (16) *Alliance* bracket plays as shown in Figure T17-1, with *Matches* proceeding in numbered order through each round.

If an event is run with fewer than 16 *Alliances*, then they will use the bracket shown in Figure T17-1, with *Byes* awarded when there is no applicable *Alliance*. For example, in a *Tournament* with 12 *Alliances*, *Alliances* 1, 2, 3, & 4 would automatically advance to the Quarterfinals.




***Figure T17-1:*** *A 16-Alliance bracket*

Thus, an eight (8) *Alliance* bracket would run as shown below:




***Figure T17-2:*** *An 8-Alliance bracket*

At events with multiple divisions, each division champion *Alliance* will advance to the overall event finals. *Alliance* color assignment for these *Matches* will be determined by the original *Alliance* seeding within their respective divisions. The higher seeded *Alliance* (e.g., 1 is higher than 2) will be designated as the red *Alliance*, and the lower-seeded *Alliance* will be designated as the blue *Alliance*.

If both *Alliances* hold the same seed number within their divisions, the *Event Partner* will conduct a coin flip to determine which *Alliance* is assigned to the red *Alliance*, with the remaining *Alliance* assigned to blue.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

<T18> **Elimination Matches are a blend of "Best of 1" and "Best of 3."** "Best of 1" means that the winning *Alliance* in each *Match* advances to the next round of the *Elimination Bracket*. "Best of 3" means that the first *Alliance* to reach two wins will advance.

See the flowchart below for more information.




***Figure T18-1:*** *The process for determining how Elimination Matches should be played.*



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<T19> Ties in Elimination Matches lead to limited rematches.** In the case of tied *Matches* during *Elimination Matches*, Tournament Manager will apply the following logic to determine which *Alliance* will progress to the next round.

a. In a "Best of 1" Elimination Round, the higher-seeded *Alliance* will advance and be declared the winner under the following guidelines.
   i. After two (2) ties in a non-finals *Match*.
   ii. After three (3) ties in a finals *Match*.
b. For single-division events or within a division: in a "Best of 3" Elimination Round, the higher-seeded *Alliance* will advance and be declared the winner under the following guidelines.
   i. After three (3) ties in a round in which neither *Alliance* has yet won a *Match* (0-0).
   ii. After two (2) ties in a round in which each *Alliance* has won a single *Match* (1-1).
c. For single-division events or within a division: after two (2) ties in a "Best of 3" Elimination Round in which one *Alliance* has won a single *Match* (1-0), the *Alliance* with one (1) win will be declared the winner.
d. For a "Best of 3" overall Finals round at a multi-division event, *Teams* should continue to play tiebreaker *Matches* until one *Alliance* has won two (2) *Matches*.

**<T20> Skills Match Schedule.** *Teams* play *Robot Skills Matches* on a first-come, first-served basis. Each *Team* will get the opportunity to play exactly three (3) *Driving Skills Matches* and three (3) *Autonomous Coding Skills Matches* at each *Tournament* and/or League Session.

*Teams* should review the event agenda and their *Match Schedule* to determine when the best possible time is to complete their *Robot Skills Matches*. If the Robot Skills Challenge area closes before a *Team* has completed all six (6) *Robot Skills Matches*, but it is determined that there was adequate time given, then the *Team* will automatically forfeit those unused *Matches*.

**<T21> There is no requirement that Skills Challenge Fields have the same consistent modifications as the Head-to-Head Fields.** For example, there is no requirement that all Skills Challenge *Fields* are elevated to the same height as Head-to-Head *Fields*. However, all Skills Challenge *Fields* at a single event must use the same type of Field control and *Field Perimeter*, as described in rules <T8> and <T9>.
It is strongly recommended/preferred that all Skills Challenge *Fields* are consistent with each other, but this may not be the case in extreme circumstances. In order to use non-conforming Head-to-Head *Fields* for Skills Challenge runs (e.g. during lunch), the following steps should be taken:

- *Teams* must be informed that the Head-to-Head *Fields* may have some differences from the Skills Challenge *Fields* (e.g., they might not have GPS strips).
- *Teams* must be given an opportunity to select which type of *Field* they want to use, i.e. they cannot be required to use a Head-to-Head *Field* for any Skills Challenge run.

**<T22> Skills Rankings at events.** *Teams* will be ranked at an event based on the following scores and tiebreakers:

1. Sum of highest *Autonomous Coding Skills Match* score and highest *Driving Skills Match* score.
2. Highest *Autonomous Coding Skills Match* score.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

3. Second-highest *Autonomous Coding Skills Match* score.
4. Second-highest *Driving Skills Match* score.
5. Highest sum of *Skills Stop Times* (see rule <RSC5>) from a *Team's* highest *Autonomous Coding Skills Match* and highest *Driving Skills Match* (i.e., the *Matches* in point 1).
6. Highest *Skills Stop Time* from a *Team's* highest *Autonomous Coding Skills Match* (i.e., the *Match* in point 2).
7. Third-highest *Autonomous Coding Skills Match* score.
8. Third-highest *Driving Skills Match* score.
9. If a tie cannot be broken after all above criteria, then the following ordered criteria will be used to determine which *Team* had the "best" *Autonomous Coding Skills Match*:
    i. Quantity of *Scored Pins*
    ii. Number of *Toggles* set to a color other than yellow
10. If the tie still isn't broken, the same process in Step 9 will be applied to each *Team's* best *Driving Skills Match*.
11. If the tie still isn't broken, events may choose to allow *Teams* to have one more deciding *Driving Skills Match*, to be ranked according to the standard criteria above, or declare both *Teams* the Robot Skills Challenge Winner.

**<T23> Skills Rankings Globally.** *Teams* will be ranked globally based on their Robot Skills scores from *Tournaments* and Leagues that upload results to events.vex.com, according to the following tiebreakers:

1. Highest Robot Skills score (combined *Autonomous Coding Skills Match* and *Driving Skills Match* Score from a single event).
2. Highest *Autonomous Coding Skills Match* score (from any event).
3. Highest sum of *Skills Stop Times* (see rule <RSC5>) from the *Robot Skills Matches* used for point 1.
4. Highest *Skills Stop Time* from the *Autonomous Coding Skills Match* used for point 2.
5. Highest *Driving Skills Match* score (from any event).
6. Highest *Skills Stop Time* from the *Driving Skills Match* score used for point 5.
7. Earliest posting of the highest *Autonomous Coding Skills Match* score. The first *Team* to post a score ranks ahead of other *Teams* that post the same score at a later time, all else being equal.
8. Earliest posting of the highest *Driving Skills Match* score. The first *Team* to post a score ranks ahead of other *Teams* that post the same score at a later time, all else being equal.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 538 of 1005 PageID 1167

**<T24> Robot Skills at League Events.** At league events in which *Teams* may submit Robot Skills Challenge scores across multiple sessions, the Robot Skills scores (combined highest *Autonomous Coding Skills Match* and *Driving Skills Match* scores) used for rankings will be calculated from *Matches* within the same session.

For example, consider the following scores for a hypothetical *Team* across two league event sessions:

| | Autonomous Coding Skills Match | Driving Skills Match | Robot Skills Score |
|---|---|---|---|
| Session 1 | 50 | 60 | 110 |
| Session 2 | 40 | 100 | 140 |

This *Team* would have a Robot Skills score of 140 for this event, and their scores from Session 2 would be used for the Event and Global tiebreakers listed in <T22> and <T23>.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.



VEX V5 ROBOTICS COMPETITION OVERRIDE

# Section 6
# VEX U



# Section 6 - VEX U

## Introduction

While many colleges and universities already use the VEX V5 system in their academic classes, many more have extensive manufacturing capabilities beyond the standard "VEX metal" library. Fabrication techniques like machining and 3D printing are more common than ever in collegiate engineering programs, and we can't wait to see what VEX U Robotics Competition *Teams* from around the world are able to create under these more advanced rules.

As in past years, the season will include a culminating VEX U event at the VEX Robotics World Championship, along with regional *Tournaments* across the world. Participating schools will get the chance to prove their abilities in front of thousands of future engineers and show off what truly makes their school remarkable. The VEX U Robotics Competition is the perfect project-based supplement to many university level engineering programs, and gives *Students* the unique opportunity to demonstrate their real-world skills to potential employers, such as our event sponsors.

## Game, Robot, and Tournament Rules

The VEX U Robotics Competition uses the VEX V5 Robotics Competition Override *Field* with some minor modifications. Anyone that has a V5RC Override *Field* can use it for a VEX U event or *Team*. Please consult earlier sections of this game manual for the basic set of competition rules and details. All of the standard rules apply, except for the modifications listed in this section. In the event of a conflict between rules, the rules listed in this Section of the game manual and any rulings on the official VEX U Q&A take precedence.

## VURC Definitions

**Additional Electronics** - Any *Sensor*, processor, or other electronic component used in *Robot* construction, and connected to the V5 Robot Brain, that is not sold by VEX Robotics. Examples include commercially-available devices (e.g., Raspberry Pi) or custom devices designed and fabricated by the *Team*. See <VUR12> and <VUR13> for more details.

**Alliance** - A grouping of two (2) *Robots* from the same *Team* that have been chosen by the *Students* to play together during a given *Match*.

**Electromechanical Assembly** - A complex system composed of multiple off-the-shelf components, which may include *Sensors*, mechanical parts, and actuators.

**External Processor** - A computing device or microcontroller that independently processes *Sensor* data before sending it to the VEX V5 Brain.

**Fabricated Part** - Any component used in *Robot* construction that is fabricated by *Team* members. See <VUR3> through <VUR7> for more details.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**Raw Stock** - Stock materials purchased from third-party vendors that may be used to create *Fabricated Parts*. See <VUR4> and <VUR5>.

**Sensor** - A device that detects and responds to changes in the environment, providing data to the *Robot's* control system.

**VEX U Student** - A *Team* member that meets all criteria listed in rule <VUT6>.

# Rule Modifications: Field Setup

The VURC playing *Field* is set up differently than a Head-to-Head VEX V5 Robotics Competition Override *Match*, with the following modifications:

- The VEX GPS code strip must be installed on the *Field*.
- Modified *Field* layout. Only the *Midfield Goal* should begin the *Match* with a yellow/yellow *Pin Placed* in it.
- Modified *Match Loads*. Each *Alliance* gains an additional two yellow/yellow *Pins* that begin off the *Field* as *Match Loads*.
    - Red *Alliance Match Loads*: 10 *Cups*, 10 red/yellow *Pins*, and 3 yellow/yellow *Pins*
    - Blue *Alliance Match Loads*: 10 *Cups*, 10 blue/yellow *Pins*, and 3 yellow/yellow *Pins*


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 542 of 1005 PageID 1171



***Figure VEXU-1:*** *An overhead view of the Field setup for a VEX U Match.*

Page 0539

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 543 of 1005 PageID 1172



***Figure VEXU-2:*** *A side view of the Field setup for a VEX U Match.*


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# Rule Modifications: Game

**<VUG1> Different Robot starting sizes.** See <VUR1>.

**<VUG2> Different Robot placement than rule <GG10>.** The red *Team* has the right to place one *Robot* on the *Field* first, followed by both blue *Robots*, and ending with the 2nd red *Robot*. This applies in *Qualification Matches* and *Elimination Matches*. If this right is used, once a *Team* has placed a *Robot* on the *Field*, its position cannot be readjusted prior to the *Match*.

**<VUG3> Some electronic devices may be in motion or moving at the beginning of the Match.** This includes active cooling fans, spinning LIDAR modules, and/or other similar sensors or *Additional Electronics*. These electronic devices should not initiate any form of motion for the entire *Robot* or any of its subsystems, and may not directly interact with *Scoring Objects* and/or other *Robots*.

**<VUG4> Different availability of Loaders.** *Drive Team Members* may introduce *Match Load Scoring Objects* into the *Loaders* adjacent to their *Alliance Station* during the *Autonomous Period* and *Driver Controlled Period* of the *Match*.

**<VUG5> Different scoring during the Autonomous Period.** For the purpose of determining the *Autonomous Bonus* winner, the following are included in *Autonomous Period* scoring calculations:

a. *Ownership* and Scoring of yellow *Pins* in the *Midfield*
    i. A yellow *Pin* that is *Placed* in the *Midfield* is *Owned* by the *Alliance* that ends the *Autonomous Period* with a greater number of *Robots* in the *Midfield*.
b. Scoring of *Robots* ending in the *Midfield*
    i. A *Robot* counts as ending in the *Midfield* if the *Robot* is at least partially within the *Midfield* at the end of the *Autonomous Period*.

**<VUG6> Different Autonomous Win Point criteria.** An *Autonomous Win Point* is awarded to any *Alliance* that ends the *Autonomous Period* with all of the following tasks completed, and that has committed no *Violations* during the *Autonomous Period*:

1. At least twelve (12) *Pins Scored* for your *Alliance*. (Does not include *Pins Scored* in *Quadrants* on the opposing side of the *Autonomous Line*.)
2. At least four (4) *Goals* each contain at least two (2) *Pins Scored* for your *Alliance*. (Does not include *Goals* in *Quadrants* on the opposing side of the *Autonomous Line*).
3. Neither *Robot* is contacting the *Field Perimeter*.
4. At least one (1) *Robot* is within the *Midfield*.

**<VUG7> Different Load Zone protection.** *Load Zone* protections (see rule <SG13>) apply during both the *Autonomous Period* and *Driver Controlled Period* of the *Match*.

# Rule Modifications: Robot Skills Challenge

All rules apply from V5RC Section 3: Robot Skills Challenge, with no modifications other than those noted below.

**<VURS1>** VEX U *Robot Skills Matches* are set up differently than VEX V5 Robotics Competition *Robot Skills Matches*, with the following modification:

a. Modified *Match Loads*. Four (4) red/yellow *Pins*, six (6) blue/yellow *Pins*, and ten (10) *Cups* begin off the *Field* as *Match Loads*. See figure VURS1.

**<VURS2>** *Teams* are permitted to use both *Robots* in their VEX U *Robot Skills Matches*, per <VUT1> and <VUR1>.

**<VURS3>** Both *Robots* must start the *Robot Skills Match* in legal starting positions for the red *Alliance*. All other portions of rule <SG1> apply. Each *Robot* must use one red/yellow *Pin* as a *Preload* in accordance with <SG5>.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 546 of 1005 PageID 1175



***Figure VURS1:*** *The Field setup for a VEX U Robot Skills Match.*


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# Rule Modifications: Tournament

**<VUT1>** Instead of a 2-*Team Alliance* format, **VURC Head-to-Head Matches will be played 1-Team vs. 1-Team**. Each *Team* will use two (2) *Robots* in each *Match*.

a. *Teams* are allowed to build and bring as many *Robots* as they would like, but only two (2)—one of each size as described in <VUR1>—may be brought from the pit to the playing *Field* for any *Match*.

b. All *Robots* must pass inspection before they are allowed to compete.

**<VUT2> Qualification Matches will be conducted in the same manner as in a V5RC tournament**, but in the revised 1v1 format described in <VUT1>.

**<VUT3> Elimination Matches will be conducted in the same manner as in a V5RC tournament, but without an Alliance Selection.** At the end of the competition, one *Team* will emerge as the *Tournament* champion.

**<VUT4> The Autonomous Period at the beginning of each Head-to-Head Match will be 30 seconds.**

a. Human interaction with *Robots* during the *Autonomous Period* is strictly prohibited.

b. If both *Teams* complete their routines before 30 seconds have elapsed, they have the option to signal that they wish to end the *Autonomous Period* early. Both *Teams* and the *Head Referee* must all agree on the "early stop." This is not a requirement, and the option must have been established for all *Teams* at the event, such as during the event meeting.

**<VUT5> The Driver Controlled Period is shortened to 90 seconds and immediately follows the Autonomous Period.**

**<VUT6> VURC tournaments have fewer Teams in Eliminations.** The number of *Teams* in *Elimination Matches* for a given event is determined as follows, except in extraordinary circumstances with the permission of VEX Robotics. A number of *Teams* below 16 will result in one or more *Byes* for highest-ranking *Teams*.

| # of Teams | # of elimination Teams |
|---|---|
| 16+ | 16 |
| <16 | # of *Teams* |


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# Rule Modifications: Robot

**<VUR1>** *Teams* may use **two (2) Robots** in each *Match*.

a. Both *Robots* may only be built from the following materials:
   i. Official VEX Robotics products (see <VUR2>)
   ii. *Fabricated Parts* made by the *Team* (see <VUR3> through <VUR7>)
   iii. Commercially-available springs, fasteners, and bearings (see <VUR8>, <VUR9>, and <VUR15>)
   iv. A legal electronics system (see <VUR10> and <VUR11>)
   v. Any legal *Additional Electronics* (see <VUR12>)
   vi. A legal pneumatics system (see <VUR14>)
   vii. Unmodified legal *Raw Stock* (see <VUR4> and <VUR5>)

b. One *Robot* must be no larger than 24" (609.6 mm) x 24" (609.6 mm) x 24" (609.6 mm) at the start of the *Match*.

c. One *Robot* must be no larger than 15" (381 mm) x 15" (381 mm) x 15" (381 mm) at the start of the *Match*.

**<VUR2>** *Teams* may use **any official VEX Robotics products**, other than the exceptions listed in the tables below, to construct their *Robot*. This includes those from the VEXpro, VEX EXP, VEX IQ, VEX GO, VEX 123, VEX CTE, and VEX Robotics by HEXBUG* product lines. Rule <R28> applies, but most modifications to non-electrical components are allowed.

| SKU | Description |
|---|---|
| 217-8080 | Talon SRX |
| 217-9191 | Victor SPX |
| 217-9090 | Victor SP |
| 217-4243 | Pneumatic Control Module |
| 217-4244 | Power Distribution Panel |
| 217-4245 | Voltage Regulator Module |

| SKU | Description |
|---|---|
| 217-4347 | 775pro |
| 217-2000 | CIM Motor |
| 217-3371 | Mini CIM Motor |
| 217-3351 | BAG Motor |
| 217-6515 | Falcon 500 |

This rule takes precedence over all other rules regarding *Raw Stock* and/or *Fabricated Parts*, such as <VUR5>.

*** The HEXBUG brand is a registered trademark belonging to Spin Master Corp**

As of November 2025, all VEXpro parts are discontinued. To maintain a level playing field and ensure all VURC *Teams* have access to the same library of parts, functionally equivalent, drop-in part substitutes for VEXpro parts may be considered to meet the intent of <VUR2>.

In order to meet our intent, each functionally equivalent, drop-in part must:

a. Match the form, fit, and function of the VEXpro part it is replacing.
b. Not provide a discernible or perceivable advantage over the comparable VEXpro part.
c. Comply with all other applicable VURC Robot rules.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

*Teams* should be prepared to demonstrate or defend their part substitutes in inspection as necessary, when possible.

The *Game Design Committee* understands that this may be difficult in the immediate future, as the VEXpro website no longer hosts documentation on VEXpro parts, including but not limited to part descriptions, drawings, pictures, etc. The *Game Design Committee* is working with VEX Robotics to explore and identify a better long-term solution to this problem. In the interim, we ask all *Teams*, referees, inspectors, and the entire VURC community to:

1. Work collaboratively, understanding that the intent of this clarification is to allow *Robots* to compete with minimal to no modification, not to prevent participation.
2. Apply <G1> and <G3>when interpreting this guidance. We recognize this may temporarily result in a challenging inspection environment; good faith is essential.
3. Refrain from exploiting this allowance. We intentionally and meaningfully chose to attempt to maintain product legality and competitive fairness while products are discontinued. Deliberately pushing boundaries may force the *Game Design Committee* to entirely reassess the legality of all VEXpro components.

**<VUR3> Fabricated Parts** may be made by applying the following manufacturing processes to legal *Raw Stock*:

a. Additive manufacturing processes, such as 3D printing.

b. Subtractive manufacturing processes, such as cutting, drilling, routing, or machining.

c. Bending, such as sheet metal braking or thermoforming.

d. Attaching materials to one another, such as welding or chemically bonding (e.g., epoxy).

e. Molding of non-metals, such as injecting polyurethane into a 3D printed mold.

**<VUR4>** *Fabricated Parts* must be made from legal **Raw Stock**. To be considered *Raw Stock*, the material must be obtained in one of the following forms before undergoing the fabrication processes listed in <VUR3>:

| | Type | Shape / Profile | Examples |
|---|---|---|---|
| 1 | Sheet | Flat Plane | • Sheet metal<br>• ⅛" polycarbonate sheet<br>• Plywood |
| 2 | Solid Billet | "Thick" rectangular beam / block | • 4" x 4" x 6" solid aluminum billet<br>• 2" x 2" x 2" acetal block |
| 3 | Solid Bar | "Thin" rectangular beam | • 2x4 wood planks<br>• ¼" x 3" aluminum bars |
| 4 | Hollow Bar | Hollow rectangular beam | • 1" x 1", 1/32" wall aluminum box tube |
| 5 | Solid Rod | Cylinder, Hexagonal or Rounded Hexagonal Stock | • ¼" steel rod<br>• ¼" acetal rod<br>• VEXpro Hex Shaft |
| 6 | Hollow Rod / Tube | Hollow Cylinder, Drilled/Threaded Hexagonal or Rounded Hexagonal Stock | • Copper tubing<br>• PVC pipe<br>• VEXpro ThunderHex Stock |
| 7 | Angle | 90° "L" shape | • 1" x 1", 1/16" thickness aluminum angle |


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

| | | | |
|---|---|---|---|
| 8 | U- / C-Channel | "U" or "C". | • 1/4" High x 1" Wide Aluminum U-Channel |
| 9 | Non-Metal 3D Printer Filament | Thin cylinder | • PLA or TPU filament<br>• Composite nylon filament (e.g. Markforged OnyxTM) |
| 10 | Synthetic Polymer used for Molding | Liquid | • Polyurethane<br>• Silicone |
| 11 | Solid Sphere | Solid (not hollow) uniformly rounded stock | • Steel ball bearing<br>• Shaped wood finial |

*Teams* are not required to exhaustively define the specific material type for each component of every *Fabricated Part* in their Engineering Notebook, as it should be obvious from the engineering drawings required by <VUR7>. However, unusual parts should be expected to receive increased scrutiny.

If any materials do not easily fall into one of these categories, then that is probably an indication that it is not intended to be a legal type of *Raw Stock*. If a *Team* cannot demonstrate that the component was made from a legal type of *Raw Stock*, then they will be asked to remove it from their *Robot*.

**<VUR5>** The following material types are **not considered Raw Stock**, and are therefore not permitted:

| | Type | Examples |
|---|---|---|
| 1 | Any otherwise-legal *Raw Stock* that has been post-processed by drilling, machining, or otherwise removing material | • Angle aluminum with regularly-spaced holes or slots<br>• Perforated sheet metal |
| 2 | Extrusions that do not fall under one of the categories listed in <VUR4> | • Non-rectangular aluminum extrusions, such as 80/20, T-slot, or Octanorm<br>• Gear stock |
| 3 | Assembled items (or pre-arranged kits of unassembled items) that form a single, more complex component | • Gearboxes<br>• Claw mechanisms<br>• Swerve drive modules |
| 4 | Commercial Off-the-Shelf items that are intended to be used with minimal modification | • Wheels<br>• Gears<br>• Timing belts and pulleys |
| 5 | Materials that are intended to be cast or sintered | • Resin / powdered-bed 3D printing<br>• Molten aluminum used for sand casting |

*Note: <VUR2> takes precedence over this rule. Materials purchased from VEX Robotics that fall under one of these categories (e.g., VersaFrame pre-drilled extrusion) are permitted.*

In industry, terms like "raw stock," "raw material," and "material stock" are often used interchangeably and cover an extremely broad scope of physical goods. The lists in <VUR4> and <VUR5> are intended to explain what specific material types and profiles fall under the defined term "*Raw Stock*" in the context of the VEX U competition.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**<VUR6>** *Fabricated Parts* cannot be made from *Raw Stock* which poses a **safety or damage risk** to the event, other *Teams*, or *Field Elements*. Examples of prohibited materials include, but are not limited to:

a. Any material intended to produce flames or pyrotechnic effects.

b. Any material that is liquid at the time of the *Match*. Examples include hydraulic fluids, oils, greases, liquid mercury, and tire sealant.

   i. This does not include fabrication processes that involve the use of liquids, such as milling coolant or epoxy.

c. Any matter that shatters or otherwise presents an excessive *Field*/safety hazard upon failure. Examples include fiberglass, acrylic, and carbon fiber sheet/tube stock.

   i. This rule refers specifically to material legality itself. Any potentially unsafe mechanisms made from legal *Raw Stock* may still be addressed by <S1> and <R19>.

   ii. 3D printer filaments that include carbon fiber (or similar) additives or carbon fiber (or similar) inlay are exempt from this exception, and are considered legal for use in *Fabricated Parts*.

**<VUR7> Fabricated Parts must be made by Team members.** Any *Fabricated Parts* must be accompanied by documentation that demonstrates the *Team's* design and construction process for that *Fabricated Part*.

a. The minimum acceptable form of documentation is an engineering drawing with multiple views for the part in question. These drawings may be included in a *Team's* Engineering Notebook or in a standalone appendix to the Engineering Notebook.

b. Any *Fabricated Part* must have been entirely designed and produced by *Team* members. For example, parts ordered by the *Team* and 3D printed by a third party would be prohibited.

c. *Teams* will be required to provide this documentation as requested by inspectors, *Head Referees*, or judges at any time at an event. Failure to provide acceptable documentation will result in the part being deemed illegal for use; therefore, <R2>, <G5>, and/or <G1> will apply.

**<VUR8>** *Teams* may use **commercially-available springs** on their *Robots*. For the purposes of this rule, a "spring" is any device used for storing and releasing elastic potential energy. Examples include, but are not limited to:

a. Compression, tension, torsion, constant force, or conical springs made from spring steel.

b. Springs made from elastic thread or rubber, such as surgical tubing, bungee cords, or stretchable braided rope.

c. Closed-loop (pneumatic) gas shocks.

*Note: Gas shocks are not considered pneumatic devices in the context of <VUR14>. Gas shocks may not be modified in any way.*

**<VUR9>** *Teams* may use **commercially available fastener hardware** on their *Robot*. Examples include (but are not limited to):

- Screws, nuts, rivets, and heatset inserts
- Hinges, pins, rod ends, threaded rods, and hose clamps


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

- Ancillary fastener accessories, such as washers or spacers
- Adhesives such as epoxy, glue, or tape (only when used to join together two parts)

If the primary function of the part is not “fastening”, then <VUR5>, <VUR6>, and/or <VUR7> take precedence over this rule. Illegal examples include (but are not limited to):

- A prefabricated non-VEX wheel, even though it may technically connect tread to a shaft
- 80/20 extrusion; other items get “fastened to it”, it is not the part doing the “fastening”
- Using grip tape to improve wheel traction

**<VUR10>** Each *Robot* must utilize exactly **one (1) V5 Robot Brain and at least one (1) V5 Robot Radio** connected to a V5 Controller.

a. *Teams* must abide by the power rules noted in <R12> and <VUR12d>.

b. Wireless communication between *Robots* is permitted if using legal V5 Robot Brains and V5 Robot Radios. No other types of wireless communication protocols (e.g., radio, Bluetooth, Wi-Fi) are permitted.

**<VUR11>** There is **no restriction on the number of V5 Smart Motors, 11W (276-4840) and/or 5.5W (276-4842), that Robots may use.** No other motors, servos, or electronic actuators are permitted, including those sold by VEX (e.g., the 2-Wire 393 Motor).

*Note 1: Rule <R28> still applies in VEX U. Teams may not modify Smart Motors, and must use official/ unmodified gear cartridges.*

*Note 2: Commercially available pneumatic actuators and pneumatic solenoids are permitted within the guidelines of <VUR14>.*

*Note 3: Legal Additional Electronics may include their own motor, servo, or actuator, per <VUR12>.*

*Note 4: The 55W drivetrain limit specified in <R11> does not apply for VEX U.*

**<VUR12>** There is **no restriction on commercially available Sensors, External Processors, or Additional Electronics** that *Robots* may use for sensing and processing, except as follows:

a. *Sensors* and *External Processors* MUST be connected to the V5 Robot Brain via any of the externally accessible ports (i.e., without any modification to the commercially available electronics). A *Sensor* may be connected to an *External Processor* which then connects to the V5 Robot Brain.

b. *Sensors*, *External Processors*, and *Additional Electronics* CANNOT directly electrically interface with VEX motors and/or solenoids.

c. *Sensors* and *Additional Electronics* may only receive power from any of the following:

   i. Directly from the V5 Robot Brain via any externally accessible port.

   ii. From an additional lithium ion, lithium iron, or nickel metal hydride battery pack (only one (1) additional battery can be used for Sensor/processing power). This additional battery pack must operate at a maximum of less than 13 volts.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

iii. Directly from an *External Processor*

d. Only the V5 Battery can power the V5 Brain.

e. *Sensors*, *External Processors*, and/or *Additional Electronics* which include a low-powered motor as an integral part of their primary sensing/processing function, such as an *External Processor's* cooling fan or a spinning *Sensor*, are permissible.

   i. Standalone motors which serve no additional sensing or processing functionality (e.g., using a commercially-available brushless motor in a drivetrain) are not considered legal *Additional Electronics*, and would be considered a *Violation* of <VUR11>.

f. Pneumatic solenoids are the only types of solenoids that are permitted as *Additional Electronics*. Solenoids used for any purpose other than opening and closing a pneumatic valve are considered an actuator and therefore prohibited, per <VUR11>.

g. <R28> still applies in VEX U, *Teams* may not alter or modify electronic parts from the VEX product lines. It is legal to rotate the blocks of the V5 Optical Sensor and V5 Distance Sensor relative to their bases, and to manufacture custom back plates for these sensors.

**<VUR13>** Commercially available **Electromechanical Assemblies are not legal** for use on *Robots*.

a. For the purposes of this rule, any system that integrates *Sensors* with other mechanical parts that are fabricated by anyone other than *Team* members and which serve more use than the basic definition of a *Sensor* would be considered an *Electromechanical Assembly*, and is therefore not legal.

b. Examples may include but are not limited to: odometry pods.

c. Commercially available *Sensors* with simple plastic housings that do not have any use beyond protecting internal components and aiding in mounting of the *Sensor* are not considered *Electromechanical Assemblies*.

> The intent of this rule is to remind *Teams* to focus their efforts on integrating custom parts with the VEX Robotics ecosystem. The VEX U Competition operates within a semi-closed system, not an open-build system. *Teams* should make efforts to use VEX Robotics parts where possible. Parts like additional *Sensors* (LIDAR, encoders, etc.) should generally be considered okay, but assemblies/systems from other robotics suppliers that remove the challenge of systems integration should not be considered a legal part.

**<VUR14>** *Teams* may utilize an **unlimited amount of the following commercially available pneumatic components:** cylinders, actuators, valves, gauges, storage tanks, regulators, manifolds, tubing, and solenoids.

a. Pneumatic devices may only be charged to a maximum of 100 psi.

b. Compressors or any other forms of "on-*Robot*" charging are not permitted.

c. All commercial components must be rated for 100 psi or higher. *Teams* should be prepared to provide documentation that verifies these ratings to inspectors if requested.

d. Components must not be modified from their original state, other than the following exceptions:

   i. Cutting pneumatic tubing or wiring to length; assembling components using pre-existing threads, brackets, or fittings; or minor cosmetic labels



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

e. If commercially available 12V solenoids are used, these are considered *Additional Electronics* and must therefore satisfy all conditions listed in <VUR12>. 12V solenoids may be either powered by an additional power source (per <VUR12d>), or by a 5V-12V step-up converter from the V5 Robot Brain. If an external power source (or other *Additional Electronics* device) is used to interface with the solenoid, *Teams* MUST be able to demonstrate that there is no way for the solenoid to receive power while the *Robot* is receiving a *Disabled* state from the field controller.

**<VUR15> Teams may use commercially available bearings on their Robot.** For the purpose of this rule, a 'bearing' is a part that supports external loads, reduces friction, and improves efficiency by facilitating smooth dynamic motion between components. Legal examples include (but are not limited to):

- Parts supporting rotational motion: radial bearings, roller bearings, thrust bearings, needle bearings, one-way bearings, bushings, etc.
- Parts supporting linear motion: linear bearings, linear slides, drawer slides, etc.

# Team Composition

We want to see Universities face off in a global head-to-head competition. Schools are not limited to one *Team*, and a *Team* may consist of multiple colleges, but we hope that each *Team* identifies with and proudly represents one (1) post-secondary institution. (e.g., "Clarkson University" vs. "UC Santa Barbara"). Of course, college-level "club" *Teams* and mixed composition *Teams* are encouraged to join! However, as noted in <VUT6>, *Students* who have not yet graduated secondary school are not eligible to participate in VEX U, even if they are "dual-enrolled" or taking post-secondary courses. A *Student* cannot be a member of a V5RC and a VURC *Team* simultaneously, regardless of eligibility.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.



VEX V5 ROBOTICS COMPETITION OVERRIDE

# Appendix A
# Field Overview and Specifications



Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 556 of 1005 PageID 1185

# Appendix A - Field Overview

## Game Field Introduction

This document will provide Bill of Materials (BOM) information and detailed specifications for the Official Competition *Field*.

Please note: this *Field* can utilize both the VEX Portable Competition *Field Perimeter* (276-8242 and the VEX Competition *Field Perimeter* (278-1501) developed by VEX Robotics. Instructions and specifications for these *Field Perimeters* are available in separate documents and are important for the *Field* assembly.

This document is divided up into three sections:

1. *Field* Overview
2. *Field* BOM
3. *Field* Specifications

There is also an accompanying STEP file which can be imported into most 3D modeling programs (e.g., Inventor, Sketchup, Solidworks, etc.). This 3D model shows the "official" setup of a VEX V5 Robotics Competition Override competition *Field*, as well as detailed models of individual *Field Elements*. For additional game-play detail, please refer to the VEX V5 Robotics Competition Override Game Manual.

## Field Overview

V5RC Override is played on a 12ft x 12ft foam mat, surrounded by a *Field Perimeter*, with nine (9) *Goals*, four (4) *Loaders*, and four (4) *Toggles* on the *Field*.

The V5RC Override *Field* consists of fifty-six (56) *Cups* and sixty-three (63) *Pins*.

For more details and specific gameplay rules, please refer to the V5RC Override Game Manual.





Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

# Game Objects & Field Bill of Materials

All of these items are available for purchase from www.vexrobotics.com

Generic *Field Elements* - Reusable Each Year

| Part Number | Description |
|---|---|
| 278-1501 | Field Perimeter Frame & Hardware |
| 276-8242 | Portable Competition Field Perimeter |
| 276-6905 | Anti-Static Field Tiles (18-Pack) |
| 276-7741 | Smart Field Controller Kit |

Official VEX V5 Robotics Competition Override Specific Elements

| Part Number | Description | Quantity per Full Field |
|---|---|---|
| 276-9250 | V5RC 2026-27 Full Field & Game Element Kit | |
| 276-9251 | V5RC 2026-27 Game Element Kit | 1 |
| 276-9252 | V5RC 2026-27 Field Element Kit 1 | 1 |
| 276-9091 | V5RC Field Element Plates (4-Pack)* | 2 |

*Optional. Only needed if Field Element Plates are not already owned.

Practice Elements

| Part Number | Description |
|---|---|
| 276-9255 | V5RC 2026-27 Scoring Element Kit |


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 558 of 1005 PageID 1187

# Field Specifications Introduction

This section will outline the specifications that are most important to *Teams* designing a *Robot* to compete in VEX V5 Robotics Competition Override. Though many of the critical dimensions are included in this section, it may be necessary to consult the separate assembly guide and 3D CAD models of the *Field* for an additional level of detail. If you can't find a dimension in the specifications, we include a full model of the *Field* to "virtually" measure whatever dimension is necessary.

*Field* components may vary slightly from event to event. This is to be expected; *Teams* will need to adapt accordingly. It is good design practice to create mechanisms capable of accommodating variances in the *Field* and *Scoring Objects*.

*Note: Minor Field repairs are permissible, provided that the repairs do not affect gameplay. Examples of minor Field repairs include (but are not limited to) threadlocker applied to Field Element mounting hardware. Be sure to check the Official Q&A for specific examples or to get an official clarification.*





Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

## PIN SPECIFICATIONS






| | | |
|---|---|---|
| Description | PIN SPECIFICATIONS | |
| Dwg No | 2026-27 APPENDIX A | |
| Competition | VEX V5 ROBOTICS COMPETITION | Sheet 1 of 1 |
| Release | 2026-04-27 | ALL DIMENSIONS ARE IN INCHES [MILLIMETERS]. |

WWW.VEXROBOTICS.COM



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

## CUP SPECIFICATIONS




| | | |
|---|---|---|
| Description | CUP SPECIFICATIONS | |
| Dwg No | 2026-27 APPENDIX A | |
| Competition | VEX V5 ROBOTICS COMPETITION | Sheet 1 of 1 |
| Release | 2026-04-27 | ALL DIMENSIONS ARE IN INCHES [MILLIMETERS]. |

WWW.VEXROBOTICS.COM


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

## GOAL SPECIFICATIONS




| | | |
|---|---|---|
| Description | GOAL SPECIFICATIONS | |
| Dwg No | 2026-27 APPENDIX A | |
| Competition | VEX V5 ROBOTICS COMPETITON | Sheet 1 of 1 |
| Release | 2026-04-27 | ALL DIMENSIONS ARE IN INCHES [MILLIMETERS]. |

www.VEXROBOTICS.com



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 562 of 1005 PageID 1191

## TOGGLE SPECIFICATIONS




| | |
|---|---|
| Description | TOGGLE SPECIFICATIONS |
| Dwg No | 2026-27 APPENDIX A |
| Competition | VEX V5 ROBOTICS COMPETITION — Sheet 1 of 1 |
| Release | 2026-04-27 — ALL DIMENSIONS ARE IN INCHES [MILLIMETERS]. |

www.VEXROBOTICS.com


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.






Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 564 of 1005 PageID 1193

## FIELD ELEMENT LOCATIONS




**AUDIENCE VIEW**

| | | |
|---|---|---|
| Description | FIELD ELEMENT LOCATIONS | |
| Dwg No | 2026-27 APPENDIX A | |
| Competition | VEX V5 ROBOTICS COMPETITION | Sheet 1 of 1 |
| Release | 2026-04-27 | ALL DIMENSIONS ARE IN INCHES [MILLIMETERS]. |

WWW.VEXROBOTICS.COM




| | | | |
|---|---|---|---|
| VEX V5 ROBOTICS COMPETITION | Description | TAPE LINE SPECIFICATIONS | |
| | Dwg No | 2026-27 APPENDIX A | |
| | Competition | VEX V5 ROBOTICS COMPETITION | Sheet 1 of 1 |
| | Release | 2026-04-27 | ALL DIMENSIONS ARE IN INCHES [MILLIMETERS]. |

WWW.VEXROBOTICS.COM

# SCORING OBJECT LOCATIONS

NOTE: Layout shown here is for V5RC Head-to-Head Matches. Other Match types may or may not start with Pins in some/all neutral Goals.




AUDIENCE VIEW

| | | |
|---|---|---|
| Description | SCORING OBJECT LOCATIONS | |
| Dwg No | 2026-27 APPENDIX A | |
| Competition | VEX V5 ROBOTICS COMPETITION | Sheet 1 of 1 |
| Release | 2026-04-27 | ALL DIMENSIONS ARE IN INCHES [MILLIMETERS]. |

WWW.VEXROBOTICS.COM






Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

## METAL FIELD PERIMETER SPECIFICATIONS




**Field Critical Dimensions**

- ~140.5" Square Wall to Wall, Inside
- 11.5" Wall Height
- 1.27" Wall Thickness

**NOTE:**
Some events not using anti-static field tiles may elect to use Techspray 1726-QT, or a suitable replacment, to prevent static buildup on the foam tiles.

| | | |
|---|---|---|
| Description | METAL FIELD PERIMETER SPECIFICATIONS | |
| Dwg No | 2026-27 APPENDIX A | |
| Competition | VEX V5 ROBOTICS COMPETITION | Sheet 1 of 1 |
| Release | 2026-04-27 | ALL DIMENSIONS ARE IN INCHES [MILLIMETERS]. |

www.VEXROBOTICS.com

## TOGGLE ASSEMBLY - STARTING ORIENTATION







| | | |
|---|---|---|
| Description | TOGGLE ASSEMBLY - STARTING ORIENTATION | |
| Dwg. No. | 2026-27 APPENDIX A | |
| Competition | VEX V5 ROBOTICS COMPETITION | Sheet 1 of 1 |
| Release | 2026-04-27 | ALL DIMENSIONS ARE IN INCHES [MILLIMETERS]. |

WWW.VEXROBOTICS.COM



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.




| | | |
|---|---|---|
| Description | APRILTAG NUMBERING/LOCATIONS | |
| Dwg No | 2026-27 APPENDIX A | |
| Competition | VEX V5 ROBOTICS COMPETITION | Sheet 1 of 1 |
| Release | 2026-04-27 | ALL DIMENSIONS ARE IN INCHES [MILLIMETERS]. |

WWW.VEXROBOTICS.COM


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

## TOGGLE MOUNTING - METAL FIELD PERIMETER




Note: This is not intended to be an exhaustive list of allowed mounting methods. You may use one of the two different methods shown here, or you may use another custom mounting solution of your own.



ToggleMountingBlock.STEP

Click here to download this .STEP file

| | | | |
|---|---|---|---|
| Description | TOGGLE MOUNTING - METAL FIELD PERIMETER | | |
| Dwg. No. | 2026-27 APPENDIX A | | |
| Competition | VEX V5 ROBOTICS COMPETITION | Sheet 1 of 1 | |
| Release | 2026-07-02 | ALL DIMENSIONS ARE IN INCHES [MILLIMETERS]. | |

WWW.VEXROBOTICS.COM



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Copyright 2026, VEX Robotics, Inc.



VEX V5 ROBOTICS COMPETITION

OVERRIDE

# Appendix B
# Glossary of Terms

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 573 of 1005 PageID 1202

# Appendix B - Glossary of Terms

**Adult** - Anyone who is not a *Student* or another defined term (e.g., *Head Referee*).

**Alliance** - A pre-assigned grouping of two *Robots* that are paired together during a given *Head-to-Head Match*.

**Alliance Captain** - One of the *Teams* with the privilege of inviting another available *Team* to form an *Alliance* for *Elimination Matches*. See <T16>.

**Alliance Selection** - The process of choosing the permanent *Alliances* for *Elimination Matches*. The *Alliance Selection* proceeds as follows:

1. The highest-ranked *Team* at the end of *Qualification Matches* becomes the first *Alliance Captain*.
2. The *Alliance Captain* invites another *Team* to join their *Alliance*.
3. The invited *Team* representative either accepts or declines as outlined in <T16>.
4. The next-highest-ranked *Team* becomes the next *Alliance Captain*.
5. *Alliance Captains* continue to select their *Alliances* in this order until all *Alliances* are formed for *Elimination Matches*.

**Alliance Station** - The designated regions where the *Drive Team Members* must remain for the duration of the *Match*.

**Autonomous Bonus** - A point bonus awarded to the *Alliance* that has earned the most points at the end of the *Autonomous Period*. See <SC7> for more information.

**Autonomous Coding Skills Match** - see *Match*.

**Autonomous Line** - The pair of white tape lines that run diagonally across the *Field* and around the *Midfield*, and the space between those lines. See <SG7> for more information.

**Autonomous Period** - A time period during which *Robots* operate and react only to sensor inputs and pre-programmed commands.

**Autonomous Points (AP)** - The second basis of ranking *Teams*. An *Alliance* who wins the *Autonomous Bonus* during a *Qualification Match* earns ten (10) *Autonomous Points*. In the event of a tie, both *Alliances* will receive five (5) *Autonomous Points*.



Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**Autonomous Win Point (AWP)** - An additional *Win Point* awarded to any *Alliance* that has completed a defined set of tasks at the end of the *Autonomous Period* of a *Qualification Match*. Both *Alliances* can earn an *Autonomous Win Point* if both *Alliances* accomplish these tasks. See <SC7> for more information.

**Builder** - Any *Student Team* member who helps build the *Robot*. *Adults* are permitted to teach *Builders* associated concepts, but should never work on the *Robot*.

**Bye** - A situation in which an *Alliance* automatically advances to the next round of *Tournament* play without competing.

**Coder** - Any *Student Team* member who contributes to the computer code that is downloaded onto the *Robot*. *Adults* are permitted to teach *Coders* associated concepts, but should never work on the code that goes on the *Robot*.

**Cup** - A *Scoring Object*, measuring approximately 3.15" (80mm) in diameter and 6.5" (164.5mm) tall. Each *Cup* consists of two halves: one transparent and one opaque.



***Figure C-1:*** *A Cup*

**Defensive** - A category of strategies, *Robot* actions, and/or *Robot* statuses that can be employed by a *Team* during a *Match*; see rules <GG14> and <GG15> for more information. A *Robot* is *Defensive* while it is engaged in actions that cannot increase its *Alliance's* score for the current *Match*, and instead limits an opponent's ability to score or play the game. A *Robot* can be in *Possession* of a *Scoring Object* and capable of scoring, but still be *Defensive* based on its actions. Examples include, but are not limited to:

- De-scoring in a way that doesn't increase points for the *Robot's* own *Alliance*
- Limiting access to a portion of the *Field* while not attempting to score
- *Holding*, blocking, impeding, or otherwise restricting or controlling an opponent's movements


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Remember, *Defensive Robot* actions or *Robot* statuses are not automatically *Violations*. However, *Robot* actions or statuses that are performed or achieved in a *Defensive* manner are more likely to be *Violations*, and *Teams* should be more careful when employing *Defensive* strategies.

**Designer** - Any *Student Team* member who helps design the *Robot* to be built for competition. *Adults* are permitted to teach *Designers* associated concepts, but should never work on the design of the *Robot*.

**Disablement** - A penalty applied to a *Team* for a safety *Violation*. A *Team* that receives a *Disablement* is not allowed to operate their *Robot* for the remainder of the *Match*, and the *Drive Team Member*(s) will be asked to place their controller(s) on the ground or another safe location outside of the *Field*, as directed by the *Head Referee*.

**Disqualification** - A penalty applied to a *Team* for a *Major Violation* (see <GG6> for more details). If a *Team* receives a *Disqualification* in a *Match*, the *Head Referee* will notify the *Team* of their *Violation* at the end of the *Match*. A *Team* that receives a *Disqualification* in a *Qualification Match* receives zero *Win Points*, zero *Autonomous Win Points*, zero *Autonomous Points*, and zero *Strength of Schedule Points*. When a *Team* receives a *Disqualification* in an *Elimination Match*, the entire *Alliance* is *Disqualified* and they receive a loss for the *Match*. At the *Head Referee's* discretion, repeated *Violations* and/or *Disqualifications* for a single *Team* may lead to its *Disqualification* for the entire *Tournament* (see <GG6>). A *Team* that receives a *Disqualification* in a *Driving Skills Match* or *Autonomous Coding Skills Match* receives a score of zero for that *Robot Skills Match*.

**Drive Team Member** - A *Student* who stands in the *Alliance Station* during a *Match*. *Adults* are not allowed to be *Drive Team Members*. See rule <GG1>.

**Driver Controlled Period** - A time period during which *Drive Team Members* operate their *Robot* using a VEX V5 controller.

**Driving Skills Match** - see *Match*.

**Elimination Bracket** - A schedule of *Elimination Matches* for eight (8) to sixteen (16) *Alliances*. See <T17>.

**Elimination Match** - see *Match*.

**Endgame** - A time period consisting of the last 10 seconds of a *Head-to-Head Match*, in which *Robots* attempt to end the *Match* in the *Midfield*. See rule <SG12>.

**Entanglement** - A *Robot* status. A *Robot* is *Entangled* if it has grabbed, hooked, or attached to an opposing *Robot* or a *Field Element*. See rule <GG14>.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**Event Partner** - The volunteer VEX V5 Robotics Competition *Tournament* coordinator who serves as an overall manager for the volunteers, venue, event materials, and all other event considerations.

**Field** - The entire playing *Field*, comprising the *Floor* and the *Field Perimeter*.

**Field Element** - The *Field*, white tape, *Loaders*, *Goals*, *Toggles*, and all supporting structures and accessories (such as field monitors, etc.).

**Field Perimeter** - The outer part of the *Field*, made up of 12 straight sections.

**Floor** - The interior flat part of the playing *Field*, made up of an array of six (6) gray foam field tiles wide by six (6) gray foam field tiles long (totaling 36 *Field* tiles) that are within the *Field Perimeter*.

**Game Design Committee (GDC)** - The creators of Override, and authors of this Game Manual. The *Game Design Committee* is the only official source for rules clarifications and Q&A responses; see Section 1.

**Goal** - One of the nine (9) designated locations around the *Field* in which *Robots* attempt to score *Pins* and *Cups*. *Goals* are octagonal, and each *Goal* is one of three colors: red, blue, or black. The center *Goal* is 8.7" (222.7mm) tall, neutral *Goals* in *Quadrants* are 5.8" (146.5mm) tall, and *Alliance*-specific *Goals* are 3.25" (82.5mm) tall.



***Figure G-1:*** *The four types of Goals in a V5RC Override Match*

**Head Referee** - A certified impartial volunteer responsible for enforcing the rules in this manual as written. *Head Referees* are the only people who may discuss ruling interpretations or scoring questions with *Teams* at an event. Large events (e.g., Signature Events, World Championships, etc.) might include multiple *Head Referees* at the *Event Partner's* discretion.

**Head-to-Head Match** - see *Match*.

**Holding** - A *Robot* status; see rule <GG17> for more information. *Holding* is legal until it exceeds the limits in <GG17>. A *Robot* is considered to be *Holding* if it meets any of the following criteria during a *Match*:


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

- *Trapping* - Limiting the movement of an opponent *Robot* to a small or confined area of the *Field*, approximately the size of one foam field tile or less, without an avenue for escape. Note that if a *Robot* is not attempting to escape, it is not considered *Trapped*.
- *Pinning* - Preventing the movement of an opponent *Robot* through contact with the *Field Perimeter*, a *Field Element*, or another *Robot*.
- *Lifting* - Controlling an opponent's movements by raising or tilting the opponent's *Robot* off of the *Floor*. Preventing a *Robot* that is already off of the *Floor* from returning to the *Floor* may also be considered *Lifting* or *Trapping*.

**Loader** - One of the four designated locations (two per *Alliance*) around the *Field* where *Drive Team Members* can introduce *Match Load Pins* and *Cups*. See rule <SG11>.



***Figure L-1:*** *A Loader*

**Load Zone** - An infinitely tall three-dimensional volume bounded by the inner edges of the *Field Perimeter* and the outer edges of the red or blue tape lines surrounding each *Loader*.

**Match** - A set time period, consisting of an *Autonomous Period* and/or *Driver Controlled Periods*, during which *Teams* play a defined version of Override to earn points.

Match types:

- *Autonomous Coding Skills Match* - A *Robot Skills Match* in which a single *Robot* operates during a one minute *Autonomous Period*. There is no *Driver Controlled Period*. *Teams* can elect to end an *Autonomous Coding Skills Match* early if they wish to record a *Skills Stop Time*.
- *Driving Skills Match* - A *Robot Skills Match* in which one *Team* operates their *Robot* during a one minute *Driver Controlled Period*. There is no *Autonomous Period*. *Teams* can elect to end a *Driving Skills Match* early as described in rule <RSC5> if they wish to record a *Skills Stop Time*.
- *Elimination Match* - A *Head-to-Head Match* used in the process of determining the champion *Alliance*. *Alliances* of two (2) *Teams* face off according to the *Elimination Bracket*; the winning *Alliance* moves on to the next round.
- Head-to-Head Match - A *Match* that consists of two *Alliances* that work to outscore the other *Alliance* in a


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

two-minute *Match*. *Qualification Matches*, Finals *Matches*, and optional *Practice Matches* are *Head-to-Head Matches*.

- Practice Match - A non-scored *Head-to-Head Match* used to provide time for *Teams* to get acquainted with the official playing *Field* and procedures. *Head Referees* should not record or track standard gameplay *Violations* that occur during *Practice Matches*. Egregious *Violations* may be recorded and tracked at the discretion of the *Head Referee*.
- Qualification Match - A *Head-to-Head Match* that is used to determine *Teams'* rankings for *Alliance Selection*. Each *Qualification Match* consists of two *Alliances* competing to earn *Win Points*, *Autonomous Points*, and *Strength of Schedule Points*.
- *Robot Skills Match* - A *Driving Skills Match* or *Autonomous Coding Skills Match*.

| Match Type | Participants | Specific Rules | Autonomous Period (m:ss) | Driver Controlled Period (m:ss) |
|---|---|---|---|---|
| *Head-to-Head Match* | Two *Alliances* (red/blue) each composed of two *Teams*, with one *Robot* each | Scoring ("SC"), General Game ("GG") and Specific Game ("SG") sections | 0:15 | 1:45 |
| *Driving Skills Match* | One *Team*, with one *Robot* | Section 3 | None | 1:00 |
| *Autonomous Coding Skills Match* | One *Team*, with one *Robot* | Section 3 | 1:00 | None |
| VEX U Robotics Competition *Head-to-Head Match* | Two *Teams* (red/blue), with two *Robots* each | Section 6 | 0:30 | 1:30 |
| VEX U Robotics Competition *Driving Skills Match* | One *Team*, with two *Robots* | Section 6 | None | 1:00 |
| VEX U Robotics Competition *Autonomous Coding Skills Match* | One *Team*, with two *Robots* | Section 6 | 1:00 | None |

**Match Load** - One of the 20 *Cups*, 10 per *Alliance*, or 22 *Pins*, 11 per *Alliance*, that begin the *Match* in an *Alliance Station* and which may be introduced during the *Match*. See rule <SG11>.

**Match Schedule** - A list of *Matches* that is generated at the start of an event. The *Match Schedule* includes the predetermined, randomly-paired *Alliances* that will be competing in each *Qualification Match*, and the expected start times for these *Matches*. The *Match Schedule* may be subject to change at the *Event Partner's* discretion.

**Midfield** - The square-shaped central area of the *Field* in which *Robots* attempt to end the *Match* to score additional points. The *Midfield* is an infinitely tall three-dimensional volume bounded by the inner edges of the white tape line square, and can be entered by all *Robots* during the *Autonomous Period*. See Figure Q-1.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**Notebooker** - Any *Student Team* member who contributes to the *Team's* engineering notebook or associated documentation. *Adults* are permitted to teach *Notebookers* associated concepts, but should never work on the engineering notebook or other documentation.

**Qualification Match List**

*Lions Middle School VEX V5 Robotics Competition*

| Match | Field | Time | Red 1 | Red 2 | Blue 1 | Blue 2 |
|---|---|---|---|---|---|---|
| Q1 | Field 1 | Sat 9:30 AM | 1660B | 8686R | 29651B | 29651C |
| Q2 | Field 2 | Sat 9:33 AM | 33249H | 33249C | 29651F | 33249B |
| Q3 | Field 3 | Sat 9:37 AM | 13115D | 32222A | 77240K | 1660C |
| Q4 | Field 1 | Sat 9:40 AM | 13115C | 8686D | 33249E | 40994D |
| Q5 | Field 2 | Sat 9:44 AM | 40994E | 40994C | 13115A | 13115B |
| Q6 | Field 3 | Sat 9:47 AM | 1660A | 29651Z | 8686M | 32222J |
| Q7 | Field 1 | Sat 9:51 AM | 29356Z | 97735C | 8686G | 8686P |
| Q8 | Field 2 | Sat 9:54 AM | 29651D | 29651F | 8686R | 8686D |
| Q9 | Field 3 | Sat 9:58 AM | 32222J | 29651B | 33249H | 13115B |
| Q10 | Field 1 | Sat 10:01 AM | 13115A | 33249E | 97735C | 32222A |
| Q11 | Field 2 | Sat 10:05 AM | 8686M | 29651C | 8686P | 13115D |

***Figure MS-1:*** *An example of a Qualification Match Schedule*

**Offensive** - A category of strategies, *Robot* actions, and/or *Robot* statuses that can be employed by a *Team* during a *Match*; see rules <GG14> and <GG15> for more information. A *Robot* is *Offensive* while it is engaged in actions that could directly increase its *Alliance's* score for the current *Match*. Examples include, but are not limited to:

- Adding a *Scoring Object* to a *Goal* to score points
- Moving toward a *Goal* with a *Scoring Object* that could earn points for their *Alliance*
- Changing the status of a *Toggle*
- Achieving (or attempting to achieve) any *Robot* status that adds points to their *Alliance's* score
- Obtaining (or attempting to obtain) *Scoring Objects*

**Owned** - A yellow *Pin* status. A *Placed* yellow *Pin* is *Owned* by an *Alliance* if the *Toggle* in that *Quadrant* is set to the *Alliance's* color.

**Placed** - A *Scoring Object* status. See <SC2>.

**Plowing** - A *Robot* / *Scoring Object* status. A *Robot* is considered to be *Plowing* a *Scoring Object* if the *Robot* is intentionally moving it in a preferred direction with a flat or convex face of the *Robot* or with another *Scoring Object*.

**Pin** - A *Scoring Object* measuring approximately 1.6" (40mm) in diameter and 6.5" (165mm) tall . Each *Pin* consists of two halves, and each half is red, blue, or yellow.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 580 of 1005 PageID 1209



*Figure P-1: The four types of Pins in a V5RC Override Match*

**Possession** - A *Robot* / *Scoring Object* status. A *Scoring Object* is considered *Possessed* by a *Robot* if a *Robot's* change in direction would result in controlled movement of the *Scoring Object*. This typically requires at least one of the following to be true:

- The *Scoring Object* is fully supported by the *Robot*
- The *Robot* is moving the *Scoring Object* in a preferred direction with a concave face of the *Robot* (or inside of a concave angle formed by multiple mechanisms/faces of the *Robot*)
- The *Robot* is holding the *Scoring Object* against the *Floor* or a *Field Element*

> The difference between *Possession* and *Plowing* is analogous to the difference between the terms "controlling" and "moving.

**Practice Match** - see *Match*.

**Preload** - The *Pins*, one (1) per *Robot*, placed by each *Team* prior to the start of each *Match*. See <SG5>.

**Quadrant** - One of four designated triangular areas of the *Field*. Each *Quadrant* contains two *Goals* and one *Toggle*. *Robots* may score *Pins* in the *Goals* within a *Quadrant* and may attempt to set that *Quadrant's Toggle* to control ownership of yellow *Pins Scored* in that *Quadrant*.

A *Quadrant* is defined by the outer edges of the white tape lines, the *Field Perimeter*, and the colored tape that defines the *Load Zones*.

Each *Quadrant* is described as red or blue based on the *Alliance*-colored *Goal* it includes. See Figure Q-1.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.




***Figure Q-1:*** *An overhead view of the Override Field with the four Quadrants (red and blue) and Midfield (yellow) highlighted.*

*The Quadrant labels (Red 1, Red 2, Blue 1, and Blue 2) correspond to scoring input areas inside Tournament Manager, and are not relevant outside of the Tournament Manager software.*

**Qualification Match** - see *Match*.

**Robot** - A machine that has passed inspection, designed by *Student Team* members to execute one or more tasks autonomously and/or by remote control from a *Drive Team Member*.

**Robot Skills Match** - see *Match*.

**Scored** - A *Scoring Object* status. See <SC3>.

**Scorekeeper Referee** - An impartial volunteer responsible for tallying scores at the end of a *Match*. *Score-keeper Referees* do not make ruling interpretations, and should redirect any *Team* questions regarding rules or scores to a *Head Referee*.

**Scoring Object** - A *Cup* or *Pin*.

**Skills Stop Time** - The time remaining in a *Robot Skills Match* when a *Team* ends the *Match* early. See <RSC5> for more details.

**Strategist** - Any *Student Team* member who contributes to the *Match* strategies used to score points during a *Qualification Match* or *Robot Skills Match*, including assessing the impact of other *Teams'* performance and strategies on the *Team's* strategy (e.g., scouting). *Adults* are permitted to teach *Strategists* associated concepts, but should never create or dictate a *Team's Match* strategy.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**Strength of Schedule Points (SP)** - The third basis of ranking *Teams*. *Strength of Schedule Points* are equivalent to the score of the losing *Alliance* in a *Qualification Match*. In the event of a tie, both *Alliances* receive *Strength of Schedule Points* equal to the tie score. If both *Teams* on an *Alliance* are *Disqualified*, the *Teams* on the not *Disqualified Alliance* will receive their own score as *Strength of Schedule Points* for that Match.

**Student** - A person that meets the Student Eligibility Policy requirements for their respective competition program and level.

**Team** - One or more *Students* make up a *Team*. In the context of this game manual, *Student Team* members fill multiple roles related to *Robot* design, build, coding, strategy, and documentation. See <G2>, <G4>, <G5> for more information. *Adults* may not fulfill any of these roles. See Appendix D for more information about *Team* classifications and *Student* roles.

**Time-out** - A single break period no greater than three minutes (3:00) allotted for each *Alliance* during the *Elimination Bracket*. See <GG7>.

**Toggle -** One of four (4) triangular shaped *Field Elements* mounted to the *Field Perimeter* that can be *Owned* to control yellow *Pins Scored* in the corresponding *Quadrant*. Each *Toggle* has 3 sides that, when viewed from inside the *Field*, indicate which *Alliance Owns* the *Toggle*. *Toggles* are 25.8" (656.2mm) long and each face of the triangle is approximately 2.05" (52.2mm) wide . See <SC4> for more information.



***Figure T-1:*** *A Toggle.*

**Tournament** - A competition event that includes scored *Matches*, and which is run by an *Event Partner*.

**Violation** - The act of breaking a rule in the game manual. See Appendix C for additional information on *Violations* and penalties.

- Minor Violation - A *Violation* which does not result in a *Disqualification*.
- Major Violation - A *Violation* which results in a *Disqualification*.
- Match Affecting - A *Violation* which changes the winning and losing *Alliance* in the *Match*.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

**Win Percentage (WP)** - Replaces *Win Points* in a league event. *Win Percentage* is calculated by the number of wins divided by the number of *Qualification Matches* the *Team* plays. In cases of a tie, the *Team* is given a 0.5 number of "wins" for that *Match*. The *Autonomous Win Point* is also considered 0.5 "wins," added to the total number of wins.

**Win Points (WP)** - The first basis of ranking *Teams*. *Teams* will receive zero (0), one (1), two (2), or three (3) *Win Points* for each *Qualification Match*. Unless a *Team* is *Disqualified*, both *Teams* on an *Alliance* always earn the same number of *Win Points*.

- One (1) *Win Point* is awarded for completing the *Autonomous Win Point* task(s).
- Two (2) *Win Points* are awarded for winning a *Qualification Match*.
- One (1) *Win Point* is awarded for tying a *Qualification Match*.
- Zero (0) *Win Points* are awarded for losing a *Qualification Match*.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Case 3:26-cv-03117-S Document 4 Filed 09/17/26 Page 584 of 1005 PageID 1213



VEX V5 ROBOTICS COMPETITION OVERRIDE

# Appendix C
# Rule Violations



# Appendix C - Rule Violations

This appendix is intended to provide additional guidance regarding rule *Violations* within the VEX V5 Robotics Competition, and offer further explanation on how *Violations* may be interpreted and enforced during *Matches*. It is designed to promote consistency in officiating and to help *Teams* better understand how actions on the *Field* may impact scoring, *Match* outcomes, and referee decisions.

All *Violation* Notes to denote special circumstances or provide additional clarifications have been consolidated into this section such that they may be easily referenced. If no *Violation* Notes are found in a given rule, then it should be assumed that the below "default" definitions apply.

This appendix does not supersede any existing rule, but instead serves as a secondary resource to aid in their application.

**Violation** - The act of breaking a rule in the Game Manual.

- Minor Violation - A *Violation* which does not result in a *Disqualification*.
  - Accidental, momentary, or otherwise non *Match Affecting Violations* are usually *Minor Violations*.
  - *Minor Violations* usually result in a verbal notification from the *Head Referee* during the *Match*, which should serve to inform the *Team* that a rule is being Violated before it escalates to a *Major Violation*.
- Major Violation - A *Violation* which results in a *Disqualification*.
  - Unless otherwise noted in a rule, all *Match Affecting Violations* are *Major Violations*.
  - If noted in the rule, egregious or strategic *Violations* or intentional actions that result in *Violations* may also be *Major Violations*.
  - Multiple *Minor Violations* within a *Match* or *Tournament* may escalate to a *Major Violation* at the *Head Referee's* discretion or as specified in a rule. *Minor Violations* carry over into *Elimination Matches* unless otherwise specified within a rule.
- Match Affecting - A *Violation* which changes the winning and losing *Alliance* in the *Match*.
  - Multiple *Violations* within a *Match* can cumulatively become *Match Affecting*.
  - When evaluating if a *Violation* was *Match Affecting*, *Head Referees* will focus primarily on any *Robot* actions that were directly related to the *Violation*.
  - Determining whether a *Violation* was *Match Affecting* can only be done once the *Match* is complete and the scores have been calculated.
  - To determine whether a *Violation* may have been *Match Affecting*, check whether the *Team* who committed the *Violation* won or lost the *Match*. If they did not win the *Match*, then the *Violation* could not have been *Match Affecting*, and it was very likely a *Minor Violation*.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Copyright 2026, VEX Robotics, Inc.


VEX V5 ROBOTICS COMPETITION
OVERRIDE

# Appendix D
# Team Classifications and Student Roles

# Appendix D - Team Classifications and Student Roles

One or more *Students* make up a *Team*. To participate in an official VEX V5 Robotics Competition event, a *Team* must first register on events.vex.com and receive a VEX V5 Robotics Competition *Team* number. A *Team's* unique number identifies their organization and their *Team* within that organization. Each *Team* must design and build their own *Robot*, create their own code, develop their own strategies to play the game, and maintain their own engineering notebook if they choose to use one.

- A *Team* is classified as a Middle School *Team* if all members are Middle School *Students*.
- A *Team* is classified as a High School *Team* if any of its members are High School *Students*, or if the *Team* is made up of Middle School *Students* who declare themselves "playing up" as High School *Students* by registering their *Team* as a High School *Team*.
- Once a *Team* has competed in an event as a High School *Team*, that *Team* may not change back to a Middle School *Team* for the remainder of the season. If a *Team* mistakenly registers as a Middle School *Team* but is ineligible for that age group, their registration may be revised mid-season with the assistance of VEX Robotics; all prior qualifications for the season will be lost.
- *Teams* may be associated with schools, community/youth organizations, or groups of neighborhood *Students*.

In the context of this Game Manual, *Student Team* members fill multiple roles related to *Robot* design, build, coding, strategy, and documentation. See <G2>, <G4>, <G5> for more information. *Adults* may not fulfill any of these roles.

- **Designer** - Any *Student Team* member who helps design the *Robot* to be built for competition. *Adults* are permitted to teach *Designers* associated concepts, but should never work on the design of the *Robot*.
- **Builder** - Any *Student Team* member who helps build the *Robot*. *Adults* are permitted to teach *Builders* associated concepts, but should never work on the *Robot*.
- **Coder** - Any *Student Team* member who contributes to the computer code that is downloaded onto the *Robot*. *Adults* are permitted to teach *Coders* associated concepts, but should never work on the code that goes on the *Robot*.
- **Strategist** - Any *Student Team* member who contributes to the *Match* strategies used to score points during a *Qualification Match* or *Robot Skills Match*, including assessing the impact of other *Teams'* performance and strategies on the *Team's* strategy (e.g., scouting). *Adults* are permitted to teach *Strategists* associated concepts, but should never create or dictate a *Team's Match* strategy.
- **Notebooker** - Any *Student Team* member who contributes to the *Team's* engineering notebook or associated documentation. *Adults* are permitted to teach *Notebookers* associated concepts, but should never work on the engineering notebook or other documentation.


Version 1.1 - Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc.

Copyright 2026, Innovation First, Inc./ VEX Robotics, Inc. Version 1.1 - Released August 6, 2026

Unauthorized copying, reproduction, adaptation, or use of this material in whole or in part without the express prior written consent of Innovation First, Inc. is strictly prohibited.

Unauthorized use, including use for or in connection with any non-VEX event or competing competition or program, is subject to civil and/or criminal prosecution of the responsible person(s).

# RECF ENGAGE

## ROBOTICS COMPETITION

## TIER TAKEOVER

## 2026-2027

### Game Manual Version 1.1

The RECF Engage Robotics Competition is operated by the Robotics Education & Competition Foundation (RECF), a 501(c)(3) nonprofit. This competition is not sponsored by, affiliated with, or endorsed by VEX Robotics, Inc. or Innovation First, Inc. VEX®, VEX IQ®, VEXnet®, VEXcode®, and VEXos® are registered trademarks of Innovation First, Inc. and are used here only to identify hardware and software that participating teams may legally use in competition.

RECF ROBOTICS COMPETITIONS

Copyright 2026, Robotics Education & Competition Foundation

# RECF Engage Robotics Competition Tier Takeover

# 2026-2027

## Game Manual Version 1.1

## July 10, 2026

Copyright 2026, Robotics Education & Competition Foundation

# Prefix

## Welcome and Thank You

Welcome to the Robotics Education & Competition Foundation (RECF) Engage Robotics Competition!

In RECF Engage, students will explore creativity, teamwork, innovation, and engineering in a fun environment designed to inspire the next generation of problem-solvers and leaders.

RECF Engage will get students excited about STEM through hands-on learning, documentation, and competition. Students are at the center of everything we do, and they are encouraged to take ownership of their ideas while working collaboratively with teammates and solving real world problems.

One of our goals with RECF Engage is to allow for broader robotics access for all students. As a part of that goal, we encourage student resourcefulness and outside-the-box thinking with multiple robotics system options as well as allowances for custom plastic and 3D printing.

We are grateful that you have chosen the RECF as your robotics program provider. With so many opportunities available, we are honored that you selected our program to support your students' learning and growth.

Thank you for joining our community. We cannot wait to see what your teams achieve this season!

## About the RECF

The Robotics Education & Competition Foundation is a registered US 501(c)(3) non-profit organization that exists to spark interest in science, technology, engineering and math by engaging students in hands-on, sustainable, and affordable curriculum-based robotics programs.

Our global mission is to provide every educator with competition, education, and workforce readiness programs to increase student engagement in science, technology, engineering, math, and computer science. We see a future where every student designs and innovates as part of a team, overcomes failure, perseveres, and emerges confident in their ability to meet global challenges.

As a company, we embrace the core values of passion, integrity, and excellence, which we try to embody in everything we do.


Copyright 2026, Robotics Education & Competition Foundation

# Revision History

RECF will release updated game manuals periodically through the season, and a schedule of planned updates should be available in the next update (August 18, 2026). Each event or league session must use the latest rule set published before the start of the event. Answers in the official Q&A system are effective immediately unless stated otherwise in the answer.

Version 1.0 - June 10, 2026

- Initial release

Version 1.1 - July 10, 2026

- Added links to official Q&A system (games.recf.org)
- 1.6 - Added examples for fouls and penalties and clarified who has jurisdiction to decide a foul.
- 2.0 - Clarified that robots cannot participate in matches while breaking robot rules
- 2.2.1 - Changed to allow horizontal expansion up to 24" long
- 2.2.2 - Clarified that students can modify VEX IQ® & LEGO® structural pieces
- 2.2.3 - Added minimum license plate size and maximum license plate thickness
- 2.2.4 - Clarified that a custom 3D-printed part can consist of a single contiguous part or a multi-part component that meets the size requirements for a single part
- 2.2.4 - Specified that custom license plates, controller accessories, basic spacers, and adapters and parts made solely to adapt other legal hardware systems to VEX IQ® electronics do not count towards the custom plastic parts limit and don't have to be designed/modified by student team members
- 2.2.4 - Added LEGO® SPIKE™ Essential to list of legal structural parts
- 2.2.4 - Added LEGO® Mindstorms® motors to list of legal electronic parts
- 2.3 - Moved robot coding rules to this section
- 7.4.4 - Added information about tiebreakers for alliance match rankings
- 7.4.5 - Added information about leagues
- Minor corrections throughout


Copyright 2026, Robotics Education & Competition Foundation

# Table of Contents

**Prefix** **3**
Welcome and Thank You 3
About the RECF 3
Revision History 4
Table of Contents 5
**Section 1: The RECF Engage Robotics Competition** **8**
1.1 About the RECF Engage Robotics Competition 8
1.2 The 2026-2027 RECF Engage Game: Tier Takeover 8
1.3 Five RECF Engage Competition Challenges 9
1.4 RECF Program Rules 9
1.4.1 RECF Policies 9
1.4.2 RECF Engage Teams & Students 9
1.4.3 Supervision & Release Forms 10
1.5 Definitions 10
1.5.1 General Definitions 10
1.5.2 Tier Takeover Definitions 11
1.6 Fouls & Foul Cards 12
1.6.1 Official Warning 12
1.6.2 Yellow Card 12
1.6.3 Red Card 13
1.6.4 Fouls affect eligibility for finals matches 13
**Section 2: Design, Build, and Code a Robot** **14**
2.1 Robot design 14
2.1.1 Teams design their own robots 14
2.1.2 Outside references are okay as starting points 14
2.2 Robot build 14
2.2.1 Basic requirements 14
2.2.2 Modifying parts 14
2.2.3 Required parts 15
2.2.4 Optional parts 15
2.2.5 Disallowed items 17
2.3 Robot Code 17
2.3.1 Students create their own code 17
2.3.2 Coding libraries are okay as starting points 17
**Section 3: Tier Takeover Solo Driving Matches** **18**
3.1 Scoring 19
3.1.1 Each bean bag only gets points for one goal 19
3.1.2 Some bean bags can only be scored in matching goals 19
3.1.3 Each bean bag in a matching floor goal is scored 19
3.1.4 Each bean bag on L1, L2, or L3 of a matching tiered goal is scored 19


Copyright 2026, Robotics Education & Competition Foundation

3.1.5 Each yellow bean bag on an L4 goal is scored 19
3.1.6 A robot parked in its load zone earns points 19
3.1.7 Scoring Example 20
3.2 Starting Positions 21
3.2.1 Driver box for solo driving matches 21
3.2.2 Robot starting position 21
3.2.3 Preload bean bag 21
3.3 Match Play 21
3.3.1 The robot can only operate while the match timer is counting down 21
3.3.2 One bean bag at a time in most cases 21
3.3.3 Bean bags that leave the field aren't returned 22
3.3.4 Team-loaded bean bags 22
3.3.5 Don't reach into the field 22
3.3.6 How to stop a match early 22
3.3.7 Controller hand-off 22
3.4 What Happens When Things Go Wrong 23
3.4.1 Robot reset 23
3.4.2 Match replay 23
3.4.3 Field damage 23
3.4.4 Appealing a decision 23
**Section 4: Tier Takeover Solo Coding Matches 24**
4.1 Changes From Solo Driving Matches 24
4.1.1 Drive team members aren't limited to the driver box 24
4.1.2 No controller, and no controller hand-off 24
4.1.3 The robot can be reset as a strategy 24
**Section 5: Tier Takeover Alliance Matches 25**
5.1 Changes From Solo Driving Matches 25
5.1.1 Driver boxes for alliance matches 25
5.1.2 Robot starting positions 26
5.1.3 Team-loaded bean bags 26
5.1.4 Stopping a match early 26
5.2 What Happens When Things Go Wrong 27
5.2.1 Missed match or late to a match 27
**Section 6: Judging and Awards 28**
6.1 Engineering Notebooks 28
6.2 Team Interviews 28
6.3 Award Deliberation 28
**Section 7: Event Personnel, Processes, & Guidelines 29**
7.1 Event Personnel 29
7.1.1 Event Partner 29
7.1.2 Head Referee 29


Copyright 2026, Robotics Education & Competition Foundation

7.1.3 Scorekeeper Referee 29
7.1.4 Judge Advisor 29
7.1.5 Judge 30
7.1.6 Robot Inspector 30
7.1.7 Field Resetter 30
7.1.8 Queuer 30
7.1.9 Emcee 30
7.2 Event Processes 30
7.2.1 Team Check In 30
7.2.2 Robot Inspection 30
7.2.3 Creating the Alliance Match Schedule 31
7.2.4 Queueing 31
7.2.5 Running Matches 31
7.2.6 Creating Alliances for Finals Matches 31
7.2.7 Entering Award Winners 31
7.2.8 Finalizing an Event 32
7.3 Field Parameters 32
7.3.1 Equipment 32
7.3.2 Variances 32
7.4 Match Parameters 32
7.4.1 Solo Matches 32
7.4.2 Alliance Matches 32
7.4.3 Practice Matches 33
7.4.4 Finals Matches 33
7.4.5 League Events 33


Copyright 2026, Robotics Education & Competition Foundation

# Section 1: The RECF Engage Robotics Competition

## 1.1 About the RECF Engage Robotics Competition

The RECF Engage Robotics Competition (RECF Engage) provides a hands-on educational STEM experience focused on robot design, construction, strategy, programming, and problem-solving. The program emphasizes teamwork, critical thinking, communication, documentation, and real-world application of concepts.

RECF Engage teams consist of students up to 15 years old, categorized as either elementary school or middle school teams. Student team members make all of the decisions about their robot's design, construction, and programming—from blank paper all the way to the world championship.

The RECF Engage season consists of local qualifying events, which qualify teams for assigned event region championships. Event region championships then qualify teams for the RECF STEM World Championship. For more information on the qualification structure, refer to the RECF Qualifying Criteria.

## 1.2 The 2026-2027 RECF Engage Game: Tier Takeover

In Tier Takeover, robots navigate a 6'x8' field to collect bean bags and place them in and on matching goals to score points. Robots can push, lift, rotate, stack, toss, or plow bean bags, but must follow the rules of each specific match type.

In some matches, team members drive the robot. In others, the robot drives itself based on pre-programmed code written by the students. Not every robot and team will play the game the same way, and some ways to score are easier than others. Your strategies, and your robot, may change over time. As long as you follow the rules in this game manual and the official RECF Q&A system at games.recf.org, you can play the game however you like!





Copyright 2026, Robotics Education & Competition Foundation

## 1.3 Five RECF Engage Competition Challenges

- Design & Build a Robot (see section 2) - Using the engineering design process, work with your teammates to design, build, and test a robot to score points in matches
- Solo Driving Matches (see section 3) - 2 to 3 members of your team work together at the field to score points with a robot responding to input by remote control
- Solo Coding Matches (see section 4) - Up to 3 members of your team work together at the field to score points with a robot operated entirely by segments of code—no controller!
- Alliance Matches (see section 5) - Your team collaborates with another team at the field to score as many points as possible using both teams' robots
- Judging (see section 6) - Document and share your use of the engineering design process in an engineering notebook throughout the season, and describe your work to judges during interviews

## 1.4 RECF Program Rules

### 1.4.1 RECF Policies

All participants must follow the guidelines and rules in this game manual, the official RECF Engage Q&A at games.recf.org, and these additional official RECF policies.

- RECF Organizational Policy
- RECF Student-Centered Policy
- RECF Code of Conduct
- RECF Qualifying Criteria
- RECF Guide to Judging
- RECF Youth Protection Policy
- RECF Commitment to Coach Excellence
- RECF Commitment to Event Excellence

### 1.4.2 RECF Engage Teams & Students

Teams must be registered in RECFevents.org for the RECF Engage program to participate in RECF Engage qualifying events.

Each RECF Engage team has two or more students. Students are categorized by their age at the end of the 2027 RECF STEM World Championship. To compete in the U12 / Elementary School category, a student must be 12 years of age or younger on May 6, 2027. To compete in the U15 / Middle School category, a student must be 15 years of age or younger on May 6, 2027.

Team structure must follow the RECF Organizational Policy. Teams must be student-centered and follow the RECF Student-Centered Policy and the RECF Code of Conduct at all times, including at practices and when attending events.


Copyright 2026, Robotics Education & Competition Foundation

### 1.4.3 Supervision & Release Forms

When attending events, students must be accompanied by a responsible adult over the age of 18 for the duration of the event. All participants in RECF events must complete an RECF Participant Release Form each season.

## 1.5 Definitions

### 1.5.1 General Definitions

- **Alliance** - Two teams assigned to work cooperatively during a match to score shared points
- **Alliance Match** - A match that includes one or more cooperative alliances
- **Coach / Mentor** - A person who helps students learn concepts used in RECF competitions, and who helps create and organize teams, but who cannot contribute to the students' work used at competitions
- **Drive Team** - 2-3 students who participate in a match as representatives for their team
- **Driver Box** - An area near the field where a drive team must stand during a match
- **Engineering Notebook** - A physical or electronic document that records a team's use of the engineering design process, and their work during a competition season
- **Finals Match** - A match that includes two ranked teams paired by the tournament software, and is run to identify the tournament winners
- **Foul** - The act of breaking a rule during a match or event (see section 1.6 for more details)
- **Foul Card** - A tracking system for repeated rule infractions (see section 1.6 for more details)
- **Grounded** - Description of a robot that has broken a safety rule and is no longer allowed to participate in the match; the robot is not allowed to drive, and the controller should be placed on the floor or another nearby position (not on the field)
- **Robot** - A machine designed and built by students from parts that are legal for use in the RECF Engage competition
- **Solo Coding Match** - A one-minute match with one robot and one drive team, during which the robot operates only by code created by the students
- **Solo Driving Match** - A one-minute match with one robot and one drive team, during which students operate the robot by remote control
- **Student** - A team member who meets all requirements of the program, is within the age bracket, and who contributes to a team's notebook, robot design, build, code, and/or strategies or serves as a drive team member; a student can only participate on one RECF Engage team during a season
- **Tournament** - An official RECF Engage event that meets the requirements of the RECF Qualifying Criteria, and includes Alliance Matches, Solo Driving Matches, Solo Coding Matches, and optional judging


Copyright 2026, Robotics Education & Competition Foundation

### 1.5.2 Tier Takeover Definitions

- **Bean Bag** - A red, blue, or yellow flexible, fabric, pellet-filled object that is approximately 3”x4” with a weight of approximately 40 grams
- **Floor Goal** - A scoring location that consists of a vertical projection above a defined area of the field bordered by the inside of the field perimeter and the inside edges of the adjacent VEX IQ® parts; the floor goals are highlighted in orange in figure 1.5.2
- **L1, L2, or L3 Goal** - A scoring location that consists of a vertical projection above a labeled plastic sheet on one of the two tiered plastic structures on the field, marked as L1, L2, or L3; L1 goals are highlighted in green in figure 1.5.2, L2s are in purple, and L3s are in red
- **L4 Goal** - A scoring location that consists of a vertical projection above a flat plastic surface, marked as L4, attached to the top of a vertical PVC segment; the L4 goals are highlighted in pink in figure 1.5.2
- **Load Zone** - A section of the field, bordered by the inside of the field perimeter and the inside edges of the adjacent VEX IQ® parts, where drive team members can place team-loaded bean bags (see rule 3.3.4); the load zones are highlighted in blue in figure 1.5.2
- **Supply** - A set of bean bags that begin a match in a driver box



*Figure 1.5.2*


Copyright 2026, Robotics Education & Competition Foundation

Figure 1.5.2 highlights the following defined goals and zones:

- Blue = Load zones
- Orange = Floor goals
- Green = L1 goals
- Purple = L2 goals
- Red = L3 goals
- Pink = L4 goals

## 1.6 Fouls & Foul Cards

Fouls are decided by a head referee during a match and occur when a rule of gameplay or safety is broken. Fouls may also occur when the RECF Code of Conduct is violated during an event, as determined by the event partner or the head referee.

Foul cards serve as a tracking system for fouls. Foul cards are announced verbally by a head referee after a match and are recorded in the event management software. All foul cards stay with the team for the entire tournament.

For fouls that involve damage or potential damage to the field, people, or other robots, a head referee may also require that the drive team stop operating the robot and put their controller on the ground. This is called grounding.

Head referees should focus on helping teams avoid fouls before they happen, by calling out actions that may lead to a foul. Advance warnings like these do not count as official warnings, and are not recorded by referees.

### 1.6.1 Official Warning

An official warning is given to an alliance, team, or team member verbally by the head referee the first time they break a specific rule, provided the foul does not improve the score of a match. This official warning helps students learn how to prevent future fouls before they lead to penalties. Future violations of the same rule should result in a yellow card for that rule. For example, the first time a team is late switching the controller during a match, they will receive an official warning if the violation didn't improve the match score.

### 1.6.2 Yellow Card

A yellow card is given to an alliance, team, or team member the second time they break a rule (after they have received an official warning for breaking that specific rule). For example, if a team is late in switching their controller a second time during an event, they will receive a yellow card if the violation didn't improve the match score.


Copyright 2026, Robotics Education & Competition Foundation

### 1.6.3 Red Card

A red card is given to an alliance, team, or team member the third time they break a rule (after they have received a yellow card for breaking that specific rule). For example, the third time (and any additional times) a team is late switching a controller during a match would earn a team a red card.

A team that receives a red card will earn zero points for the current match. In an alliance match, a team that does not receive the red card will receive the actual score of the match. In finals matches, both teams in the alliance will receive a zero score.

Any foul that improves the score of the match will receive a red card for each offense. Fouls related to the RECF Code of Conduct, the RECF Student-Centered Policy, or safety rules may also receive a red card for each offense.

### 1.6.4 Fouls affect eligibility for finals matches

Any team that receives three or more red cards during an event cannot be part of an alliance for finals matches. Eligibility for judged awards may also be affected.


Copyright 2026, Robotics Education & Competition Foundation

# Section 2: Design, Build, and Code a Robot

Tier Takeover robots are primarily created using VEX Robotics® and/or LEGO® electronics and parts. Each robot must pass a brief inspection before it can participate in matches at an official RECF event. Robots may change during the competition, but should be reinspected. Intentionally breaking a robot rule for improved performance may be handled as a violation of the RECF Code of Conduct. A robot may not participate in a match if it is in violation of a robot rule.

Each robot must use a single branded system of electronics, but can use any combination of legal VEX® and LEGO® structural parts (see rule 2.2.2 for details).

## 2.1 Robot design

### 2.1.1 Teams design their own robots

A team's student members get to decide what their robot looks like, and what it does.

### 2.1.2 Outside references are okay as starting points

Teams can use someone else's design as a starting point, but should modify it to make it their own. They should be able to explain their design process and original ideas when asked. Outside references should be appropriately credited and described in teams' engineering notebooks.

## 2.2 Robot build

### 2.2.1 Basic requirements

- Your robot must be safe, and can't damage the field, people, or other robots
- Your robot must pass an inspection before competing at an event and is subject to reinspection at any time during the event
- The power button must be easy to reach during the match
- Your robot can't have parts or mechanisms that intentionally detach during the match
- Your robot can't be larger than 11" wide by 20" long by 15" tall at the start of the match
- Your robot can't ever be larger than 11" wide by 24" long during the match
- There is no limit to how tall your robot can be during the match
- You can only bring one robot to an event
- Your robot can only include legal materials as listed below

### 2.2.2 Modifying parts

- Electronic components cannot be modified in any way, other than labeling and/or external decorations
- Structural robot materials (e.g. VEX IQ® beams, LEGO® pieces) may be cut to custom lengths/sizes, but make sure you get permission from your coach before cutting pieces
- Rubber bands can be cut or tied for use on robots


Copyright 2026, Robotics Education & Competition Foundation

### 2.2.3 Required parts

| | VEX IQ® | LEGO® |
|---|---|---|
| **Robot Brain** | One VEX IQ® robot brain (1st Gen or 2nd Gen) | ● One LEGO® SPIKE™ Hub (large / small)<br>−or−<br>● One LEGO® Mindstorms® EV3 Intelligent Brick |
| **Controller** | One VEX IQ® controller | A tablet or phone with the appropriate application (LEGO® Mindstorms® Robot Inventor or LEGO® BOOST). You may use a compatible handheld controller connected to the application if desired. |
| **Battery** | ● One VEX IQ® Robot battery (1st Gen or 2nd Gen)<br>−or−<br>● One VEX® Robot AA Battery Holder | ● One LEGO® Technic™ Small or Large Hub Battery<br>−or−<br>● One LEGO® Mindstorms® EV3 DC Battery |
| **License Plates** | ● Your robot must have license plates clearly displaying your registered RECF Engage team number on two visible locations on the robot. The team number must be in a legible font and a contrasting color. License plates must be between 1.25" and 1.5" in height and 3.25" and 3.5” in width, and can be up to 0.75" thick.<br>● You may use the VEX IQ® Team Number Plate or create a custom license plate, using 3D printing or other means. License plates do not count towards your custom plastic maximum. | |

### 2.2.4 Optional parts

| | VEX IQ® | LEGO® |
|---|---|---|
| **Motors** (up to 6 motors per robot) | ● VEX IQ® Smart Motor | ● LEGO® Education Double Motor<br>● LEGO® Education Single Motor<br>● LEGO® Technic™ Small Angular Motor<br>● LEGO® Technic™ Medium Angular Motor<br>● LEGO® Technic™ Large Angular Motor<br>● LEGO® Mindstorms® EV3 Large Servo Motor<br>● LEGO® Mindstorms® Medium Servo Motor |
| **Sensors** | ● VEX IQ® Color Sensor<br>● VEX IQ® Optical Sensor<br>● VEX IQ® Distance Sensor<br>● VEX IQ® Touch Sensor<br>● VEX IQ® Gyro Sensor | ● LEGO® Technic™ Distance Sensor<br>● LEGO® Technic™ Color Sensor<br>● LEGO® Technic™ Force Sensor<br>● LEGO® EV3 Color Sensor<br>● LEGO® EV3 Ultrasonic Sensor<br>● LEGO® EV3 Gyro Sensor |


Copyright 2026, Robotics Education & Competition Foundation

| | | |
|---|---|---|
| | ● VEX IQ® TouchLED | ● LEGO® EV3 Touch Sensor |
| **Pneumatics** | VEX IQ® Pneumatics kit. | No compatible pneumatics kit. |
| **Cables** | VEX IQ® Smart Cables | LEGO® EV3 cables or attached LEGO® SPIKE™ motor cables. |
| **Radios** | ● VEX IQ® 2.4 GHz Radio<br>● VEX IQ® Smart Radio<br>● VEX IQ® 900 MHz Radio | No compatible radio. |
| | **Both VEX IQ® and LEGO®** | |
| **Structural Components** | Your robot's structure may be comprised of VEX IQ®, VEX GO®, VEX® HEXBUG*, LEGO® Mindstorms®, LEGO® SPIKE™ Prime, and/or LEGO® SPIKE™ Essential parts.<br><br>* The HEXBUG brand is a registered trademark belonging to Spin Master Corp | |
| **Custom Plastic** | ● Up to six individual custom plastic pieces, which can be a combination of two styles:<br>○ **Flat cut -** Piece up to 3"x5" in size (approximately the size of a standard notecard), cut from certain types of non-shattering plastic up to 0.070" thick<br>○ **3D printed -** Piece up to 3"x3"x1" in size, printed from certain types of plastic filament<br>● Flat-cut plastic requirements:<br>○ You may modify your custom flat cut plastic by making holes, cutting sizes and shapes as desired, bending, or otherwise changing the form or appearance of the plastic. You may not chemically weld, melt, or treat flat-cut plastic.<br>○ You may use any of the following flat-cut plastic types: polycarbonate (Lexan), acetal monopolymer (Delrin), acetal copolymer (Acetron GP), POM (acetal), ABS, PEEK, PET, HDPE, LDPE, nylon (all grades), polypropylene, PTFE, and FEP.<br>○ Flat-cut plastic that may shatter (ex. plexiglass or acrylic) is not allowed<br>● 3D printed plastic requirements:<br>○ You may use any of the following filament types: PLA, ABS, TPU, PETG, nylon, and carbon fiber-filled filaments<br>○ A 3D printed piece may be either a single, contiguous part or an assembly that contains multiple independent parts but functions as one component, provided that the component meets the overall size requirement for 3D printed pieces specified above<br>● Custom plastic parts must be designed or customized by student team members, but can be manufactured by an outside entity (e.g., SendCutSend)<br>● Please document your use of custom plastic in your engineering notebook | |
| **Decorations** | Decorations are permitted as long as they have no function and do not mimic game objects or field components in a way that would confuse sensors on other robots. 3D printed decorations count towards your custom plastic total. | |


Copyright 2026, Robotics Education & Competition Foundation

RECF ROBOTICS COMPETITIONS

| | |
|---|---|
| **Misc.** | • Any rubber bands up to 8” long and .25” wide<br>• Tape, only when used for labelling robot wires and electronics<br>• ⅛” VEX V5® metal shafts<br>• Zip ties or cable ties up to 4” long and .12” wide for wire management or attaching custom plastic parts<br>• Custom license plates, controller accessories, basic spacers, and adapters and parts made solely to adapt other legal hardware systems to VEX IQ® electronics; these parts do not count towards the custom plastic parts limit, and do not have to be designed or modified by student team members |

### 2.2.5 Disallowed items

- Any kind of lubricant or grease
- Nonspecified electronic components
- Nonspecified structural / mechanical parts
- Anything that compromises the safety of people, other robots, the field, or game pieces

## 2.3 Robot Code

### 2.3.1 Students create their own code

A team’s student members get to decide what their robot’s code looks like, and what it does. Adults may teach coding concepts, but may not tell students what should or should not be included in their code.

### 2.3.2 Coding libraries are okay as starting points

Teams can use coding libraries as a starting point, but should modify the resulting code to make it their own. They should be able to explain how their code works and how it has been modified from the original ideas when asked. Outside references should be appropriately credited and described in teams’ engineering notebooks.


Copyright 2026, Robotics Education & Competition Foundation

# Section 3: Tier Takeover Solo Driving Matches

In Tier Takeover solo driving matches, student drive teams have 60 seconds to score as many points as possible while operating their robot with a remote controller. Solo matches aren't pre-scheduled. The field setup is shown in figures 3.0.1 and 3.0.2 below. The rules for solo driving matches represent the basic rule set for Tier Takeover. Once students master solo driving matches, they only need to learn a few more rules to understand how other match types work.




*Figure 3.0.1*



*Figure 3.0.2*


Copyright 2026, Robotics Education & Competition Foundation

## 3.1 Scoring

| Scoring Category | Points |
|---|---|
| Floor goal | 1 point per matching or yellow bean bag |
| L1 goal | 5 points per matching or yellow bean bag |
| L2 goal | 10 points per matching or yellow bean bag |
| L3 goal | 25 points per matching or yellow bean bag |
| L4 goal | 50 points per yellow bean bag |
| Parked robot | 25 points per robot |

### 3.1.1 Each bean bag only gets points for one goal

If a bean bag qualifies as scored in multiple goals, it should earn the highest scoring value.

### 3.1.2 Some bean bags can only be scored in matching goals

Red bean bags can be scored on the red tiered goal or in the red floor goal. Blue bean bags can be scored on the blue tiered goal or in the blue floor goal. Yellow bean bags can be scored in any goal.

### 3.1.3 Each bean bag in a matching floor goal is scored

A bean bag is scored if it ends the match at least partly within the matching floor goal.

### 3.1.4 Each bean bag on L1, L2, or L3 of a matching tiered goal is scored

A bean bag earns points if it ends the match at least partly within the matching-color L1, L2, or L3 goal.

### 3.1.5 Each yellow bean bag on an L4 goal is scored

A yellow bean bag earns points if it ends the match at least partially within the L4 goal.

### 3.1.6 A robot parked in its load zone earns points

A robot earns points if it ends the match at least partially within a vertical projection of the load zone adjacent to the team's driver box.


Copyright 2026, Robotics Education & Competition Foundation

### 3.1.7 Scoring Example

In the scoring example below (figure 3.1.7):

- Two red bean bags are scored in the red L1 goal
- Two red bean bags are scored in the red L2 goal
- Two bean bags—one red and one yellow—are scored in the L3 goal

Because this is a red goal, none of the blue bean bags count as scored.




*Figure 3.1.7*


Copyright 2026, Robotics Education & Competition Foundation

## 3.2 Starting Positions

### 3.2.1 Driver box for solo driving matches

Up to three student team members (the drive team) can come to the field for each solo driving match, and all of them must remain inside of the red team driver box during the match unless they are resetting their robot as allowed in 3.4.1. Only the drive team members can operate the robot during the match.

Drive team members can't wear headphones or communicate with anyone beyond the field during the match, and spectators or non-drive team students can't coach the drive team. Sitting or standing on chairs/stools for support or elevation is only allowed if approved by the RECF through an accommodation request.

### 3.2.2 Robot starting position

The robot must begin the match within the 11” x 20” x 15” high size limit; in contact with the long wall in front of the red load zone; and between, but not in contact with, the red beam that defines the load zone and the wall structure and barrier (as shown in the first image in section 3).

### 3.2.3 Preload bean bag

A robot must start the match in contact with one yellow bean bag.

## 3.3 Match Play

### 3.3.1 The robot can only operate while the match timer is counting down

Robots can't be in motion before the match timer begins counting down from 60 seconds, and have to stop when the timer hits 0. Points scored after the timer reaches 0 will be deducted before the score is submitted, and the team will receive a foul.

### 3.3.2 One bean bag at a time in most cases

Other than the limited de-scoring allowance in the next paragraph, each robot can only move one bean bag at a time. This includes any color of bean bag. Incidental contact when adding or removing bean bags to or from a pile isn't a foul if changes to the positions of other bean bags are minor.

When removing bean bags from their starting positions in a non-matching floor and L1 goals, robots can scoop, plow, or shovel multiple bean bags simultaneously to clear those goals. Once they are removed from those goals, or after matching-color bean bags are added to the goals, this allowance ends and the next paragraph applies.


Copyright 2026, Robotics Education & Competition Foundation

### 3.3.3 Bean bags that leave the field aren't returned

Any bean bag that leaves the field during a match (entirely outside of the perimeter) must stay out of the field for the rest of that match. Bean bags that are leaving the field cannot be deflected back into the field by humans, or by anything outside of the field. Bean bags that leave the field should not be recorded as a foul.

### 3.3.4 Team-loaded bean bags

Any drive team member that is not currently operating the robot can move bean bags from the supply in their driver box into their team's load zone during the match (not before!). Only the bean bags that begin the match in a driver box can be added to the load zone, and they can only be added to the adjacent load zone.

A load zone can only hold one bean bag at a time, and only one bean bag can be added at a time. The drive team member must let go of the bean bag before a robot is allowed to touch it.

### 3.3.5 Don't reach into the field

Before a match, students can only reach into the field to position their robot. Referees can adjust objects if they're more than 0.5" out of position.

During a match, students can only reach into the field to add bean bags (rule 3.3.4) or reset their robot if it malfunctions (3.4.1).

### 3.3.6 How to stop a match early

If a drive team wants to end a match early, they should stop driving, put their controller on the ground, and give a clear signal such as "Stop Time!" For improved accuracy, drive team members may notify the referee before the match or provide a countdown before the stop signal. The time remaining on the match timer will be recorded as the stop time.

### 3.3.7 Controller hand-off

The match timer includes a 10-second controller hand-off period from 0:35 to 0:25.

One drive team member is designated as the first driver, and is the only person who can operate the team's robot from the beginning of the match until the controller is handed to the second driver during the controller hand-off period.

The second driver is the only person who can operate the team's robot after the controller hand-off.


Copyright 2026, Robotics Education & Competition Foundation

## 3.4 What Happens When Things Go Wrong

### 3.4.1 Robot reset

If the robot breaks or malfunctions during the match, the drive team can put their controller down, remove their robot from the field, and fix it. If the robot is in contact with a bean bag, that bean bag is also removed from the field. After repair, the robot must return to a legal starting position and starting size before the drive team can resume playing the game.

### 3.4.2 Match replay

The head referee and event partner may decide to replay a match due to technical issues outside of the team’s control that affect the score.

### 3.4.3 Field damage

If a robot damages a field, it may be grounded by the head referee for the rest of the match. If the head referee decides that damage caused by a student or robot is intentional, the team may earn a red card foul and a zero score for the match.

### 3.4.4 Appealing a decision

If the drive team members disagree with a decision made or score recorded by a referee, they should remain at the field and notify the referee immediately. Drive team members and referees should be prepared to show specific rules and/or Q&A answers that back up their opinions, and should remember that referees can only make rulings based on the game manual and their own observations and perspectives of the match. Referees and drive team members may never view video or photos from the match while at the field or during discussions that affect match outcomes or scoring, and team members who were not at the field for the match are not allowed to approach the field. The head referee will determine when the discussion is over, and will announce their final and binding decision.


Copyright 2026, Robotics Education & Competition Foundation

# Section 4: Tier Takeover Solo Coding Matches

In Tier Takeover solo coding matches, teams have 60 seconds to score as many points as possible using only pre-written code to operate the robot. Solo matches aren't pre-scheduled.

Rules from Section 3: Solo Driving Matches apply unless they're specifically changed by a rule in this section.

## 4.1 Changes From Solo Driving Matches

### 4.1.1 Drive team members aren't limited to the driver box

Drive team members don't have to stay in the driver box during a solo coding match.

### 4.1.2 No controller, and no controller hand-off

Drive team members can't use a controller or device-controlled app for any reason during a solo coding match, including using it to start the robot. There are no drivers, and no controller hand-off.

### 4.1.3 The robot can be reset as a strategy

Students can use the robot reset process in rule 3.4.1 as a strategy. For example, the team's code could consist of multiple small segments that are each launched from the starting position after a reset.


Copyright 2026, Robotics Education & Competition Foundation

# Section 5: Tier Takeover Alliance Matches

In Tier Takeover alliance matches, teams have 60 seconds to score as many points as possible. Each match includes two teams, who work together to earn a shared score for the match. Skipping an alliance match will be considered a violation of the RECF Code of Conduct.

All rules from Section 3: Solo Driving Matches apply to alliance matches unless they're specifically changed by a rule in this section.

## 5.1 Changes From Solo Driving Matches

### 5.1.1 Driver boxes for alliance matches

Because an alliance match includes two teams, one team in each alliance match is designated on the match schedule as the red team and will use the red team driver box. The second team in each match is designated as the blue team on the match schedule and will use the blue team driver box. See figure 5.1.1 for more details.




*Figure 5.1.1*


Copyright 2026, Robotics Education & Competition Foundation

### 5.1.2 Robot starting positions

Each robot must begin the match within the 11” x 20” x 15” high size limit; in contact with the long wall in front of the team’s load zone; and between but not in contact with the beam that defines the team’s load zone and the wall structure and barrier, as shown in figure 5.1.2.




*Figure 5.1.2*

### 5.1.3 Team-loaded bean bags

In alliance matches, team loaded bean bags are divided into two supply areas, one in each of the the two driver boxes as shown in figures 5.1.1 and 5.1.2.

### 5.1.4 Stopping a match early

A match can end early if everyone agrees, but the match stop time will only be recorded for 2nd-round tiebreakers for first place in the finals matches.


Copyright 2026, Robotics Education & Competition Foundation

## 5.2 What Happens When Things Go Wrong

### 5.2.1 Missed match or late to a match

If a team's robot is not ready to play at the scheduled match time (or, for finals matches and/or when the event is running behind schedule, when the match is otherwise ready to begin), the head referee may ask the team to remove the robot from the field. The drive team may introduce the robot to the match late using the guidelines for a robot reset (see rule 3.4.1) once it is ready to play.

If the robot is at the field for the entire match, or arrives late and participates in a portion of the match, the team is eligible to receive a score for that match.

If the robot does not participate in any portion of a match, or is not at the field for the entire match, the team will be marked as absent from that match. They will not earn points for that alliance match; the score for the other team in the match is not affected.


Copyright 2026, Robotics Education & Competition Foundation

# Section 6: Judging and Awards

At events that offer judging, teams will participate in an interview with judges to answer questions about their team, robot design/construction, code, and strategies; each team must be offered an equal opportunity to be interviewed. Teams also submit their engineering notebooks for review by judges.

Each team interview lasts about 10 minutes and in-person interviews generally take place between matches. Judges use the Team Interview Rubric and Engineering Notebook Rubric to evaluate and rank teams. Teams are encouraged to review these rubrics in advance.

See the RECF Guide to Judging for more information about judging and awards.

## 6.1 Engineering Notebooks

An engineering notebook is a record-keeping tool that provides students with an opportunity to develop essential skills such as project and time management, brainstorming, and both written and interpersonal communication. Teams are encouraged to document their use of the engineering design process, including details of successes and challenges. All documentation and work related to the engineering notebook must be completed by the students, and they can't use AI-generated content. To learn more about engineering notebooks and the engineering design process visit the RECF Library.

Teams can maintain their notebook using either a traditional physical notebook or a range of digital tools, such as software applications or cloud-based platforms. Some events may only accept physical notebooks, while others may require digital submissions. In these cases, physical notebooks can be scanned and submitted electronically, and physical logbooks may be printed for submission. Be sure to check the event details on RECFevents.org to confirm which format is accepted.

## 6.2 Team Interviews

Team interviews are face-to-face (or virtual) conversations between a team of students and two or more volunteer judges. Interviews are opportunities for teams to share their design process, match strategies, learning experiences, and overall approach to the RECF Engage Robotics Competition.

## 6.3 Award Deliberation

Award deliberation is the last step in the judging process. In this step, judges work with the judge advisor and one another to select candidates for each award.

The Engineering Notebook Rubric and Team Interview Rubric are tools to assist with deliberations. A team's score, whether a specific line item on a rubric or the overall score, is a data point that the judges can use as a part of the process. It is not a replacement for qualitative judgments in the deliberation process.

Judges will choose winners of each award based on the specific award criteria in the RECF Guide to Judging. No team may receive more than one judged award at an event.


Copyright 2026, Robotics Education & Competition Foundation

# Section 7: Event Personnel, Processes, & Guidelines

## 7.1 Event Personnel

### 7.1.1 Event Partner

An event partner is a certified volunteer who runs an event using the guidelines in RECF's policies and game manuals. RECF event partners must be at least 18 years old, and can't serve as a head referee or judge advisor at their event. Event partners oversee the activities in this section of the game manual, and can add specific rules based on their site and event. Event partners cannot make decisions about match scores or rulings, cannot determine penalties for fouls, and cannot influence who receives judged awards. Event partners have the final decision on non-match and non-robot decisions at an event.

### 7.1.2 Head Referee

A head referee is a certified volunteer who has been assigned by the Event Partner to oversee matches using the guidelines in the game manual. RECF Engage head referees must be at least 16 years old. Head referees work with team members to prevent and avoid fouls, and communicate fouls and penalties to teams when they occur. Head referees have the final decision on all match and robot rules, and should train robot inspectors and scorekeeper referees at events as appropriate.

Every alliance match must be watched by at least one head referee, and a head referee must be available to assist at robot inspection and solo matches as needed. See this article and related content in the RECF Library for more information.

### 7.1.3 Scorekeeper Referee

Scorekeeper referees score all varieties of match, and can oversee solo matches independently. RECF Engage scorekeeper referees must be at least 15 years old. Every solo match must be watched by at least one referee. If there's a question about scoring or match play that doesn't have a clear answer in the game manual, scorekeeper referees should consult a head referee before answering. See this article and related content in the RECF Library for more information.

### 7.1.4 Judge Advisor

A judge advisor is a certified volunteer who trains and oversees volunteer judges at an event using the guidelines in the RECF Guide to Judging. RECF Engage judge advisors must be at least 21 years old. See this article and related content in the RECF Library for more information.


Copyright 2026, Robotics Education & Competition Foundation

### 7.1.5 Judge

A judge is a volunteer who reviews teams' engineering notebooks and/or interviews teams about their processes, then deliberates with other judging volunteers to identify award candidates and select award winners. RECF Engage judges must be at least 16 years old. See this article and related content in the RECF Library for more information.

### 7.1.6 Robot Inspector

A robot inspector is a volunteer who confirms that teams' robots meet the requirements in the game manual. If there's a question that doesn't have a clear answer in the game manual, robot inspectors should consult a head referee. See this article and related content in the RECF Library for more information.

### 7.1.7 Field Resetter

A field resetter is a volunteer who ensures that all objects on the field are in the correct positions at the beginning of each match. Field resetters should not begin to reset a field after a match until a referee directs them to do so. See this article and related content in the RECF Library for more information.

### 7.1.8 Queuer

A queuer is a volunteer who ensures that the correct teams are at the correct alliance matches. If time allows, they can attempt to locate teams who haven't checked in for upcoming matches, but they are not required to do so. See this article and related content in the RECF Library for more information.

### 7.1.9 Emcee

An emcee is a volunteer who provides play-by-play information for the audience during alliance matches. Emcees should avoid suggesting strategies, and cannot simultaneously serve as referees. See this article and related content in the RECF Library for more information.

## 7.2 Event Processes

### 7.2.1 Team Check In

Each team must check in when they arrive at the event, and confirm that at least one adult will remain onsite to supervise team members for the entire event. Some events use team check-in as a way to distribute event hand-outs like nametags, site maps, general schedules, and lunch order forms. Team check-in often occurs at a visible location just inside the main doors of the venue.

### 7.2.2 Robot Inspection

Each robot must pass an inspection before it can be used in any type of match at an event. Volunteer inspectors will confirm that robots meet the requirements in the game manual, and


Copyright 2026, Robotics Education & Competition Foundation

will mark passed inspections in the event management software. Robot inspection often occurs at a set of tables near the competition fields or in the team pit area.

### 7.2.3 Creating the Alliance Match Schedule

If any teams have not checked in, or any robots haven't passed inspection, the event partner should resolve them before creating the alliance match schedule in the tournament software. The alliance match schedule should only include teams who will participate in alliance matches. See rule 7.4.2 for more information.

### 7.2.4 Queueing

Teams should check in at the queuing table(s) before their scheduled alliance match time, and will be routed to the correct field by volunteer queuers. Queueing generally occurs at a set of tables near the alliance match fields, with one table for each named competition field. Providing tables gives teams a safe place to put their robots while they wait for upcoming matches. Tables are also recommended at the line for solo matches.

### 7.2.5 Running Matches

To display a match timer on a connected display, a referee or emcee can select an alliance match by match number in the tournament software, or a solo match by team number and match type. The referee or emcee should confirm that the drivers are ready, then activate the match timer from their mobile device.

After the match completes, referees should score the match and confirm object counts for each scoring category with the drive team members before submitting the match score and moving to the next match.

### 7.2.6 Creating Alliances for Finals Matches

At the end of alliance matches, the event partner should identify any teams that are unavailable or ineligible to participate in finals matches and mark them in the tournament software. Once teams are removed from the list, the event partner can determine the number of alliances that will participate in finals matches and generate the finals match list. See rule 7.4.4 for more information.

### 7.2.7 Entering Award Winners

After the judging volunteers have selected the winners of all judged awards listed for the event, the judge advisor and event partner should work together to enter winners in the tournament software. They should confirm the base number and team letter for each winner, and ensure that no team is marked to receive more than one judged award. Winners of performance awards are automatically marked by the software.


Copyright 2026, Robotics Education & Competition Foundation

### 7.2.8 Finalizing an Event

After matches and awards conclude, the event partner should finalize and upload the tournament information to RECFevents.org. Some events (e.g., multiple divisions) may need to work with RECF staff to finalize their results.

## 7.3 Field Parameters

### 7.3.1 Equipment

All of the fields used for alliance matches at an event should have the same setup and modifications, and all of the fields used for solo matches at an event should have the same setup and modifications. For example, an event could put all of the alliance match fields on identical risers and all of the solo match fields on the ground.

### 7.3.2 Variances

Although fields and setups should be as identical as possible, teams have to be prepared for some amount of variance. Goals, walls, and other field-mounted parts may vary slightly, up to ±0.5" in any direction. Starting locations for bean bags may also vary up to ±0.5" in any direction.

Lighting conditions at fields will vary from event to event. Teams with optical or vision sensors should work with the event partner to calibrate their sensors at the field before matches begin.

## 7.4 Match Parameters

### 7.4.1 Solo Matches

Each team can attempt up to three solo matches of each type at an event (three solo driving matches and three solo coding matches). These matches aren't scheduled, and teams can make these attempts whenever their event schedule permits. Solo match fields should open early in the event, and remain open long enough to give each team an opportunity to complete their maximum number of solo matches. As a general rule, solo match fields should remain open until alliance matches have ended.

### 7.4.2 Alliance Matches

Each team will have at least six alliance matches at a qualifying event or at least eight matches at a championship event, which will appear on the match schedule generated by the tournament software. The software will assign alliance partners, match times, fields, and team colors as needed. Matches can only run early if the head referee and all teams are checked in for the match and ready to play.

For each set of four alliance matches a team runs, one of their lowest scores from the event is dropped when calculating their event ranking. For example, at events with 4-7 matches per


Copyright 2026, Robotics Education & Competition Foundation

team, each team's lowest score will not affect their ranking; at events with 8-11 matches per team, each team's two lowest scores are dropped.

If a team is marked with an asterisk (*) for one of the last matches on the schedule, their score for that match won't affect their ranking. This occurs when extra matches are necessary to provide each team with the same minimum number of matches. Teams should remember that the RECF Code of Conduct includes supporting alliance partners, and do their best even though it won't affect their ranking.

### 7.4.3 Practice Matches

Some events choose to include scheduled practice matches that occur before official alliance matches begin. Practice matches aren't required, and the scores don't affect teams' rankings.

### 7.4.4 Finals Matches

Teams' scores from alliance matches are used to rank them for the finals match list, with the highest average score ranked as #1. The following tiebreakers will be used if two or more teams have the same average match score:

1. 2nd highest alliance match score earned by a team at that event
2. 3rd highest alliance match score earned by a team at that event
3. 4th highest alliance match score earned by a team at that event
4. Random electronic draw

Teams are paired from the top rank down by the event software, beginning with the #1 and #2-ranked teams forming an alliance and proceeding down the list.

The event partner can include as many alliances as they wish in the finals matches, and are encouraged to allow as many teams as possible to participate. Each finals match must include two teams.

Finals matches play one at a time, beginning with the lowest-ranked alliance. The two-team alliance that records the highest finals match score will be named the Alliance Champions. If there's a tie for first place, the teams will participate in one or more tiebreaker rounds; early stop times may be considered if a 2nd set of tiebreakers is needed.

### 7.4.5 League Events

Information on how Leagues qualify for your Event Region Championship or for the RECF STEM World Championship may be found in the [Qualifying Criteria for RECF Robotics Competition Events](#).

Leagues are events that are scheduled over multiple sessions spread across several weeks, and some match parameters differ for teams competing in leagues.

- **Minimum participation:** A minimum of two alliance matches per team are required at each league session, and teams will be ranked by the number of matches played and


Copyright 2026, Robotics Education & Competition Foundation

their average scores. Teams that play in at least 60% of the sessions will be ranked higher than those who play in fewer sessions.

- **Fouls:** Because a league is considered a single tournament, all fouls and foul cards stay with the team across all league sessions. Any team that receives three or more red cards throughout sessions for a single league cannot be part of alliance selection at the league championship elimination bracket.


Copyright 2026, Robotics Education & Competition Foundation

# RECF ACHIEVE

## ROBOTICS COMPETITION

## PINNACLE

## 2026-2027

### Game Manual Version 1.2

The RECF Achieve Robotics Competition is operated by the Robotics Education & Competition Foundation (RECF), a 501(c)(3) nonprofit. This competition is not sponsored by, affiliated with, or endorsed by VEX Robotics, Inc. or Innovation First, Inc. VEX®, VEX V5®, VEXnet®, VEXcode®, and VEXos® are registered trademarks of Innovation First, Inc. and are used here only to identify hardware and software that participating teams may legally use in competition.

RECF ROBOTICS COMPETITIONS



Copyright 2026, Robotics Education & Competition Foundation

# RECF Achieve Robotics Competition Pinnacle

# 2026-2027

## Game Manual Version 1.2

## July 28, 2026

Copyright 2026, Robotics Education & Competition Foundation


Copyright 2026, Robotics Education & Competition Foundation

# Prefix

## Welcome and Thank You

Welcome to the Robotics Education & Competition Foundation (RECF) Achieve Robotics Competition!

RECF Achieve provides a fun environment where creativity, teamwork, and innovation can thrive in the face of a new challenge. Throughout the competition season, students will unlock their potential in the fields of science, technology, engineering, arts, math and computer science.

RECF Achieve will get students excited about STEAM through hands-on learning, documentation, and competition. Students are at the center of everything we do, and they are encouraged to take ownership of their ideas while working collaboratively with teammates and solving real world problems.

One of our goals with RECF Achieve is to allow for broader robotics access for all students. As a part of that goal, we encourage student resourcefulness and outside-the-box thinking with multiple robotics system options as well as allowances for custom plastic and 3D printing.

We are grateful that you have chosen the RECF as your robotics program provider. With so many opportunities available, we are honored that you selected our program to support your students' learning and growth.

Thank you for joining our community. We cannot wait to see what your teams achieve this season!

## About the RECF

The Robotics Education & Competition Foundation is a registered US 501(c)(3) non-profit organization that exists to spark interest in science, technology, engineering and math by engaging students in hands-on, sustainable, and affordable curriculum-based robotics programs.

Our global mission is to provide every educator with competition, education, and workforce readiness programs to increase student engagement in science, technology, engineering, math, and computer science. We see a future where every student designs and innovates as part of a team, overcomes failure, perseveres, and emerges confident in their ability to meet global challenges.

As a company, we embrace the core values of passion, integrity, and excellence, which we try to embody in everything we do.


Copyright 2026, Robotics Education & Competition Foundation

## Revision History

RECF will release updated game manuals periodically through the season, and a schedule of planned updates should be available in the next scheduled update (August 18, 2026). Each event or league session must use the latest rule set published before the start of the event. Answers in the official Q&A system are effective immediately unless stated otherwise in the answer.

Version 1.0 - June 10, 2026
- Initial release

Version 1.1 - July 10, 2026
- Added links to official Q&A system (games.recf.org)
- 1.5.2 - Suggested locations for tape lines
- 1.6 - Added examples for fouls and penalties
- 2.0 - Clarified that robots cannot participate in matches while breaking robot rules
- 2.2.3 - Added minimum license plate size, and specified that a robot must include exactly two license plates
- 2.2.4 - Clarified that a custom 3D-printed part can consist of a single contiguous part or a multi-part component that meets the size requirements for a single part
- 2.2.4 - Made tape legal to secure connections between cables, prevent leaks on threaded pneumatic fittings, and label wires/motors
- 2.2.4 - Specified that custom license plates, controller accessories, basic spacers, and adapters and parts made solely to adapt other legal hardware systems to VEX V5® electronics do not count towards the custom plastic parts limit and don't have to be designed/modified by student team members
- 3.3.2 - Added new figures to demonstrate legal and illegal possession
- 5.3.7 - Clarified that accidentally knocking down a protected stack while removing objects from neutral goals will result in a red card
- 5.5 - Added information about tiebreakers for alliance match rankings
- 7.4.7 - Added information about leagues
- Minor corrections throughout

Version 1.2 - July 28, 2026
- 5.3.1 - Clarified that teams can’t use controllers during the autonomous period
- 5.3.4 - Added some protection to the goals in the neutral zone: limited descoring from the tops of the stacks only, and only during the first 90 seconds of the match


Copyright 2026, Robotics Education & Competition Foundation

# Table of Contents

**Prefix** **3**
Welcome and Thank You 3
About the RECF 3
Revision History 4
Table of Contents 5
**Section 1: The RECF Achieve Robotics Competition** **9**
1.1 About the RECF Achieve Robotics Competition 9
1.2 The 2026-2027 RECF Achieve Game: Pinnacle 9
1.3 Five RECF Achieve Competition Challenges 10
1.4 RECF Program Rules 11
1.4.1 RECF Policies 11
1.4.2 RECF Achieve Teams & Students 11
1.4.3 Supervision & Release Forms 11
1.5 Definitions 12
1.5.1 General Definitions 12
1.5.2 Pinnacle Definitions 14
1.6 Fouls & Penalties 17
1.6.1 Official Warning 17
1.6.2 Yellow Card 17
1.6.3 Red Card 17
1.6.4 Fouls affect eligibility for alliance selection 18
**Section 2: Design, Build, and Code a Robot** **19**
2.1 Robot design 19
2.1.1 Teams design their own robots 19
2.1.2 Outside references are okay as starting points 19
2.2 Robot build 19
2.2.1 Basic requirements 19
2.2.2 Modifying parts 19
2.2.3 Required parts 20
2.2.4 Optional parts 20
2.2.5 Disallowed items 24
2.3 Robot Code 24
2.3.1 Students create their own code 24
2.3.2 Coding libraries are okay as starting points 24
**Section 3: Pinnacle Solo Driving Matches** **25**
3.1 Solo Match Scoring 27
3.1.1 Cups and pins must be nested to count as scored 27
3.1.2 Scored cup on any goal 27
3.1.3 Scored red halfpin on a red or neutral goal 27
3.1.4 Scored blue halfpin on a blue or neutral goal 273.1.5 Scored yellow halfpin on a red or


Copyright 2026, Robotics Education & Competition Foundation

neutral goal 28
3.1.6 Scored yellow halfpin on a blue goal 28
3.1.7 Scored halfpin of any color on the center goal 28
3.1.8 Solo Match Scoring Examples 28
3.2 Starting Positions 30
3.2.1 Driver boxes for solo matches 30
3.2.2 Robot starting position 31
3.2.3 Preload pin 31
3.2.4 Eye protection 31
3.3 Match Play 31
3.3.1 The robot can only operate while the match timer is counting down 31
3.3.2 The robot can carry one pin, one cup, and one stack at a time 31
3.3.3 Cups and pins stay in the game 32
3.3.4 Team-loaded objects 32
3.3.5 Don't reach into the field 32
3.3.6 How to stop a match early 32
3.3.7 Field control 32
3.4 What Happens When Things Go Wrong 33
3.4.1 Robot hasn't moved during the match 33
3.4.2 Match replay 33
3.4.3 Field damage 33
3.4.4 Appealing a decision 33
**Section 4: Pinnacle Solo Coding Matches 34**
4.1 Changes From Solo Driving Matches 34
4.1.1 No driving the robot 34
**Section 5: Pinnacle Alliance Matches 35**
5.1 Alliance Match Scoring 35
5.1.1 Cups and pins must be nested to count as scored 35
5.1.2 Scoring on alliance goals 35
5.1.2.1 Alliance-color halfpin scored on a matching alliance goal 35
5.1.2.2 Cup scored on an alliance goal 35
5.1.2.3 Yellow halfpin scored on an alliance goal 35
5.1.3 Scoring on neutral goals 35
5.1.3.1 Alliance-color halfpin scored on a neutral goal 35
5.1.3.2 Cup scored on a neutral goal 35
5.1.3.3 Yellow halfpin scored on a neutral goal 36
5.1.4 Scoring on the center goal 36
5.1.4.1 Alliance-color halfpin scored on the center goal 36
5.1.4.2 Cup scored on the center goal 36
5.1.4.3 Yellow halfpin scored on the center goal 36
5.1.5 Parked robot 36


Copyright 2026, Robotics Education & Competition Foundation

5.1.6 Alliance match scoring examples 37
5.2 Changes From Solo Driving Matches 41
5.2.1 Driver boxes for alliance matches 41
5.2.2 Robot starting positions 42
5.2.3 Team-loaded objects 42
5.2.4 Stopping a match early 42
5.3 Additional Rules for Alliance Matches 43
5.3.1 Alliance matches begin with a 15-second autonomous period 43
5.3.2 Robots in the neutral zone give up some protection during the autonomous period 43
5.3.3 Fouls are handled differently during the autonomous period 43
5.3.4 Goals in the neutral zone have some protection 43
5.3.5 Alliance-colored goals are protected 43
5.3.6 Interactions with opponent robots are limited 43
5.3.7 Robots can't use game objects to break rules 44
5.3.8 Each alliance in the elimination bracket gets one time out 44
5.4 What Happens When Things Go Wrong 44
5.4.1 Missed match or late to a match 44
5.5 Ranking Points 45
5.5.1 Autonomous Ranking Point 45
5.5.2 Endgame Ranking Point 45
5.5.3 Win Points 45
**Section 6: Judging and Awards** **46**
6.1 Engineering Notebooks 46
6.2 Team Interviews 46
6.3 Award Deliberation 46
**Section 7: Event Personnel, Processes, & Guidelines** **47**
7.1 Event Personnel 47
7.1.1 Event Partner 47
7.1.2 Head Referee 47
7.1.3 Scorekeeper Referee 47
7.1.4 Judge Advisor 47
7.1.5 Judge 47
7.1.6 Robot Inspector 48
7.1.7 Field Resetter 48
7.1.8 Queuer 48
7.1.9 Emcee 48
7.2 Event Processes 48
7.2.1 Team Check In 48
7.2.2 Robot Inspection 48
7.2.3 Creating the Alliance Match Schedule 49
7.2.4 Queueing 49


Copyright 2026, Robotics Education & Competition Foundation

7.2.5 Running Matches 49
7.2.6 Alliance Selection / Elimination Bracket 49
7.2.7 Entering Award Winners 49
7.2.8 Finalizing an Event 49
7.3 Field Parameters 50
7.3.1 Equipment 50
7.3.1.1. Field perimeter types 50
7.3.1.2 Field control options 50
7.3.2 Variances 50
7.4 Match Parameters 51
7.4.1 Solo Matches 51
7.4.2 Alliance Matches 51
7.4.3 Practice Matches 52
7.4.4 Alliance Selection 52
7.4.5 Elimination Bracket 53
7.4.6 Finals Matches 54
7.4.7 Leagues 54


Copyright 2026, Robotics Education & Competition Foundation

# Section 1: The RECF Achieve Robotics Competition

## 1.1 About the RECF Achieve Robotics Competition

The RECF Achieve Robotics Competition (RECF Achieve) provides a hands-on educational STEM experience focused on robot design, construction, strategy, programming, and problem-solving. The program emphasizes teamwork, critical thinking, communication, documentation, and real-world application of concepts.

RECF Achieve teams consist of students up to 19 years old, categorized as either middle school or high school teams. Student team members make all of the decisions about their robot's design, construction, and programming—from blank paper all the way to the world championship.

The RECF Achieve season consists of local qualifying events, which qualify teams for assigned event region championships. Event region championships then qualify teams for the RECF STEM World Championship. For more information on the qualification structure, refer to the RECF Qualifying Criteria.

## 1.2 The 2026-2027 RECF Achieve Game: Pinnacle

In Pinnacle, robots navigate a 12'x12' field to collect and stack pins and cups onto goals, turn rollers, and maximize their score with specific orientations of pins, cups, and rollers. Robots can push, lift, rotate, stack, spin, or plow pins and cups, but must follow the rules of each specific match type.

In some matches, team members drive the robot. In others, the robot drives itself based on pre-programmed code written by the students. Not every robot and team will play the game the same way, and there are some ways to score that are easier than others. Your strategies, and your robot, may change over time. As long as you follow the rules in this game manual and the official RECF Achieve Q&A system at games.recf.org, you can play the game however you like!


Copyright 2026, Robotics Education & Competition Foundation



## 1.3 Five RECF Achieve Competition Challenges

- Design & Build a Robot (see section 2) - Using the engineering design process, work with your teammates to design, build, and test a robot to score points in matches
- Solo Driving Matches (see section 3) - Up to 3 members of your team work together at the field to score points with a robot responding to input by remote control
- Solo Coding Matches (see section 4) - Up to 3 members of your team work together at the field to score points with a robot operated entirely by segments of code—no controller!
- Alliance Matches (see section 5) - Your team collaborates with another team at the field, using both robots in an attempt to outscore an opposing two-team alliance
- Judging (see section 6) - Document and share your use of the engineering design process in an engineering notebook throughout the season, and describe your work to judges during interviews


Copyright 2026, Robotics Education & Competition Foundation

## 1.4 RECF Program Rules

### 1.4.1 RECF Policies

All participants must follow the guidelines and rules in this game manual, the official RECF Achieve Q&A system at games.recf.org, and these additional official RECF policies.

- RECF Organizational Policy
- RECF Student-Centered Policy
- RECF Code of Conduct
- RECF Qualifying Criteria
- RECF Guide to Judging
- RECF Youth Protection Policy
- RECF Commitment to Coach Excellence
- RECF Commitment to Event Excellence

### 1.4.2 RECF Achieve Teams & Students

Teams must be registered in RECFevents.org for the RECF Achieve program to participate in RECF Achieve qualifying events.

Each RECF Achieve team has one or more students. Students are categorized by their age at the end of the 2027 RECF STEM World Championship. To compete in the U15 / Middle School category, a student must be 15 years of age or younger on May 6, 2027. To compete in the U19 / High School category, a student must be 19 years of age or younger on May 6, 2027 and not yet graduated from secondary school.

Team structure must follow the RECF Organizational Policy. Teams must be student-centered and follow the RECF Student-Centered Policy and the RECF Code of Conduct at all times, including at practices and when attending events.

### 1.4.3 Supervision & Release Forms

When attending events, students must be accompanied by a responsible adult over the age of 18 for the duration of the event. All participants in RECF events must complete an RECF Participant Release Form each season.


Copyright 2026, Robotics Education & Competition Foundation

# 1.5 Definitions

## 1.5.1 General Definitions

- **Alliance** - Two teams assigned to work cooperatively during a match to score shared points
- **Alliance Match** - A two-minute match that includes one or more cooperative alliances; consists of a 15-second autonomous period followed by a 105-second driver-controlled period
- **Alliance Selection** - The process used to determine which teams will participate in the elimination bracket (see section 7.4.4)
- **Coach / Mentor** - A person who helps students learn concepts used in RECF competitions, and who helps create and organize teams, but who cannot contribute to the students' work used at competitions
- **Drive Team** - 1-3 students who participate in a match as representatives for their team
- **Driver Box** - An area near the field where a drive team must stand during a match (driver boxes are highlighted in blue in figure 1.5.1)
- **Elimination Bracket** - A series of matches that includes the two-team alliances that were formed during the alliance selection process; identifies the tournament winners (see section 7.4.5)
- **Engineering Notebook** - A physical or electronic document that records a team's use of the engineering design process, and their work during a competition season
- **Foul** - The act of breaking a rule during a match or event (see section 1.6 for more details)
- **Foul Card** - A tracking system for repeated rule infractions (see section 1.6 for more details)
- **Grounded** - Description of a robot that has broken a safety rule and is no longer allowed to participate in the match; the robot is not allowed to drive, and the controller should be placed on the floor or another nearby position (not on the field)
- **Robot** - A machine designed and built by students from parts that are legal for use in the RECF Achieve competition
- **Solo Coding Match** - A one-minute match with one robot and one drive team, during which the robot operates only by code created by the students
- **Solo Driving Match** - A one-minute match with one robot and one drive team, during which students operate the robot by remote control
- **Student** - A team member who meets all requirements of the program, is within the age bracket, and who contributes to a team's notebook, robot design, build, code, and/or strategies or serves as a drive team member; a student can only participate on one RECF Achieve team during a season
- **Tournament** - An official RECF Achieve event that meets the requirements of the RECF Qualifying Criteria, and includes Alliance Matches, Solo Driving Matches, Solo Coding Matches, and optional judging


Copyright 2026, Robotics Education & Competition Foundation

Figure 1.5.1 highlights the following defined locations and objects:

- Blue = drivers boxes
- Green = rollers
- Orange = loaders
- Pink = goals



*Figure 1.5.1*


Copyright 2026, Robotics Education & Competition Foundation

Figure 1.5.2 highlights the following defined zones:

- Red = red zone, including red alliance goals
- Blue = blue zone, including blue alliance goals
- Yellow = neutral zones, including neutral goals
- Green = center zone, including center goal




*Figure 1.5.2*

## 1.5.2 Pinnacle Definitions

- **Cup** - A plastic, two-segment object that is roughly 6.48” by 3.16”; each cup has a transparent half and an opaque half
- **Goal** - A structure on the field, mounted to an under-tile plate, where robots can score pins, cups, and stacks (goals are highlighted in pink in figure 1.5.1)
  - **Alliance goal** - A red (tag 2) or blue (tag 3) plastic structure, roughly 3.25” high, in the corresponding red or blue zone.
  - **Center goal** - A black plastic structure (tag 0), roughly 8.77” high, in the center zone
  - **Neutral goal** - A black plastic structure, roughly 5.77” high, in neutral zone 1 (tag 1) or 2 (tag 4).
- **Loader** - One of four structures attached to the field perimeter in a location adjacent to a driver box; used to introduce team-loaded cups and pins into the field (loaders are highlighted in orange in figure 1.5.1)


Copyright 2026, Robotics Education & Competition Foundation

- **Nested** - A description for a connection between a cup and a pin, or a pin and a goal, in which a convex halfpin fits securely inside of the opening on a goal or one concave half of a cup. A halfpin can be nested into a cup or a goal. A cup can be nested onto a pinhalf.
- **Pin** - A plastic, two-segment object that is roughly 6.5” by 3.02”; each pin is described by the color(s) of its two segments (yellow/yellow, yellow/red, yellow/blue, or red/blue)
    - **Halfpin** - One segment of a pin, described by its color; when a pin is part of a stack, each of its halfpins will be hidden or visible
    - **Hidden** - Description for a portion of a pin that is not visible when the pin is nested in a cup; can apply to one or both ends of a nested pin, based on the transparency/opacity of the cup its nested into
    - **Visible** - Description for a pin color that is showing when a pin is nested in a cup; can apply to one or both ends of a nested pin, based on the transparency/opacity of the cup its nested into
- **Pinnacle** - A two-object stack that consists of one pin nested to one cup
- **Roller -** A complex structure, mounted to the field perimeter, which includes a 3-sided length of plastic that can be manipulated and set by a robot to display red, blue, or yellow on the side facing into the field (rollers are highlighted in green in figure 1.5.1)
- **Stack -** A group of nested pins and cups
- **Supply** - A set of pins and cups that begin a match in a driver box
- **Zone** - 5 defined areas of the field; neutral zones 1 & 2 and the center zone are also collectively referred to as “the neutral zone”; tape lines should always be placed fully on the tile closer to the center of the field (see figure 1.5.3)
    - **Red zone** - The 4’ W x 12’ L section of the field closest to the red alliance drivers box, containing both red alliance colored goals (the red zone is highlighted in red in figure 1.5.2)
    - **Blue zone** - The 4’ W x 12’ L section of the field closest to the blue alliance drivers box, containing both blue alliance colored goals (the blue zone is highlighted in blue in figure 1.5.2)
    - **Neutral zone 1** - The 4’ W x 4’ L section of the field in the center of the head referee side of the field, containing one of the neutral goals (the neutral zones are highlighted in yellow in figure 1.5.2)
    - **Neutral zone 2** - The 4’ W x 4’ L section of the field in the center of the audience side of the field, containing one of the neutral goals (the neutral zones are highlighted in yellow in figure 1.5.2)
    - **Center zone** - The 4’ W x 4’ L center section of the field, containing the tall center goal (the center zone is highlighted in green in figure 1.5.2)


Copyright 2026, Robotics Education & Competition Foundation



*Figure 1.5.3*


Copyright 2026, Robotics Education & Competition Foundation

## 1.6 Fouls & Penalties

Fouls are decided by a head referee during a match and occur when a rule of gameplay or safety is broken. Fouls may also occur when the RECF Code of Conduct is violated during an event, as determined by the event partner or the head referee. Teams should not be penalized if they're forced into a foul by an opponent.

Penalty cards serve as a tracking system for fouls. Penalties are announced verbally by a head referee after a match and are recorded in the event management software. All penalties stay with the team for the entire tournament.

For fouls that involve damage or potential damage to the field, people, or other robots, a head referee may also require that the drive team stop operating the robot and put their controller on the ground. This is called grounding.

Head referees should focus on helping teams avoid fouls before they happen, by calling out actions that may lead to a foul. Advance warnings like these do not count as official warnings, and are not recorded by referees.

### 1.6.1 Official Warning

An official warning is given to an alliance, team, or team member verbally by the head referee the first time they break a specific rule, provided the foul does not affect the outcome of a match. This official warning helps students learn how to prevent future fouls before they lead to penalties. Future violations of the same rule should result in a yellow card for that rule. For example, the first time a team accidentally removes a pin from the field, they will receive an official warning.

### 1.6.2 Yellow Card

A yellow card is given to an alliance, team, or team member the second time they break a rule (after they have received an official warning for breaking that specific rule). For example, the second time a team accidentally removes a pin from the field, they will receive a yellow card foul.

### 1.6.3 Red Card

A red card is given to an alliance, team, or team member the third time they break a rule (after they have received a yellow card for breaking that specific rule). For example, the third time (and any additional times) a team accidentally removes a pin from the field would earn a team a red card.

A team that receives a red card will earn zero points for the current match. In an alliance match, a team that does not receive the red card will receive the actual score of the match. In finals matches, both teams in the alliance will receive a zero score. The opposing alliance will receive the two win points for the match when a red card is awarded, regardless of the final score, unless they also received a red card in that match.


Copyright 2026, Robotics Education & Competition Foundation

Any foul that affects the outcome of the match will receive a red card for each offense, although in cases where both alliances violate the same rule a head referee may determine that they cancel each other out in terms of their impact on the match. Fouls related to the RECF Code of Conduct, the RECF Student-Centered Policy, or safety rules may also receive a red card for each offense.

### 1.6.4 Fouls affect eligibility for alliance selection

Any team that receives three or more red cards during an event cannot be part of alliance selection or the elimination bracket. Eligibility for judged awards may also be affected.


Copyright 2026, Robotics Education & Competition Foundation

# Section 2: Design, Build, and Code a Robot

Pinnacle robots are primarily created using VEX V5® electronics and non-electronic parts from any combination of three robot brands: VEX V5®, Robits® by AndyMark, and Pitsco Education TETRIX® MAX. Each robot must pass a brief inspection before it can participate in matches at an official RECF event. Robots may change during the competition, but should be reinspected. Intentionally breaking a robot rule for improved performance may be handled as a violation of the RECF Code of Conduct. A robot may not participate in a match if it is in violation of a robot rule.

Each robot must use the VEX V5® system of electronics, but can use any combination of legal VEX V5®, Robits® by AndyMark, and Pitsco Education TETRIX® MAX structural parts (see rule 2.2.3 for details).

## 2.1 Robot design

### 2.1.1 Teams design their own robots

A team's student members get to decide what their robot looks like, and what it does.

### 2.1.2 Outside references are okay as starting points

Teams can use someone else's design as a starting point, but should modify it to make it their own. They should be able to explain their design process and original ideas when asked. Outside references should be appropriately credited and described in teams' engineering notebooks.

## 2.2 Robot build

### 2.2.1 Basic requirements

- Your robot must be safe, and can't damage the field, people, or other robots
- Your robot must pass an inspection before competing at an event and is subject to reinspection at any time during the event
- Your robot should be able to be quickly and safely powered down, either by having easy access to the power button or to easily unplug the battery.
- Your robot can't have parts or mechanisms that intentionally detach during the match
- Your robot can't be larger than 18" wide by 18" long by 18" tall at the start of the match
- Your robot can't ever be larger than 24" wide by 24" long during the match
- There is no limit to how tall your robot can be during the match
- You can only bring one robot to an event
- Your robot can only include legal materials as listed below

### 2.2.2 Modifying parts

- Electronic components cannot be modified in any way, other than labeling and/or external decorations
- Non-electronic parts may be modified


Copyright 2026, Robotics Education & Competition Foundation

### 2.2.3 Required parts

| | Required Parts |
|---|---|
| **Robot Brain** | VEX V5® Robot Brain |
| **Controller** | VEX V5® Controller*<br><br>**Teams may use up to two controllers for a single robot.* |
| **Radio** | VEX V5® Robot Radio |
| **Battery** | VEX V5® Robot Battery Li-Ion 1100mAh |
| **License Plates** | • Your official registered RECF Achieve team number must be clearly visible from two sides of your robot on red or blue plates (to be changed depending on your alliance color). Each robot must include exactly two license plates, and only the current license plate color can be visible during a match.<br>• Plates must be between 2.48” x 4.48” in height and 3” x 7” in width, and use a text font and color that is legible from a distance. License plates can be up to 0.75" thick. You may use VEX V5® Competition License Plates, AndyMark FTC® Alliance Robot Signs, or create custom license plates using 3D printing or other means. License plates do not count towards your custom plastic maximum.<br>• License plates matching your alliance color must be securely attached to your robot before the start of your match. Failure to have the appropriate license plates on your robot is a foul. |

### 2.2.4 Optional parts

| | Electrical / Pneumatic optional parts |
|---|---|
| **Motors up to a total of 99W** | • VEX V5® Smart Motor 11W<br>• VEX V5® Smart Motor 5.5W |
| **Sensors** | • VEX V5® AI Vision Sensor<br>• VEX V5® Bumper Switch & Bumper Switch v2 & Bumper Switch 6N<br>• VEX V5® Distance Sensor<br>• VEX V5® GPS Sensor<br>• VEX V5® Inertial Sensor<br>• VEX V5® Line Tracker<br>• VEX V5® Limit Switch<br>• VEX V5® Light Sensor<br>• VEX V5® Optical Sensor<br>• VEX V5® Rotation Sensor<br>• VEX V5® Vision Sensor |
| **Cables** | • VEX V5® Smart Cable |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| | • VEX V5® Power Cable<br>• VEX V5® 2-Wire, 3-Wire and 4-Wire Extension Cable<br>• VEX V5® 2-Wire and Serial Y-Cable |
| **Pneumatics** | Commercially manufactured pneumatic components including cylinders, actuators, valves, gauges, storage tanks, regulators, manifolds, and tubing<br>• All components must be rated for 100 psi or higher<br>• Pneumatic devices may only be charged to a maximum of 100 psi<br>• Compressors or other forms of onboard charging are not permitted<br>• Pneumatic components may not be modified from their original state, other than cutting tubing or wiring to length; assembling components using pre-existing threads, brackets, or fittings; or applying minor cosmetic labels. |

*This is not a comprehensive list of legal electronic VEX V5® components. Any robot part within the VEX V5® system is legal for RECF Achieve.*

| | **Mechanical / Structural optional components** |
|---|---|
| **VEX V5® / VEX IQ®** | All VEX V5® structural and mechanical parts are considered legal, including:<br>• VEX V5® metal C-channel, U-channel, plates, angles, rails, tracks, gussets, brackets, and shafts<br>• VEX V5® wheels and tires<br>• VEX V5® hardware and fasteners, such as screws, nuts, bolts, washers, bearings, shaft couplers, standoffs, shaft inserts, VersaHex adapters and spacers<br>• VEX V5® plastic and metal gears, sprockets, pinions, gear inserts, rack gears, bevel gears, worm gears, worm wheels, mounting brackets, lead screw nuts and segments, cam followers, and joints<br>• VEX V5 chain and treads, tank tread links, conveyer belt inserts, and conveyer belt base links<br>• VEX V5® plastic shaft bearings, shaft collars, bearing flats, hex nut retainers, shaft bushings, and standoff retainers<br>• VEX V5 ® Flywheel weight and Intake Roller<br>• VEX V5® Claw kits<br>• VEX IQ® Chain<br>*This is not a comprehensive list of legal VEX V5® components. Any robot part within the VEX V5® system is legal for RECF Achieve.* |
| **Robits® by AndyMark** | All Robits® by AndyMark structural and mechanical parts are considered legal, including:<br>• Robits® tubes, beams, gussets, carriers, channel, plates, aluminum slides, bushings, brackets, and standoffs<br>• Robits® wheels and tires<br>• Robits® hardware, fasteners, spacers, screws, nuts, bearings, and springs<br>• Robits® gears, hex shafts, shaft adaptors, and belts<br>• Robits® chain sections, links, breakers, and tensioners<br>• Robits® pulleys, pulley mounts, pulley bearings, pulley extensions, and slide pulley holders |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| | ● Robits® turntable gears and assemblies<br>*This is not a comprehensive list of legal Robits® by AndyMark components. Any non-electronic structure, motion, or hardware part from the Robits® by AndyMark system is legal for RECF Achieve. Please consider compatibility with VEX V5® system electronic components (such as motors) if utilizing Robits® by AndyMark components.* |
| **Pitsco TETRIX® MAX** | All Pitsco Education TETRIX® MAX structure and mechanical parts are considered legal, including:<br>● TETRIX® MAX channels, bars, angles, plates, brackets, flats, and rails<br>● TETRIX® MAX tubes, tube reinforcers, tubing couplers, tube clamps, tubing corner blocks, and tubing anchor blocks<br>● TETRIX® MAX wheels and tires<br>● TETRIX® MAX hardware, fasteners, screws, and nuts<br>● TETRIX® MAX gears and sprockets<br>● TETRIX® MAX axles, hubs, spacers, stand-offs, bushings, shafts, shaft couplers and axle set collars<br>● TETRIX® MAX tank tread chain links, tank tread rubber inserts, tank tread conveyor paddles, and chain breakers<br>● TETRIX® MAX gripper kit<br>*This is not a comprehensive list of legal Pitsco Education TETRIX® MAX components. Any non-electronic structure, motion, or hardware part from the Pitsco Education TETRIX® MAX system is legal for RECF Achieve. Please consider compatibility with VEX V5® system electronic components (such as motors) if utilizing TETRIX® MAX components.* |
| **Any source** | Commercially-available fastening hardware (when used for fastening), including screws, nuts, spacers, washers, and standoffs |

**Important notes**

1. Some product kits from Robits® by AndyMark and Pitsco Education TETRIX® MAX include prohibited electronic parts, including motors, servos, controllers, cables, batteries, sensors, etc. Please take this into account when making purchasing decisions for your robot build. If you are unsure whether a part is prohibited, please submit a question to the official RECF Achieve Q&A system.
2. If you are utilizing a pre-designed robot system kit, such as a chassis, lift kit, launcher expansion kit, claw kit, etc. you must appropriately document and credit that part of your robot AND modify it to make it your own in some capacity.
3. Please note that not every part will be compatible with other parts when combining robotics systems.

| | **Custom plastic and decorations** |
|---|---|
| **Custom Plastic** | ● Up to twelve individual custom plastic pieces, which can be a combination of two styles:<br>○ **Flat cut -** Piece up to 4”x12” in size, cut from certain types of non-shattering plastic up to 0.070” thick |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| | ○ **3D printed -** Piece up to 3”x5”x2” in size, printed from certain types of plastic filament<br>● Flat-cut plastic requirements:<br>○ You may modify your custom flat cut plastic by making holes, cutting sizes and shapes as desired, bending, or otherwise changing the form or appearance of the plastic. You may not chemically weld, melt, or treat flat-cut plastic.<br>○ You may use any of the following flat-cut plastic types: polycarbonate (Lexan), acetal monopolymer (Delrin), acetal copolymer (Acetron GP), POM (acetal), ABS, PEEK, PET, HDPE, LDPE, nylon (all grades), polypropylene, PTFE, and FEP.<br>○ Flat-cut plastic that may shatter (ex. plexiglass or acrylic) is not allowed<br>● 3D printed plastic requirements:<br>○ You may use any of the following filament types: PLA, ABS, TPU, PETG, nylon, and carbon fiber-filled filaments<br>○ A 3D printed piece may be either a single, contiguous part or an assembly that contains multiple independent parts but functions as one component, provided that the component meets the overall size requirement for 3D printed pieces specified above<br>● Custom plastic parts must be designed or customized by student team members, but can be manufactured by an outside entity (e.g., SendCutSend)<br>● Please document your use of custom plastic in your engineering notebook |
| **Decorations** | Decorations are permitted as long as they have no function and do not mimic game objects or field components in a way that would confuse sensors on other robots. 3D printed decorations count towards your custom plastic total. |
| **Misc.** | ● Any rubber bands up to 8” long and .25” wide<br>● Hot glue to secure cable connections<br>● Plastic zip ties up to 12” long and 0.25” wide<br>● Non-aerosol-based lubricants or grease, when used sparingly; lubricants or grease may not be used on any components that will come into contact with any part of the field, game objects, or other robots<br>● Anti-static compound, when used sparingly in a way that will not leave residue on any part of the field, game objects, or other robots<br>● An unlimited amount of rope or string that is non-elastic and no thicker than ¼” (6.35mm)<br>● Commercially-available products designed for bundling or wrapping cables and/or pneumatic tubing, used only for the purpose of cable/tubing protection, organization, or management (e.g., electrical tape, cable carrier, or cable track)<br>● Commercially-available anti-slip drawer liner, in pieces no larger than 12”x15”<br>● One micro-SD card installed in the VEX V5® Robot Brain<br>● Tape used to secure connections between cables, prevent leaks on pneumatic fittings, and label wires/motors/sensors<br>● Custom license plates, license plate holders, controller accessories, basic spacers, and adapters and parts made solely to adapt other legal hardware systems to VEX V5® electronics; these parts do not count towards the custom plastic parts limit, and do not have to be designed or modified by student team members |


Copyright 2026, Robotics Education & Competition Foundation

### 2.2.5 Disallowed items

- Any electronic components from a system other than VEX V5®, including motors, servos, controllers, cables, sensors, batteries, and radios.
    - Electronic components from Robits® by AndyMark and Pitsco Education TETRIX® MAX are prohibited.
- Any structural / mechanical parts from a system other than Robits® by AndyMark, Pitsco Education TETRIX®, or VEX V5® unless listed in rule 2.2.4.
- Anything that compromises the safety of people, other robots, the field, or game pieces

## 2.3 Robot Code

### 2.3.1 Students create their own code

A team's student members get to decide what their robot's code looks like, and what it does. Adults may teach coding concepts, but may not tell students what should or should not be included in their code.

### 2.3.2 Coding libraries are okay as starting points

Teams can use coding libraries as a starting point, but should modify the resulting code to make it their own. They should be able to explain how their code works and how it has been modified from the original ideas when asked. Outside references should be appropriately credited and described in teams' engineering notebooks.


Copyright 2026, Robotics Education & Competition Foundation

# Section 3: Pinnacle Solo Driving Matches

In Pinnacle solo driving matches, student drive teams have 60 seconds to score as many points as possible while operating their robot with a remote controller. Solo matches aren't pre-scheduled. The field setup is shown in figures 3.0.1 and 3.0.2 below. The rules for solo driving matches represent the basic rule set for Pinnacle. Once students master solo driving matches, they only need to learn a few more rules to understand how other match types work.




*Figure 3.0.1*


Copyright 2026, Robotics Education & Competition Foundation




*Figure 3.0.2*

| Object | Quantity & Location |
|---|---|
| Cup | Total = 56<br>• Supply in red driver box = 20<br>• Supply in blue driver box = 20<br>• On-field positions = 16 |
| Red/Blue Pin | Total = 4<br>• On-field positions = 4 |
| Red/Yellow Pin | Total = 20<br>• Red alliance preloads = 2<br>• Supply in red driver box = 10<br>• Supply in blue driver box = 2 |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| | • On-field positions = 6 |
| Blue/Yellow Pin | Total = 20<br>• Blue alliance preloads = 2<br>• Supply in blue driver box = 10<br>• Supply in red driver box = 2<br>• On-field positions = 6 |
| Yellow/Yellow Pin | Total = 19<br>• Supply in red driver box = 7<br>• Supply in blue driver box = 7<br>• On-field positions = 5 |

## 3.1 Solo Match Scoring

| Solo Match Scoring Category | Points |
|---|---|
| Scored cup | 1 point per cup |
| Scored red or blue halfpin in a color-matching or neutral goal | 5 points per visible halfpin |
| Scored yellow halfpin on a red or neutral goal, with a roller set to red | 5 points per visible halfpin |
| Scored yellow halfpin on a blue goal, with a roller set to blue | 5 points per visible halfpin |
| Any scored halfpin on the center goal | 10 points per visible halfpin |

### 3.1.1 Cups and pins must be nested to count as scored

To count as scored, a pin must be nested into either a goal or a scored cup.

To count as scored, a cup must be nested onto a scored pin. A scored pin worth zero points (e.g., no visible halfpins, or no value based on goal or roller color) still counts as scored for this requirement.

### 3.1.2 Scored cup on any goal

Each cup scored on a goal earns one point.

### 3.1.3 Scored red halfpin on a red or neutral goal

Each visible red halfpin that is scored on a red or neutral goal earns 5 points.

### 3.1.4 Scored blue halfpin on a blue or neutral goal

Each visible blue halfpin that is scored on a blue or neutral goal earns 5 points.


Copyright 2026, Robotics Education & Competition Foundation

### 3.1.5 Scored yellow halfpin on a red or neutral goal

Each visible yellow halfpin that is scored on a red or neutral goal earns 5 points only if the roller in that goal's zone is set to red.

### 3.1.6 Scored yellow halfpin on a blue goal

Each visible yellow halfpin that is scored on a blue goal earns 5 points only if the roller in that goal's zone is set to blue.

### 3.1.7 Scored halfpin of any color on the center goal

Each visible halfpin that is scored on the center goal earns 10 points.

### 3.1.8 Solo Match Scoring Examples

| | |
|---|---|
| Example 1: Blue goal with the roller set to yellow or red<br>• Six cups at 1 point each = 6<br>• Three blue halfpins at 5 points each = 15<br>• Red halfpins can't score on blue goals<br>• Because the roller in this zone isn't set to blue, yellow halfpins are worth 0<br>• Total score for this goal = 21 |  |


Copyright 2026, Robotics Education & Competition Foundation

<table>
<tr>
<td>
Example 2: Blue goal with the roller set to blue
<ul>
<li>Six cups at 1 point each = 6</li>
<li>Three blue halfpins at 5 points each = 15</li>
<li>Three yellow halfpins at 5 points each = 15</li>
<li>Red halfpins can’t score on blue goals</li>
<li>Total score for this goal = 36</li>
</ul>
</td>
<td>


</td>
</tr>
<tr>
<td>
Example 3: Neutral goal with the roller set to yellow
<ul>
<li>Four cups at 1 point each = 4</li>
<li>Two red halfpins at 5 points each = 10</li>
<li>One blue halfpin at 5 points = 5</li>
<li>Because the roller in this zone isn’t set to red, yellow halfpins are worth 0</li>
<li>Total score for this goal = 19</li>
</ul>
</td>
<td>


</td>
</tr>
</table>


Copyright 2026, Robotics Education & Competition Foundation

<table>
<tr>
<td>Example 4: Neutral goal with the roller set to red<br>
● Four cups at 1 point each = 4<br>
● Two red halfpins at 5 points each = 10<br>
● One blue halfpin at 5 points = 5<br>
● Two yellow halfpins at 5 points each = 10<br>
● Total score for this goal = 29</td>
<td>
</td>
</tr>
<tr>
<td>Example 5: Center goal (has no corresponding roller)<br>
● Five cups at 1 point each = 5<br>
● Six visible halfpins at 10 points each = 60<br>
● Total score for this goal = 65</td>
<td>
</td>
</tr>
</table>

## 3.2 Starting Positions

### 3.2.1 Driver boxes for solo matches

Up to three student team members (the drive team) can come to the field for each solo match. One drive team member can use the blue driver box and the blue loaders, but must remain in the blue driver box for the entire match. All other drive team members must remain inside of the red team driver box during the match unless they are interacting with their robot as allowed in 3.4.1. Only the drive team members can operate the robot during the match.

Drive team members can't wear headphones or communicate with anyone beyond the field during the match, and spectators or non-drive team students can't coach the drive team. Sitting or standing on chairs/stools for support or elevation is only allowed if approved by the RECF through an accommodation request.


Copyright 2026, Robotics Education & Competition Foundation

### 3.2.2 Robot starting position

The robot must begin the match within the 18” x 18” x 18” starting size limit, in contact with one of the two red loaders (as shown in the first image in section 3), and not in contact with any pins or cups other than their preload pin (3.2.3).

### 3.2.3 Preload pin

A robot must start the match in contact with one yellow/red pin.

### 3.2.4 Eye protection

Every drive team member has to wear some form of eye protection. Eyeglasses meet the requirement, but we recommend safety glasses with non-shattering lenses and side shields.

## 3.3 Match Play

### 3.3.1 The robot can only operate while the match timer is counting down

Robots can’t be in motion before the match timer begins counting down from 60 seconds, and have to stop when the timer hits 0. Points scored after the timer reaches 0 will be deducted before the score is submitted, and the team will receive a foul.

### 3.3.2 The robot can carry one pin, one cup, and one stack at a time

A robot can carry up to one unstacked pin, one unstacked cup, and one stack of any height at any time.

A team can avoid a foul for this rule by stopping all other match play until they’ve removed the extra cup(s)/pin(s)/stack(s). If they can’t remove the extra objects, they should consider grounding their own robot for the rest of the match. Playing the game while carrying extra objects after being asked to stop driving by a head referee will result in a foul.

The first three examples in figure 3.3.2 show a robot legally carrying up to one cup, one pin, and one stack simultaneously. The 4th example in figure 3.3.2 shows a robot illegally carrying 2 stacks.



*Figure 3.3.2*


Copyright 2026, Robotics Education & Competition Foundation

### 3.3.3 Cups and pins stay in the game

Removing a cup or pin from the field is a foul. Intentional or egregious fouls will receive red cards.

A cup or pin that leaves the field will be returned by the nearest field volunteer when and if they're able to safely and reasonably do so, in a position against the field wall close to where it left the field. Cups or pins that are leaving the field cannot be deflected back into the field by humans, or by anything outside of the field.

### 3.3.4 Team-loaded objects

Any drive team member can move cups, pins, and pinnacles from the supply in their driver box into one of the two adjacent loaders during the match (not before!). Only the objects that begin the match in a driver box can be added, and they can only be added to the adjacent loaders. Any unused preloads (3.2.3) can be added to the supply and used as team-loaded objects.

A loader can only contain one cup, one pin, or one pinnacle at any time. The drive team member must let go of the object before a robot is allowed to touch it.

### 3.3.5 Don't reach into the field

Before a match, students can only reach into the field to place their robot. Referees can adjust objects if they're more than 1" out of position or in an incorrect orientation.

During a match, students can only reach into the field to troubleshoot their robot if it hasn't moved during the match (3.4.1).

### 3.3.6 How to stop a match early

If a drive team wants to end a match early, they should stop driving, put their controller(s) on the ground, and give a clear signal such as "Stop Time!" For improved accuracy, drive team members may notify the referee before the match or provide a countdown before the stop signal. The time remaining on the match timer will be recorded as the stop time.

### 3.3.7 Field control

Drive team members must attach their primary controller to the provided field control system. The controller must remain connected for the entire match unless the head referee asks them to disconnect it for troubleshooting, and until they are cleared to retrieve their robot at the end of the match.

All code for the robot and controller must be designed to follow directions from the field control system.


Copyright 2026, Robotics Education & Competition Foundation

## 3.4 What Happens When Things Go Wrong

### 3.4.1 Robot hasn't moved during the match

If a team's robot hasn't moved during the match, drive team members are allowed to troubleshoot it during the driver-controlled period of the match. They can't make mechanical/structural repairs or changes, and can only interact with the robot brain, battery, and/or radio. They should pay attention to other robots on the field to avoid safety hazards.

### 3.4.2 Match replay

The head referee and event partner may decide to replay a match due to technical issues outside of the team's control that affect the outcome of the match.

### 3.4.3 Field damage

If a robot damages a field, it may be grounded by the head referee for the rest of the match. If the head referee decides that damage caused by a student or robot is intentional, the team may earn a red card and a zero score for the match.

### 3.4.4 Appealing a decision

If the drive team members disagree with a decision made or score recorded by a referee, they should remain at the field and notify the referee immediately. Drive team members and referees should be prepared to show specific rules and/or Q&A answers that back up their opinions, and should remember that referees can only make rulings based on the game manual and their own observations and perspectives of the match. Referees and drive team members may never view video or photos from the match while at the field or during discussions that affect match outcomes or scoring, and team members who were not at the field for the match are not allowed to approach the field. The head referee will determine when the discussion is over, and will announce their final and binding decision.


Copyright 2026, Robotics Education & Competition Foundation

# Section 4: Pinnacle Solo Coding Matches

In Pinnacle solo coding matches, teams have 60 seconds to score as many points as possible using only pre-written code to operate the robot. Solo matches aren't pre-scheduled.

Rules from Section 3: Solo Driving Matches apply unless they're specifically changed by a rule in this section.

## 4.1 Changes From Solo Driving Matches

### 4.1.1 No driving the robot

Drive team members must still attach their controller to the field controller if required by the event, but can't use the controller to operate the robot during the match.


Copyright 2026, Robotics Education & Competition Foundation

# Section 5: Pinnacle Alliance Matches

In Pinnacle alliance matches, teams have 120 seconds to score as many points as possible. Each match includes two teams paired as a red alliance and two teams paired as a blue alliance. The two teams in an alliance work together to share scored points, and in an effort to outscore the other alliance. Skipping an alliance match will be considered a violation of the RECF Code of Conduct.

All rules from Section 3: Solo Driving Matches apply to alliance matches unless they're specifically changed by a rule in this section.

## 5.1 Alliance Match Scoring

### 5.1.1 Cups and pins must be nested to count as scored

To count as scored, a pin must be nested into either a goal or a scored cup.

To count as scored, a cup must be nested onto a scored pin. A scored pin worth zero points (e.g., no visible halfpins, or no value based on goal or roller color) still counts as scored for this requirement.

### 5.1.2 Scoring on alliance goals

#### 5.1.2.1 Alliance-color halfpin scored on a matching alliance goal

An alliance earns 5 points for each visible halfpin of their alliance color scored on either of their alliance goals.

#### 5.1.2.2 Cup scored on an alliance goal

An alliance earns 1 point for each cup scored on either of their alliance goals.

#### 5.1.2.3 Yellow halfpin scored on an alliance goal

An alliance earns 5 points for each visible yellow halfpin scored on an alliance goal only if the roller in that zone matches their alliance color.

### 5.1.3 Scoring on neutral goals

#### 5.1.3.1 Alliance-color halfpin scored on a neutral goal

An alliance earns 5 points for each visible halfpin of their alliance color that is scored on a neutral goal.

#### 5.1.3.2 Cup scored on a neutral goal

An alliance earns 1 point for each cup scored on the neutral goal when the roller in that zone is turned to their alliance color. Neither alliance earns points for cups when the roller in that zone is turned to yellow.


Copyright 2026, Robotics Education & Competition Foundation

#### 5.1.3.3 Yellow halfpin scored on a neutral goal

An alliance earns 5 points for each visible yellow halfpin scored on the neutral goal when the roller in that zone is turned to their alliance color. Neither alliance earns points for yellow halfpins when the roller in that zone is turned to yellow.

### 5.1.4 Scoring on the center goal

#### 5.1.4.1 Alliance-color halfpin scored on the center goal

An alliance earns 10 points for each visible halfpin of their alliance color that is scored on the center goal.

#### 5.1.4.2 Cup scored on the center goal

The alliance who has scored the highest number of visible alliance-colored halfpins on the center goal earns 1 point for each cup scored on the center goal. In the case of a tie, neither alliance earns points for cups scored on the center goal.

#### 5.1.4.3 Yellow halfpin scored on the center goal

The alliance who has scored the highest number of visible alliance-colored halfpins on the center goal scores 10 points for each visible yellow halfpin on the center goal. In the case of a tie, neither alliance earns points for yellow halfpins scored on the center goal.

### 5.1.5 Parked robot

Each robot in contact with one of their alliance's loaders at the end of the match earns 21 points, with a maximum of one robot per loader.


Copyright 2026, Robotics Education & Competition Foundation

### 5.1.6 Alliance match scoring examples

<table>
<tr>
<td>
Example 1: Blue goal with the roller set to yellow

- Six cups at 1 point each = 6 to blue
- Three blue halfpins at 5 points each = 15 to blue
- Red halfpins can’t score on blue goals
- Because the roller is set to yellow, yellow halfpins are worth 0

Total score for this goal:

- 0 points to the red alliance
- 21 points to the blue alliance
</td>
<td>


</td>
</tr>
<tr>
<td>
Example 2: Blue goal with the roller set to blue

- Six cups at 1 point each = 6 to blue
- Three blue halfpins at 5 points each = 15 to blue
- Three yellow halfpins at 5 points each = 15 to blue
- Red halfpins can’t score on blue goals

Total score for this goal:

- 0 points to the red alliance
- 36 points to the blue alliance
</td>
<td>


</td>
</tr>
</table>


Copyright 2026, Robotics Education & Competition Foundation

<table>
<tr>
<td>
Example 3: Blue goal with the roller set to red
<ul>
<li>Six cups at 1 point each = 6 to blue</li>
<li>Three blue halfpins at 5 points each = 15 to blue</li>
<li>Three yellow halfpins at 5 points each = 15 to red</li>
<li>Red halfpins can’t score on blue goals</li>
</ul>
Total score for this goal:
<ul>
<li>15 points to the red alliance</li>
<li>21 points to the blue alliance</li>
</ul>
</td>
<td>


</td>
</tr>
<tr>
<td>
Example 4: Neutral goal with the roller set to yellow
<ul>
<li>Two red halfpins at 5 points each = 10 to red</li>
<li>One blue halfpin at 5 points = 5 to blue</li>
<li>Because the roller in this zone is set to yellow, neither alliance earns points for scored cups or yellow halfpins.</li>
</ul>
Total score for this goal:
<ul>
<li>10 points to the red alliance</li>
<li>5 points to the blue alliance</li>
</ul>
</td>
<td>


</td>
</tr>
</table>


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| Example 5: Neutral goal with the roller set to red<br>• Two red halfpins at 5 points each = 10 to red<br>• One blue halfpin at 5 points = 5 to blue<br>• Because the roller in this zone is set to red, the red alliance also earns points for scored cups and yellow halfpins in this goal.<br>• Four scored cups = 4 to red<br>• Two scored yellow halfpins = 10 to red<br><br>Total score for this goal:<br>• 24 points to the red alliance<br>• 5 points to the blue alliance |  |
| Example 6: Central goal (no corresponding roller)<br>• Two red halfpins at 10 points each = 20 to red<br>• One blue halfpin at 10 points = 10 to blue<br>• Because red has more visible scored halfpins than blue, the red alliance also earns points for scored cups and yellow halfpins in this goal.<br>• Five scored cups = 5 to red<br>• Three scored yellow halfpins = 30 to red<br><br>Total score for this goal:<br>• 55 points to the red alliance<br>• 10 points to the blue alliance |  |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| Example 7: Central goal (no corresponding roller)<br>• Two red halfpins at 10 points each = 20 to red<br>• Two blue halfpins at 10 points each = 20 to blue<br>• Because the two alliances have an equal number of visible, scored, alliance-colored halfpins in this goal, neither alliance earns points for the scored cups or yellow halfpins.<br><br>Total score for this goal:<br>• 20 points to the red alliance<br>• 20 points to the blue alliance |   |


Copyright 2026, Robotics Education & Competition Foundation

## 5.2 Changes From Solo Driving Matches

### 5.2.1 Driver boxes for alliance matches

Because an alliance match includes two opposing alliances, two teams in each alliance match are designated on the match schedule as the red alliance and will share the red driver box. The other two teams in each match are designated as the blue alliance on the match schedule and will share the blue driver box. See figure 5.2.1 for more details.




*Figure 5.2.1*


Copyright 2026, Robotics Education & Competition Foundation

### 5.2.2 Robot starting positions

Each robot must begin the match within the 18” x 18” x 18” starting size limit, in contact with one of their alliance-colored loaders that is not in contact with another robot, and not in contact with any pins or cups other than their preload pin (3.2.3), as shown in figure 5.2.2.




*Figure 5.2.2*

### 5.2.3 Team-loaded objects

Drive team members can add objects from the supply in their driver box into their alliance-colored loaders during both periods of the match, but not before the autonomous period begins and not while the timer is stopped between the match periods.

### 5.2.4 Stopping a match early

An alliance match can end early if everyone agrees, but no match stop time will be recorded.


Copyright 2026, Robotics Education & Competition Foundation

## 5.3 Additional Rules for Alliance Matches

### 5.3.1 Alliance matches begin with a 15-second autonomous period

Robots aren't allowed to contact anything on the opponent's side of the neutral zone. They can contact anything in their own alliance-colored zone, and anything in the neutral zone including all tape lines. Drive team members can't use the controller to operate the robot during the autonomous period.

### 5.3.2 Robots in the neutral zone give up some protection during the autonomous period

Robots in the neutral zone are likely to encounter other robots in the neutral zone, and unless the head referee decides that an entanglement, tipping, or trapping interaction (see 5.3.6) was intentional or strategic, most interactions won't result in fouls .

### 5.3.3 Fouls are handled differently during the autonomous period

If a team breaks any rule during the autonomous period of a match, they can't receive an autonomous ranking point. Fouls that occur during the autonomous period are only recorded and tracked if they're related to the RECF Code of Conduct or result in a red card; other fouls should not result in foul cards or affect the overall match score.

### 5.3.4 Goals in the neutral zone have some protection

Any robot can add pins, cups, or stacks to the three goals in the neutral zone at any time during a match.

Any robot can remove a single pin, single cup, or pinnacle from the top of a stack on any of the three goals in the neutral zone during the first 90 seconds of a match (if there's only one object on the goal, it can be removed). During the final 30 seconds of a match, objects cannot be removed from the goals in the neutral zone.

Breaking this rule (e.g., removing too many objects or removing any object during the final 30 seconds of the match) will result in a red card, unless the robot was forced into the penalty by a robot from the other alliance.

### 5.3.5 Alliance-colored goals are protected

Alliances can't interact with the goals in their opponent's alliance-colored zone, including adding or removing nested pins or cups. Breaking this rule will result in a red card, unless the robot was forced into the penalty by a robot from the other alliance.

### 5.3.6 Interactions with opponent robots are limited

Teams may not use their robots in ways that prevent other robots from playing the game for extended periods of time. Teams can use limited defensive driving maneuvers, but can only limit the actions of an opponent robot (i.e., trap, hold, or lift) for a 4-count (approximately four


Copyright 2026, Robotics Education & Competition Foundation

seconds). The count will pause when the trapped robot has an avenue of escape, or the two robots have separated for at least another 4-count. If the interaction resumes before the 2nd 4-count ends, the original count should resume. A trap/hold/lift that lasts longer than a 4-count is a foul, and can result in a red card at the head referee's discretion.

Unintentional entanglement, grabbing, grappling of other robots may result in the offending robot being grounded for the rest of the match.

Intentional use of strategies such as entanglement, grabbing, grappling, or disabling another robot may result in a red card and the offending robot being grounded for the rest of the match.

### 5.3.7 Robots can't use game objects to break rules

Teams can't use cups, pins, stacks, or any part of the field to directly or indirectly break a game or robot rule. Game objects are effectively extensions of a robot while a robot is interacting with them, although they don't count toward robot size limits. For example: a team can't use a stack to knock down the opposing alliance's stacks or pins. If a team knocks down a stack on an opposing alliance goal as a side effect of legally removing pins and/or cups from a neutral goal, they will receive a red card.

### 5.3.8 Each alliance in the elimination bracket gets one time out

Time outs are available between matches in the elimination bracket, but can only be used immediately before a match that includes the alliance who calls it. Each time out can be up to three minutes, but can end early if that alliance's teams and head referee agree.

## 5.4 What Happens When Things Go Wrong

### 5.4.1 Missed match or late to a match

If a team's robot isn't at the field for an alliance match before its scheduled start time (or, for elimination and finals matches and/or when the event is running behind schedule, when the match is otherwise ready to begin), the team will be marked as absent from that match. They will not earn points for that alliance match; the score for the other team in their alliance is not affected.

If a team's robot is not ready to play at the scheduled match time (or, for elimination and finals matches and/or when the event is running behind schedule, when the match is otherwise ready to begin), the head referee may ask the team to remove the robot from the field. Robots cannot be added to a match after the pre-match time countdown.

If the robot is at the field for the entire match, whether it is on the field or not, the team is eligible to receive a score for that match.


Copyright 2026, Robotics Education & Competition Foundation

## 5.5 Ranking Points

Alliances earn ranking points for achieving tasks throughout the course of scheduled alliance matches, and for winning or tying a match. These ranking points are added together to determine the overall rank of individual teams for alliance selection.

Rankings and tiebreakers will be determined as follows:

1. Average ranking points per match
2. Average autonomous ranking points earned by team
3. Average endgame ranking points earned by team
4. Average win points earned by team
5. Random electronic draw

### 5.5.1 Autonomous Ranking Point

Each alliance can earn 1 ranking point for ending the autonomous period of an alliance match with all of the following tasks completed:

- At least 3 cups and 4 halfpins scored across at least 2 goals
- Alliance zone roller showing the matching alliance color

### 5.5.2 Endgame Ranking Point

Each alliance earn 1 ranking point for ending an alliance match with all of the following tasks completed:

- Scoring a stack that has at least 5 scored, visible halfpins of their alliance color
- At least one roller showing their alliance color
- At least one robot in contact with an alliance loader

### 5.5.3 Win Points

- Alliances earn 2 win points for ending an alliance match with the highest score
- Alliances earn 1 win point for ending an alliance match with a tied score


Copyright 2026, Robotics Education & Competition Foundation

# Section 6: Judging and Awards

At events that offer judging, teams will participate in an interview with judges to answer questions about their team, robot design/construction, code, and strategies; each team must be offered an equal opportunity to be interviewed. Teams also submit their engineering notebooks for review by judges.

Each team interview lasts about 10 minutes and in-person interviews generally take place between matches. Judges use the Team Interview Rubric and Engineering Notebook Rubric to evaluate and rank teams. Teams are encouraged to review these rubrics in advance.

See the RECF Guide to Judging for more information about judging and awards.

## 6.1 Engineering Notebooks

An engineering notebook is a record-keeping tool that provides students with an opportunity to develop essential skills such as project and time management, brainstorming, and both written and interpersonal communication. Teams are encouraged to document their use of the engineering design process, including details of successes and challenges. All documentation and work related to the engineering notebook must be completed by the students, and they can’t use AI-generated content. To learn more about engineering notebooks and the engineering design process visit the RECF Library.

Teams can maintain their notebook using either a traditional physical notebook or a range of digital tools, such as software applications or cloud-based platforms. Some events may only accept physical notebooks, while others may require digital submissions. In these cases, physical notebooks can be scanned and submitted electronically, and physical logbooks may be printed for submission. Be sure to check the event details on RECFevents.org to confirm which format is accepted.

## 6.2 Team Interviews

Team interviews are face-to-face (or virtual) conversations between a team of students and two or more volunteer judges. Interviews are opportunities for teams to share their design process, match strategies, learning experiences, and overall approach to the RECF Achieve Robotics Competition.

## 6.3 Award Deliberation

Award deliberation is the last step in the judging process. In this step, judges work with the judge advisor and one another to select candidates for each award.

The Engineering Notebook Rubric and Team Interview Rubric are tools to assist with deliberations. A team’s score, whether a specific line item on a rubric or the overall score, is a data point that the judges can use as a part of the process. It is not a replacement for qualitative judgments in the deliberation process.

Judges will choose winners of each award based on the specific award criteria in the RECF Guide to Judging. No team may receive more than one judged award at an event.


Copyright 2026, Robotics Education & Competition Foundation

# Section 7: Event Personnel, Processes, & Guidelines

## 7.1 Event Personnel

### 7.1.1 Event Partner

An event partner is a certified volunteer who runs an event using the guidelines in RECF's policies and game manuals. RECF event partners must be at least 18 years old, and can't serve as a head referee or judge advisor at their event. Event partners oversee the activities in this section of the game manual, and can add specific rules based on their site and event. Event partners cannot make decisions about match scores or rulings, cannot determine penalties for fouls, and cannot influence who receives judged awards. Event partners have the final decision on non-match and non-robot decisions at an event.

### 7.1.2 Head Referee

A head referee is a certified volunteer who has been assigned by the Event Partner to oversee matches using the guidelines in the game manual. RECF Achieve head referees must be at least 20 years old. Head referees work with team members to prevent and avoid fouls, and communicate fouls and penalties to teams when they occur. Head referees have the final decision on all match and robot rules, and should train robot inspectors and scorekeeper referees at events as appropriate.

Every alliance and elimination match must be watched by at least one head referee, and a head referee must be available to assist at robot inspection and solo matches as needed. See this article and related content in the RECF Library for more information.

### 7.1.3 Scorekeeper Referee

Scorekeeper referees score all varieties of match, and can oversee solo matches independently. RECF Achieve scorekeeper referees must be at least 15 years old. Every solo match must be watched by at least one referee. If there's a question about scoring or match play that doesn't have a clear answer in the game manual, scorekeeper referees should consult a head referee before answering. See this article and related content in the RECF Library for more information.

### 7.1.4 Judge Advisor

A judge advisor is a certified volunteer who trains and oversees volunteer judges at an event using the guidelines in the RECF Guide to Judging. RECF Achieve judge advisors must be at least 21 years old. See this article and related content in the RECF Library for more information.

### 7.1.5 Judge

A judge is a volunteer who reviews teams' engineering notebooks and/or interviews teams about their processes, then deliberates with other judging volunteers to identify award


Copyright 2026, Robotics Education & Competition Foundation

49

candidates and select award winners. RECF Achieve judges must be at least 20 years old and cannot be current RECF Achieve team members. See this article and related content in the RECF Library for more information.

### 7.1.6 Robot Inspector

A robot inspector is a volunteer who confirms that teams' robots meet the requirements in the game manual. If there's a question that doesn't have a clear answer in the game manual, robot inspectors should consult a head referee. See this article and related content in the RECF Library for more information.

### 7.1.7 Field Resetter

A field resetter is a volunteer who ensures that all objects on the field are in the correct positions at the beginning of each match. Field resetters should not begin to reset a field after a match until a referee directs them to do so. See this article and related content in the RECF Library for more information.

### 7.1.8 Queuer

A queuer is a volunteer who ensures that the correct teams are at the correct alliance matches. If time allows, they can attempt to locate teams who haven't checked in for upcoming matches, but they are not required to do so. See this article and related content in the RECF Library for more information.

### 7.1.9 Emcee

An emcee is a volunteer who provides play-by-play information for the audience during alliance matches. Emcees should avoid suggesting strategies, and cannot simultaneously serve as referees. See this article and related content in the RECF Library for more information.

## 7.2 Event Processes

### 7.2.1 Team Check In

Each team must check in when they arrive at the event, and confirm that at least one adult will remain onsite to supervise team members for the entire event. Some events use team check-in as a way to distribute event hand-outs like nametags, site maps, general schedules, and lunch order forms. Team check-in often occurs at a visible location just inside the main doors of the venue.

### 7.2.2 Robot Inspection

Each robot must pass an inspection before it can be used in any type of match at an event. Volunteer inspectors will confirm that robots meet the requirements in the game manual, and will mark passed inspections in the event management software. Robot inspection often occurs at a set of tables near the competition fields or in the team pit area.


Copyright 2026, Robotics Education & Competition Foundation

### 7.2.3 Creating the Alliance Match Schedule

If any teams have not checked in, or any robots haven't passed inspection, the event partner should resolve them before creating the alliance match schedule in the tournament software. The alliance match schedule should only include teams who will participate in alliance matches. See rule 7.4.2 for more information.

### 7.2.4 Queueing

Teams should check in at the queuing table(s) before their scheduled alliance match time, and will be routed to the correct field by volunteer queuers. Queueing generally occurs at a set of tables near the alliance match fields, with two tables (one for each alliance) for each named competition field. Providing tables gives teams a safe place to put their robots while they wait for upcoming matches. Tables are also recommended at the line for solo matches.

### 7.2.5 Running Matches

To display a match timer on a connected display, a referee or emcee can select an alliance match by match number in the tournament software, or a solo match by team number and match type. The referee or emcee should confirm that the drivers are ready, then activate the match timer from their mobile device.

After the match completes, referees should score the match and confirm object counts for each scoring category with the drive team members before submitting the match score and moving to the next match.

### 7.2.6 Alliance Selection / Elimination Bracket

At the end of alliance matches, the event partner should identify any teams that are unavailable or ineligible to participate in alliance selection and mark them in the tournament software. Once teams are removed from the list, the event partner can determine the number of alliances that will participate in alliance selection and initiate the alliance selection process. Once alliance selection is complete, the event partner will create the elimination bracket in the tournament software. See rule 7.4.4 for more information.

### 7.2.7 Entering Award Winners

After the judging volunteers have selected the winners of all judged awards listed for the event, the judge advisor and event partner should work together to enter winners in the tournament software. They should confirm the base number and team letter for each winner, and ensure that no team is marked to receive more than one judged award. Winners of performance awards are automatically marked by the software.

### 7.2.8 Finalizing an Event

After matches and awards conclude, the event partner should finalize and upload the tournament information to [RECFevents.org](RECFevents.org). Some events (e.g., multiple divisions) may need to work with RECF staff to finalize their results.


Copyright 2026, Robotics Education & Competition Foundation

# 7.3 Field Parameters

## 7.3.1 Equipment

All of the fields used for alliance matches at an event should have the same setup and modifications, and all of the fields used for solo matches at an event should have the same setup and modifications. For example, an event could put all of the alliance match fields on identical risers and all of the solo match fields on the ground.

### 7.3.1.1. Field perimeter types

Pinnacle is played on a 12x12 field consisting of field tiles and a field perimeter. Approved field perimeters are the AndyMark FIRST Tech Challenge Perimeter Kit (am0481), the VEX® Portable Competition Field Perimeter (276-8242), and the VEX® Metal Competition Field Perimeter (278-1501).

### 7.3.1.2 Field control options

Robots must be connected to the field via field control.

**Solo matches:** Approved field control methods are the VEXnet® Field Controller Kit (275-1401), VEX® Smart Field Controller (276-7577), a VEXnet® Competition Switch (276-2335), OpenFC (more details coming soon), or utilizing the timed run option on a VEX V5® Controller (476-4820).

**Alliance matches**: Approved field control methods are the VEXnet® Field Controller Kit (275-1401), VEX® Smart Field Controller (276-7577), OpenFC (more details coming soon), or a VEXnet® Competition Switch (276-2335).

## 7.3.2 Variances

Although fields and setups should be as identical as possible, teams have to be prepared for some amount of variance. Goals, walls, rollers, loaders, and other field-mounted parts may vary slightly, up to ±1” (25.4mm) in any direction. Starting locations for cups and pins may also vary up to ±1” (25.4mm) in any direction.

Lighting conditions at fields will vary from event to event. Teams with optical or vision sensors should work with the event partner to calibrate their sensors at the field before matches begin.


Copyright 2026, Robotics Education & Competition Foundation



*Figure 7.3.2*

## 7.4 Match Parameters

### 7.4.1 Solo Matches

Each team can attempt up to three solo matches of each type at an event (three solo driving matches and three solo coding matches). These matches aren't scheduled, and teams can make these attempts whenever their event schedule permits. Solo match fields should open early in the event, and remain open long enough to give each team an opportunity to complete their maximum number of solo matches. As a general rule, solo match fields should remain open until alliance matches have ended.

### 7.4.2 Alliance Matches

Each team will have at least six alliance matches at a qualifying event or at least eight matches at a championship event, which will appear on the match schedule generated by the tournament software. The software will assign alliance partners, match times, fields, and team colors as needed. Matches can only run early if the head referee and all teams are checked in for the match and ready to play.

If a team is marked with an asterisk (*) for one of the last matches on the schedule, any points and/or ranking points earned will not affect their ranking at the event. This occurs when extra matches are necessary to provide each team with the same minimum number of matches. Teams should remember that the RECF Code of Conduct includes supporting alliance partners, and do their best even though it won't affect their ranking.


Copyright 2026, Robotics Education & Competition Foundation

### 7.4.3 Practice Matches

Some events choose to include scheduled practice matches that occur before official alliance matches begin. Practice matches aren't required, and the scores don't affect teams' rankings.

### 7.4.4 Alliance Selection

Ranking points earned in alliance matches are used to rank teams for alliance selection (see 5.5 for details and tiebreakers). Event partners can decide how many alliances will participate in the elimination bracket, but (if possible) should avoid choosing a number that will result in only one team being excluded from alliance selection. Recommendations for the number of alliances to include are below:

| Number of teams at the event | Recommended number of alliances to form during alliance selection |
|---|---|
| Less than 18 | • If an even number of teams are at the event, the number of teams divided by 2<br>• If an odd number of teams are at the event, the number of teams minus 3 then divided by 2 |
| 18-25 | 8 |
| 26-32 | 12 |
| 32 or more | 16 |

Each team at the event must send one student to represent the team for alliance selection. No communication devices are allowed during alliance selection. Any electronics such as phones or tablets must be in airplane mode and disconnected from wi-fi during alliance selection. Decisions related to alliance selection must be made by the students on the team.

Alliance selection will begin with the representative from the highest ranked team inviting any eligible team of their choice to become alliance partners. The invited team's representative then has the opportunity to either accept or decline the offer. If the offer is declined, the invited team cannot be invited to another alliance, and will only be able to be the inviting team if they are ranked highly enough to have that opportunity. Team representatives should be mindful of the number of teams being included in elimination rounds before declining an invitation.

Once the first alliance is formed, the next highest ranked team's representative will be given the opportunity to invite a team to become alliance partners. This process will continue until the number of alliances set by the event partner have been established.


Copyright 2026, Robotics Education & Competition Foundation

### 7.4.5 Elimination Bracket

Alliances created during alliance selection compete in a traditional single elimination bracket to determine the tournament winners. Alliances are seeded based on the highest-ranked team in the alliance. There are several rounds of elimination matches; the number of rounds will be based on the number of alliances participating. Higher-ranked alliances may receive byes if there is an unbalanced bracket. The winning alliance from each match will advance to the next round of matches until only two alliances remain. If an elimination match results in a tie, the two teams will play up to two tie-breaker matches; if the 3rd match is also a tie, the higher-seeded alliance will be recorded as the winner.

The figures below show how alliances flow through 16-alliance and 8-alliance brackets, with the winner of each match progressing to the next level.





Copyright 2026, Robotics Education & Competition Foundation




## 7.4.6 Finals Matches

When only two alliances remain, they will advance into the finals match(es). For events that do not qualify to the RECF STEM World Championship, a single finals match will determine the tournament champions. For events that qualify to the RECF STEM World Championship, there will be up to three finals matches; an alliance has to win two matches to be crowned the tournament champions.

## 7.4.7 Leagues

Information on how leagues qualify for your Event Region Championship or for the RECF STEM World Championship may be found in the Qualifying Criteria for RECF Robotics Competition Events.

Leagues are events that are scheduled over multiple sessions spread across several weeks, and some match parameters differ for teams competing in leagues.

Minimum participation: A minimum of two alliance matches per team are required at each league session, and teams will be ranked by the number of matches played and their average ranking points. Teams that play in at least 60% of the sessions will be ranked higher than those who play in fewer sessions.

Fouls: Because a league is considered a single tournament, all fouls and foul cards stay with the team across all league sessions. Any team that receives three or more red cards throughout sessions for a single league cannot be part of alliance selection at the league championship elimination bracket.


Copyright 2026, Robotics Education & Competition Foundation

# RECF INSPIRE

## ROBOTICS COMPETITION

## PINNACLE

## 2026-2027

### Game Manual Version 1.2

The RECF Inspire Robotics Competition is operated by the Robotics Education & Competition Foundation (RECF), a 501(c)(3) nonprofit. This competition is not sponsored by, affiliated with, or endorsed by VEX Robotics, Inc. or Innovation First, Inc. VEX®, VEX V5®, VEXnet®, VEXcode®, and VEXos® are registered trademarks of Innovation First, Inc. and are used here only to identify hardware and software that participating teams may legally use in competition.

RECF ROBOTICS COMPETITIONS



Copyright 2026, Robotics Education & Competition Foundation

# RECF Inspire Robotics Competition Pinnacle

# 2026-2027

## Game Manual Version 1.2

## July 28, 2026

Copyright 2026, Robotics Education & Competition Foundation

# Prefix

## Welcome and Thank You

Welcome to the Robotics Education & Competition Foundation (RECF) Inspire Robotics Competition!

RECF Inspire provides an exciting, hands-on environment for college students to explore core engineering concepts and create unique solutions to competitive challenges. Students competing in RECF Inspire will develop and apply essential workforce skills in design, manufacturing, programming, documentation, and engineering.

Students are at the center of everything we do, and they are encouraged to take ownership of their ideas while working collaboratively with teammates and solving real-world problems.

RECF Inspire provides broad robotics access for all collegiate students. We encourage student resourcefulness and outside-the-box thinking with an open system for structural robot parts, including unlimited custom plastic, unlimited 3D printing, custom-designed parts, and basic off-the-shelf consumer parts.

We are grateful that you have chosen the RECF as your robotics program provider. With so many opportunities available, we are honored that you selected our program to support your students' learning and growth.

Thank you for joining our community. We cannot wait to see what your teams achieve this season!

## About the RECF

The Robotics Education & Competition Foundation is a registered US 501(c)(3) non-profit organization that exists to spark interest in science, technology, engineering and math by engaging students in hands-on, sustainable, and affordable curriculum-based robotics programs.

Our global mission is to provide every educator with competition, education, and workforce readiness programs to increase student engagement in science, technology, engineering, math, and computer science. We see a future where every student designs and innovates as part of a team, overcomes failure, perseveres, and emerges confident in their ability to meet global challenges.

As a company, we embrace the core values of passion, integrity, and excellence, which we try to embody in everything we do.


Copyright 2026, Robotics Education & Competition Foundation

# Revision History

RECF will release updated game manuals periodically through the season, and a schedule of planned updates should be available in the next scheduled update (August 18, 2026). Each event or league session must use the latest rule set published before the start of the event. Answers in the official Q&A system are effective immediately unless stated otherwise in the answer.

Version 1.0 - June 10, 2026
- Initial release

Version 1.1 - July 10, 2026
- Added links to official Q&A system (games.recf.org)
- 1.5.2 - Suggested locations for tape lines
- 1.6 - Added examples for fouls and penalties
- 2.0 - Clarified that robots cannot participate in matches while breaking robot rules
- 2.2.3 - Added minimum license plate size, and specified that a robot must include exactly two license plates
- 2.2.4 - Increased battery limit for other electronics from 12V to 13V
- 2.2.4 - Added additional robot-to-robot communication methods as legal electronics
- 2.2.4 - Clarified range of legal raw materials, and options for outside manufacturing of custom structural and electronic parts
- 2.2.5 - Added resin printing to the list of disallowed items
- 3.3.2 - Added new figures to demonstrate legal and illegal possession
- 5.3.7 - Clarified that accidentally knocking down a protected stack while removing objects from neutral goals will result in a red card
- 5.5 - Added information about tiebreakers for alliance match rankings
- 7.4.7 - Added information about leagues
- Minor corrections throughout

Version 1.2 - July 28, 2026
- 5.3.1 - Clarified that teams can't use controllers during the autonomous period
- 5.3.4 - Added some protection to the goals in the neutral zone: limited descoring from the tops of the stacks only, and only during the first 90 seconds of the match


Copyright 2026, Robotics Education & Competition Foundation

# Table of Contents

**Prefix** **3**
Welcome and Thank You 3
About the RECF 3
Revision History 4
Table of Contents 5
**Section 1: The RECF Inspire Robotics Competition** **9**
1.1 About the RECF Inspire Robotics Competition 9
1.2 The 2026-2027 RECF Inspire Game: Pinnacle 9
1.3 Five RECF Inspire Competition Challenges 10
1.4 RECF Program Rules 11
1.4.1 RECF Policies 11
1.4.2 RECF Inspire Teams & Students 11
1.4.3 Supervision & Release Forms 11
1.5 Definitions 12
1.5.1 General Definitions 12
1.5.2 Pinnacle Definitions 14
Figure 1.5.3 16
1.6 Fouls & Penalties 17
1.6.1 Official Warning 17
1.6.2 Yellow Card 17
1.6.3 Red Card 17
1.6.4 Fouls affect eligibility for elimination matches 18
**Section 2: Design, Build, and Code Robots** **19**
2.1 Robot design 19
2.1.1 Teams design their own robots 19
2.1.2 Outside references are okay as starting points 19
2.2 Robot build 19
2.2.1 Basic requirements 19
2.2.2 Modifying parts 19
2.2.3 Required parts 20
2.2.4 Optional parts 20
Important notes 22
2.2.5 Disallowed items 23
2.3 Robot Code 23
2.3.1 Students create their own code 23
2.3.2 Coding libraries are okay as starting points 23
**Section 3: Pinnacle Solo Driving Matches** **24**
3.1 Solo Match Scoring 26
3.1.1 Cups and pins must be nested to count as scored 26
3.1.2 Scored cup on any goal 26


Copyright 2026, Robotics Education & Competition Foundation

3.1.3 Scored red halfpin on a red or neutral goal 26
3.1.4 Scored blue halfpin on a blue or neutral goal 26
3.1.5 Scored yellow halfpin on a red or neutral goal 27
3.1.6 Scored yellow halfpin on a blue goal 27
3.1.7 Scored halfpin of any color on the center goal 27
3.1.8 Solo Match Scoring Examples 27
3.2 Starting Positions 29
3.2.1 Driver boxes for solo matches 29
3.2.2 Robot starting positions 30
3.2.3 Preload pin 30
3.2.4 Eye protection 30
3.3 Match Play 30
3.3.1 The robots can only operate while the match timer is counting down 30
3.3.2 Each robot can carry one pin, one cup, and one stack at a time 30
3.3.3 Cups and pins stay in the game 31
3.3.4 Team-loaded objects 31
3.3.5 Don't reach into the field 31
3.3.6 How to stop a match early 31
3.3.7 Field control 31
3.4 What Happens When Things Go Wrong 32
3.4.1 Robot hasn't moved during the match 32
3.4.2 Match replay 32
3.4.3 Field damage 32
3.4.4 Appealing a decision 32
**Section 4: Pinnacle Solo Coding Matches 33**
4.1 Changes From Solo Driving Matches 33
4.1.1 No driving the robots 33
**Section 5: Pinnacle Alliance Matches 34**
5.1 Alliance Match Scoring 34
5.1.1 Cups and pins must be nested to count as scored 34
5.1.2 Scoring on alliance goals 34
5.1.2.1 Alliance-color halfpin scored on a matching alliance goal 34
5.1.2.2 Cup scored on an alliance goal 34
5.1.2.3 Yellow halfpin scored on an alliance goal 34
5.1.3 Scoring on neutral goals 34
5.1.3.1 Alliance-color halfpin scored on a neutral goal 34
5.1.3.2 Cup scored on a neutral goal 34
5.1.3.3 Yellow halfpin scored on a neutral goal 35
5.1.4 Scoring on the center goal 35
5.1.4.1 Alliance-color halfpin scored on the center goal 35
5.1.4.2 Cup scored on the center goal 35


Copyright 2026, Robotics Education & Competition Foundation

5.1.4.3 Yellow halfpin scored on the center goal 35
5.1.5 Parked robot 35
5.1.6 Alliance match scoring examples 36
5.2 Changes From Solo Driving Matches 40
5.2.1 Driver boxes for alliance matches 40
5.2.2 Robot starting positions 41
5.2.3 Team-loaded objects 41
5.2.4 Stopping a match early 41
5.3 Additional Rules for Alliance Matches 42
5.3.1 Alliance matches begin with a 30-second autonomous period 42
5.3.2 Robots in the neutral zone give up some protection during the autonomous period 42
5.3.3 Fouls are handled differently during the autonomous period 42
5.3.4 Goals in the neutral zone have some protection 42
5.3.5 Alliance-colored goals are protected 42
5.3.6 Interactions with opponent robots are limited 42
5.3.7 Robots can't use game objects to break rules 43
5.3.8 Each alliance in the elimination bracket gets one time out 43
5.4 What Happens When Things Go Wrong 43
5.4.1 Missed match or late to a match 43
5.5 Ranking Points 44
5.5.1 Autonomous Ranking Point 44
5.5.2 Endgame Ranking Point 44
5.5.3 Win Points 44
**Section 6: Judging and Awards 45**
6.1 Engineering Notebooks 45
6.2 Team Interviews 45
6.3 Award Deliberation 45
**Section 7: Event Personnel, Processes, & Guidelines 46**
7.1 Event Personnel 46
7.1.1 Event Partner 46
7.1.2 Head Referee 46
7.1.3 Scorekeeper Referee 46
7.1.4 Judge Advisor 46
7.1.5 Judge 46
7.1.6 Robot Inspector 47
7.1.7 Field Resetter 47
7.1.8 Queuer 47
7.1.9 Emcee 47
7.2 Event Processes 47
7.2.1 Team Check In 47
7.2.2 Robot Inspection 47


Copyright 2026, Robotics Education & Competition Foundation

7.2.3 Creating the Alliance Match Schedule 48
7.2.4 Queueing 48
7.2.5 Running Matches 48
7.2.6 Creating Alliances for the Elimination Bracket 48
7.2.7 Entering Award Winners 48
7.2.8 Finalizing an Event 48
7.3 Field Parameters 49
7.3.1 Equipment 49
7.3.1.1. Field perimeter types 49
7.3.1.2 Field control options 49
7.3.2 Variances 49
7.4 Match Parameters 50
7.4.1 Solo Matches 50
7.4.2 Alliance Matches 50
7.4.3 Practice Matches 51
7.4.4 Elimination Bracket 51
7.4.6 Finals Matches 52
7.4.7 Leagues 52



Copyright 2026, Robotics Education & Competition Foundation

# Section 1: The RECF Inspire Robotics Competition

## 1.1 About the RECF Inspire Robotics Competition

The RECF Inspire Robotics Competition (RECF Inspire) provides a hands-on educational STEM experience focused on robot design, construction, strategy, programming, and problem-solving. The program emphasizes teamwork, critical thinking, communication, documentation, and real-world application of concepts. Because each RECF Inspire team brings two robots to each match, they have a unique opportunity that isn't available to other RECF programs and grade levels: they can specifically design and code a pair of robots that work together to solve the problems of the game. This depth of strategy leads to unique and well-considered design concepts and match strategies.

RECF Inspire teams consist of students who have graduated secondary education and are enrolled in post-secondary courses. Student team members make all of the decisions about their robots' design, construction, and programming—from blank paper all the way to the world championship.

The RECF Inspire season consists of local qualifying events, which qualify teams for assigned event region championships. Event region championships then qualify teams for the RECF STEM World Championship. For more information on the qualification structure, refer to the RECF Qualifying Criteria.

## 1.2 The 2026-2027 RECF Inspire Game: Pinnacle

In collegiate Pinnacle matches, each team brings two robots that navigate a 12'x12' field to collect and stack pins and cups onto goals, turn rollers, and maximize their score with specific orientations of pins, cups, and rollers. Robots can push, lift, rotate, stack, spin, or plow pins and cups, but must follow the rules of each specific match type.

In some matches, team members drive the robots. In others, the robots drive themselves based on pre-programmed code written by the students. Not every robot and team will play the game the same way, and there are some ways to score that are easier than others. Your strategies, and your robots, may change over time. As long as you follow the rules in this game manual and the official RECF Inspire Q&A system at games.recf.org, you can play the game however you like!


Copyright 2026, Robotics Education & Competition Foundation



## 1.3 Five RECF Inspire Competition Challenges

- Design, Build, and Code Robots (see section 2) - Using the engineering design process, work with your teammates to design, build, and test robots to score points in matches
- Solo Driving Matches (see section 3) - Up to six (6) members of your team work together at the field to score points with two robots responding to input by remote control
- Solo Coding Matches (see section 4) - Up to six (6) members of your team work together at the field to score points with two robots operated entirely by segments of code—no controller!
- Alliance Matches (see section 5) - Your team's two robots work together in an attempt to outscore an opposing team's robots
- Judging (see section 6) - Document and share your use of the engineering design process in an engineering notebook throughout the season, and describe your work to judges during interviews


Copyright 2026, Robotics Education & Competition Foundation

# 1.4 RECF Program Rules

## 1.4.1 RECF Policies

All participants must follow the guidelines and rules in this game manual, the official RECF Inspire Q&A system at games.recf.org, and these additional official RECF policies.

- RECF Organizational Policy
- RECF Student-Centered Policy
- RECF Code of Conduct
- RECF Qualifying Criteria
- RECF Guide to Judging
- RECF Youth Protection Policy
- RECF Commitment to Coach Excellence
- RECF Commitment to Event Excellence

## 1.4.2 RECF Inspire Teams & Students

Teams must be registered in RECFevents.org for the RECF Inspire program to participate in RECF Inspire qualifying events.

Each RECF Inspire team has one or more students. To compete in Inspire, a student must have graduated from secondary school, not be dual-enrolled in secondary and post-secondary coursework, and be enrolled in post-secondary coursework and working toward a certificate or degree -or- have earned a post-secondary degree during the six months preceding the RECF STEM World Championship.

Team structure must follow the RECF Organizational Policy. Teams must be student-centered and follow the RECF Student-Centered Policy and the RECF Code of Conduct at all times, including at practices and when attending events.

## 1.4.3 Supervision & Release Forms

If no team member is over the age of 18, the team must be accompanied by a responsible adult over the age of 18 for the duration of the event. All participants in RECF events must complete an RECF Participant Release Form each season.


Copyright 2026, Robotics Education & Competition Foundation

# 1.5 Definitions

## 1.5.1 General Definitions

- **Alliance Match** - A 1-team versus 1-team match that is used to determine ranking for the elimination bracket; consists of a 30-second autonomous period followed by a 90-second driver-controlled period
- **Coach / Mentor** - A person who helps students learn concepts used in RECF competitions, and who helps create and organize teams, but who cannot contribute to the students' work used at competitions
- **Drive Team** - 2-6 students who participate in a match as representatives for their team
- **Driver Box** - An area near the field where a drive team must stand during a match (driver boxes are highlighted in blue in figure 1.5.1)
- **Elimination Bracket** - A series of matches that includes a designated number of the highest ranked teams from alliance matches, and identifies the tournament winners (see section 7.4.5)
- **Engineering Notebook** - A physical or electronic document that records a team's use of the engineering design process, and their work during a competition season
- **Foul** - The act of breaking a rule during a match or event (see section 1.6 for more details)
- **Foul Card** - A tracking system for repeated rule infractions (see section 1.6 for more details)
- **Grounded** - Description of a robot that has broken a safety rule and is no longer allowed to participate in the match; the robot is not allowed to drive, and the controller should be placed on the floor or another nearby position (not on the field)
- **Robot** - A machine designed and built by students from parts that are legal for use in the RECF Inspire competition
- **Solo Coding Match** - A one-minute match with two robots and one drive team, during which the robot operates only by code created by the students
- **Solo Driving Match** - A one-minute match with two robots and one drive team, during which students operate the robot by remote control
- **Student** - A team member who meets all requirements of the program, is within the age bracket, and who contributes to a team's notebook, robot design, build, code, and/or strategies or serves as a drive team member; a student can only participate on one RECF Inspire team during a season.
- **Team** - Consists of any number of students who are enrolled in an officially recognized post-secondary educational institution and working toward a degree or certification, and who work together to build two or more robots.
- **Tournament** - An official RECF Inspire event that meets the requirements of the RECF Qualifying Criteria, and includes Alliance Matches, Solo Driving Matches, Solo Coding Matches, and optional judging


Copyright 2026, Robotics Education & Competition Foundation

Figure 1.5.1 highlights the following defined locations and objects:

- Blue = drivers boxes
- Green = rollers
- Orange = loaders
- Pink = goals



*Figure 1.5.1*


Copyright 2026, Robotics Education & Competition Foundation

Figure 1.5.2 highlights the following defined zones:

- Red = red zone, including red alliance goals
- Blue = blue zone, including blue alliance goals
- Yellow = neutral zones, including neutral goals
- Green = center zone, including center goal




*Figure 1.5.2*

## 1.5.2 Pinnacle Definitions

- **Cup** - A plastic, two-segment object that is roughly 6.48” by 3.16”; each cup has a transparent half and an opaque half
- **Goal** - A structure on the field, mounted to an under-tile plate, where robots can score pins, cups, and stacks (goals are highlighted in pink in figure 1.5.1)
  - **Alliance goal** - A red (tag 2) or blue (tag 3) plastic structure, roughly 3.25” high, in the corresponding red or blue zone.
  - **Center goal** - A black plastic structure (tag 0), roughly 8.77” high, in the center zone
  - **Neutral goal** - A black plastic structure, roughly 5.77” high, in neutral zone 1 (tag 1) or 2 (tag 4).
- **Loader** - One of four structures attached to the field perimeter in a location adjacent to a driver box; used to introduce team-loaded cups and pins into the field (loaders are highlighted in orange in figure 1.5.1)


Copyright 2026, Robotics Education & Competition Foundation

- **Nested** - A description for a connection between a cup and a pin, or a pin and a goal, in which a convex halfpin fits securely inside of the opening on a goal or one concave half of a cup. A halfpin can be nested into a cup or a goal. A cup can be nested onto a halfpin.
- **Pin** - A plastic, two-segment object that is roughly 6.5” by 3.02”; each pin is described by the color(s) of its two segments (yellow/yellow, yellow/red, yellow/blue, or red/blue)
  - **Halfpin** - One segment of a pin, described by its color; when a pin is part of a stack, each of its halfpins will be hidden or visible
  - **Hidden** - Description for a portion of a pin that is not visible when the pin is nested in a cup; can apply to one or both ends of a nested pin, based on the transparency/opacity of the cup its nested into
  - **Visible** - Description for a pin color that is showing when a pin is nested in a cup; can apply to one or both ends of a nested pin, based on the transparency/opacity of the cup its nested into
- **Pinnacle** - A two-object stack that consists of one pin nested to one cup
- **Roller -** A complex structure, mounted to the field perimeter, which includes a 3-sided length of plastic that can be manipulated and set by a robot to display red, blue, or yellow on the side facing into the field (rollers are highlighted in green in figure 1.5.1)
- **Stack -** A group of nested pins and cups
- **Supply** - A set of pins and cups that begin a match in a driver box
- **Zone** - 5 defined areas of the field; neutral zones 1 & 2 and the center zone are also collectively referred to as “the neutral zone”; tape lines should always be placed fully on the tile closer to the center of the field (see figure 1.5.3)
  - **Red zone** - The 4’ W x 12’ L section of the field closest to the red alliance drivers box, containing both red alliance colored goals (the red zone is highlighted in red in figure 1.5.2)
  - **Blue zone** - The 4’ W x 12’ L section of the field closest to the blue alliance drivers box, containing both blue alliance colored goals (the blue zone is highlighted in blue in figure 1.5.2)
  - **Neutral zone 1** - The 4’ W x 4’ L section of the field in the center of the head referee side of the field, containing one of the neutral goals (the neutral zones are highlighted in yellow in figure 1.5.2)
  - **Neutral zone 2** - The 4’ W x 4’ L section of the field in the center of the audience side of the field, containing one of the neutral goals (the neutral zones are highlighted in yellow in figure 1.5.2)
  - **Center zone** - The 4’ W x 4’ L center section of the field, containing the tall center goal (the center zone is highlighted in green in figure 1.5.2)


Copyright 2026, Robotics Education & Competition Foundation



*Figure 1.5.3*


Copyright 2026, Robotics Education & Competition Foundation

## 1.6 Fouls & Penalties

Fouls are decided by a head referee during a match and occur when a rule of gameplay or safety is broken. Fouls may also occur when the RECF Code of Conduct is violated during an event, as determined by the event partner or the head referee. Teams should not be penalized if they're forced into a foul by an opponent.

Penalty cards serve as a tracking system for fouls. Penalties are announced verbally by a head referee after a match and are recorded in the event management software. All penalties stay with the team for the entire tournament.

For fouls that involve damage or potential damage to the field, people, or other robots, a head referee may also require that the drive team stop operating the robot and put their controller on the ground. This is called grounding.

Head referees should focus on helping teams avoid fouls before they happen, by calling out actions that may lead to a foul. Advance warnings like these do not count as official warnings, and are not recorded by referees.

### 1.6.1 Official Warning

An official warning is given to an alliance, team, or team member verbally by the head referee the first time they break a specific rule, provided the foul does not affect the outcome of a match. This official warning helps students learn how to prevent future fouls before they lead to penalties. Future violations of the same rule should result in a yellow card for that rule. For example, the first time a team accidentally removes a pin from the field, they will receive an official warning.

### 1.6.2 Yellow Card

A yellow card is given to an alliance, team, or team member the second time they break a rule (after they have received an official warning for breaking that specific rule). For example, the second time a team accidentally removes a pin from the field, they will receive a yellow card foul.

### 1.6.3 Red Card

A red card is given to an alliance, team, or team member the third time they break a rule (after they have received a yellow card for breaking that specific rule). For example, the third time (and any additional times) a team accidentally removes a pin from the field would earn a team a red card.

A team that receives a red card will earn zero points for the current match. In an alliance match, a team that does not receive the red card will receive the actual score of the match. In finals matches, both teams in the alliance will receive a zero score. The opposing alliance will receive the two win points for the match when a red card is awarded, regardless of the final score, unless they also received a red card in that match.


Copyright 2026, Robotics Education & Competition Foundation

Any foul that affects the outcome of the match will receive a red card for each offense, although in cases where both alliances violate the same rule a head referee may determine that they cancel each other out in terms of their impact on the match. Fouls related to the RECF Code of Conduct, the RECF Student-Centered Policy, or safety rules may also receive a red card for each offense.

### 1.6.4 Fouls affect eligibility for elimination matches

Any team that receives three or more red cards during an event cannot be part of the elimination bracket. Eligibility for judged awards may also be affected.


Copyright 2026, Robotics Education & Competition Foundation

# Section 2: Design, Build, and Code Robots

Pinnacle robots are primarily created using VEX V5® electronics and non-electronic parts from any major robotics provider, simple commercial off-the-shelf (COTS) items, and custom-created parts (see rules 2.2.3 and 2.2.4 for details). Each robot must pass a brief inspection before it can participate in matches at an official RECF event. Robots may change during the competition, but should be reinspected. Intentionally breaking a robot rule for improved performance may be handled as a violation of the RECF Code of Conduct. A robot may not participate in a match if it is in violation of a robot rule.

## 2.1 Robot design

### 2.1.1 Teams design their own robots

A team's student members get to decide what their robots look like, and what they do.

### 2.1.2 Outside references are okay as starting points

Teams can use someone else's design as a starting point, but should modify it to make it their own. They should be able to explain their design process and original ideas when asked. Outside references should be appropriately credited and described in teams' engineering notebooks.

## 2.2 Robot build

### 2.2.1 Basic requirements

- Your robots must be safe, and can't damage the field, people, or other robots
- Your robots must pass an inspection before competing at an event and are subject to reinspection at any time during the event
- Your robots should be able to be quickly and safely powered down, either by having easy access to the power button or to easily unplug the battery.
- Your robots can't have parts or mechanisms that intentionally detach during the match
- Your robots can't be larger than 18" wide by 18" long by 18" tall at the start of the match
- Your robots can't ever be larger than 24" wide by 24" long during the match
- There is no limit to how tall your robots can be during the match
- You may bring any number of robots to an event, but may only field 2 robots during each solo, alliance, or elimination bracket match
- Your robots can only include legal materials as listed below

### 2.2.2 Modifying parts

- Pneumatic components and VEX V5® electronic components cannot be modified in any way, other than labelling and/or external decorations. Other commercially-produced or custom electronic components can be modified as long as they meet all requirements in this game manual. See 2.2.4 for more information.
- Non-electronic parts may be modified


Copyright 2026, Robotics Education & Competition Foundation

### 2.2.3 Required parts

| | Required Parts |
|---|---|
| **Robot Brain** | VEX V5® Robot Brain |
| **Controller** | VEX V5® Controller*<br><br>**Teams may use up to two controllers for a single robot.* |
| **Radio** | VEX V5® Robot Radio |
| **Battery** | VEX V5® Robot Battery Li-Ion 1100mAh (*to power the VEX V5® Robot Brain*) |
| **License Plates** | • Your official registered RECF Inspire team number must be clearly visible from two sides of your robot on red or blue plates (to be changed depending on your alliance color). Only the current license plate color can be visible during a match.<br>• Plates must be between 2.48” x 4.48” in height and 3” x 7” in width, and use a text font and color that is legible from a distance. License plates can be up to 0.75" thick. You may use VEX V5® Competition License Plates, AndyMark FTC® Alliance Robot Signs, or create custom license plates using 3D printing or other means. License plates do not count towards your custom plastic maximum.<br>• License plates matching your alliance color must be securely attached to your robots before the start of your match. Failure to have the appropriate license plates on your robots is a foul. |

### 2.2.4 Optional parts

| | Electrical / Pneumatic optional parts |
|---|---|
| **Motors (unlimited)** | • VEX V5® Smart Motor 11W<br>• VEX V5® Smart Motor 5.5W |
| **Sensors** | • VEX V5® AI Vision Sensor<br>• VEX V5® Bumper Switch & Bumper Switch v2 & Bumper Switch 6N<br>• VEX V5® Distance Sensor<br>• VEX V5® GPS Sensor<br>• VEX V5® Inertial Sensor<br>• VEX V5® Line Tracker<br>• VEX V5® Limit Switch<br>• VEX V5® Light Sensor<br>• VEX V5® Optical Sensor<br>• VEX V5® Rotation Sensor<br>• VEX V5® Vision Sensor<br>• Other commercially available sensors and/or external processors, which must be connected to and controlled by the VEX V5® Robot Brain |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| **Cables** | ● VEX V5® Smart Cable<br>● VEX V5® Power Cable<br>● VEX V5® 2-Wire, 3-Wire and 4-Wire Extension Cable<br>● VEX V5® 2-Wire and Serial Y-Cable<br>● Other commercially-available cables or custom cables from COTS materials that are compatible with VEX V5® Smart Motors, VEX V5® Robot Brain, VEX V5® Sensors, other commercially available sensors, or 12V Pneumatic Solenoids (if used). |
| **Pneumatics** | Commercially manufactured pneumatic components including cylinders, actuators, valves, gauges, storage tanks, regulators, manifolds, solenoids, and tubing<br>● All components must be rated for 100 psi or higher<br>● Pneumatic devices may only be charged to a maximum of 100 psi<br>● Compressors or other forms of onboard charging are not permitted<br>● Pneumatic components may not be modified from their original state, other than cutting tubing or wiring to length; assembling components using pre-existing threads, brackets, or fittings; or applying minor cosmetic labels. |
| **Batteries** | External lithium iron, lithium ion, or nickel metal hydride batteries may only be used only to power other electronics that are not VEX V5® parts, and may not exceed 13 volts each. Only one battery is allowed for each other electronics device. |
| **Other electronics** | The other electronic components listed in this rule are legal for robots in the Inspire competition. Electronic components that aren't listed here or elsewhere in this table are not currently legal. If you believe there's a component we should include, email details to us at gdc@recf.org or submit a question in the official RECF Q&A system.<br><br>Legal other electronics:<br>● Raspberry Pis<br>● 12V pneumatic solenoids<br>● Cooling fans<br>● LED strip lights<br>● Custom electronic devices designed by your team<br>● Additional robot-to-robot communication methods; note that non-standard communication methods may result in unintended results or feedback, and may be disallowed if they interfere with other robots or the event<br><br>You **must** document your use of custom electronic devices in your engineering notebook. Undocumented custom electronic devices are not considered legal. Custom electronic devices must be designed and/or customized by student team members, but can be manufactured by an outside entity (e.g., PCBWay) |
| **Mechanical / Structural components** | RECF Inspire has an open system for robot structure and hardware. Non-electronic parts from any major robotics provider, COTS items, and custom-created parts are permitted. |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| | Examples of providers/systems with parts that are legal for RECF Inspire include, but are not limited to, VEX V5®, Robits® by AndyMark, Pitsco Education TETRIX® MAX, Rev Robotics DUO®, goBILDA®, and Robosource®. You may modify these parts by cutting, bending, drilling, routing, machining, welding, painting, or dyeing.<br><br>Student team members may create custom parts using raw materials such as aluminum (sheet, tube, bars, angle, U-channel, C-channel), wood (plywood sheet, planks, boards), plastic (sheet, PVC pipe, filament), and others. Molded plastic parts may be created from polyurethane or silicone.<br><br>You **must** document your use of custom fabricated parts in your engineering notebook. Undocumented custom parts are not considered legal. Custom parts must be designed and/or customized by student team members, but can be manufactured by an outside entity (e.g., SendCutSend). |

### Important notes

1. Some product kits from major robotics providers include prohibited parts, including electronics, motors, servos, controllers, batteries, etc. Please take this into account when making purchasing decisions for your robot build. If you are unsure whether a part is prohibited, please submit a question to the official RECF Inspire Q&A system.
2. If you are utilizing a pre-designed robot system kit, such as a chassis, lift kit, launcher expansion kit, claw kit, etc. you must appropriately document and credit that part of your robot AND modify it to make it your own in some capacity.
3. Please note that not every part will be compatible with other parts when combining robotics systems, COTS parts, and custom fabricated parts.
4. Please note that all materials must be safe, both on their own and in combination with other materials in your robot builds.

| | **Decorations and misc. parts** |
|---|---|
| **Decorations** | Decorations are permitted as long as they have no function and do not mimic game objects or field components in a way that would confuse sensors on other robots. |
| **Misc.** | ● Hot glue to secure cable connections<br>● Non-aerosol-based lubricants or grease, when used sparingly; lubricants or grease may not be used on any components that will come into contact with any part of the field, game objects, or other robots<br>● Anti-static compound, when used sparingly in a way that will not leave residue on any part of the field, game objects, or other robots<br>● One micro-SD card installed in the VEX V5® Robot Brain<br>● Tape, glue, epoxy, or other adhesives for any purpose |


Copyright 2026, Robotics Education & Competition Foundation

### 2.2.5 Disallowed items

- Controllers or robot brains that are not part of the VEX V5® system
- Motors that are not part of the VEX V5® system, except in the case of small, unmodified motors that are contained within allowed additional electronics
- Any electronics other than those specified in 2.2.4
- Sensors that are not either directly connected to the robot brain or connected to an external processor that is directly connected to the robot brain.
- Electromechanical assemblies that are not created by the team
- Materials which may shatter
- Real flames of any kind
- Anything that compromises the safety of people, other robots, the field, or game pieces
- 3D-printed parts created from a UV photopolymer using the SLA, MSLA, DLP, or similar process (resin printing)

## 2.3 Robot Code

### 2.3.1 Students create their own code

A team's student members get to decide what their robots' code looks like, and what it does. Coaches/mentors may teach coding concepts, but may not tell students what should or should not be included in their code.

### 2.3.2 Coding libraries are okay as starting points

Teams can use coding libraries as a starting point, but should modify the resulting code to make it their own. They should be able to explain how their code works and how it has been modified from the original ideas when asked. Outside references should be appropriately credited and described in teams' engineering notebooks.


Copyright 2026, Robotics Education & Competition Foundation

# Section 3: Pinnacle Solo Driving Matches

In Pinnacle solo driving matches, student drive teams have 60 seconds to score as many points as possible while operating their robots with a remote controller. Solo matches aren't pre-scheduled. The field setup is shown in figures 3.0.1 and 3.0.2 below. The rules for solo driving matches represent the basic rule set for Pinnacle. Once students master solo driving matches, they only need to learn a few more rules to understand how other match types work.




Figure 3.0.1


Copyright 2026, Robotics Education & Competition Foundation




*Figure 3.0.2*

| Object | Quantity & Location |
|---|---|
| Cup | Total = 56<br>• Supply in red driver box = 20<br>• Supply in blue driver box = 20<br>• On-field positions = 16 |
| Red/Blue Pin | Total = 4<br>• On-field positions = 4 |
| Red/Yellow Pin | Total = 20<br>• Red alliance preloads = 2<br>• Supply in red driver box = 8<br>• Supply in blue driver box = 2 |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| | • On-field positions = 8 |
| Blue/Yellow Pin | Total = 20<br>• Blue alliance preloads = 2<br>• Supply in blue driver box = 8<br>• Supply in red driver box = 2<br>• On-field positions = 8 |
| Yellow/Yellow Pin | Total = 19<br>• Supply in red driver box = 7<br>• Supply in blue driver box = 7<br>• On-field positions = 5 |

## 3.1 Solo Match Scoring

| Solo Match Scoring Category | Points |
|---|---|
| Scored cup | 1 point per cup |
| Scored red or blue halfpin in a color-matching or neutral goal | 5 points per visible halfpin |
| Scored yellow halfpin on a red or neutral goal, with a roller set to red | 5 points per visible halfpin |
| Scored yellow halfpin on a blue goal, with a roller set to blue | 5 points per visible halfpin |
| Any scored halfpin on the center goal | 10 points per visible halfpin |

### 3.1.1 Cups and pins must be nested to count as scored

To count as scored, a pin must be nested into either a goal or a scored cup.

To count as scored, a cup must be nested onto a scored pin. A scored pin worth zero points (e.g., no visible halfpins, or no value based on goal or roller color) still counts as scored for this requirement.

### 3.1.2 Scored cup on any goal

Each cup scored on a goal earns one point.

### 3.1.3 Scored red halfpin on a red or neutral goal

Each visible red halfpin that is scored on a red or neutral goal earns 5 points.

### 3.1.4 Scored blue halfpin on a blue or neutral goal

Each visible blue halfpin that is scored on a blue or neutral goal earns 5 points.


Copyright 2026, Robotics Education & Competition Foundation

### 3.1.5 Scored yellow halfpin on a red or neutral goal

Each visible yellow halfpin that is scored on a red or neutral goal earns 5 points only if the roller in that goal's zone is set to red.

### 3.1.6 Scored yellow halfpin on a blue goal

Each visible yellow halfpin that is scored on a blue goal earns 5 points only if the roller in that goal's zone is set to blue.

### 3.1.7 Scored halfpin of any color on the center goal

Each visible halfpin that is scored
on the center goal earns 10 points.

### 3.1.8 Solo Match Scoring Examples

| | |
|---|---|
| Example 1: Blue goal with the roller set to yellow or red<br>• Six cups at 1 point each = 6<br>• Three blue halfpins at 5 points each = 15<br>• Red halfpins can't score on blue goals<br>• Because the roller in this zone isn't set to blue, yellow halfpins are worth 0<br>• Total score for this goal = 21 |  |




Copyright 2026, Robotics Education & Competition Foundation

Example 2: Blue goal with the roller set to blue

- Six cups at 1 point each = 6
- Three blue halfpins at 5 points each = 15
- Three yellow halfpins at 5 points each = 15
- Red halfpins can’t score on blue goals
- Total score for this goal = 36




Example 3: Neutral goal with the roller set to yellow

- Four cups at 1 point each = 4
- Two red halfpins at 5 points each = 10
- One blue halfpin at 5 points = 5
- Because the roller in this zone isn’t set to red, yellow halfpins are worth 0
- Total score for this goal = 19





Copyright 2026, Robotics Education & Competition Foundation

<table>
<tr>
<td>Example 4: Neutral goal with the roller set to red<br>● Four cups at 1 point each = 4<br>● Two red halfpins at 5 points each = 10<br>● One blue halfpin at 5 points = 5<br>● Two yellow halfpins at 5 points each = 10<br>● Total score for this goal = 29</td>
<td><br></td>
</tr>
<tr>
<td>Example 5: Center goal (has no corresponding roller)<br>● Five cups at 1 point each = 5<br>● Six visible halfpins at 10 points each = 60<br>● Total score for this goal = 65</td>
<td><br></td>
</tr>
</table>

## 3.2 Starting Positions

### 3.2.1 Driver boxes for solo matches

Up to six student team members (the drive team) can come to the field for each solo match. Two drive team members can use the blue driver box and the blue loaders, but must remain in the blue driver box for the entire match. All other drive team members must remain inside of the red team driver box during the match unless they are interacting with their robot as allowed in 3.4.1. Only the drive team members can operate the robot during the match.

Drive team members can't wear headphones or communicate with anyone beyond the field during the match, and spectators or non-drive team students can't coach the drive team. Sitting or standing on chairs/stools for support or elevation is only allowed if approved by the RECF through an accommodation request.


Copyright 2026, Robotics Education & Competition Foundation

### 3.2.2 Robot starting positions

Each robot must begin the match within the 18” x 18” x 18” starting size limit, in contact with a red loader that is not in contact with another robot (as shown in the first image in section 3), and not in contact with any pins or cups other than their preload pin (3.2.3).

### 3.2.3 Preload pin

Each robot must start the match in contact with one yellow/red pin.

### 3.2.4 Eye protection

Every drive team member has to wear some form of eye protection. Eyeglasses meet the requirement, but we recommend safety glasses with non-shattering lenses and side shields.

## 3.3 Match Play

### 3.3.1 The robots can only operate while the match timer is counting down

Robots can’t be in motion (except certain “other electronics,” such as fans, sensors, etc. whose motion does not propel any part of the robot itself) before the match timer begins counting down from 60 seconds, and have to stop when the timer hits 0. Points scored after the timer reaches 0 will be deducted before the score is submitted, and the team will receive a foul.

### 3.3.2 Each robot can carry one pin, one cup, and one stack at a time

Each robot can carry up to one unstacked pin, one unstacked cup, and one stack of any height at any time.

A team can avoid a foul for this rule by stopping all other match play until they’ve removed the extra cup(s)/pin(s)/stack(s). If they can’t remove the extra objects, they should consider grounding their own robot for the rest of the match. Playing the game while carrying extra objects after being asked to stop driving by a head referee will result in a foul.

The first three examples in figure 3.3.2 show a robot legally carrying up to one cup, one pin, and one stack simultaneously. The 4th example in figure 3.3.2 shows a robot illegally carrying 2 stacks.



*Figure 3.3.2*


Copyright 2026, Robotics Education & Competition Foundation

### 3.3.3 Cups and pins stay in the game

Removing a cup or pin from the field is a foul. Intentional or egregious fouls will receive red cards.

A cup or pin that leaves the field will be returned by the nearest field volunteer when and if they're able to safely and reasonably do so, in a position against the field wall close to where it left the field. Cups or pins that are leaving the field cannot be deflected back into the field by humans, or by anything outside of the field.

### 3.3.4 Team-loaded objects

Any drive team member can move cups, pins, and pinnacles from the supply in their driver box into one of the two adjacent loaders during the match (not before!). Only the objects that begin the match in a driver box can be added, and they can only be added to the adjacent loaders. Any unused preloads (3.2.3) can be added to the supply and used as team-loaded objects.

A loader can only contain one cup, one pin, or one pinnacle at any time. The drive team member must let go of the object before a robot is allowed to touch it.

### 3.3.5 Don't reach into the field

Before a match, students can only reach into the field to place their robots. Referees can adjust objects if they're more than 1” out of position or in an incorrect orientation.

During a match, students can only reach into the field to troubleshoot a robot if it hasn't moved during the match (3.4.1).

### 3.3.6 How to stop a match early

If a drive team wants to end a match early, they should stop driving, put their controller(s) on the ground, and give a clear signal such as “Stop Time!” For improved accuracy, drive team members may notify the referee before the match or provide a countdown before the stop signal. The time remaining on the match timer will be recorded as the stop time.

### 3.3.7 Field control

Drive team members must attach their primary controllers to the provided field control system. The controllers must remain connected for the entire match unless the head referee asks them to disconnect for troubleshooting, and until they are cleared to retrieve their robots at the end of the match.

All code for the robots and controllers must be designed to follow directions from the field control system.


Copyright 2026, Robotics Education & Competition Foundation

## 3.4 What Happens When Things Go Wrong

### 3.4.1 Robot hasn't moved during the match

If a team's robot hasn't moved during the match, drive team members are allowed to troubleshoot it during the driver-controlled period of the match. They can't make mechanical/structural repairs or changes, and can only interact with the robot brain, battery, and/or radio. They should pay attention to other robots on the field to avoid safety hazards.

### 3.4.2 Match replay

The head referee and event partner may decide to replay a match due to technical issues outside of the team's control that affect the outcome of the match.

### 3.4.3 Field damage

If a robot damages a field, it may be grounded by the head referee for the rest of the match. If the head referee decides that damage caused by a student or robot is intentional, the team may earn a red card and a zero score for the match.

### 3.4.4 Appealing a decision

If the drive team members disagree with a decision made or score recorded by a referee, they should remain at the field and notify the referee immediately. Drive team members and referees should be prepared to show specific rules and/or Q&A answers that back up their opinions, and should remember that referees can only make rulings based on the game manual and their own observations and perspectives of the match. Referees and drive team members may never view video or photos from the match while at the field or during discussions that affect match outcomes or scoring, and team members who were not at the field for the match are not allowed to approach the field. The head referee will determine when the discussion is over, and will announce their final and binding decision.


Copyright 2026, Robotics Education & Competition Foundation

33

# Section 4: Pinnacle Solo Coding Matches

In Pinnacle solo coding matches, teams have 60 seconds to score as many points as possible using only pre-written code to operate the robots. Solo matches aren't pre-scheduled.

Rules from Section 3: Solo Driving Matches apply unless they're specifically changed by a rule in this section.

## 4.1 Changes From Solo Driving Matches

### 4.1.1 No driving the robots

Drive team members must still attach their controller to the field controller if required by the event, but can't use the controller to operate the robots during the match.


Copyright 2026, Robotics Education & Competition Foundation

# Section 5: Pinnacle Alliance Matches

In Pinnacle alliance matches, teams have 120 seconds to score as many points as possible. Each match includes one team designated as the red alliance and one team designated as the blue alliance. Each team uses two robots during the match in an effort to outscore the other team. Skipping an alliance match will be considered a violation of the RECF Code of Conduct.

All rules from Section 3: Solo Driving Matches apply to alliance matches unless they're specifically changed by a rule in this section.

## 5.1 Alliance Match Scoring

### 5.1.1 Cups and pins must be nested to count as scored

To count as scored, a pin must be nested into either a goal or a scored cup.

To count as scored, a cup must be nested onto a scored pin. A scored pin worth zero points (e.g., no visible halfpins, or no value based on goal or roller color) still counts as scored for this requirement.

### 5.1.2 Scoring on alliance goals

#### 5.1.2.1 Alliance-color halfpin scored on a matching alliance goal

An alliance earns 5 points for each visible halfpin of their alliance color scored on either of their alliance goals.

#### 5.1.2.2 Cup scored on an alliance goal

An alliance earns 1 point for each cup scored on either of their alliance goals.

#### 5.1.2.3 Yellow halfpin scored on an alliance goal

An alliance earns 5 points for each visible yellow halfpin scored on an alliance goal only if the roller in that zone matches their alliance color.

### 5.1.3 Scoring on neutral goals

#### 5.1.3.1 Alliance-color halfpin scored on a neutral goal

An alliance earns 5 points for each visible halfpin of their alliance color that is scored on a neutral goal.

#### 5.1.3.2 Cup scored on a neutral goal

An alliance earns 1 point for each cup scored on the neutral goal when the roller in that zone is turned to their alliance color. Neither alliance earns points for cups when the roller in that zone is turned to yellow.


Copyright 2026, Robotics Education & Competition Foundation

#### 5.1.3.3 Yellow halfpin scored on a neutral goal

An alliance earns 5 points for each visible yellow halfpin scored on the neutral goal when the roller in that zone is turned to their alliance color. Neither alliance earns points for yellow halfpins when the roller in that zone is turned to yellow.

### 5.1.4 Scoring on the center goal

#### 5.1.4.1 Alliance-color halfpin scored on the center goal

An alliance earns 10 points for each visible halfpin of their alliance color that is scored on the center goal.

#### 5.1.4.2 Cup scored on the center goal

The alliance who has scored the highest number of visible alliance-colored halfpins on the center goal earns 1 point for each cup scored on the center goal. In the case of a tie, neither alliance earns points for cups scored on the center goal.

#### 5.1.4.3 Yellow halfpin scored on the center goal

The alliance who has scored the highest number of visible alliance-colored halfpins on the center goal scores 10 points for each visible yellow halfpin on the center goal. In the case of a tie, neither alliance earns points for yellow halfpins scored on the center goal.

### 5.1.5 Parked robot

Each Robot in contact with one of their alliance's loaders at the end of the match earns 21 points, with a maximum of one robot per loader.


Copyright 2026, Robotics Education & Competition Foundation

### 5.1.6 Alliance match scoring examples

Example 1: Blue goal with the roller set to yellow

- Six cups at 1 point each = 6 to blue
- Three blue halfpins at 5 points each = 15 to blue
- Red halfpins can't score on blue goals
- Because the roller is set to yellow, yellow halfpins are worth 0

Total score for this goal:

- 0 points to the red alliance
- 21 points to the blue alliance




Example 2: Blue goal with the roller set to blue

- Six cups at 1 point each = 6 to blue
- Three blue halfpins at 5 points each = 15 to blue
- Three yellow halfpins at 5 points each = 15 to blue
- Red halfpins can't score on blue goals

Total score for this goal:

- 0 points to the red alliance
- 36 points to the blue alliance





Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| Example 3: Blue goal with the roller set to red<br>• Six cups at 1 point each = 6 to blue<br>• Three blue halfpins at 5 points each = 15 to blue<br>• Three yellow halfpins at 5 points each = 15 to red<br>• Red halfpins can't score on blue goals<br><br>Total score for this goal:<br>• 15 points to the red alliance<br>• 21 points to the blue alliance | <br> |
| Example 4: Neutral goal with the roller set to yellow<br>• Two red halfpins at 5 points each = 10 to red<br>• One blue halfpin at 5 points = 5 to blue<br>• Because the roller in this zone is set to yellow, neither alliance earns points for scored cups or yellow halfpins.<br><br>Total score for this goal:<br>• 10 points to the red alliance<br>• 5 points to the blue alliance | <br> |


Copyright 2026, Robotics Education & Competition Foundation

Example 5: Neutral goal with the roller set to red

- Two red halfpins at 5 points each = 10 to red
- One blue halfpin at 5 points = 5 to blue
- Because the roller in this zone is set to red, the red alliance also earns points for scored cups and yellow halfpins in this goal.
- Four scored cups = 4 to red
- Two scored yellow halfpins = 10 to red

Total score for this goal:

- 24 points to the red alliance
- 5 points to the blue alliance




Example 6: Central goal (no corresponding roller)

- Two red halfpins at 10 points each = 20 to red
- One blue halfpin at 10 points = 10 to blue
- Because red has more visible scored halfpins than blue, the red alliance also earns points for scored cups and yellow halfpins in this goal.
- Five scored cups = 5 to red
- Three scored yellow halfpins = 30 to red

Total score for this goal:

- 55 points to the red alliance
- 10 points to the blue alliance





Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| Example 7: Central goal (no corresponding roller)<br>● Two red halfpins at 10 points each = 20 to red<br>● Two blue halfpins at 10 points each = 20 to blue<br>● Because the two alliances have an equal number of visible, scored, alliance-colored halfpins in this goal, neither alliance earns points for the scored cups or yellow halfpins.<br><br>Total score for this goal:<br>● 20 points to the red alliance<br>● 20 points to the blue alliance |  |


Copyright 2026, Robotics Education & Competition Foundation

## 5.2 Changes From Solo Driving Matches

### 5.2.1 Driver boxes for alliance matches

Because an alliance match includes two teams, one is designated on the match schedule as the red alliance and will use the red driver box. The other is designated as the blue alliance on the match schedule and will use the blue driver box. See figure 5.2.1 for more details.




*Figure 5.2.1*


Copyright 2026, Robotics Education & Competition Foundation

### 5.2.2 Robot starting positions

Each robot must begin the match within the 18” x 18” x 18” starting size limit, in contact with one of their alliance-colored loaders that is not in contact with another robot, and not in contact with any pins or cups other than their preload pin (3.2.3), as shown in figure 5.2.2.




*Figure 5.2.2*

### 5.2.3 Team-loaded objects

Drive team members can add objects from the supply in their driver box into their alliance-colored loaders during both periods of the match, but not before the autonomous period begins and not while the timer is stopped between the match periods.

### 5.2.4 Stopping a match early

An alliance match can end early if everyone agrees, but no match stop time will be recorded.


Copyright 2026, Robotics Education & Competition Foundation

## 5.3 Additional Rules for Alliance Matches

### 5.3.1 Alliance matches begin with a 30-second autonomous period

Robots aren't allowed to contact anything on the opponent's side of the neutral zone. They can contact anything in their own alliance-colored zone, and anything in the neutral zone including all tape lines. Drive team members can't use the controller to operate the robot during the autonomous period.

### 5.3.2 Robots in the neutral zone give up some protection during the autonomous period

Robots in the neutral zone are likely to encounter other robots in the neutral zone, and unless the head referee decides that an entanglement, tipping, or trapping interaction (see 5.3.6) was intentional or strategic, most interactions won't result in fouls .

### 5.3.3 Fouls are handled differently during the autonomous period

If a team breaks any rule during the autonomous period of a match, they can't receive an autonomous ranking point. Fouls that occur during the autonomous period are only recorded and tracked if they're related to the RECF Code of Conduct or result in a red card; other fouls should not result in foul cards or affect the overall match score.

### 5.3.4 Goals in the neutral zone have some protection

Any robot can add pins, cups, or stacks to the three goals in the neutral zone at any time during a match.

Any robot can remove a single pin, single cup, or pinnacle from the top of a stack on any of the three goals in the neutral zone during the first 90 seconds of a match (if there's only one object on the goal, it can be removed). During the final 30 seconds of a match, objects cannot be removed from the goals in the neutral zone.

Breaking this rule (e.g., removing too many objects or removing any object during the final 30 seconds of the match) will result in a red card, unless the robot was forced into the penalty by a robot from the other alliance.

### 5.3.5 Alliance-colored goals are protected

Alliances can't interact with the goals in their opponent's alliance-colored zone, including adding or removing nested pins or cups. Breaking this rule will result in a red card, unless the robot was forced into the penalty by a robot from the other alliance.

### 5.3.6 Interactions with opponent robots are limited

Teams may not use their robots in ways that prevent other robots from playing the game for extended periods of time. Teams can use limited defensive driving maneuvers, but can only limit the actions of an opponent robot (i.e., trap, hold, or lift) for a 4-count (approximately four


Copyright 2026, Robotics Education & Competition Foundation

seconds). The count will pause when the trapped robot has an avenue of escape, or the two robots have separated for at least another 4-count. If the interaction resumes before the 2nd 4-count ends, the original count should resume. A trap/hold/lift that lasts longer than a 4-count is a foul, and can result in a red card at the head referee's discretion.

Unintentional entanglement, grabbing, grappling of other robots may result in the offending robot being grounded for the rest of the match.

Intentional use of strategies such as entanglement, grabbing, grappling, or disabling another robot may result in a red card and the offending robot being grounded for the rest of the match.

### 5.3.7 Robots can't use game objects to break rules

Teams can't use cups, pins, stacks, or any part of the field to directly or indirectly break a game or robot rule. Game objects are effectively extensions of a robot while a robot is interacting with them, although they don't count toward robot size limits. For example: a team can't use a stack to knock down the opposing alliance's stacks or pins. If a team knocks down a stack on an opposing alliance goal as a side effect of legally removing pins and/or cups from a neutral goal, they will receive a red card.

### 5.3.8 Each alliance in the elimination bracket gets one time out

Time outs are available between matches in the elimination bracket, but can only be used immediately before a match that includes the alliance who calls it. Each time out can be up to three minutes, but can end early if that alliance's teams and head referee agree.

## 5.4 What Happens When Things Go Wrong

### 5.4.1 Missed match or late to a match

If a team isn't at the field with at least one robot for an alliance match before its scheduled start time (or, for elimination and finals matches and/or when the event is running behind schedule, when the match is otherwise ready to begin), the team will be marked as absent from that match. They will not earn points for that alliance match; the score for the other team in their alliance is not affected.

If a team's robot is not ready to play at the scheduled match time (or, for elimination and finals matches and/or when the event is running behind schedule, when the match is otherwise ready to begin), the head referee may ask the team to remove the robot from the field. Robots cannot be added to a match after the pre-match time countdown.

If at least one robot is at the field for the entire match, whether it is on the field or not, the team is eligible to receive a score for that match.


Copyright 2026, Robotics Education & Competition Foundation

## 5.5 Ranking Points

Alliances earn ranking points for achieving tasks throughout the course of scheduled alliance matches, and for winning or tying a match. These ranking points are added together to determine the overall rank of individual teams for alliance selection.

Rankings and tiebreakers will be determined as follows:

1. Average ranking points per match
2. Average autonomous ranking points earned by team
3. Average endgame ranking Points earned by team
4. Average win points earned by team
5. Random electronic draw

### 5.5.1 Autonomous Ranking Point

Each alliance earns 1 ranking point for ending the autonomous period of an alliance match with all of the following tasks completed:

- At least 4 cups and 6 halfpins scored across at least 2 goals
- Alliance zone roller showing the matching alliance color

### 5.5.2 Endgame Ranking Point

Each alliance earns 1 ranking point for ending an alliance match with all of the following tasks completed:

- Scoring two or more stacks that have at least 5 scored, visible halfpins of their alliance color
- At least one roller showing their alliance color
- At least one robot in contact with an alliance loader

### 5.5.3 Win Points

- Alliances earn 2 win points for ending an alliance match with the highest score
- Alliances earn 1 win point for ending an alliance match with a tied score


Copyright 2026, Robotics Education & Competition Foundation

# Section 6: Judging and Awards

At events that offer judging, teams will participate in an interview with judges to answer questions about their team, robot design/construction, code, and strategies; each team must be offered an equal opportunity to be interviewed. Teams also submit their engineering notebooks for review by judges.

Each team interview lasts about 10 minutes and in-person interviews generally take place between matches. Judges use the Team Interview Rubric and Engineering Notebook Rubric to evaluate and rank teams. Teams are encouraged to review these rubrics in advance.

See the RECF Guide to Judging for more information about judging and awards.

## 6.1 Engineering Notebooks

An engineering notebook is a record-keeping tool that provides students with an opportunity to develop essential skills such as project and time management, brainstorming, and both written and interpersonal communication. Teams are encouraged to document their use of the engineering design process, including details of successes and challenges. All documentation and work related to the engineering notebook must be completed by the students, and they can't use AI-generated content. To learn more about engineering notebooks and the engineering design process visit the RECF Library.

Teams can maintain their notebook using either a traditional physical notebook or a range of digital tools, such as software applications or cloud-based platforms. Some events may only accept physical notebooks, while others may require digital submissions. In these cases, physical notebooks can be scanned and submitted electronically, and physical logbooks may be printed for submission. Be sure to check the event details on RECFevents.org to confirm which format is accepted.

## 6.2 Team Interviews

Team interviews are face-to-face (or virtual) conversations between a team of students and two or more volunteer judges. Interviews are opportunities for teams to share their design process, match strategies, learning experiences, and overall approach to the RECF Inspire Robotics Competition.

## 6.3 Award Deliberation

Award deliberation is the last step in the judging process. In this step, judges work with the judge advisor and one another to select candidates for each award.

The Engineering Notebook Rubric and Team Interview Rubric are tools to assist with deliberations. A team's score, whether a specific line item on a rubric or the overall score, is a data point that the judges can use as a part of the process. It is not a replacement for qualitative judgments in the deliberation process.

Judges will choose winners of each award based on the specific award criteria in the RECF Guide to Judging. No team may receive more than one judged award at an event.


Copyright 2026, Robotics Education & Competition Foundation

# Section 7: Event Personnel, Processes, & Guidelines

## 7.1 Event Personnel

### 7.1.1 Event Partner

An event partner is a certified volunteer who runs an event using the guidelines in RECF's policies and game manuals. RECF event partners must be at least 18 years old, and can't serve as a head referee or judge advisor at their event. Event partners oversee the activities in this section of the game manual, and can add specific rules based on their site and event. Event partners cannot make decisions about match scores or rulings, cannot determine penalties for fouls, and cannot influence who receives judged awards. Event partners have the final decision on non-match and non-robot decisions at an event.

### 7.1.2 Head Referee

A head referee is a certified volunteer who has been assigned by the Event Partner to oversee matches using the guidelines in the game manual. RECF Inspire head referees must be at least 20 years old. Head referees work with team members to prevent and avoid fouls, and communicate fouls and penalties to teams when they occur. Head referees have the final decision on all match and robot rules, and should train robot inspectors and scorekeeper referees at events as appropriate.

Every alliance and elimination match must be watched by at least one head referee, and a head referee must be available to assist at robot inspection and solo matches as needed. See this article and related content in the RECF Library for more information.

### 7.1.3 Scorekeeper Referee

Scorekeeper referees score all varieties of match, and can oversee solo matches independently. RECF Inspire scorekeeper referees must be at least 15 years old. Every solo match must be watched by at least one referee. If there's a question about scoring or match play that doesn't have a clear answer in the game manual, scorekeeper referees should consult a head referee before answering. See this article and related content in the RECF Library for more information.

### 7.1.4 Judge Advisor

A judge advisor is a certified volunteer who trains and oversees volunteer judges at an event using the guidelines in the RECF Guide to Judging. RECF Inspire judge advisors must be at least 21 years old. See this article and related content in the RECF Library for more information.

### 7.1.5 Judge

A judge is a volunteer who reviews teams' engineering notebooks and/or interviews teams about their processes, then deliberates with other judging volunteers to identify award


Copyright 2026, Robotics Education & Competition Foundation

candidates and select award winners. RECF Inspire judges must be at least 20 years old and cannot be current RECF Inspire team members. See this article and related content in the RECF Library for more information.

### 7.1.6 Robot Inspector

A robot inspector is a volunteer who confirms that teams' robots meet the requirements in the game manual. If there's a question that doesn't have a clear answer in the game manual, robot inspectors should consult a head referee. See this article and related content in the RECF Library for more information.

### 7.1.7 Field Resetter

A field resetter is a volunteer who ensures that all objects on the field are in the correct positions at the beginning of each match. Field resetters should not begin to reset a field after a match until a referee directs them to do so. See this article and related content in the RECF Library for more information.

### 7.1.8 Queuer

A queuer is a volunteer who ensures that the correct teams are at the correct alliance matches. If time allows, they can attempt to locate teams who haven't checked in for upcoming matches, but they are not required to do so. See this article and related content in the RECF Library for more information.

### 7.1.9 Emcee

An emcee is a volunteer who provides play-by-play information for the audience during alliance matches. Emcees should avoid suggesting strategies, and cannot simultaneously serve as referees. See this article and related content in the RECF Library for more information.

## 7.2 Event Processes

### 7.2.1 Team Check In

Each team must check in when they arrive at the event, and confirm that at least one adult will remain onsite to supervise team members for the entire event. Some events use team check-in as a way to distribute event hand-outs like nametags, site maps, general schedules, and lunch order forms. Team check-in often occurs at a visible location just inside the main doors of the venue.

### 7.2.2 Robot Inspection

Each robot must pass an inspection before it can be used in any type of match at an event. Volunteer inspectors will confirm that robots meet the requirements in the game manual, and will mark passed inspections in the event management software. Robot inspection often occurs at a set of tables near the competition fields or in the team pit area.


Copyright 2026, Robotics Education & Competition Foundation

### 7.2.3 Creating the Alliance Match Schedule

If any teams have not checked in, or any robots haven't passed inspection, the event partner should resolve them before creating the alliance match schedule in the tournament software. The alliance match schedule should only include teams who will participate in alliance matches. See rule 7.4.2 for more information.

### 7.2.4 Queueing

Teams should check in at the queuing table(s) before their scheduled alliance match time, and will be routed to the correct field by volunteer queuers. Queueing generally occurs at a set of tables near the alliance match fields, with two tables (one for each alliance) for each named competition field. Providing tables gives teams a safe place to put their robots while they wait for upcoming matches. Tables are also recommended at the line for solo matches.

### 7.2.5 Running Matches

To display a match timer on a connected display, a referee or emcee can select an alliance match by match number in the tournament software, or a solo match by team number and match type. The referee or emcee should confirm that the drivers are ready, then activate the match timer from their mobile device.

After the match completes, referees should score the match and confirm object counts for each scoring category with the drive team members before submitting the match score and moving to the next match.

### 7.2.6 Creating Alliances for the Elimination Bracket

At the end of alliance matches, the event partner should identify any teams that are unavailable or ineligible to participate in the elimination bracket and mark them in the tournament software. Once teams are removed from the list, the event partner can determine the number of teams that will participate in the elimination bracket and generate the match list. See rule 7.4.4 for more information.

### 7.2.7 Entering Award Winners

After the judging volunteers have selected the winners of all judged awards listed for the event, the judge advisor and event partner should work together to enter winners in the tournament software. They should confirm the base number and team letter for each winner, and ensure that no team is marked to receive more than one judged award. Winners of performance awards are automatically marked by the software.

### 7.2.8 Finalizing an Event

After matches and awards conclude, the event partner should finalize and upload the tournament information to RECFevents.org. Some events (e.g., multiple divisions) may need to work with RECF staff to finalize their results.


Copyright 2026, Robotics Education & Competition Foundation

## 7.3 Field Parameters

### 7.3.1 Equipment

All of the fields used for alliance matches at an event should have the same setup and modifications, and all of the fields used for solo matches at an event should have the same setup and modifications. For example, an event could put all of the alliance match fields on identical risers and all of the solo match fields on the ground.

#### 7.3.1.1. Field perimeter types

Pinnacle is played on a 12x12 field consisting of field tiles and a field perimeter. Approved field perimeters are the AndyMark FIRST Tech Challenge Perimeter Kit (am0481), the VEX® Portable Competition Field Perimeter (276-8242), and the VEX® Metal Competition Field Perimeter (278-1501).

#### 7.3.1.2 Field control options

Robots must be connected to the field via field control.

**Solo matches:** Approved field control methods are the VEXnet® Field Controller Kit (275-1401), VEX® Smart Field Controller (276-7577), a VEXnet® Competition Switch (276-2335), OpenFC (more details coming soon), or utilizing the timed run option on a VEX V5® Controller (476-4820).

**Alliance matches**: Approved field control methods are the VEXnet® Field Controller Kit (275-1401), VEX® Smart Field Controller (276-7577), OpenFC (more details coming soon), or a VEXnet® Competition Switch (276-2335).

### 7.3.2 Variances

Although fields and setups should be as identical as possible, teams have to be prepared for some amount of variance. Goals, walls, rollers, loaders, and other field-mounted parts may vary slightly, up to ±1” (25.4mm) in any direction. Starting locations for cups and pins may also vary up to ±1” (25.4mm) in any direction.

Lighting conditions at fields will vary from event to event. Teams with optical or vision sensors should work with the event partner to calibrate their sensors at the field before matches begin.


Copyright 2026, Robotics Education & Competition Foundation



*Figure 7.3.2*

## 7.4 Match Parameters

### 7.4.1 Solo Matches

Each team can attempt up to three solo matches of each type at an event (three solo driving matches and three solo coding matches). These matches aren't scheduled, and teams can make these attempts whenever their event schedule permits. Solo match fields should open early in the event, and remain open long enough to give each team an opportunity to complete their maximum number of solo matches. As a general rule, solo match fields should remain open until alliance matches have ended.

### 7.4.2 Alliance Matches

Each team will have at least six alliance matches at a qualifying event or at least eight matches at a championship event, which will appear on the match schedule generated by the tournament software. The software will assign match times, fields, and team colors as needed. Matches can only run early if the head referee and all teams are checked in for the match and ready to play.

If a team is marked with an asterisk (*) for one of the last matches on the schedule, any points and/or ranking points earned will not affect their ranking at the event. This occurs when extra matches are necessary to provide each team with the same minimum number of matches. Teams should remember that the RECF Code of Conduct includes supporting alliance partners, and do their best even though it won't affect their ranking.


Copyright 2026, Robotics Education & Competition Foundation

### 7.4.3 Practice Matches

Some events choose to include scheduled practice matches that occur before official alliance matches begin. Practice matches aren't required, and the scores don't affect teams' rankings.

### 7.4.4 Elimination Bracket

Top teams compete in a traditional single elimination bracket to determine the tournament winners. Event partners can decide how many teams will participate in the elimination bracket, but are encouraged to include a full 16-team bracket when possible.

Teams are seeded based on the highest-ranked team after qualifying matches (see 5.5 for details and tiebreakers). There are several rounds of elimination matches; the number of rounds will be based on the number of teams participating. Higher-ranked alliances may receive byes if there is an unbalanced bracket. The winning alliance from each match will advance to the next round of matches until only two alliances remain. If an elimination match results in a tie, the two teams will play up to two tie-breaker matches; if the 3rd match is also a tie, the higher-seeded alliance will be recorded as the winner.

The figures below show how alliances flow through 16-alliance and 8-alliance brackets, with the winner of each match progressing to the next level.





Copyright 2026, Robotics Education & Competition Foundation




### 7.4.6 Finals Matches

When only two teams remain, they will advance into the finals match(es). For events that do not qualify to the RECF STEM World Championship, a single finals match will determine the tournament champions. For events that qualify to the RECF STEM World Championship, there will be up to three finals matches; a team has to win two matches to be crowned the tournament champions.

### 7.4.7 Leagues

Information on how leagues qualify for your Event Region Championship or for the RECF STEM World Championship may be found in the Qualifying Criteria for RECF Robotics Competition Events.

Leagues are events that are scheduled over multiple sessions spread across several weeks, and some match parameters differ for teams competing in leagues.

Minimum participation: A minimum of two alliance matches per team are required at each league session, and teams will be ranked by the number of matches played and their average ranking points. Teams that play in at least 60% of the sessions will be ranked higher than those who play in fewer sessions.

Fouls: Because a league is considered a single tournament, all fouls and foul cards stay with the team across all league sessions. Any team that receives three or more red cards throughout sessions for a single league cannot be part of alliance selection at the league championship elimination bracket.


Copyright 2026, Robotics Education & Competition Foundation

# RECF ENGAGE
## ROBOTICS COMPETITION
## TIER TAKEOVER

# 2026-2027

# Game Manual Version 1.0

Copyright 2026, Robotics Education & Competition Foundation

RECF

*The RECF Engage Robotics Competition is operated by the Robotics Education & Competition Foundation (RECF), a 501(c)(3) nonprofit. This competition is not sponsored by, affiliated with, or endorsed by VEX Robotics, Inc. or Innovation First, Inc. VEX®, VEX IQ®, VEXnet®, VEXcode®, and VEXos® are registered trademarks of Innovation First, Inc. and are used here only to identify hardware and software that participating teams may legally use in competition.*

# Prefix

## Welcome and Thank You

Welcome to the Robotics Education & Competition Foundation (RECF) Engage Robotics Competition!

In RECF Engage, students will explore creativity, teamwork, innovation, and engineering in a fun environment designed to inspire the next generation of problem-solvers and leaders.

RECF Engage will get students excited about STEM through hands-on learning, documentation, and competition. Students are at the center of everything we do, and they are encouraged to take ownership of their ideas while working collaboratively with teammates and solving real world problems.

One of our goals with RECF Engage is to allow for broader robotics access for all students. As a part of that goal, we encourage student resourcefulness and outside-the-box thinking with multiple robotics system options as well as allowances for custom plastic and 3D printing.

We are grateful that you have chosen the RECF as your robotics program provider. With so many opportunities available, we are honored that you selected our program to support your students' learning and growth.

Thank you for joining our community. We cannot wait to see what your teams achieve this season!

## About the RECF

The Robotics Education & Competition Foundation is a registered US 501(c)(3) non-profit organization that exists to spark interest in science, technology, engineering and math by engaging students in hands-on, sustainable, and affordable curriculum-based robotics programs.

Our global mission is to provide every educator with competition, education, and workforce readiness programs to increase student engagement in science, technology, engineering, math, and computer science. We see a future where every student designs and innovates as part of a team, overcomes failure, perseveres, and emerges confident in their ability to meet global challenges.

As a company, we embrace the core values of passion, integrity, and excellence, which we try to embody in everything we do.

## Revision History

Version 1.0 - June 10, 2026

- Initial release


Copyright 2026, Robotics Education & Competition Foundation

# Table of Contents

**Prefix** **2**
Welcome and Thank You 2
About the RECF 2
Revision History 2
Table of Contents 3
**Section 1: The RECF Engage Robotics Competition** **6**
1.1 About the RECF Engage Robotics Competition 6
1.2 The 2026-2027 RECF Engage Game: Tier Takeover 6
1.3 Five RECF Engage Competition Challenges 7
1.4 RECF Program Rules 7
1.4.1 RECF Policies 7
1.4.2 RECF Engage Teams & Students 7
1.4.3 Supervision & Release Forms 8
1.5 Definitions 8
1.5.1 General Definitions 8
1.5.2 Tier Takeover Definitions 9
1.6 Fouls & Foul Cards 10
1.6.1 Official Warning 10
1.6.2 Yellow Card Foul 10
1.6.3 Red Card Foul 10
1.6.4 Fouls affect eligibility for finals matches 10
**Section 2: Design, Build, and Code a Robot** **11**
2.1 Robot design 11
2.1.1 Teams design their own robots 11
2.1.2 Outside references are okay as starting points 11
2.2 Robot build 11
2.2.1 Basic requirements 11
2.2.2 Modifying parts 11
2.2.3 Required parts 12
2.2.4 Optional parts 12
2.2.5 Disallowed items 13
**Section 3: Tier Takeover Solo Driving Matches** **14**
3.1 Scoring 15
3.1.1 Each bean bag only gets points for one goal 15
3.1.2 Some bean bags can only be scored in matching goals 15
3.1.3 Each bean bag in a matching floor goal is scored 15
3.1.4 Each bean bag on L1, L2, or L3 of a matching tiered goal is scored 15
3.1.5 Each yellow bean bag on an L4 goal is scored 15
3.1.6 A robot parked in its load zone earns points 15


Copyright 2026, Robotics Education & Competition Foundation

3.1.7 Scoring Example 16
3.2 Starting Positions 17
3.2.1 Driver box for solo driving matches 17
3.2.2 Robot starting position 17
3.2.3 Preload bean bag 17
3.3 Match Play 17
3.3.1 The robot can only operate while the match timer is counting down 17
3.3.2 One bean bag at a time in most cases 17
3.3.3 Bean bags that leave the field aren't returned 18
3.3.4 Team-loaded bean bags 18
3.3.5 Don't reach into the field 18
3.3.6 How to stop a match early 18
3.3.7 Controller hand-off 18
3.4 Robot Code 19
3.4.1 Students create their own code 19
3.4.2 Coding libraries are okay as starting points 19
3.5 What Happens When Things Go Wrong 19
3.5.1 Robot reset 19
3.5.2 Match replay 19
3.5.3 Field damage 19
3.5.4 Appealing a decision 19
**Section 4: Tier Takeover Solo Coding Matches 20**
4.1 Changes From Solo Driving Matches 20
4.1.1 Drive team members aren't limited to the driver box 20
4.1.2 No controller, and no controller hand-off 20
4.1.3 The robot can be reset as a strategy 20
**Section 5: Tier Takeover Alliance Matches 21**
5.1 Changes From Solo Driving Matches 21
5.1.1 Driver boxes for alliance matches 21
5.1.2 Robot starting positions 22
5.1.3 Team-loaded bean bags 22
5.1.4 Stopping a match early 22
5.2 What Happens When Things Go Wrong 23
5.2.1 Missed match or late to a match 23
**Section 6: Judging and Awards 24**
6.1 Engineering Notebooks 24
6.2 Team Interviews 24
6.3 Award Deliberation 24
**Section 7: Event Personnel, Processes, & Guidelines 25**
7.1 Event Personnel 25
7.1.1 Event Partner 25



Copyright 2026, Robotics Education & Competition Foundation

7.1.2 Head Referee 25
7.1.3 Scorekeeper Referee 25
7.1.4 Judge Advisor 25
7.1.5 Judge 25
7.1.6 Robot Inspector 26
7.1.7 Field Resetter 26
7.1.8 Queuer 26
7.1.9 Emcee 26
7.2 Event Processes 26
7.2.1 Team Check In 26
7.2.2 Robot Inspection 26
7.2.3 Creating the Alliance Match Schedule 27
7.2.4 Queueing 27
7.2.5 Running Matches 27
7.2.6 Creating Alliances for Finals Matches 27
7.2.7 Entering Award Winners 27
7.2.8 Finalizing an Event 27
7.3 Field Parameters 28
7.3.1 Equipment 28
7.3.2 Variances 28
7.4 Match Parameters 28
7.4.1 Solo Matches 28
7.4.2 Alliance Matches 28
7.4.3 Practice Matches 29
7.4.4 Finals Matches 29


Copyright 2026, Robotics Education & Competition Foundation

# Section 1: The RECF Engage Robotics Competition

## 1.1 About the RECF Engage Robotics Competition

The RECF Engage Robotics Competition (RECF Engage) provides a hands-on educational STEM experience focused on robot design, construction, strategy, programming, and problem-solving. The program emphasizes teamwork, critical thinking, communication, documentation, and real-world application of concepts.

RECF Engage teams consist of students up to 15 years old, categorized as either elementary school or middle school teams. Student team members make all of the decisions about their robot's design, construction, and programming—from blank paper all the way to the world championship.

The RECF Engage season consists of local qualifying events, which qualify teams for assigned event region championships. Event region championships then qualify teams for the RECF STEM World Championship. For more information on the qualification structure, refer to the RECF Qualifying Criteria.

## 1.2 The 2026-2027 RECF Engage Game: Tier Takeover

In Tier Takeover, robots navigate a 6'x8' field to collect bean bags and place them in and on matching goals to score points. Robots can push, lift, rotate, stack, toss, or plow bean bags, but must follow the rules of each specific match type.

In some matches, team members drive the robot. In others, the robot drives itself based on pre-programmed code written by the students. Not every robot and team will play the game the same way, and some ways to score are easier than others. Your strategies, and your robot, may change over time. As long as you follow the rules in this game manual and the official RECF Q&A system (details coming soon!), you can play the game however you like!





Copyright 2026, Robotics Education & Competition Foundation

## 1.3 Five RECF Engage Competition Challenges

- Design & Build a Robot (see section 2) - Using the engineering design process, work with your teammates to design, build, and test a robot to score points in matches
- Solo Driving Matches (see section 3) - 2 to 3 members of your team work together at the field to score points with a robot responding to input by remote control
- Solo Coding Matches (see section 4) - Up to 3 members of your team work together at the field to score points with a robot operated entirely by segments of code—no controller!
- Alliance Matches (see section 5) - Your team collaborates with another team at the field to score as many points as possible using both teams' robots
- Judging (see section 6) - Document and share your use of the engineering design process in an engineering notebook throughout the season, and describe your work to judges during interviews

## 1.4 RECF Program Rules

### 1.4.1 RECF Policies

All participants must follow the guidelines and rules in this game manual, the official RECF Engage Q&A (details coming soon!), and these additional official RECF policies.

- RECF Organizational Policy
- RECF Student-Centered Policy
- RECF Code of Conduct
- RECF Qualifying Criteria
- RECF Guide to Judging
- RECF Youth Protection Policy
- RECF Commitment to Coach Excellence
- RECF Commitment to Event Excellence

### 1.4.2 RECF Engage Teams & Students

Teams must be registered in RECFevents.org for the RECF Engage program to participate in RECF Engage qualifying events.

Each RECF Engage team has two or more students. Students are categorized by their age at the end of the 2027 RECF STEM World Championship. To compete in the U12 / Elementary School category, a student must be 12 years of age or younger on May 6, 2027. To compete in the U15 / Middle School category, a student must be 15 years of age or younger on May 6, 2027.

Team structure must follow the RECF Organizational Policy. Teams must be student-centered and follow the RECF Student-Centered Policy and the RECF Code of Conduct at all times, including at practices and when attending events.


Copyright 2026, Robotics Education & Competition Foundation

### 1.4.3 Supervision & Release Forms

When attending events, students must be accompanied by a responsible adult over the age of 18 for the duration of the event. All participants in RECF events must complete an RECF Participant Release Form each season.

## 1.5 Definitions

### 1.5.1 General Definitions

- **Alliance** - Two teams assigned to work cooperatively during a match to score shared points
- **Alliance Match** - A match that includes one or more cooperative alliances
- **Coach / Mentor** - A person who helps students learn concepts used in RECF competitions, and who helps create and organize teams, but who cannot contribute to the students' work used at competitions
- **Drive Team** - 2-3 students who participate in a match as representatives for their team
- **Driver Box** - An area near the field where a drive team must stand during a match
- **Engineering Notebook** - A physical or electronic document that records a team's use of the engineering design process, and their work during a competition season
- **Finals Match** - A match that includes two ranked teams paired by the tournament software, and is run to identify the tournament winners
- **Foul** - The act of breaking a rule during a match or event (see section 1.6 for more details)
- **Foul Card** - A tracking system for repeated rule infractions (see section 1.6 for more details)
- **Grounded** - Description of a robot that has broken a safety rule and is no longer allowed to participate in the match; the robot is not allowed to drive, and the controller should be placed on the floor or another nearby position (not on the field)
- **Robot** - A machine designed and built by students from parts that are legal for use in the RECF Engage competition
- **Solo Coding Match** - A one-minute match with one robot and one drive team, during which the robot operates only by code created by the students
- **Solo Driving Match** - A one-minute match with one robot and one drive team, during which students operate the robot by remote control
- **Student** - A team member who meets all requirements of the program, is within the age bracket, and who contributes to a team's notebook, robot design, build, code, and/or strategies or serves as a drive team member; a student can only participate on one RECF Engage team during a season
- **Tournament** - An official RECF Engage event that meets the requirements of the RECF Qualifying Criteria, and includes Alliance Matches, Solo Driving Matches, Solo Coding Matches, and optional judging


Copyright 2026, Robotics Education & Competition Foundation

### 1.5.2 Tier Takeover Definitions

- **Bean Bag** - A red, blue, or yellow flexible, fabric, pellet-filled object that is approximately 3”x4” with a weight of approximately 40 grams
- **Floor Goal** - A scoring location that consists of a vertical projection above a defined area of the field bordered by the inside of the field perimeter and the inside edges of the adjacent VEX IQ® parts; the floor goals are highlighted in orange in figure 1.5.2
- **L1, L2, or L3 Goal** - A scoring location that consists of a vertical projection above a labeled plastic sheet on one of the two tiered plastic structures on the field, marked as L1, L2, or L3; L1 goals are highlighted in red in figure 1.5.2, L2s are in purple, and L3s are in green
- **L4 Goal** - A scoring location that consists of a vertical projection above a flat plastic surface, marked as L4, attached to the top of a vertical PVC segment; the L4 goals are highlighted in pink in figure 1.5.2
- **Load Zone** - A section of the field, bordered by the inside of the field perimeter and the inside edges of the adjacent VEX IQ® parts, where drive team members can place team-loaded bean bags (see rule 3.3.4); the load zones are highlighted in blue in figure 1.5.2
- **Supply** - A set of bean bags that begin a match in a driver box



*Figure 1.5.2*


Copyright 2026, Robotics Education & Competition Foundation

## 1.6 Fouls & Foul Cards

Fouls are decided by a head referee during a match and occur when a rule of gameplay or safety is broken. Fouls may also occur when the RECF Code of Conduct is violated, as determined by the event partner.

Foul cards serve as a tracking system for fouls. Foul cards are announced verbally by a head referee after a match and are recorded in the event management software. All foul cards stay with the team for the entire tournament.

For fouls that involve damage or potential damage to the field, people, or other robots, a head referee may also require that the drive team stop operating the robot and put their controller on the ground. This is called grounding.

Head referees should focus on helping teams avoid fouls before they happen, by calling out actions that may lead to a foul. Advance warnings like these do not count as official warnings, and are not recorded by referees.

### 1.6.1 Official Warning

An official warning is given to an alliance, team, or team member verbally by the head referee the first time they break a specific rule. This official warning helps students learn how to prevent future fouls before they lead to penalties. Future violations of the same rule should result in a yellow card for that rule.

### 1.6.2 Yellow Card Foul

A yellow card foul is given to an alliance, team, or team member the second time they break a rule (after they have received an official warning for breaking that specific rule).

### 1.6.3 Red Card Foul

A red card foul is given to an alliance, team, or team member the third time they break a rule (after they have received a yellow card foul for breaking that specific rule).

A team that receives a red card foul will earn zero points for the current match. In an alliance match, a team that does not receive the red card foul will receive the actual score of the match. In finals matches, both teams in the alliance will receive a zero score.

Any foul that improves the score of the match will receive a red card foul for each offense. Fouls related to the RECF Code of Conduct, the RECF Student-Centered Policy, or safety rules may also receive a red card foul for each offense.

### 1.6.4 Fouls affect eligibility for finals matches

Any team that receives three or more red card fouls during an event cannot be part of an alliance for finals matches. Eligibility for judged awards may also be affected.


Copyright 2026, Robotics Education & Competition Foundation

# Section 2: Design, Build, and Code a Robot

Tier Takeover robots are primarily created using VEX Robotics® and/or LEGO® electronics and parts. Each robot must pass a brief inspection before it can participate in matches at an official RECF event. Robots may change during the competition, but should be reinspected. Intentionally breaking a robot rule for improved performance may be handled as a violation of the RECF Code of Conduct.

Each robot must use a single branded system of electronics, but can use any combination of legal VEX® and LEGO® structural parts (see rule 2.2.2 for details).

## 2.1 Robot design

### 2.1.1 Teams design their own robots

A team's student members get to decide what their robot looks like, and what it does.

### 2.1.2 Outside references are okay as starting points

Teams can use someone else's design as a starting point, but should modify it to make it their own. They should be able to explain their design process and original ideas when asked. Outside references should be appropriately credited and described in teams' engineering notebooks.

## 2.2 Robot build

### 2.2.1 Basic requirements

- Your robot must be safe, and can't damage the field, people, or other robots
- Your robot must pass an inspection before competing at an event and is subject to reinspection at any time during the event
- The power button must be easy to reach during the match
- Your robot can't have parts or mechanisms that intentionally detach during the match
- Your robot can't be larger than 11" wide by 20" long by 15" tall at the start of the match
- Your robot can't ever be larger than 11" wide by 20" long during the match
- There is no limit to how tall your robot can be during the match
- You can only bring one robot to an event
- Your robot can only include legal materials as listed below

### 2.2.2 Modifying parts

- Electronic components cannot be modified in any way, other than labeling and/or external decorations
- Structural robot materials may be cut to custom lengths/sizes
- Rubber bands can be cut or tied for use on robots


Copyright 2026, Robotics Education & Competition Foundation

### 2.2.3 Required parts

| | VEX IQ® | LEGO® |
|---|---|---|
| **Robot Brain** | One VEX IQ® robot brain (1st Gen or 2nd Gen) | • One LEGO® SPIKE™ Hub (large / small)<br>−or−<br>• One LEGO® Mindstorms® EV3 Intelligent Brick |
| **Controller** | One VEX IQ® controller | A tablet or phone with the appropriate application (LEGO® Mindstorms® Robot Inventor or LEGO® BOOST). You may use a compatible handheld controller connected to the application if desired. |
| **Battery** | • One VEX IQ® Robot battery (1st Gen or 2nd Gen)<br>−or−<br>• One VEX® Robot AA Battery Holder | • One LEGO® Technic™ Small or Large Hub Battery<br>−or−<br>• One LEGO® Mindstorms® EV3 DC Battery |
| **License Plates** | • Your robot must have license plates clearly displaying your registered RECF Engage team number on two visible locations on the robot. License plates can't be larger than 3.5"x1.5".<br>• You may use the VEX IQ® Team Number Plate or create a custom license plate, using 3D printing or other means. License plates do not count towards your custom plastic maximum. | |

### 2.2.4 Optional parts

| | VEX IQ® | LEGO® |
|---|---|---|
| **Motors** (up to 6 motors per robot) | • VEX IQ® Smart Motor | • LEGO® Education Double Motor<br>• LEGO® Education Single Motor<br>• LEGO® Technic™ Small Angular Motor<br>• LEGO® Technic™ Medium Angular Motor<br>• LEGO® Technic™ Large Angular Motor |
| **Sensors** | • VEX IQ® Color Sensor<br>• VEX IQ® Optical Sensor<br>• VEX IQ® Distance Sensor<br>• VEX IQ® Touch Sensor<br>• VEX IQ® Gyro Sensor<br>• VEX IQ® TouchLED | • LEGO® Technic™ Distance Sensor<br>• LEGO® Technic™ Color Sensor<br>• LEGO® Technic™ Force Sensor<br>• LEGO® EV3 Color Sensor<br>• LEGO® EV3 Ultrasonic Sensor<br>• LEGO® EV3 Gyro Sensor<br>• LEGO® EV3 Touch Sensor |
| **Pneumatics** | VEX IQ® Pneumatics kit. | No compatible pneumatics kit. |
| **Cables** | VEX IQ® Smart Cables | LEGO® EV3 cables or attached LEGO® SPIKE™ motor cables. |


Copyright 2026, Robotics Education & Competition Foundation

| | | |
|---|---|---|
| **Radios** | • VEX IQ® 2.4 GHz Radio<br>• VEX IQ® Smart Radio<br>• VEX IQ® 900 MHz Radio | No compatible radio. |
| | **Both VEX IQ® and LEGO®** | |
| **Structural Components** | Your robot's structure may be comprised of VEX IQ®, VEX GO®, VEX® HEXBUG*, LEGO® Mindstorms® and/or LEGO® SPIKE™ Prime parts.<br><br>* The HEXBUG brand is a registered trademark belonging to Spin Master Corp | |
| **Custom Plastic** | • Up to six individual custom plastic pieces, which can be a combination of two styles:<br>  ○ **Flat cut -** Piece up to 3"x5" in size (approximately the size of a standard notecard), cut from certain types of non-shattering plastic up to 0.070" thick<br>  ○ **3D printed -** Piece up to 3"x3"x1" in size, printed from certain types of plastic filament<br>• Flat-cut plastic requirements:<br>  ○ You may modify your custom flat cut plastic by making holes, cutting sizes and shapes as desired, bending, or otherwise changing the form or appearance of the plastic. You may not chemically weld, melt, or treat flat-cut plastic.<br>  ○ You may use any of the following flat-cut plastic types: polycarbonate (Lexan), acetal monopolymer (Delrin), acetal copolymer (Acetron GP), POM (acetal), ABS, PEEK, PET, HDPE, LDPE, nylon (all grades), polypropylene, PTFE, and FEP.<br>  ○ Flat-cut plastic that may shatter (ex. plexiglass or acrylic) is not allowed<br>• 3D printed plastic requirements:<br>  ○ You may use any of the following filament types: PLA, ABS, TPU, PETG, nylon, and carbon fiber-filled filaments<br>• Custom plastic parts must be designed or customized by student team members, but can be manufactured by an outside entity (e.g., SendCutSend)<br>• Please document your use of custom plastic in your engineering notebook | |
| **Decorations** | Decorations, including 3D printed decorations, are permitted as long as they have no function and do not affect other robots. 3D printed decorations, except license plates, count towards your custom plastic total. | |
| **Misc.** | • Any rubber bands up to 8" long and .25" wide<br>• Tape, only when used for labelling robot wires and electronics<br>• ⅛" VEX V5® metal shafts<br>• Zip ties or cable ties up to 4" long and .12" wide for wire management or attaching custom plastic parts | |

### 2.2.5 Disallowed items

- Any kind of lubricant or grease
- Nonspecified electronic components
- Nonspecified structural / mechanical parts
- Anything that compromises the safety of people, other robots, the field, or game pieces

# Section 3: Tier Takeover Solo Driving Matches

In Tier Takeover solo driving matches, student drive teams have 60 seconds to score as many points as possible while operating their robot with a remote controller. Solo matches aren't pre-scheduled. The field setup is shown in figures 3.0.1 and 3.0.2 below. The rules for solo driving matches represent the basic rule set for Tier Takeover. Once students master solo driving matches, they only need to learn a few more rules to understand how other match types work.




*Figure 3.0.1*



*Figure 3.0.2*


Copyright 2026, Robotics Education & Competition Foundation

## 3.1 Scoring

### 3.1.1 Each bean bag only gets points for one goal

If a bean bag qualifies as scored in multiple goals, it should earn the highest scoring value.

### 3.1.2 Some bean bags can only be scored in matching goals

Red bean bags can be scored on the red tiered goal or in the red floor goal. Blue bean bags can be scored on the blue tiered goal or in the blue floor goal. Yellow bean bags can be scored in any goal.

### 3.1.3 Each bean bag in a matching floor goal is scored

A bean bag is scored if it ends the match at least partly within the matching floor goal.

### 3.1.4 Each bean bag on L1, L2, or L3 of a matching tiered goal is scored

A bean bag earns points if it ends the match at least partly within the matching-color L1, L2, or L3 goal.

### 3.1.5 Each yellow bean bag on an L4 goal is scored

A yellow bean bag earns points if it ends the match at least partially within the L4 goal.

### 3.1.6 A robot parked in its load zone earns points

A robot earns points if it ends the match at least partially within a vertical projection of the load zone adjacent to the team's driver box.

| Scoring Category | Points |
|---|---|
| Floor goal | 1 point per matching or yellow bean bag |
| L1 goal | 5 points per matching or yellow bean bag |
| L2 goal | 10 points per matching or yellow bean bag |
| L3 goal | 25 points per matching or yellow bean bag |
| L4 goal | 50 points per yellow bean bag |
| Parked robot | 25 points per robot |


Copyright 2026, Robotics Education & Competition Foundation

### 3.1.7 Scoring Example

In the scoring example below (figure 3.1.7):

- Two red bean bags are scored in the red L1 goal
- Two red bean bags are scored in the red L2 goal
- Two bean bags—one red and one yellow—are scored in the L3 goal

Because this is a red goal, none of the blue bean bags count as scored.




*Figure 3.1.7*


Copyright 2026, Robotics Education & Competition Foundation

## 3.2 Starting Positions

### 3.2.1 Driver box for solo driving matches

Up to three student team members (the drive team) can come to the field for each solo driving match, and all of them must remain inside of the red team driver box during the match unless they are resetting their robot as allowed in 3.4.1. Only the drive team members can operate the robot during the match.

Drive team members can't wear headphones or communicate with anyone beyond the field during the match, and spectators or non-drive team students can't coach the drive team. Sitting or standing on chairs/stools for support or elevation is only allowed if approved by the RECF through an accommodation request.

### 3.2.2 Robot starting position

The robot must begin the match within the 11" x 20" x 15" high size limit; in contact with the long wall in front of the red load zone; and between, but not in contact with, the red beam that defines the load zone and the wall structure and barrier (as shown in the first image in section 3).

### 3.2.3 Preload bean bag

A robot must start the match in contact with one yellow bean bag.

## 3.3 Match Play

### 3.3.1 The robot can only operate while the match timer is counting down

Robots can't be in motion before the match timer begins counting down from 60 seconds, and have to stop when the timer hits 0. Points scored after the timer reaches 0 will be deducted before the score is submitted, and the team will receive a foul.

### 3.3.2 One bean bag at a time in most cases

Other than the limited de-scoring allowance in the next paragraph, each robot can only move one bean bag at a time. This includes any color of bean bag. Incidental contact when adding or removing bean bags to or from a pile isn't a foul if changes to the positions of other bean bags are minor.

When removing bean bags from their starting positions in a non-matching floor and L1 goals, robots can scoop, plow, or shovel multiple bean bags simultaneously to clear those goals. Once they are removed from those goals, or after matching-color bean bags are added to the goals, this allowance ends and the next paragraph applies.


Copyright 2026, Robotics Education & Competition Foundation

### 3.3.3 Bean bags that leave the field aren't returned

Any bean bag that leaves the field during a match (entirely outside of the perimeter) must stay out of the field for the rest of that match. Bean bags that are leaving the field cannot be deflected back into the field by humans, or by anything outside of the field. Bean bags that leave the field should not be recorded as a foul.

### 3.3.4 Team-loaded bean bags

Any drive team member that is not currently operating the robot can move bean bags from the supply in their driver box into their team's load zone during the match (not before!). Only the bean bags that begin the match in a driver box can be added to the load zone, and they can only be added to the adjacent load zone.

A load zone can only hold one bean bag at a time, and only one bean bag can be added at a time. The drive team member must let go of the bean bag before a robot is allowed to touch it.

### 3.3.5 Don't reach into the field

Before a match, students can only reach into the field to position their robot. Referees can adjust objects if they're more than 0.5" out of position.

During a match, students can only reach into the field to add bean bags (rule 3.3.4) or reset their robot if it malfunctions (3.4.1).

### 3.3.6 How to stop a match early

If a drive team wants to end a match early, they should stop driving, put their controller on the ground, and give a clear signal such as "Stop Time!" For improved accuracy, drive team members may notify the referee before the match or provide a countdown before the stop signal. The time remaining on the match timer will be recorded as the stop time.

### 3.3.7 Controller hand-off

The match timer includes a 10-second controller hand-off period from 0:35 to 0:25.

One drive team member is designated as the first driver, and is the only person who can operate the team's robot from the beginning of the match until the controller is handed to the second driver during the controller hand-off period.

The second driver is the only person who can operate the team's robot after the controller hand-off.


Copyright 2026, Robotics Education & Competition Foundation

## 3.4 Robot Code

### 3.4.1 Students create their own code

A team's student members get to decide what their robot's code looks like, and what it does. Adults may teach coding concepts, but may not tell students what should or should not be included in their code.

### 3.4.2 Coding libraries are okay as starting points

Teams can use coding libraries as a starting point, but should modify the resulting code to make it their own. They should be able to explain how their code works and how it has been modified from the original ideas when asked. Outside references should be appropriately credited and described in teams' engineering notebooks.

## 3.5 What Happens When Things Go Wrong

### 3.5.1 Robot reset

If the robot breaks or malfunctions during the match, the drive team can put their controller down, remove their robot from the field, and fix it. If the robot is in contact with a bean bag, that bean bag is also removed from the field. After repair, the robot must return to a legal starting position and starting size before the drive team can resume playing the game.

### 3.5.2 Match replay

The head referee and event partner may decide to replay a match due to technical issues outside of the team's control that affect the score.

### 3.5.3 Field damage

If a robot damages a field, it may be grounded by the head referee for the rest of the match. If the head referee decides that damage caused by a student or robot is intentional, the team may earn a red card foul and a zero score for the match.

### 3.5.4 Appealing a decision

If the drive team members disagree with a decision made or score recorded by a referee, they should remain at the field and notify the referee immediately. Drive team members and referees should be prepared to show specific rules and/or Q&A answers that back up their opinions, and should remember that referees can only make rulings based on the game manual and their own observations and perspectives of the match. Referees and drive team members may never view video or photos from the match while at the field or during discussions that affect match outcomes or scoring, and team members who were not at the field for the match are not allowed to approach the field. The head referee will determine when the discussion is over, and will announce their final and binding decision.


Copyright 2026, Robotics Education & Competition Foundation

# Section 4: Tier Takeover Solo Coding Matches

In Tier Takeover solo coding matches, teams have 60 seconds to score as many points as possible using only pre-written code to operate the robot. Solo matches aren't pre-scheduled.

Rules from Section 3: Solo Driving Matches apply unless they're specifically changed by a rule in this section.

## 4.1 Changes From Solo Driving Matches

### 4.1.1 Drive team members aren't limited to the driver box

Drive team members don't have to stay in the driver box during a solo coding match.

### 4.1.2 No controller, and no controller hand-off

Drive team members can't use a controller or device-controlled app for any reason during a solo coding match, including using it to start the robot. There are no drivers, and no controller hand-off.

### 4.1.3 The robot can be reset as a strategy

Students can use the robot reset process in rule 3.4.1 as a strategy. For example, the team's code could consist of multiple small segments that are each launched from the starting position after a reset.


Copyright 2026, Robotics Education & Competition Foundation

# Section 5: Tier Takeover Alliance Matches

In Tier Takeover alliance matches, teams have 60 seconds to score as many points as possible. Each match includes two teams, who work together to earn a shared score for the match. Skipping an alliance match will be considered a violation of the RECF Code of Conduct.

All rules from Section 3: Solo Driving Matches apply to alliance matches unless they're specifically changed by a rule in this section.

## 5.1 Changes From Solo Driving Matches

### 5.1.1 Driver boxes for alliance matches

Because an alliance match includes two teams, one team in each alliance match is designated on the match schedule as the red team and will use the red team driver box. The second team in each match is designated as the blue team on the match schedule and will use the blue team driver box. See figure 5.1.1 for more details.




*Figure 5.1.1*

### 5.1.2 Robot starting positions

Each robot must begin the match within the 11” x 20” x 15” high size limit; in contact with the long wall in front of the team’s load zone; and between but not in contact with the beam that defines the team’s load zone and the wall structure and barrier, as shown in figure 5.1.4.

### 5.1.3 Team-loaded bean bags

In alliance matches, team loaded bean bags are divided into two supply areas, one in each of the the two driver boxes as shown in figures 5.1.1 and 5.1.4.

### 5.1.4 Stopping a match early

A match can end early if everyone agrees, but the match stop time will only be recorded for 2nd-round tiebreakers for first place in the finals matches.




*Figure 5.1.4*


Copyright 2026, Robotics Education & Competition Foundation

## 5.2 What Happens When Things Go Wrong

### 5.2.1 Missed match or late to a match

If a team's robot isn't at the field for an alliance match before its scheduled start time (or, for finals matches and/or when the event is running behind schedule, when the match is otherwise ready to begin), the team will be marked as absent from that match. They will not earn points for that alliance match; the score for the other team in the match is not affected.

If a team's robot is not ready to play at the scheduled match time (or, for finals matches and/or when the event is running behind schedule, when the match is otherwise ready to begin), the head referee may ask the team to remove the robot from the field. The drive team may introduce the robot to the match late using the guidelines for a robot reset (see rule 3.4.1) once it is ready to play.

If the robot is at the field for the entire match, or arrives late and participates in a portion of the match, the team is eligible to receive a score for that match.


Copyright 2026, Robotics Education & Competition Foundation

# Section 6: Judging and Awards

At events that offer judging, teams will participate in an interview with judges to answer questions about their team, robot design/construction, code, and strategies; each team must be offered an equal opportunity to be interviewed. Teams also submit their engineering notebooks for review by judges.

Each team interview lasts about 10 minutes and in-person interviews generally take place between matches. Judges use the Team Interview Rubric and Engineering Notebook Rubric to evaluate and rank teams. Teams are encouraged to review these rubrics in advance.

See the RECF Guide to Judging for more information about judging and awards.

## 6.1 Engineering Notebooks

An engineering notebook is a record-keeping tool that provides students with an opportunity to develop essential skills such as project and time management, brainstorming, and both written and interpersonal communication. Teams are encouraged to document their use of the engineering design process, including details of successes and challenges. All documentation and work related to the engineering notebook must be completed by the students, and they can't use AI-generated content. To learn more about engineering notebooks and the engineering design process visit the RECF Library.

Teams can maintain their notebook using either a traditional physical notebook or a range of digital tools, such as software applications or cloud-based platforms. Some events may only accept physical notebooks, while others may require digital submissions. In these cases, physical notebooks can be scanned and submitted electronically, and physical logbooks may be printed for submission. Be sure to check the event details on RECFevents.org to confirm which format is accepted.

## 6.2 Team Interviews

Team interviews are face-to-face (or virtual) conversations between a team of students and two or more volunteer judges. Interviews are opportunities for teams to share their design process, match strategies, learning experiences, and overall approach to the RECF Engage Robotics Competition.

## 6.3 Award Deliberation

Award deliberation is the last step in the judging process. In this step, judges work with the judge advisor and one another to select candidates for each award.

The Engineering Notebook Rubric and Team Interview Rubric are tools to assist with deliberations. A team's score, whether a specific line item on a rubric or the overall score, is a data point that the judges can use as a part of the process. It is not a replacement for qualitative judgments in the deliberation process.

Judges will choose winners of each award based on the specific award criteria in the RECF Guide to Judging. No team may receive more than one judged award at an event.


Copyright 2026, Robotics Education & Competition Foundation

# Section 7: Event Personnel, Processes, & Guidelines

## 7.1 Event Personnel

### 7.1.1 Event Partner

An event partner is a certified volunteer who runs an event using the guidelines in RECF's policies and game manuals. RECF event partners must be at least 18 years old, and can't serve as a head referee or judge advisor at their event. Event partners oversee the activities in this section of the game manual, and can add specific rules based on their site and event. Event partners cannot make decisions about match scores or rulings, cannot determine penalties for fouls, and cannot influence who receives judged awards. Event partners have the final decision on non-match and non-robot decisions at an event.

### 7.1.2 Head Referee

A head referee is a certified volunteer who oversees matches using the guidelines in the game manual. RECF Engage head referees must be at least 16 years old. Head referees work with team members to prevent and avoid fouls, and communicate fouls and penalties to teams when they occur. Head referees have the final decision on all match and robot rules, and should train robot inspectors and scorekeeper referees at events as appropriate.

Every alliance match must be watched by at least one head referee, and a head referee must be available to assist at robot inspection and solo matches as needed. See this article and related content in the RECF Library for more information.

### 7.1.3 Scorekeeper Referee

Scorekeeper referees score all varieties of match, and can oversee solo matches independently. RECF Engage scorekeeper referees must be at least 15 years old. Every solo match must be watched by at least one referee. If there's a question about scoring or match play that doesn't have a clear answer in the game manual, scorekeeper referees should consult a head referee before answering. See this article and related content in the RECF Library for more information.

### 7.1.4 Judge Advisor

A judge advisor is a certified volunteer who trains and oversees volunteer judges at an event using the guidelines in the RECF Guide to Judging. RECF Engage judge advisors must be at least 21 years old. See this article and related content in the RECF Library for more information.

### 7.1.5 Judge

A judge is a volunteer who reviews teams' engineering notebooks and/or interviews teams about their processes, then deliberates with other judging volunteers to identify award


Copyright 2026, Robotics Education & Competition Foundation

candidates and select award winners. RECF Engage judges must be at least 16 years old. See this article and related content in the RECF Library for more information.

### 7.1.6 Robot Inspector

A robot inspector is a volunteer who confirms that teams' robots meet the requirements in the game manual. If there's a question that doesn't have a clear answer in the game manual, robot inspectors should consult a head referee. See this article and related content in the RECF Library for more information.

### 7.1.7 Field Resetter

A field resetter is a volunteer who ensures that all objects on the field are in the correct positions at the beginning of each match. Field resetters should not begin to reset a field after a match until a referee directs them to do so. See this article and related content in the RECF Library for more information.

### 7.1.8 Queuer

A queuer is a volunteer who ensures that the correct teams are at the correct alliance matches. If time allows, they can attempt to locate teams who haven't checked in for upcoming matches, but they are not required to do so. See this article and related content in the RECF Library for more information.

### 7.1.9 Emcee

An emcee is a volunteer who provides play-by-play information for the audience during alliance matches. Emcees should avoid suggesting strategies, and cannot simultaneously serve as referees. See this article and related content in the RECF Library for more information.

## 7.2 Event Processes

### 7.2.1 Team Check In

Each team must check in when they arrive at the event, and confirm that at least one adult will remain onsite to supervise team members for the entire event. Some events use team check-in as a way to distribute event hand-outs like nametags, site maps, general schedules, and lunch order forms. Team check-in often occurs at a visible location just inside the main doors of the venue.

### 7.2.2 Robot Inspection

Each robot must pass an inspection before it can be used in any type of match at an event. Volunteer inspectors will confirm that robots meet the requirements in the game manual, and will mark passed inspections in the event management software. Robot inspection often occurs at a set of tables near the competition fields or in the team pit area.


Copyright 2026, Robotics Education & Competition Foundation

### 7.2.3 Creating the Alliance Match Schedule

If any teams have not checked in, or any robots haven't passed inspection, the event partner should resolve them before creating the alliance match schedule in the tournament software. The alliance match schedule should only include teams who will participate in alliance matches. See rule 7.4.2 for more information.

### 7.2.4 Queueing

Teams should check in at the queuing table(s) before their scheduled alliance match time, and will be routed to the correct field by volunteer queuers. Queueing generally occurs at a set of tables near the alliance match fields, with one table for each named competition field. Providing tables gives teams a safe place to put their robots while they wait for upcoming matches. Tables are also recommended at the line for solo matches.

### 7.2.5 Running Matches

To display a match timer on a connected display, a referee or emcee can select an alliance match by match number in the tournament software, or a solo match by team number and match type. The referee or emcee should confirm that the drivers are ready, then activate the match timer from their mobile device.

After the match completes, referees should score the match and confirm object counts for each scoring category with the drive team members before submitting the match score and moving to the next match.

### 7.2.6 Creating Alliances for Finals Matches

At the end of alliance matches, the event partner should identify any teams that are unavailable or ineligible to participate in finals matches and mark them in the tournament software. Once teams are removed from the list, the event partner can determine the number of alliances that will participate in finals matches and generate the finals match list. See rule 7.4.4 for more information.

### 7.2.7 Entering Award Winners

After the judging volunteers have selected the winners of all judged awards listed for the event, the judge advisor and event partner should work together to enter winners in the tournament software. They should confirm the base number and team letter for each winner, and ensure that no team is marked to receive more than one judged award. Winners of performance awards are automatically marked by the software.

### 7.2.8 Finalizing an Event

After matches and awards conclude, the event partner should finalize and upload the tournament information to [RECFevents.org](RECFevents.org). Some events (e.g., multiple divisions) may need to work with RECF staff to finalize their results.


Copyright 2026, Robotics Education & Competition Foundation

## 7.3 Field Parameters

### 7.3.1 Equipment

All of the fields used for alliance matches at an event should have the same setup and modifications, and all of the fields used for solo matches at an event should have the same setup and modifications. For example, an event could put all of the alliance match fields on identical risers and all of the solo match fields on the ground.

### 7.3.2 Variances

Although fields and setups should be as identical as possible, teams have to be prepared for some amount of variance. Goals, walls, and other field-mounted parts may vary slightly, up to ±0.5” in any direction. Starting locations for bean bags may also vary up to ±0.5” in any direction.

## 7.4 Match Parameters

### 7.4.1 Solo Matches

Each team can attempt up to three solo matches of each type at an event (three solo driving matches and three solo coding matches). These matches aren’t scheduled, and teams can make these attempts whenever their event schedule permits. Solo match fields should open early in the event, and remain open long enough to give each team an opportunity to complete their maximum number of solo matches. As a general rule, solo match fields should remain open until alliance matches have ended.

### 7.4.2 Alliance Matches

Each team will have at least six alliance matches at a qualifying event or at least eight matches at a championship event, which will appear on the match schedule generated by the tournament software. The software will assign alliance partners, match times, fields, and team colors as needed. Matches can only run early if the head referee and all teams are checked in for the match and ready to play.

For each set of four alliance matches a team runs, one of their lowest scores from the event is dropped when calculating their event ranking. For example, at events with 4-7 matches per team, each team’s lowest score will not affect their ranking; at events with 8-11 matches per team, each team’s two lowest scores are dropped.

If a team is marked with an asterisk (*) for one of the last matches on the schedule, their score for that match won’t affect their ranking. This occurs when extra matches are necessary to provide each team with the same minimum number of matches. Teams should remember that the RECF Code of Conduct includes supporting alliance partners, and do their best even though it won’t affect their ranking.


Copyright 2026, Robotics Education & Competition Foundation

### 7.4.3 Practice Matches

Some events choose to include scheduled practice matches that occur before official alliance matches begin. Practice matches aren't required, and the scores don't affect teams' rankings.

### 7.4.4 Finals Matches

Teams' scores from alliance matches are used to rank them for the finals match list, with the highest average score ranked as #1. Teams are paired from the top rank down by the event software, beginning with the #1 and #2-ranked teams forming an alliance and proceeding down the list.

The event partner can include as many alliances as they wish in the finals matches, and are encouraged to allow as many teams as possible to participate. Each finals match must include two teams.

Finals matches play one at a time, beginning with the lowest-ranked alliance. The two-team alliance that records the highest finals match score will be named the Alliance Champions. If there's a tie for first place, the teams will participate in one or more tiebreaker rounds; early stop times may be considered if a 2nd set of tiebreakers is needed.


Copyright 2026, Robotics Education & Competition Foundation

EXHIBIT G

# RECF ACHIEVE
## ROBOTICS COMPETITION
## PINNACLE

# 2026-2027

# Game Manual Version 1.0

Copyright 2026, Robotics Education & Competition Foundation

RECF

*The RECF Achieve Robotics Competition is operated by the Robotics Education & Competition Foundation (RECF), a 501(c)(3) nonprofit. This competition is not sponsored by, affiliated with, or endorsed by VEX Robotics, Inc. or Innovation First, Inc. VEX®, VEX IQ®, VEXnet®, VEXcode®, and VEXos® are registered trademarks of Innovation First, Inc. and are used here only to identify hardware and software that participating teams may legally use in competition.*

# Prefix

## Welcome and Thank You

Welcome to the Robotics Education & Competition Foundation (RECF) Achieve Robotics Competition!

RECF Achieve provides a fun environment where creativity, teamwork, and innovation can thrive in the face of a new challenge. Throughout the competition season, students will unlock their potential in the fields of science, technology, engineering, arts, math and computer science.

RECF Achieve will get students excited about STEAM through hands-on learning, documentation, and competition. Students are at the center of everything we do, and they are encouraged to take ownership of their ideas while working collaboratively with teammates and solving real world problems.

One of our goals with RECF Achieve is to allow for broader robotics access for all students. As a part of that goal, we encourage student resourcefulness and outside-the-box thinking with multiple robotics system options as well as allowances for custom plastic and 3D printing.

We are grateful that you have chosen the RECF as your robotics program provider. With so many opportunities available, we are honored that you selected our program to support your students' learning and growth.

Thank you for joining our community. We cannot wait to see what your teams achieve this season!

## About the RECF

The Robotics Education & Competition Foundation is a registered US 501(c)(3) non-profit organization that exists to spark interest in science, technology, engineering and math by engaging students in hands-on, sustainable, and affordable curriculum-based robotics programs.

Our global mission is to provide every educator with competition, education, and workforce readiness programs to increase student engagement in science, technology, engineering, math, and computer science. We see a future where every student designs and innovates as part of a team, overcomes failure, perseveres, and emerges confident in their ability to meet global challenges.

As a company, we embrace the core values of passion, integrity, and excellence, which we try to embody in everything we do.

## Revision History

Version 1.0 - June 10, 2026

- Initial release


Copyright 2026, Robotics Education & Competition Foundation

# Table of Contents


**Prefix** **2**
Welcome and Thank You 2
About the RECF 2
Revision History 2
Table of Contents 3
**Section 1: The RECF Achieve Robotics Competition** **7**
1.1 About the RECF Achieve Robotics Competition 7
1.2 The 2026-2027 RECF Achieve Game: Pinnacle 7
1.3 Five RECF Achieve Competition Challenges 8
1.4 RECF Program Rules 9
1.4.1 RECF Policies 9
1.4.2 RECF Achieve Teams & Students 9
1.4.3 Supervision & Release Forms 9
1.5 Definitions 10
1.5.1 General Definitions 10
1.5.2 Pinnacle Definitions 12
1.6 Fouls & Penalties 13
1.6.1 Official Warning 13
1.6.2 Yellow Card 13
1.6.3 Red Card 13
1.6.4 Fouls affect eligibility for alliance selection 13
**Section 2: Design, Build, and Code a Robot** **14**
2.1 Robot design 14
2.1.1 Teams design their own robots 14
2.1.2 Outside references are okay as starting points 14
2.2 Robot build 14
2.2.1 Basic requirements 14
2.2.2 Modifying parts 14
2.2.3 Required parts 15
2.2.4 Optional parts 15
Important notes 17
2.2.5 Disallowed items 18
2.3 Robot Code 19
2.3.1 Students create their own code 19
2.3.2 Coding libraries are okay as starting points 19
**Section 3: Pinnacle Solo Driving Matches** **20**
3.1 Solo Match Scoring 21
3.1.1 Cups and pins must be nested to count as scored 21
3.1.2 Scored cup on any goal 21
3.1.3 Scored red halfpin on a red or neutral goal 21



Copyright 2026, Robotics Education & Competition Foundation

3.1.4 Scored blue halfpin on a blue or neutral goal 22
3.1.5 Scored yellow halfpin on a red or neutral goal 22
3.1.6 Scored yellow halfpin on a blue goal 22
3.1.7 Scored halfpin of any color on the center goal 22
3.1.8 Solo Match Scoring Examples 23
3.2 Starting Positions 25
3.2.1 Driver boxes for solo matches 25
3.2.2 Robot starting position 25
3.2.3 Preload pin 25
3.2.4 Eye protection 25
3.3 Match Play 26
3.3.1 The robot can only operate while the match timer is counting down 26
3.3.2 The robot can carry one pin, one cup, and one stack at a time 26
3.3.3 Cups and pins stay in the game 26
3.3.4 Team-loaded objects 26
3.3.5 Don't reach into the field 26
3.3.6 How to stop a match early 27
3.3.7 Field control 27
3.4 What Happens When Things Go Wrong 27
3.4.1 Robot hasn't moved during the match 27
3.4.2 Match replay 27
3.4.3 Field damage 27
3.4.4 Appealing a decision 27
**Section 4: Pinnacle Solo Coding Matches 28**
4.1 Changes From Solo Driving Matches 28
4.1.1 No driving the robot 28
**Section 5: Pinnacle Alliance Matches 29**
5.1 Alliance Match Scoring 29
5.1.1 Cups and pins must be nested to count as scored 29
5.1.2 Scoring on alliance goals 29
5.1.2.1 Alliance-color halfpin scored on a matching alliance goal 29
5.1.2.2 Cup scored on an alliance goal 29
5.1.2.3 Yellow halfpin scored on an alliance goal 29
5.1.3 Scoring on neutral goals 29
5.1.3.1 Alliance-color halfpin scored on a neutral goal 29
5.1.3.2 Cup scored on a neutral goal 29
5.1.3.3 Yellow halfpin scored on a neutral goal 30
5.1.4 Scoring on the center goal 30
5.1.4.1 Alliance-color halfpin scored on the center goal 30
5.1.4.2 Cup scored on the center goal 30
5.1.4.3 Yellow halfpin scored on the center goal 30


Copyright 2026, Robotics Education & Competition Foundation

5.1.5 Parked robot 30
5.1.6 Alliance match scoring examples 31
5.2 Changes From Solo Driving Matches 35
5.2.1 Driver boxes for alliance matches 35
5.2.2 Robot starting positions 35
5.2.3 Team-loaded objects 36
5.2.4 Stopping a match early 36
5.3 Additional Rules for Alliance Matches 36
5.3.1 Alliance matches begin with a 15-second autonomous period 36
5.3.2 Robots in the neutral zone give up some protection during the autonomous period 37
5.3.3 Fouls are handled differently during the autonomous period 37
5.3.4 Goals in the neutral zone are not protected 37
5.3.5 Alliance-colored goals are protected 37
5.3.6 Interactions with opponent robots are limited 37
5.3.7 Robots can't use game objects to break rules 37
5.3.8 Each alliance in the elimination bracket gets one time out 38
5.4 What Happens When Things Go Wrong 38
5.4.1 Missed match or late to a match 38
5.5 Ranking Points 38
5.5.1 Autonomous Ranking Point 38
5.5.2 Endgame Ranking Point 38
5.5.3 Win Points 38
**Section 6: Judging and Awards** **39**
6.1 Engineering Notebooks 39
6.2 Team Interviews 39
6.3 Award Deliberation 39
**Section 7: Event Personnel, Processes, & Guidelines** **40**
7.1 Event Personnel 40
7.1.1 Event Partner 40
7.1.2 Head Referee 40
7.1.3 Scorekeeper Referee 40
7.1.4 Judge Advisor 40
7.1.5 Judge 40
7.1.6 Robot Inspector 41
7.1.7 Field Resetter 41
7.1.8 Queuer 41
7.1.9 Emcee 41
7.2 Event Processes 41
7.2.1 Team Check In 41
7.2.2 Robot Inspection 41
7.2.3 Creating the Alliance Match Schedule 42


Copyright 2026, Robotics Education & Competition Foundation

7.2.4 Queueing 42
7.2.5 Running Matches 42
7.2.6 Alliance Selection / Elimination Bracket 42
7.2.7 Entering Award Winners 42
7.2.8 Finalizing an Event 42
7.3 Field Parameters 43
7.3.1 Equipment 43
7.3.1.1. Field perimeter types 43
7.3.1.2 Field control options 43
7.3.2 Variances 43
7.4 Match Parameters 44
7.4.1 Solo Matches 44
7.4.2 Alliance Matches 44
7.4.3 Practice Matches 45
7.4.4 Alliance Selection 45
7.4.5 Elimination Bracket 45
7.4.6 Finals Matches 47


Copyright 2026, Robotics Education & Competition Foundation

# Section 1: The RECF Achieve Robotics Competition

## 1.1 About the RECF Achieve Robotics Competition

The RECF Achieve Robotics Competition (RECF Achieve) provides a hands-on educational STEM experience focused on robot design, construction, strategy, programming, and problem-solving. The program emphasizes teamwork, critical thinking, communication, documentation, and real-world application of concepts.

RECF Achieve teams consist of students up to 19 years old, categorized as either middle school or high school teams. Student team members make all of the decisions about their robot's design, construction, and programming—from blank paper all the way to the world championship.

The RECF Achieve season consists of local qualifying events, which qualify teams for assigned event region championships. Event region championships then qualify teams for the RECF STEM World Championship. For more information on the qualification structure, refer to the RECF Qualifying Criteria.

## 1.2 The 2026-2027 RECF Achieve Game: Pinnacle

In Pinnacle, robots navigate a 12'x12' field to collect and stack pins and cups onto goals, turn rollers, and maximize their score with specific orientations of pins, cups, and rollers. Robots can push, lift, rotate, stack, spin, or plow pins and cups, but must follow the rules of each specific match type.

In some matches, team members drive the robot. In others, the robot drives itself based on pre-programmed code written by the students. Not every robot and team will play the game the same way, and there are some ways to score that are easier than others. Your strategies, and your robot, may change over time. As long as you follow the rules in this game manual and the official RECF Q&A system (details coming soon!), you can play the game however you like!


Copyright 2026, Robotics Education & Competition Foundation



## 1.3 Five RECF Achieve Competition Challenges

- Design & Build a Robot (see section 2) - Using the engineering design process, work with your teammates to design, build, and test a robot to score points in matches
- Solo Driving Matches (see section 3) - Up to 3 members of your team work together at the field to score points with a robot responding to input by remote control
- Solo Coding Matches (see section 4) - Up to 3 members of your team work together at the field to score points with a robot operated entirely by segments of code—no controller!
- Alliance Matches (see section 5) - Your team collaborates with another team at the field, using both robots in an attempt to outscore an opposing two-team alliance
- Judging (see section 6) - Document and share your use of the engineering design process in an engineering notebook throughout the season, and describe your work to judges during interviews


Copyright 2026, Robotics Education & Competition Foundation

## 1.4 RECF Program Rules

### 1.4.1 RECF Policies

All participants must follow the guidelines and rules in this game manual, the official RECF Achieve Q&A (details coming soon!), and these additional official RECF policies.

- RECF Organizational Policy
- RECF Student-Centered Policy
- RECF Code of Conduct
- RECF Qualifying Criteria
- RECF Guide to Judging
- RECF Youth Protection Policy
- RECF Commitment to Coach Excellence
- RECF Commitment to Event Excellence

### 1.4.2 RECF Achieve Teams & Students

Teams must be registered in RECFevents.org for the RECF Achieve program to participate in RECF Achieve qualifying events.

Each RECF Achieve team has one or more students. Students are categorized by their age at the end of the 2027 RECF STEM World Championship. To compete in the U15 / Middle School category, a student must be 15 years of age or younger on May 6, 2027. To compete in the U19 / High School category, a student must be 19 years of age or younger on May 6, 2027 and not yet graduated from secondary school.

Team structure must follow the RECF Organizational Policy. Teams must be student-centered and follow the RECF Student-Centered Policy and the RECF Code of Conduct at all times, including at practices and when attending events.

### 1.4.3 Supervision & Release Forms

When attending events, students must be accompanied by a responsible adult over the age of 18 for the duration of the event. All participants in RECF events must complete an RECF Participant Release Form each season.


Copyright 2026, Robotics Education & Competition Foundation

## 1.5 Definitions

### 1.5.1 General Definitions

- **Alliance** - Two teams assigned to work cooperatively during a match to score shared points
- **Alliance Match** - A match that includes one or more cooperative alliances
- **Alliance Selection** - The process used to determine which teams will participate in the elimination bracket (see section 7.4.4)
- **Coach / Mentor** - A person who helps students learn concepts used in RECF competitions, and who helps create and organize teams, but who cannot contribute to the students' work used at competitions
- **Drive Team** - 1-3 students who participate in a match as representatives for their team
- **Driver Box** - An area near the field where a drive team must stand during a match (driver boxes are highlighted in blue in figure 1.5.1)
- **Elimination Bracket** - A series of matches that includes the two-team alliances that were formed during the alliance selection process; identifies the tournament winners (see section 7.4.5)
- **Engineering Notebook** - A physical or electronic document that records a team's use of the engineering design process, and their work during a competition season
- **Foul** - The act of breaking a rule during a match or event (see section 1.6 for more details)
- **Foul Card** - A tracking system for repeated rule infractions (see section 1.6 for more details)
- **Grounded** - Description of a robot that has broken a safety rule and is no longer allowed to participate in the match; the robot is not allowed to drive, and the controller should be placed on the floor or another nearby position (not on the field)
- **Robot** - A machine designed and built by students from parts that are legal for use in the RECF Achieve competition
- **Solo Coding Match** - A one-minute match with one robot and one drive team, during which the robot operates only by code created by the students
- **Solo Driving Match** - A one-minute match with one robot and one drive team, during which students operate the robot by remote control
- **Student** - A team member who meets all requirements of the program, is within the age bracket, and who contributes to a team's notebook, robot design, build, code, and/or strategies or serves as a drive team member; a student can only participate on one RECF Achieve team during a season
- **Tournament** - An official RECF Achieve event that meets the requirements of the RECF Qualifying Criteria, and includes Alliance Matches, Solo Driving Matches, Solo Coding Matches, and optional judging


Copyright 2026, Robotics Education & Competition Foundation



Figure 1.5.1




Figure 1.5.2

### 1.5.2 Pinnacle Definitions

- **Cup** - A plastic, two-segment object that is roughly 6.48" by 3.16"; each cup has a transparent half and an opaque half
- **Goal** - A structure on the field, mounted to an under-tile plate, where robots can score pins, cups, and stacks (goals are highlighted in pink in figure 1.5.1)
    - **Alliance goal** - A red (tag 2) or blue (tag 3) plastic structure, roughly 3.25" high, in the corresponding red or blue zone.
    - **Center goal** - A black plastic structure (tag 0), roughly 8.77" high, in the center zone
    - **Neutral goal** - A black plastic structure, roughly 5.77" high, in neutral zone 1 (tag 1) or 2 (tag 4).
- **Loader** - One of two structures attached to the field perimeter in a location adjacent to a driver box; used to introduce team-loaded cups and pins into the field (loaders are highlighted in orange in figure 1.5.1)
- **Nested** - A description for a connection between a cup and a pin, or a pin and a goal, in which a convex pinhalf fits securely inside of the opening on a goal or one concave half of a cup. A halfpin can be nested into a cup or a goal. A cup can be nested onto a pinhalf.
- **Pin** - A plastic, two-segment object that is roughly 6.5" by 3.02"; each pin is described by the color(s) of its two segments (yellow/yellow, yellow/red, yellow/blue, or red/blue)
    - **Halfpin** - One segment of a pin, described by its color; when a pin is part of a stack, each of its halfpins will be hidden or visible
    - **Hidden** - Description for a portion of a pin that is not visible when the pin is nested in a cup; can apply to one or both ends of a nested pin, based on the transparency/opacity of the cup its nested into
    - **Visible** - Description for a pin color that is showing when a pin is nested in a cup; can apply to one or both ends of a nested pin, based on the transparency/opacity of the cup its nested into
- **Pinnacle** - A two-object stack that consists of one pin nested to one cup
- **Roller -** A complex structure, mounted to the field perimeter, which includes a 3-sided length of plastic that can be manipulated and set by a robot to display red, blue, or yellow on the side facing into the field
- **Stack -** A group of nested pins and cups
- **Supply** - A set of pins and cups that begin a match in a driver box
- **Zone** - 5 defined areas of the field; neutral zones 1 & 2 and the center zone are also collectively referred to as "the neutral zone"
    - **Red zone** - The 4' W x 12' L section of the field closest to the red alliance drivers box, containing both red alliance colored goals.
    - **Blue zone** - The 4' W x 12' L section of the field closest to the blue alliance drivers box, containing both blue alliance colored goals.
    - **Neutral zone 1** - The 4' W x 4' L section of the field in the center of the head referee side of the field, containing one of the neutral goals.
    - **Neutral zone 2** - The 4' W x 4' L section of the field in the center of the audience side of the field, containing one of the neutral goals.
    - **Center zone** - The 4' W x 4' L center section of the field, containing the tall center goal.


Copyright 2026, Robotics Education & Competition Foundation

## 1.6 Fouls & Penalties

Fouls are decided by a head referee during a match and occur when a rule of gameplay or safety is broken. Fouls may also occur when the RECF Code of Conduct is violated, as determined by the event partner. Teams should not be penalized if they're forced into a foul by an opponent.

Penalty cards serve as a tracking system for fouls. Penalties are announced verbally by a head referee after a match and are recorded in the event management software. All penalties stay with the team for the entire tournament.

For fouls that involve damage or potential damage to the field, people, or other robots, a head referee may also require that the drive team stop operating the robot and put their controller on the ground. This is called grounding.

Head referees should focus on helping teams avoid fouls before they happen, by calling out actions that may lead to a foul. Advance warnings like these do not count as official warnings, and are not recorded by referees.

### 1.6.1 Official Warning

An official warning is given to an alliance, team, or team member verbally by the head referee the first time they break a specific rule. This official warning helps students learn how to prevent future fouls before they lead to penalties. Future violations of the same rule should result in a yellow card for that rule.

### 1.6.2 Yellow Card

A yellow card is given to an alliance, team, or team member the second time they break a rule (after they have received an official warning for breaking that specific rule).

### 1.6.3 Red Card

A red card is given to an alliance, team, or team member the third time they break a rule (after they have received a yellow card for breaking that specific rule).

A team that receives a red card will earn zero points for the current match. In an alliance match, a team that does not receive the red card will receive the actual score of the match. In elimination matches, both teams in the alliance will receive a zero score.

Any foul that affects the outcome of the match will receive a red card for each offense, although in cases where both alliances violate the same rule a head referee may determine that they cancel each other out in terms of their impact on the match. Fouls related to the RECF Code of Conduct, the RECF Student-Centered Policy, or safety rules may also receive a red card for each offense.

### 1.6.4 Fouls affect eligibility for alliance selection

Any team that receives three or more red cards during an event cannot be part of alliance selection or the elimination bracket. Eligibility for judged awards may also be affected.


Copyright 2026, Robotics Education & Competition Foundation

# Section 2: Design, Build, and Code a Robot

Pinnacle robots are primarily created using VEX V5® electronics and non-electronic parts from any combination of three robot brands: VEX V5®, Robits® by AndyMark, and Pitsco Education TETRIX® MAX. Each robot must pass a brief inspection before it can participate in matches at an official RECF event. Robots may change during the competition, but should be reinspected. Intentionally breaking a robot rule for improved performance may be handled as a violation of the RECF Code of Conduct.

Each robot must use the VEX V5® system of electronics, but can use any combination of legal VEX V5®, Robits® by Andymark, and Pitsco Education TETRIX® MAX structural parts (see rule 2.2.3 for details).

## 2.1 Robot design

### 2.1.1 Teams design their own robots

A team's student members get to decide what their robot looks like, and what it does.

### 2.1.2 Outside references are okay as starting points

Teams can use someone else's design as a starting point, but should modify it to make it their own. They should be able to explain their design process and original ideas when asked. Outside references should be appropriately credited and described in teams' engineering notebooks.

## 2.2 Robot build

### 2.2.1 Basic requirements

- Your robot must be safe, and can't damage the field, people, or other robots
- Your robot must pass an inspection before competing at an event and is subject to reinspection at any time during the event
- The power button must be easy to reach during the match
- Your robot can't have parts or mechanisms that intentionally detach during the match
- Your robot can't be larger than 18" wide by 18" long by 18" tall at the start of the match
- Your robot can't ever be larger than 24" wide by 24" long during the match
- There is no limit to how tall your robot can be during the match
- You can only bring one robot to an event
- Your robot can only include legal materials as listed below

### 2.2.2 Modifying parts

- Electronic components cannot be modified in any way, other than labeling and/or external decorations
- Non-electronic parts may be modified


Copyright 2026, Robotics Education & Competition Foundation

### 2.2.3 Required parts

| | Required Parts |
|---|---|
| **Robot Brain** | VEX V5® Robot Brain |
| **Controller** | VEX V5® Controller*<br><br>**Teams may use up to two controllers for a single robot.* |
| **Radio** | VEX V5® Robot Radio |
| **Battery** | VEX V5® Robot Battery Li-Ion 1100mAh |
| **License Plates** | ● Your robot must have exactly two license plates clearly displaying your registered RECF Achieve team number, mounted in two opposing, visible locations on the robot. License plates can't be larger than 7"x3".<br>● You may use VEX V5® Competition License Plates, AndyMark FTC® Alliance Robot Signs, or create custom license plates using 3D printing or other means. License plates do not count towards your custom plastic maximum.<br>● You must have separate red and blue versions of your license plates attached to identify your assigned alliance color during each alliance match. Failure to install the appropriate license plates is a foul. |

### 2.2.4 Optional parts

| | Electrical / Pneumatic optional parts |
|---|---|
| **Motors up to a total of 99W** | ● VEX V5® Smart Motor 11W<br>● VEX V5® Smart Motor 5.5W |
| **Sensors** | ● VEX V5® AI Vision Sensor<br>● VEX V5® Bumper Switch & Bumper Switch v2 & Bumper Switch 6N<br>● VEX V5® Distance Sensor<br>● VEX V5® GPS Sensor<br>● VEX V5® Inertial Sensor<br>● VEX V5® Line Tracker<br>● VEX V5® Limit Switch<br>● VEX V5® Light Sensor<br>● VEX V5® Optical Sensor<br>● VEX V5® Rotation Sensor<br>● VEX V5® Vision Sensor |
| **Cables** | ● VEX V5® Smart Cable<br>● VEX V5® Power Cable<br>● VEX V5® 2-Wire, 3-Wire and 4-Wire Extension Cable<br>● VEX V5® 2-Wire and Serial Y-Cable |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| **Pneumatics** | Commercially manufactured pneumatic components including cylinders, actuators, valves, gauges, storage tanks, regulators, manifolds, and tubing<br>● All components must be rated for 100 psi or higher<br>● Pneumatic devices may only be charged to a maximum of 100 psi<br>● Compressors or other forms of onboard charging are not permitted<br>● Pneumatic components may not be modified from their original state, other than cutting tubing or wiring to length; assembling components using pre-existing threads, brackets, or fittings; or applying minor cosmetic labels. |

*This is not a comprehensive list of legal electronic VEX V5® components. Any robot part within the VEX V5® system is legal for RECF Achieve.*

| | **Mechanical / Structural optional components** |
|---|---|
| **VEX V5® / VEX IQ®** | All VEX V5® structural and mechanical parts are considered legal, including:<br>● VEX V5® metal C-channel, U-channel, plates, angles, rails, tracks, gussets, brackets, and shafts<br>● VEX V5® wheels and tires<br>● VEX V5® hardware and fasteners, such as screws, nuts, bolts, washers, bearings, shaft couplers, standoffs, shaft inserts, VersaHex adapters and spacers<br>● VEX V5® plastic and metal gears, sprockets, pinions, gear inserts, rack gears, bevel gears, worm gears, worm wheels, mounting brackets, lead screw nuts and segments, cam followers, and joints<br>● VEX V5 chain and treads, tank tread links, conveyer belt inserts, and conveyer belt base links<br>● VEX V5® plastic shaft bearings, shaft collars, bearing flats, hex nut retainers, shaft bushings, and standoff retainers<br>● VEX V5 ® Flywheel weight and Intake Roller<br>● VEX V5® Claw kits<br>● VEX IQ® Chain<br>*This is not a comprehensive list of legal VEX V5® components. Any robot part within the VEX V5® system is legal for RECF Achieve.* |
| **Robits® by Andymark** | All Robits® by AndyMark structural and mechanical parts are considered legal, including:<br>● Robits® tubes, beams, gussets, carriers, channel, plates, aluminum slides, bushings, brackets, and standoffs<br>● Robits® wheels and tires<br>● Robits® hardware, fasteners, spacers, screws, nuts, bearings, and springs<br>● Robits® gears, hex shafts, shaft adaptors, and belts<br>● Robits® chain sections, links, breakers, and tensioners<br>● Robits® pulleys, pulley mounts, pulley bearings, pulley extensions, and slide pulley holders<br>● Robits® turntable gears and assemblies<br>*This is not a comprehensive list of legal Robits® by AndyMark components. Any non-electronic structure, motion, or hardware part from the Robits® by AndyMark system is legal for RECF Achieve. Please consider compatibility with VEX V5®* |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| | *system electronic components (such as motors) if utilizing Robits® by AndyMark components.* |
| **Pitsco TETRIX® MAX** | All Pitsco Education TETRIX® MAX structure and mechanical parts are considered legal, including:<br>• TETRIX® MAX channels, bars, angles, plates, brackets, flats, and rails<br>• TETRIX® MAX tubes, tube reinforcers, tubing couplers, tube clamps, tubing corner blocks, and tubing anchor blocks<br>• TETRIX® MAX wheels and tires<br>• TETRIX® MAX hardware, fasteners, screws, and nuts<br>• TETRIX® MAX gears and sprockets<br>• TETRIX® MAX axles, hubs, spacers, stand-offs, bushings, shafts, shaft couplers and axle set collars<br>• TETRIX® MAX tank tread chain links, tank tread rubber inserts, tank tread conveyor paddles, and chain breakers<br>• TETRIX® MAX gripper kit<br>*This is not a comprehensive list of legal Pitsco Education TETRIX® MAX components. Any non-electronic structure, motion, or hardware part from the Pitsco Education TETRIX® MAX system is legal for RECF Achieve. Please consider compatibility with VEX V5® system electronic components (such as motors) if utilizing TETRIX® MAX components.* |
| **Any source** | Commercially-available fastening hardware (when used for fastening), including screws, nuts, spacers, washers, and standoffs |

### Important notes

1. Some product kits from Robits® by AndyMark and Pitsco Education TETRIX® MAX include prohibited electronic parts, including motors, servos, controllers, cables, batteries, sensors, etc. Please take this into account when making purchasing decisions for your robot build. If you are unsure whether a part is prohibited, please submit a question to the official RECF Achieve Q&A system.
2. If you are utilizing a pre-designed robot system kit, such as a chassis, lift kit, launcher expansion kit, claw kit, etc. you must appropriately document and credit that part of your robot AND modify it to make it your own in some capacity.
3. Please note that not every part will be compatible with other parts when combining robotics systems.

| | **Custom plastic and decorations** |
|---|---|
| **Custom Plastic** | • Up to twelve individual custom plastic pieces, which can be a combination of two styles:<br>  ○ **Flat cut -** Piece up to 4”x12” in size, cut from certain types of non-shattering plastic up to 0.070” thick<br>  ○ **3D printed -** Piece up to 3”x5”x2” in size, printed from certain types of plastic filament<br>• Flat-cut plastic requirements: |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| | ○ You may modify your custom flat cut plastic by making holes, cutting sizes and shapes as desired, bending, or otherwise changing the form or appearance of the plastic. You may not chemically weld, melt, or treat flat-cut plastic.<br>○ You may use any of the following flat-cut plastic types: polycarbonate (Lexan), acetal monopolymer (Delrin), acetal copolymer (Acetron GP), POM (acetal), ABS, PEEK, PET, HDPE, LDPE, nylon (all grades), polypropylene, PTFE, and FEP.<br>○ Flat-cut plastic that may shatter (ex. plexiglass or acrylic) is not allowed<br>● 3D printed plastic requirements:<br>○ You may use any of the following filament types: PLA, ABS, TPU, PETG, nylon, and carbon fiber-filled filaments<br>● Custom plastic parts must be designed or customized by student team members, but can be manufactured by an outside entity (e.g., SendCutSend)<br>● Please document your use of custom plastic in your engineering notebook |
| **Decorations** | Decorations, including 3D printed decorations, are permitted as long as they have no function and do not affect other robots. 3D printed decorations, except license plates, count towards your custom plastic total. |
| **Misc.** | ● Any rubber bands up to 8" long and .25" wide<br>● Hot glue to secure cable connections<br>● Plastic zip ties up to 12" long and 0.25" wide<br>● Non-aerosol-based lubricants or grease, when used sparingly; lubricants or grease may not be used on any components that will come into contact with any part of the field, game objects, or other robots<br>● Anti-static compound, when used sparingly in a way that will not leave residue on any part of the field, game objects, or other robots<br>● An unlimited amount of rope or string that is non-elastic and no thicker than ¼" (6.35mm)<br>● Commercially-available products designed for bundling or wrapping cables and/or pneumatic tubing, used only for the purpose of cable/tubing protection, organization, or management (e.g., electrical tape, cable carrier, or cable track)<br>● Commercially-available anti-slip drawer liner, in pieces no larger than 12"x15"<br>● One micro-SD card installed in the VEX V5® Robot Brain |

### 2.2.5 Disallowed items

- Any electronic components from a system other than VEX V5®, including motors, servos, controllers, cables, sensors, batteries, and radios.
  - Electronic components from Robits® by AndyMark and Pitsco Education TETRIX® MAX are prohibited.
- Any structural / mechanical parts from a system other than Robits® by Andymark, Pitsco Education TETRIX®, or VEX V5® unless listed in rule 2.2.4.
- Anything that compromises the safety of people, other robots, the field, or game pieces


Copyright 2026, Robotics Education & Competition Foundation

## 2.3 Robot Code

### 2.3.1 Students create their own code

A team's student members get to decide what their robot's code looks like, and what it does. Adults may teach coding concepts, but may not tell students what should or should not be included in their code.

### 2.3.2 Coding libraries are okay as starting points

Teams can use coding libraries as a starting point, but should modify the resulting code to make it their own. They should be able to explain how their code works and how it has been modified from the original ideas when asked. Outside references should be appropriately credited and described in teams' engineering notebooks.


Copyright 2026, Robotics Education & Competition Foundation

# Section 3: Pinnacle Solo Driving Matches

In Pinnacle solo driving matches, student drive teams have 60 seconds to score as many points as possible while operating their robot with a remote controller. Solo matches aren't pre-scheduled. The field setup is shown in figures 3.0.1 and 3.0.2 below. The rules for solo driving matches represent the basic rule set for Pinnacle. Once students master solo driving matches, they only need to learn a few more rules to understand how other match types work.




*Figure 3.0.1*


Copyright 2026, Robotics Education & Competition Foundation




*Figure 3.0.2*

## 3.1 Solo Match Scoring

### 3.1.1 Cups and pins must be nested to count as scored

To count as scored, a pin must be nested into either a goal or a scored cup.

To count as scored, a cup must be nested onto a scored pin.

### 3.1.2 Scored cup on any goal

Each cup scored on a goal earns one point.

### 3.1.3 Scored red halfpin on a red or neutral goal

Each visible red halfpin that is scored on a red or neutral goal earns 5 points.


Copyright 2026, Robotics Education & Competition Foundation

### 3.1.4 Scored blue halfpin on a blue or neutral goal

Each visible blue halfpin that is scored on a blue or neutral goal earns 5 points.

### 3.1.5 Scored yellow halfpin on a red or neutral goal

Each visible yellow halfpin that is scored on a red or neutral goal earns 5 points only if the roller in that goal's zone is set to red.

### 3.1.6 Scored yellow halfpin on a blue goal

Each visible yellow halfpin that is scored on a blue goal earns 5 points only if the roller in that goal's zone is set to blue.

### 3.1.7 Scored halfpin of any color on the center goal

Each visible halfpin that is scored on the center goal earns 10 points.

| Solo Match Scoring Category | Points |
|---|---|
| Scored cup | 1 point per cup |
| Scored red or blue halfpin in a color-matching or neutral goal | 5 points per visible halfpin |
| Scored yellow halfpin on a red or neutral goal, with a roller set to red | 5 points per visible halfpin |
| Scored yellow halfpin on a blue goal, with a roller set to blue | 5 points per visible halfpin |
| Any scored halfpin on the center goal | 10 points per visible halfpin |


Copyright 2026, Robotics Education & Competition Foundation

## 3.1.8 Solo Match Scoring Examples

Blue goal with the roller set to yellow or red

- Six cups at 1 point each = 6
- Three blue halfpins at 5 points each = 15
- Total score for this goal = 21
- Red halfpins can't score on blue goals
- Because the roller in this zone isn't set to blue, yellow halfpins are worth 0




Blue goal with the roller set to blue

- Six cups at 1 point each = 6
- Three blue halfpins at 5 points each = 15
- Three yellow halfpins at 5 points each = 15
- Total score for this goal = 36
- Red halfpins can't score on blue goals





Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| Neutral or red goal with the roller set to yellow or blue<br>• Four cups at 1 point each = 4<br>• Two red halfpins at 5 points each = 10<br>• One blue halfpin at 5 points = 5<br>• Total score for this goal = 19<br>• Because the roller in this zone isn't set to red, yellow halfpins are worth 0 |  |
| Neutral or red goal with the roller set to red<br>• Four cups at 1 point each = 4<br>• Two red halfpins at 5 points each = 10<br>• One blue halfpin at 5 points = 5<br>• Two yellow halfpins at 5 points each = 10<br>• Total score for this goal = 29 |  |

| | |
|---|---|
| Center goal (has no corresponding roller)<br>● Five cups at 1 point each = 5<br>● Six visible halfpins at 10 points each = 60<br>● Total score for this goal = 65 |  |

## 3.2 Starting Positions

### 3.2.1 Driver boxes for solo matches

Up to three student team members (the drive team) can come to the field for each solo match. One drive team member can use the blue driver box and the blue loaders, but must remain in the blue driver box for the entire match. All other drive team members must remain inside of the red team driver box during the match unless they are interacting with their robot as allowed in 3.4.1. Only the drive team members can operate the robot during the match.

Drive team members can't wear headphones or communicate with anyone beyond the field during the match, and spectators or non-drive team students can't coach the drive team. Sitting or standing on chairs/stools for support or elevation is only allowed if approved by the RECF through an accommodation request.

### 3.2.2 Robot starting position

The robot must begin the match within the 18" x 18" x 18" starting size limit, in contact with one of the two red loaders (as shown in the first image in section 3), and not in contact with any pins or cups other than their preload pin (3.2.3).

### 3.2.3 Preload pin

A robot must start the match in contact with one yellow/red pin.

### 3.2.4 Eye protection

Every drive team member has to wear some form of eye protection. Eyeglasses meet the requirement, but we recommend safety glasses with non-shattering lenses and side shields.

## 3.3 Match Play

### 3.3.1 The robot can only operate while the match timer is counting down

Robots can't be in motion before the match timer begins counting down from 60 seconds, and have to stop when the timer hits 0. Points scored after the timer reaches 0 will be deducted before the score is submitted, and the team will receive a foul.

### 3.3.2 The robot can carry one pin, one cup, and one stack at a time

A robot can carry up to one unstacked pin, one unstacked cup, and one stack of any height at any time.

A team can avoid a foul for this rule by stopping all other match play until they've removed the extra cup(s)/pin(s)/stack(s). If they can't remove the extra objects, they should consider grounding their own robot for the rest of the match. Playing the game while carrying extra objects after being asked to stop driving by a head referee will result in a foul.

### 3.3.3 Cups and pins stay in the game

Removing a cup or pin from the field is a foul. Intentional or egregious fouls will receive red cards.

A cup or pin that leaves the field will be returned by the nearest field volunteer when and if they're able to safely and reasonably do so, in a position against the field wall close to where it left the field. Cups or pins that are leaving the field cannot be deflected back into the field by humans, or by anything outside of the field.

### 3.3.4 Team-loaded objects

Any drive team member can move cups, pins, and pinnacles from the supply in their driver box into one of the two adjacent loaders during the match (not before!). Only the objects that begin the match in a driver box can be added, and they can only be added to the adjacent loaders. Any unused preloads (3.2.3) can be added to the supply and used as team-loaded objects.

A loader can only contain one cup, one pin, or one pinnacle at any time. The drive team member must let go of the object before a robot is allowed to touch it.

### 3.3.5 Don't reach into the field

Before a match, students can only reach into the field to place their robot. Referees can adjust objects if they're more than 1" out of position or in an incorrect orientation.

During a match, students can only reach into the field to troubleshoot their robot if it hasn't moved during the match (3.4.1).


Copyright 2026, Robotics Education & Competition Foundation

### 3.3.6 How to stop a match early

If a drive team wants to end a match early, they should stop driving, put their controller(s) on the ground, and give a clear signal such as "Stop Time!" For improved accuracy, drive team members may notify the referee before the match or provide a countdown before the stop signal. The time remaining on the match timer will be recorded as the stop time.

### 3.3.7 Field control

Drive team members must attach their primary controller to the provided field control system. The controller must remain connected for the entire match unless the head referee asks them to disconnect it for troubleshooting, and until they are cleared to retrieve their robot at the end of the match.

All code for the robot and controller must be designed to follow directions from the field control system.

## 3.4 What Happens When Things Go Wrong

### 3.4.1 Robot hasn't moved during the match

If a team's robot hasn't moved during the match, drive team members are allowed to troubleshoot it during the driver-controlled period of the match. They can't make mechanical/structural repairs or changes, and can only interact with the robot brain, battery, and/or radio. They should pay attention to other robots on the field to avoid safety hazards.

### 3.4.2 Match replay

The head referee and event partner may decide to replay a match due to technical issues outside of the team's control that affect the outcome of the match.

### 3.4.3 Field damage

If a robot damages a field, it may be grounded by the head referee for the rest of the match. If the head referee decides that damage caused by a student or robot is intentional, the team may earn a red card and a zero score for the match.

### 3.4.4 Appealing a decision

If the drive team members disagree with a decision made or score recorded by a referee, they should remain at the field and notify the referee immediately. Drive team members and referees should be prepared to show specific rules and/or Q&A answers that back up their opinions, and should remember that referees can only make rulings based on the game manual and their own observations and perspectives of the match. Referees and drive team members may never view video or photos from the match while at the field or during discussions that affect match outcomes or scoring, and team members who were not at the field for the match are not allowed to approach the field. The head referee will determine when the discussion is over, and will announce their final and binding decision.


Copyright 2026, Robotics Education & Competition Foundation

# Section 4: Pinnacle Solo Coding Matches

In Pinnacle solo coding matches, teams have 60 seconds to score as many points as possible using only pre-written code to operate the robot. Solo matches aren't pre-scheduled.

Rules from Section 3: Solo Driving Matches apply unless they're specifically changed by a rule in this section.

## 4.1 Changes From Solo Driving Matches

### 4.1.1 No driving the robot

Drive team members must still attach their controller to the field controller if required by the event, but can't use the controller to operate the robot during the match.


Copyright 2026, Robotics Education & Competition Foundation

# Section 5: Pinnacle Alliance Matches

In Pinnacle alliance matches, teams have 120 seconds to score as many points as possible. Each match includes two teams paired as a red alliance and two teams paired as a blue alliance. The two teams in an alliance work together to share scored points, and in an effort to outscore the other alliance. Skipping an alliance match will be considered a violation of the RECF Code of Conduct.

All rules from Section 3: Solo Driving Matches apply to alliance matches unless they're specifically changed by a rule in this section.

## 5.1 Alliance Match Scoring

### 5.1.1 Cups and pins must be nested to count as scored

To count as scored, a pin must be nested into either a goal or a scored cup.

To count as scored, a cup must be nested onto a scored pin.

### 5.1.2 Scoring on alliance goals

#### 5.1.2.1 Alliance-color halfpin scored on a matching alliance goal

An alliance earns 5 points for each visible halfpin of their alliance color scored on either of their alliance goals.

#### 5.1.2.2 Cup scored on an alliance goal

An alliance earns 1 point for each cup scored on either of their alliance goals.

#### 5.1.2.3 Yellow halfpin scored on an alliance goal

An alliance earns 5 points for each visible yellow halfpin scored on an alliance goal only if the roller in that zone matches their alliance color.

### 5.1.3 Scoring on neutral goals

#### 5.1.3.1 Alliance-color halfpin scored on a neutral goal

An alliance earns 5 points for each visible halfpin of their alliance color that is scored on a neutral goal.

#### 5.1.3.2 Cup scored on a neutral goal

An alliance earns 1 point for each cup scored on the neutral goal when the roller in that zone is turned to their alliance color. Neither alliance earns points for cups when the roller in that zone is turned to yellow.


Copyright 2026, Robotics Education & Competition Foundation

#### 5.1.3.3 Yellow halfpin scored on a neutral goal

An alliance earns 5 points for each visible yellow halfpin scored on the neutral goal when the roller in that zone is turned to their alliance color. Neither alliance earns points for yellow halfpins when the roller in that zone is turned to yellow.

### 5.1.4 Scoring on the center goal

#### 5.1.4.1 Alliance-color halfpin scored on the center goal

An alliance earns 10 points for each visible halfpin of their alliance color that is scored on the center goal.

#### 5.1.4.2 Cup scored on the center goal

The alliance who has scored the highest number of visible alliance-colored halfpins on the center goal earns 1 point for each cup scored on the center goal. In the case of a tie, neither alliance earns points for cups scored on the center goal.

#### 5.1.4.3 Yellow halfpin scored on the center goal

The alliance who has scored the highest number of visible alliance-colored halfpins on the center goal scores 10 points for each visible yellow halfpin on the center goal. In the case of a tie, neither alliance earns points for halfpins scored on the center goal.

### 5.1.5 Parked robot

Each Robot in contact with one their alliance's loaders at the end of the match earns 21 points, with a maximum of one robot per loader.


Copyright 2026, Robotics Education & Competition Foundation

### 5.1.6 Alliance match scoring examples

Blue goal with the roller set to yellow

- Six cups at 1 point each = 6 to blue
- Three blue halfpins at 5 points each = 15 to blue
- Red halfpins can't score on blue goals
- Because the roller is set to yellow, yellow halfpins are worth 0

Total score for this goal is 0 points to the red alliance, and 21 points to the blue alliance.




Blue goal with the roller set to blue

- Six cups at 1 point each = 6 to blue
- Three blue halfpins at 5 points each = 15 to blue
- Three yellow halfpins at 5 points each = 15 to blue
- Red halfpins can't score on blue goals

Total score for this goal is 0 points to the red alliance, and 36 points to the blue alliance.





Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| Blue goal with the roller set to red<br>● Six cups at 1 point each = 6 to blue<br>● Three blue halfpins at 5 points each = 15 to blue<br>● Three yellow halfpins at 5 points each = 15 to red<br>● Red halfpins can't score on blue goals<br><br>Total score for this goal is 15 points to the red alliance, and 21 points to the blue alliance. |  |
| Neutral goal with the roller set to yellow<br>● Two red halfpins at 5 points each = 10 to red<br>● One blue halfpin at 5 points = 5 to blue<br><br>Because the roller in this zone is set to yellow, neither alliance earns points for scored cups or yellow halfpins.<br><br>Total score for this goal is 10 points to the red alliance, and 5 points to the blue alliance. |  |


Copyright 2026, Robotics Education & Competition Foundation

<table>
<tr>
<td>
Neutral goal with the roller set to red<br><br>
● Two red halfpins at 5 points each = 10 to red<br>
● One blue halfpin at 5 points = 5 to blue<br><br>
Because the roller in this zone is set to red, the red alliance also earns points for scored cups and yellow halfpins in this goal.<br><br>
● Four scored cups = 4 to red<br>
● Two scored yellow halfpins = 10 to red<br><br>
Total score for this goal is 24 points to the red alliance, and 5 points to the blue alliance.
</td>
<td>


</td>
</tr>
<tr>
<td>
Central goal (no corresponding roller)<br><br>
● Two red halfpins at 10 points each = 20 to red<br>
● One blue halfpin at 10 points = 10 to blue<br><br>
Because red has more visible scored halfpins than blue, the red alliance also earns points for scored cups and yellow halfpins in this goal.<br><br>
● Five scored cups = 5 to red<br>
● Three scored yellow halfpins = 30 to red<br><br>
Total score for this goal is 55 points to the red alliance, and 10 points to the blue alliance.
</td>
<td>


</td>
</tr>
</table>

| | |
|---|---|
| Central goal (no corresponding roller)<br><br>• Two red halfpins at 10 points each = 20 to red<br>• Two blue halfpins at 10 points each = 20 to blue<br><br>Because the two alliances have an equal number of visible, scored, alliance-colored halfpins in this goal, neither alliance earns points for the scored cups or yellow halfpins. |  |

## 5.2 Changes From Solo Driving Matches

### 5.2.1 Driver boxes for alliance matches

Because an alliance match includes two opposing alliances, two teams in each alliance match are designated on the match schedule as the red alliance and will share the red driver box. The other two teams in each match are designated as the blue alliance on the match schedule and will share the blue driver box. See figure 5.3.1 for more details.




*Figure 5.3.1*

### 5.2.2 Robot starting positions

Each robot must begin the match within the 18” x 18” x 18” starting size limit, in contact with one of their alliance-colored loaders that is not in contact with another robot, and not in contact with any pins or cups other than their preload pin (3.2.3), as shown in figure 5.3.2.


Copyright 2026, Robotics Education & Competition Foundation




*Figure 5.3.2*

### 5.2.3 Team-loaded objects

Drive team members can add objects from the supply in their driver box into their alliance-colored loaders during both periods of the match, but not before the autonomous period begins and not while the timer is stopped between the match periods.

### 5.2.4 Stopping a match early

An alliance match can end early if everyone agrees, but no match stop time will be recorded.

## 5.3 Additional Rules for Alliance Matches

### 5.3.1 Alliance matches begin with a 15-second autonomous period

Robots aren't allowed to contact anything on the opponent's side of the neutral zone. They can contact anything in their own alliance-colored zone, and anything in the neutral zone including all tape lines.


Copyright 2026, Robotics Education & Competition Foundation

### 5.3.2 Robots in the neutral zone give up some protection during the autonomous period

Robots in the neutral zone are likely to encounter other robots in the neutral zone, and unless the head referee decides that an entanglement, tipping, or trapping interaction (see 5.3.6) was intentional or strategic, most interactions won't result in fouls .

### 5.3.3 Fouls are handled differently during the autonomous period

If a team breaks any rule during the autonomous period of a match, they can't receive an autonomous ranking point. Fouls that occur during the autonomous period are only recorded and tracked if they're related to the RECF Code of Conduct or result in a red card; other fouls should not result in foul cards or affect the overall match score.

### 5.3.4 Goals in the neutral zone are not protected

Both alliances can add and remove pins, cups, pinnacles, or stacks on all three goals in the neutral zone, with no limitation.

### 5.3.5 Alliance-colored goals are protected

Alliances can't interact with the goals in their opponent's alliance-colored zone, including adding or removing nested pins or cups. Breaking this rule will result in a red card, unless the robot was forced into the penalty by a robot from the other alliance.

### 5.3.6 Interactions with opponent robots are limited

Teams may not use their robots in ways that prevent other robots from playing the game for extended periods of time. Teams can use limited defensive driving maneuvers, but can only limit the actions of an opponent robot (i.e., trap, hold, or lift) for a 4-count (approximately four seconds). The count will pause when the trapped robot has an avenue of escape, or the two robots have separated for at least another 4-count. If the interaction resumes before the 2nd 4-count ends, the original count should resume. A trap/hold/lift that lasts longer than a 4-count is a foul, and can result in a red card at the head referee's discretion.

Unintentional entanglement, grabbing, grappling of other robots may result in the offending robot being grounded for the rest of the match.

Intentional use of strategies such as entanglement, grabbing, grappling, or disabling another robot may result in a red card and the offending robot being grounded for the rest of the match.

### 5.3.7 Robots can't use game objects to break rules

Teams can't use cups, pins, stacks, or any part of the field to indirectly break a game or robot rule. Game objects are effectively extensions of a robot while a robot is interacting with them, although they don't count toward robot size limits. For example: a team can't use a stack to knock down the opposing alliance's stacks or pins.


Copyright 2026, Robotics Education & Competition Foundation

### 5.3.8 Each alliance in the elimination bracket gets one time out

Time outs are available between matches in the elimination bracket, but can only be used immediately before a match that includes the alliance who calls it. Each time out can be up to three minutes, but can end early if that alliance's teams and head referee agree.

## 5.4 What Happens When Things Go Wrong

### 5.4.1 Missed match or late to a match

If a team's robot isn't at the field for an alliance match before its scheduled start time (or, for elimination and finals matches and/or when the event is running behind schedule, when the match is otherwise ready to begin), the team will be marked as absent from that match. They will not earn points for that alliance match; the score for the other team in their alliance is not affected.

If a team's robot is not ready to play at the scheduled match time (or, for elimination and finals matches and/or when the event is running behind schedule, when the match is otherwise ready to begin), the head referee may ask the team to remove the robot from the field. Robots cannot be added to a match after the pre-match time countdown.

If the robot is at the field for the entire match, whether it is on the field or not, the team is eligible to receive a score for that match.

## 5.5 Ranking Points

Alliances earn ranking points for achieving tasks throughout the course of scheduled alliance matches. These ranking points are added together to determine the overall rank of individual teams for alliance selection.

### 5.5.1 Autonomous Ranking Point

Each alliance can earn 1 ranking point for ending the autonomous period of an alliance match with all of the following tasks completed:

- At least 3 cups and 4 halfpins scored across at least 2 goals
- Alliance zone roller showing the matching alliance color

### 5.5.2 Endgame Ranking Point

Each alliance earn 1 ranking point for ending an alliance match with all of the following tasks completed:

- Scoring a stack that has at least 5 scored, visible halfpins of their alliance color
- At least one roller showing their alliance color
- At least one robot in contact with an alliance loader

### 5.5.3 Win Points

- Alliances earn 2 win points for ending an alliance match with the highest score
- Alliances earn 1 win point for ending an alliance match with a tied score


Copyright 2026, Robotics Education & Competition Foundation

# Section 6: Judging and Awards

At events that offer judging, teams will participate in an interview with judges to answer questions about their team, robot design/construction, code, and strategies; each team must be offered an equal opportunity to be interviewed. Teams also submit their engineering notebooks for review by judges.

Each team interview lasts about 10 minutes and in-person interviews generally take place between matches. Judges use the Team Interview Rubric and Engineering Notebook Rubric to evaluate and rank teams. Teams are encouraged to review these rubrics in advance.

See the RECF Guide to Judging for more information about judging and awards.

## 6.1 Engineering Notebooks

An engineering notebook is a record-keeping tool that provides students with an opportunity to develop essential skills such as project and time management, brainstorming, and both written and interpersonal communication. Teams are encouraged to document their use of the engineering design process, including details of successes and challenges. All documentation and work related to the engineering notebook must be completed by the students, and they can't use AI-generated content. To learn more about engineering notebooks and the engineering design process visit the RECF Library.

Teams can maintain their notebook using either a traditional physical notebook or a range of digital tools, such as software applications or cloud-based platforms. Some events may only accept physical notebooks, while others may require digital submissions. In these cases, physical notebooks can be scanned and submitted electronically, and physical logbooks may be printed for submission. Be sure to check the event details on RECFevents.org to confirm which format is accepted.

## 6.2 Team Interviews

Team interviews are face-to-face (or virtual) conversations between a team of students and two or more volunteer judges. Interviews are opportunities for teams to share their design process, match strategies, learning experiences, and overall approach to the RECF Achieve Robotics Competition.

## 6.3 Award Deliberation

Award deliberation is the last step in the judging process. In this step, judges work with the judge advisor and one another to select candidates for each award.

The Engineering Notebook Rubric and Team Interview Rubric are tools to assist with deliberations. A team's score, whether a specific line item on a rubric or the overall score, is a data point that the judges can use as a part of the process. It is not a replacement for qualitative judgments in the deliberation process.

Judges will choose winners of each award based on the specific award criteria in the RECF Guide to Judging. No team may receive more than one judged award at an event.


Copyright 2026, Robotics Education & Competition Foundation

# Section 7: Event Personnel, Processes, & Guidelines

## 7.1 Event Personnel

### 7.1.1 Event Partner

An event partner is a certified volunteer who runs an event using the guidelines in RECF's policies and game manuals. RECF event partners must be at least 18 years old, and can't serve as a head referee or judge advisor at their event. Event partners oversee the activities in this section of the game manual, and can add specific rules based on their site and event. Event partners cannot make decisions about match scores or rulings, cannot determine penalties for fouls, and cannot influence who receives judged awards. Event partners have the final decision on non-match and non-robot decisions at an event.

### 7.1.2 Head Referee

A head referee is a certified volunteer who oversees matches using the guidelines in the game manual. RECF Achieve head referees must be at least 20 years old. Head referees work with team members to prevent and avoid fouls, and communicate fouls and penalties to teams when they occur. Head referees have the final decision on all match and robot rules, and should train robot inspectors and scorekeeper referees at events as appropriate.

Every alliance and elimination match must be watched by at least one head referee, and a head referee must be available to assist at robot inspection and solo matches as needed. See this article and related content in the RECF Library for more information.

### 7.1.3 Scorekeeper Referee

Scorekeeper referees score all varieties of match, and can oversee solo matches independently. RECF Achieve scorekeeper referees must be at least 15 years old. Every solo match must be watched by at least one referee. If there's a question about scoring or match play that doesn't have a clear answer in the game manual, scorekeeper referees should consult a head referee before answering. See this article and related content in the RECF Library for more information.

### 7.1.4 Judge Advisor

A judge advisor is a certified volunteer who trains and oversees volunteer judges at an event using the guidelines in the RECF Guide to Judging. RECF Achieve judge advisors must be at least 21 years old. See this article and related content in the RECF Library for more information.

### 7.1.5 Judge

A judge is a volunteer who reviews teams' engineering notebooks and/or interviews teams about their processes, then deliberates with other judging volunteers to identify award candidates and select award winners. RECF Achieve judges must be at least 20 years old and


Copyright 2026, Robotics Education & Competition Foundation

cannot be current RECF Achieve team members. See this article and related content in the RECF Library for more information.

### 7.1.6 Robot Inspector

A robot inspector is a volunteer who confirms that teams' robots meet the requirements in the game manual. If there's a question that doesn't have a clear answer in the game manual, robot inspectors should consult a head referee. See this article and related content in the RECF Library for more information.

### 7.1.7 Field Resetter

A field resetter is a volunteer who ensures that all objects on the field are in the correct positions at the beginning of each match. Field resetters should not begin to reset a field after a match until a referee directs them to do so. See this article and related content in the RECF Library for more information.

### 7.1.8 Queuer

A queuer is a volunteer who ensures that the correct teams are at the correct alliance matches. If time allows, they can attempt to locate teams who haven't checked in for upcoming matches, but they are not required to do so. See this article and related content in the RECF Library for more information.

### 7.1.9 Emcee

An emcee is a volunteer who provides play-by-play information for the audience during alliance matches. Emcees should avoid suggesting strategies, and cannot simultaneously serve as referees. See this article and related content in the RECF Library for more information.

## 7.2 Event Processes

### 7.2.1 Team Check In

Each team must check in when they arrive at the event, and confirm that at least one adult will remain onsite to supervise team members for the entire event. Some events use team check-in as a way to distribute event hand-outs like nametags, site maps, general schedules, and lunch order forms. Team check-in often occurs at a visible location just inside the main doors of the venue.

### 7.2.2 Robot Inspection

Each robot must pass an inspection before it can be used in any type of match at an event. Volunteer inspectors will confirm that robots meet the requirements in the game manual, and will mark passed inspections in the event management software. Robot inspection often occurs at a set of tables near the competition fields or in the team pit area.


Copyright 2026, Robotics Education & Competition Foundation

### 7.2.3 Creating the Alliance Match Schedule

If any teams have not checked in, or any robots haven't passed inspection, the event partner should resolve them before creating the alliance match schedule in the tournament software. The alliance match schedule should only include teams who will participate in alliance matches. See rule 7.4.2 for more information.

### 7.2.4 Queueing

Teams should check in at the queuing table(s) before their scheduled alliance match time, and will be routed to the correct field by volunteer queuers. Queueing generally occurs at a set of tables near the alliance match fields, with two tables (one for each alliance) for each named competition field. Providing tables gives teams a safe place to put their robots while they wait for upcoming matches. Tables are also recommended at the line for solo matches.

### 7.2.5 Running Matches

To display a match timer on a connected display, a referee or emcee can select an alliance match by match number in the tournament software, or a solo match by team number and match type. The referee or emcee should confirm that the drivers are ready, then activate the match timer from their mobile device.

After the match completes, referees should score the match and confirm object counts for each scoring category with the drive team members before submitting the match score and moving to the next match.

### 7.2.6 Alliance Selection / Elimination Bracket

At the end of alliance matches, the event partner should identify any teams that are unavailable or ineligible to participate in alliance selection and mark them in the tournament software. Once teams are removed from the list, the event partner can determine the number of alliances that will participate in alliance selection and initiate the alliance selection process. Once alliance selection is complete, the event partner will create the elimination bracket in the tournament software. See rule 7.4.4 for more information.

### 7.2.7 Entering Award Winners

After the judging volunteers have selected the winners of all judged awards listed for the event, the judge advisor and event partner should work together to enter winners in the tournament software. They should confirm the base number and team letter for each winner, and ensure that no team is marked to receive more than one judged award. Winners of performance awards are automatically marked by the software.

### 7.2.8 Finalizing an Event

After matches and awards conclude, the event partner should finalize and upload the tournament information to [RECFevents.org](RECFevents.org). Some events (e.g., multiple divisions) may need to work with RECF staff to finalize their results.


Copyright 2026, Robotics Education & Competition Foundation

## 7.3 Field Parameters

### 7.3.1 Equipment

All of the fields used for alliance matches at an event should have the same setup and modifications, and all of the fields used for solo matches at an event should have the same setup and modifications. For example, an event could put all of the alliance match fields on identical risers and all of the solo match fields on the ground.

#### 7.3.1.1. Field perimeter types

Pinnacle is played on a 12x12 field consisting of field tiles and a field perimeter. Approved field perimeters are the AndyMark FIRST Tech Challenge Perimeter Kit (am0481), the VEX® Portable Competition Field Perimeter (276-8242), and the VEX® Metal Competition Field Perimeter (278-1501).

#### 7.3.1.2 Field control options

Robots must be connected to the field via field control.

**Solo matches:** Approved field control methods are the VEXnet® Field Controller Kit (275-1401), VEX® Smart Field Controller (276-7577), a VEXnet® Competition Switch (276-2335), or utilizing the timed run option on a VEX V5® Controller (476-4820).

**Alliance matches**: Approved field control methods are the VEXnet® Field Controller Kit (275-1401), VEX® Smart Field Controller (276-7577), or a VEXnet® Competition Switch (276-2335).

### 7.3.2 Variances

Although fields and setups should be as identical as possible, teams have to be prepared for some amount of variance. Goals, walls, rollers, loaders, and other field-mounted parts may vary slightly, up to ±1” (25.4mm) in any direction. Starting locations for cups and pins may also vary up to ±1” (25.4mm) in any direction.


Copyright 2026, Robotics Education & Competition Foundation



*Figure 7.3.2*

## 7.4 Match Parameters

### 7.4.1 Solo Matches

Each team can attempt up to three solo matches of each type at an event (three solo driving matches and three solo coding matches). These matches aren't scheduled, and teams can make these attempts whenever their event schedule permits. Solo match fields should open early in the event, and remain open long enough to give each team an opportunity to complete their maximum number of solo matches. As a general rule, solo match fields should remain open until alliance matches have ended.

### 7.4.2 Alliance Matches

Each team will have at least six alliance matches at a qualifying event or at least eight matches at a championship event, which will appear on the match schedule generated by the tournament software. The software will assign alliance partners, match times, fields, and team colors as needed. Matches can only run early if the head referee and all teams are checked in for the match and ready to play.

If a team is marked with an asterisk (*) for one of the last matches on the schedule, any points and/or ranking points earned will not affect their ranking at the event. This occurs when extra matches are necessary to provide each team with the same minimum number of matches. Teams should remember that the RECF Code of Conduct includes supporting alliance partners, and do their best even though it won't affect their ranking.


Copyright 2026, Robotics Education & Competition Foundation

### 7.4.3 Practice Matches

Some events choose to include scheduled practice matches that occur before official alliance matches begin. Practice matches aren't required, and the scores don't affect teams' rankings.

### 7.4.4 Alliance Selection

Ranking points earned in alliance matches are used to rank teams for alliance selection. Event partners can decide how many alliances will participate in the elimination bracket, but (if possible) should avoid choosing a number that will result in only one team being excluded from alliance selection. Recommendations for the number of alliances to include are below:

| **Number of teams at the event** | **Recommended number of alliances to form during alliance selection** |
|---|---|
| Less than 18 | • If an even number of teams are at the event, the number of teams divided by 2<br>• If an odd number of teams are at the event, the number of teams minus 3 then divided by 2 |
| 18-25 | 8 |
| 26-32 | 12 |
| 32 or more | 16 |

Each team at the event must send one student to represent the team for alliance selection. No communication devices are allowed during alliance selection. Any electronics such as phones or tablets must be in airplane mode and disconnected from wi-fi during alliance selection. Decisions related to alliance selection must be made by the students on the team.

Alliance selection will begin with the representative from the highest ranked team inviting any eligible team of their choice to become alliance partners. The invited team's representative then has the opportunity to either accept or decline the offer. If the offer is declined, the invited team cannot be invited to another alliance, and will only be able to be the inviting team if they are ranked highly enough to have that opportunity. Team representatives should be mindful of the number of teams being included in elimination rounds before declining an invitation.

Once the first alliance is formed, the next highest ranked team's representative will be given the opportunity to invite a team to become alliance partners. This process will continue until the number of alliances set by the event partner have been established.

### 7.4.5 Elimination Bracket

Alliances created during alliance selection compete in a traditional single elimination bracket to determine the tournament winners. Alliances are seeded based on the highest-ranked team in the alliance. There are several rounds of elimination matches; the number of rounds will be based on the number of alliances participating. Higher-ranked alliances may receive byes if


Copyright 2026, Robotics Education & Competition Foundation

there is an unbalanced bracket. The winning alliance from each match will advance to the next round of matches until only two alliances remain. If an elimination match results in a tie, the two teams will play up to two tie-breaker matches; if the 3rd match is also a tie, the higher-seeded alliance will be recorded as the winner.

The figures below show how alliances flow through 16-alliance and 8-alliance brackets, with the winner of each match progressing to the next level.





Copyright 2026, Robotics Education & Competition Foundation




### 7.4.6 Finals Matches

When only two alliances remain, they will advance into the finals match(es). For events that do not qualify to the RECF STEM World Championship, a single finals match will determine the tournament champions. For events that qualify to the RECF STEM World Championship, there will be up to three finals matches; an alliance has to win two matches to be crowned the tournament champions.


Copyright 2026, Robotics Education & Competition Foundation

# RECF INSPIRE ROBOTICS COMPETITION
# PINNACLE

## 2026-2027

## Game Manual Version 1.0

Copyright 2026, Robotics Education & Competition Foundation

*The RECF Inspire Robotics Competition is operated by the Robotics Education & Competition Foundation (RECF), a 501(c)(3) nonprofit. This competition is not sponsored by, affiliated with, or endorsed by VEX Robotics, Inc. or Innovation First, Inc. VEX®, VEX IQ®, VEXnet®, VEXcode®, and VEXos® are registered trademarks of Innovation First, Inc. and are used here only to identify hardware and software that participating teams may legally use in competition.*

# Prefix

## Welcome and Thank You

Welcome to the Robotics Education & Competition Foundation (RECF) Inspire Robotics Competition!

RECF Inspire provides an exciting, hands-on environment for college students to explore core engineering concepts and create unique solutions to competitive challenges. Students competing in RECF Inspire will develop and apply essential workforce skills in design, manufacturing, programming, documentation, and engineering.

Students are at the center of everything we do, and they are encouraged to take ownership of their ideas while working collaboratively with teammates and solving real-world problems.

RECF Inspire provides broad robotics access for all collegiate students. We encourage student resourcefulness and outside-the-box thinking with an open system for structural robot parts, including unlimited custom plastic, unlimited 3D printing, custom-designed parts, and basic off-the-shelf consumer parts.

We are grateful that you have chosen the RECF as your robotics program provider. With so many opportunities available, we are honored that you selected our program to support your students' learning and growth.

Thank you for joining our community. We cannot wait to see what your teams achieve this season!

## About the RECF

The Robotics Education & Competition Foundation is a registered US 501(c)(3) non-profit organization that exists to spark interest in science, technology, engineering and math by engaging students in hands-on, sustainable, and affordable curriculum-based robotics programs.

Our global mission is to provide every educator with competition, education, and workforce readiness programs to increase student engagement in science, technology, engineering, math, and computer science. We see a future where every student designs and innovates as part of a team, overcomes failure, perseveres, and emerges confident in their ability to meet global challenges.

As a company, we embrace the core values of passion, integrity, and excellence, which we try to embody in everything we do.

## Revision History

Version 1.0 - June 10, 2026

- Initial release


Copyright 2026, Robotics Education & Competition Foundation

# Table of Contents

**Prefix** **2**
Welcome and Thank You 2
About the RECF 2
Revision History 2
Table of Contents 3
**Section 1: The RECF Inspire Robotics Competition** **7**
1.1 About the RECF Inspire Robotics Competition 7
1.2 The 2026-2027 RECF Inspire Game: Pinnacle 7
1.3 Five RECF Inspire Competition Challenges 8
1.4 RECF Program Rules 9
1.4.1 RECF Policies 9
1.4.2 RECF Inspire Teams & Students 9
1.4.3 Supervision & Release Forms 9
1.5 Definitions 10
1.5.1 General Definitions 10
1.5.2 Pinnacle Definitions 12
1.6 Fouls & Penalties 13
1.6.1 Official Warning 13
1.6.2 Yellow Card 13
1.6.3 Red Card 13
1.6.4 Fouls affect eligibility for alliance selection 13
**Section 2: Design, Build, and Code a Robot** **14**
2.1 Robot design 14
2.1.1 Teams design their own robots 14
2.1.2 Outside references are okay as starting points 14
2.2 Robot build 14
2.2.1 Basic requirements 14
2.2.2 Modifying parts 14
2.2.3 Required parts 15
2.2.4 Optional parts 15
Important notes 17
2.2.5 Disallowed items 18
2.3 Robot Code 18
2.3.1 Students create their own code 18
2.3.2 Coding libraries are okay as starting points 18
**Section 3: Pinnacle Solo Driving Matches** **19**
3.1 Solo Match Scoring 20
3.1.1 Cups and pins must be nested to count as scored 20
3.1.2 Scored cup on any goal 20
3.1.3 Scored red halfpin on a red or neutral goal 20


Copyright 2026, Robotics Education & Competition Foundation

3.1.4 Scored blue halfpin on a blue or neutral goal 21
3.1.5 Scored yellow halfpin on a red or neutral goal 21
3.1.6 Scored yellow halfpin on a blue goal 21
3.1.7 Scored halfpin of any color on the center goal 21
3.1.8 Solo Match Scoring Examples 22
3.2 Starting Positions 24
3.2.1 Driver boxes for solo matches 24
3.2.2 Robot starting position 24
3.2.3 Preload pin 24
3.2.4 Eye protection 24
3.3 Match Play 25
3.3.1 The robot can only operate while the match timer is counting down 25
3.3.2 The robot can carry one pin, one cup, and one stack at a time 25
3.3.3 Cups and pins stay in the game 25
3.3.4 Team-loaded objects 25
3.3.5 Don't reach into the field 25
3.3.6 How to stop a match early 26
3.3.7 Field control 26
3.4 What Happens When Things Go Wrong 26
3.4.1 Robot hasn't moved during the match 26
3.4.2 Match replay 26
3.4.3 Field damage 26
3.4.4 Appealing a decision 26
**Section 4: Pinnacle Solo Coding Matches 27**
4.1 Changes From Solo Driving Matches 27
4.1.1 No driving the robots 27
**Section 5: Pinnacle Alliance Matches 28**
5.1 Alliance Match Scoring 28
5.1.1 Cups and pins must be nested to count as scored 28
5.1.2 Scoring on alliance goals 28
5.1.2.1 Alliance-color halfpin scored on a matching alliance goal 28
5.1.2.2 Cup scored on an alliance goal 28
5.1.2.3 Yellow halfpin scored on an alliance goal 28
5.1.3 Scoring on neutral goals 28
5.1.3.1 Alliance-color halfpin scored on a neutral goal 28
5.1.3.2 Cup scored on a neutral goal 28
5.1.3.3 Yellow halfpin scored on a neutral goal 29
5.1.4 Scoring on the center goal 29
5.1.4.1 Alliance-color halfpin scored on the center goal 29
5.1.4.2 Cup scored on the center goal 29
5.1.4.3 Yellow halfpin scored on the center goal 29



Copyright 2026, Robotics Education & Competition Foundation

5.1.5 Parked robot 29
5.1.6 Alliance match scoring examples 30
5.2 Changes From Solo Driving Matches 34
5.2.1 Driver boxes for alliance matches 34
5.2.2 Robot starting positions 34
5.2.3 Team-loaded objects 35
5.2.4 Stopping a match early 35
5.3 Additional Rules for Alliance Matches 35
5.3.1 Alliance matches begin with a 30-second autonomous period 35
5.3.2 Robots in the neutral zone give up some protection during the autonomous period 36
5.3.3 Fouls are handled differently during the autonomous period 36
5.3.4 Goals in the neutral zone are not protected 36
5.3.5 Alliance-colored goals are protected 36
5.3.6 Interactions with opponent robots are limited 36
5.3.7 Robots can't use game objects to break rules 36
5.3.8 Each alliance in the elimination bracket gets one time out 37
5.4 What Happens When Things Go Wrong 37
5.4.1 Missed match or late to a match 37
5.5 Ranking Points 37
5.5.1 Autonomous Ranking Point 37
5.5.2 Endgame Ranking Point 37
5.5.3 Win Points 37
**Section 6: Judging and Awards 38**
6.1 Engineering Notebooks 38
6.2 Team Interviews 38
6.3 Award Deliberation 38
**Section 7: Event Personnel, Processes, & Guidelines 39**
7.1 Event Personnel 39
7.1.1 Event Partner 39
7.1.2 Head Referee 39
7.1.3 Scorekeeper Referee 39
7.1.4 Judge Advisor 39
7.1.5 Judge 39
7.1.6 Robot Inspector 40
7.1.7 Field Resetter 40
7.1.8 Queuer 40
7.1.9 Emcee 40
7.2 Event Processes 40
7.2.1 Team Check In 40
7.2.2 Robot Inspection 40
7.2.3 Creating the Alliance Match Schedule 41


Copyright 2026, Robotics Education & Competition Foundation

7.2.4 Queueing 41
7.2.5 Running Matches 41
7.2.6 Creating Alliances for the Elimination Bracket 41
7.2.7 Entering Award Winners 41
7.2.8 Finalizing an Event 41
7.3 Field Parameters 42
7.3.1 Equipment 42
7.3.1.1. Field perimeter types 42
7.3.1.2 Field control options 42
7.3.2 Variances 42
7.4 Match Parameters 43
7.4.1 Solo Matches 43
7.4.2 Alliance Matches 43
7.4.3 Practice Matches 44
7.4.4 Elimination Bracket 44
7.4.6 Finals Matches 45


Copyright 2026, Robotics Education & Competition Foundation

# Section 1: The RECF Inspire Robotics Competition

## 1.1 About the RECF Inspire Robotics Competition

The RECF Inspire Robotics Competition (RECF Inspire) provides a hands-on educational STEM experience focused on robot design, construction, strategy, programming, and problem-solving. The program emphasizes teamwork, critical thinking, communication, documentation, and real-world application of concepts.

RECF Inspire teams consist of students who have graduated secondary education and are enrolled in post-secondary courses. Student team members make all of the decisions about their robot's design, construction, and programming—from blank paper all the way to the world championship.

The RECF Inspire season consists of local qualifying events, which qualify teams for assigned event region championships. Event region championships then qualify teams for the RECF STEM World Championship. For more information on the qualification structure, refer to the RECF Qualifying Criteria.

## 1.2 The 2026-2027 RECF Inspire Game: Pinnacle

In Pinnacle, robots navigate a 12'x12' field to collect and stack pins and cups onto goals, turn rollers, and maximize their score with specific orientations of pins, cups, and rollers. Robots can push, lift, rotate, stack, spin, or plow pins and cups, but must follow the rules of each specific match type.

In some matches, team members drive the robot. In others, the robot drives itself based on pre-programmed code written by the students. Not every robot and team will play the game the same way, and there are some ways to score that are easier than others. Your strategies, and your robot, may change over time. As long as you follow the rules in this game manual and the official RECF Q&A system (details coming soon!), you can play the game however you like!


Copyright 2026, Robotics Education & Competition Foundation



## 1.3 Five RECF Inspire Competition Challenges

- Design, Build, and Code Robots (see section 2) - Using the engineering design process, work with your teammates to design, build, and test robots to score points in matches
- Solo Driving Matches (see section 3) - Up to six (6) members of your team work together at the field to score points with two robots responding to input by remote control
- Solo Coding Matches (see section 4) - Up to six (6) members of your team work together at the field to score points with two robots operated entirely by segments of code—no controller!
- Alliance Matches (see section 5) - Your team's two robots work together in an attempt to outscore an opposing team's robots
- Judging (see section 6) - Document and share your use of the engineering design process in an engineering notebook throughout the season, and describe your work to judges during interviews


Copyright 2026, Robotics Education & Competition Foundation

# 1.4 RECF Program Rules

## 1.4.1 RECF Policies

All participants must follow the guidelines and rules in this game manual, the official RECF Inspire Q&A (details coming soon!), and these additional official RECF policies.

- RECF Organizational Policy
- RECF Student-Centered Policy
- RECF Code of Conduct
- RECF Qualifying Criteria
- RECF Guide to Judging
- RECF Youth Protection Policy
- RECF Commitment to Coach Excellence
- RECF Commitment to Event Excellence

## 1.4.2 RECF Inspire Teams & Students

Teams must be registered in RECFevents.org for the RECF Inspire program to participate in RECF Inspire qualifying events.

Each RECF Inspire team has one or more students. To compete in Inspire, a student must have graduated from secondary school, not be dual-enrolled in secondary and post-secondary coursework, and be enrolled in post-secondary coursework and working toward a certificate or degree -or- have earned a post-secondary degree during the six months preceding the RECF STEM World Championship.

Team structure must follow the RECF Organizational Policy. Teams must be student-centered and follow the RECF Student-Centered Policy and the RECF Code of Conduct at all times, including at practices and when attending events.

## 1.4.3 Supervision & Release Forms

If no team member is over the age of 18, the team must be accompanied by a responsible adult over the age of 18 for the duration of the event. All participants in RECF events must complete an RECF Participant Release Form each season.


Copyright 2026, Robotics Education & Competition Foundation

## 1.5 Definitions

### 1.5.1 General Definitions

- **Alliance Match** - A 1-team versus 1-team match that is used to determine ranking for the elimination bracket
- **Coach / Mentor** - A person who helps students learn concepts used in RECF competitions, and who helps create and organize teams, but who cannot contribute to the students' work used at competitions
- **Drive Team** - 2-6 students who participate in a match as representatives for their team
- **Driver Box** - An area near the field where a drive team must stand during a match (driver boxes are highlighted in blue in figure 1.5.1)
- **Elimination Bracket** - A series of matches that includes a designated number of the highest ranked teams from alliance matches, and identifies the tournament winners (see section 7.4.5)
- **Engineering Notebook** - A physical or electronic document that records a team's use of the engineering design process, and their work during a competition season
- **Foul** - The act of breaking a rule during a match or event (see section 1.6 for more details)
- **Foul Card** - A tracking system for repeated rule infractions (see section 1.6 for more details)
- **Grounded** - Description of a robot that has broken a safety rule and is no longer allowed to participate in the match; the robot is not allowed to drive, and the controller should be placed on the floor or another nearby position (not on the field)
- **Robot** - A machine designed and built by students from parts that are legal for use in the RECF Inspire competition
- **Solo Coding Match** - A one-minute match with two robots and one drive team, during which the robot operates only by code created by the students
- **Solo Driving Match** - A one-minute match with two robots and one drive team, during which students operate the robot by remote control
- **Student** - A team member who meets all requirements of the program, is within the age bracket, and who contributes to a team's notebook, robot design, build, code, and/or strategies or serves as a drive team member; a student can only participate on one RECF Inspire team during a season.
- **Team** - Consists of any number of students who are enrolled in an officially recognized post-secondary educational institution and working toward a degree or certification, and who work together to build two or more robots.
- **Tournament** - An official RECF Inspire event that meets the requirements of the RECF Qualifying Criteria, and includes Alliance Matches, Solo Driving Matches, Solo Coding Matches, and optional judging


Copyright 2026, Robotics Education & Competition Foundation



*Figure 1.5.1*




*Figure 1.5.2*

### 1.5.2 Pinnacle Definitions

- **Cup** - A plastic, two-segment object that is roughly 6.48” by 3.16”; each cup has a transparent half and an opaque half
- **Goal** - A structure on the field, mounted to an under-tile plate, where robots can score pins, cups, and stacks (goals are highlighted in pink in figure 1.5.1)
    - **Alliance goal** - A red (tag 2) or blue (tag 3) plastic structure, roughly 3.25” high, in the corresponding red or blue zone.
    - **Center goal** - A black plastic structure (tag 0), roughly 8.77” high, in the center zone
    - **Neutral goal** - A black plastic structure, roughly 5.77” high, in neutral zone 1 (tag 1) or 2 (tag 4).
- **Loader** - One of two structures attached to the field perimeter in a location adjacent to a driver box; used to introduce team-loaded cups and pins into the field (loaders are highlighted in orange in figure 1.5.1)
- **Nested** - A description for a connection between a cup and a pin, or a pin and a goal, in which a convex pinhalf fits securely inside of the opening on a goal or one concave half of a cup. A halfpin can be nested into a cup or a goal. A cup can be nested onto a pinhalf.
- **Pin** - A plastic, two-segment object that is roughly 6.5” by 3.02”; each pin is described by the color(s) of its two segments (yellow/yellow, yellow/red, yellow/blue, or red/blue)
    - **Halfpin** - One segment of a pin, described by its color; when a pin is part of a stack, each of its halfpins will be hidden or visible
    - **Hidden** - Description for a portion of a pin that is not visible when the pin is nested in a cup; can apply to one or both ends of a nested pin, based on the transparency/opacity of the cup its nested into
    - **Visible** - Description for a pin color that is showing when a pin is nested in a cup; can apply to one or both ends of a nested pin, based on the transparency/opacity of the cup its nested into
- **Pinnacle** - A two-object stack that consists of one pin nested to one cup
- **Roller -** A complex structure, mounted to the field perimeter, which includes a 3-sided length of plastic that can be manipulated and set by a robot to display red, blue, or yellow on the side facing into the field
- **Stack -** A group of nested pins and cups
- **Supply** - A set of pins and cups that begin a match in a driver box
- **Zone** - 5 defined areas of the field; neutral zones 1 & 2 and the center zone are also collectively referred to as “the neutral zone”
    - **Red zone** - The 4’ W x 12’ L section of the field closest to the red alliance drivers box, containing both red alliance colored goals.
    - **Blue zone** - The 4’ W x 12’ L section of the field closest to the blue alliance drivers box, containing both blue alliance colored goals.
    - **Neutral zone 1** - The 4’ W x 4’ L section of the field in the center of the head referee side of the field, containing one of the neutral goals.
    - **Neutral zone 2** - The 4’ W x 4’ L section of the field in the center of the audience side of the field, containing one of the neutral goals.
    - **Center zone** - The 4’ W x 4’ L center section of the field, containing the tall center goal.


Copyright 2026, Robotics Education & Competition Foundation

## 1.6 Fouls & Penalties

Fouls are decided by a head referee during a match and occur when a rule of gameplay or safety is broken. Fouls may also occur when the RECF Code of Conduct is violated, as determined by the event partner. Teams should not be penalized if they're forced into a foul by an opponent.

Penalty cards serve as a tracking system for fouls. Penalties are announced verbally by a head referee after a match and are recorded in the event management software. All penalties stay with the team for the entire tournament.

For fouls that involve damage or potential damage to the field, people, or other robots, a head referee may also require that the drive team stop operating the robot and put their controller on the ground. This is called grounding.

Head referees should focus on helping teams avoid fouls before they happen, by calling out actions that may lead to a foul. Advance warnings like these do not count as official warnings, and are not recorded by referees.

### 1.6.1 Official Warning

An official warning is given to an alliance, team, or team member verbally by the head referee the first time they break a specific rule. This official warning helps students learn how to prevent future fouls before they lead to penalties. Future violations of the same rule should result in a yellow card for that rule.

### 1.6.2 Yellow Card

A yellow card is given to an alliance, team, or team member the second time they break a rule (after they have received an official warning for breaking that specific rule).

### 1.6.3 Red Card

A red card is given to a team or team member the third time they break a rule (after they have received a yellow card for breaking that specific rule).

A team that receives a red card will earn zero points for the current match.

Any foul that affects the outcome of the match will receive a red card for each offense, although in cases where both alliances violate the same rule a head referee may determine that they cancel each other out in terms of their impact on the match. Fouls related to the RECF Code of Conduct, the RECF Student-Centered Policy, or safety rules may also receive a red card for each offense.

### 1.6.4 Fouls affect eligibility for elimination matches

Any team that receives three or more red cards during an event cannot be part of the elimination bracket. Eligibility for judged awards may also be affected.


Copyright 2026, Robotics Education & Competition Foundation

# Section 2: Design, Build, and Code a Robot

Pinnacle robots are primarily created using VEX V5® electronics and non-electronic parts from any major robotics provider, simple commercial off-the-shelf (COTS) items, and custom-created parts (see rules 2.2.3 and 2.2.4 for details). Each robot must pass a brief inspection before it can participate in matches at an official RECF event. Robots may change during the competition, but should be reinspected. Intentionally breaking a robot rule for improved performance may be handled as a violation of the RECF Code of Conduct.

## 2.1 Robot design

### 2.1.1 Teams design their own robots

A team's student members get to decide what their robot looks like, and what it does.

### 2.1.2 Outside references are okay as starting points

Teams can use someone else's design as a starting point, but should modify it to make it their own. They should be able to explain their design process and original ideas when asked. Outside references should be appropriately credited and described in teams' engineering notebooks.

## 2.2 Robot build

### 2.2.1 Basic requirements

- Your robots must be safe, and can't damage the field, people, or other robots
- Your robots must pass an inspection before competing at an event and are subject to reinspection at any time during the event
- The power button must be easy to reach during the match
- Your robots can't have parts or mechanisms that intentionally detach during the match
- Your robots can't be larger than 18" wide by 18" long by 18" tall at the start of the match
- Your robots can't ever be larger than 24" wide by 24" long during the match
- There is no limit to how tall your robot can be during the match
- You may bring any number of robots to an event, but may only field 2 robots during each solo, alliance, or elimination bracket match
- Your robot can only include legal materials as listed below

### 2.2.2 Modifying parts

- Pneumatic components and VEX V5® electronic components cannot be modified in any way, other than labelling and/or external decorations. Other commercially-produced and custom electronic components can be modified as long as they meet all requirements in this game manual. See 2.2.4 for more information.
- Non-electronic parts may be modified


Copyright 2026, Robotics Education & Competition Foundation

### 2.2.3 Required parts

| | Required Parts |
|---|---|
| **Robot Brain** | VEX V5® Robot Brain |
| **Controller** | VEX V5® Controller*<br><br>**Teams may use up to two controllers for a single robot.* |
| **Radio** | VEX V5® Robot Radio |
| **Battery** | VEX V5® Robot Battery Li-Ion 1100mAh (*to power the VEX V5® Robot Brain*) |
| **License Plates** | ● Your robots must have exactly two license plates clearly displaying your registered RECF Inspire team number, mounted in two opposing, visible locations on the robot. License plates can't be larger than 7"x3".<br>● You may use VEX V5® Competition License Plates, AndyMark FTC® Alliance Robot Signs, or create custom license plates using 3D printing or other means.<br>● You must have separate red and blue versions of your license plates attached to identify your assigned alliance color during each alliance match. Failure to install the appropriate license plates is a foul. |

### 2.2.4 Optional parts

| | Electrical / Pneumatic optional parts |
|---|---|
| **Motors (unlimited)** | ● VEX V5® Smart Motor 11W<br>● VEX V5® Smart Motor 5.5W |
| **Sensors** | ● VEX V5® AI Vision Sensor<br>● VEX V5® Bumper Switch & Bumper Switch v2 & Bumper Switch 6N<br>● VEX V5® Distance Sensor<br>● VEX V5® GPS Sensor<br>● VEX V5® Inertial Sensor<br>● VEX V5® Line Tracker<br>● VEX V5® Limit Switch<br>● VEX V5® Light Sensor<br>● VEX V5® Optical Sensor<br>● VEX V5® Rotation Sensor<br>● VEX V5® Vision Sensor<br>● Other commercially available sensors and/or external processors, which must be connected to and controlled by the VEX V5® Robot Brain |
| **Cables** | ● VEX V5® Smart Cable<br>● VEX V5® Power Cable<br>● VEX V5® 2-Wire, 3-Wire and 4-Wire Extension Cable<br>● VEX V5® 2-Wire and Serial Y-Cable |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| | • Other commercially-available cables or custom cables from COTS materials that are compatible with VEX V5® Smart Motors, VEX V5® Robot Brain, VEX V5® Sensors, other commercially available sensors, or 12V Pneumatic Solenoids (if used). |
| **Pneumatics** | Commercially manufactured pneumatic components including cylinders, actuators, valves, gauges, storage tanks, regulators, manifolds, solenoids, and tubing<br>• All components must be rated for 100 psi or higher<br>• Pneumatic devices may only be charged to a maximum of 100 psi<br>• Compressors or other forms of onboard charging are not permitted<br>• Pneumatic components may not be modified from their original state, other than cutting tubing or wiring to length; assembling components using pre-existing threads, brackets, or fittings; or applying minor cosmetic labels. |
| **Batteries** | External lithium iron, lithium ion, or nickel metal hydride batteries may only be used only to power other electronics that are not VEX V5® parts, and may not exceed 12 volts each. Only one battery is allowed for each other electronics device. |
| **Other electronics** | The other electronic components listed in this rule are legal for robots in the Inspire competition. Electronic components that aren't listed here are not currently legal. If you believe there's a component we should include, email details to us at gdc@recf.org or submit a question in the official RECF Q&A system (coming soon!).<br><br>Legal other electronics:<br>• Raspberry Pis<br>• 12V pneumatic solenoids<br>• Cooling fans<br>• LED strip lights<br>• Custom electronic devices designed by your team |
| **Mechanical / Structural components** | RECF Inspire has an open system for robot structure and hardware. Non-electronic parts from any major robotics provider, COTS items, and custom-created parts are permitted.<br><br>Examples of providers/systems with parts that are legal for RECF Inspire include, but are not limited to, VEX V5®, Robits® by AndyMark, Pitsco Education TETRIX® MAX, Rev Robotics DUO®, goBILDA®, and Robosource®. You may modify these parts by cutting, bending, drilling, routing, machining, welding, painting, or dyeing.<br><br>Student team members may fabricate custom parts using raw materials such as aluminum (sheet, tube, bars, angle, U-channel, C-channel), wood (plywood sheet, planks, boards) and plastic (sheet, PVC pipe, filament). You **must** |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| | document your use of custom fabricated parts in your engineering notebook. Undocumented custom parts are not considered legal. |

## Important notes

1. Some product kits from major robotics providers include prohibited parts, including electronics, motors, servos, controllers, batteries, etc. Please take this into account when making purchasing decisions for your robot build. If you are unsure whether a part is prohibited, please submit a question to the official RECF Inspire Q&A system.
2. If you are utilizing a pre-designed robot system kit, such as a chassis, lift kit, launcher expansion kit, claw kit, etc. you must appropriately document and credit that part of your robot AND modify it to make it your own in some capacity.
3. Please note that not every part will be compatible with other parts when combining robotics systems, COTS parts, and custom fabricated parts.
4. Please note that all materials must be safe, both on their own and in combination with other materials in your robot builds.

| | **Custom plastic and decorations** |
|---|---|
| **Custom Plastic** | ● Unlimited custom plastic pieces, which can be a combination of two styles:<br>○ **Flat cut -** Cut from certain types of non-shattering plastic up to 0.070" thick<br>○ **3D printed -** Printed from certain types of plastic filament<br>○ **Molded** - Injecting certain types of plastic into a mold<br>● Flat-cut plastic requirements:<br>○ You may modify your custom flat cut plastic by making holes, cutting sizes and shapes as desired, bending, chemically welding, melting, treating, or otherwise changing the form or appearance of the plastic.<br>○ You may use any of the following flat-cut plastic types: polycarbonate (Lexan), acetal monopolymer (Delrin), acetal copolymer (Acetron GP), POM (acetal), ABS, PEEK, PET, HDPE, LDPE, nylon (all grades), polypropylene, PTFE, and FEP.<br>○ Flat-cut plastic that may shatter (ex. plexiglass or acrylic) is not allowed<br>● 3D printed plastic requirements:<br>○ You may use any of the following filament types: PLA, ABS, TPU, PETG, nylon, and carbon fiber-filled filaments<br>● Molded plastic requirements:<br>○ You may use polyurethane or silicone<br>○ You must use a mold either designed or modified by student team members; if you are using a mold that your team did not design or modify, the molded part must be made your own in some capacity<br>● Custom plastic parts must be designed and/or customized by student team members, but can be manufactured by an outside entity (e.g., SendCutSend)<br>● Please document your use of custom plastic in your engineering notebook |
| **Decorations** | Decorations, including 3D printed decorations, are permitted as long as they have no function and do not affect other robots. |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| **Misc.** | • Hot glue to secure cable connections<br>• Non-aerosol-based lubricants or grease, when used sparingly; lubricants or grease may not be used on any components that will come into contact with any part of the field, game objects, or other robots<br>• Anti-static compound, when used sparingly in a way that will not leave residue on any part of the field, game objects, or other robots<br>• One micro-SD card installed in the VEX V5® Robot Brain<br>• Tape, glue, epoxy, or other adhesives for any purpose |

### 2.2.5 Disallowed items

- Controllers, robot brains, and radios that are not part of the VEX V5® system
- Motors that are not part of the VEX V5® system, except in the case of small, unmodified motors that are contained within allowed additional electronics
- Any electronics other than those specified in 2.2.4
- Sensors that are not either directly connected to the robot brain or connected to an external processor that is directly connected to the robot brain.
- Electromechanical assemblies that are not created by the team
- Materials which may shatter
- Real flames of any kind
- Anything that compromises the safety of people, other robots, the field, or game pieces

## 2.3 Robot Code

### 2.3.1 Students create their own code

A team's student members get to decide what their robot's code looks like, and what it does. Coaches/mentors may teach coding concepts, but may not tell students what should or should not be included in their code.

### 2.3.2 Coding libraries are okay as starting points

Teams can use coding libraries as a starting point, but should modify the resulting code to make it their own. They should be able to explain how their code works and how it has been modified from the original ideas when asked. Outside references should be appropriately credited and described in teams' engineering notebooks.


Copyright 2026, Robotics Education & Competition Foundation

# Section 3: Pinnacle Solo Driving Matches

In Pinnacle solo driving matches, student drive teams have 60 seconds to score as many points as possible while operating their robots with a remote controller. Solo matches aren't pre-scheduled. The field setup is shown in figures 3.0.1 and 3.0.2 below. The rules for solo driving matches represent the basic rule set for Pinnacle. Once students master solo driving matches, they only need to learn a few more rules to understand how other match types work.




*Figure 3.0.1*


Copyright 2026, Robotics Education & Competition Foundation




*Figure 3.0.2*

## 3.1 Solo Match Scoring

### 3.1.1 Cups and pins must be nested to count as scored

To count as scored, a pin must be nested into either a goal or a scored cup.

To count as scored, a cup must be nested onto a scored pin.

### 3.1.2 Scored cup on any goal

Each cup scored on a goal earns one point.

### 3.1.3 Scored red halfpin on a red or neutral goal

Each visible red halfpin that is scored on a red or neutral goal earns 5 points.


Copyright 2026, Robotics Education & Competition Foundation

### 3.1.4 Scored blue halfpin on a blue or neutral goal

Each visible blue halfpin that is scored on a blue or neutral goal earns 5 points.

### 3.1.5 Scored yellow halfpin on a red or neutral goal

Each visible yellow halfpin that is scored on a red or neutral goal earns 5 points only if the roller in that goal's zone is set to red.

### 3.1.6 Scored yellow halfpin on a blue goal

Each visible yellow halfpin that is scored on a blue goal earns 5 points only if the roller in that goal's zone is set to blue.

### 3.1.7 Scored halfpin of any color on the center goal

Each visible halfpin that is scored
on the center goal earns 10 points.

| Solo Match Scoring Category | Points |
|---|---|
| Scored cup | 1 point per cup |
| Scored red or blue halfpin in a color-matching or neutral goal | 5 points per visible halfpin |
| Scored yellow halfpin on a red or neutral goal, with a roller set to red | 5 points per visible halfpin |
| Scored yellow halfpin on a blue goal, with a roller set to blue | 5 points per visible halfpin |
| Any scored halfpin on the center goal | 10 points per visible halfpin |


Copyright 2026, Robotics Education & Competition Foundation

### 3.1.8 Solo Match Scoring Examples

| | |
|---|---|
| Blue goal with the roller set to yellow or red<br>● Six cups at 1 point each = 6<br>● Three blue halfpins at 5 points each = 15<br>● Total score for this goal = 21<br>● Red halfpins can’t score on blue goals<br>● Because the roller in this zone isn’t set to blue, yellow halfpins are worth 0 |  |
| Blue goal with the roller set to blue<br>● Six cups at 1 point each = 6<br>● Three blue halfpins at 5 points each = 15<br>● Three yellow halfpins at 5 points each = 15<br>● Total score for this goal = 36<br>● Red halfpins can’t score on blue goals |  |


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| Neutral or red goal with the roller set to yellow or blue<br>● Four cups at 1 point each = 4<br>● Two red halfpins at 5 points each = 10<br>● One blue halfpin at 5 points = 5<br>● Total score for this goal = 19<br>● Because the roller in this zone isn't set to red, yellow halfpins are worth 0 |  |
| Neutral or red goal with the roller set to red<br>● Four cups at 1 point each = 4<br>● Two red halfpins at 5 points each = 10<br>● One blue halfpin at 5 points = 5<br>● Two yellow halfpins at 5 points each = 10<br>● Total score for this goal = 29 |  |

<table>
<tr>
<td>Center goal (has no corresponding roller)
<ul>
<li>Five cups at 1 point each = 5</li>
<li>Six visible halfpins at 10 points each = 60</li>
<li>Total score for this goal = 65</li>
</ul>
</td>
<td>
</td>
</tr>
</table>

## 3.2 Starting Positions

### 3.2.1 Driver boxes for solo matches

Up to six student team members (the drive team) can come to the field for each solo match. Two drive team members can use the blue driver box and the blue loaders, but must remain in the blue driver box for the entire match. All other drive team members must remain inside of the red team driver box during the match unless they are interacting with their robot as allowed in 3.4.1. Only the drive team members can operate the robot during the match.

Drive team members can't wear headphones or communicate with anyone beyond the field during the match, and spectators or non-drive team students can't coach the drive team. Sitting or standing on chairs/stools for support or elevation is only allowed if approved by the RECF through an accommodation request.

### 3.2.2 Robot starting position

The robots must begin the match within the 18" x 18" x 18" starting size limit, in contact with a red loader that is not in contact with another robot (as shown in the first image in section 3), and not in contact with any pins or cups other than their preload pin (3.2.3).

### 3.2.3 Preload pin

A robot must start the match in contact with one yellow/red pin.

### 3.2.4 Eye protection

Every drive team member has to wear some form of eye protection. Eyeglasses meet the requirement, but we recommend safety glasses with non-shattering lenses and side shields.


Copyright 2026, Robotics Education & Competition Foundation

## 3.3 Match Play

### 3.3.1 The robots can only operate while the match timer is counting down

Robots can't be in motion (except certain "other electronics," such as fans, sensors, etc. whose motion does not propel any part of the robot itself) before the match timer begins counting down from 60 seconds, and have to stop when the timer hits 0. Points scored after the timer reaches 0 will be deducted before the score is submitted, and the team will receive a foul.

### 3.3.2 The robots can carry one pin, one cup, and one stack at a time

A robot can carry up to one unstacked pin, one unstacked cup, and one stack of any height at any time.

A team can avoid a foul for this rule by stopping all other match play until they've removed the extra cup(s)/pin(s)/stack(s). If they can't remove the extra objects, they should consider grounding their own robot for the rest of the match. Playing the game while carrying extra objects after being asked to stop driving by a head referee will result in a foul.

### 3.3.3 Cups and pins stay in the game

Removing a cup or pin from the field is a foul. Intentional or egregious fouls will receive red cards.

A cup or pin that leaves the field will be returned by the nearest field volunteer when and if they're able to safely and reasonably do so, in a position against the field wall close to where it left the field. Cups or pins that are leaving the field cannot be deflected back into the field by humans, or by anything outside of the field.

### 3.3.4 Team-loaded objects

Any drive team member can move cups, pins, and pinnacles from the supply in their driver box into one of the two adjacent loaders during the match (not before!). Only the objects that begin the match in a driver box can be added, and they can only be added to the adjacent loaders. Any unused preloads (3.2.3) can be added to the supply and used as team-loaded objects.

A loader can only contain one cup, one pin, or one pinnacle at any time. The drive team member must let go of the object before a robot is allowed to touch it.

### 3.3.5 Don't reach into the field

Before a match, students can only reach into the field to place their robots. Referees can adjust objects if they're more than 1" out of position or in an incorrect orientation.

During a match, students can only reach into the field to troubleshoot a robot if it hasn't moved during the match (3.4.1).


Copyright 2026, Robotics Education & Competition Foundation

### 3.3.6 How to stop a match early

If a drive team wants to end a match early, they should stop driving, put their controller(s) on the ground, and give a clear signal such as "Stop Time!" For improved accuracy, drive team members may notify the referee before the match or provide a countdown before the stop signal. The time remaining on the match timer will be recorded as the stop time.

### 3.3.7 Field control

Drive team members must attach their primary controllers to the provided field control system. The controllers must remain connected for the entire match unless the head referee asks them to disconnect for troubleshooting, and until they are cleared to retrieve their robots at the end of the match.

All code for the robots and controllers must be designed to follow directions from the field control system.

## 3.4 What Happens When Things Go Wrong

### 3.4.1 Robot hasn't moved during the match

If a team's robot hasn't moved during the match, drive team members are allowed to troubleshoot it during the driver-controlled period of the match. They can't make mechanical/structural repairs or changes, and can only interact with the robot brain, battery, and/or radio. They should pay attention to other robots on the field to avoid safety hazards.

### 3.4.2 Match replay

The head referee and event partner may decide to replay a match due to technical issues outside of the team's control that affect the outcome of the match.

### 3.4.3 Field damage

If a robot damages a field, it may be grounded by the head referee for the rest of the match. If the head referee decides that damage caused by a student or robot is intentional, the team may earn a red card and a zero score for the match.

### 3.4.4 Appealing a decision

If the drive team members disagree with a decision made or score recorded by a referee, they should remain at the field and notify the referee immediately. Drive team members and referees should be prepared to show specific rules and/or Q&A answers that back up their opinions, and should remember that referees can only make rulings based on the game manual and their own observations and perspectives of the match. Referees and drive team members may never view video or photos from the match while at the field or during discussions that affect match outcomes or scoring, and team members who were not at the field for the match are not allowed to approach the field. The head referee will determine when the discussion is over, and will announce their final and binding decision.


Copyright 2026, Robotics Education & Competition Foundation

# Section 4: Pinnacle Solo Coding Matches

In Pinnacle solo coding matches, teams have 60 seconds to score as many points as possible using only pre-written code to operate the robots. Solo matches aren't pre-scheduled.

Rules from Section 3: Solo Driving Matches apply unless they're specifically changed by a rule in this section.

## 4.1 Changes From Solo Driving Matches

### 4.1.1 No driving the robots

Drive team members must still attach their controller to the field controller if required by the event, but can't use the controller to operate the robots during the match.


Copyright 2026, Robotics Education & Competition Foundation

# Section 5: Pinnacle Alliance Matches

In Pinnacle alliance matches, teams have 120 seconds to score as many points as possible. Each match includes one team designated as the red alliance and one team designated as the blue alliance. Each team uses two robots during the match in an effort to outscore the other team. Skipping an alliance match will be considered a violation of the RECF Code of Conduct.

All rules from Section 3: Solo Driving Matches apply to alliance matches unless they're specifically changed by a rule in this section.

## 5.1 Alliance Match Scoring

### 5.1.1 Cups and pins must be nested to count as scored

To count as scored, a pin must be nested into either a goal or a scored cup.

To count as scored, a cup must be nested onto a scored pin.

### 5.1.2 Scoring on alliance goals

#### 5.1.2.1 Alliance-color halfpin scored on a matching alliance goal

An alliance earns 5 points for each visible halfpin of their alliance color scored on either of their alliance goals.

#### 5.1.2.2 Cup scored on an alliance goal

An alliance earns 1 point for each cup scored on either of their alliance goals.

#### 5.1.2.3 Yellow halfpin scored on an alliance goal

An alliance earns 5 points for each visible yellow halfpin scored on an alliance goal only if the roller in that zone matches their alliance color.

### 5.1.3 Scoring on neutral goals

#### 5.1.3.1 Alliance-color halfpin scored on a neutral goal

An alliance earns 5 points for each visible halfpin of their alliance color that is scored on a neutral goal.

#### 5.1.3.2 Cup scored on a neutral goal

An alliance earns 1 point for each cup scored on the neutral goal when the roller in that zone is turned to their alliance color. Neither alliance earns points for cups when the roller in that zone is turned to yellow.


Copyright 2026, Robotics Education & Competition Foundation

#### 5.1.3.3 Yellow halfpin scored on a neutral goal

An alliance earns 5 points for each visible yellow halfpin scored on the neutral goal when the roller in that zone is turned to their alliance color. Neither alliance earns points for yellow halfpins when the roller in that zone is turned to yellow.

### 5.1.4 Scoring on the center goal

#### 5.1.4.1 Alliance-color halfpin scored on the center goal

An alliance earns 10 points for each visible halfpin of their alliance color that is scored on the center goal.

#### 5.1.4.2 Cup scored on the center goal

The alliance who has scored the highest number of visible alliance-colored halfpins on the center goal earns 1 point for each cup scored on the center goal. In the case of a tie, neither alliance earns points for cups scored on the center goal.

#### 5.1.4.3 Yellow halfpin scored on the center goal

The alliance who has scored the highest number of visible alliance-colored halfpins on the center goal scores 10 points for each visible yellow halfpin on the center goal. In the case of a tie, neither alliance earns points for halfpins scored on the center goal.

### 5.1.5 Parked robot

Each Robot in contact with one their alliance's loaders at the end of the match earns 21 points, with a maximum of one robot per loader.


Copyright 2026, Robotics Education & Competition Foundation

### 5.1.6 Alliance match scoring examples

<table>
<tr>
<td>
Blue goal with the roller set to yellow

- Six cups at 1 point each = 6 to blue
- Three blue halfpins at 5 points each = 15 to blue
- Red halfpins can’t score on blue goals
- Because the roller is set to yellow, yellow halfpins are worth 0

Total score for this goal is 0 points to the red alliance, and 21 points to the blue alliance.
</td>
<td>


</td>
</tr>
<tr>
<td>
Blue goal with the roller set to blue

- Six cups at 1 point each = 6 to blue
- Three blue halfpins at 5 points each = 15 to blue
- Three yellow halfpins at 5 points each = 15 to blue
- Red halfpins can’t score on blue goals

Total score for this goal is 0 points to the red alliance, and 36 points to the blue alliance.
</td>
<td>


</td>
</tr>
</table>


Copyright 2026, Robotics Education & Competition Foundation

| | |
|---|---|
| Blue goal with the roller set to red<br>● Six cups at 1 point each = 6 to blue<br>● Three blue halfpins at 5 points each = 15 to blue<br>● Three yellow halfpins at 5 points each = 15 to red<br>● Red halfpins can't score on blue goals<br><br>Total score for this goal is 15 points to the red alliance, and 21 points to the blue alliance. |  |
| Neutral goal with the roller set to yellow<br>● Two red halfpins at 5 points each = 10 to red<br>● One blue halfpin at 5 points = 5 to blue<br><br>Because the roller in this zone is set to yellow, neither alliance earns points for scored cups or yellow halfpins.<br><br>Total score for this goal is 10 points to the red alliance, and 5 points to the blue alliance. |  |

| | |
|---|---|
| Neutral goal with the roller set to red<br><br>● Two red halfpins at 5 points each = 10 to red<br>● One blue halfpin at 5 points = 5 to blue<br><br>Because the roller in this zone is set to red, the red alliance also earns points for scored cups and yellow halfpins in this goal.<br><br>● Four scored cups = 4 to red<br>● Two scored yellow halfpins = 10 to red<br><br>Total score for this goal is 24 points to the red alliance, and 5 points to the blue alliance. |  |
| Central goal (no corresponding roller)<br><br>● Two red halfpins at 10 points each = 20 to red<br>● One blue halfpin at 10 points = 10 to blue<br><br>Because red has more visible scored halfpins than blue, the red alliance also earns points for scored cups and yellow halfpins in this goal.<br><br>● Five scored cups = 5 to red<br>● Three scored yellow halfpins = 30 to red<br><br>Total score for this goal is 55 points to the red alliance, and 10 points to the blue alliance. |  |

| | |
|---|---|
| Central goal (no corresponding roller)<br><br>• Two red halfpins at 10 points each = 20 to red<br>• Two blue halfpins at 10 points each = 20 to blue<br><br>Because the two alliances have an equal number of visible, scored, alliance-colored halfpins in this goal, neither alliance earns points for the scored cups or yellow halfpins. |  |

## 5.2 Changes From Solo Driving Matches

### 5.2.1 Driver boxes for alliance matches

Because an alliance match includes two teams, one is designated on the match schedule as the red alliance and will use the red driver box. The other is designated as the blue alliance on the match schedule and will use the blue driver box. See figure 5.3.1 for more details.




*Figure 5.3.1*

### 5.2.2 Robot starting positions

Each robot must begin the match within the 18” x 18” x 18” starting size limit, in contact with one of their alliance-colored loaders that is not in contact with another robot, and not in contact with any pins or cups other than their preload pin (3.2.3), as shown in figure 5.3.2.


Copyright 2026, Robotics Education & Competition Foundation




*Figure 5.3.2*

### 5.2.3 Team-loaded objects

Drive team members can add objects from the supply in their driver box into their alliance-colored loaders during both periods of the match, but not before the autonomous period begins and not while the timer is stopped between the match periods.

### 5.2.4 Stopping a match early

An alliance match can end early if everyone agrees, but no match stop time will be recorded.

## 5.3 Additional Rules for Alliance Matches

### 5.3.1 Alliance matches begin with a 30-second autonomous period

Robots aren't allowed to contact anything on the opponent's side of the neutral zone. They can contact anything in their own alliance-colored zone, and anything in the neutral zone including all tape lines.


Copyright 2026, Robotics Education & Competition Foundation

### 5.3.2 Robots in the neutral zone give up some protection during the autonomous period

Robots in the neutral zone are likely to encounter other robots in the neutral zone, and unless the head referee decides that an entanglement, tipping, or trapping interaction (see 5.3.6) was intentional or strategic, most interactions won't result in fouls .

### 5.3.3 Fouls are handled differently during the autonomous period

If a team breaks any rule during the autonomous period of a match, they can't receive an autonomous ranking point. Fouls that occur during the autonomous period are only recorded and tracked if they're related to the RECF Code of Conduct or result in a red card; other fouls should not result in foul cards or affect the overall match score.

### 5.3.4 Goals in the neutral zone are not protected

Both alliances can add and remove pins, cups, pinnacles, or stacks on all three goals in the neutral zone, with no limitation.

### 5.3.5 Alliance-colored goals are protected

Alliances can't interact with the goals in their opponent's alliance-colored zone, including adding or removing nested pins or cups. Breaking this rule will result in a red card, unless the robot was forced into the penalty by a robot from the other alliance.

### 5.3.6 Interactions with opponent robots are limited

Teams may not use their robots in ways that prevent other robots from playing the game for extended periods of time. Teams can use limited defensive driving maneuvers, but can only limit the actions of an opponent robot (i.e., trap, hold, or lift) for a 4-count (approximately four seconds). The count will pause when the trapped robot has an avenue of escape, or the two robots have separated for at least another 4-count. If the interaction resumes before the 2nd 4-count ends, the original count should resume. A trap/hold/lift that lasts longer than a 4-count is a foul, and can result in a red card at the head referee's discretion.

Unintentional entanglement, grabbing, grappling of other robots may result in the offending robot being grounded for the rest of the match.

Intentional use of strategies such as entanglement, grabbing, grappling, or disabling another robot may result in a red card and the offending robot being grounded for the rest of the match.

### 5.3.7 Robots can't use game objects to break rules

Teams can't use cups, pins, stacks, or any part of the field to indirectly break a game or robot rule. Game objects are effectively extensions of a robot while a robot is interacting with them, although they don't count toward robot size limits. For example: a team can't use a stack to knock down the opposing alliance's stacks or pins.


Copyright 2026, Robotics Education & Competition Foundation

### 5.3.8 Each alliance in the elimination bracket gets one time out

Time outs are available between matches in the elimination bracket, but can only be used immediately before a match that includes the alliance who calls it. Each time out can be up to three minutes, but can end early if that alliance's teams and head referee agree.

## 5.4 What Happens When Things Go Wrong

### 5.4.1 Missed match or late to a match

If a team's robot isn't at the field for an alliance match before its scheduled start time (or, for elimination and finals matches and/or when the event is running behind schedule, when the match is otherwise ready to begin), the team will be marked as absent from that match. They will not earn points for that alliance match; the score for the other team in their alliance is not affected.

If a team's robot is not ready to play at the scheduled match time (or, for elimination and finals matches and/or when the event is running behind schedule, when the match is otherwise ready to begin), the head referee may ask the team to remove the robot from the field. Robots cannot be added to a match after the pre-match time countdown.

If the robot is at the field for the entire match, whether it is on the field or not, the team is eligible to receive a score for that match.

## 5.5 Ranking Points

Alliances earn ranking points for achieving tasks throughout the course of scheduled alliance matches. These ranking points are added together to determine the overall rank of individual teams for alliance selection.

### 5.5.1 Autonomous Ranking Point

Each alliance earns 1 ranking point for ending the autonomous period of an alliance match with all of the following tasks completed:

- At least 4 cups and 6 halfpins scored across at least 2 goals
- Alliance zone roller showing the matching alliance color

### 5.5.2 Endgame Ranking Point

Each alliance earns 1 ranking point for ending an alliance match with all of the following tasks completed:

- Scoring two or more stacks that have at least 5 scored, visible halfpins of their alliance color
- At least one roller showing their alliance color
- At least one robot in contact with an alliance loader

### 5.5.3 Win Points

- Alliances earn 2 win points for ending an alliance match with the highest score
- Alliances earn 1 win point for ending an alliance match with a tied score


Copyright 2026, Robotics Education & Competition Foundation

# Section 6: Judging and Awards

At events that offer judging, teams will participate in an interview with judges to answer questions about their team, robot design/construction, code, and strategies; each team must be offered an equal opportunity to be interviewed. Teams also submit their engineering notebooks for review by judges.

Each team interview lasts about 10 minutes and in-person interviews generally take place between matches. Judges use the Team Interview Rubric and Engineering Notebook Rubric to evaluate and rank teams. Teams are encouraged to review these rubrics in advance.

See the RECF Guide to Judging for more information about judging and awards.

## 6.1 Engineering Notebooks

An engineering notebook is a record-keeping tool that provides students with an opportunity to develop essential skills such as project and time management, brainstorming, and both written and interpersonal communication. Teams are encouraged to document their use of the engineering design process, including details of successes and challenges. All documentation and work related to the engineering notebook must be completed by the students, and they can't use AI-generated content. To learn more about engineering notebooks and the engineering design process visit the RECF Library.

Teams can maintain their notebook using either a traditional physical notebook or a range of digital tools, such as software applications or cloud-based platforms. Some events may only accept physical notebooks, while others may require digital submissions. In these cases, physical notebooks can be scanned and submitted electronically, and physical logbooks may be printed for submission. Be sure to check the event details on RECFevents.org to confirm which format is accepted.

## 6.2 Team Interviews

Team interviews are face-to-face (or virtual) conversations between a team of students and two or more volunteer judges. Interviews are opportunities for teams to share their design process, match strategies, learning experiences, and overall approach to the RECF Inspire Robotics Competition.

## 6.3 Award Deliberation

Award deliberation is the last step in the judging process. In this step, judges work with the judge advisor and one another to select candidates for each award.

The Engineering Notebook Rubric and Team Interview Rubric are tools to assist with deliberations. A team's score, whether a specific line item on a rubric or the overall score, is a data point that the judges can use as a part of the process. It is not a replacement for qualitative judgments in the deliberation process.

Judges will choose winners of each award based on the specific award criteria in the RECF Guide to Judging. No team may receive more than one judged award at an event.


Copyright 2026, Robotics Education & Competition Foundation

# Section 7: Event Personnel, Processes, & Guidelines

## 7.1 Event Personnel

### 7.1.1 Event Partner

An event partner is a certified volunteer who runs an event using the guidelines in RECF's policies and game manuals. RECF event partners must be at least 18 years old, and can't serve as a head referee or judge advisor at their event. Event partners oversee the activities in this section of the game manual, and can add specific rules based on their site and event. Event partners cannot make decisions about match scores or rulings, cannot determine penalties for fouls, and cannot influence who receives judged awards. Event partners have the final decision on non-match and non-robot decisions at an event.

### 7.1.2 Head Referee

A head referee is a certified volunteer who oversees matches using the guidelines in the game manual. RECF Inspire head referees must be at least 20 years old. Head referees work with team members to prevent and avoid fouls, and communicate fouls and penalties to teams when they occur. Head referees have the final decision on all match and robot rules, and should train robot inspectors and scorekeeper referees at events as appropriate.

Every alliance and elimination match must be watched by at least one head referee, and a head referee must be available to assist at robot inspection and solo matches as needed. See this article and related content in the RECF Library for more information.

### 7.1.3 Scorekeeper Referee

Scorekeeper referees score all varieties of match, and can oversee solo matches independently. RECF Inspire scorekeeper referees must be at least 15 years old. Every solo match must be watched by at least one referee. If there's a question about scoring or match play that doesn't have a clear answer in the game manual, scorekeeper referees should consult a head referee before answering. See this article and related content in the RECF Library for more information.

### 7.1.4 Judge Advisor

A judge advisor is a certified volunteer who trains and oversees volunteer judges at an event using the guidelines in the RECF Guide to  Judging. RECF Inspire judge advisors must be at least 21 years old. See this article and related content in the RECF Library for more information.

### 7.1.5 Judge

A judge is a volunteer who reviews teams' engineering notebooks and/or interviews teams about their processes, then deliberates with other judging volunteers to identify award candidates and select award winners. RECF Inspire judges must be at least 20 years old and


Copyright 2026, Robotics Education & Competition Foundation

cannot be current RECF Inspire team members. See this article and related content in the RECF Library for more information.

### 7.1.6 Robot Inspector

A robot inspector is a volunteer who confirms that teams' robots meet the requirements in the game manual. If there's a question that doesn't have a clear answer in the game manual, robot inspectors should consult a head referee. See this article and related content in the RECF Library for more information.

### 7.1.7 Field Resetter

A field resetter is a volunteer who ensures that all objects on the field are in the correct positions at the beginning of each match. Field resetters should not begin to reset a field after a match until a referee directs them to do so. See this article and related content in the RECF Library for more information.

### 7.1.8 Queuer

A queuer is a volunteer who ensures that the correct teams are at the correct alliance matches. If time allows, they can attempt to locate teams who haven't checked in for upcoming matches, but they are not required to do so. See this article and related content in the RECF Library for more information.

### 7.1.9 Emcee

An emcee is a volunteer who provides play-by-play information for the audience during alliance matches. Emcees should avoid suggesting strategies, and cannot simultaneously serve as referees. See this article and related content in the RECF Library for more information.

## 7.2 Event Processes

### 7.2.1 Team Check In

Each team must check in when they arrive at the event, and confirm that at least one adult will remain onsite to supervise team members for the entire event. Some events use team check-in as a way to distribute event hand-outs like nametags, site maps, general schedules, and lunch order forms. Team check-in often occurs at a visible location just inside the main doors of the venue.

### 7.2.2 Robot Inspection

Each robot must pass an inspection before it can be used in any type of match at an event. Volunteer inspectors will confirm that robots meet the requirements in the game manual, and will mark passed inspections in the event management software. Robot inspection often occurs at a set of tables near the competition fields or in the team pit area.


Copyright 2026, Robotics Education & Competition Foundation

### 7.2.3 Creating the Alliance Match Schedule

If any teams have not checked in, or any robots haven't passed inspection, the event partner should resolve them before creating the alliance match schedule in the tournament software. The alliance match schedule should only include teams who will participate in alliance matches. See rule 7.4.2 for more information.

### 7.2.4 Queueing

Teams should check in at the queuing table(s) before their scheduled alliance match time, and will be routed to the correct field by volunteer queuers. Queueing generally occurs at a set of tables near the alliance match fields, with two tables (one for each alliance) for each named competition field. Providing tables gives teams a safe place to put their robots while they wait for upcoming matches. Tables are also recommended at the line for solo matches.

### 7.2.5 Running Matches

To display a match timer on a connected display, a referee or emcee can select an alliance match by match number in the tournament software, or a solo match by team number and match type. The referee or emcee should confirm that the drivers are ready, then activate the match timer from their mobile device.

After the match completes, referees should score the match and confirm object counts for each scoring category with the drive team members before submitting the match score and moving to the next match.

### 7.2.6 Creating Alliances for the Elimination Bracket

At the end of alliance matches, the event partner should identify any teams that are unavailable or ineligible to participate in the elimination bracket and mark them in the tournament software. Once teams are removed from the list, the event partner can determine the number of teams that will participate in the elimination bracket and generate the match list. See rule 7.4.4 for more information.

### 7.2.7 Entering Award Winners

After the judging volunteers have selected the winners of all judged awards listed for the event, the judge advisor and event partner should work together to enter winners in the tournament software. They should confirm the base number and team letter for each winner, and ensure that no team is marked to receive more than one judged award. Winners of performance awards are automatically marked by the software.

### 7.2.8 Finalizing an Event

After matches and awards conclude, the event partner should finalize and upload the tournament information to RECFevents.org. Some events (e.g., multiple divisions) may need to work with RECF staff to finalize their results.


Copyright 2026, Robotics Education & Competition Foundation

# 7.3 Field Parameters

## 7.3.1 Equipment

All of the fields used for alliance matches at an event should have the same setup and modifications, and all of the fields used for solo matches at an event should have the same setup and modifications. For example, an event could put all of the alliance match fields on identical risers and all of the solo match fields on the ground.

### 7.3.1.1. Field perimeter types

Pinnacle is played on a 12x12 field consisting of field tiles and a field perimeter. Approved field perimeters are the AndyMark FIRST Tech Challenge Perimeter Kit (am0481), the VEX® Portable Competition Field Perimeter (276-8242), and the VEX® Metal Competition Field Perimeter (278-1501).

### 7.3.1.2 Field control options

Robots must be connected to the field via field control.

**Solo matches:** Approved field control methods are the VEXnet® Field Controller Kit (275-1401), VEX® Smart Field Controller (276-7577), a VEXnet® Competition Switch (276-2335), or utilizing the timed run option on a VEX V5® Controller (476-4820).

**Alliance matches**: Approved field control methods are the VEXnet® Field Controller Kit (275-1401), VEX® Smart Field Controller (276-7577), or a VEXnet® Competition Switch (276-2335).

## 7.3.2 Variances

Although fields and setups should be as identical as possible, teams have to be prepared for some amount of variance. Goals, walls, rollers, loaders, and other field-mounted parts may vary slightly, up to ±1” (25.4mm) in any direction. Starting locations for cups and pins may also vary up to ±1” (25.4mm) in any direction.


Copyright 2026, Robotics Education & Competition Foundation



*Figure 7.3.2*

## 7.4 Match Parameters

### 7.4.1 Solo Matches

Each team can attempt up to three solo matches of each type at an event (three solo driving matches and three solo coding matches). These matches aren't scheduled, and teams can make these attempts whenever their event schedule permits. Solo match fields should open early in the event, and remain open long enough to give each team an opportunity to complete their maximum number of solo matches. As a general rule, solo match fields should remain open until alliance matches have ended.

### 7.4.2 Alliance Matches

Each team will have at least six alliance matches at a qualifying event or at least eight matches at a championship event, which will appear on the match schedule generated by the tournament software. The software will assign match times, fields, and team colors as needed. Matches can only run early if the head referee and all teams are checked in for the match and ready to play.

If a team is marked with an asterisk (*) for one of the last matches on the schedule, any points and/or ranking points earned will not affect their ranking at the event. This occurs when extra matches are necessary to provide each team with the same minimum number of matches. Teams should remember that the RECF Code of Conduct includes supporting alliance partners, and do their best even though it won't affect their ranking.


Copyright 2026, Robotics Education & Competition Foundation

### 7.4.3 Practice Matches

Some events choose to include scheduled practice matches that occur before official alliance matches begin. Practice matches aren't required, and the scores don't affect teams' rankings.

### 7.4.4 Elimination Bracket

Top teams compete in a traditional single elimination bracket to determine the tournament winners. Event partners can decide how many teams will participate in the elimination bracket, but are encouraged to include a full 16-team bracket when possible.

Teams are seeded based on the highest-ranked team after qualifying matches. There are several rounds of elimination matches; the number of rounds will be based on the number of teams participating. Higher-ranked alliances may receive byes if there is an unbalanced bracket. The winning alliance from each match will advance to the next round of matches until only two alliances remain. If an elimination match results in a tie, the two teams will play up to two tie-breaker matches; if the 3rd match is also a tie, the higher-seeded alliance will be recorded as the winner.

The figures below show how alliances flow through 16-alliance and 8-alliance brackets, with the winner of each match progressing to the next level.





Copyright 2026, Robotics Education & Competition Foundation




### 7.4.6 Finals Matches

When only two teams remain, they will advance into the finals match(es). For events that do not qualify to the RECF STEM World Championship, a single finals match will determine the tournament champions. For events that qualify to the RECF STEM World Championship, there will be up to three finals matches; a team has to win two matches to be crowned the tournament champions.


Copyright 2026, Robotics Education & Competition Foundation

# A New Game Every Season

## VEX Robotics Competition & VEX IQ Games: Fields and Game Elements, 2007–2027

Each year, VEX Robotics designs and releases an entirely new competition game for each of its competition programs. Every season brings a new field layout and a new set of game elements — scoring objects, goals, and field structures — all designed by VEX Robotics and documented in the official game manual it publishes for that season.

This document presents those games in two parts. Part I covers the VEX Robotics Competition (today the VEX V5 Robotics Competition), from Bridge Battle (2007–2008) through Override (2026–2027). Part II covers VEX IQ (originally the VEX IQ Challenge, today the VEX IQ Robotics Competition), from Add It Up (2013–2014) through Level Up (2026–2027). Each page shows the competition field as it is set up at the start of a match, the game objects robots manipulate, and a brief summary of how that season's game is played — thirty-four games, each with game and field elements unique to that year.

All images are taken from the official game manuals published by VEX Robotics; the source manual for every season is listed at the end of this document.

PART I

# VEX Robotics Competition

The VEX Robotics Competition — today the VEX V5 Robotics Competition — is VEX Robotics' flagship competition for middle school, high school, and university students, in which robots built from the VEX metal construction system compete head-to-head in matches between two-team alliances. Twenty consecutive seasons follow, from Bridge Battle (2007–2008) through Override (2026–2027).

# Bridge Battle 2007–2008 Season

VEX ROBOTICS COMPETITION



*The Bridge Battle field at the start of a match*



*Tennis Balls scored in a Goal*



*Corner Goal with Tennis Balls*

Two alliances of two teams scored tennis balls into their alliance's colored, bin-shaped goals, with three black bonus balls worth five points each, and earned additional points for parking on the central platform at the end of the match. 77 tennis balls were in play, 61 of them on the field at the start.

# Elevation 2008–2009 Season

VEX ROBOTICS COMPETITION



*The Elevation field at the start of a match*



*Red and blue Cubes*

Robots scored their alliance's 3-inch cubes into eight triangular high goals of varying heights and a taped low goal, with additional points for owning goals, controlling the large multi-colored bonus cube, and parking on the central platform. 58 cubes entered play from the field, wall-mounted auto-loaders, and preloads.

# Clean Sweep 2009–2010 Season

VEX ROBOTICS COMPETITION




*The Clean Sweep field at the start of a match*




*Small and Medium Balls at the center wall*

On a field divided by an 11.5-inch center wall, alliances scored 50 small, 21 medium, and two large balls into their scoring zones across the wall and locked small balls into four triangular wall goals, with each alliance introducing its large ball in the final 30 seconds of the match.

# Round Up 2010–2011 Season

VEX ROBOTICS COMPETITION



*The Round Up field at the start of a match*



*Tubes scored on a movable Goalpost*




*Center Ladder*

Alliances scored their color of torus-shaped tubes onto nine goalposts — five on movable weighted bases and four mounted on the field perimeter — and earned extra points for owning goalposts. Robots could also hang from the 36-inch central ladder at the end of the match; 40 tubes (20 per color) were in play.

# Gateway 2011–2012 Season

VEX ROBOTICS COMPETITION



*The Gateway field at the start of a match*



*Ball and Barrels on a Floor Goal*

Robots scored balls and barrels into thirteen cylindrical goals of varying heights on a field split into interaction and isolation zones by two liftable gates, earning a bonus point for the lowest object in each circular goal. In the final 30 seconds, each alliance could introduce a special doubler or negation barrel to double — or cancel — all points in one goal.

# Sack Attack 2012–2013 Season

VEX ROBOTICS COMPETITION



*The Sack Attack field at the start of a match*



*Sack held by a robot*



*Troughs with Sacks and Bonus Sacks*

Alliances scored green sacks and yellow bonus sacks into floor goals, 18-inch troughs, and 30-inch high goals, with ten-point bonuses for winning the autonomous period and for having the most robots parked at the end of the match. 98 sacks and four bonus sacks were available in play.

# Toss Up 2013–2014 Season

VEX ROBOTICS COMPETITION



*The Toss Up field at the start of a match*



*BuckyBalls and Large Balls*



*Large Ball*

Alliances scored their colored BuckyBalls and large balls into the middle zone and goal zone, stashed them into cylindrical goals, and could hang from their alliance's bar at the end of the match — earning more for hanging while holding a ball. 20 BuckyBalls and eight large balls were in play.

# Skyrise 2014–2015 Season

VEX ROBOTICS COMPETITION



*The Skyrise field at the start of a match*



*Cube*



*Skyrise Section*



*Skyrise Base*

Robots scored their colored cubes into floor goals, onto posts, and onto their alliance's Skyrise while building the Skyrise itself from seven yellow sections, with additional points for owning posts. 44 cubes and 14 Skyrise sections were in play.

# Nothing But Net 2015–2016 Season

VEX ROBOTICS COMPETITION



*The Nothing But Net field at the start of a match*



*Bonus Ball and Balls*



*High Goal net*

Robots launched green foam balls and orange bonus balls into their alliance's low and high net goals, then finished the match by elevating partner robots in the climbing zone. 94 balls and 10 bonus balls were available across field starts, preloads, and driver-control loads.

# Starstruck 2016–2017 Season

VEX ROBOTICS COMPETITION



*The Starstruck field at the start of a match*



*Star*



*Cube*

Alliances threw yellow foam stars and orange cloth cubes over the central fence into their near and far zones, and could hang one robot from their hanging bar at the end of the match. 24 stars and four cubes were in play.

# In the Zone 2017–2018 Season

VEX ROBOTICS COMPETITION



*The In the Zone field at the start of a match*



*Cones and Mobile Goals*

Alliances stacked yellow cones onto mobile goals and stationary goals, scored the mobile goals into goal zones, and earned bonuses for the highest stacks and for parking at the end of the match. 80 cones and eight mobile goals were in play.

# Turning Point 2018–2019 Season

VEX ROBOTICS COMPETITION



*The Turning Point field at the start of a match*



*Cap*



*Ball*



*Flags*

Robots scored two-sided caps low on the tiles or high on posts, toggled flags to their alliance color — the top row of flags only by hitting them with thrown balls — and parked on the center platforms at the end of the match. Eight caps, 20 balls, and nine flags were in play.

# Tower Takeover 2019–2020 Season

VEX ROBOTICS COMPETITION



*The Tower Takeover field at the start of a match*



*Cube*




*Alliance Tower*

Alliances scored orange, green, and purple cubes into goal zones while placing cubes into seven towers, where the number of each color placed in towers set the point value of every scored cube of that color. 66 cubes were in play.

# Change Up 2020–2021 Season

VEX ROBOTICS COMPETITION



*The Change Up field at the start of a match*



*Ball*



*Goal*

Alliances scored their colored balls into the nine goals arranged in a three-by-three grid and earned bonus points for connecting rows of three goals owned by their color. 32 balls — 16 red and 16 blue — were in play.

# Tipping Point 2021–2022 Season

VEX ROBOTICS COMPETITION



*The Tipping Point field at the start of a match*



*Rings*



*Alliance Mobile Goals*



*Neutral Mobile Goals*

Alliances scored rings onto and into mobile goals, moved the goals into their home zones, and finished by elevating on their alliance's hinged platform. 72 rings, four alliance mobile goals, and three neutral mobile goals were in play.

# Spin Up 2022–2023 Season

VEX ROBOTICS COMPETITION



*The Spin Up field at the start of a match*



*Discs*



*Roller*



*High Goals*

Alliances shot yellow foam discs into the high and low goals, spun the four perimeter-mounted rollers to their alliance color, and could expand to cover field tiles during the endgame. 60 discs and four rollers were in play.

# Over Under 2023–2024 Season

VEX ROBOTICS COMPETITION



*The Over Under field at the start of a match*



*Triballs*



*Goal*

On a field divided by a central barrier, alliances scored triballs into net goals and offensive zones, then ended the match by climbing their alliance's elevation bars for points based on comparative height. 60 triballs were in play.

# High Stakes 2024–2025 Season

VEX V5 ROBOTICS COMPETITION




*The High Stakes field at the start of a match*



*Rings*



*Mobile Goal*



*Ladder with High Stake*

Alliances scored rings onto stakes — on five mobile goals, four wall stakes, and the high stake atop the central ladder — and could place mobile goals in corner zones that doubled or negated their ring points. Robots climbed the ladder's three levels for end-of-match points; 48 rings were in play.

# Push Back 2025–2026 Season

VEX V5 ROBOTICS COMPETITION



*The Push Back field at the start of a match*



*Block*



*Long Goal*

Alliances scored blocks into shared long goals and center goals, earned control bonuses for the zones within each goal, cleared loaders, and parked robots in their park zones at the end of the match. 88 blocks — 44 red and 44 blue — were in play.

# Override 2026–2027 Season

VEX V5 ROBOTICS COMPETITION



*The Override field at the start of a match*



*Pins*



*Cup*



*Goals*

Alliances stack pins and cups onto the nine goals, set toggles to their alliance color to claim the yellow pins in each quadrant, and end the match with a robot in the contested midfield. 63 pins and 56 cups are in play.

PART II

# VEX IQ

VEX IQ is VEX Robotics' snap-together robotics platform for elementary and middle school students, with its own competition — originally the VEX IQ Challenge, today the VEX IQ Robotics Competition. Each season VEX Robotics designs a new game for a rectangular field on which two robots work together in cooperative 60-second teamwork matches. Fourteen seasons follow, from Add It Up (2013–2014) through Level Up (2026–2027).

# Add It Up 2013–2014 Season

VEX IQ CHALLENGE



*The Add It Up field at the start of a match*



*Large and Small BuckyBalls on a Scoring Ring*



*High Goals and Hanging Bar*

Two-robot alliances scored small and large BuckyBalls into floor, low, and high goals, filled the four scoring rings with small BuckyBalls, and could end the match with a robot hanging from the hanging bar. 36 small BuckyBalls, four large BuckyBalls, and four scoring rings were in play.

# Highrise 2014–2015 Season

VEX IQ CHALLENGE



*The Highrise field at the start of a match*



*Cubes stacked into a Highrise*



*Multi-color Highrise*

In 60-second teamwork matches, two robots worked together to move red, green, and blue cubes into the scoring zone and stack them into single-color highrises on matching bases — each scored cube worth the current height of its color's highrise. 36 cubes (12 per color) were in play.

# Bank Shot 2015–2016 Season

VEX IQ CHALLENGE



*The Bank Shot field at the start of a match*



*Balls in the Ramp's cutouts*



*Goal with scored Balls*

Robots emptied orange balls from the ramp's cutouts and scored them into the scoring zone or the 15-inch goal, then finished the match by parking one or both robots on the ramp for up to 25 points. 44 balls were in play.

# Crossover 2016–2017 Season

VEX IQ CHALLENGE



*The Crossover field at the start of a match*



*Hexballs staged on the Fence*



*The Bridge*

Two-robot alliances scored 28 orange and blue hexballs into the scoring zone, low goals, and color-matched elevated goals, and ended the match parked on the bridge — worth the most when the bridge was balanced with all robots aboard.

# Ringmaster 2017–2018 Season

VEX IQ CHALLENGE




*The Ringmaster field at the start of a match*



*Ring stacks on the floor*



*Ring scored on a Post*




*Bonus Tray with Rings*

Robots scored red, green, and blue rings into the floor goal or onto posts — with double points on single-color uniform posts — emptied the starting pegs, and could release the bonus tray holding 15 rings for 20 points. 60 rings were in play.

# Next Level 2018–2019 Season

VEX IQ CHALLENGE




*The Next Level field at the start of a match*




*Standard and Bonus Hubs*




*Hanging Structure*

Robots scored orange hubs and yellow bonus hubs into two building zones, removed the bonus hubs from the hanging structure, and finished by parking or by hanging from the hanging bar. 15 standard hubs and two bonus hubs were in play.

# Squared Away 2019–2020 Season

VEX IQ CHALLENGE



*The Squared Away field at the start of a match*



*Ball*



*Cube*



*Corner Goal*

Robots scored balls into cubes or on top of them, and placed cubes into corner goals or onto platforms for up to 20 points each. 35 balls and seven cubes were in play.

# Rise Above 2020–2021 Season

VEX IQ CHALLENGE



*The Rise Above field at the start of a match*



*Stacked Risers*



*Goal*

Robots scored and stacked orange, purple, and teal risers in the field's nine goals, earning bonuses for completing rows of uniform color across three goals and for completed stacks of three risers. 27 risers (nine per color) were in play.

# Pitching In 2021–2022 Season

VEX IQ CHALLENGE



*The Pitching In field at the start of a match*



*Ball*



*High Goal*

Robots scored yellow balls into the low and elevated high goals at the center of the field, cleared the starting corrals, and finished by hanging from the hanging bars. 22 balls were in play.

# Slapshot 2022–2023 Season

VEX IQ COMPETITION



*The Slapshot field at the start of a match*



*Disc*




*Yellow, blue, and purple Dispensers*

Robots removed orange discs from five dispensers and slid them under the fence into goal zones worth one to four points, with end-of-match contact bonuses. 45 discs started inside the dispensers.

# Full Volume 2023–2024 Season

VEX IQ ROBOTICS COMPETITION



*The Full Volume field at the start of a match*




*Green Block*



*Purple Block*



*Red Block*

Robots placed green, purple, and red blocks into corner goals, with points based on the number, type, and fill level of blocks in each goal, plus points for clearing the supply zone and parking in it at the end of the match. 73 blocks were in play.

# Rapid Relay 2024–2025 Season

VEX IQ ROBOTICS COMPETITION




*The Rapid Relay field at the start of a match*



*Ball*




*Goal Wall with Targets and Switches*

Robots passed balls to each other, shot them through targets on the goal wall, and cleared switches, with balls cycling back into play through the loading station. Points were earned for goals, cleared switches, and completed passes before each score.

# Mix & Match 2025–2026 Season

VEX IQ ROBOTICS COMPETITION



*The Mix & Match field at the start of a match*



*Pins*



*Beam*

Robots built stacks of pins and beams and placed them in goals, earning points for connected pins and beams, multi-color stacks, and stacks matching their goal's color, with drive team members introducing extra pins at the load zones. 36 pins and two beams were in play.

# Level Up 2026–2027 Season

VEX IQ ROBOTICS COMPETITION




*The Level Up field at the start of a match*




*Bean Bags*




*Pyramid Goal*

Robots score bean bags onto goals, with the tiered pyramid goals' higher levels and the elevated L4 goals worth more — and with each robot carrying only one bean bag at a time. 38 bean bags are in play.

# Sources

Official game manuals published by VEX Robotics (content.vexrobotics.com):

## VEX Robotics Competition


Bridge Battle (2007–2008) — https://content.vexrobotics.com/docs/vex-robotics-bridge-battle/bridge-battle-game-manual-09122007.pdf

Elevation (2008–2009) — https://content.vexrobotics.com/docs/vex-elevation/elevation-game-manual.11242008.pdf

Clean Sweep (2009–2010) — https://content.vexrobotics.com/docs/vex-clean-sweep/vex-clean-sweep-manual-20090715.pdf

Round Up (2010–2011) — https://content.vexrobotics.com/docs/vex-round-up/VEX-Round-Up-Game-Manual-v.120710.pdf

Gateway (2011–2012) — https://content.vexrobotics.com/docs/vex-gateway/VEX_Gateway_Full_Manual_110711.pdf

Sack Attack (2012–2013) — https://content.vexrobotics.com/docs/vex-sack-attack/VEX-Sack-Attack-Game-Manual_Rev062212.pdf

Toss Up (2013–2014) — https://content.vexrobotics.com/docs/vex-toss-up/VEX-Toss-Up-GameManual_Rev053113.pdf

Skyrise (2014–2015) — https://content.vexrobotics.com/docs/vex-skyrise/VEX-Skyrise-GameManual-Rev20140729.pdf

Nothing But Net (2015–2016) — https://content.vexrobotics.com/docs/vrc-nothing-but-net/VRC-Nothing-But-Net-Game-Manual-20150612.pdf

Starstruck (2016–2017) — https://content.vexrobotics.com/docs/vrc-starstruck/VRC-2016-17-Starstruck-Game-Manual-020217.pdf

In the Zone (2017–2018) — https://content.vexrobotics.com/docs/vrc-inthezone/VRC-InTheZone-GameManual-20180417.pdf

Turning Point (2018–2019) — https://content.vexrobotics.com/docs/vrc-turning-point/VRC-TurningPoint-GameManual-20190405.pdf

Tower Takeover (2019–2020) — https://content.vexrobotics.com/docs/vrc-tower-takeover/GameManual-20190816.pdf

Change Up (2020–2021) — https://content.vexrobotics.com/docs/vrc-change-up/Game-Manual-12012020.pdf

Tipping Point (2021–2022) — https://content.vexrobotics.com/docs/21-22/tipping-point/2021-VRC-GameManual3.0.pdf

Spin Up (2022–2023) — https://content.vexrobotics.com/docs/2022-2023/vrc-spin-up/VRC-SpinUp-GameManual-4.pdf

Over Under (2023–2024) — https://content.vexrobotics.com/docs/23-24/vrc-overunder/VRC-Manual-2023-24-4.0.pdf

High Stakes (2024–2025) — https://content.vexrobotics.com/docs/2024-2025/v5rc-high-stakes/V5RC-HighStakes-4.0.pdf

Push Back (2025–2026) — https://content.vexrobotics.com/docs/25-26/v5rc-push-back/docs/Push-Back-4.0.pdf

Override (2026–2027) — https://content.vexrobotics.com/docs/2026-2027/override/files/override-v1.1.pdf


## VEX IQ


Add It Up (2013–2014) — *official game manual PDF (no longer published online; from Innovation First archives)*

Highrise (2014–2015) — https://content.vexrobotics.com/docs/vex-iq-challenge-highrise/VEX-IQ-Challenge-Highrise-Game-Manual-Rev20140730.pdf

Bank Shot (2015–2016) — https://content.vexrobotics.com/docs/viqc-bank-shot/VIQC-Bank-Shot-Game-Manual-20150612.pdf

Crossover (2016–2017) — https://content.vexrobotics.com/docs/viqc-crossover/VEX-IQ-Challenge-2016-2017-Game-%20Manual-012417.pdf

Ringmaster (2017–2018) — https://content.vexrobotics.com/docs/viqc-ringmaster/VIQC-Ringmaster-GameManual-20180405.pdf

Next Level (2018–2019) — https://content.vexrobotics.com/docs/viqc-next-level/VIQC-NextLevel-GameManual-20190405.pdf

Squared Away (2019–2020) — https://content.vexrobotics.com/docs/viqc-squared-away/GameManual20190816.pdf

Rise Above (2020–2021) — *official game manual PDF (no longer published online; from Innovation First archives)*

Pitching In (2021–2022) — https://content.vexrobotics.com/docs/21-22/pitching-in/2021-VIQC-GameManual-3.0.pdf

Slapshot (2022–2023) — https://content.vexrobotics.com/docs/2022-2023/viqc-slapshot/VIQC-Slapshot-GameManual-4.pdf

Full Volume (2023–2024) — https://content.vexrobotics.com/docs/23-24/viqrc-fullvolume/VIQRC-23-24-GameManual-4.0.pdf

Rapid Relay (2024–2025) — https://content.vexrobotics.com/docs/2024-2025/viqrc-rapid-relay/VIQRC-RapidRelay-4.0.pdf

Mix & Match (2025–2026) — https://content.vexrobotics.com/docs/25-26/viqrc-mix-and-match/documentation/Mix-And-Match-4.0.pdf

Level Up (2026–2027) — https://content.vexrobotics.com/docs/2026-2027/level-up/files/levelup-v1.1.pdf

# #25 — De-scoring your own alliance goal?

Rule achieve-rule-5.3.5 · 2026-2027: Pinnacle · Asked 2026-08-04

## Question

The rules state that opposing alliances are not allowed to interact with your alliance goal. Are you allowed to remove pins from your own alliance goal, assuming you follow the same de-scoring rules that apply to neutral goals?

## Answered

> 2026-08-06
>
> There is no rule that prevents teams from removing cups or pins from their own alliance goals, so removing any or all cups or pins from your own alliance goals is allowed.

Generated 2026-08-14

vex events

# Official Q&A: VEX V5 Robotics Competition 2026-2027: Override

Usage Guidelines

← All Questions

## 3153: Clarification on Classification of Stacked Game Elements and Removal of Elements

32K 22-May-2026

In the rulebook, <SG10> states that "Placed Scoring Objects cannot be removed from neutral Goals.". <SC2> clearly identifies an example of a position a pin may take on a stack which is **not** Placed, shown in Figure SC2-2 (pin placed horizontally on a cup without either half of the pin being entirely contained within the concave portion of the cup).

We wanted to ask about the legality of the following:

(a) Removing a Pin that is not Placed, such as a Pin positioned similarly to the one shown in Figure SC2-2.

(b) Removing a Cup which is similarly balanced horizontally on top of other game elements without being placed.

(c) Removing a Cup which is balanced on top of another Cup without a pin in between (or, similarly, a Pin balanced on a Pin with no Cups in between).

(d) Removing a Placed cup which is not affecting the score of the game (ex. transparent part facing downwards, with no pins above, thereby not adding or subtracting points from the game.

(e) If it would be a major violation to accidentally knock over protected scoring elements in an effort to reopen an alliance or neutral goal for scoring by removing a game element that was positioned on the goal but not Scored/Placed.

(f) Rule <SG9> states that "Robots may not directly or indirectly interact with the opposing Alliance-colored Goals", and clarifies that this includes adding and removing scoring objects. Would stacking a horizontal game element as seen in

Figure SC2-1, or any unplaced game elements as stated above count as interaction with these goals? By definition, this is not Placed, and it is not an action of descoring, but it forces the opposing alliance to take time to reopen their own alliance's goal for scoring.

(g) If it would be a violation of <SG6> for one of these game elements to fall onto a bot already possessing 1 pin and 1 cup in the action of removing it from the goal.

Thank you so much!

SC2 SG9 SG10

## Answered by committee

2-Jul-2026

**Note: Rules <SG2>, <SG9>, and <SG10> have since been updated in later versions of the game manual. We have revised and reformatted your question to reflect that update and to make it easier to address your individual questions.**

To answer questions (a), (b), and (c), <SG10> only applies to Placed Scoring Objects, so removing a Pin or Cup that is not Placed from on top of a neutral Goal would not be a Violation of <SG10>.

(d) Removing a Placed Cup from a neutral Goal would be a Violation of <SG10>, regardless of whether or not the Placed Cup affects the score of the Match.

(e) It's legal to remove Placed Scoring Objects from your own Alliance-colored Goals, whether accidentally or intentionally. However, a Robot action that results in the removal of Placed Scoring Objects from a neutral Goal would be a Violation of <SG10>. This will escalate to a Major Violation if it's considered to be Match Affecting, if it's deemed by the Head Referee to be intentional and/or egregious, or at the Head Referee's discretion after committing repeat Minor Violations. (See Violation notes in Appendix C for more details.)

(f) Making contact with Scoring Objects stacked on an opposing Alliance-colored Goal would be considered interacting with that Goal, regardless of whether those Scoring Objects are Placed or not, which would result in an <SG9> Violation.

(g) If the Scoring Object falls into the Possession of a Robot that is already in Possession of 1 Pin and 1 Cup, the Robot would technically be in Violation of <SG6> for exceeding the Possession limit and must immediately stop all actions other than attempting to remove the excess Scoring Objects. The Robot would not be able to continue

participating in gameplay until the excess Objects are removed from its Possession.

A SUBSIDIARY OF INNOVATION FIRST INTERNATIONAL

VEX and VEX Robotics are trademarks or service marks of Innovation First, Inc. Copyright ©2026. All Rights Reserved. VEX Robotics, Inc. is a subsidiary of Innovation First International, Inc
All other product names / marks of others are the property of their respective owners. Patents and / or Patents Pending - innovationfirst.com/patents

Site Privacy Policy / Site Terms of Use / Software Privacy Policy / Accessibility Statement

Notice at collection | Your Privacy Choices

# VEX Competition and Field Element References

Part I: RECF Achieve Robotics Competition: Pinnacle, Game Manual Version 1.2 (July 28, 2026)

Part II: RECF Engage Robotics Competition: Tier Takeover, Game Manual Version 1.1 (July 10, 2026)

Prepared August 14, 2026

Source documents: RECF Achieve: Pinnacle Game Manual v1.2, 07/28/2026, and RECF Engage: Tier Takeover Game Manual v1.1, 07/10/2026, Robotics Education & Competition Foundation

## 1. Scope

This document inventories every reference in two Robotics Education & Competition Foundation game manuals to competition field equipment and game elements: the RECF Achieve Robotics Competition Pinnacle Game Manual, Version 1.2 (Part I), and the RECF Engage Robotics Competition Tier Takeover Game Manual, Version 1.1 (Part II). The scope includes field perimeters, field tiles, field control hardware, walls, beams, goals, game objects, zones, field layout, and field setup. Robot construction components (Section 2 of each manual) are excluded from scope.

## 2. Summary of Findings

| Finding | Achieve: Pinnacle v1.2 | Engage: Tier Takeover v1.1 |
|---|---|---|
| **Part numbers present** | Seven total, all on page 50; six are VEX part numbers | None anywhere in the manual |
| **Part number 276-9250** | Not present | Not present |
| **Part number 228-9258** | Not present | Not present |
| **VEX-branded field equipment** | Approved field perimeters include VEX 276-8242 and VEX 278-1501; every field control device specified by part number is a VEX product (275-1401, 276-7577, 276-2335, 476-4820) | None specified |
| **VEX-branded field structures** | None; game elements are unbranded | Floor goals and load zones are defined as bordered by "the adjacent VEX IQ® parts" (page 11) |
| **Field tiles** | Referenced three times; never branded, no part number | Never mentioned |
| **Field control** | Required; approved devices specified by VEX part number | No field control specification of any kind |
| **Game object source** | Not identified; dimensions given without brand or part number | Not identified; dimensions given without brand or part number |

Full citations and verbatim quotations for every entry above appear in Parts I and II below.

# Part I: RECF Achieve Robotics Competition: Pinnacle, Game Manual Version 1.2

## I.1 Cover Page Trademark Disclaimer

**Cover page (unnumbered)**

> The RECF Achieve Robotics Competition is operated by the Robotics Education & Competition Foundation (RECF), a 501(c)(3) nonprofit. This competition is not sponsored by, affiliated with, or endorsed by VEX Robotics, Inc. or Innovation First, Inc. VEX®, VEX V5®, VEXnet®, VEXcode®, and VEXos® are registered trademarks of Innovation First, Inc. and are used here only to identify hardware and software that participating teams may legally use in competition.

**Note:** The disclaimer frames the trademark usage around hardware and software used by participating teams. The manual separately specifies VEX field perimeters and VEX field control equipment as approved event-side equipment in Section 7.3.1 (page 50), quoted below. No manufacturer or source is identified anywhere in the manual for the game elements (pins, cups, goals, rollers, loaders) or for the field tiles.

## I.2 VEX-Branded Field Equipment References (Page 50)

### I.2.1 Field Perimeters

**Page 50, Section 7.3.1.1, "Field perimeter types"**

> Pinnacle is played on a 12x12 field consisting of field tiles and a field perimeter. Approved field perimeters are the AndyMark FIRST Tech Challenge Perimeter Kit (am0481), the VEX® Portable Competition Field Perimeter (276-8242), and the VEX® Metal Competition Field Perimeter (278-1501).

**Note:** Two of the three approved field perimeters are VEX products.

### I.2.2 Field Control

**Page 50, Section 7.3.1.2, "Field control options"**

> Robots must be connected to the field via field control.
> Solo matches: Approved field control methods are the VEXnet® Field Controller Kit (275-1401), VEX® Smart Field Controller (276-7577), a VEXnet® Competition Switch (276-2335), OpenFC (more details coming soon), or utilizing the timed run option on a VEX V5® Controller (476-4820).
> Alliance matches: Approved field control methods are the VEXnet® Field Controller Kit (275-1401), VEX® Smart Field Controller (276-7577), OpenFC (more details coming soon), or a VEXnet® Competition Switch (276-2335).

**Note:** Every field control device specified by part number is a VEX product. The only non-VEX option listed, OpenFC, is annotated "more details coming soon" and carries no part number as of Version 1.2.

## I.3 Complete Part Number Inventory

The following seven part numbers are the only part numbers appearing anywhere in the manual, confirmed by a programmatic sweep of the full extracted text. All seven appear on page 50. Six of the seven are VEX part numbers.

| Part Number | Product Name as Printed | Manufacturer as Identified | Page |
|---|---|---|---|
| am0481 | AndyMark FIRST Tech Challenge Perimeter Kit | AndyMark | 50 |
| 275-1401 | VEXnet® Field Controller Kit | VEX | 50 |
| 276-2335 | VEXnet® Competition Switch | VEX | 50 |
| 276-7577 | VEX® Smart Field Controller | VEX | 50 |
| 276-8242 | VEX® Portable Competition Field Perimeter | VEX | 50 |
| 278-1501 | VEX® Metal Competition Field Perimeter | VEX | 50 |
| 476-4820 | VEX V5® Controller (timed run option) | VEX | 50 |

**Part numbers 276-9250 and 228-9258 do not appear anywhere in the manual.**

No part number of any kind is assigned to the field tiles or to any game element (pin, cup, goal, roller, or loader).

## I.4 Field Tiles

The manual references field tiles in three passages. The tiles are never branded and are never assigned a part number. Approved field perimeters are specified by manufacturer and part number (Section 7.3.1.1, quoted above); approved field tiles are not specified anywhere in the manual.

**Page 50, Section 7.3.1.1, "Field perimeter types"**

> Pinnacle is played on a 12x12 field consisting of field tiles and a field perimeter.

**Page 15, Section 1.5.2, "Zone" definition**

> tape lines should always be placed fully on the tile closer to the center of the field (see figure 1.5.3)

**Page 14, Section 1.5.2, "Goal" definition**

> A structure on the field, mounted to an under-tile plate, where robots can score pins, cups, and stacks

**Note:** The goal mounting system integrates with the tiles by means of an "under-tile plate." In addition, Figure 1.5.3 (page 16) is a line drawing of interlocking field tiles illustrating tape line placement, with no caption text and no brand identified, and Figure 7.3.2 (page 51) is a photograph of a fully assembled Pinnacle field. The specific perimeter and tile hardware shown in the page 51 photograph may be identifiable on close inspection.

## I.5 Game Element Definitions and Physical Specifications

**Page 9, Section 1.2, "The 2026-2027 RECF Achieve Game: Pinnacle"**

> In Pinnacle, robots navigate a 12'x12' field to collect and stack pins and cups onto goals, turn rollers, and maximize their score with specific orientations of pins, cups, and rollers. Robots can push, lift, rotate, stack, spin, or plow pins and cups, but must follow the rules of each specific match type.

**Page 13, Figure 1.5.1 legend**

> Figure 1.5.1 highlights the following defined locations and objects:
> - Blue = drivers boxes
> - Green = rollers
> - Orange = loaders
> - Pink = goals

All quotations below are from Section 1.5.2, "Pinnacle Definitions," pages 14 and 15.

### I.5.1 Cup (Page 14)

> Cup - A plastic, two-segment object that is roughly 6.48" by 3.16"; each cup has a transparent half and an opaque half

### I.5.2 Goal (Page 14)

> Goal - A structure on the field, mounted to an under-tile plate, where robots can score pins, cups, and stacks (goals are highlighted in pink in figure 1.5.1)
> Alliance goal - A red (tag 2) or blue (tag 3) plastic structure, roughly 3.25" high, in the corresponding red or blue zone.
> Center goal - A black plastic structure (tag 0), roughly 8.77" high, in the center zone
> Neutral goal - A black plastic structure, roughly 5.77" high, in neutral zone 1 (tag 1) or 2 (tag 4).

**Note:** Each goal type is assigned a "tag" identifier, tags 0 through 4.

### I.5.3 Loader (Page 14)

> Loader - One of four structures attached to the field perimeter in a location adjacent to a driver box; used to introduce team-loaded cups and pins into the field (loaders are highlighted in orange in figure 1.5.1)

### I.5.4 Nested (Page 15)

> Nested - A description for a connection between a cup and a pin, or a pin and a goal, in which a convex halfpin fits securely inside of the opening on a goal or one concave half of a cup. A halfpin can be nested into a cup or a goal. A cup can be nested onto a pinhalf.

### I.5.5 Pin, Halfpin, Hidden, Visible (Page 15)

> Pin - A plastic, two-segment object that is roughly 6.5" by 3.02"; each pin is described by the color(s) of its two segments (yellow/yellow, yellow/red, yellow/blue, or red/blue)
> Halfpin - One segment of a pin, described by its color; when a pin is part of a stack, each of its halfpins will be hidden or visible
> Hidden - Description for a portion of a pin that is not visible when the pin is nested in a cup; can apply to one or both ends of a nested pin, based on the transparency/opacity of the cup its nested into
> Visible - Description for a pin color that is showing when a pin is nested in a cup; can apply to one or both ends of a nested pin, based on the transparency/opacity of the cup its nested into

### I.5.6 Pinnacle, Stack, Supply (Page 15)

> Pinnacle - A two-object stack that consists of one pin nested to one cup
> Stack - A group of nested pins and cups

> Supply - A set of pins and cups that begin a match in a driver box

### I.5.7 Roller (Page 15)

> Roller - A complex structure, mounted to the field perimeter, which includes a 3-sided length of plastic that can be manipulated and set by a robot to display red, blue, or yellow on the side facing into the field (rollers are highlighted in green in figure 1.5.1)

**Note:** Both the roller and the loader are defined as mounting or attaching directly to the field perimeter. The approved field perimeters are the two VEX products and the one AndyMark product listed in Section 7.3.1.1 (page 50).

### I.5.8 Zones and Field Layout (Page 15)

> Zone - 5 defined areas of the field; neutral zones 1 & 2 and the center zone are also collectively referred to as "the neutral zone"; tape lines should always be placed fully on the tile closer to the center of the field (see figure 1.5.3)
> Red zone - The 4' W x 12' L section of the field closest to the red alliance drivers box, containing both red alliance colored goals (the red zone is highlighted in red in figure 1.5.2)
> Blue zone - The 4' W x 12' L section of the field closest to the blue alliance drivers box, containing both blue alliance colored goals (the blue zone is highlighted in blue in figure 1.5.2)
> Neutral zone 1 - The 4' W x 4' L section of the field in the center of the head referee side of the field, containing one of the neutral goals (the neutral zones are highlighted in yellow in figure 1.5.2)
> Neutral zone 2 - The 4' W x 4' L section of the field in the center of the audience side of the field, containing one of the neutral goals (the neutral zones are highlighted in yellow in figure 1.5.2)
> Center zone - The 4' W x 4' L center section of the field, containing the tall center goal (the center zone is highlighted in green in figure 1.5.2)

## I.6 Game Element Quantities and On-Field Setup (Pages 25 Through 27)

**Page 25, Section 3 introduction**

> The field setup is shown in figures 3.0.1 and 3.0.2 below.

The object quantity table on pages 26 and 27 specifies the following, reproduced verbatim in condensed form:

| Object | Total | Quantity & Location as Printed |
|---|---|---|
| Cup | 56 | Supply in red driver box = 20; Supply in blue driver box = 20; On-field positions = 16 |
| Red/Blue Pin | 4 | On-field positions = 4 |
| Red/Yellow Pin | 20 | Red alliance preloads = 2; Supply in red driver box = 10; Supply in blue driver box = 2; On-field positions = 6 |
| Blue/Yellow Pin | 20 | Blue alliance preloads = 2; Supply in blue driver box = 10; Supply in red driver box = 2; On-field positions = 6 |
| Yellow/Yellow Pin | 19 | Supply in red driver box = 7; Supply in blue driver box = 7; On-field positions = 5 |

Per the table, a full field set consists of 56 cups and 63 pins.

## I.7 Field Structure References Within Match Rules

The citations below are limited to rules that specify physical contact with, or connection to, field structures and field control equipment. Gameplay and scoring rules referencing pins, cups, goals, rollers, and stacks appear throughout Sections 3 through 5 of the manual and are not individually quoted here.

**Page 31, Section 3.2.2, "Robot starting position"**

> The robot must begin the match within the 18" x 18" x 18" starting size limit, in contact with one of the two red loaders (as shown in the first image in section 3), and not in contact with any pins or cups other than their preload pin (3.2.3).

**Page 31, Section 3.2.3, "Preload pin"**

> A robot must start the match in contact with one yellow/red pin.

**Page 32, Section 3.3.4, "Team-loaded objects"**

> A loader can only contain one cup, one pin, or one pinnacle at any time. The drive team member must let go of the object before a robot is allowed to touch it.

**Page 32, Section 3.3.7, "Field control"**

> Drive team members must attach their primary controller to the provided field control system. The controller must remain connected for the entire match unless the head referee asks them to disconnect it for troubleshooting, and until they are cleared to retrieve their robot at the end of the match.
> All code for the robot and controller must be designed to follow directions from the field control system.

**Page 34, Section 4.1.1, "No driving the robot"**

> Drive team members must still attach their controller to the field controller if required by the event, but can't use the controller to operate the robot during the match.

**Page 36, Section 5.1.5, "Parked robot"**

> Each robot in contact with one of their alliance's loaders at the end of the match earns 21 points, with a maximum of one robot per loader.

**Page 42, Section 5.2.2, "Robot starting positions"**

> Each robot must begin the match within the 18" x 18" x 18" starting size limit, in contact with one of their alliance-colored loaders that is not in contact with another robot, and not in contact with any pins or cups other than their preload pin (3.2.3), as shown in figure 5.2.2.

## I.8 Field Equipment Consistency and Variances (Page 50)

**Page 50, Section 7.3.2, "Variances"**

> Although fields and setups should be as identical as possible, teams have to be prepared for some amount of variance. Goals, walls, rollers, loaders, and other field-mounted parts may vary slightly, up to ±1" (25.4mm) in any direction. Starting locations for cups and pins may also vary up to ±1" (25.4mm) in any direction.

## I.9 Revision History Entries Referencing Field or Game Elements (Page 4)

**Page 4, Revision History, Version 1.1 (July 10, 2026)**

> 1.5.2 - Suggested locations for tape lines
>
> 3.3.2 - Added new figures to demonstrate legal and illegal possession
>
> 5.3.7 - Clarified that accidentally knocking down a protected stack while removing objects from neutral goals will result in a red card

**Page 4, Revision History, Version 1.2 (July 28, 2026)**

> 5.3.4 - Added some protection to the goals in the neutral zone: limited descoring from the tops of the stacks only, and only during the first 90 seconds of the match

## I.10 Figures Depicting Field and Game Elements

| Figure | Page | Content |
|---|---|---|
| Figure 1.5.1 | 13 | Full-field diagram; legend identifies drivers boxes (blue), rollers (green), loaders (orange), and goals (pink) |
| Figure 1.5.2 | 14 | Full-field diagram of the five zones: red zone, blue zone, neutral zones 1 and 2, and center zone |
| Figure 1.5.3 | 16 | Line drawing of interlocking field tiles showing tape line placement; no brand identified |
| Figure 3.0.1 | 25 | Solo match field setup, including the robot starting area |
| Figure 3.0.2 | 26 | Solo match field setup with a “Field Setting Guide” legend for object placement |
| Figure 3.3.2 | 31 | Renderings of a robot carrying pins, cups, and stacks (legal and illegal possession examples) |
| Scoring examples | 28-30, 37-40 | Renderings of pins and cups nested on goals, showing the physical nesting geometry, for solo and alliance scoring examples |
| Figure 5.2.1 | 41 | Alliance match field and driver box layout |
| Figure 5.2.2 | 42 | Alliance match robot starting positions |
| Figure 7.3.2 | 51 | Photograph of a fully assembled Pinnacle field, including perimeter, tiles, goals, rollers, loaders, pins, and cups |

# Part II: RECF Engage Robotics Competition: Tier Takeover, Game Manual Version 1.1

## II.1 Cover Page Trademark Disclaimer

**Cover page (unnumbered)**

> The RECF Engage Robotics Competition is operated by the Robotics Education & Competition Foundation (RECF), a 501(c)(3) nonprofit. This competition is not sponsored by, affiliated with, or endorsed by VEX Robotics, Inc. or Innovation First, Inc. VEX®, VEX IQ®, VEXnet®, VEXcode®, and VEXos® are registered trademarks of Innovation First, Inc. and are used here only to identify hardware and software that participating teams may legally use in competition.

**Note:** The trademark list names VEX IQ® rather than VEX V5®, and the disclaimer again frames the trademark usage around hardware and software used by participating teams. As documented in Section II.2, the manual's own definitions state that the field structures bordering the floor goals and load zones are VEX IQ® parts.

## II.2 VEX-Branded Field Element References (Page 11)

The manual contains exactly two field-side VEX references, confirmed by a programmatic sweep of the full extracted text. Both appear in the definitions on page 11, and both state that the field structures bordering the defined areas are VEX IQ® parts.

**Page 11, Section 1.5.2, "Floor Goal" definition**

> Floor Goal - A scoring location that consists of a vertical projection above a defined area of the field bordered by the inside of the field perimeter and the inside edges of the adjacent VEX IQ® parts; the floor goals are highlighted in orange in figure 1.5.2

**Page 11, Section 1.5.2, "Load Zone" definition**

> Load Zone - A section of the field, bordered by the inside of the field perimeter and the inside edges of the adjacent VEX IQ® parts, where drive team members can place team-loaded bean bags (see rule 3.3.4); the load zones are highlighted in blue in figure 1.5.2

**Note:** Under the manual's own definitions, the floor goals and load zones are bounded by VEX IQ® parts placed on the field. No part numbers are given for these parts. Rule 3.2.2 (page 21, quoted in Section II.5) refers to "the red beam that defines the load zone," and rule 5.1.2 (page 26) refers to "the beam that defines the team's load zone."

## II.3 Part Numbers: None Present

**The manual contains zero part numbers of any kind. Part numbers 276-9250 and 228-9258 do not appear anywhere in the manual.**

A programmatic sweep of the full extracted text for part number patterns (including VEX-style and AndyMark-style numbering) returned no results on any page. Targeted checks for 276-9250 and 228-9258, including digit-sequence and linebreak-tolerant variants, also returned no results. No part number, SKU, or product identifier is assigned to the field, the field perimeter, the VEX IQ® parts referenced in the page 11 definitions, the tiered goal structures, the L4 goal posts, the walls or barriers, or the bean bags.

## II.4 Field and Game Element Definitions

**Page 8, Section 1.2, "The 2026-2027 RECF Engage Game: Tier Takeover"**

> In Tier Takeover, robots navigate a 6'x8' field to collect bean bags and place them in and on matching goals to score points. Robots can push, lift, rotate, stack, toss, or plow bean bags, but must follow the rules of each specific match type.

The definitions below are from Section 1.5.2, "Tier Takeover Definitions," page 11. The Floor Goal and Load Zone definitions are quoted in Section II.2 above.

### II.4.1 Bean Bag (Page 11)

> Bean Bag - A red, blue, or yellow flexible, fabric, pellet-filled object that is approximately 3"x4" with a weight of approximately 40 grams

### II.4.2 Tiered and L4 Goals (Page 11)

> L1, L2, or L3 Goal - A scoring location that consists of a vertical projection above a labeled plastic sheet on one of the two tiered plastic structures on the field, marked as L1, L2, or L3; L1 goals are highlighted in green in figure 1.5.2, L2s are in purple, and L3s are in red
>
> L4 Goal - A scoring location that consists of a vertical projection above a flat plastic surface, marked as L4, attached to the top of a vertical PVC segment; the L4 goals are highlighted in pink in figure 1.5.2

**Note:** The tiered goals are described as "tiered plastic structures" and the L4 goals as mounted on "a vertical PVC segment." No manufacturer, brand, or part number is identified for either structure.

### II.4.3 Supply (Page 11)

> Supply - A set of bean bags that begin a match in a driver box

### II.4.4 Figure 1.5.2 Legend (Page 12)

> Figure 1.5.2 highlights the following defined goals and zones:
>
> - Blue = Load zones
> - Orange = Floor goals
> - Green = L1 goals
> - Purple = L2 goals
> - Red = L3 goals
> - Pink = L4 goals

## II.5 Field Structure References Within Match Rules

The citations below are limited to rules that specify physical contact with, or position relative to, field structures. Gameplay and scoring rules referencing bean bags and goals appear throughout Sections 3 through 5 of the manual and are not individually quoted here.

**Page 19, Section 3.1.6, "A robot parked in its load zone earns points"**

> A robot earns points if it ends the match at least partially within a vertical projection of the load zone adjacent to the team's driver box.

**Page 21, Section 3.2.2, "Robot starting position"**

> The robot must begin the match within the 11" x 20" x 15" high size limit; in contact with the long wall in front of the red load zone; and between, but not in contact with, the red beam that defines the load zone and the wall structure and barrier (as shown in the first image in section 3).

**Page 21, Section 3.2.3, "Preload bean bag"**

> A robot must start the match in contact with one yellow bean bag.

**Page 22, Section 3.3.3, "Bean bags that leave the field aren't returned"**

> Any bean bag that leaves the field during a match (entirely outside of the perimeter) must stay out of the field for the rest of that match.

**Page 22, Section 3.3.4, "Team-loaded bean bags"**

> A load zone can only hold one bean bag at a time, and only one bean bag can be added at a time. The drive team member must let go of the bean bag before a robot is allowed to touch it.

**Page 26, Section 5.1.2, "Robot starting positions"**

> Each robot must begin the match within the 11" x 20" x 15" high size limit; in contact with the long wall in front of the team's load zone; and between but not in contact with the beam that defines the team's load zone and the wall structure and barrier, as shown in figure 5.1.2.

**Note:** Rules 3.2.2 and 5.1.2 reference "the long wall," a load-zone-defining "beam," and "the wall structure and barrier." The terms "wall structure" and "barrier" are not defined in Section 1.5.2, and no brand or part number is given for any of these structures. The field perimeter is referenced as a boundary in the page 11 definitions and in rule 3.3.3 (page 22), but no approved perimeter product is ever specified.

## II.6 Field Equipment Consistency and Variances (Page 32)

**Page 32, Section 7.3.2, "Variances"**

> Although fields and setups should be as identical as possible, teams have to be prepared for some amount of variance. Goals, walls, and other field-mounted parts may vary slightly, up to ±0.5" in any direction. Starting locations for bean bags may also vary up to ±0.5" in any direction.

## II.7 Absence Findings

The following specifications, present in the Achieve Pinnacle manual, do not exist anywhere in the Engage Tier Takeover manual, confirmed by programmatic sweeps of the full extracted text:

Field perimeter specification: Section 7.3, "Field Parameters" (page 32), consists solely of a generic equipment consistency paragraph (7.3.1) and the variances paragraph (7.3.2). There is no field perimeter types subsection and no approved perimeter product is named.

Field tiles: the word "tile" does not appear anywhere in the manual.

Field control: the term "field control" does not appear anywhere in the manual, and no field control hardware requirement exists in the match rules.

Part numbers: no part number of any kind appears anywhere in the manual, including 276-9250 and 228-9258 (see Section II.3).

Revision history: the Version 1.1 revision history (page 4) contains no entries referencing field or game elements; all listed changes concern robot rules, policies, or event administration.

## II.8 Figures Depicting Field and Game Elements


| Figure | Page | Content |
|---|---|---|
| Figure 1.5.2 | 11 | Full-field diagram; legend on page 12 identifies load zones (blue), floor goals (orange), L1 goals (green), L2 goals (purple), L3 goals (red), and L4 goals (pink) |
| Figure 3.0.1 | 18 | Solo match field setup diagram, including the robot starting area, load zones, walls, and goal structures |
| Figure 3.0.2 | 18 | Photograph of a fully assembled Tier Takeover field; the field surface, perimeter, tiered goal structures, L4 goal posts, and barrier elements are visible, and hardware may be identifiable on close inspection |
| Figure 3.1.7 | 20 | Photograph of a tiered goal structure with bean bags scored on the L1, L2, and L3 surfaces; construction hardware may be identifiable on close inspection |
| Figure 5.1.1 | 25 | Alliance match field and driver box layout |
| Figure 5.1.2 | 26 | Alliance match robot starting positions |

# DECLARATION OF STUART JAMES

My name is Stuart James. I am over the age of eighteen, of sound mind, and fully competent to make this declaration. The facts stated in this declaration are within my personal knowledge or are based on business records of VEX Robotics, Inc. ("VEX") that are made and kept in the ordinary course of VEX's business and that I rely on in performing my job, and they are true and correct.

1. I am employed by VEX as Director of Supply Chain. My responsibilities include demand forecasting, production planning, and supply chain management for VEX's products, including the season-specific competition field and game element products at issue in this proceeding. I have held these responsibilities since 2023.

2. Each competition season, VEX designs a new game for each of its competition programs. Each new game requires its own field and game element products: full game and field element kits, scoring elements, and related field products. These products are custom designed, engineered, tooled, and manufactured for that single season's game. They are one-year products. When the season ends, they cannot be used to play the following season's games, there is minimal aftermarket value for them, and unsold units have minimal revenue potential.

3. Forecasting and production planning for these products are performed exclusively by VEX's operations organization. The VEX Competitions Game Design Committee designs games. It has no role in demand forecasting, production planning, production quantities, or ordering, and it receives no forecasting responsibility of any kind. No forecasting function has ever resided with that committee during my tenure.

4. VEX does not forecast these products on the basis of team counts, because team counts do not translate into unit demand. A school or organization fielding one team and a school fielding twenty teams each typically purchase a single game element set. The demand model is built on historical data and adjusted throughout the season, as necessary. Based on VEX's records, more than 2,400 event partners host competition events, and an event partner typically requires between two and ten element sets depending on the size of its events. A forecast premised on the number of registered teams would misunderstand how this product is purchased and used.

5. VEX committed its field and game element forecast for the 2026-2027 season in December 2025. That forecast was built on the prior season's participation levels, planning for the same or similar numbers of purchasing organizations and events as the year before. The forecast performed in December 2025 has not materially changed or been adjusted.

6. The December 2025 forecast did not and could not account for demand from participants in programs built on other component ecosystems, including Lego-based programs, or from any expansion of any other organization's programs, because no such demand had been disclosed to VEX and none was known to me or, to my knowledge, to anyone involved in VEX's forecasting at the time the production quantities were committed. No organization provided VEX with any forecast, team estimate, event estimate, or demand signal of any kind for the 2026-2027 season beyond VEX's own program data.

7. These products are manufactured overseas and are subject to minimum order quantities of 1,000 units per product. Production cannot be run incrementally in small quantities to meet marginal demand.

8. Under normal manufacturing and shipping conditions, the lead time from receipt of a purchase order at the factory to delivery at VEX's warehouse in Greenville, Texas is approximately 85 days for the VEX IQ Competition Scoring Element Kit, approximately 95 days for the VEX V5 Competition Scoring Element Kit, approximately 120 days for the VEX IQ Competition Full Field and Game Element Kit, and approximately 145 days for the VEX V5 Competition Full Field and Game Element Kit. The VEX V5 Competition Full Field and Game Element Kit consists of two separate part numbers that must be delivered to the customer together. The shipping estimates referenced in my declaration do not consider delays as a result of holidays or world events.

9. As a result, if VEX issued a purchase order for additional production on August 17, 2026, the earliest scoring element kits would arrive in Greenville in approximately mid-November 2026, IQ full kits in approximately mid-December 2026, and V5 full kits in approximately early January 2027, with customer deliveries following warehouse processing in each case. The competition season will be substantially complete before any such production could reach

customers, and the season ends entirely in the spring, after which this season's elements have no use and no market.

10. Once the forecast is committed and production is run, the inventory available for a season is, as a practical matter, fixed. Additional court-ordered sales obligations cannot increase the quantity of game elements that exist for this season. They can only change who receives units from the existing pool.

11. VEX's forecasting goal, in this season and in every season during my tenure, has been to sell through its game element inventory by approximately March, near the close of the season. This is the only rational way to manufacture a product with a hard expiration date. Deliberately overproducing season-specific goods would leave unsold inventory to incur carrying costs and be written off with no ability to sell it. VEX has managed to this same sell-through target for years, including throughout the years the Robotics Education and Competition Foundation, Inc. was VEX's competition partner and benefited from the identical practice. The methodology predates this litigation and has not changed because of it.

Pursuant to Section 132.001 of the Texas Civil Practice and Remedies Code, I declare under penalty of perjury that the foregoing is true and correct.

My name is Stuart James. My date of birth is September 07, 1993, and my address is 6725 W. FM 1570, Greenville, Texas, United States of America. Executed in Hunt County, State of Texas, on the 14th day of August, 2026.

[signature]

Stuart James

# EXHIBIT 10

EXHIBIT 10

**CAUSE NO. 96313**

| | | |
|---|---|---|
| **VEX ROBOTICS, INC.,**<br><br>**Plaintiff/Counter-Defendant**<br><br>**v.**<br><br>**ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.,**<br><br>**Defendant/Counter-Plaintiff/Third-Party Plaintiff**<br><br>**v.**<br><br>**INNOVATION FIRST INTERNATIONAL, INC.,**<br><br>**Third-Party Defendant** | | **IN THE DISTRICT COURT**<br><br>**354TH JUDICIAL DISTRICT**<br><br>**HUNT COUNTY, TEXAS** |

**DEFENDANT ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.'S VERIFIED PRELIMINARY RESPONSE TO VEX ROBOTICS, INC.'S COUNTERMOTION TO ENFORCE INJUNCTION**

Robotics Education and Competition Foundation, Inc. ("RECF"), Defendant/Counter-Plaintiff/Third-Party Plaintiff in the above-entitled and numbered cause, files this Verified Preliminary Response (the "Response") to VEX Robotics, Inc.'s ("VEX") Countermotion to Enforce Injunction (the "Countermotion"), filed by VEX on the evening of Friday, August 14, 2026, and respectfully shows the Court the following:

## I. SUMMARY

VEX filed its Countermotion accusing RECF of copying VEX's complicated game manuals on Friday evening—less than 72 hours before Monday's hearing on RECF's Motion to Enforce the Agreed Temporary Injunction ("RECF's Motion"). VEX's allegations, Countermotion, and requested relief are heavily fact intensive, disputed, and categorically different

from RECF's Motion and requested relief and, unlike RECF's Motion, cannot be resolved on this record or this schedule.

**RECF's Motion** presents undisputed facts related to a straightforward interpretation of the Order. VEX does not deny that it restricted sales of certain products twelve days after the Order was signed. The parties' dispute in RECF's Motion is therefore limited to whether VEX's admitted conduct changed the status quo.

**VEX's Countermotion** accuses RECF of copying and "substantially imitate[ing] VEX's game manuals. RECF vigorously denies that accusation and sent VEX a detailed six-page rebuttal on August 11, a copy of which is attached as Exhibit 1 to the accompanying Supplemental Declaration of Ryan Osweiler. A comparison of VEX's Countermotion with RECF's six-page rebuttal shows that ***almost everything material to VEX's claim*** is disputed, including, *inter alia*: (1) how the parties' respective committees designed their respective games; (2) how thirty-four prior games and decades of industry practice affected the respective organizations' game designs; (3) which features of a robotics competition are generic and which are distinctive; and (4) whether a 22-page opinion declaration from a VEX employee can withstand scrutiny.

**The contrast with RECF's Motion is sharp**: RECF asks the Court to apply undisputed facts to unambiguous Order language. VEX asks the Court to resolve a factually intensive, disputed, multi-factored copying dispute on one-sided declarations from interested witnesses alone, on one business day's notice. That is not appropriate or procedurally fair.[1] RECF therefore files this preliminary opposition, while reserving the right to supplement its Response after appropriate discovery has occurred, and respectfully requests that the Court: (1) decline to consider

[1] RECF also notes for the record that the employee most knowledgeable about these issues, Michelle Lonsinger, is—both at the time the Countermotion was filed and at the time of this Response filing—out of town and unreachable, and thus unavailable to provide a declaration or testimony prior to or at the Monday, August 17, 2026 hearing.

VEX's Countermotion at Monday's hearing; and (2) set the Countermotion for a separate hearing after sufficient time has taken place to conduct reasonable and necessary discovery and presentation of a full record to the Court.

## II. ARGUMENT

### A. The Injunction Requires More Than a Showing of Similarity.

The parties anticipated the possibility that a dispute could arise regarding similarities between game manuals, as reflected in the text of the Court's May 29, 2026 Agreed Temporary Injunction (the "Order"). Paragraph 19(i) of the Order states, "[f]or the avoidance of doubt," that "the mere resemblance of independently developed RECF materials to items listed in Schedules 1-4 shall not, standing alone, constitute copying, reproduction, substantial imitation, or intentional replication[.]"Order ¶ 19(i). Likewise, Paragraph 3 of the Order contains a specific carve-out that excludes "general game elements" from "VEX Competition Materials." Order ¶ 3 ("This definition . . . does not include general game elements"). Paragraphs 19(c) and (d) preserve RECF's right to develop its own competitions and materials "independently and in good faith." Order ¶¶ 19(c), (d).

Further, Paragraph 19(d) adds the factual element that any alleged copying is prohibited only as to "*unique* VEX Competition Materials"—that is, being the only one of its kind, and never having been done before[2]—which necessarily requires discovery to resolve the parties' disputed positions about what constitutes "unique" under these circumstances. Order ¶ 19(d) (emphasis added). A listing of supposed similarities, which constitutes the sum total of the Kahl declaration, is merely a starting point for the analysis. Each supposed similarity presents disputed questions of fact, none of which can be answered on the record before the Court.

---

[2] *Unique*, MERRIAM-WEBSTER DICTIONARY, https://www.merriam-webster.com/dictionary/unique (last visited Aug. 17, 2026).

**B. VEX's Allegations Are Materially Disputed.**

On August 11, 2026, RECF's counsel provided a point-by-point response to VEX's cross-notice letter, which contained the same allegations found in the Countermotion. RECF refers the Court to the aforementioned August 11 letter. *See* Ex. 1. As referenced in RECF's August 11 letter:

1. RECF's manuals started from blank documents and were developed independently and in good faith, with a conscious effort to avoid copying;
2. The purportedly "copied" features cited by VEX constitute common and generalized vocabulary used across the competitive robotics industry; and
3. The two parties' shared—for a number of years—the same game manual authors.[3]

*See* Ex. 1 at 2–4; *see also* Motion, Ex. F (Lonsinger Decl.) ¶¶ 3, 6. RECF incorporates its August 11 letter here by reference as if set forth in full and RECF further verifies this response, and thus the matters in the letter. *See* Ex. AA, Suppl. Osweiler Decl. at Ex. 1. The facts, issues, and allegations that underpin VEX's Countermotion are material, disputed, and cannot be summarily resolved on this record, nor should the Court do so without a reasonably developed, full and fair record.

VEX's Countermotion admittedly describes Ms. Lonsinger as "the manuals' principal author." Countermotion at 23. Drafting conventions travel with authors; resemblance in formulation between two organizations that shared authors for four seasons is precisely the "mere resemblance" the Order addresses. Order ¶ 19(i). RECF will prove these facts at the appropriate time, on a full record, with witnesses VEX may cross-examine. The issue before the Court at

[3] Notably, the chair of RECF's current game design committee was the primary author of the very VEX manuals the Countermotion invokes, writing or modifying half or more of their content as released in April 2026.

Monday's hearing is narrow, straightforward, and limited—whether VEX's admitted acts violate the Order. The issues raised in VEX's Countermotion concern factual disputes that cannot be resolved without further discovery and analysis.

VEX's Countermotion rests entirely on the declaration of Bailey Kahl, a VEX employee who offers expert-type opinion testimony—analyzing manual versions, cataloging similarities and divergences, and rendering judgment calls—without a report, deposition, disclosure, or opportunity for cross-examination. Obviously, a declaration that weighs similarities against conceded divergences and asks the Court to draw the "more consistent with" inference (Countermotion, Ex. A (Kahl Decl.) ¶ 38) is asking for fact-finding by the Court. Fact-finding of that kind belongs to an evidentiary hearing or trial on a developed record—not to a declaration exchange closed one business day after service.[4]

Moreover, Mr. Kahl's own declaration concedes genuine points of divergence, admits the implementations are "not identical," and acknowledges that individual game elements "have been reused in different capacities across multiple seasons" throughout VEX's thirty-four prior games. Countermotion, Ex. A (Kahl Decl.) ¶¶ 5, 6A, 8, 27–33. RECF is entitled to test this opinion through discovery, counter-testimony, and cross-examination and the Court is entitled to a full record. But none of that is possible now given the Countermotion was served Friday evening for a Monday afternoon hearing with no discovery having been taken to address the myriad of relevant, material issues of fact raised by VEX's Countermotion.

But RECF is not alone in seeing two different games. One analysis of VEX's and RECF's game design for 2026 by a member of the public concludes: "*After the split between VEX and*

---

[4] The evidence will also show, among other things, that the authorship of VEX's claimed manuals—who wrote which portions of their first drafts, and how—is disputed.

*RECF, there are now two similar but different versions of the new VEX IQ-style game this season. Both games use similar game elements, but the rules, robot requirements, field setup, scoring, and solo/skills match formats are different.*"[5] Other observers in the robotics community have published side-by-side analyses concluding these are different games.[6] In short, independent observers in the robotics community have reached the same conclusion—that these are different games with different rules, field setups, and scoring systems. This further underscores that the facts, issues, and allegations that underpin VEX's Countermotion are material, disputed, and cannot be summarily resolved on this record or at this time.

As an additional reason why the Countermotion cannot be resolved on declarations at the Motion to Enforce Hearing, Kahl's declaration makes several credibility challenges to RECF and the Lonsinger declaration. *E.g.*, Countermotion, Ex. A (Kahl Decl.) ¶ 34 (disputing whether RECF's revised Pinnacle de-scoring rule — which creates timed removal windows — moves toward VEX's Override, where de-scoring is prohibited entirely under all circumstances); *see* Ex. 1 at 4 (explaining that the revised rule adds strategy decisions VEX's game does not offer and was driven by community feedback, not imitation). To the extent the Court will need to weigh in and decide such issues, the Parties' competing readings of two games' published rules and rulings illustrate a dispute that requires a record, not a weekend.

---

[5] *See VEX IQ Level Up vs RECF Tier Takeover Rules Comparison: Robot, Field & Scoring Differences,* available at https://www.youtube.com/watch?v=BOE4LpT6jdY ("This video is designed to help coaches, teams, mentors, and students quickly understand the major differences without having to read through both full game manuals from start to finish."); *see also Override vs Pinnacle: Robot Rules, Field Setup & Scoring Compared (Updated)*, available at https://www.youtube.com/watch?v=i5pzjBchRrc ("In this video, I compare the biggest differences between the two games, including robot rules, field setup, scoring, possession limits, autonomous, parking, and skills/solo modes.").

[6] *See VEX V RECF UPDATES*, available at https://www.reddit.com/r/vex/comments/1u8md5n/vex_v_recf_updates/.

### C. VEX's Asserted Standards Foreclose Resolving the Countermotion on the Record Currently Before the Court.

#### *1. By VEX's own account, drastic affirmative relief requires an evidentiary hearing, live testimony, and a bond. The Countermotion offers none of them.*

Seven pages before its Countermotion, VEX told the Court that affirmative injunctive relief is "disfavored," that it issues "only on a showing of extreme necessity or hardship," that it requires proof "established through evidence received at an evidentiary hearing," and that it requires a bond "without which injunctive relief is void." Response at 17; *see* Tex. R. Civ. P. 684 (bond requirement). VEX went further: it "objects to the receipt of affidavit evidence in support of new injunctive relief and requests live testimony and a bond determination." Response at 17–18.

Now measure the Countermotion by VEX's own announced standard. It seeks the most drastic affirmative relief either Party has proposed in this case—an order that RECF "cease publishing, distributing, and using" the operating manuals of a season in progress "until the copying and substantial imitation is removed," with a compelled written certification. Response at 24. And it asks the Court to grant that relief on declarations, with no evidentiary hearing, no live testimony, and no bond, on a record its opponent has had one business day to answer. If VEX's framework governs anything in this case, it governs VEX's own Countermotion.

RECF has explained in its Reply why VEX's framework does not govern RECF's own Motion, which asks the Court to enforce the order it already entered, through the enforcement mechanism the Parties agreed to in Paragraph 22. Order ¶ 22 (authorizing enforcement "by contempt or such other relief as the Court deems appropriate"); *see* Tex. Gov't Code § 21.001(a). RECF's Motion rests on facts VEX does not dispute. The Countermotion is different on VEX's own telling: every fact that matters to it is contested. Whatever standard ultimately governs, the most drastic relief in the case cannot be awarded on the thinnest record in the case.

### 2. *By VEX's own asserted specificity standard, the Countermotion's proposed decree fails its own test.*

VEX's Response is built on the proposition that an injunction must command in "clear command language and reasonable detail" and may not rest on "inferences or conclusions about which reasonable persons might differ." Response at 6, 10–11 (citing Tex. R. Civ. P. 683; *In re Luther*, 620 S.W.3d 715, 721–23 (Tex. 2021) (orig. proceeding)).

RECF disagrees that these standards are relevant to RECF's Motion to Enforce because the facts are uncontested, as RECF explains in its Reply.

It is telling, however, that the Countermotion fails the standard VEX itself announced. Its proposed decree would order RECF to stop using its manuals "until the copying and substantial imitation is removed." Response at 24. Which rules? Which features? Changed how, and to whose satisfaction? The proposed decree does not say. VEX faulted RECF's proposed order for leaving questions open (Response at 11–12); its own proposed decree answers none of the questions it would create. And the decree's operative trigger—whether a manual still "substantially imitat[es]" another—is the paradigm of a question about which reasonable persons differ: VEX's own declarant weighs some features toward copying, concedes others as "genuine divergence," and offers a net "opinion." Countermotion, Ex. A (Kahl Decl.) ¶¶ 30–33, 37–38. Under VEX's own cited authority, that is not an administrable command—it is an engine for serial enforcement disputes. *See In re Luther*, 620 S.W.3d 715, 722 (Tex. 2021) (orig. proceeding) (injunction may not require "inferences or conclusions about which reasonable persons might differ"). Thousands of nonparty schools would be left guessing at the rules of their season in the meantime.

## D. The Equities and the Harm Record Run Against the Countermotion.

Finally, the Countermotion nowhere identifies any concrete, imminent injury from the manuals' continued use while this dispute is litigated properly. Neither the Response nor either of

its declarations—the Kahl Declaration (Countermotion, Ex. A) and the James Declaration (Countermotion, Ex. B)—attests that VEX has lost a registration, an event, a sale, or a dollar because RECF's manuals allegedly resemble VEX's.

On the other side of the ledger, the relief VEX proposes would land immediately and concretely on schoolchildren: it would withdraw the operating rules of competitions that Title I schools, districts, and event partners across multiple states are relying on today, in a season RECF's filed record already shows slipping away from educators who cannot obtain products. Motion, Ex. A (Osweiler Decl.) ¶¶ 11, 44; Motion, Ex. B (Bennett Decl.) ¶ 3; Motion, Ex. D (Harden Decl.) ¶¶ 12–13, 22. And VEX's proposed relief would cause immediate, concrete harm to RECF and the thousands of schools already relying on these manuals for their season. An unquantified injury on one side; a season-ending order against thousands of nonparties and to RECF on the other. That balancing demands a developed record. VEX's papers do not even attempt it.

## III. CONCLUSION

For these reasons, RECF respectfully requests that the Court decline to resolve VEX's Countermotion at the August 17, 2026 hearing except to deny it outright as, at best, premature. RECF's Motion presents undisputed facts and asks for straightforward enforcement. VEX's Countermotion presents contested facts and asks for drastic relief. The two should not be heard together. RECF instead requests that the Court set the Countermotion for its own hearing, after providing a reasonable opportunity for discovery, so the parties may present a full and fair evidentiary record. RECF further requests that the Court grant RECF such other and further relief to which it may be entitled.

Respectfully submitted,

*<u>/s/ Joseph A. Fischer, III</u>*
Joseph A. Fischer, III
State Bar No. 00789292
tfischer@jw.com
Justin V. Lee
State Bar No. 24097982
jlee@jw.com
Maggie I. Burreson
State Bar No. 24116150
mburreson@jw.com
D. Robert DeLoit Jr.
State Bar No. 24149185
rdeloit@jw.com

Jackson Walker LLP
2323 Ross Avenue
Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 661-6828

- AND -

Richard Liu*
California Bar No. 308050
David Azar*
California Bar No. 218319
Jared Xu*
California Bar No. 314646

Innovative Legal Services, P.C.
355 S. Grand Ave. 8F
Los Angeles, CA 90071
Telephone: (626) 344-8949

**pro hac vice pending*

**ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all parties of record through the EFile Texas electronic filing system on August 17, 2026, in accordance with the Texas Rules of Civil Procedure

*/s/ Joseph A. Fischer, III*
Joseph A. Fischer, III

# EXHIBIT AA

**CAUSE NO. 96313**

| | |
|---|---|
| **VEX ROBOTICS, INC.,**<br><br>**Plaintiff/Counter-Defendant**<br><br>**v.**<br><br>**ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.,**<br><br>**Defendant/Counter-Plaintiff/Third-Party Plaintiff**<br><br>**v.**<br><br>**INNOVATION FIRST INTERNATIONAL, INC.,**<br><br>**Third-Party Defendant** | **IN THE DISTRICT COURT**<br><br>**354TH JUDICIAL DISTRICT**<br><br>**HUNT COUNTY, TEXAS** |

**SUPPLEMENTAL DECLARATION OF RYAN OSWEILER IN SUPPORT OF RECF'S RESPONSE TO VEX'S COUNTERMOTION TO ENFORCE INJUNCTION**

I, **RYAN OSWEILER**, hereby declare and state as follows.

1. My name is Ryan Osweiler. I am over the age of 21, of sound mind and body, and capable of making this Declaration. My date of birth is November 28, 1980, and my address is 1805 Homewood Drive, Lincoln County, Missouri. I previously submitted a declaration in this matter, filed as Exhibit A to RECF's Emergency Motion to Enforce the Agreed Temporary Injunction, and I make this declaration on the same foundation stated there: my personal knowledge, including knowledge acquired in the course of my duties; information available to me as Vice President of Programs in the course and scope of my duties, including from RECF personnel whose work I oversee; and RECF's records and reports received by RECF in the ordinary course of its businessThe statements contained herein are true and correct.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of the six-page letter that RECF's counsel, Richard Liu of ILS, LLP, sent by email on August 11, 2026 to John

Harvey, General Counsel of Innovation First International / VEX Robotics, Inc., and to Joel E. Geary and Grant B. Stock of Waddell Serafino Geary Rechner Jenevein, P.C., counsel for VEX, responding to Part VI of VEX's August 5, 2026 letter. I received a copy of that letter on or about August 11, 2026, in the course of my duties at RECF, and I have compared the attached Exhibit 1 to the letter as sent; it is the same document, including the footers appearing on pages 2 through 6. I recognize Exhibit 1 as RECF's official response to VEX's August 5, 2026 notice.

3. The letter's factual content was prepared from information provided by RECF personnel with knowledge of the matters described, including personnel I supervise, based on their best understanding at the time it was written.

4. The statements in the letter concerning RECF's development of its game manuals, the history of authorship shared between the organizations, and the industry practices described are true and correct to the best of my knowledge, based on my personal knowledge, on information from personnel I supervise, and on RECF's records.

5. I have read DEFENDANT ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.'S VERIFIED PRELIMINARY RESPONSE TO VEX ROBOTICS, INC.'S COUNTERMOTION TO ENFORCE INJUNCTION the statements contained therein are true and correct based upon my personal knowledge and on information obtained by me from other persons or Robotics Education and Competition Foundation, Inc.'s business records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Lincoln County, State of Missouri, on August 16, 2026.

Signed by:
99E755777A694CE...
Ryan Osweiler

# EXHIBIT 1

ILS LLP
We Speak Business

+1 626-344-8949
www.consultils.com
contact@consultils.com
Los Angeles | Silicon Valley | Shanghai

**Richard Liu, Esq.**
**Managing Partner**
Richard.liu@consultils.com
**ILS, LLP**
355 S. Grand Ave, Suite 850
Los Angeles, CA 90071
(626) 344-8949

**August 11, 2026**

**VIA EMAIL**

**John Harvey**
General Counsel
Innovation First International / VEX Robotics, Inc.
6725 W. FM 1570
Greenville, Texas 75402
john_harvey@innovationfirst.com
**Joel E. Geary**
**Grant B. Stock**
Waddell Serafino Geary Rechner Jenevein, P.C.
1717 Main Street, Suite 2500
Dallas, Texas 75201
jgeary@wslawpc.com; gstock@wslawpc.com

**Re: Response to VEX's August 5, 2026 Cross-Notice of Alleged Violations (Part VI) and Confirmation of Cure Pursuant to Paragraph 22 — VEX Robotics, Inc. v. Robotics Education & Competition Foundation, Inc., Cause No. 96313, in the 354th Judicial District Court, Hunt County, Texas**

Dear Counsel,

This letter responds, within the period provided by Paragraph 22 of the Agreed Temporary Injunction entered by the Court on May 29, 2026 (the "Injunction"), to Part VI of VEX's August 5, 2026 letter — VEX's cross-notice of five alleged violations by RECF, designated Items A through E. RECF's response to Parts I through V of that letter is set out in RECF's Motion to Enforce, filed with the Court on August 10, 2026; nothing in this letter alters, concedes, or waives any position stated in those Parts.

The substance of this response, as RECF stated to the Court in its Motion to Enforce (filed August 10, 2026), is that most of VEX's allegations were minor, transitional matters that were corrected within hours of VEX's letter. See Motion at 6 n.5. The remainder, concerning RECF's game manuals, are disputed. Id. As the evidence will show at the appropriate time, RECF did indeed independently develop its game manuals in good faith. And none of VEX's allegations bear on VEX's obligation to sell products to the public; they do not excuse or justify either VEX's destruction of the status quo or its refusal to restore the status quo the Injunction preserves.

As detailed below, in terms of VEX's six demands: demands B through E have been addressed in the interest of avoiding further disputes over minor issues, and expressly without admission that any violation occurred. RECF declines demand A, for the reasons set out in Section I. This letter satisfies Demand F.

## I. Item A: RECF Independently Developed Its Game Manuals in Good Faith.

### A. The Injunction's text forecloses most of Item A.

The cross-notice claims that RECF's Tier Takeover and Pinnacle manuals "copy and substantially imitate unique VEX Competition Materials," alleging "distinctive rule organization and formulations, scoring descriptions, and the selection and arrangement of competition-administration content." Three provisions of the Injunction answer most of that claim.

First, Paragraph 3 defines "VEX Competition Materials" to exclude "general game elements." Robot size and expansion limits, goals and scoring objects, scoring criteria, penalty structures, match formats, and tournament brackets are the general vocabulary of competitive robotics, used across the programs of VEX, RECF, FIRST, and others. VEX's letter asserts that the similarities it found "inhere in the manuals themselves" rather than in general game elements. However, the only specific examples VEX identifies — an expansion envelope and a de-scoring rule — are game mechanics, which fall squarely within the "general game elements" Paragraph 3 excludes. VEX has not identified any actual written expression that RECF copied, and as Sections I.B and I.C below demonstrate, the written expression in the two sets of manuals is dramatically different.

Second, Paragraphs 19(c) and 19(d) confirm that nothing in the Injunction prohibits RECF from "independently and in good faith developing" its own competitions and materials, provided RECF "does not copy, reproduce, substantially imitate, or intentionally replicate unique VEX Competition Materials." (Emphasis added.) The operative word is "unique." A rule concept that appears in FIRST manuals two decades old, or across multiple competitions today, is not unique to VEX.

Third, Paragraph 19(i) provides, "[f]or the avoidance of doubt," that "the mere resemblance of independently developed RECF materials to items listed in Schedules 1-4 shall not, standing alone, constitute copying, reproduction, substantial imitation, or intentional replication." When two games use the same hardware, the same fields, and the same community – all of which is permitted by the Injunction – some resemblance is inevitable — and that is all VEX's letter describes.

### B. RECF independently developed its manuals in good faith; there was no copying.

RECF's game manuals were started from blank, newly created documents. RECF's game design committee ensured from the outset that: (i) nothing was copied or pasted from any VEX game manual; (ii) the committee developed its own format and organizational plan; (iii) information was presented differently; and (iv) wherever possible, terms even potentially unique to VEX were replaced with different language. Throughout development, that discipline was maintained. The graphics in RECF's manuals were independently developed based on the needs of RECF's independently developed documents.

The finished manuals show that discipline on their face. VEX's Override manual runs 134 pages organized around bracketed rule codes — <G1>, <GG1>, <RSC1>, <R1>, <T1> — with a glossary at the back. RECF's Pinnacle manual runs 54 pages of plain-language, decimal-numbered sections written for educators, with definitions at the front and no bracketed rule codes at all. The section structures differ; the rule numbering differs; content sits in different places under different headings. A coach who knows VEX's "Rule G1" cannot navigate RECF's manuals by it, because no Rule G1 exists there.

Nor is the allegedly "distinctive rule organization" VEX references actually VEX's own work product. The 2006 FIRST Vex Challenge manual — published when VEX hardware was fielded through FIRST — uses the same angle-bracket rule-code family (<G1>, <T1>, <R1>) that VEX's current manuals use today. VEX has kept FIRST-era conventions for twenty years. That may be VEX's prerogative, but it may not recast industry-standard organization as "unique VEX Competition Materials."

The "formulations" claim has a further problem. Until April 30, 2026, the Parties shared a joint game design committee. The chair of RECF's current game design committee, Michelle Lonsinger, served on that joint committee for four seasons and as its acting co-chair for the prior two seasons (starting early 2024). Ms. Lonsinger was the primary author of the VEX Level Up and Override manuals the cross-notice invokes, writing or modifying half or more of the content of the manuals released at the April 2026 World Championship. Although ultimate IP ownership rights remain reserved for final resolution in this case, the point here is narrower: drafting conventions travel with authors. When two organizations that shared authors for four seasons publish manuals in the same field, resemblance in formulation is exactly the "mere resemblance" Paragraph 19(i) addresses.

**C. The revisions VEX cites were community-driven and the games remain categorically different.**

The centerpiece of Item A is the argument that RECF's in-season updates "are not a cure; they are confirmation." The premise fails at every step.

In-season updates are the norm. Reviewing community feedback and updating game manuals during a season is part of RECF's established process, as it was during Ms. Lonsinger's service on the joint committee. The committee reviews community reports, decides what needs updating, and publishes revisions in its own words. That is how game design committees work — including the one that, until April 30, VEX and RECF ran together.

Tier Takeover. RECF's initial manual set a starting robot size but omitted any expansion allowance — omitted entirely, not restricted. Nearly every game at this level allows in-match expansion because mechanisms like catapults and rotating arms sweep through arcs that exceed starting dimensions. The community reported that teams had already designed robots with expansions and wanted to use them. The committee fixed the omission by working from the starting size and robot mechanics; it did not consult VEX's manual. The dimension VEX highlights is a longstanding norm — expanded sizes across games and seasons have commonly topped out around 24 inches, driven by field geometry, robot mechanics, and the practical need to transport robots. Two committees arriving at the same number within a limited historical range reflects engineering convergence, not copying.

Pinnacle. Start with what VEX's own letter concedes: the neutral-goal rule in RECF's initial publication was "previously distinct and strategy-defining." Pinnacle's initial rule designated three neutral goals from which either alliance could remove anything at any time. After release, community feedback — including at sessions RECF hosted in St. Louis — identified a flaw: it was far easier to knock a stack down than to fill it, so teams avoided that part of the field. The committee's fix addressed RECF's problem: (i) during the first 90 seconds, removal remains legal, one object from the top of a stack at a time; (ii) during the final 30 seconds, objects may be added but not removed; and (iii) by published Q&A ruling, de-scoring from a team's own alliance goal is legal. In VEX's game, by contrast, removal in any form — one object or many, early or late, from a neutral goal or a team's own — remains impossible under any circumstances. The protection windows RECF created add strategy — timing decisions, orientation plays — that VEX's game does not offer. And the "red-card penalties" VEX cites were not added with the revision: Pinnacle's penalty ladder (Official Warning, Yellow Card, Red Card) appears in the manual from initial publication. Enforcing an updated rule through a pre-existing penalty structure confirms nothing.

**D. The June 19 "actual notice" theory adds nothing.**

VEX says its counsel mentioned manual-similarity concerns to RECF's counsel on a June 19 call – a call in which VEX's counsel argued RECF had simply had an AI model change the specific wording of VEX's manual – and infers that RECF's designers thereafter steered the games toward VEX's. The inference is self-defeating: if the people who designed RECF's games had known about a VEX complaint of similarity and acted on it, they would have moved away from VEX's framework, not toward it. Regardless, the fact is the updates were driven by community questions and feedback, through the same process that has produced in-season updates in every season.

**E. VEX's revision-history logic condemns VEX's own conduct.**

If post-release revisions that narrow differences were "confirmation" of copying, VEX should explain its own. Since RECF's manuals were released, VEX's own second-publication revisions have moved VEX's rules toward RECF's: (i) VEX's revised Override manual newly allows painted or colored metal pieces; (ii) it newly allows non-VEX-branded pneumatic components; and (iii) VEX has committed to allowing two Drive Team Members in Level Up. RECF does not contend that those changes prove VEX copied RECF. Games in the same field, played with the same parts by the same community, converge. That is RECF's point, and VEX's own revision history illustrates it. VEX cannot press an inference against RECF that its own conduct refutes.

**F. Produce the comparative analysis.**

VEX writes that it "has completed a detailed comparative analysis of the games, including their revision histories, and is prepared to present that evidence to the Court." Then it should produce that analysis to RECF now, together with the manual versions it compared. RECF can then respond as appropriate, including by reference to the public record of manuals from VEX, RECF, and FIRST — current and historical — that situates every feature VEX cites within decades of industry practice.

For all of the above reasons, RECF declines demand A. RECF will not withdraw the operating rules of a season on which schools and students competing today rely.

## II. Items B Through E: Were Addressed Within Hours, Without Admission.

RECF disputes that any of Items B through E states a violation of the Injunction. Rather than litigate nits, RECF addressed them. Each item below was corrected within hours of VEX's letter, each correction is documented with dated captures preserved in RECF's files, and each was made expressly without admission that any violation occurred.

- **Item B — Paragraph 17 disclaimer.** Paragraph 17 requires RECF to "prominently post" the prescribed statement on covered registration mechanisms, and RECF has done so since the Injunction's first days. VEX's notice concerned alleged presentation, not existence or accuracy. Nonetheless, as an accommodation, RECF enlarged the disclaimer on RECF's event-registration page and placed it in a highlighted notice box. Demand B is addressed.

- **Item C — volunteer video**. The video VEX appears to describe concerns a RECF project. It has nonetheless been removed from RECF's channels. One copy remains public, and it is instructive where: on the personal YouTube channel of a current IFI employee who worked on the project. That employee's public posting describes the video as an "Example of a project I worked on for the Robotics Education & Competition Foundation" and states, "All rights belong to the Robotics Education & Competition Foundation." RECF does not control that channel. Paragraph 9 of the Injunction binds VEX's and IFI's "officers, agents, servants, employees, and attorneys." If VEX believes continued display of this video violates the Injunction, its remedy lies with its own personnel. Demand C is addressed as to everything within RECF's control.

- **Item D — social-media group.** The group VEX appears to describe is a Facebook group administered by RECF personnel. VEX's letter did not identify the post it complains of. Upon review, RECF located and removed VEX-related instructional content that a third party had posted, and the group's administrators have implemented post-approval moderation so that future submissions are screened before publication. RECF notes that VEX had the same visibility into this group that RECF had — an IFI employee is a member — yet VEX's August 5 letter was the first time VEX raised the issue. Demand D is addressed.

- **Item E — LinkedIn Specialties field.** The entry VEX cites was a legacy artifact of the Parties' sixteen-year relationship, predating this dispute by years. It has been removed, and RECF's marketing team has swept RECF's other social-media profiles for similar legacy descriptors. Paragraph 20(f) protects "stating truthfully the status of the Parties' relationship," and truthful historical references remain what they are; but the field VEX identified has been updated as demand E requested. Demand E is addressed.

## III. The Cross-Notice Does Not Offset or Excuse VEX's Violations.

First, the contrast between the Parties' responses to Paragraph 22 notices is now a matter of record. RECF responded to VEX's notice the way the Injunction contemplates: it corrected the transitional items within hours — without admission — and it is answering the disputed item on the merits. VEX responded to RECF's notice by refusing every demand and declaring there was "nothing to cure," while never denying the conduct itself. The Court will have both letters.

Second, none of the five items in VEX's cross-notice bears on VEX's obligation to sell products to the public, and they do not excuse or justify VEX's destruction of the status quo

or its refusal to restore it. RECF's Motion to Enforce addresses that conduct, and this letter does not repeat it.

**IV. Confirmation and Reservation of Rights.**

This letter constitutes RECF's written confirmation under item (F) of VEX's cross-notice, expressly without admission that any violation occurred, and none shall be construed as such. Nothing in this letter is, or shall be construed as, a waiver or election of any of RECF's rights, claims, counterclaims, or third-party claims, or of any remedy, all of which are expressly reserved.

We remain available to discuss compliance — including VEX's — and we reiterate the request in Section I.F. that VEX produce its comparative analysis.

Very truly yours,



**Richard Liu**

Managing Partner

**ILS, LLP**

cc: Joseph A. Fischer III, Jackson Walker L.L.P.

# EXHIBIT 11

EXHIBIT 11

Filed 8/17/2026 8:24 AM
Susan Spradling
District Clerk
Hunt County, Texas
KK
RL

CAUSE NO. 96313

| | |
|---|---|
| **VEX ROBOTICS, INC.,** | **IN THE DISTRICT COURT** |
| **Plaintiff/Counter-Defendant** | |
| **v.** | |
| **ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.,** | **354TH JUDICIAL DISTRICT** |
| **Defendant/Counter-Plaintiff/Third-Party Plaintiff** | |
| **v.** | |
| **INNOVATION FIRST INTERNATIONAL, INC.,** | |
| **Third-Party Defendant** | **HUNT COUNTY, TEXAS** |

**ORDER DENYING VEX ROBOTICS, INC.'S COUNTERMOTION TO ENFORCE INJUNCTION AGAINST ROBOTICS EDUCATION AND COMPETITION FOUNDATION, INC.**

Pending before the Court is VEX Robotics, Inc.'s ("VEX") Countermotion to Enforce Injunction Against Robotics Education and Competition Foundation, Inc. ("RECF") (the "Countermotion"). The Court, having considered all pleadings on file as of the time of this Order, the competent evidence, the applicable law, and the arguments of counsel FINDS that the Countermotion should be and is hereby **DENIED**.

SIGNED this ________ day of __________________, 2026 at _____ ___.m.

______________________________
JUDGE PRESIDING

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Theron Bentz on behalf of Maggie Burreson
Bar No. 24116150
tbentz@jw.com
Envelope ID: 118688806
Filing Code Description: Proposed Order
Filing Description: Proposed Order Denying VEX Robotics, Inc.'s Countermotion to Enforce Injunction Against Robotics Education and Competition Foundation, Inc.
Status as of 8/24/2026 7:52 AM CST

Associated Case Party: Robotics Education & Competition Foundation, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Justin Lee | | jlee@jw.com | 8/17/2026 8:24:28 AM | SENT |
| Dalia Vicencio | | dvicencio@jw.com | 8/17/2026 8:24:28 AM | SENT |
| Maggie Burreson | | mburreson@jw.com | 8/17/2026 8:24:28 AM | SENT |
| Joseph Fischer | | tfischer@jw.com | 8/17/2026 8:24:28 AM | SENT |
| Theron Bentz | | tbentz@jw.com | 8/17/2026 8:24:28 AM | SENT |
| Richard Liu | | richard.liu@consultils.com | 8/17/2026 8:24:28 AM | SENT |
| Jared Xu | | jared.xu@consultils.com | 8/17/2026 8:24:28 AM | SENT |
| D. Robert DeLoit, Jr. | | rdeloit@jw.com | 8/17/2026 8:24:28 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cheryl Leger | | cleger@jw.com | 8/17/2026 8:24:28 AM | SENT |
| Juana Sauceda | | jsauceda@jw.com | 8/17/2026 8:24:28 AM | SENT |
| Yolanda Lopez | | ylopez@jw.com | 8/17/2026 8:24:28 AM | SENT |

Associated Case Party: VEX Robotics, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joel E.Geary | | jgeary@wslawpc.com | 8/17/2026 8:24:28 AM | SENT |
| Grant B.Stock | | gstock@wslawpc.com | 8/17/2026 8:24:28 AM | SENT |
| Penny Rogers | | progers@wslawpc.com | 8/17/2026 8:24:28 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Theron Bentz on behalf of Maggie Burreson
Bar No. 24116150
tbentz@jw.com
Envelope ID: 118688806
Filing Code Description: Proposed Order
Filing Description: Proposed Order Denying VEX Robotics, Inc.'s Countermotion to Enforce Injunction Against Robotics Education and Competition Foundation, Inc.
Status as of 8/24/2026 7:52 AM CST

Associated Case Party: VEX Robotics, Inc.

| | | | | |
|---|---|---|---|---|
| Penny Rogers | | progers@wslawpc.com | 8/17/2026 8:24:28 AM | SENT |
| James MWelch | | jwelch@wslawpc.com | 8/17/2026 8:24:28 AM | SENT |
| Matthew PLindner | | mlindner@wslawpc.com | 8/17/2026 8:24:28 AM | SENT |
| George Alexander | | george@curtisalexander.net | 8/17/2026 8:24:28 AM | SENT |
| Belinda Chambers | | belinda@curtisalexander.net | 8/17/2026 8:24:28 AM | SENT |
| Darline Zenteno | | darline.zenteno@mccalla.com | 8/17/2026 8:24:28 AM | SENT |
| Matthew Lindner | | mlindner@wslawpc.com | 8/17/2026 8:24:28 AM | SENT |
| Penny Rogers | | progers@wslawpc.com | 8/17/2026 8:24:28 AM | SENT |

# EXHIBIT 12

EXHIBIT 12

FILED 08/21/2026 at 04:52 P.M.
Susan Spradling,
District Clerk, District Court
Hunt County, Texas
RL

CAUSE NO. 96313

| | |
|---|---|
| **VEX ROBOTICS, INC.,**<br>*Plaintiff/Counter-Defendant,*<br>**VS.**<br>**ROBOTICS EDUCATION & COMPETITION FOUNDATION, INC.,**<br>*Defendant/Counter-Plaintiff/Third-Party Plaintiff,*<br>**VS.**<br>**INNOVATION FIRST INTERNATIONAL, INC.**<br>*Third-Party Defendant* | **IN THE DISTRICT COURT**<br>**354TH JUDICIAL DISTRICT**<br>**HUNT COUNTY, TEXAS** |

## Order Denying RECF's Emergency Motion to Enforce ~~and Granting VEX's Countermotion to Enforce the Agreed Temporary Injunction~~

On this day, the Court considered Defendant Robotics Education and Competition Foundation, Inc.'s Emergency Motion to Enforce the Agreed Temporary Injunction is DENIED in its entirety, ~~and VEX Robotics, Inc.'s Countermotion to Enforce the Agreed Temporary Injunction is GRANTED.~~

~~The Court further finds that RECF's continued publication, distribution, and use of the RECF Tier Takeover Game Manual, Version 1.1, and the RECF Pinnacle~~

Game Manuals, Versions 1.2 (collectively, the "Challenged Manuals") violates Paragraph 14(b) of the Court's May 29, 2026 Agreed Temporary Injunction (the "Injunction") and is not authorized by Paragraphs 19(c), 19(d), or 19(i).

RECF, including the persons bound under Paragraph 9 of the Injunction who receive actual notice of this Order, is ORDERED immediately to:

a. cease publishing and distributing the Challenged Manuals and remove them from each website, platform, repository, and other distribution channel within RECF's possession or control;

b. cease using the Challenged Manuals to promote, manage, operate, or hold the Tier Takeover or Pinnacle competitions; and

c. refrain from publishing, distributing, or using any revision or successor manual that copies, reproduces, substantially imitates, or intentionally replicates unique VEX Competition Materials, including by retaining the copying or substantial imitation reflected in the Challenged Manuals.

Within five business days after entry of this Order, RECF shall file and serve a sworn written certification by an RECF officer with personal knowledge confirming compliance with the preceding restraints. The certification shall identify each distribution channel from which the Challenged Manuals were removed and the removal date; the steps taken to stop their distribution and use in RECF competitions; and any revision or successor manual published, distributed, or used after entry of this Order, identified by title, version, and publication date.

Nothing in this Order prevents RECF from independently and in good faith developing and using replacement manuals that comply with the Injunction.

VEX is the successful enforcing party under Paragraph 22 of the Injunction and is entitled to recover its reasonable and necessary attorneys' fees incurred in this enforcement proceeding. The Court reserves determination of the amount of those fees for a later submission and ruling.

This Order enforces and does not modify the Injunction. The Injunction remains in full force and effect, and the Court retains jurisdiction to enforce both the Injunction and this Order.

SIGNED on August 21, 2026.

K.R. McGr

Judge Presiding

8/21/26
Parties are ORDERED to get a continuation hearing set on Vex's Countermotion.
KMR

# EXHIBIT 13

EXHIBIT 13

Filed 9/4/2026 2:58 PM
Susan Spradling
District Clerk
Hunt County, Texas
CF

**CAUSE NO. 96313**

| | |
|---|---|
| **VEX ROBOTICS, INC.,**<br><br>*Plaintiff/Counter-Defendant,*<br><br>**vs.**<br><br>**ROBOTICS EDUCATION & COMPETITION FOUNDATION, INC.,**<br><br>*Defendant/Counter-Plaintiff/ Third-Party Plaintiff,*<br><br>**vs.**<br><br>**INNOVATION FIRST INTERNATIONAL, INC.**<br><br>*Third-Party Defendant.* | **IN THE DISTRICT COURT**<br><br>**354TH JUDICIAL DISTRICT**<br><br>**HUNT COUNTY, TEXAS** |

**NOTICE OF HEARING ON PLAINTIFF VEX ROBOTICS, INC.'S COUNTERMOTION TO ENFORCE INJUNCTION AGAINST ROBOTICS EDUATION AND COMPETITION FOUNDATION, INC.**

Please be advised that *Plaintiff Vex Robotic, Inc.'s Countermotion to Enforce Injunction Against Robotics Education and Competition Foundation, Inc.*, filed with the court on August 14, 2026, has been scheduled for hearing on the **18th day of September, 2026 at 2:30 p.m.**

SIGNED this 4th day of September, 2026.

[signature]

JUDGE PRESIDING

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Penny Rogers on behalf of Joel Geary
Bar No. 24002129
progers@wslawpc.com
Envelope ID: 119506168
Filing Code Description: Notice
Filing Description: Notice of Hearing on Plaintiff Vex Robotics, Inc.'s CounterMotion to Enforce Injunction Against Robotics Education and Competition Foundation, Inc.
Status as of 9/8/2026 8:17 AM CST

Associated Case Party: VEX Robotics, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joel E.Geary | 24002129 | jgeary@wslawpc.com | 9/3/2026 3:16:57 PM | SENT |
| Grant B.Stock | 24033240 | gstock@wslawpc.com | 9/3/2026 3:16:57 PM | SENT |
| Penny Rogers | | progers@wslawpc.com | 9/3/2026 3:16:57 PM | SENT |
| James MWelch | 785210 | jwelch@wslawpc.com | 9/3/2026 3:16:57 PM | SENT |
| Matthew PLindner | 24098001 | mlindner@wslawpc.com | 9/3/2026 3:16:57 PM | SENT |
| George Alexander | 992600 | george@curtisalexander.net | 9/3/2026 3:16:57 PM | SENT |
| Belinda Chambers | | belinda@curtisalexander.net | 9/3/2026 3:16:57 PM | SENT |
| Darline Zenteno | | darline.zenteno@mccalla.com | 9/3/2026 3:16:57 PM | SENT |
| Matthew Lindner | 24098001 | mlindner@wslawpc.com | 9/3/2026 3:16:57 PM | SENT |
| Penny Rogers | | progers@wslawpc.com | 9/3/2026 3:16:57 PM | SENT |

Associated Case Party: Robotics Education & Competition Foundation, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Justin Lee | 24097982 | jlee@jw.com | 9/3/2026 3:16:57 PM | SENT |
| Dalia Vicencio | | dvicencio@jw.com | 9/3/2026 3:16:57 PM | SENT |
| Maggie Burreson | 24116150 | mburreson@jw.com | 9/3/2026 3:16:57 PM | SENT |
| Joseph Fischer | 789292 | tfischer@jw.com | 9/3/2026 3:16:57 PM | SENT |
| Theron Bentz | | tbentz@jw.com | 9/3/2026 3:16:57 PM | SENT |
| Richard Liu | | richard.liu@consultils.com | 9/3/2026 3:16:57 PM | SENT |
| D. Robert DeLoit, Jr. | 24149185 | rdeloit@jw.com | 9/3/2026 3:16:57 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Penny Rogers on behalf of Joel Geary
Bar No. 24002129
progers@wslawpc.com
Envelope ID: 119506168
Filing Code Description: Notice
Filing Description: Notice of Hearing on Plaintiff Vex Robotics, Inc.'s CounterMotion to Enforce Injunction Against Robotics Education and Competition Foundation, Inc.
Status as of 9/8/2026 8:17 AM CST

Associated Case Party: Robotics Education & Competition Foundation, Inc.

| | | | | |
|---|---|---|---|---|
| D. Robert DeLoit, Jr. | 24149185 | rdeloit@jw.com | 9/3/2026 3:16:57 PM | SENT |
| Jared Xu | | jared.xu@consultils.com | 9/3/2026 3:16:57 PM | SENT |
| Tre Fischer | 789292 | tfischer@jw.com | 9/3/2026 3:16:57 PM | SENT |

Case Contacts

| **Name** | **BarNumber** | **Email** | **TimestampSubmitted** | **Status** |
|---|---|---|---|---|
| Cheryl Leger | | cleger@jw.com | 9/3/2026 3:16:57 PM | SENT |
| Juana Sauceda | | jsauceda@jw.com | 9/3/2026 3:16:57 PM | SENT |
| Yolanda Lopez | | ylopez@jw.com | 9/3/2026 3:16:57 PM | SENT |

# EXHIBIT 14

CAUSE NO. 96313
REPORTER'S RECORD

| | | |
|---|---|---|
| VEX ROBOTICS, INC., | )( | IN THE DISTRICT COURT OF |
| | )( | |
| VS. | )( | HUNT COUNTY, TEXAS |
| | )( | |
| ROBOTICS EDUCATION & COMPETITION FOUNDATION, INC., | )( | 354TH JUDICIAL DISTRICT |

**************************

HEARING ON MOTIONS

**************************

On the 17th day of August, 2026, the following proceedings came on to be heard in the above-entitled and -numbered cause before the Honorable KELI AIKEN, Judge presiding, and held in Greenville, Hunt County, Texas:

Proceedings reported by machine shorthand.

# A P P E A R A N C E S

MR. JOEL E. GEARY
SBOT NO. 24002129
WADDELL SERAFINO GEARY RECHNER JENEVEIN, PC
1717 Main Street, 25th Floor
Dallas, Texas 75201
Phone: 214-979-7400
ATTORNEY FOR THE PLAINTIFF

MR. JUSTIN V. LEE
SBOT NO. 24097982
JACKSON WALKER, LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201-2725
Phone: 214-953-6072
ATTORNEY FOR THE DEFENDANT

INDEX
REPORTER'S RECORD

AUGUST 17, 2026 Page

Caption.................................... 1
Proceedings................................ 2
Opening Statement by Mr. Lee................ 5
Opening Statement by Mr. Geary.............. 12

| PLAINTIFF'S WITNESSES | Direct | Cross |
|---|---|---|
| BAILEY KAHL | 17 | -- |

Adjournment................................ 64
Court Reporter's Certificate................ 65

P R O C E E D I N G S

(Open court, 2:16 p.m.)

THE COURT: So this is 96313, VEX Robotics versus Robotics Education and Competition Foundation.

You guys have a hearing set for motion to enforce.

MR. LEE: Yes, Your Honor.

THE COURT: Okay. Whenever you're ready.

MR. GEARY: And just to clarify, Your Honor, we, in our response to their motion to enforce -- we filed a counter-motion to enforce. So that's also in front of the Court.

THE COURT: All right. Thank you.

When you guys get ready to do your arguments, can you tell my court report your name, so she has your name on the record?

MR. LEE: Yes, Your Honor. Justin Lee on behalf of RECF, which is the shorthand we're using for Robotics Education and Competition foundation.

Also here with me, Mr. Azar, David Azar; my colleague, Rob DeLoit. And then we also have the CEO of RECF, Dan Mantz; and Ryan Osweiler, the vice president.

THE COURT: Okay.

MR. LEE: Before we proceed, Your Honor, there was just one housekeeping note. We filed three

pro hac vice motions for Mr. Azar and two of his partners. All three motions were unopposed. I do have proposed orders, if I could give those to the Court at some point before the end of the hearing, so we could get signatures on those. Would that be okay?

THE COURT: Sure.

MR. LEE: Thank you, Your Honor.

Your Honor, we're here today. It's essentially a business divorce case. In terms of background, RECF is a nonprofit based here in Greenville. VEX Robotics is a full profit corporation also based here in Greenville.

The two parties were linked at one point in time. They partnered together. VEX essentially manufactured the components to use in robotics competitions and other areas. And RECF administered the competitions, managed relationships, that sort of thing.

Dispute arose between the parties that called in the filing of the lawsuit. I do have a copies of a timeline, copies for counsel, and for Your Honor, if you would like a copy.

May I approach?

THE COURT: Sure. Thank you.

MR. LEE: And, Your Honor, the timeline, I think, gives a pretty good summary of how we got to

where we are today. There's a lot of allegations both parties have claimed against one another. The parties did confer and agreed on a temporary injunction that's the subject of the motion today. That was signed on May 29th, 2026, I believe, by Judge Duncan.

And so, without getting into all the nitty-gritty about the back and forth, this is essentially a business divorce case.

There is a dispute as we stand here today, based on what is the status quo. When this order was entered, there was -- it says in -- and we'll get into the particular paragraphs here in a moment, but it was to maintain the status quo.

And so, part of the status quo is the way the arrangement had worked before was that VEX Robotics would make their components, their game components, to be used in these robotics competitions across the country available to the public in large, in addition to RECF.

What has precipitated our request for relief here is we learned -- in June we received some initial indications. As we gathered more information, we conferred with the other side, started gathering more information from a number of declarants. Those declarations were attached to our motion, Your Honor,

from different educators across the country.

We learned the true nature and extent of what was happening. In short, what happened is VEX placed all of these products behind a paywall. So in order to get access to these components, you had to pay a registration fee, which, in essence, you're now a registered user of VEX, registering a VEX team to be able to purchase these products.

That occurred on June 10th, about 15 minutes -- if you look at the timeline, Your Honor, about 15 minutes after RECF released it's 2026-27 game manual. Now working backward from there. Part of what the parties agreed to in the temporary injunction while they continued to work through the various issues that they have, was to try to litigate this matter efficiently. We have the upcoming season of essentially robotics competitions. So for the 2026-27 school year, those competitions have already entered the plan for those.

Part of the agreement was that the parties would run separate competitions. So now, in lieu of RECF running all of the competitions and VEX merely providing products, now VEX is providing products and can run their own competitions. RECF can run its own competitions with the understanding, as set forth in the

order, that RECF will be able to use, order, and utilize VEX products in their own competitions.

And this applied to anyone who was providing a team, or registering a team for an RECF event. And these game elements have been publically available since at least 2009.

I'm happy to get into as much detail as you like, but Mr. Osweiler's declaration references sort of the history and the background on how that process would work in terms of getting the products, and then being able to use them in the competition.

VEX's own verified pleading in paragraph 12 of the original petition, states -- and I do have a copy if you would like to see it, Your Honor. It says in addition to managing, operating, and promoting VEX robotic competitions, VEX and RECF contractually agreed that VEX would sell and deliver VEX robotics-related products to RECF or to third parties, for the benefit of RECF.

The injunction says in paragraph 12 on page 3, "The Court is entering this injunction at the request of the Parties in order to preserve the status quo, prevent confusion, attempt to minimize the continued accrual of alleged damages, and reduce the risk of irreparable harm, and allow for the orderly and regular

conduct of discovery and litigation of the Parties' dispute."

So the status quo prior to the -- prior to the dispute arising, which is when VEX filed its lawsuit on April 28th, 2026, the public at large and RECF were permitted to buy VEX products to use in their competitions. So that was the status quo at that point in time.

Subsequent to that, on June 10th, we receive the first indication there was now a paywall, where you had to register and pay a fee in order to even be able to view products. The declaration is going into some detail. Every person's experience was a little bit different. But, essentially, in a nutshell, it's this, "If you want to use these products, you have to register." And that's a fee affecting anyone who desires to participate in a RECF participation.

A number of these participants are public school districts with limited funds where a $200 registration fee is substantial. Additionally, there are declarations -- specifically, I will point you to the declaration of -- excuse me for just a moment, Your Honor. My notes got messed up here.

THE COURT: Did you put anything in the agreement to establish what the status quo was?

MR. LEE: Yes, Your Honor. So there's a few things. So, number one, what the caselaw says is that the status quo is the last actual peacable non-contested status of the parties to the controversy, which preceded the pending suit. Which, again, would have been prior to VEX filing the lawsuit.

As acknowledged in VEX's own petition, there was a contractual obligation to provide products to RECF for the use of the competitions. That was the status quo. The status quo has now changed. Now you have to pay a registration fee and there's no guarantee that you're going to get products.

And so, what is creating the immediate action or the immediate reason that we need to come to the Court, registrations have already started, school districts are planning these competitions, RECF is planning these competitions, and there's now this barrier to entry that did not exist before, which is a fundamental change in the status quo, Your Honor.

THE COURT: Has anyone paid the fee?

MR. LEE: Our understanding is there are some who have. And that's referenced in a couple of the declarations, Your Honor.

THE COURT: And you're telling me they still aren't able to get access to the material -- the

product.

MR. LEE: In certain situations, certain school districts are unable to pay registration fees to be able to get the products. In one instance, there was a declarant who stated that in order to pay the -- the school district would not permit them to pay the registration fee for a competition they weren't going to enter.

And so, where we find ourselves, Your Honor, is prior to the lawsuit being filed, the status quo was anyone could purchase these products without having to go through a paywall. Now you have to go through a paywall, which is prohitably [sic] expensive for some. But in any event, creates a funneling process now. Where now VEX sends their own competitions, and it has the effect, we would submit, of pushing participants towards VEX competitions.

And so, what we're asking for here, Your Honor, is simply returning the status quo. It's very straight forward. We would like the paywall to come down.

We would like to proceed with things as business was being run before the lawsuit was filed and, frankly, up until June 10th, the ability for RECF participants to be able to go to VEX, go to the website,

and order the components that their students need to participate in these competitions.

THE COURT: So isn't the essential question whether or not the establishment of the paywall changed the status quo?

MR. LEE: I believe that's correct, Your Honor.

THE COURT: Okay. All right.

MR. GEARY: Joel here and Grant Stock, for VEX Robotics. I apologize in advance, my cocounsel George Alexander is not here.

THE COURT: Oh, I like him so much better. No, I'm kidding. Everybody likes George. He's the nicest guy ever.

MR. GEARY: This hearing was set without consulting us and unfortunately George is on vacation so I told him I would just soldier on without him. But I've also got here with me John Harvey as general counsel. Tony Norman, who is the CEO of the company. And then, Bailey Kahl, who was a game designer for us.

So I'm going to address some of the arguments they made. But before I do that, I want you to keep something in mind that's kind of a single basic proposition that runs through this whole thing, okay?

Originally, RECF had no competitions.

These were VEX competitions that VEX had been running for decades. RECF came in to help VEX run. They don't build their own robotics. They don't do anything other than help us run the competitions.

When this divorce happened, they said they wanted to run their own competition. We said, "Okay, you go run your own competition, but better not be our competition, because if it is, you're taking our teams and trying to get them over to your competition."

So there was the divorce and that was the status quo. It was a divorce. They were going to run their competitions. We were going to run ours. Okay?

The injunction is very clear. And I negotiated it, so I know what is in there. And it says you cannot build your games around our games. Because my concern was actually what's happening, which is if they're games look just like ours and incorporate our products, which they do, then their teams are going to be convinced to leave us and go to them. Okay.

If they had told me that, "Yes, we're going to start new games, and we're going to use VEX robots or robots from Lego or whoever," I'd have said, "That's fine. You can use whatever robots you want."

But if they would have said then that, we're going to design our games to look just like yours

and the products that you built for the game season, your game season, the cups, all those sorts of things that go on the field -- if they had told me they were going to design their game to include that, I would have never agreed to the injunction because then their games look exactly like ours. Okay?

And that's what this whole thing is about. So when they made a conscious decision to mimic our game play, why did they do that? Because they knew a lot of these teams had already built robots around the VEX dimensions and they wanted those teams to be able to leave VEX and come to RECF.

They wanted to take those teams away from VEX, so they purposely designed their games to substantially imitate the VEX games. Not only is that a violation of the injunction, which we've got in front of you today, the designed decision puts them in the very situation they are in now.

And that is that they design games around our products and we have a limited availability of those products. And those products need to go to our teams.

Once they released their game manuals and we saw that they had designed their games around our games, we knew we had to shut down the slae of the game elements because our teams have to be able to use those

elements, okay?

So paragraph 14(b) of the injunction prohibits them from using VEX Competition Materials in promoting, managing, operating, or holding any RECF Competitions, or otherwise copying, using, referencing, or linking to the materials.

Now the materials are the game manuals, the game design manuals. They typically take between eight to ten months to come to full fruition with a team of engineers and a team of robotics experts putting together those game manuals.

And VEX's Game Design Committee did that for the upcoming 2026-27 season all throughout the summer and fall of last year, okay? 11 days after the Court entered the injunction, which was -- 11 days was June 10th. The Court entered it on May the 29th.

On June the 10th, RECF published its game manual for the games they plan to promote is what they call Tier Takeover and Pinnacle. Pinnacle has two different games within it for two different age groups. It's called Pinnacle Achieve and Pinnacle Aspire. They then updated those manuals later in July, last month.

Now, although they changed names, ordering presentations to rule logic and point values, the details of those manuals and those games show that they

are a substantially identical implementation of our games. Okay? That includes so much. But not just limited to distinct scoring systems, mat structures, skill formats --

(The reporter asks for clarification.)

THE COURT: You're using a lot of terms she doesn't normally hear so you have to slow down a little bit.

MR. GEARY: I gotcha. So as I was saying --

THE COURT: The problem is I'm a geek and I'm following it. Sorry.

MR. GEARY: So as I was saying, in several areas, there's substantial identical implementation for VEX games and competition functions that include distinctive scoring systems, mat instructors, skill formats, and term administration mechanisms.

Now, most importantly to this hearing as I mentioned, they design those games around the use of our varied game elements and game fields, the things that we produce and we manufacture for our games.

Once they decided to incorporate the fields and the elements that made their games identical to ours, that meant there was going to be extra demand for that material. And we've got a limited amount -- it's

already been manufactured -- for our teams. So we put up a paywall and shut it down.

There's nothing in the injunction, nothing that prohibits us from doing that. Now I do think it's important for you to hear from a witness, his name is Baily Kahl. He's our game designer. And I think his evidence backs up what I'm saying here.

So if you don't mind, I would like to call him as a witness.

THE COURT: Okay.

MR. GEARY: Mr. Kahl.

THE WITNESS: Sorry. I figured it would help to bring some visual aids.

THE COURT: Yes, sir.

(Witness was sworn by the Court.)

**BAILEY KAHL,**

having been first duly sworn, testified as follows:

**DIRECT EXAMINATION**

**BY MR. GEARY:**

Q. Mr. Kahl, are you employed by VEX Robotics?

A. Yes, sir.

Q. What's your title?

A. Mechanical designer of VEX Robotics.

Q. Can you provide the Court a brief description of your history as an employee of VEX Robotics?

A. Yeah, sure. So I was hired as a seasonal mechanical engineering intern when I was in college, starting in the summer of 2017. I fulfilled that role through the year 2020. And then I was hired on full time in 2022 as a mechanical designer. And I joined the Game Design Committee in March of 2023.

Q. Can you just tell the Court briefly what the Game Design Committee is?

A. Yeah. So it's a group of engineers, robotics experts, community members, and things like that. We all come together and meet to design a new robots competition game each year for multiple competitions.

So we focus mainly on two competitions, the VEX IQ Robotics Competition and the VEX V Robotics Competition. And we spend a few months, like you said, between eight to ten each year, designing those games for the subsequent season.

Q. And just for purposes of clarity, you're talking about the Game Design Committee to design games for VEX Robotics games?

A. That's correct. So basically our sole responsibility is to design games.

Q. Before you joined VEX did you have any experience in robotics competitions?

A. Yeah. Absolutely. So when I was in high

school I started competing in VEX, when I was a sophomore in high school. So I believe that would have been the year 2012. I competed in VEX for three years. I also competed in other robotics competitions when I was in high school.

When I graduated high school, I continued to support VEX Robotics Competitions as a coach and volunteer. I also coached and volunteered in other robotics competitions. And then followed up with getting hired professionally by VEX.

Q. Do you believe you have a pretty good background in understanding and experience with designing games, playing games, leading teams in games for robot games?

A. Yeah, absolutely. I'm 29 years old and I've been doing this since I was 15. So almost half my life has been involved in some way, shape, or form with competitive robotics.

Q. What were you asked to do in this case?

A. I was asked to, when the RECF released their game manuals, to do a comparative analysis between the VEX game manuals and our competition materials, and what the RECF had released. I was asked to identify similarities that I deemed were imitations or copies.

I was asked to identify similarities that

could be attributed to general robotics concepts that could be seen in any competition. And I was asked to identify any divergences, as well. So any clear decisions they made that were different than hours.

Q. Did you review the former -- the ones I issued I think on June the 10th, the former versions of the RECF game manuals and the newer versions that were issued in July?

A. Yes, sir. I've reviewed every release and every subsequent update that the RECF has made to their manuals.

Q. And what were the names of the games RECF assigned to them?

A. I believe the IQ equivalent is Tier Takeover and the VEX V5 equivalent is Pinnacle.

Q. And VEX V5, does that have a specific name for this year's competition season?

A. Yeah. So in the VEX V5 Robotics Competition, the VEX game is named Override.

Q. Are the manuals that you reviewed attached to the declaration you submitted in this case?

A. Yes. So the latest VEX game manuals are attached as exhibits.

Q. RECF manuals?

A. Yes, sir.

Q. When you reviewed the manuals did you attempt to distinguish between generic similarities that might naturally arise in any robotics competition, as opposed to specific similarities between the VEX and RECF?

A. Yeah, absolutely. And I was looking at anything that I could attribute to say, yes, any robotics competition would have that. But I was also going a step deeper to say any robotics competition might have, for example, a robot size limit.

But I was also keenly interested in their exact implementation of that size limit. So not just that they had a size limit, how did they enforce that, and write a rule around that.

Q. I want to talk to you first about the RECF game named Tier Takeover.

A. Yes, sir.

Q. Are there substantial limitations in the game play between RECF Tier Takeover and VEX's Level Up?

A. Yeah, absolutely. And I've laid out at least a couple of them in my declaration. I think there's numerous things I can point to in their game manual release that I can say is an imitation or a copy of our game.

Q. Well, let's talk about those now.

A. Sure.

Q. Scoring hierarchy.
A. Yes, sir.
Q. Does that mean anything to you?
A. Yeah. So the best way I could describe scoring hierarchy -- similar to basketball, right? A free throw is one point. Regular shot is two points. A three-point shot is three points.
And in our scoring hierarchy for VEX, the VEX IQ game we have bean bags and those bean bags are scored on a pyramid goal. And that pyramid goal has three distinct levels.
So as you get higher in that goal, you score more points. In the VEX game, those levels are identified as level one, level two, level three, and level four, or, colloquially, L1, L2, L3, L4 and the scoring progresses to higher point values as you progress through those levels.
If you look at the RECF Tier Takeover game manual, the exact same kind of scoring hierarchy, as well. You're scoring bean bags on multiple levels. And as you progress through those levels, you score more points. It becomes even more apparent when you also start to look at how the colors of the game objects relate to that scoring hierarchy. There are multiple colors in our games. The bean bags are red, blue --

Q. Let me stop you just a minute.
A. Yes, sir.
Q. You mentioned the phrase, "game objects."
A. Yes, sir.
Q. Would you explain that. I've talked about it, but I'm not a robot --
A. Yeah, sure. I understand.
Q. What is a game object?
A. Yeah. So just like -- well, stick with basketball, right? The game object or scoring element in basketball would be that physical basketball. In VEX game we also need something for the robots to manipulate and score points with.
I have some examples here. These are from the V5 game so we'll talk about that later. But these are the actual elements the robots are picking up and manipulating over the course of the game to score points.
Q. And those elements, those are designed by the Game Design Committee in the process of designing the game?
A. That's correct. So the Game Design Committee will create this game idea and sort of develop these criteria and constraints that we want the game to operate under. And the effects engineering team itself

will take those criteria and constraints and create game elements that fit these definitions, criteria, and constraints that the committee itself, as a whole, creates.

THE COURT: So the trick is if you'll take a pause after your sentences and catch your breath, it will have give her a chance to keep up with you.

All right. Go ahead.

Q. (BY MR. GEARY) So we were talking about the similarities you identified between the RECF Tier Takeover game and the VEX Level Up game.

What is control or handoff mean?

A. Yeah. So that was up until the RECF released their game would be what I would call a pretty unique element to the VEX IQ Robotics Competition. So the VEX IQ Robotics Competition is geared towards elementary and middle school kids. So a much younger age group.

And if any of you guys have kids, if you ever interacted with kids, we know they love to make mistakes. It's really what they're good at. And one of the things we incorporated into the game is sort of some freedoms to, kind of, enable these kids to make mistakes and move on. But also to get a bunch of kids involved in the games and making sure that, you know, everyone is getting involved and there's not just one kid getting

the glory, or all of the opposite of glory if they do make a mistake.

So in VEX IQ it's a 60-second match and there's two students standing at the field that are identified as drivers. One of the student begins the match with the controller in their hand. It looks just like a PlayStation or XBox controller. And that's what they're using to actually manipulate the robot and move it around the field.

So they start the match for approximately -- one-half of the match they will hold the controller and operate the robot.

In our rules we require a controller handoff, which means the first driver has to hand the controller to the second driver. And that has to happen between 25 and 35 seconds into the match.

So in the RECF implementation of their game, they have also a 60-second match. They also require two drivers. And they also require the controller to be handed off sometime between 25 and 35 seconds. So they identified -- or they created what they call their own original idea.

It's not an original idea. It's taken from VEX Competition. It's implemented exactly the same as a VEX Competition as the exact same timeframe of the VEX

competition.

Q. What is drop score methodology?

A. Yeah, again, that gets back into a little bit of this idea of helping to support the younger kids in making sure that, you know, these kids feel supported.

Over the course of a competition they participate in multiple qualification matches. What that does is it, kind of, sets them up to see who is the best of the best, or ranking the teams to figure out who are the best teams at that competition.

Over the course of those, usually between six or eight matches of qualification, a mistake might happen and a kid, you know, drops a game object and they don't get points for it or something. And we don't want that to negatively affect them too much, so we give them --

Q. Let me stop you just a second. When you say a kid drops something, what you mean is there's a kid controlling the robot that's on the field?

A. Correct.

Q. And the robot is manipulating these objects and then something bad happens, kid gets distracted, and the object drops, is that what you're --

A. Right. So they get, like, a mulligan in golf, for example. So we basically drop that score from their

average point value. And so, that -- the rankings are adjusted based on us not even paying attention to that match having happened.

So their least amount of points they score in a single match over those qualification matches, that score immediately gets dropped from their average. So we don't care about that.

That's been a really popular kind of implementation in VEX. The teams really appreciate it. The kids enjoy it. The coaches enjoy it. 'Cause, like I said, it gives them the free mulligan. When the RECF released their Tier Takeover game manual, the exact same kind of idea appeared in their game manual, which was that last -- that lowest score is ignored in the rankings.

Q. What are minimum match counts?

A. Yeah. So minimum match counts are the minimum amount of matches an event needs to run, depending on what type of event it is, whether or not it's like a local event or a qualifying event is what we could call it, which would be required to be advancing to later competitions.

In the VEX Robotics Competition for IQ, it's six minimum matches for a regular event or eight minimum matches for a world's qualifying or advancing

event. In the RECF implementation of their competition it is exactly the same as ours. So their local events they require six matches. And then their qualifying events require eight.

Q. So identical to VEX game?

A. Identical.

Q. What are stop time tiebreakers?

A. So stop time tiebreakers -- we're going to set up a little bit of context to kind of explain a certain part of our competition here that's important to this stop time tiebreaker idea.

In the VEX Robotics Competitions we have what I would call, quote, unquote, normal matches, which is -- in IQ, it's when the two teams are working together to score their most amount of points they can together. In V5 is when two teams compete against two other teams and they're seeing who can beat each other.

In the VEX Robotics Competition, we also have a really unique other competitive avenue which we call skills. That's basically the one team alone on the field for 60 seconds, race against the clock to see how many points they can score.

THE COURT: Sir, just so you know, she's literally typing the words as you say them. She's about to get you. She's about to get you. She's been giving

me some looks.

THE WITNESS: I'll try and slow down. I'm sorry.

THE COURT: Look, I understand how much you understand it. But for her to keep up with you and make sure it's an accurate record, we have to have it a little bit slower. 300 words a minute is probably the max of their skill set. You're running 340, 360.

THE WITNESS: Sure. Sorry. I'm from New England. I talk really fast.

THE COURT: I'm trying not to have her have to get on to you because she's really nice and it upsets her to do that. But when her eyes start rolling out of her head, it's a sign. She'll look at you.

All right. Go ahead.

THE WITNESS: Where were we, Joel?

Q. (BY MR. GEARY) Stop time tiebreakers.

A. So we just explained some skills and what skills is in our competition. So stop time tiebreakers comes in in IQ, but also in skills. And basically what that is, is it's a way to identify how much time is left on the clock when a team says this is what our final score is.

And if another team also has that same final score, the way we break apart that tiebreaker is

with that stop time. So it's an identified -- they have nine seconds left in the match. So that will be that first rank sort if there's a tie on the points scored.

So we use that in both IQ in the final's tournament structure. So when the teams are actually in that final structure, so there's 10 sets of two teams competing against each other. They will run their matches. And if they score the same amount of points as another alliance, the way that that sort of tie is broken is who scored that amount of points in the least amount of time. And in the RECF game manual release, that concept is copied identically, as well.

Q. We've been talking about how you score and the times and so forth. And that involves moving a robot on an arena that's a certain size?

A. Correct.

Q. And it involves manipulating objects?

A. Yes, sir.

Q. Is that correct?

A. Yes, sir.

Q. Do the RECF manuals virtually copy the field size and game objects that we use in our games?

A. Yeah. Yes. So they exactly say that you're allowed to use VEX fields, the field itself. So when you're looking at a VEX competition, you see the field

itself. You see the things that are mounted to the field. You see the robots themselves and you see all these game pieces.

In the RECF competition, the field itself, which is what all of the items get mounted to, they're allowed to use the VEX robotics competition field. So that means they're using the identical size field that is used in the VEX robotics competition.

Q. Are they using the identical elements?

A. Yes, sir. So they're using them, granted, in different places in some of the games. They've moved them around. But the physical products themselves are used identically from -- the identical products are used in both games.

Q. So back to Tier Takeover for a minute. What does it mean when we're talking about the final structure?

A. Yeah. So in Tier Takeover, as well as in the VEX IQ robotics implementation, basically what happens is after qualification matches are sorted out, and that final ranking structure is determined, the top 20 teams are assigned to alliances. So the first rank team and the second are paired together. The third ranked team and the fourth ranked team are paired together, and so on down the line. And then each team is allowed to get

one run to determine what their score is.

So it's a unique kind of tournament structure. There's no selection of who your teammate is. You're handed your teammate and this is who your teammate is. And you get one run to determine your score for the tournament structure. And that's in the VEX IQ robotics competition. But the RECF implementation and their game is identical to the VEX implementation and how that term and structure happens.

Q. So the final structure for the RECF Tier Takeover game is identical to the VEX Level Up game?

A. That's correct.

Q. Are there imitations in the manual architecture? In other words, how the manuals are actually written and set up?

A. Sure. So we talked a little bit about how there's kind of two ways to compete in our games in the VEX Robotics Competition manual, so for both V5 and IQ. That manual is constructed with the base set of rules. So our base set of rules applies in IQ. Do the team work matches, where it's the two teams working together to score their max amount of points.

And then the V5 game, the base set of rules applies to head-to-head matches. So it's two robots going against two robots. So we have that base set of

rules.

And then in the secondary avenue of competition, we have a bunch of rule addendums, basically, to say in this case the rule is applied slightly differently, pay attention to this more, things like that.

And those addendums are created in a separate section of the game manual for those separate competition avenues. So it's just creating this logic of how things are read, how things are processed in the game manual, how the rules are understood.

The RECF, when they released their game manual, they followed a similar structure. Granted, they flipped the rules so that the base set of rules was made for what they called solo matches. So they created that base set of rules. But they also have that base set of rules with a series of addendums.

So it followed that same kind of logic structure of how you follow, understand, and process rules when you can actually read the manual.

Q. Are there VEX concepts in the RECF manual that are renamed but functionally equivalent?

A. Yeah. There's multiple. I think we've already talked about some of them. I think in the IQ implementation, one of the clearest ones to me and

follows through with the V5 implementation is we have this unique competition avenue in the VEX Robotics Competition which was the skills competition. The RECF just took that concept, gave it a new name, but included it in their game manual as solo coding or solo driving matches. But that concept remains identically implemented, just with a different name.

Q. So, as we know, one of the most important aspects of an educational robotics competition is the robot setup itself?

A. Correct.

Q. I grew up in Tennessee and I followed NASCAR. And I'm old enough to remember the days when everybody set their cars up differently. But over time they restrict our blades and everything else. And then kind of made it so that everybody had to have the same car.

A. Correct.

Q. Do the robotic competitions work that way?

A. Yeah. So when we're actually creating the rules we have a bunch of, you know, limitations we've put on the robots. So size limitations. And then that's that starting size. So how big they can be to start the match, and then how much they can expand once the match begins so the robot can grow once the match begins.

In the IQ Robotics Competition it's a six-foot by eight-foot field with various things spread around the fields. And over time, we've kind of settled on a happy robot size of 20 inches by 11 inches wide. So 20 inches long, 11 inches wide, 15 inches tall. It's a bit of an arbitrary size. Wouldn't be one that you would expect to be pulling out of your hat right away.

And then -- so it's, kind of, a unique robot size, which led me to be really surprised when I read the RECF game manual where that was supposedly started from a blank slate that did not reference the VEX Robotics Competition game manuals. Also implemented a size for the robots to start at 11 inches wide by 20 inches long, by 15 inches tall.

Q. So the exact same robot dimensions?

A. Exact same robot dimensions. And it doubled down even further, when I read further to see that in the VEX Robotics Competition game manual for IQ, we allow the robots to grow to be 24 inches long at the beginning of the match, and then also expand vertically to an unlimited height. I was even further surprised when I read the RECF game manual that identically implemented those expansion limits, as well.

Q. Are there imitations in the robot reset and handling rules?

A. Sure. So in IQ, you're allowed to -- if the robot gets stuck on something, or if a game piece gets stuck inside of it, you're allowed to, quote, unquote, rescue the robot from the field. So you can go pick it up and bring it back to a starting position, to kind of get it reset.

And we have some, you know, rules regarding how that's done and the process involved in that. And then even further inside of the autonomous skills portion of the match, there's some more freedoms allowed to -- exactly how they're allowed to rescue that robot.

And the RECF implementation of their Tier Takeover game, which is the VEX IQ counterpart, the rescue, kind of, concept was identically copied, as well. So the teams are allowed to go pick up their robot with the same kind of caveats that you have to pull game pieces out and things like that. It's identical implementation.

Q. Identical as between what VEX had done before and what RECF did in June?

A. That's correct.

Q. I'm going to turn to talk about the Pinnicle game, RECF Pinnacle game, and the VEX Override game just a second. But I want to make sure this point is clear. I think -- I think you've said this. I want to make

sure it's clear. The game objects, those things that you have sitting there, are those the objects that are -- have been manufactured by VEX for this year's competition?

A. That's correct. So these are designed within the past 12 months, made within the past 12 months, and released to the public within the past 12 months for this year's game. And they only have a life of this year's game. After this year's game, they're not really of use in any competition.

Q. And VEX will design new competitions with new elements for the next season?

A. That's correct.

Q. Okay. So when RECF creates games like ours, incorporated our products, what does that mean for us?

A. I'm not sure what you mean.

Q. What does it mean from the standpoint of teams that are participating in RECF and teams that are participating in VEX? Do they both needs those game elements?

A. The way the RECF rules are written now, yes. Yes. They would need these game pieces to play their game.

Q. Okay. Lets talk about Pinnacle for a minute. And that's the RECF game that is for the same age group

as the VEX Override game?

A. That's correct.

Q. Okay. Are there imitations in the two games as between Pinnacle and Override on the goal ownership framework and the color state devices? And if you can explain -- -

A. Yeah. So that's kind of why I brought these props up to help explain it. It's, kind of, a little bit of a mind twister the way this game works, so you kind of need to see it to understand it. So the way the game works is you're creating stacks with these pieces to kind of intentionally display certain sets of color patterns.

So if you're on the red alliance, you want to display red. If you're on the blue alliance, you want to display blue. And these yellow pins are what are -- we consider contested objects, so they're up for grabs for either alliance to get points from.

And the way that kind of is created is really, in my mind, one of the biggest kind of things I can point to, to say that's an imitation of our game. So when we're designing these elements, we had this idea of wanting to display your color but also wanting to have this, kind of, contested object set up for grabs to determine, kind of, create point swings and create a

really interesting match that you're battling back and forth for these points with your opponent.

So when we were designing these pieces we had a bunch of different ideas on how to figure out who actually gets points for the yellows. One of ideas was if you're creating a stack and if you're looking and there's a bunch -- there's more red than blue in a stack, the red would get points for that. That's not what we actually ended up implementing.

What we ended up doing is adding a secondary element to the field, which is called a toggle. So this is a cut up part of the toggle so I could fit it in my backpack. But this is a good, kind of, explainer for what the toggle is.

It's a three-state color device that the robot spins to display one color to the field. This color that's displayed to the field determines who gets the points for the yellow objects that are displayed in that stack. So it's a little bit of a -- kind of, a long train to get to this idea that this mechanism, the color that's displayed here, controls the points for what is shown in a stack when there's yellow displayed in the VEX V5 Override game.

When the Pinnacle game manual was released, the, kind of, same idea of when you create a stack and

there's yellow pieces in that stack, those pieces -- the point values for those pieces are given to whoever owns what the RECF calls a roller, which is the same mechanism as the toggle. It's literally the VEX product mounted to the fields, called a different name, but operates the same way in their game. That's the same concept of this field element controls the point values of the yellow pins in a stack.

Q. So the objects that are used for scoring, you nest those objects -- those objects that are in the VEX game are identical to what RECF has designed their game around?

A. Right. When I read the injunction -- the way I understood the injunction to read was, that they needed to design their own game, a materially different game. They were not forced to use our game objects.

They did not -- you know, it wasn't required for them to use our game objects, but they made a concerted choice to use our game objects. And when they did, they still have the obligation to fulfill, which was to design their own new game and use those pieces in what I would consider -- or would hope to be a different implementation of those pieces.

They did not choose to do that. So when we were designing these game pieces, they were designed to

be stacked vertically on top of each other in this nested idea such that you're displaying your color if you're blue, your color if you're red, or making this gamble with the yellow pieces.

And it's, kind of, creating this framework of scoring stacks together to display your color by implementing the pieces in different orders to creat your intended pattern of colors.

The RECF game Pinnacle implements that concept of creating vertical stacks with colors displayed at various point values in a very similar implementation to the VEX game.

Q. I think Pinnacle and Override both have a format that's designed for more advanced college students?

A. That's correct. So in the Pinnacle game and the Override game, the games are designed mostly for middle school and high schoolers, that's the main market. But we also have another avenue called VEX U. And in VEX U, we operated a little bit differently.

So in normal V5 matches, you're a team. You bring one robot to the competition. And in every match you're paired with another team to go against two teams.

But in the VEX U Robotics Competition,

that's not the case. Every VEX U team builds multiple robots for themselves. So in every VEX U match, every college brings two robots to the field to face against another college team that also brings two robots to the field.

They chose to implement a college equivalent competition to VEX U. But they also choose to implement this idea that VEX U also builds two robots. VEX U also brings both robots to the field and competes to be -- with one school against one school, but both of them bringing two robots. They didn't need to do that.

They could have designed a robotics competition that was head-to-head college teams and they only had one robot a piece. They could have decided, "Hey, now is the time. Let's do 2V2, so there's an alliance of two colleges together going against two colleges together.

They didn't choose to do that. They kept this idea that VEX U teams were, in their case, their college teams build two robots a piece to compete against another school that also builds two robots.

Q. What's the loading mechanism?

A. Yeah. So the loading mechanism in VEX Override is, kind of, one of the ways that the teams are allowed

to introduce game objects on to the field. So there's a multitude of game objects that start on the field, but similar amounts start off of the field to be introduced by humans.

We designed a mechanism specifically for this game that, kind of, looks like one of those doors at, like, a bank when you're at the virtual ATM and you've got the vacuum tube comes down, the door opens up, and you're able to pull something out of there to get your bank slip.

It works very similar to that where the human will load an object in, and then they lift the door so the robot can come take that object. The RECF, in their game, uses the same mechanism that's used in Override, located in the same place on the field to do the exact same thing.

It takes pieces from a human. It loads them on to the field. They lift the door and the robot can come take those piece. They did not have to have that element on the field. They chose to have that element on the field. They chose to put it in the same place on the field. And they chose to let robots interact with it in the same way VEX does in VEX's games.

Q. This loading mechanism is this tube you talked

about, is that something that VEX designed and manufactured?

A. Yeah. So we spent a lot of time designing and making sure that that product operates the way it was intended to do. It comes preassembled out of the box so it's really fine tuned and designed to make sure it's operated under our designed criteria and constraints for operation. We spent multiple weeks designing and perfecting that mechanism specifically designed for our game.

And then it was copied wholesale in the RECF implementation with the same -- like I said, the same product used in the same place on their field, with the exact same kind of idea of implementation that we originally had in the VEX games.

Q. So if you're a college team and you want to play in the RECF Pinnacle game, you have to have this loading mechanism?

A. I mean, I would assert that nobody needs a field to compete. You don't need a field to be able to compete in our competitions at your school or anything like that. But if they chose to have a field, they would probably want to have that loader and they would want to have that field element to participate and practice with.

Q. In the RECF game?
A. Correct.
Q. Are there any limitations between Pinnacle and Override in the skills challenge structures?
A. Yeah. And we talked about it a little bit when we were talking about Tier Takeover and Level Up in their similarities. But that idea of that skills concept, which is that separate competition avenue where we have driver skills matches and autonomous skills matches.
Basically, each team gets three runs with the controller to see how many points they can score in 60 seconds. And they get three runs of preprogramed autonomous routines to see how many points a robot can score with preprogrammed instructions in 60 seconds. We take those two scores, add them together, and crown the skills champion.
They had some minor differences in their implementation of that concept. But as a whole, before the RECF released their game manuals, nobody had a similar kind of separate-to-competition-avenue structure to compete in with that. You compete with other teams but you also compete yourself.
When they released their games, it was, kind of, the first similar limitation in another

competition I had seen to VEX Competitions. Like nobody's ever done a skills competition before the RECF released their manuals.

Q. So the skills challenge structure that's incorporated into the RECF game, mimics the skills challenge structure that's in the VEX game?

A. In my opinion, yes, sir.

Q. At some point in July, RECF revised its manuals for its games. Do you recall that?

A. Yes, sir.

Q. Did those revisions move the Tier Takeover and Pinnacle game play, the RECF game play, closer to or further away from VEX's Level Up and Override?

A. In my opinion, they ended up moving closer to our...

Q. Can you give the Court an example?

A. Yeah. So in the VEX V5 game, one of their, kind of, claims in one of their recent letters, was that this idea that because VEX, you can't de-score from your own alliance goals, that there was some additional strategies involved in their games. That wasn't true.

You can de-score from the VEX alliance goals. But the big, kind of, convergence towards the VEX games, in my opinion, came from this idea that you could not de-score from neutral goals.

So in the RECF Pinnacle game, they have neutral goals in the middle of the field. Their black goals so any alliance can score on those, red or blue. In the original release of their games, you could de-score from those goals.

So anybody could come up and say, "Oh, I'm the red team, but there's a blue pin there. I'm going to take that off the goal," and now blue team doesn't get points for that.

That was in the original release later on. In subsequent updates, the RECF took that out. So teams were no longer allowed to de-score from those neutral goals, which, in my opinion, brought their rules closer to what the Override rules are. 'Cause from the onset of our game release, once a game piece was scored on a neutral goal, it's set. You can't touch those. It's a pretty strict rules violation if there is de-scoring from those neutral goals.

Q. Who is Michelle Lonsinger?

A. I would consider Michelle Lonsinger a former coworker. She was on the Game Design Committee and I worked closely with her in my role as a fellow committee member.

Q. Is Ms. Lonsinger an RECF employ or a VEX --

A. RECF employee.

Q. Ms. Lonsinger submitted a declaration in this case, states that she previously served as a cochair of the VEX Competition Game Design Committee. Was there such position?

A. After Grant Cox left the company in 2024, he was the former chairperson of the Game Design Committee. He left the company in 2024. After that, nobody was named as a chairperson and nobody was named an as co-chairperson on the committee. So there's not been a leader stated by title of the committee since 2024.

Q. Ms. Lonsinger also makes certain statements in her declaration about demand forecasting and production planning for VEX's manufacture of its game fields, the tables and the rails?

A. Sure.

Q. And the game elements, what you have in front of you there?

A. Yes, sir.

Q. And did you read that in her declaration?

A. I read her declaration, yes.

Q. The implication from the declaration -- what I took from it was that the Game Design Committee was involved in demand forecasting and production planning. And, therefore, the Game Design Committee would know how many units were needed. Is that true?

A. No. So during my tenure on the committee -- so starting in March 2023 to present, the Game Design Committee has never been involved in demand forecasting, purchasing, planning, or any prediction of demand for the products that VEX produces.

Q. So I think the answer to this is, yes, but I ask it for the record. Did the Game Design Committee have any role in forecasting product needs for the manufacturing process implemented by VEX for the 2026 and 2027 competition season?

A. The Game Design Committee had no involvement in that.

MR. GEARY: Your Honor, I have other argument I want to make, but I want to pass the witness at this time so that they can ask any questions they want.

MR. LEE: Your Honor, as referenced in our response, our key witness is unavailable and is off the grid this week. This motion was filed Friday night. We have not had sufficient time to work through these arguments. Additionally, this was a hearing on the motion that we filed earlier last week. This one again was the 11th hour motion.

As referenced in our response, we would request more time because these are fact intensive,

disputed -- materials disputed about similarities between game manuals that, frankly, we just don't have witnesses available today. But we haven't had sufficient time to develop that. We believe it requires discovery and expert testimony. And therefore, would object to proceeding on any ruling on VEX's counter-motion related to similarities between game manuals and game design.

THE COURT: Response?

MR. GEARY: Oh, my response to that specific argument?

THE COURT: Uh-huh.

MR. GEARY: That this very issue is why we're here. Their argument is that we are required to sell them products that we manufacture for our games that they have explicitly incorporated into their games. Okay? That's the very reason we're here, 'cause they're arguing we're required to provide that to them.

So I think the motion that we have filed is directly responsive to their motion, so I think the Court should entertain both motions at the same time.

MR. LEE: May I respond to that, Your Honor?

THE COURT: Briefly, sure.

MR. LEE: Okay. The only thing I would

say, Your Honor, is we're just asking for very similar relief for a return to the status quo based on the paywall. This issue on copy and game manuals was first brought to our attention in a response to our cure notice that we sent to VEX.

And so, again, this is a brand new issue we believe is wholly different, completely different, from the issue that we're asking for in relief today. And the fact of the matter is, given the factual dispute, the differences of opinions, just the technical nature of it, there's additional time that needs to take place to have a more fulsome hearing on the counter motion, Your Honor.

THE COURT: Your response, when it was filed?

MR. GEARY: Friday.

THE COURT: When did you set it on Friday?

MR. GEARY: I asked for an additional hour of time. We didn't actually -- your clerks were gone by the time it got filed, so we didn't get it formally set. But they knew it was coming and they responded to it.

And, Judge, you don't have to rule on that right now. I still need to respond to their argument. I haven't really responded to that yet. I'm happy to do that.

THE COURT: I'm going to read all of it before I give a ruling.

MR. GEARY: Okay.

MR. LEE: And, Your Honor, we would say that we would like additional time, at a later date, to cross-examine this witness --

THE COURT: You're not prepared --

MR. LEE: -- once we've had sufficient time.

Your Honor, this is the first we're hearing of some of those arguments. And, again, the key witness that we had that would refute -- Ms. Lonsinger, who would refute a lot of the things that this witness is testifying about, is off the grid and unavailable this week and unreachable.

THE COURT: I find that a little interesting. I was in a jury trial for a continuous sexual abuse case last week, that just finished today. And, yet, I knew about his response and that it was going to be heard today in the hearing and read about it to be prepared for the hearing today.

MR. LEE: Your Honor, we worked all weekend. We were not aware he was going to be testifying. As referenced in our response, Your Honor, to the counter motion, we did ask for additional time in

reference that we don't believe that a ruling can be had until there's additional time for discovery and for all witnesses to be heard.

Again, the key point from our perspective, Your Honor, is Michelle Lonsinger is unavailable right now. She's completely off the grid and unreachable. She's camping this week.

THE COURT: Where is she camping?

MR. LEE: If you'll give me a moment, Your Honor, I'll see if I can find out.

We don't know. We were just told she was camping, Your Honor. I can work on trying to find an answer to that question.

THE COURT: All right. So anything else?

MR. GEARY: I have some, Your Honor, if you don't mind.

THE COURT: Oh.

MR. GEARY: So let me go back to their motion, which is a motion that asks the Court to force us to sell our products to these teams. And they really have not pointed you to any language in the injunction that requires that. Why is that? Because there isn't any language in the injunction that requires it.

They keep falling back to the idea of the status quo. Well, it's a funny view of the stat quo

because, typically, the status quo is what the Court tries to preserve when it's crafting an injunction in the first instance.

Here the parties were very familiar with the situation. They had split. They were going to have their own competitions and they were very familiar with the issues that might come out of that. Which is why I mentioned to you I was very adamant that they would be prohibited from designing their game around our game, okay?

So if they wanted language in there that would have said, "VEX shall sell its products to these people," then they had the opportunity to negotiate. And they didn't, okay?

Had they truly developed independent competitions that did not rely on VEX products, there simply would be no reason they would need VEX products, okay? They designed their games around our products. I think personally they hid behind the law on this a bit because I was very clear during the negotiating process that what I did not want is them coming up with a game that looked just like our game that would then lead teams that competed with us to go to their games, okay?

I was very explicit about that and that's why I defined that in the injunction. And what I got

was basically identical games, okay? And now, we're here because they violated the injunction themselves by designing the games just like ours. And not only that, saying, "Hey, we're going to mimic your games and we're going to force you to sell the products that you made for your game to us."

It's just nonsense to me. You know, I -- it boggles my mind every time I think about it. You know it's -- on page 14 of their motion, they make this -- that make this quote. I think it's very apt. They say, "The dispute VEX frames is legal -- what the Order's text requires."

That's what they argue is that it's a legal argument 'cause they want yu to say, "Don't look at the law, Judge. Don't look at what we put in the injunction, but it doesn't support us. But, Judge, we'll tell you how the status quo and the status qou blah, blah, blah.

We were all there negotiating over the status quo. And we spent weeks, weeks, negotiating it. And here we are, the result of the injunction is not what they want. And so, they're up here telling you to write something into the injunction that doesn't exist.

So I can talk to y'all about the injunction, the language set forth. I think the Court

gets what I'm saying. I understand you're going to read everything. You're not going to rule here on these motions today. And I would encourage you to read everything. But unless you have questions for me, Your Honor, I think that's all I have.

THE COURT: All right.

MR. LEE: Your Honor, we would respectfully disagree. We think there's sufficient language in the order that discusses -- again, we're not asking the Court to force them to tell us anything. We're asking the Court to take down the paywall and make the products pubically available as they were prior to the lawsuit being filed. That's simply all we're asking for. That is a return to the status quo in the case law.

Paragraph 12 specifically states that the purpose of the injunction is to preserve the status quo. That's all -- again, that's all we're asking for. It's very straight forward.

Respectfully, this issue of game copying only came up after we sent our notice letter. Again, the notice letter was sent after extensive investigation was done to determine what was happening with this paywall. You know, the objective here is to come running to the Court every time there's an issue, so RCF did a full investigation to determine the extent of what

was happening.

As you'll see in the declarations, Your Honor, this is affecting a number of educators. That's the simple request and why we filed the motion.

With respect to the game copying ideas, that is a hypertechnical issue that is going to require competing testimony. And there needs to be sufficient discovery to discuss that. I will point out --

THE COURT: What discovery would be necessary? If you have a game plan in place and you set your rules out, and they have their game plan in place, and they set their rules out, why would you need discovery? You can look at both of them and say which is different, which is the same.

MR. LEE: I think there would need to be some discovery to determine how these game elements were formulated. For example, you know, was it based on something that he learned from a different -- from the other side, you know.

For example, you know, a question to a RECF game designer might be, "Did you base this on something from VEX? Or is field size something that's common among multiple types of games." These are the types of issues -- again, it's hypertechnical.

Part of the challenge we're facing is the

primary witness from RECF who has knowledge about this is presently unavailable. And that would be a key portion of this as well.

I would like to point out that paragraph 19 9(i) of the injunction does say, "For the avoidance of doubt, the mere resemblance of independently developed RECF materials to items listed in schedules 1 through 4 shall not, standing alone, constitute copying, reproduction, substantial imitation or intentional replication."

The witness has said multiple times, "In my opinion." And I understand that that's his opinion. But that's one person's opinion who happens to be an employee of VEX. And I just think this issue needs to be fully flushed out before the Court can rule on the counter-motion, which, again, is super fact intensive.

THE COURT: All right. Anything else?

MR. LEE: Just the one other request we have, Your Honor, is we would welcome the opportunity to continue the hearing on the counter-motion and fully flush this out at a later date where we can have witnesses, an opportunity to get the full story out.

THE COURT: And how would I know when your witness is going to be available since she's not here today and nobody knows where she is.

MR. LEE: I'm working on getting her availability. She's returning from her vacation this weekend.

THE COURT: Was this a preplanned vacation or did it happen on Friday evening?

MR. LEE: No. This was a preplanned vacation. This was not a subterfuge to try to delay anything here.

THE COURT: She better be prepared to testify under oath.

MR. LEE: Yes, Your Honor.

THE COURT: All right. Go ahead.

MR. GEARY: One final thing, Your Honor. Can I approach real quick?

THE COURT: Sure.

MR. GEARY: So what counsel has said to you is well, "Mr. Kahl testifies to all of these hypertechnical game similarities, and that's something that only Michelle Lonsinger can rebut."

Here's what's not hypertechnical. These were all designed by this guy and his team last year, put into production by VEX in a production schedule that requires us to forecast who might actually need these. We made them. We have a certain set of them.

Then we learn after we split, that these

guys decide to incorporate our very products into their game. What does that mean? It means that everybody who wants to compete in their games, has now got to come buy our products. And we have tens of thousands of teams that have to rely on those same products.

And they'll say, "Well, no, Mr. Geary, some the teams that would have participated in your game is going to participate in ours so therefore, you should have forecasted enough: The problem with that is even if it were true, it doesn't address the full issue.

They've opened their games up now to people who participated in the Let Go First Competitions. They've opened it up to people who use anti-marked parts, okay? VEX is a closed eco system. You can own and compete in our games using our materials --

THE REPORTER: Sir, I'm sorry. I'm struggling. Please --

MR. GEARY: Yeah.

They've opened their game up now to robots built by others. But those robots have to actually use this material to play the game. Okay? We have no idea how many people are going to show up during the competition season and say, "Hey, we need these new kits to play the RECF game." And we had no idea that they even existed because they were a Lego team participating

with First, or they were a team that used anti-marked robotics products.

Again, I know you're going to read all this. But they make it sound like this is a hypertechnical thing. Their game is our game. And that's done for a reason. They built it right on our stuff and they shouldn't be allowed to do it.

That's all I have.

MR. LEE: Your Honor, I trust you'll read the briefing, as you mentioned. I will point out that paragraph three of the injunction does say that VEX Competition Materials does not include general game elements like the kind that you see on the witness stand.

The order clearly foresees in 17(d), nothing prevents RECF from operating RECF branding competition program or event that incorporates VEX brand hardware sold through ordinary commercial channels as a component. The order clearly foresees that RECF would be able to use VEX-branded products in its competition.

When I'm talking about hyper-technicality, it's not just the function of the particular component. It's how do you determine whether it's too similar to where it crosses the line to copying. Because the order does foresee that there may be similarity between the

games.

And so, we believe that further testimony and evidence will be needed on this, Your Honor, to fully flush out that issue. But in any event, we do believe that return of the status quo and removal of the paywall is appropriate at this time.

THE COURT: All right.

MR. GEARY: I've got a proposed order I'm going to give to you, Judge, just so you have it. But I do have to respond to one thing.

THE COURT: Okay.

MR. GEARY: The one thing that counsel said was that game elements, general game elements, were excluded from the definition of competition materials. That does not refer to the plastic. What that refers to is the general concepts of the game. I remember discussion with counsel, Trey Fischer. We had this discussion. And I said, "Trey, the last thing I want is your client to build games that look just like my client's games."

And he goes, "Well, Joel, it's like basketball. Basketball has general game limits. It has a hoop and it's ten feet off the floor with a net and a basketball and a floor that you dribble on. And those are the general game elements of basketball and nobody

owns that." I said, "Okay, Trey. That makes sense. Robotics competitions do have some general game elements. They have robots. They have an area of competition. They have things they may need to manipulate on the table."

But that was the concept that was -- that we were arguing was, how they draft their games can't -- you can include general game elements from a conceptual standpoint, but not referring to our product. That was a completely different concept.

Like I said, if he had told me that they were going to design their games to incorporate our products that have already been manufactured and rolled out for our teams, then I would have said, "We're not having an injunction. We're going to go to court. We're not agreeing to this."

So nothing else, Your Honor.

MR. LEE: 19(d) clearly prevents RECF to use --

(Reporter asks for clarification.)

MR. LEE: I am so sorry. Paragraph 19(d) expressly allows RECF branding competitions to incorporate VEX-branded hardware sold through ordinary channels.

And so, Your Honor, we thank you for your

time. And we respectfully request that we return to the status quo.

THE COURT: All right. Thank you.

(Proceedings adjourned at 3:26 p.m.)

THE STATE OF TEXAS )
COUNTY OF HUNT )

I, Shannon N. Sudderth, Official Court Reporter in and for the 354th District Court of Hunt County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and -numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, admitted by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $525.00 and was paid by Jackson Walker.

WITNESS MY OFFICIAL HAND this the 15th day of September, 2026.

/s/ Shannon N. Sudderth
Shannon N. Sudderth
CSR No. 8132
Expires 10/31/26
354th District Reporter
Greenville, Texas 75401
Phone: (903)408-4108